Form #69 (Rev. 8/88)

WHITE — MASTER
YELLOW — WORKSHEET
CARD — FILE

**OREGON STATE POLICE**

| PRIORITY | A | B | C |
|---|---|---|---|

### SUBJECT INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME  FIRST NAME  MIDDLE NAME | DEPT. | DEPT. # | SID |
|---|---|---|---|
| Jenkins, David | | | |
| NICKNAME OR ALIAS | SOC. SEC. # | | FILE NUMBER |

| HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE | FBI # |
|---|---|---|---|---|---|
| 1164 N Grape #1 | Coq. | OR | | 396-3474 | |
| OLD ADDRESS(ES) | | | | GLASSES / FACIAL HAIR | |

| EMPLOYER/ADDRESS | CITY | STATE | WORK PHONE | OCCUPATION |
|---|---|---|---|---|

| RACE | SEX | D.O.B. 11/7/77 | PLACE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPL |
|---|---|---|---|---|---|---|---|---|---|---|
| DR. LIC. # | | STATE | VEH. YR. | MAKE | MODEL | COLOR(S) | | BODY STYLE | | |
| VEH. LIC. # | | STATE | CONDITION/EQUIP. | | OTHER VEH/PLATE(S) | | | | | |

| | SOURCE NAME/XREF |
|---|---|

**CONCISE TIP INFORMATION**

Interview w/ Peet on 9-5-00  Zanni/Downing

Info from Peet was that on @ 8-22-00 she was at Michelle Emle's Apt. behind Safeway, when she overheard Conversation w/ Nick McGuffin & David Jenkins, where David asked Nick about him getting Carried Away with strangling Leah.

### SOURCE INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | A.K.A.s |
|---|---|---|---|
| Peet | Kim | R. | According to Jenkins and others Nick was not at this Party |

| RACE | SEX | D.O.B. | HEIGHT | WEIGHT | HAIR | EYES | OCCUPATION/EMPLOYER | | |
|---|---|---|---|---|---|---|---|---|---|
| W | F | 05-24-86 | | | | | | | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1164 N. Grape Apt #6 | Coquille | OR | |

| HOME PHONE | WORK PHONE | DEPT. | DEPT. # | SID |
|---|---|---|---|---|
| 396-7045 | | | | |

**ADDITIONAL INFORMATION**   SUSPECT NAME

Interview w/ Jenkins 9-21-00  Zann/Downi

Jenkins was interviewed at CCJ on 9-21-00. He did admitt that he was at Party at Michelle's (his residence also) At party was David & Richard Bryant, Michelle, David Jenkins and Misty (David Bryants GF) There was a Conversation between David Jenkins & Richard Bryant about Leah, because Richard had heard alot of stuff from his Dad and was Stabbing his mouth. David spoke with him.

| RECEIVED BY | DATE | TIME | COMPUTER CHECK BY | DATE | TIME |
|---|---|---|---|---|---|
| ASSIGNED TO  Dowing  Zanni/Downing | DATE 11/16/00  SUSPENSE DATE | | CCH _____ CRISS _____ NCIC _____ | | |