Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Karin L. Schaffer, OSB No. 123387
kschaffer@wshblaw.com
Amanda J. Rockett, OSB No. 052401
arockett@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Vidocq Society and Richard Walter*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE.<br><br>　　　　　Defendants. | Case No.: 6:20-CV-1163-MK (Lead Case)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>       Plaintiffs,<br><br>       v.<br><br>OREGON STATE POLICE.<br><br>       Defendant. | Case No.: 3:21-cv-01719-MK (Trailing Case) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Amanda J. Rockett of Wood, Smith, Henning & Berman LLP, hereby enters an appearance as counsel for Defendants Vidocq Society and Richard Walter, along with Karin L. Schaffer and Graham B. Miller, in the above-referenced matter. Please serve said counsel with all pleadings and notices in this action.

Amanda J. Rockett
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, OR 97223
Tel. (971) 256-4010
arockett@wshblaw.com


DATED this 12th day of May, 2022.

       By:    */s/ Amanda J. Rockett*
             Graham B. Miller, OSB No. 161424
             Karin L. Schaffer, OSB No. 123387
             Amanda J. Rockett, OSB No. 052401
             Wood, Smith, Henning & Berman LLP
             12755 SW 69th Avenue, Suite 100
             Portland, Oregon 97223
             Telephone: 971-256-4010
             Facsimile: 971-275-1928

             *Attorneys for Defendants Vidocq Society and Richard Walter*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Andrew C. Lauersdorf<br>Janis C. Puracal<br>Christine A. Webb<br>Maloney Lauersdorf & Reiner, PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214<br>acl@mlrlegalteam.com<br>jcp@mlrlegalteam.com<br>caw@mlrlegalteam.com<br>503-245-1518<br>503-245-1417 (fax)<br><br>(X) *Via CM/ECF Filing*<br><br>*Of Attorneys For Plaintiff* | Robert E. Franz, Jr.<br>Law Office of Robert E. Franz, Jr.<br>P.O. Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br><br>(X) *Via CM/ECF Filing*<br><br>*Of Attorneys for Defendants City of Coos Bay, City of Coquille, Coos County, Chris Webley, Craig Zanni, Eric Schwenninger, Kris Karcher, Mark Dannels, Pat Downing, Raymond McNeely, Sean Sanborn, Anthony Wetmore, David Zavala, Kip Oswald, Michael Reaves* |
| David B. Owens<br>Loevy & Loevy<br>311 N Aberdeen Street<br>Ste 3rd Floor<br>Chicago, IL 60607<br>David@loevy.com<br><br>(X) *Via CM/ECF Filing*<br><br>*Of Attorneys For Plaintiff* | Jesse B. Davis<br>Todd Marshall<br>Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>jesse.b.davis@doj.state.or.us<br>todd.marshall@doj.state.or.us<br><br>(X) *Via CM/ECF Filing*<br><br>*Attorneys for Oregon State Police, Susan Hormann, Mary Krings, John Riddle, and Kathy Wilcox* |

DATED this 12th day of May, 2022.

   /s/ Lindsey Stanton
Lindsey Stanton
lstanton@wshblaw.com

24505068.1:05472-0677

NOTICE OF APPEARANCE OF COUNSEL - 3

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010