Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Karin L. Schaffer, OSB No. 123387
kschaffer@wshblaw.com
Amanda J. Rockett, OSB No. 052401
arockett@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Vidocq Society and Richard Walter*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE.<br><br>Defendants. | Case No.: 6:20-CV-1163-MK (Lead Case)<br><br><br>**DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS** |

DEFENDANTS VIDOCQ SOCIETY AND RICHARD
WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO
JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS -
1

WOOD, SMITH, HENNING & BERMAN LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,

        Plaintiffs,

    v.

OREGON STATE POLICE.

        Defendant.

Case No.: 3:21-cv-01719-MK (Trailing Case)

Defendants Vidocq Society and Richard Walter (collectively "Vidocq Defendants") hereby offer the following Response to Plaintiffs' Objections to the Findings and Recommendations ("Objections") of Magistrate Judge Kasubhai entered September 16, 2022, recommending that 42 U.S.C. § 1983, Count 10 (Vicarious Liability of Vidocq Society) be dismissed with prejudice as Plaintiffs cannot proceed against Defendant Vidocq Society on a *respondeat superior* theory of liability.

The Findings and Recommendations should be followed and Count 10 should be dismissed with prejudice.

## RESPONSE & ANALYSIS

The Magistrate correctly followed clear and well-established precedent in dismissing 42 U.S.C. § 1983, Count 10 (Vicarious Liability of Vidocq Society) with prejudice and concluding that Plaintiffs cannot proceed against Defendant Vidocq Society on a *respondeat superior* theory of liability.[1] Count 10 of Plaintiffs § 1983 claim asserts that Vidocq Society is vicariously liable for Defendant Richard Walter's alleged acts. Yet, established precedent has held that there is no vicarious liability or *respondeat superior* liability in this context, so it is not possible to assert a valid

---

[1] ECF No. 128, p. 16.

**DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS - 2**

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

§ 1983 claim merely because a defendant employed someone who is alleged to have committed a violation.[2]

All of the arguments in Plaintiffs' Objections were previously raised, argued, and rejected as the law is clear and on-point. In fact, the Magistrate noted that these same arguments were considered, but expressly rejected them finding that this Court is bound by Ninth Circuit precedent.[3] In the Findings and Recommendations, Judge Kasubhai found that "the Ninth Circuit in *Tsao* held clearly that *Monell* applies to private entities, and this Court is bound by that holding. As such, Plaintiffs cannot proceed against Defendant Vidocq Society on a *respondeat superior* theory of liability. Vidocq Defendants motion to dismiss should be granted as to that theory."[4] No matter how many dissenting opinions or "calls into question" analyses Plaintiffs recite, the law is well-established: There is no *respondeat superior* liability for private corporations for its employees' or agents' deprivations of others' civil rights under § 1983, and even the cases Plaintiffs cite themselves have acknowledged such.

The Court should follow the Magistrate's Recommendation on this issue and Count 10 (Vicarious Liability of Vidocq Society) should be dismissed with prejudice.

## CONCLUSION

For the reasons discussed above, including those reasons contained in Vidocq Society and Richard Walter's Motion to Dismiss and Reply in Support of its Motion to Dismiss, Vidocq Society

---

[2] See *Connor v. Halifax Hosp. Med. Ctr.*, 135 F. Supp. 2d 1198, 1210 (M.D. Fla. 2001); *Ashcroft v. Iqbal,* 556 U.S. 662, 667 (2009); *Monell v. Dep't of Soc. Serv's of City of New York*, at 691-92. See also *Johnson v. Dossey*, 515 F.3d 778, 782 (7th Cir. 2008) ("Like public municipal corporations, they cannot be sued solely on that basis: a 'private corporation is not vicariously liable under §1983 for its employees' deprivations of others' civil rights.'. .)

[3] ECF No. 128, p. 15; *Tsao v. Desert Palace, Inc.*, 698 F.3d 1128, 1139(9th Cir. 2012).

[4] *Id.*

**DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS - 3**

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

and Richard Walter respectfully request in the areas where Plaintiffs object, the Findings and

Recommendations should be followed and Vidocq Defendants' Motion should be Granted.


DATED this 14th day of October, 2022.


By:    */s/ Karin L. Schaffer*

Graham B. Miller, OSB No. 161424
Karin L. Schaffer, OSB No. 123387
Amanda J. Rockett, OSB No. 052401
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Defendants Vidocq Society and
Richard Walter*

**DEFENDANTS VIDOCQ SOCIETY AND RICHARD
WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO
JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS -
4**

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

Andrew C. Lauersdorf
Janis C. Puracal
Christine A. Webb
Maloney Lauersdorf & Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, OR 97214
acl@mlrlegalteam.com
jcp@mlrlegalteam.com

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiff*

David B. Owens
Loevy & Loevy
311 N Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
David@loevy.com

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiff*

Robert E. Franz, Jr.
Sarah Henderson
Law Office of Robert E. Franz, Jr.
P.O. Box 62
Springfield, OR 97477
rfranz@franzlaw.comcastbiz.net
shenderson@franzlaw.comcastbiz.net

(X) *Via CM/ECF Filing*

*Of Attorneys for Defendants City of Coos Bay, City of Coquille, Coos County, Chris Webley, Craig Zanni, Eric Schwenninger, Kris Karcher, Mark Dannels, Pat Downing, Raymond McNeely, Sean Sanborn, Anthony Wetmore, David Zavala, Kip Oswald, Michael Reaves*

Jesse B. Davis
Todd Marshall
Department of Justice
100 SW Market Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us
todd.marshall@doj.state.or.us

(X) *Via CM/ECF Filing*

*Of Attorneys for Oregon State Police, Susan Hormann, Mary Krings, John Riddle, and Kathy Wilcox*

DATED this 14th day of October, 2022.

 */s/ Lindsey Stanton*
Lindsey Stanton, Legal Assistant
lstanton@wshblaw.com

26255837.1:05472-0677

**DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO JUDGE KASUBHAI'S FINDING AND RECOMMENDATIONS -**
**5**

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010