Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Karin L. Schaffer, OSB No. 123387
kschaffer@wshblaw.com
Amanda J. Rockett, OSB No. 052401
arockett@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Vidocq Society and Richard Walter*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE.<br><br>    Defendants. | Case No. 6:20-CV-01163-MK<br><br><br>**DECLARATION OF AMANDA J. ROCKETT IN SUPPORT OF DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO AMERICAN ACADEMY OF FORENSIC SCIENCES** |

DECLARATION OF AMANDA J. ROCKETT IN SUPPORT OF
DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S
MOTION TO QUASH PLAINTIFFS' SUBPOENA TO
AMERICAN ACADEMY OF FORENSIC SCIENCES - 1

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,

        Plaintiffs,

   v.

OREGON STATE POLICE.

        Defendant.

Case No.: 3:21-cv-01719-MK (Trailing Case)

I, Amanda J. Rockett, hereby declare as follows:

1. I am one of the attorneys representing Defendants Vidocq Society and Richard Walter's in the above-captioned case. I make this Declaration in Support of Defendant Vidocq Society and Richard Walter's Motion to Quash.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the subpoena issued from Plaintiffs to American Association of Forensic Sciences dated December 12, 2022.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the General Judgment (Post-Conviction) signed and entered November 29, 2019 by Circuit Court Senior Judge Patricia Sullivan.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of a letter from District Attorney R. Paul Frasier to the Oregon Department of Justice signed and dated August 10, 2016.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the Indictment of Plaintiff Nicholas McGufffin signed and dated by the Grand Jury Foreperson and the District Attorney on August 23, 2010.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the Plaintiff's Motion to Dismiss and request to the Oregon Department of Corrections to release Mr. McGuffin signed and dated by R. Paul Frasier on December 17, 2019.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of e-mails between myself

DECLARATION OF AMANDA J. ROCKETT IN SUPPORT OF
DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S
MOTION TO QUASH PLAINTIFFS' SUBPOENA TO
AMERICAN ACADEMY OF FORENSIC SCIENCES - 2

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

and Janis Puracal, attorney for Plaintiffs, to confer regarding the contents of the subpoena requests, dated December 6, 2022 through December 12, 2022.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED December 22, 2022

By:     *s/ Amanda J. Rockett*

Amanda J. Rockett, OSB No. 052401
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Defendants Vidocq Society and Richard Walter*

DECLARATION OF AMANDA J. ROCKETT IN SUPPORT OF
DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S
MOTION TO QUASH PLAINTIFFS' SUBPOENA TO
AMERICAN ACADEMY OF FORENSIC SCIENCES - 3

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

Andrew C. Lauersdorf
Janis C. Puracal
Christine A. Webb
Maloney Lauersdorf & Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, OR 97214
acl@mlrlegalteam.com
jcp@mlrlegalteam.com
caw@mlrlegalteam.com

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiffs*

David B. Owens
Loevy & Loevy
311 N Aberdeen Street, Ste 3rd Floor
Chicago, IL 60607
David@loevy.com

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiffs*

Robert E. Franz, Jr.
Sarah Henderson
Law Office of Robert E. Franz, Jr.
P.O. Box 62
Springfield, OR 97477
rfranz@franzlaw.comcastbiz.net
shenderson@franzlaw.comcastbiz.net

(X) *Via CM/ECF Filing*

*Of Attorneys for Defendants City of Coos Bay, City of Coquille, Coos County, Chris Webley, Craig Zanni, Eric Schwenninger, Kris Karcher, Mark Dannels, Pat Downing, Raymond McNeely, Sean Sanborn, Anthony Wetmore, David Zavala, Kip Oswald, Michael Reaves*

Jesse B. Davis
Todd Marshall
Department of Justice
100 SW Market Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us
todd.marshall@doj.state.or.us

(X) *Via CM/ECF Filing*

*Of Attorneys for Oregon State Police, Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox*

DATED this 22nd day of December, 2022.

 */s/ Lindsey Stanton*
Lindsey Stanton
lstanton@wshblaw.com

27116914.1:05472-0677

DECLARATION OF AMANDA J. ROCKETT IN SUPPORT OF DEFENDANTS VIDOCQ SOCIETY AND RICHARD WALTER'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO AMERICAN ACADEMY OF FORENSIC SCIENCES - 4

**WOOD, SMITH, HENNING & BERMAN LLP**
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010