IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF COOS

FILED

2010 AUG 23  PM 1: 09

COOS COUNTY COURT
COQUILLE, OREGON

STATE OF OREGON,
    Plaintiff,

    vs.

NICHOLAS JAMES MCGUFFIN,
    Defendant

)
)
)
)
)
)
)
)
)

**INDICTMENT**

Court No. 10CRO782

NICHOLAS JAMES MCGUFFIN, DOB: 4/25/1982

The Defendant is accused by the Grand Jury for Coos County, State of Oregon, by this Indictment of the crime(s) of:

Count 1:  MURDER (FSG=11; U Life; ORS 163.115)

Committed as follows:

COUNT 1:
The defendant, on or about June 28, 2000, in Coos County, Oregon did unlawfully and intentionally cause the death of Leah Freeman, another human being.

Said offense(s) are contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon.

**Witnesses examined before the Grand Jury:**
See attached list

Dated: _August 23, 2010_ , at Coquille, Coos County, Oregon.

____ FAMILY COURT

District Attorney/ ~~Deputy~~
Oregon State Bar No. _842235_

____ CONDITIONAL DISCHARGE
COUNT NO. ____
RESIDUE ____
CONFIDENTIAL __X__

____Yes____ A TRUE BILL

Grand Jury Foreperson

Arresting Agency Case #: CQP   2000-1905
District Attorney Case #: 10-1729
CONTROL #:

IDENTIFIERS: /M Ht:  Wt:  Hair:  Eyes:    DOB: 04/25/1982    SS#:
Page 1 – INDICTMENT (STATE v. NICHOLAS JAMES MCGUFFIN; DA Case No. 10-1729 )

Coos County District Attorney
250 N. Baxter, Coquille, OR 97423
Phone: (541) 396-3121 Fax: (541) 396-2991

CONFIDENTIAL - Produced Pursuant to Protective Order
McGuffin et al v. Dannels, et al, 6:20-cv-01163-MK

EXHIBIT D
Page 1 of 3
**DOC_000016**

## Witnesses examined before the Grand Jury:

Cory Courtright
Denise Bertrand (Freeman)
Cheri Mitchell
Peggy Mitchell
Corey Bryant
Dan Lee
David Zavala
Ashley Patton (Hutchinson)
Mark Kirn
Mike McAdams
Raymond Lewis
Mary Fuller
Alicia Hartwell
Thomas Bounds
David Jenkins
Darla Baker
Art Jones
Heidi Crook
Josh Emler
Robert Hall
Heather Reid
Aaron West
Dave Hall
Kip Oswald
Craig Zanni
Pat Smith
Kris Karcher
Tony Wetmore
Amanda Landmark
Tony Messerle
Lyndee Stidham (Kindred)
Daniel Lapine
Quinn Cannon-Myers
Mike Baumer
Dustin Graham
Damon Mason
Jennifer Storts
Brent Bartley
TJ Greaves
Crystal Wright
Alicia Lambert (Michaud)

Nikki Webber-Holling
Sherre Bolger-Shelton
Thomas Stemmerman
Ricky Crook
Nicole Nelson (Price)
Wayne McGuffin
Ashley Slagle (Amelung)
Angela Haga
Brandon Mayfield
Jaime Thurman
Sarah Noah
Bradley Michaud
Heather McMullen
Kim Cornwall
Zack Elderkin
Bill Sero
Tina Mims (Lehman-Post)
Kristen Steinhoff-Ramsey
Christy Diane Cagley
Andrew Ousley
Dr. James Olson
Richard Bryant (By video conferencing)
Stacy Napier-Haight
Zack Wilson
Kathleen McGuffin
Bruce McGuffin
Huey Delbert Knight
Scott Simons
Bill Middleton
Megan Edgerton
Nicole Demain
Kimberly Peet;
Melissa Beebe
Adam Shinar (Brewer)
Melissa Brugnoli
John Lindegren
Hjordis Lindegren
Ray McNeely
Chris Webley
Darius Meade
Lisa Coleman-Cook

CONFIDENTIAL - Produced Pursuant to Protective Order
McGuffin et al v. Dannels, et al, 6:20-cv-01163-MK

## Witnesses examined before the Grand Jury:
Page Two

Kim Pugmire (Courtright)
Megan Davidson
Austin Fisher
Scott Hamilton
Melissa Smith
Janet Reab
Juliana Reab (Curran)
Polly Parks
Amber Heffner
Stacy Lyons
Brett Mauro
Pamela Smith
Heather Pizzola
Tosha Ekblad
Jesse Smisek
David Breakfield
Alicia Hartwell
Erika Davidson
Tom Mercer (By video conferencing)
Georgia Grisham
Lisa McOwen
Kyla Stevens
Troy Cooper
Sharon Nelson
Mark Nortness
Mark Dannels
Donna Dennis
Cynthia Jones
Magdalene A.Knight
Mark Shields

## Witnesses appearing by report:
Kathy Wilcox by report
Traci Rose by report
Scott Hanna by report
Adam Fleischer by report
Mary H. Krings by report
Susan Torris Hormann by report
James O. Pex by report

CONFIDENTIAL - Produced Pursuant to Protective Order
McGuffin et al v. Dannels, et al, 6:20-cv-01163-MK