R. Paul Frasier, OSB #842235
Coos County District Attorney
Coos County District Attorneys Office
Coos County Courthouse
Coquille, Oregon 97423
Telephone: (541) 396-7555
FAX: (541) 396-1015

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COOS

| | |
|---|---|
| STATE OF OREGON, )<br><br>PLAINTIFF, )<br><br>vs. )<br><br>NICHOLAS JAMES MCGUFFIN, )<br><br>DEFENDANT. )<br>_____ ) | No. 10-CR-0782 |

## PLAINTIFF'S MOTION TO DISMISS

Comes now R. Paul Frasier, District Attorney for Coos County, Oregon and respectfully moves the Court for an order dismissing this action and for an order directing the Oregon Department of Corrections to release the defendant forthwith. The State moves for dismissal for the flowing reasons:

1. A post conviction relief petition challenging this conviction was filed by this defendant entitled McGuffin v. Nooth, Malheur County Circuit Court Case #15CV1030. The post conviction relief court entered a general judgment signed by Senior Judge Patricia Sullivan on November 29, 2019. A copy of that general judgment is attached to

Page 1 – Plaintiff's Motion to Dismiss

this motion, marked Exhibit #1 and by this reference is incorporated herein. Judge Sullivan has ordered that the defendant receive a new trial. This office has been informed that the Oregon Department of Justice has decided to not appeal this decision. Consequently, the decision to seek a new trial now falls to this office.

Judge Sullivan denied many of the defendant's claims for post conviction relief. In particular, Judge Sullivan denied the defendant's claim of actual innocence. Judge Sullivan indicated in her judgment/opinion that there is evidence in the record from which a jury could find this defendant guilty. This office agrees with Judge Sullivan on this point, but even though there is evidence to show the defendant's guilt, the State must acknowledge that there are several issues that need to be considered in deciding whether a new trial should be pursued. These include considerations such as:

A. It has been over nineteen (19) years since the death of Leah Freeman and if a new trial is pursued it will likely be over twenty (20) years since Leah Freeman died. Due to the passage of time it is likely that memories of the witnesses will be affected;

B. At least two people who testified at the 2011 trial have died. We are aware of two other witnesses whose medical/mental health have been adversely affected by the passage of time and whether they will be able to testify is questionable; and

C. Given the passage of time, it is not known if we can locate and subpoena

Page 2 – Plaintiff's Motion to Dismiss

R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555

those witnesses that appeared at trial in 2011;

2. The defendant's current release date from the Department of Corrections is August 22, 2020. If a new trial is sought, it is our estimation that given the complexities of this case and the huge amount of discovery in this matter, that it will not be possible for a new trial to occur prior to August 22, 2020. On August 22, 2020, even if a new trial is sought, the defendant would be entitled to be released from custody as his sentence would have been completed. If a new trial were to occur and if the defendant were to be found guilty, as the defendant could not be ordered to serve any additional prison time, the State must consider if it is worth spending the time and taxpayer money to pursue a new trial; and

3. This prosecutor has discussed this matter at length with Cory Courtright, the mother of Leah Freeman. She has indicated to us that while she believes the defendant caused the death of her daughter, she does not want to go through the pain and stress a new trial would bring. She has indicated she does not want the State to pursue a new trial so she can avoid these personal issues.

For the above reasons, we ask the court to dismiss this case and to order the Oregon Department of Corrections to release the defendant forthwith.

Dated this __17th__ day of December, 2019.

_____
R. Paul Frasier OSB #842235
District Attorney

Page 3 – Plaintiff's Motion to Dismiss

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that I served a true copy of this document on Janice Puracal, attorney for the defendant herein, in compliance with the applicable rules of the Oregon Rules of Civil Procedure on the 4+ day of December, 2019.

R. Paul Frasier OSB # 842235
District Attorney

Page 4 – Plaintiff's Motion to Dismiss

R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555