**Lindsey Stanton**

| | |
|---|---|
| **From:** | Amanda J. Rockett <ARockett@wshblaw.com> |
| **Sent:** | Monday, December 12, 2022 10:06 AM |
| **To:** | Janis Puracal; Amy Simmons; Andrew Lauersdorf; Bethan Gee; Chanelle Curfman; Cher Vasquez; David Owens; Elleanor Chin; Graham B. Miller; Jesse Davis; Karin L. Schaffer; Kassey Ingle; Lindsey Stanton; Maureen McCarthy; Melissa Topic; Robert Franz; Sarah Henderson; Theresa Franz |
| **Subject:** | RE: McGuffin, et al. v.  Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice |

Janice: While it is true that **some** records related to an expert's purported credentials are relevant, we certainly disagree with your assertion that either of our Clients were retained as an expert.  We also disagree with your interpretation of the discovery statute that the scope of requested discovery into an expert's credentials are essentially limitless.  Furthermore, neither of our Clients were ever called as witnesses and never gave *any* testimony in Mr. McGuffin's criminal matter and therefore, no testimony by either were received by a Grand Jury or Jury at Trial as an expert or layperson. We still object to the subpoena without limitation to time and subject.

It is clear we will not be able to come to an agreement as to the breadth and relevancy of your requests, and will have to just agree to disagree and litigate this issue accordingly.

Regards,

**Amanda J. Rockett**
Senior Associate
**WOOD SMITH HENNING & BERMAN LLP**

A 12755 SW 69th Avenue, Suite 100, Portland, OR 97223
D 971.256.4028 M 503.679.4880
E arockett@wshblaw.com W www.wshblaw.com

**Personal Bio** · **Facebook** · **LinkedIn** · **Twitter**

---

**From:** Janis Puracal <jcp@mlrlegalteam.com>
**Sent:** Monday, December 12, 2022 9:42 AM
**To:** Amanda J. Rockett <ARockett@wshblaw.com>; Amy Simmons <amy.simmons@doj.state.or.us>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Chanelle Curfman <CCurfman@wshblaw.com>; Cher Vasquez <cv@mlrlegalteam.com>; David Owens <david@loevy.com>; Elleanor Chin <Elleanor.Chin@doj.state.or.us>; Graham B. Miller <GMiller@wshblaw.com>; Jesse Davis <Jesse.B.Davis@doj.state.or.us>; Karin L. Schaffer <KSchaffer@wshblaw.com>; Kassey Ingle <kli@mlrlegalteam.com>; Lindsey Stanton <LStanton@wshblaw.com>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Melissa Topic <melisa@loevy.com>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>
**Subject:** [EXTERNAL] RE: McGuffin, et al. v. Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice

Amanda,

We disagree that the materials requested are irrelevant.  During the Freeman investigation, Mr. Walter and Vidocq were retained for their purported expertise.  Records related to an expert's purported credentials are relevant, regardless of time period.  In addition, during his deposition, Mr. Walter testified numerous times that he could not remember

EXHIBIT F
Page 1 of 5

portions of his employment history, supervisors, work colleagues, presentations, or the names of cases that he worked on.  His AAFS membership application, promotion requests, and presentation history should include that information as well as his areas of research and letters of recommendation.  To the extent that the information contradicts Mr. Walter's testimony to date and his representations in the media about his credentials to work on the Freeman case, that information bears directly on Mr. Walter's credibility.

We are not, however, looking for documents related to dues payments or membership fees.  We will revise the subpoena to exclude those records.

Janis



**Janis C. Puracal**
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
t. 503.664.3641  fx. 503.245.1417

---

**From:** Amanda J. Rockett <ARockett@wshblaw.com>
**Sent:** Monday, December 12, 2022 8:45 AM
**To:** Janis Puracal <jcp@mlrlegalteam.com>; Amy Simmons <amy.simmons@doj.state.or.us>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Chanelle Curfman <CCurfman@wshblaw.com>; Cher Vasquez <cv@mlrlegalteam.com>; David Owens <david@loevy.com>; Elleanor Chin <Elleanor.Chin@doj.state.or.us>; Graham B. Miller <GMiller@wshblaw.com>; Jesse Davis <Jesse.B.Davis@doj.state.or.us>; Karin L. Schaffer <KSchaffer@wshblaw.com>; Kassey Ingle <kli@mlrlegalteam.com>; Lindsey Stanton <LStanton@wshblaw.com>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Melissa Topic <melisa@loevy.com>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>
**Subject:** RE: McGuffin, et al. v. Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice

