Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY
100 S. King Street, Ste. 100
Seattle, WA  98104-2885
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br>DECLARATION OF JANIS C. PURACAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO QUASH |

Page 1– DECLARATION OF JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

                                        Plaintiffs,

        v.

OREGON STATE POLICE,

                                        Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

I, Janis C. Puracal, declare as follows:

1.      I am an attorney representing Plaintiffs in the above-captioned case.  I have personal knowledge of the following facts gained in my capacity as counsel.

2.      Attached at Exhibit 1 is a true and correct copy of the Vidocq Society Website, which my office obtained using the online service called "The Wayback Machine" to obtain historical data from the internet.

3.      Attached as Exhibit 2 is a true and correct copy of Rob Wallace, *et al.*, *Cold Case Squad: Modern-Day 'Sherlock Holmes' Team Takes on Oregon Slaying*, ABC News (August 11, 2010).

4.      Attached as Exhibit 3 is a true and correct copy of Doug Johnson, *The Murder Room*, Who Murdered Robert Wone (December 13, 2010).

5.      Attached as Exhibit 4 is a true and correct copy of Jillian Putnam, *Q&A with Richard Walter, Criminal Profiler and Psychologist*, The Albion Pleiad (April 10, 2013).

6.      Attached as Exhibit 5 is a true and correct copy of Graham Kates, *Murder on the Menu*, The Crime Report (November 19, 2011).

7.      Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Richard Walter taken in this case.  The full copy of the transcript is available upon the court's request.

8.      Attached as Exhibit 7 is a true and correct copy of Richard Walter's biography taken from the website for the Sherry Black Foundation.

Page 2– DECLARATION OF JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

9.      Attached as Exhibit 8 is a true and correct copy of the Wikipedia page for Richard Walter.

10.      Attached as Exhibit 9 is a true and correct copy of two emails from counsel for AAFS to my co-counsel, Andrew Lauersdorf, dated December 23, 2022.

11.      Attached as Exhibit 10 is a true and correct copy of a letter from Paul Frasier to Paul Reim, dated May 31, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED this 27th day of December, 2022

MALONEY LAUERSDORF REINER PC


By /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com

Page 3– DECLARATION OF JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, the foregoing DECLARATION OF JANIS

C. PURACAL was served on the following parties at the following address by sending to them a

true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Graham B. Miller<br>Karin L. Schaffer<br>Amanda J. Rockett<br>Wood Smith Henning & Berman LLP<br>12755 SW 69th Ave., Ste. 100<br>Portland, OR 97223<br>gmiller@wshblaw.com<br>kschaffer@wshblaw.com<br>arockett@wshblaw.com<br>    *Attorneys for Defendants Vidocq Society and*<br>    *Richard Walter* | |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC

By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com

Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417