The Wayback Machine - https://web.archive.org/web/20070702062858/http://www.vidocq.org/who.html





# WHO

The Vidocq Society was founded in 1990. Philadelphia's second-in-command U.S. Customs Service Special Agent, a well-known forensic sculptor from Philadelphia, and a prison psychologist from Michigan were the first members.

The trio wanted to establish a venue at which like-minded persons, in and out of forensics, would gather to discuss and debate crimes and mysteries. The first meeting, a luncheon, occurred at the old Philadelphia Navy Yard. Later the organization met at the Olde City Tavern. Today the Down Town Club, next-door to Independence Hall, is our primary meeting site.

After the founding, federal state and local law enforcers sought to join, attention grew, and original members now-posted outside of the City of Brotherly love encouraged others to join.

In time the focus of the Society narrowed to where unsolved deaths and, in certain cases, disappearances became the organization's mandate.

## Three Founders

The Society was founded by William Fleisher, V.S.M., Frank Bender, V.S.M., and Richard Walter, V.S.M.

The Society's original bylaws called for 82 Vidocq Society Members (V.S.M.s), one for each year of Vidocq's life. Today more than 150 men and women from diverse backgrounds comprise our unique group, sprinkled with forensic experts, businesspeople, and others chosen to wear the distinctive red, white, and blue rosette Vidocq rosette.

Our members include

**Frank Bender**, V.S.M., a talented sculptor and forensic reconstructionist with the uncanny ability to recreate faces for law enforcement from partial and complete skulls. His work has been featured on major documentaries and television programs across the globe. (Click **here** to see one of his latest works.)



Frank Bender

**Dr. Jolie Bookspan, V.S.M.**, Vidocq science officer. Internationally known researcher and military scientist specializes in human survival in extremes of heat, cold, altitude, hypoxia, hyperoxia, G-forces, immersion, and injury states. As a researcher Dr. Bookspan has carried gear up and down the mountains and deserts of India, Nepal, Asia, and Northern Africa, swam to work in an underwater laboratory, was advisor to The Discovery Channel, police and military training departments, and professor of anatomy at a college in the mountains of Mexico. She has written six medical and health books. Her training methods, used by SEAL teams and law enforcement, are so successful that clinicians at Harvard University Medical School named her "The St. Jude of the Joints." Her forensic education column appears in the Vidocq Journal. .

**Frederick A. Bornhofen, V.S.M.**, The Society's Chairman of the Board and Case Management Director. A former director of security for an international energy company, he heads Frederick A. Bornhofen Associates. His firm serves the needs of the federal government and major corporations, specializing in product counterfeiting and product diversion. Bornhofen is also an expert witness in security-related matters.

**William Fleisher, V.S.M.**, a former Philadelphia Police Officer, FBI Special Agent who later became the Assistant Special Agent in Charge of the U.S. Customs

Service in Philadelphia. Fleisher was the prime mover behind the Society's creation. It was Fleisher (who years later was named one of Philadelphia's 75 smartest individuals by Philadelphia Magazine) who proposed that the fledgling group be named after M. Vidocq, whose memoirs he had read and reread over the years. Fleisher is a principal of Keystone Intelligence Network, a private investigation and polygraph firm. (link to that pages)

**Nathan J. Gordon, V.S.M.**, a director of the Society and head of the Academy for Scientific Investigative Training - An American Polygraph Association accredited polygraph examiner training school.

**Edward Gaughan, V.S.M.**, a former Philadelphia Police Department Major Crimes detective. Gaughan is a principal of .Keystone Intelligence Network, Inc., the private investigation and polygraph firm operated by Bill Fleisher, V.S.M. and Nathan Gordon, V.S.M.

**Richard Lavinthal, V.S.M.**, a nationally known legal public relations and legal media relations expert, is a former director of communications for the Society. Lavinthal is a legal PR "sharpshooter" called in by law firms of all sizes facing major-case milestones that need maximum media coverage. Developer of PRforLAW.com, Lavinthal is a former newspaper and wire service reporter, former chief spokesman for the U.S. Attorney in New Jersey, former Director of Communications for the N.J. Division of Criminal Justice, former Director of Criminal Justice Programs for APBNews.com in New York City, and former consulting news director for policeone.com.

**Robert J. Phillips, V.S.M.** is a forensic document examiner with offices in New Jersey, Nevada, and Massachusetts. Phillips is an expert witness in civil and criminal matters in local, state, and federal courts, with more than 30 years' experience in handwriting identification, case evaluation, testifying, court exhibits, technical report writing, lecturing, typewriter reinsertion, and ink and paper differentiation.

**Norman Reeves, V.S.M.**, specializes in bloodstain pattern analysis, crime scene reconstruction, computer imaging and enhancement at BPA Consulting.

**Robert K. Ressler, V.S.M.** is a former FBI Special Agent who spent 16 years with the bureau's original Behavioral Science Unit, during which he is credited with being one of the first forensic experts to use the term "serial killer." Now in the private practice of criminology, Ressler has the distinction of having interviewed more serial murderers than any other person in the world.

**Charles H. Sulzbach Jr., V.S.M.**, Specializes in accident investigation and reconstruction at K&S Investigations in Jamison, Pennsylvania, and Sea Isle City, New Jersey.

**Richard Walter, M.A.**, a forensic psychologist for the State of Michigan prison system and a crime scene analyst/profiler. Now-retired from government service, Walter consults with agencies and governments.

**David Ziegler, V.S.M.** specializes in forensic hypnosis, fire, arson and bomb investigations and training. A former ATF Special Agent, Ziegler's investigative firm offers pro bono training and a new safe schools venture at www.safeatschool.net.

**The Founders**
**Vidocq Society Membership**
**Officers & Directors**
**Member Specialties**
**Members by Location**
**Members on the Web**

HOME