

## PATRICK ZIRPOLI

Patrick Zirpoli retired as the Supervisor of the Pennsylvania State Police Criminal Assessment Unit, where he led many high-profile investigations. He also served as head of the statewide Amber Alert program, where under his command, crime assessment led to the recovery of every missing child. Zirpoli draws upon these experiences to bring top-notch case review techniques to Law Enforcement Crime Assessment.

READ FULL BIO



## RICHARD WALTER

Richard Walter served as a prison psychologist in maximum security units for over 23 years, where he conducted over 22,000 interviews and established a systematic approach to characterizing criminal behavior. In 1990 he co-founded the Vidocq Society, where he provided pro-bono assistance to law enforcement agencies nationwide for 26 years as they worked to solve their cold case homicides. Proficient in crime assessment and crime scene analysis, Walter's is a long-standing Fellow of the American Academy of Forensic Sciences, General Section.

READ FULL BIO



**DEPO EXHIBIT**

Walter 2022-06-30

**14**

exhibitsticker.com

Exhibit 7, Page 1 of 4

 **Sherry Black Foundation**



# ABOUT RICHARD WALTER

Richard Walter retired after more than 22 years as a prison psychologist with the Michigan Department of Corrections. In that time, he conducted over 22,000 interviews, establishing a systematic approach to characterizing criminal behavior. A recent scholar-in-residence at the Oklahoma State University

Graduate School of Forensic Sciences, Walter works closely with police as a consultant on current and cold cases. He is an international expert on crime assessment, profiling, and risk evaluation.

In addition to consulting with various agencies and governments in the United States, Great Britain, Australia, and Hong Kong, Walter frequently lectures to law enforcement and academic groups on murder sub-types and signature aspects of interpersonal and workplace violence. He is an author of numerous articles related to forensic casework. As the co-founder of the Vidocq Society (resigned December 31, 2016), he joined 82 specialists worldwide to assist local criminal justice agencies pro bono in solving cold cases.

Walter has interviewed a large number of high-risk felony prisoners. Additionally, he has advised on forensic cases related to bite-marks, autoeroticism, sexual and non-sexual homicides, Munchausen Syndrome, and clinical versus meta-sadism. His professional affiliations include the American Academy of Forensic Sciences Fellow, and the Royal Society of Medicine: Clinical Forensic Medicine Fellow.

Home

About

Sherry's Case

Richard Walter BIO

Patrick Zirpoli BIO

What We Do

Event Details

Contact Us

©2021 Sherry Black Foundation, All rights reserved.