| | |
|---|---|
| **From:** | Andrew Lauersdorf |
| **To:** | Janis Puracal |
| **Cc:** | Cher Vasquez |
| **Subject:** | Fwd: Subpoena Duces Tecum to the American Academy of Forensic Sciences/Richard D. Walter |
| **Date:** | 1:15:10 AM |
| **Attachments:** | |

Sent from my iPhone

Begin forwarded message:

**From:** "Spano, Brian J." <bspano@lewisroca.com>
**Date:** December 23, 2022 at 7:05:38 AM PST
**To:** Andrew Lauersdorf <acl@mlrlegalteam.com>
**Subject: RE: Subpoena Duces Tecum to the American Academy of Forensic Sciences/Richard D. Walter**

Dear Mr. Lauersdorf –

We represent the American Academy of Forensic Sciences, which is in receipt of the Subpoena Duces Tecum issued by your office for certain records pertaining to Richard D. Walter.  The stated response date for the Subpoena is today at 5:00 p.m.  In light of the Holidays, we would request some additional time, through and including January 6, 2023 at 5:00 p.m. in which to respond to the Subpoena.

Please let us know.

Regards,

**Brian J. Spano**

bspano@lewisroca.com
D. 303.628.9567



1601 19th Street, Suite 1000
Denver, CO 80202-2995
lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

| | |
|---|---|
| **From:** | Andrew Lauersdorf |
| **To:** | Janis Puracal |
| **Subject:** | Fwd: Subpoena Duces Tecum to the American Academy of Forensic Sciences/Richard D. Walter |
| **Date:** | Friday, December 23, 2022 1:37:14 PM |
| **Attachments:** | |

Sent from my iPhone

Begin forwarded message:

> **From:** "Spano, Brian J." <bspano@lewisroca.com>
> **Date:** December 23, 2022 at 12:49:09 PM PST
> **To:** Andrew Lauersdorf <acl@mlrlegalteam.com>
> **Cc:** arockett@wshblaw.com, kschaffer@wshblaw.com, LStanton@wshblaw.com
> **Subject: RE: Subpoena Duces Tecum to the American Academy of Forensic Sciences/Richard D. Walter**
>
>
> Mr. Lauersdorf –
>
> We represent the American Academy of Forensic Sciences, which is in receipt of the Subpoena Duces Tecum issued by your office for certain records pertaining to Richard D. Walter in *McGuffin v. Daniels, et al.*, case no. 6:20-cv-01163-MK, United States District Court, District of Oregon, Eugene Division.  We are now in receipt of a Motion to Quash the Subpoena filed by Mr. Walter on December 22, 2022.  Accordingly, we will refrain from any further response to the Subpoena on behalf of the Academy until the presiding court has resolved the Motion to Quash.
>
> If you have any questions, please let me know.
>
> Regards,
>
> **Brian J. Spano**
> bspano@lewisroca.com
> D. 303.628.9567
>
>

This message and any attachmnts are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this

communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.