ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Todd.Marshall@doj.state.or.us

Attorneys for State Defendants
Hormann, Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE POLICED ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendant. | Case No.  6:20-cv-1163-MK (Lead Case)<br>            3:21-cv-1719-MK (Trailing Case)<br><br>STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AND FIRST AMENDED COMPLAINTS (#143 & #144) |

Page 1 -    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
        ANSWER SECOND AND FIRST AMENDED COMPLAINTS (#143 & #144)
        JBD/db5/722759470

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

**L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL**

Counsel for Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox and Oregon State Police (collectively referred to as "State Defendants") certifies that after conferral with plaintiffs' counsel the parties mutually agree regarding the below extension request.

**MOTION**

State Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 6 for an extension of time for **all defendants** to answer Plaintiffs' Second Amended for Damages (#143) and First Amended Complaint for Damages (#144).  The current deadline to Answer the amended complaints is **February 10, 2023**.  State Defendants respectfully request the deadline for **all defendants'** answers be extended to **March 13, 2023**.  This the first request for extension of this deadline.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

This motion is supported by the Declaration of Jesse B. Davis, filed herewith, and the record of the case filed herein.

DATED February 10, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Todd.Marshall@doj.state.or.us

Attorneys for State Defendants Hormann, Krings,
Riddle, Wilcox and Oregon State Police

Page 3 -   STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER SECOND AND FIRST AMENDED COMPLAINTS (#143 & #144)
JBD/db5/722759470

# CERTIFICATE OF SERVICE

I certify that on February 10, 2023, I served the foregoing STATE DEFENDANTS'

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AND FIRST

AMENDED COMPLAINTS (#143 & #144) upon the parties hereto by the method indicated

below, and addressed to the following:

**Andrew C. Lauersdorf**
**Janis C. Puracal**
Maloney Lauersdorf & Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, OR 97214
 *Of Attorneys for Plaintiffs*

 ___ HAND DELIVERY
 ___ MAIL DELIVERY
 ___ OVERNIGHT MAIL
 ___ TELECOPY (FAX)
 ___ E-MAIL:
caw@mlrlegalteam.com;
jcp@mlrlegalteam.com;
acl@mlrlegalteam.com
 _X_ E-SERVE

**David B. Owens**
Loevy & Loevy
100 S. King Street, Suite 100
Seattle, WA 98104-2885
 *Of Attorneys for Plaintiffs*

 ___ HAND DELIVERY
 ___ MAIL DELIVERY
 ___ OVERNIGHT MAIL
 ___ TELECOPY (FAX)
 ___ E-MAIL:
david@loevy.com
 _X_ E-SERVE

**Robert E. Franz , Jr.**
**Sara R. Henderson**
Law Office of Robert E. Franz, Jr.
P.O. Box 62
Springfield, OR 97477
 *Of Attorneys for Defendants Dannels,*
*Downing, Karcher, McInnes, McNeely,*
*Oswald, Reaves, Sanborn, Schwenninger,*
*Shapiro, Webley, Wetmore, Zanni, Zavala,*
*City of Coquille, City of Coos Bay,*
*and Coos County*

 ___ HAND DELIVERY
 ___ MAIL DELIVERY
 ___ OVERNIGHT MAIL
 ___ TELECOPY (FAX)
 ___ E-MAIL:
rfranz@franzlaw.comcastbiz.net
shenderson@franzlaw.comcastbiz.net
 _X_ E-SERVE

Page 4 - CERTIFICATE OF SERVICE

**Karin L. Schaffer**
**Graham B. Miller**
**Amanda J. Rockett**
Wood Smith Henning & Berman LLP
12755 SW 69th Avenue, Suite100
Portland OR  9722
  *Of Attorneys for Defendants*
*Vidocq Society and Richard Walter*

___  HAND DELIVERY
___  MAIL DELIVERY
___  OVERNIGHT MAIL
___  TELECOPY (FAX)
___  E-MAIL:
kschaffer@wshblaw.com;
gmiller@wshblaw.com
 X_  E-SERVE


*s/ Jesse B. Davis*
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:      jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:      Todd.Marshall@doj.state.or.us

    Of Attorneys for State Defendants
    Hormann, Krings, Riddle, Wilcox
    and Oregon State Police

Page 5 -    CERTIFICATE OF SERVICE