✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| FOR THE | District of | OREGON |
| --- | --- | --- |

| | |
| --- | --- |
| NICHOLAS JAMES MCGUFFIN<br>Plaintiff (s),<br>V.<br>MARK DANNELS, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER:  6:20-cv-01163-MK |

Notice is hereby given that, subject to approval by the court,  Richard Walter  substitutes
(Party (s) Name)

Eric S. DeFreest , State Bar No.  920475  as counsel of record in
(Name of New Attorney)

place of  Karin L. Schaffer and the office of Wood Smith Henning & Berman LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  **Luvaas Cobb**

Address:  777 High Street, Ste. 300, Eugene, OR 97401

Telephone:  (541) 484-9292  Facsimile  (541) 343-1206

E-Mail (Optional):  edefreest@luvaascobb.com

I consent to the above substitution.

Date:  3-7-23

*Richard Walter*
Richard Walter
(Signature of Party (s))

I consent to being substituted.

Date:  2/28/2023

*K. Sf.*
Karin L. Schaffer, OSB No. 123387
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  07 March 2023

(Signature of New Attorney)
ERIC S. DeFREEST, OSB 920475.

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Scanned with CamScanner