Anthony R. Scisciani III, OSB No. 070013
HWS LAW GROUP
101 SW Main Street, Suite 1600
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor, | NO. 6:20-CV-01163-MK |
| Plaintiffs, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | [*CLERK'S ACTION REQUIRED*] |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | |
| Defendants. | |

TO:    CLERK OF THE COURT AND;

TO:    ALL COUNSEL OF RECORD.

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 1

PLEASE BE ADVISED that **Graham B. Miller, Karin L. Schaffer and Amanda J. Rockett** of Wood Smith Henning & Berman LLP hereby withdraw as counsel for **DEFENDANT VIDOCQ SOCIETY** and **Anthony R. Scisciani III and Kelsey L. Shewbert** of HWS Law Group hereby substitutes as counsel for the same in this action effective on the date set forth below.  All further notices and pleadings in this matter, except original process, should be served upon the following:

**HWS Law Group**
**101 SW Main Street, Suite 1605**
**Portland, OR 97204**

DATED this 10ᵗʰ day of March, 2023.

| WOOD SMITH HENNING & BERMAN LLP | HWS LAW GROUP |
|---|---|
| BY: _Kᵃ Sᶜʰ_ (signature) | BY: */s/ Anthony R. Scisciani* |
| Graham B. Miller, OSB No. 161424 | Anthony R. Scisciani III, OSB No. 070013 |
| Karin L. Schaffer, OSB No. 123387 | ascisciani@hwslawgroup.com |
| Amanda J. Rockett, OSB No. 052401 | Kelsey L. Shewbert, OSB No. 221063 |
| Withdrawing Attorneys for | kshewbert@hwslawgroup.com |
| Defendant Vidocq Society | Substituting counsel for Defendant Vidocq Society |

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 2

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of HWS Law Group.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiffs**<br>Janis C. Puracal<br>Andrew C. Lauersdorf<br>Maloney Lauersdorf Reiner PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214 | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via Overnight Mail**<br>☒ **Via Court E-Service, if applicable**<br>jcp@mlrlegalteam.com<br>acl@mlrleaglteam.com |
| **CO / Plaintiffs**<br>David B. Owens, *Pro Hac Vice*<br>Loevy & Loevy<br>100 S. King Street, Suite 100<br>Seattle, WA 98104-2885 | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via Overnight Mail**<br>☒ **Via Court E-Service, if applicable**<br>david@loevy.com |
| **CO / Defendants City of Coquille, City of Coos Bay, Coos County, Craig Zanni, Chris Webley, Eric Schwenninger, Sean Sanborn, Ray McNeely, Kris Karcher, Pat Downing, Mark Dannels, Kip Oswald, Michael Reaves, David Zavala, Anthony Wetmore and Shelly McInnes**<br>Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477 | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via Overnight Mail**<br>☒ **Via Court E-Service, if applicable**<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net |
| **CO / Defendants John Riddle, Susan Hormann, Mary Krings and Kathy Wilcox**<br>Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201 | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via Overnight Mail**<br>☒ **Via Court E-Service, if applicable**<br>Todd.marshall@doj.state.or.us<br>Jesse.b.davis@doj.state.or.us |

DATED this 10th day of March, 2023.

*/s/ Jessica Heath*

Jessica Heath, Legal Assistant/Paralegal

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 3