# Janis Puracal

| | |
|---|---|
| **From:** | McCarthy Maureen A <Maureen.A.Mccarthy@doj.oregon.gov> |
| **Sent:** | Wednesday, November 20, 2024 5:04 PM |
| **To:** | Burdick Jennifer; Meredith Sawyer; Sarah Henderson; Robert Franz; Theresa Franz; Kristy Workman; lauracoffin@coffin.law; Anthony R. Scisciani III; Kelsey L. Shewbert; Caroline Bryant; Heather Schmitz; llear@hwslawgroup.com; Andrew Lauersdorf; Janis Puracal; David Owens; Blenda Fetahu; Bethan Gee; Mia Stigler; Cher Vasquez |
| **Cc:** | Davis Jesse B; Marshall Todd; Hoffmeyer Kristen |
| **Subject:** | RE: McGuffin/1163/DEPO/State Defs' Obj. to SDT's |

This email originated from outside of MLR

Hello All,
I have uploaded documents to that same FTP site called Web Transfer Client.  The new documents are bates numbered:
MCG-KAPLAN-003809-004941

If you have any trouble accessing the link or downloading these files, please let me know.


Thank you.

**Maureen McCarthy** (she/her)
Paralegal | Civil Litigation Section | Trial Division
Oregon Department of Justice
503.947.4671
**NOTE NEW EMAIL ADDRESS**
maureen.a.mccarthy@doj.oregon.gov

---

**From:** McCarthy Maureen A
**Sent:** Tuesday, November 19, 2024 4:09 PM
**To:** Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>; Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Kristy Workman <KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz <hschmitz@hwslawgroup.com>; llear@hwslawgroup.com; Andrew Lauersdorf <acl@mlrlegalteam.com>; Janis Puracal <jcp@mlrlegalteam.com>; David Owens <david@loevy.com>; Blenda Fetahu <bf@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Mia Stigler <ms@mlrlegalteam.com>; Cher Vasquez <cv@mlrlegalteam.com>
**Cc:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen <Kristen.Hoffmeyer@doj.oregon.gov>
**Subject:** RE: McGuffin/1163/DEPO/State Defs' Obj. to SDT's

Hello All,
I have uploaded additional documents to the second FTP site called Web Transfer Client.  If you have trouble accessing that link, please let me know.

The new documents are bates numbered:

MCG-KAPLAN-002350-003808

1

MCG-EGGERT-000032-000038

Thank you.

**Maureen McCarthy** (she/her)
Paralegal | Civil Litigation Section | Trial Division
Oregon Department of Justice
503.947.4671
**NOTE NEW EMAIL ADDRESS**
maureen.a.mccarthy@doj.oregon.gov

---

**From:** McCarthy Maureen A
**Sent:** Monday, November 18, 2024 11:06 AM
**To:** Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>; Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Kristy Workman <KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz <hschmitz@hwslawgroup.com>; llear@hwslawgroup.com; Andrew Lauersdorf <acl@mlrlegalteam.com>; Janis Puracal <jcp@mlrlegalteam.com>; David Owens <david@loevy.com>; Blenda Fetahu <bf@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Mia Stigler <ms@mlrlegalteam.com>; Cher Vasquez <cv@mlrlegalteam.com>
**Cc:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen <Kristen.Hoffmeyer@doj.oregon.gov>
**Subject:** RE: McGuffin/1163/DEPO/State Defs' Obj. to SDT's

Hello All,
At least one person was unable to access the link I sent on Friday, so I created a new link using a second FTP site called Web Transfer Client.  Each of you will receive a new email today with a link to this site.  This is the exact same information that was sent Friday night.

If you were able to access the link sent Friday, you can disregard this.

Thank you.

**Maureen McCarthy** (she/her)
Paralegal | Civil Litigation Section | Trial Division
Oregon Department of Justice
503.947.4671
**NOTE NEW EMAIL ADDRESS**
maureen.a.mccarthy@doj.oregon.gov

---

**From:** McCarthy Maureen A
**Sent:** Friday, November 15, 2024 9:28 PM
**To:** Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>; Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Kristy Workman <KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz <hschmitz@hwslawgroup.com>; llear@hwslawgroup.com; Andrew Lauersdorf <acl@mlrlegalteam.com>; Janis Puracal <jcp@mlrlegalteam.com>; David Owens <david@loevy.com>; Blenda Fetahu <bf@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Mia Stigler <ms@mlrlegalteam.com>; Cher Vasquez <cv@mlrlegalteam.com>

2

**Cc:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen <Kristen.Hoffmeyer@doj.oregon.gov>
**Subject:** RE: McGuffin/1163/DEPO/State Defs' Obj. to SDT's

Below is link to DOJ's secure FTP site with the State Defendant Expert Production.  Your email address is your login, and you will need to create your own password.

https://sellwood.doj.state.or.us/access#/nodes/aeb33b43-afde-4480-8efb-9955eacd613d

Please let me know if you have any trouble accessing the link or downloading the documents.

Thank you.

**Maureen McCarthy** (she/her)
Paralegal | Civil Litigation Section | Trial Division
Oregon Department of Justice
503.947.4671
**NOTE NEW EMAIL ADDRESS**
maureen.a.mccarthy@doj.oregon.gov

---

**From:** Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>
**Sent:** Friday, November 15, 2024 5:02 PM
**To:** Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Robert Franz <rfranz@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Kristy Workman <KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz <hschmitz@hwslawgroup.com>; llear@hwslawgroup.com; Andrew Lauersdorf <acl@mlrlegalteam.com>; Janis Puracal <jcp@mlrlegalteam.com>; David Owens <david@loevy.com>; Blenda Fetahu <bf@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Mia Stigler <ms@mlrlegalteam.com>; Cher Vasquez <cv@mlrlegalteam.com>
**Cc:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen <Kristen.Hoffmeyer@doj.oregon.gov>; McCarthy Maureen A <Maureen.A.Mccarthy@doj.oregon.gov>; Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>
**Subject:** McGuffin/1163/DEPO/State Defs' Obj. to SDT's

Attached please find State Defendants' Objections to Plaintiff's Subpoena Duces Tecum to Marla Kaplan, Matthew Eggert, Ronald Fisher, and Scott Sadaisar.

Thank you.

**Jennifer Burdick**
Legal Secretary to Jesse Davis, Sheila Potter, and Carla Scott
Civil Litigation Section | Trial Division
Oregon Department of Justice
1162 Court Street, Salem OR 97301
503.947.4700
**NOTE NEW EMAIL ADDRESS**
**JENNIFER.BURDICK@DOJ.OREGON.GOV**

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it

3

appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *********************************

Declaration of Janis C. Puracal
Exhibit 2, Page 4 of 4