**Janis Puracal**

| | |
|---|---|
| **From:** | Davis Jesse B <Jesse.B.Davis@doj.oregon.gov> |
| **Sent:** | Tuesday, November 12, 2024 2:03 PM |
| **To:** | Janis Puracal; Andrew Lauersdorf; Robert Franz jr.; Cher Vasquez; Mia Stigler; Blenda Fetahu; David Owens; Bethan Gee |
| **Cc:** | Meredith Sawyer; Sarah Henderson; Theresa Franz; Marshall Todd; Hoffmeyer Kristen; McCarthy Maureen A; Burdick Jennifer; Eric DeFreest; Kristy Workman; lauracoffin@coffin.law; Anthony R. Scisciani III; Kelsey L. Shewbert; Caroline Bryant; Heather Schmitz; Rachel Jones |
| **Subject:** | RE: McGuffin v. Dannels, et al. \| Frwd Ps' Objections to SDT - Huma Nasir |

This email originated from outside of MLR

Janis,

There is no miscommunication.  Your position is not reasonable in light of your representations to the court, repeated in Andy's email below, that the parties agree to ask the court to allow depositions of damages expert to continue into December.  Dr. Poehlman is a damages expert.  We are not looking for a long extension, or even to push Dr. Poehlmann's deposition into December.  Just let us know of a couple other dates and times and we will try to make them work.

In terms of other expert depositions, the ones already scheduled are (I believe, but please let me know, everyone, if I've gotten anything wrong here):

    Frink: Nov. 19, 1:30 pm
    Noel: Nov. 22, 12:30-2:00 pm
    Harman: Nov. 25, 9:00 am
      Jones: Nov. 25, 1:00 pm
      Sudaisar: Nov. 26, 9:30 am

The remaining plaintiffs' experts are Poehlmann, Zannella, Best, Nasir, and Honts.  Please let us know of availability for them.

The other State Defendants' experts are available on the following days:

    Fisher: Dec. 3, 5
    Kaplan: Dec. 3, 4
    Eggert: 2, 5, 6

Thanks,

Jesse B. Davis
Oregon Department of Justice
Cell: 503.856.2342

---

**From:** Janis Puracal <jcp@mlrlegalteam.com>
**Sent:** Monday, November 11, 2024 4:43 PM
**To:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Robert Franz jr. <rfranz@franzlaw.comcastbiz.net>; Cher Vasquez <cv@mlrlegalteam.com>; Mia Stigler <ms@mlrlegalteam.com>;

Declaration of Janis C. Puracal
Exhibit 3, Page 1 of 2

Blenda Fetahu <bf@mlrlegalteam.com>; David Owens <david@loevy.com>; Bethan Gee <gee@loevy.com>
**Cc:** Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>;
Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen
<Kristen.Hoffmeyer@doj.oregon.gov>; McCarthy Maureen A <Maureen.A.Mccarthy@doj.oregon.gov>; Burdick Jennifer
<Jennifer.Burdick@doj.oregon.gov>; Eric DeFreest <edefreest@luvaascobb.com>; Kristy Workman
<KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey
L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz
<hschmitz@hwslawgroup.com>; Rachel Jones <rjones@hwslawgroup.com>
**Subject:** RE: McGuffin v. Dannels, et al. | Frwd Ps' Objections to SDT - Huma Nasir

> **\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION
> EXTERNAL EMAIL\***

Jesse,

I want to make sure that there is no miscommunication here.  To repeat what Andy said in his email below, Plaintiffs will
object to any request for extensions of time to complete Dr. Poehlmann's deposition, and will certainly object to any
request to move the dispositive motion deadline.  Plaintiffs timely produced Dr. Poehlmann's documents on the return
date in the State Defendants' subpoena, and Dr. Poehlmann arranged her schedule around the agreed-upon deposition
date.  There is no principled reason to reschedule the deposition, unlike Ms. Nasir's deposition, which had to be
rescheduled for medical reasons.

Janis



**Janis C. Puracal**
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
t. 503.664.3641  fx. 503.245.1417

---

**From:** Davis Jesse B <Jesse.B.Davis@doj.oregon.gov>
**Sent:** Monday, November 11, 2024 3:24 PM
**To:** Janis Puracal <jcp@mlrlegalteam.com>; Andrew Lauersdorf <acl@mlrlegalteam.com>; Robert Franz jr.
<rfranz@franzlaw.comcastbiz.net>; Cher Vasquez <cv@mlrlegalteam.com>; Mia Stigler <ms@mlrlegalteam.com>;
Blenda Fetahu <bf@mlrlegalteam.com>; David Owens <david@loevy.com>; Bethan Gee <gee@loevy.com>
**Cc:** Meredith Sawyer <msawyer@hwslawgroup.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>;
Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Marshall Todd <Todd.Marshall@doj.oregon.gov>; Hoffmeyer Kristen
<Kristen.Hoffmeyer@doj.oregon.gov>; McCarthy Maureen A <Maureen.A.Mccarthy@doj.oregon.gov>; Burdick Jennifer
<Jennifer.Burdick@doj.oregon.gov>; Eric DeFreest <edefreest@luvaascobb.com>; Kristy Workman
<KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Kelsey
L. Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz
<hschmitz@hwslawgroup.com>; Rachel Jones <rjones@hwslawgroup.com>
**Subject:** RE: McGuffin v. Dannels, et al. | Frwd Ps' Objections to SDT - Huma Nasir

> This email originated from outside of MLR

All,

2

**Declaration of Janis C. Puracal**
**Exhibit 3, Page 2 of 2**