Anthony R. Scisciani III, OSB No. 070013
Kelsey L. Shewbert, OSB No. 221063
Meredith A. Sawyer, *pro hac vice*

HWS LAW GROUP
1500 Fourth Avenue, Suite 200
Seattle, WA 98101
Phone: (206) 262-1200
Fax: (206) 223-4065
ascisciani@hwslawgroup.com
kshewbert@hwslawgroup.com
meredith@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>                              Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>                              Defendants. | Case No. 6:20-CV-01163-MK<br>(Lead Case)<br><br>NOTICE OF ASSOCIATION OF COUNSEL<br><br>**[*CLERK'S ACTION REQUIRED*]** |

NOTICE OF ASSOCIATION OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 1

Vidocq Society,

                              Cross Claimant,

        v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE,
SEAN SANBORN, ERIC
SCHWENNINGER, RICHARD WALTER,
CHRIS WEBLEY, ANTHONY WETMORE,
KATHY WILCOX, CRAIG ZANNI, DAVID
ZAVALA, JOEL D. SHAPIRO AS
ADMINISTRATOR OF THE ESTATE OF
DAVID E. HALL, VIDOCQ SOCIETY,
CITY OF COQUILLE, CITY OF COOS
BAY, and COOS COUNTY,

                              Cross Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem,* on behalf
of S.M., a minor,

                              Plaintiffs,

        v.

OREGON STATE POLICE,

                              Defendant.

TO:    CLERK OF THE COURT AND;

TO:    ALL COUNSEL OF RECORD.

PLEASE TAKE NOTICE THAT that **Rachel Jones** of HWS LAW GROUP, hereby

appears on behalf of **DEFENDANT VIDOCQ SOCIETY** in association with Anthony R.

Scisciani III, Kelsey L. Shewbert, and Meredith A. Sawyer of **HWS LAW GROUP, 101 SW**

**Main Street, Suite 1605, Portland, OR  97204**.  We request that service of all papers and

NOTICE OF ASSOCIATION OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 2

pleading herein, except writs of original process, be made upon all attorneys for said Defendants.

DATED this 11th day of July, 2023.

HWS LAW GROUP

By: *s/ Rachel Jones*
Rachel Jones, OSB No. 231399
rjones@hwslawgroup.com
*Attorney for Defendant Vidocq Society*

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of HWS Law Group.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiffs**<br>Janis C. Puracal<br>Andrew C. Lauersdorf<br>Maloney Lauersdorf Reiner PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214 | ☐　**Via U.S. Mail**<br>☒　**Via E-Mail**<br>☐　**Via Overnight Mail**<br>☒　**Via Court E-Service, if applicable**<br>jcp@mlrlegalteam.com<br>acl@mlrleaglteam.com |
| **CO / Plaintiffs**<br>David B. Owens, *Pro Hac Vice*<br>Loevy & Loevy<br>100 S. King Street, Suite 100<br>Seattle, WA 98104-2885 | ☐　**Via U.S. Mail**<br>☒　**Via E-Mail**<br>☐　**Via Overnight Mail**<br>☒　**Via Court E-Service, if applicable**<br>david@loevy.com |
| **CO / Defendants City of Coquille, City of Coos Bay, Coos County, Craig Zanni, Chris Webley, Eric Schwenninger, Sean Sanborn, Ray McNeely, Kris Karcher, Pat Downing, Mark Dannels, Kip Oswald, Michael Reaves, David Zavala, Anthony Wetmore and Shelly McInnes**<br>Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477 | ☐　**Via U.S. Mail**<br>☒　**Via E-Mail**<br>☐　**Via Overnight Mail**<br>☒　**Via Court E-Service, if applicable**<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net |
| **CO / Defendants John Riddle, Susan Hormann, Mary Krings and Kathy Wilcox**<br>Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201 | ☐　**Via U.S. Mail**<br>☒　**Via E-Mail**<br>☐　**Via Overnight Mail**<br>☒　**Via Court E-Service, if applicable**<br>Todd.marshall@doj.state.or.us<br>Jesse.b.davis@doj.state.or.us |

| | |
|---|---|
| **CO/ Defendant Richard Walter**<br>Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Suite 300<br>Eugene, OR 97401 | ☐    **Via U.S. Mail**<br>☒    **Via E-Mail**<br>☐    **Via Overnight Mail**<br>☒    **Via Court E-Service, if applicable**<br>edefreest@luvaascobb.com |

DATED this 11th day of July, 2023.

*s/ Abby Jenkins*
Abby Jenkins, Legal Assistant

NOTICE OF ASSOCIATION OF COUNSEL
(CASE NO. 6:20-CV-01163-MK) – Page 5

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR  97204