Good morning Janice: Our position is that requesting the following is overbroad, vague, and not a request to serve any specific purpose to ready yourself for trial:

- "any and all documents and electronically stored information ***related to or reflecting" our Clients' (and/or any business owned or affiliated with our Clients  from a professional organization (Subpoena request #1);
- "any and all***accusations, information, motions, notifications, notations, files, materials, reports, letter, emails correspondence, notes, or other document" related to our Clients  (Portions of Subpoena request #2); and
- "any and all documents *** reflecting any investigation or investigative action into" our Clients. (Subpoena request #3)

These requests, as written, would inevitably result in the production of a mountain of irrelevant materials, which would include his membership and presentations up to **40 years ago** (30 years prior to his involvement in the Freeman case) that are neither temporal in time nor relevant in subject matter to the events at issue in this litigation.

We will produce the letter from AAFS about the results of the investigation regarding the Drake case. We do not have an objection to your request for AAFS's investigatory information and documentation related to that case, information pertaining to the Freeman investigation itself, and/or any and all mention of the law enforcement agencies (or individuals) named parties to this suit. If there is some other particular subject matter that you believe is relevant to prepare for trial, we request that you narrow the scope of your subpoena requests to those topics.

Please advise whether you wish to have further discussions pertaining to this matter.

Regards,


**Amanda J. Rockett**
Senior Associate
**WOOD SMITH HENNING & BERMAN LLP**


**A** 12755 SW 69th Avenue, Suite 100, Portland, OR 97223
**D** 971.256.4028 **M** 503.679.4880
**E** arockett@wshblaw.com **W** www.wshblaw.com


**Personal Bio · Facebook · LinkedIn · Twitter**

---

**From:** Janis Puracal <jcp@mlrlegalteam.com>
**Sent:** Wednesday, December 7, 2022 4:11 PM
**To:** Amanda J. Rockett <ARockett@wshblaw.com>; Amy Simmons <amy.simmons@doj.state.or.us>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Chanelle Curfman <CCurfman@wshblaw.com>; Cher Vasquez <cv@mlrlegalteam.com>; David Owens <david@loevy.com>; Elleanor Chin <Elleanor.Chin@doj.state.or.us>; Graham B. Miller <GMiller@wshblaw.com>; Jesse Davis <Jesse.B.Davis@doj.state.or.us>; Karin L. Schaffer <KSchaffer@wshblaw.com>; Kassey Ingle <kli@mlrlegalteam.com>; Lindsey Stanton <LStanton@wshblaw.com>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Melissa Topic <melisa@loevy.com>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>
**Subject:** [EXTERNAL] RE: McGuffin, et al. v. Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice

Amanda,

We are willing to discuss the scope of the subpoena before we serve it on the 12th.  From your email, however, it is not clear which portion of the subpoena is alleged to be vague or overbroad.  If you can specify the language to which your objection is directed and your proposed modification, we would be happy to consider it.

With respect to the time frame, you may remember that Richard Walter testified in his deposition that he has been a part of AAFS for more than 40 years.  He also testified that he has given multiple presentations to AAFS and that AAFS conducted an investigation that cleared him of any wrongdoing in the Drake case (the case mentioned in the First Amended Complaint).  He did not specify when that investigation began or ended.  He did, however, testify that your office has a copy of a letter from AAFS about the results of that investigation.  We have not seen a copy of that letter, but ask that you produce a copy in response to Plaintiffs' Request for Production Nos. 2, 9, 29, 42, and 43.

The subpoena to AAFS is intended to encompass any information that AAFS may have related to Mr. Walter (or Vidocq), including documents related to his membership and presentation history, as well as alleged investigative actions taken by AAFS at any time, whether as a part of the Drake case or any other case in which Mr. Walter and/or Vidocq was involved.  To the extent that AAFS may claim a privilege, it can do so in the manner contemplated in FRCP 45(e)(2)(A).

Janis



**Janis C. Puracal**

1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
t. 503.664.3641  fx. 503.245.1417

**From:** Amanda J. Rockett <ARockett@wshblaw.com>
**Sent:** Tuesday, December 6, 2022 1:39 PM
**To:** Amy Simmons <amy.simmons@doj.state.or.us>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Chanelle Curfman <CCurfman@wshblaw.com>; Cher Vasquez <cv@mlrlegalteam.com>; David Owens <david@loevy.com>; Elleanor Chin <Elleanor.Chin@doj.state.or.us>; Graham B. Miller <GMiller@wshblaw.com>; Janis Puracal <jcp@mlrlegalteam.com>; Jesse Davis <Jesse.B.Davis@doj.state.or.us>; Karin L. Schaffer <KSchaffer@wshblaw.com>; Kassey Ingle <kli@mlrlegalteam.com>; Lindsey Stanton <LStanton@wshblaw.com>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Melissa Topic <melisa@loevy.com>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>
**Subject:** RE: McGuffin, et al. v. Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice

Good afternoon Janice and Andy:  We are in receipt of the Subpoena Duces Tecum that you intend to serve on the AAFS.  We do object to this subpoena for multiple reasons, including:

1.  FRCP 45(3)(A)(ii) – the request requires disclosure of privileged or otherwise protected information outside the scope of this litigation;
2.  FRCP  45(3)(A) (iii)- the request creates an undue burden due to the vague and overbroad requests; and
3.  The subpoena is facially vague and overbroad and requests information that goes far beyond the permissible scope of discovery.  While FRCP 45 does not explicitly list irrelevance or overbreadth as reasons for quashing a subpoena, the scope of discovery allowed under a subpoena is the same as the scope of discovery allowed under Rule 26(b).

We therefore request that you amend your subpoena to be limited in terms of time period and subject matter in order to comply with the FRCP and reissue for our review prior to sending.

Please let us know if you would like to discuss this matter further.

Regards,

**Amanda J. Rockett**
Senior Associate
**WOOD SMITH HENNING & BERMAN LLP**

A 12755 SW 69th Avenue, Suite 100, Portland, OR 97223
D 971.256.4028 M 503.679.4880
E arockett@wshblaw.com W www.wshblaw.com

**Personal Bio** · **Facebook** · **LinkedIn** · **Twitter**

**From:** Cher Vasquez <cv@mlrlegalteam.com>
**Sent:** Tuesday, December 6, 2022 10:43 AM
**To:** Amy Simmons <amy.simmons@doj.state.or.us>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Chanelle Curfman <CCurfman@wshblaw.com>; Cher Vasquez <cv@mlrlegalteam.com>; David Owens <david@loevy.com>; Elleanor Chin <Elleanor.Chin@doj.state.or.us>; Graham B. Miller <GMiller@wshblaw.com>; Janis Puracal <jcp@mlrlegalteam.com>; Jesse Davis <Jesse.B.Davis@doj.state.or.us>; Karin L. Schaffer

<KSchaffer@wshblaw.com>; Kassey Ingle <kli@mlrlegalteam.com>; Lindsey Stanton <LStanton@wshblaw.com>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Melissa Topic <melisa@loevy.com>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>
**Subject:** [EXTERNAL] McGuffin, et al. v. Mark Dannels, et al., 6:20-cv-01163-MK | FRCP 45 Notice

Counsel -

Pursuant to FRCP 45(a)(4), attached please find a copy of a subpoena duces tecum that we intend to serve upon the American Academy of Forensic Sciences on December 12, 2022.

Thank you,



**Cher Vasquez**
1111 E. Burnside Street, Suite 300, Portland, OR 97214
t. 503.972.8176  fx. 503.245.1417
www.mlrlegalteam.com

NOTICE OF CONFIDENTIALITY AND ASSERTION OF PRIVILEGES: This e-mail communication contains confidential and/or privileged information, and is published for the use of the intended recipient. If you are not the intended recipient, or if you believe for any reason that you have received this e-mail in error or by mistake, please notify us immediately by reply e-mail, or telephone at (503) 245-1518, and then delete the e-mail. Any copying, dissemination, distribution, or other use of this e-mail communication and/or any attachments by anyone other than the intended recipient is strictly prohibited.
WSHB CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.
NOTICE OF CONFIDENTIALITY AND ASSERTION OF PRIVILEGES: This e-mail communication contains confidential and/or privileged information, and is published for the use of the intended recipient. If you are not the intended recipient, or if you believe for any reason that you have received this e-mail in error or by mistake, please notify us immediately by reply e-mail, or telephone at (503) 245-1518, and then delete the e-mail. Any copying, dissemination, distribution, or other use of this e-mail communication and/or any attachments by anyone other than the intended recipient is strictly prohibited.
NOTICE OF CONFIDENTIALITY AND ASSERTION OF PRIVILEGES: This e-mail communication contains confidential and/or privileged information, and is published for the use of the intended recipient. If you are not the intended recipient, or if you believe for any reason that you have received this e-mail in error or by mistake, please notify us immediately by reply e-mail, or telephone at (503) 245-1518, and then delete the e-mail. Any copying, dissemination, distribution, or other use of this e-mail communication and/or any attachments by anyone other than the intended recipient is strictly prohibited.