

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian ad litem,
on behalf of S.M., a minor,



    Plaintiff,

vs.

                   Case No. 6:20-cv-01163-MK

MARK DANNELS, et al.,

    Defendants.

_____



DEPOSITION OF

GABRIELLA CATO

TAKEN ON
THURSDAY, JULY 6, 2023
1:09 P.M.

MALONEY LAUERSDORF AND REINER, PC
1111 EAST BURNSIDE STREET, SUITE 300
PORTLAND, OREGON

(800) 528-3335

NAEGELIUSA.COM

McGuffin v Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 1 of 51

```
 1                        APPEARANCES

 2


 3   Appearing on behalf of the Plaintiff:

 4   ANDREW C. LAUERSDORF, ESQUIRE

 5   JANIS C. PURACAL, ESQUIRE

 6   Maloney Lauersdorf and Reiner, PC

 7   1111 East Burnside Street, Suite 300

 8   Portland, Oregon  97214

 9   (503) 245-1518

10   (503) 245-1417  (Fax)

11   acl@mlrlegalteam.com

12   jcp@mrllegalteam.com

13

14   Appearing on behalf of the Municipal Defendants and

15   Police Officers:

16   ROBERT E. FRANZ, JR., ESQUIRE

17   Franz Law Offices

18   730 B Street

19   Springfield, Oregon  97477

20   (541) 741-8220

21   (541) 741-8234  (Fax)

22   rfranz@franzlaw.comcastbiz.net

23

24

25
```

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Dannels, et al. 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 2 of 51

```
 1              APPEARANCES (CONTINUED)

 2

 3   Appearing on behalf of the Defendant Vidocq Society:

 4   MEREDITH A. SAWYER, ESQUIRE

 5   RACHEL JONES, ESQUIRE (Via Zoom)

 6   Holt Woods and Scisciani LLP

 7   101 Southwest Main Street, Suite 1600

 8   Portland, Oregon  97204

 9   (503) 542-1200

10   (503) 542-5243  (Fax)

11   msawyer@hwslawgroup.com

12   rjones@hwslawgroup.com

13

14   Appearing on behalf of the Defendant

15   Oregon State Police:

16   TODD E. MARSHALL, ESQUIRE

17   Oregon Department of Justice

18   100 Southwest Market Street

19   Portland, Oregon  97201

20   (503) 947-4700

21   (503) 947-4791

22   todd.marshall@doj.state.or.us

23

24

25
```

NAEGELI    (800)528-3335

DEPOSITION & TRIAL    WWW.NAEGELIUSA.COM

McGuffin v Dannels, et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 3 of 51

1            **APPEARANCES (CONTINUED)**

2

3  **Appearing on behalf of the Defendant Richard Walter:**

4  ERIC S. DEFREEST, ESQUIRE   (Via Zoom)

5  **Luvaas Cobb**

6  777 High Street, Suite 300

7  Eugene, Oregon  97440

8  (541) 484-9292

9  (541) 343-1206 (Fax)

10  edefreest@luvaascobb.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

McGuffin v Danner, et al. 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 4 of 51

```
 1                     EXAMINATION INDEX

 2                                                  Page

 3

 4   EXAMINATION BY MR. FRANZ                         8

 5   EXAMINATION BY MR. LAUERSDORF                   25

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

McQuffin v Dannenecter al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or In Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 5 of 51

```
 1                        EXHIBIT INDEX

 2   Exhibit                                        Page

 3

 4   1       Supplemental First Amended Complaint      9

 5

 6   2       Employee Address List                    12

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NAEGELI        CELEBRATING 40        (800)528-3335
DEPOSITION & TRIAL                      WWW.NAEGELIUSA.COM
McQuiffin v Dannel et al - 6:20-cv-01163-MK
Motion to Quash Subpoena, or In Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 6 of 51

1                          DEPOSITION OF

2                          GABRIELLA CATO

3                            TAKEN ON

4                    THURSDAY, JULY 6, 2023

5                            1:09 P.M.

6

7          THE VIDEOGRAPHER:  We are on the Record.

8  The time is 1:09, the date is July 6, 2023.  This is

9  the beginning of the deposition of Gabriella Cato.

10  The case caption is McGuffin v. Dannels.

11          Will the counsel now introduce yourself

12  and state whom you represent.

13          MS. PURACAL:  Janis Puracal for Plaintiff.

14          MR. LAUERSDORF:  Andy Lauersdorf on behalf

15  of Plaintiff.

16          MR. FRANZ:  Robert Franz on behalf of the

17  municipal defendants and the police officers.

18          MS. SAWYER:  Meredith Sawyer on behalf of

19  Vidocq Society.

20          MR. MARSHALL:  Todd Marshall on behalf of

21  the State defendants.

22          MR. DEFREEST:  Eric DeFreest on behalf of

23  Richard Walter.

24          THE VIDEOGRAPHER:  The court reporter may

25  now swear in the witness.

McGuffin v Dannels et al. 6:20-cv-01163-MK
Exhibit 2 - to Motion for in Alternative, Motion to Exclude Exhibit 3
Cambreleng Declaration - Exhibit 3 - Page 7 of 51

1           THE REPORTER:  All right.  Ms. Cato,

2    please raise your right hand.  Thank you.

3           Do you affirm under penalty of perjury

4    that you are Gabriella Cato and that the testimony

5    you are about to give will be the truth, the whole

6    truth, and nothing but the truth?

7           THE WITNESS:  Yes.

8    GABRIELLA CATO, having been duly sworn, was examined

9    and testified as follows:

10          THE REPORTER:  Thank you.  Counsel, you

11   may proceed.

12   EXAMINATION

13   BY MR. FRANZ:

14       Q.   My name's Robert Franz, and as indicated,

15   I represent the municipal defendants and police

16   officers in a lawsuit brought by Mr. McGuffin.  So

17   take a deep breath, just relax.

18       A.   Okay.

19       Q.   We have a lot of attorneys here.  A couple

20   of us will be asking questions.  Your job is very

21   simple, just answer truthfully the questions we ask

22   you.

23          And the reason I subpoenaed you in is

24   because I wanted to get some more information about

25   a lawsuit that you filed against Legend's Bar and

NAEGELI  ☆CELEBRATING☆  (800)528-3335
DEPOSITION & TRIAL     NAEGELIUSA.COM
McGuffin v Daniels et al  6:20-cv-01163-MK
Defendants' 2nd Motion for Relief or in Alternative, Motion for Enlargement...
Cambreleng Declaration - Exhibit 3 - Page 8 of 51

```
 1  Grill.  So I need to have an exhibit marked, and then
 2  I'm going to ask you some questions.
 3              MR. FRANZ:  So are we doing one again?
 4              MR. LAUERSDORF:  I guess, yes.
 5              (WHEREUPON, a Supplemental First Amended
 6  Complaint was marked as Exhibit 1 for
 7  identification.)
 8  BY MR. FRANZ:
 9      Q.   So do you recognize this complaint?
10      A.   Yes.
11      Q.   Okay.  So what I want to do is just kind
12  of go through the complaint and ask you some
13  information or where you got the information that's
14  in the complaint.
15      A.   All right.
16      Q.   And then we will just go through the
17  allegations like that, okay?  You are going to be
18  fine.
19              So if you turn to page 3, and we start off
20  with the statement you were hired in August of 2019
21  as Events Supervisor.  Can you explain a little bit
22  to us, when did you apply to Legend's?
23      A.   The day I was hired.
24      Q.   Okay.  So you just, you came in, you
25  applied and got a job?
```

McGuffin v Daniels et al 6:20-cv-01163-MK
Plaintiff's Consol. Resp in Alt or in Alternative, Motion to Enlarge, USA Cato
Cambreleng Declaration - Exhibit 3 - Page 9 of 51

 1      A.    I moved into Molalla.  I was supervisor at

 2  Mt. Hood Meadows ski resort for approximately 16

 3  years and moved to Molalla.

 4          My husband passed and I moved by my

 5  children, and the only place in Molalla that had

 6  events and things like that was Legend's.  So a

 7  couple weeks after I settled into my house, I

 8  applied and was hired.

 9      Q.    **How young are you?**

10      A.    I'm 60 years old.

11      Q.    **And who did you interview to get the job?**

12      A.    Jessica was my -- the manager there, and

13  Rebecca was the events manager.

14      Q.    **Do you have last names?**

15      A.    I don't.  I'm very sorry.  I did but --

16      Q.    **And was Mr. McGuffin working there when**

17  **you worked there?**

18      A.    He was not.

19      Q.    **Do you remember when he came to work**

20  **there?**

21      A.    I do.

22      Q.    **Okay.  When?**

23      A.    It was the spring before the November I

24  was let go so 2020 or '21, I'm not quite sure.

25      Q.    **Okay.  So you were August 2019.**

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Motion to Dismiss or in Alternative, Motion for Extension of Time
Cambreleng Declaration - Exhibit 3 - Page 10 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1        A.    I think '21.

 2        Q.    So you think the rest of 2019 and all of

 3   2020, then 2021?

 4        A.    Yes.

 5        Q.    Okay.

 6        A.    I believe so.

 7        Q.    And before Mr. McGuffin got there, were

 8   you doing a good job?

 9        A.    Yeah, I loved my job.

10        Q.    And did the people like you?

11        A.    Very much.

12        Q.    Was there any complaints made against you?

13        A.    None.

14        Q.    So now when Mr. McGuffin gets there, what

15   does he do?

16        A.    Very exciting for us because banquets, and

17   we were struggling in that department, and it was

18   really exciting to see him come aboard.

19        Q.    Okay.  Now, will you look at page 3,

20   paragraph 11 where it says, The young women would

21   tell Plaintiff about things that were bothering them

22   or ask her to assist them -- assist them if they

23   needed help. Do you see where I am?

24        A.    I don't, I'm so sorry.

25        Q.    Yeah, it's page --
```

**NAEGELI** (800)528-3335

DEPOSITION & TRIAL    www.NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants Daniels, Gowdy, Taylor in Alternative, Motion for Extension of Time
Cambreleng Declaration - Exhibit 3 - Page 11 of 51

```
 1        A.   Oh, okay.  Yes.

 2        Q.   Okay.  What women came to you to complain

 3   about Mr. McGuffin?

 4        A.   We have hostesses that are from 15 to,

 5   say, early twenties.  My servers that were -- they

 6   were like my kids.  I've always been like that.

 7   They were like 19, 18, 19.  Coworkers, but young

 8   women.

 9        Q.   And what was the nature of the complaints?

10        A.   Just making them feel uncomfortable, you

11   know, just came to -- I didn't really know what to

12   do with the complaints, you know, just uncomfortable

13   in a kind of sexual manner, I suppose --

14        Q.   Okay.

15        A.   -- is what I took it as.

16        MR. FRANZ:  So need this marked.  Okay.

17   So this is that material I got from Fisher by the

18   subpoena.

19             THE REPORTER:  Are you marking this?

20             MR. FRANZ:  It's Number 2, correct.

21             (WHEREUPON, an Employee Address List was

22   marked as Exhibit 2 for identification.)

23   BY MR. FRANZ:

24        Q.   I want you to go through Exhibit 2, yes,

25   and could you read off the names of the persons that
```

McGuffin v Daniels et al 6:20-cv-01163-MK
Motion to Dismiss, or in Alternative, Motion for More Definite Statement
Cambreleng Declaration - Exhibit 3 - Page 12 of 51

```
 1    complained to you?  There's quite a few pages so

 2    just take your time.

 3         A.   Emma.

 4         Q.   What's the last name?

 5         A.   Cortes, C-o-r-t-e-s.

 6         Q.   What page is it on?

 7         A.   Second page.

 8         Q.   What's the --

 9         A.   Second page.

10         Q.   Second page, okay.  Cortes.

11         A.   Desiray Ward, fourth page.  I'm looking

12    for Jazmin.  I can't find her.

13         Q.   Third page, number 4 -- 317.

14         A.   Yes, Jazmin Spinney.  And those are the

15    ones that came to me.

16         Q.   What about Abbi?

17         A.   Who?

18         Q.   An Abbi Beckham?

19         A.   No.

20         Q.   Okay.  Okay.  So what did Emma come to you

21    about, what did she say?

22         A.   That he was asking her out, you know, and

23    just being flirtatious, and then more so other girls

24    coming to me about that situation between Emma and

25    him.  So --
```

**NAEGELI**    (800)528-3335

DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Plaintiff's Motion for Partial or in Alternative, Motion for Extension of Time
Cambreleng Declaration - Exhibit 3 - Page 13 of 51

1      Q.    And do you know how old Emma was?

2      A.    I do not.  Early twenties.

3      Q.    And then other girls would also complain

4  on behalf of Emma?

5      A.    Just say things to me, you know, nothing

6  that I -- I didn't take that as the reason that I

7  filed my complaint, was just, you know, hearsay and

8  work and, you know.

9      Q.    And then what did Desiray complain about?

10     A.    Same thing.

11     Q.    Did either Emma or Desiray give you some

12 specifics?

13     A.    No.

14     Q.    Did they show you some text messages?

15     A.    No.

16     Q.    And then what did Jazmin come to you

17 about?

18     A.    She said that he was starting -- well, at

19 first she was encouraging the flirtation at work.

20 She -- Jazmin was 18, just turned 18, and she was

21 kind of excited about it.

22          And then he started sending her -- and I

23 did not see these, this is her telling me -- sending

24 her pictures of his anatomy, a video of himself

25 washing in the shower, things that she was she

**NAEGELI**    (800)528-3335

DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Motion to Dismiss or in Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 14 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1  startled about and upset about because it upset her.

 2          MR. LAUERSDORF:  I'm going to assume that

 3  all the hearsay objections are preserved.

 4          MR. FRANZ:  Yes.

 5          MR. LAUERSDORF:  Do you want me to object

 6  every time she -- okay.

 7          MR. FRANZ:  No.  I think the only

 8  objections is form of the question, responsiveness

 9  of the answer.

10          MR. LAUERSDORF:  Okay.

11  BY MR. FRANZ:

12      Q.   Okay.  And then what, if anything, did you

13  do?

14      A.   Well, I had observed some behavior that I

15  felt was disruptive to the workplace and to the, you

16  know, making everything go well at work and so I

17  went to my boss, again, without seeing any direct

18  except for the flirtation and, you know, kind of

19  inappropriate for a workplace.

20          Again, not seeing the pictures or

21  anything, I went to my manager, Jake Shafer and just

22  told him my concerns.

23      Q.   And what behavior had you observed

24  personally?

25      A.   Flirting with a 16-, 17-year-old,
```

**NAEGELI**    (800)528-3335

DEPOSITION & TRIAL    www.NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Plaintiff's Response & Motion for Leave to Amend Or in Alternative, Motion for Reconsideration
Cambreleng Declaration - Exhibit 3 - Page 15 of 51

```
 1  touching, flirting, giggling.  She wasn't doing her

 2  job, she was just following him around, and they

 3  were, you know, and it was just not professional.

 4       Q.   And who was the girl?

 5       A.   Georgia.

 6       Q.   Did you see touching?

 7       A.   Yeah, grabbing an arm and, you know, that

 8  kind of thing, but nothing, you know.

 9       Q.   Do you know where Georgia is today?

10       A.   I do not.

11       Q.   Are you still working at Legend's?

12       A.   Oh, no.

13       Q.   When did you leave?

14       A.   I left after I filed my complaint.  They -

15  - we went back and forth with emails and stuff, and

16  I was fired for the complaint.

17       Q.   And then did -- and you never went back?

18       A.   Never.

19       Q.   Tell me how you were fired.  What

20  happened?

21       A.   Well, I was -- I went to work, I had an

22  event.  I -- okay, back up.  I went back and forth

23  with Jake, and he was, you know, he wasn't

24  responding.

25            So then I sent an email to the owners, and
```

**NAEGELI** (800)528-3335

McGuffin v Daniels et al  6:20-cv-01163-MK
DEPOSITION OF GABRIELLA CATO · NAEGELIUSA.COM
Cambreleng Declaration - Exhibit 3 - Page 16 of 51

```
 1   I had a banquet the next morning and I said I wanted

 2   a meeting before the banquet.

 3           And -- and so I went there early, but the

 4   meeting didn't happen, but the event was for the

 5   golf ladies, and it was important and so I thought

 6   I'd just go to work.  And so I was in uniform, I

 7   went to work, and Jake came to me and said, We don't

 8   need you.  Go home.

 9           And I was like, okay, and so I went home,

10   and then I sent more emails to human resource, to

11   the owners, to everything, and they just didn't get

12   back to me, and then I was taken off the site, the

13   schedule.

14           And I was, like, what's going on?  And

15   then I finally got a response from Bryce Fisher,

16   said that I had been terminated.

17      Q.    Were you given a reason?

18      A.    There were no reasons at that time.

19      Q.    Okay.  Now, we issued a subpoena on

20   Legend's to try to get copies of anything dealing

21   with Mr. McGuffin, and we got one piece of paper.

22   We didn't get any emails that you sent or anything.

23   Do you still have those?

24      A.    I -- I do.

25      Q.    Okay.
```

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants' Motion for SJ or, in Alternative, Motion for Partial SJ
Cambreleng Declaration - Exhibit 3 - Page 17 of 51

```
 1        A.    But my -- the suit and everything was not

 2   with Mr. McGuffin, it was with Legend's and the way

 3   they handled by complaint, not the complaint itself.

 4        Q.    Correct.  So can -- can I get a phone

 5   number from you to contact you to try to get those

 6   documents? What's a good phone number?

 7        A.    503-317-9335.

 8             MR. LAUERSDORF:  513-317 what?

 9             THE WITNESS:  9335.

10             MR. LAUERSDORF:  Okay.  We're going to

11   serve her today with a subpoena duces tecum as well

12   so.

13             MR. FRANZ:  Okay.  So she has to come

14   back?

15             MR. LAUERSDORF:  We haven't seen the

16   documents.  I mean, I want to ask her about the

17   documents.

18             MR. FRANZ:  Okay.  So what -- let's go off

19   the Record a second.

20             THE VIDEOGRAPHER:  The time is 1:25, and

21   we are off the Record.

22             (WHEREUPON, a discussion was held off the

23   Record.)

24             THE VIDEOGRAPHER:  1:29 and we are back on

25   the Record.
```

**NAEGELI**  (800)528-3335

McGuffin v Daniels et al 6:20-cv-01163-MK
DEPOSITION.COM    NAEGELIUSA.COM
Defendant's Combined Motion for in Alternative...Motion for Extension...
Cambreleng Declaration - Exhibit 3 - Page 18 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1  BY MR. FRANZ:

 2       Q.   Okay.  So I want to ask about what is your

 3  understanding of the settlement agreement you

 4  entered in with Legend's about disclosing it or not

 5  disclosing it?

 6       A.   I am not to talk about it.

 7       Q.   And not talk about what led up to the

 8  settlement or not talk about the amount or the

 9  actual terms of the settlement?  What's your

10  understanding?

11            THE WITNESS:  The settlement with the golf

12  course and with Jake, I didn't -- I don't know.  I

13  don't think I'm supposed to talk about it.  My

14  initial complaint wasn't the reason for the suit, it

15  was how it was handled.

16  BY MR. FRANZ:

17       Q.   And the fact you were terminated?

18       A.   Right.

19            MR. FRANZ:  Okay.  So on the Record, my

20  suggestion is we stop the deposition, we send an

21  email to Kasubhai, Judge Kasubhai, tell him that the

22  witness understands that she can't disclose it,

23  she's not represented by an attorney, and that we

24  ask him to issue an order requiring her to answer if

25  he's comfortable with that.  And, Andrew, your
```

**NAEGELI**   (800)528-3335

DEPOSITION & TRIAL  •  WWW.NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant Legend Senior Living, LLC's Motion for Summary Judgment, or in Alternative, Motion for Partial Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 19 of 51

```
 1   position?
 2           MR. LAUERSDORF:  My position is that she
 3   hasn't been asked any questions about the settlement
 4   agreement.  There's no reason to stop the
 5   deposition.
 6   BY MR. FRANZ:
 7       Q.   So let's continue outside of that part.  I
 8   won't be asking you about that.  Did you have
 9   conversation with Georgia about her relationship
10   with Mr. McGuffin?
11       A.   No.
12       Q.   And did you have conversations -- did you
13   ever any conversations at all with Georgia?
14       A.   Yes.
15       Q.   Just about business?
16       A.   Uh-huh.
17       Q.   Yes?
18       A.   Yes.
19       Q.   And do you know any background information
20   about Georgia?
21       A.   Not really.
22       Q.   Do you know if she in fact was dating Mr.
23   McGuffin?
24       A.   No.  At that time, no.
25       Q.   Do you know if sometime she was?
```

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Motion to Dismiss or in Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 20 of 51

```
 1        A.   Just, I -- just rumors that I heard.

 2        Q.   What rumors did you hear?

 3        A.   That she was dating him.

 4        Q.   And do you know what age she would have

 5   been when she was dating him?

 6        A.   No, I don't.

 7        Q.   Do you know what time of the year it was,

 8   for example, you say that he got there in 2021, Mr.

 9   McGuffin, what year or what month it was that you

10   heard he was dating Georgia?

11        A.   January '22 I believe, maybe.  It was

12   after I had left.

13        Q.   Do you know Georgia's parents?

14        A.   Casually.

15        Q.   Did you ever have any discussion with them

16   about Georgia's relationship with Mr. McGuffin?

17        A.   I did not.

18        Q.   And do you know the names of Georgia's

19   parents?

20        A.   No, I don't.

21        Q.   Okay.  What did Jazmin tell you?

22        A.   She told me that he was pursuing her

23   sexually and followed her to the car and tried to

24   kiss her and just some different things like that.

25   I saw none of that, this is just what she told me.
```

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Corrected Motion for, in Alternative, Motion to Certify for Interlocutory Appeal
Cambreleng Declaration - Exhibit 3 - Page 21 of 51

```
 1        Q.    Now, do you know if Georgia got

 2   terminated?

 3        A.    I do not.

 4        Q.    Did -- do you know if Jazmin got

 5   terminated?

 6        A.    Yes, she did.

 7        Q.    And when did she get terminated?

 8        A.    At the same time I did.

 9        Q.    And do you know why Jazmin got terminated?

10        A.    I really don't.  I mean, it could have

11   been because she didn't go to her shift that day.

12   I'm not sure.  Because her mother wouldn't let her

13   go to work.

14        Q.    How do you know that, is that Jazmin told

15   you that?

16        A.    Yes.

17        Q.    Did you -- did you know a Megan Davidson?

18        A.    I -- possibly.  I worked with many girls,

19   I don't know.

20        Q.    This would have been an older woman that

21   was a dishwasher.

22        A.    I know the dishwashers.  I sound terrible,

23   but I don't know everybody's name.

24        Q.    She was a dishwasher that knew Mr.

25   McGuffin in high school.
```

**NAEGELI**  (800)528-3335

DEPOSITION & TRIAL     NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Motion to Dismiss or in Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 22 of 51

```
 1        A.    No, I didn't know her.

 2        Q.    So you mentioned in your complaint that

 3  Defendant Shafer was hired in May of 2021, correct?

 4        A.    Approximately.  I don't know exactly.

 5        Q.    And you said once he was on board, he

 6  hired several of his male friends, including Mr.

 7  McGuffin. How do you know that Shafer and McGuffin

 8  were friends?

 9        A.    That's what I was told, that he was

10  bringing people that he knew and were friends.

11        Q.    Do you know how they knew each other?

12        A.    Previous restaurant maybe?  I don't know.

13  No, I don't.

14        Q.    What other friends did Mr. Shafer hire

15  that were his friends?

16        A.    Our Chef Bobby, I don't know his last

17  name, a bartender, a bar back, some just different

18  people in the operation.

19        Q.    Was there other relationships between male

20  workers at Legend's and female employees?

21        A.    Not that I know of.  I know there's a

22  couple of servers, but they were in a relationship

23  when they started working there, and they worked

24  there together, but not that I know of, no.

25        Q.    Are you working now?
```

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Plaintiff's Motion to Amend or in Alternative, Motion to Extend Leave to Amend
Cambreleng Declaration - Exhibit 3 - Page 23 of 51

Gabriella Cato   July 6, 2023   NDT Assgn # 66686

```
 1        A.    I am.

 2        Q.    Where are you working?

 3        A.    I work at the Buckeroo Deli in Molalla.

 4   I'm a -- it's like a gambling place.  I take care of

 5   lottery, I cook food, I wait on people.

 6        Q.    And what is your current address?

 7        A.    212 Shaver Avenue, Molalla.

 8        Q.    So I had the correct address on the

 9   subpoena?

10        A.    Yes.

11        Q.    Did you ever approach Mr. McGuffin about

12   his conduct?

13        A.    No.

14        Q.    Did you ever talk to him at all?

15        A.    Well, yeah, we had talked, but not about

16   any of this.

17        Q.    Okay.  So the topic of his conduct was

18   never discussed between the two of you?

19        A.    No.  I went to my manager.

20        Q.    And other than the people that you have

21   named, can you remember any other women that

22   complained to you?

23        A.    I can't.

24        MR. FRANZ:  All right.  That's all the

25   questions I have.
```

McGuffin v Daniels et al 6:20-cv-01163-MK
DEPOSITION of Gabriella Cato in Alternative, Motion for Entry USA.COM
Cambreleng Declaration - Exhibit 3 - Page 24 of 51

```
 1            MR. LAUERSDORF:  Anybody else?

 2            MR. MARSHALL:  Pass the witness.

 3            MS. SAWYER:  No questions.

 4    EXAMINATION

 5    BY MR. LAUERSDORF:

 6        Q.   All right.  Ms. Cato, my name is Andy

 7    Lauersdorf.  I'm an attorney representing Mr.

 8    McGuffin.  You heard me talk about that earlier,

 9    right?

10        A.   Uh-huh, yes.

11        Q.   I'd like to ask you a few questions as

12    well. You said that you were a supervisor at Mt.

13    Hood Meadows for 16 years; is that right?

14        A.   Approximately.

15        Q.   In which part of Meadows?

16        A.   Their restaurants.  There's three

17    restaurants, and I supervised them.

18        Q.   Okay.  Who was your immediate supervisor?

19        A.   Barbara Gearhart and the director is Mark

20    Fellows.

21        Q.   And you said you stopped working there

22    after Mr. Warner passed?

23        A.   Yes.

24        Q.   How long were you married to Mr. Warner?

25        A.   We were married for two years, but we were
```

McGuffin v Danuels et al 6:20-cv-01163-MK
Motion to Compel or in Alternative, Motion to Extend - USA - Oregon
Cambreleng Declaration - Exhibit 3 - Page 25 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1   together 10 maybe.  I'm not sure exactly.
 2        Q.   Why didn't you take his name?
 3        A.   I just didn't.  My -- I have sons and
 4   grandchildren with Cato and --
 5        Q.   But you have sons that have the name Berry
 6   as well, right?
 7        A.   My oldest son is Berry, yes.
 8        Q.   So why keep Mr. Cato's name?
 9        A.   It was just something I did.  I intended
10   to change to Warner, but I didn't.
11        Q.   And that was even after Mr. Cato's
12   convictions?
13        A.   Yes.
14        Q.   And prison and everything?
15        A.   Yes.
16        Q.   Okay.  Other than Meadows and the BUCKEROO
17   cafe and Legend's, did you work anyplace between
18   Legend's and Buckeroo Cafe?
19        A.   No.
20        Q.   Okay.  And before you worked at Legend's,
21   did you work anywhere other than Mt. Hood Meadows or
22   did you go straight from Meadows to Legend's?
23        A.   Well, I worked at Gustav's off and on for,
24   excuse me, five years, but I'm not sure.  The ski
25   resort was seasonal so I would work different places
```

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant Daniels' Motion for in Alternative, Motion for Extension of Time
Cambreleng Declaration - Exhibit 3 - Page 26 of 51

```
 1  in the summer so I'm not really --

 2       Q.   Okay.  What are the other places you

 3  worked at?

 4       A.   I worked at the Resort at the Mountain, I

 5  worked at the Territory, and Gustav's.

 6       Q.   What's -- where's the Territory?

 7       A.   In, I believe, Welches.

 8       Q.   Who was your direct supervisor at the

 9  Territory?

10       A.   A couple owns it and so they were my -- I

11  can't remember their name.

12       Q.   Okay.  When did you leave there?

13       A.   2017 maybe?  Around there.

14       Q.   Okay.  And why did you leave there?

15       A.   It was a summer job.

16       Q.   Okay.  What about the Resort at the

17  Mountain, who was your direct supervisor there?

18       A.   I'm so sorry, I don't know.  And again,

19  that was a summer job so.

20       Q.   When did you leave there?

21       A.   2016, '17, something like that.  I worked

22  there a few summers.

23       Q.   How about Gustav's, who was your direct

24  supervisor there?

25       A.   Gosh, my mind, I can't think of anyone's
```

NAEGELI

(800)528-3335

DEPOSITION & TRIAL        www.NAEGELIUSA.COM

McGuffin v Daniels et al, 6:20-cv-01163-MK
Defendants' Motion for Summary Judgment, or in Alternative, Motion for Partial Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 27 of 51

```
 1  names.  I don't know at the moment.  I can't think.

 2       Q.   When did you leave there?

 3       A.   2017.

 4       Q.   Why did you leave there?

 5       A.   Summer employment, going back to the

 6  mountain.

 7       Q.   Okay.  Gustav's, which location?

 8       A.   Clackamas.

 9       Q.   And then who was your direct supervisor at

10  Legend's?

11       A.   Jake Shafer.

12       Q.   And he was the GM?

13       A.   Yes.

14       Q.   Was there anyone that you reported to

15  other than Mr. Shafer?

16       A.   No.

17       Q.   Okay.  So other than the Territory, the

18  Resort at the Mountain, Gustav's, Mt. Hood Meadows,

19  Legend's, and Buckeroo Cafe, were there any -- are

20  there any other places that you've worked between,

21  say, 2012 and 2023?

22       A.   Not that I can remember, no.

23       Q.   Okay.  And you said your current address

24  is on what street?

25       A.   Shaver.
```

**NAEGELI** (800)528-3335

DEPOSITION & TRIAL       NAEGELIUSA.COM

McGuffin v Daniels et al   6:20-cv-01163-MK
Defendant's Motion to Compel or in Alternative, Motion for Enlargement of...
Cambreleng Declaration - Exhibit 3 - Page 28 of 51

```
 1        Q.    How long have you been at that address?

 2        A.    I think going on six years, I think.

 3        Q.    So from 2017 to 2023?

 4        A.    Yeah.  Yes.

 5        Q.    Where did you live before that?

 6        A.    I lived in -- I was with my mother in

 7  Welches for a year.

 8        Q.    What's the address there?

 9        A.    25222 East Welches Road, Welches, Oregon.

10        Q.    From 2016 to 2017?

11        A.    Right after my husband passed, I moved in

12  with my mother, yes.

13        Q.    Okay.  Where did you live before that?

14        A.    In Brightwood with my husband.

15        Q.    What was the address?

16        A.    I -- I don't remember.  Wild Fern Lane.  I

17  don't remember the street address.

18        Q.    Your husband was a concrete contractor?

19        A.    Yes.

20        Q.    How long did you live at that address in

21  Brightwood?

22        A.    Maybe five years.

23        Q.    Where did you live before that?

24        A.    In Milwaukie area.  I lived with my son

25  and my daughter-in-law.
```

NAEGELI
(800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants' Motion to Dismiss or in Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 29 of 51

```
1       Q.   Have you ever owned your own home?

2       A.   No, I have not.

3       Q.   Tell me about your son, Alex.  Where is he

4  these days?

5       A.   Portland.

6       Q.   Are you in contact with him?

7       A.   Yes.

8       Q.   The restraining orders that you had

9  against him in the past, the one in 2005, tell me

10 what brought that about.

11      A.   He was on drugs and frightening.

12      Q.   What -- what happened?

13      A.   He -- I tried to ask him to leave my

14 parents' home, and he assaulted me.

15      Q.   How so?

16      A.   I don't understand.

17      Q.   How did he assault you, describe what

18 happened.

19      A.   Pushed me, threw me.  I ran to a

20 neighbor's and called the police.

21      Q.   Were there any weapons involved?

22      A.   No.

23      Q.   And were there any drugs involved?

24      A.   I believe he was always on drugs, but I

25 didn't watch him do drugs.
```

**NAEGELI**    (800)528-3335

DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al, 6:20-cv-01163-MK
Defendants' Opposition to Motion or in Alternative, Motion to Extend USA Cato
Cambreleng Declaration - Exhibit 3 - Page 30 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1        Q.    Was he arrested?

 2        A.    I believe so, yes.

 3        Q.    Was he convicted?

 4        A.    I believe so.  I don't know for sure.

 5        Q.    Did you -- you would have been a victim in

 6   that case, right, so you would have worked with a

 7   prosecutor and victim's advocate?

 8        A.    Yes, but I -- I remember going to --

 9   talking to some people, but I don't -- I don't know

10   exactly what happened to him.  He must have been

11   convicted, but I don't know.

12        Q.    Okay.  But you are on good terms with him

13   now?

14        A.    Yes, I am, very good terms.

15        Q.    Was he involved in a gang?

16        MR. FRANZ:  You know, I think this is

17   nothing but harassment.  So if you are going to

18   continue this, we are going to get the judge on the

19   line.

20        This has nothing -- there's not an

21   impeachable topic you are talking about.  This is,

22   what, 2005?  You are just digging up crap and just

23   throwing it out there.

24        MR. LAUERSDORF:  We'll go off the Record

25   for a second.
```

McGuffin v Daniels et al.  6:20-cv-01163-MK
DEPOSITION.COM    Defendant's Motion to Alter or in Alternative, Motion for Relief  NAEGELIUSA.COM
Cambreleng Declaration - Exhibit 3 - Page 31 of 51

```
 1              MR. FRANZ:  No, let's stay on the Record.

 2              MR. LAUERSDORF:  Okay.  I'm asking her

 3    questions about representations she made while sworn

 4    in a document that she submitted to the court.

 5              I believe that she has a tendency to make

 6    misrepresentations and falsify records and submit

 7    them to the court.  I get to pursue that.

 8              MR. FRANZ:  No, you don't.  That's not

 9    even admissible, prior bad acts.

10              MR. LAUERSDORF:  Yes, I do.

11              MR. FRANZ:  You can't impeach her on a

12    false statement made in 2005.  Tell me the -- tell

13    me the --

14              MR. LAUERSDORF:  All right.  Let's get the

15    judge on the line.

16              MR. FRANZ:  Okay.

17              THE REPORTER:  Are we going off the

18    Record?

19              MR. FRANZ:  Yes.

20              THE REPORTER:  Okay.

21              MR. FRANZ:  Let me talk to Ms. Cato for a

22    second.

23              THE REPORTER:  All right, hold on.

24              MR. FRANZ:  Do you object to this line of

25    questioning?
```

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants' Motion to Compel or in Alternative, Motion to Terminate USA.COM
Cambreleng Declaration - Exhibit 3 - Page 32 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686

```
 1            THE WITNESS:  Yes.

 2            MR. LAUERSDORF:  Are you representing her

 3    now?

 4            MR. FRANZ:  I think she has a right to --

 5            MR. LAUERSDORF:  Okay.  We're going to

 6    talk to the court about that, too.

 7            MR. FRANZ:  If she doesn't object, then

 8    fine.

 9            THE REPORTER:  Do you want the call on the

10    Record?

11            THE VIDEOGRAPHER:  Stand by.  The time is

12    now 1:48, and we are off the Record.

13            (WHEREUPON, a discussion was held off the

14    Record.)

15            THE VIDEOGRAPHER:  Back on the Record.

16            MR. LAUERSDORF:  Okay.  So this is Andy

17    Lauersdorf, we're back on the Record.  After an

18    objection and some conversation off the Record, a

19    couple of attempts to call the court and Judge

20    Kasubhai to help resolve whatever issue it is that

21    the parties are currently facing in this deposition.

22            Before going back on to the Record, Ms.

23    Cato represented to the room, the parties in the

24    room, that she wants to consult a lawyer and that

25    she's not comfortable going forward with her
```

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants' Motion to Compel or in Alternative, Motion to Extend Discovery Deadline
Cambreleng Declaration - Exhibit 3 - Page 33 of 51

```
 1   deposition without the assistance of counsel.

 2           So with that representation, as far as I'm

 3   concerned, we are done until she gets a lawyer.

 4           MR. FRANZ:  I agree.  Do you want to go

 5   ahead and give her the subpoenas you need to give?

 6           MR. LAUERSDORF:  Yeah.

 7           THE REPORTER:  Sorry, we are still on the

 8   Record.

 9           MR. LAUERSDORF:  Yeah, why don't we -- why

10   don't we stay on the Record for the service.

11           THE REPORTER:  Okay.

12           UNIDENTIFIED FEMALE:  Can we go off the

13   Record for a minute?

14           THE REPORTER:  Yes.

15           THE VIDEOGRAPHER:  Please stand by.  The

16   time is 1:57, and we are off the Record.

17           (WHEREUPON, a recess was taken.)

18           THE REPORTER:  Okay.  We are back on the

19   Record at 2:19 p.m.  We are just continue -- we

20   turned off the video, we are just continuing by

21   reporter.  Sorry.

22           MR. LAUERSDORF:  Okay.  This is Andrew

23   Lauersdorf on behalf of Plaintiff.  For the Record,

24   I'm just serving Ms. Cato with a subpoena to --

25   commanding her to appear on July 24, 2023 at 9 a.m.
```

**NAEGELI**    (800)528-3335

DEPOSITION & TRIAL    NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Declaration of Scott Lauer in Alternative Motion for Extension of
Cambreleng Declaration - Exhibit 3 - Page 34 of 51

1 in our offices for, I guess, another deposition or

2 to resume this deposition.

3          Ms. Cato, that's for you, along with a

4 check for $86, which I believe is the round-trip

5 mileage plus the appearance fee.  Any questions?

6          **MR. FRANZ:**  Is it a subpoena duces tecum?

7          **MR. LAUERSDORF:**  No.  It's just an

8 appearance subpoena.  We will send out a duces tecum

9 when we have it.  We have to revise the list a

10 little bit of our documents given her testimony

11 today.

12          **MR. FRANZ:**  So she has to come back again?

13          **MR. LAUERSDORF:**  No, we will serve her

14 with one in the next couple days --

15          **MR. FRANZ:**  Oh, okay.

16          **MR. LAUERSDORF:**  -- just telling her to

17 bring the documents.  It would be great if she would

18 give the documents to you and you'd give them to us

19 but --

20          **MR. FRANZ:**  Whatever I get, I'll give to

21 you guys.

22          **MR. LAUERSDORF:**  We are not going to

23 comment on that.  Okay.

24          **THE REPORTER:**  We are still on the Record.

25          **MR. LAUERSDORF:**  Yes, we are still.

NAEGELI    (800)528-3335
McGuffin v Daniels et al 6:20-cv-01163-MK
Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 35 of 51

1          **THE REPORTER:**  Sorry, we are still on the

2     Record.

3          **MR. LAUERSDORF:**  The other thing I would

4     just ask, Ms. Cato, is that when you do hire an

5     attorney, if you'd please ask that attorney to call

6     me.

7          **THE WITNESS:**  All right.

8          **MR. LAUERSDORF:**  Thank you.

9          **THE REPORTER:**  Really quickly, I just want

10    to take orders.  Mr. Franz, off the Record we spoke

11    that you want to order the transcript and you want

12    it by Monday?

13          **MR. FRANZ:**  Yes.

14          **THE REPORTER:**  Okay.  Mr. Lauersdorf, do

15    you want a copy?

16          **MR. LAUERSDORF:**  Yeah, we'll take a

17    condensed.

18          **THE REPORTER:**  Okay.  And Ms. --

19          **MS. SAWYER:**  Sawyer.

20          **THE REPORTER:**  Sawyer, thank you.

21          **MS. SAWYER:**  I will take a condensed.  I

22    do not need it by Monday.

23          **THE REPORTER:**  Okay.

24          **MR. LAUERSDORF:**  I'll need mine by Monday

25    though.

**NAEGELI**   (800)528-3335

DEPOSITION & TRIAL   NAEGELIUSA.COM

McGuffin v Daniels et al 6:20-cv-01163-MK
Defendant's Motion to Dismiss, or in Alternative, Motion for Summary Judgment
Cambreleng Declaration - Exhibit 3 - Page 36 of 51

1          **THE REPORTER:**  Okay.

2          **MR. LAUERSDORF:**  Going to have some motion

3    practice here, expedited.

4          **THE REPORTER:**  Okay.  All right.  And then

5    Mr. Marshall did leave the room, but he did state

6    that he wanted a copy, condensed, regular delivery.

7    All right.  We are off the Record at 2:21 p.m.

8          **(WHEREUPON, the deposition of GABRIELLA**

9    **CATO was adjourned at 2:21 p.m.)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

McGuffin v Daniels et al 6:20-cv-01163-MK
Declaration of Gabriel Taylor in Alternative Motion for Attorney Fees
Cambreleng Declaration - Exhibit 3 - Page 37 of 51

```
1                            CERTIFICATE

2

3        I, the undersigned Wyatt Jones, am a videographer

4   on behalf of NAEGELI Deposition & Trial. I do hereby

5   certify that I have accurately made the video recording

6   of the deposition of Gabriella Cato, in the above

7   captioned matter on the 6th day of July, 2023 taken at

8   the location of Maloney Lauersdorf & Reiner PC, 1111 E.

9   Burnside St., Ste. 300, Portland, OR 97214.

10

11       No alterations, additions, or deletions were made

12  thereto.

13

14       I further certify that I am not related to any of

15  these parties in the matter and I have no financial

16  interest in the outcome of this matter.

17

18

19  _____

20                 Wyatt Jones

21

22

23

24

25
```

McGuffin v Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 38 of 51

```
 1                        CERTIFICATE

 2

 3        I, Chelsy M. Jackson, do hereby certify that I

 4   reported all proceedings adduced in the foregoing matter
     and that the foregoing transcript pages constitutes a
 5   full, true and accurate record of said proceedings to the
     best of my ability.
 6

 7        I further certify that I am neither related to
     counsel or any party to the proceedings nor have any
 8   interest in the outcome of the proceedings.

 9        IN WITNESS HEREOF, I have hereunto set my hand this
10   10th day of July, 2023.

11

12

13

14   _____

15                Chelsy M. Jackson

16

17

18

19

20

21

22

23

24

25
```

McGuffin v Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 39 of 51

```
 1                   CORRECTION SHEET

 2   Deposition of: Gabriella Cato  Date: 07/06/23

 3   Regarding:    McGuffin vs. Dannels

 4   Reporter:     Jackson/McAdam

 5   _____

 6   Please make all corrections, changes or clarifications

 7   to your testimony on this sheet, showing page and line

 8   number.  If there are no changes, write "none" across

 9   the page.  Sign this sheet on the line provided.

10   Page    Line   Reason for Change

11   _____   _____  _____

12   _____   _____  _____

13   _____   _____  _____

14   _____   _____  _____

15   _____   _____  _____

16   _____   _____  _____

17   _____   _____  _____

18   _____   _____  _____

19   _____   _____  _____

20   _____   _____  _____

21   _____   _____  _____

22   _____   _____  _____

23   _____   _____  _____

24              Signature_____

25                      Gabriella Cato
```

McGuffin v. Dannels et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 40 of 51

```
 1                      DECLARATION

 2  Deposition of: Gabriella Cato  Date: 07/06/23

 3  Regarding:     McGuffin vs. Dannels

 4  Reporter:      Jackson/McAdam

 5  _____

 6

 7  I declare under penalty of perjury the following to

 8  be true:

 9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Page herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 2023.

16

17

18

19

20

21

22

23

24              Signature_____

25                       Gabriella Cato
```

NAEGELI   (800) 528-3335

DEPOSITION & TRIAL   NAEGELIUSA.COM

McGuffin v. Dannels et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 41 of 51

$

**$86** 35:4

1

**1** 9:6
**1:09** 7:5 7:8
**1:25** 18:20
**1:29** 18:24
**1:48** 33:12
**1:57** 34:16
**10** 26:1
**11** 11:20
**15** 12:4
**16** 10:2 15:25 25:13
**17** 27:21
**17-year-old** 15:25
**18** 12:7 14:20 14:20
**19** 12:7 12:7

2

**2** 12:20 12:22 12:24
**2:19** 34:19
**2:21** 37:7 37:9
**2005** 30:9 31:22 32:12
**2012** 28:21
**2016** 27:21 29:10
**2017** 27:13 28:3 29:3 29:10
**2019** 9:20 10:25 11:2
**2020** 10:24 11:3
**2021** 11:3 21:8 23:3
**2023** 7:4 7:8 28:21 29:3 34:25
**21** 10:24 11:1
**212** 24:7
**22** 21:11
**24** 34:25
**25222** 29:9

3

**3** 9:19 11:19
**317** 13:13

4

**4** 13:13

5

**503-317-9335** 18:7
**513-317** 18:8

6

**6** 7:4 7:8
**60** 10:10

9

**9** 34:25
**9335** 18:9

A

**a.m** 34:25
**Abbi** 13:16 13:18
**aboard** 11:18
**acts** 32:9
**actual** 19:9
**address** 12:21 24:6 24:8 28:23 29:1 29:8 29:15 29:17 29:20
**adjourned** 37:9
**admissible** 32:9
**advocate** 31:7
**affirm** 8:3
**against** 8:25 11:12 30:9
**age** 21:4
**agreement** 19:3 20:4
**ahead** 34:5
**Alex** 30:3
**allegations** 9:17
**am** 11:23 19:6 24:1 31:14
**Amended** 9:5
**amount** 19:8
**anatomy** 14:24
**Andrew** 19:25 34:22
**Andy** 7:14 25:6 33:16
**answer** 8:21 15:9 19:24
**Anybody** 25:1
**anyone** 28:14
**anyone's** 27:25
**anyplace** 26:17
**anything** 15:12 15:21 17:20 17:22
**anywhere** 26:21
**appear** 34:25
**appearance** 35:5 35:8
**applied** 9:25 10:8
**apply** 9:22
**approach** 24:11
**approximately** 10:2 23:4 25:14
**area** 29:24
**arm** 16:7
**arrested** 31:1
**assault** 30:17
**assaulted** 30:14
**assist** 11:22 11:22
**assistance**

```
              34:1

assume 15:2

attempts
  33:19

attorney
  19:23
  25:7 36:5
  36:5

attorneys
  8:19

August 9:20
  10:25

Avenue 24:7

          _____
                B
background
  20:19

bad 32:9

banquet
  17:1 17:2

banquets
  11:16

bar 8:25
  23:17

Barbara 25:19

bartender
  23:17

Beckham 13:18

beginning 7:9

behalf 7:14
  7:16 7:18
  7:20 7:22
  14:4 34:23

behavior
  15:14 15:23

believe 11:6
```

```
          21:11
          27:7
          30:24
          31:2 31:4
          32:5 35:4

Berry 26:5
  26:7

bit 9:21
  35:10

board 23:5

Bobby 23:16

boss 15:17

bothering
  11:21

breath 8:17

Brightwood
  29:14 29:21

bring 35:17

bringing
  23:10

brought
  8:16 30:10

Bryce 17:15

Buckeroo 24:3
  26:16 26:18
  28:19

business
  20:15

          _____
                C
cafe 26:17
  26:18 28:19

caption 7:10

car 21:23

care 24:4

case 7:10
```

```
          31:6

Casually
  21:14

Cato 7:2
  7:9 8:1 8:4
  8:8 25:6
  26:4
  32:21 33:23
  34:24
  35:3 36:4
  37:9

Cato's 26:8
  26:11

change 26:10

check 35:4

Chef 23:16

children 10:5

Clackamas
  28:8

comfortable
  19:25 33:25

coming 13:24

commanding
  34:25

comment 35:23

complain 12:2
  14:3 14:9

complained
  13:1 24:22

complaint 9:6
  9:9 9:12
  9:14 14:7
  16:14 16:16
  18:3 18:3
  19:14 23:2

complaints
  11:12
```

```
          12:9 12:12

concerned
  34:3

concerns
  15:22

concrete
  29:18

condensed
  36:17 36:21
  37:6

conduct 24:12
  24:17

consult 33:24

contact
  18:5 30:6

continue 20:7
  31:18 34:19

continuing
  34:20

contractor
  29:18

conversation
  20:9 33:18

conversations
  20:12 20:13

convicted
  31:3 31:11

convictions
  26:12

cook 24:5

copies 17:20

copy 36:15
  37:6

correct 12:20
  18:4 23:3
  24:8
```

NAEGELI    (800) 528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v. Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 43 of 51

Gabriella Cato    July 6, 2023    NDT Assgn # 66686    Page 44

Cortes 13:5
  13:10

C-o-r-t-e-s
  13:5

counsel
  7:11 8:10
  34:1

couple 8:19
  10:7
  23:22 27:10
  33:19 35:14

course 19:12

court 7:24
  32:4 32:7
  33:6 33:19

Coworkers
  12:7

crap 31:22

current
  24:6 28:23

currently
  33:21

———————
          D
———————
Dannels 7:10

date 7:8

dating
  20:22
  21:3 21:5
  21:10

daughter-in-
  law 29:25

Davidson
  22:17

day 9:23
  22:11

days 30:4

35:14

dealing 17:20

deep 8:17

Defendant
  23:3

defendants
  7:17 7:21
  8:15

DeFreest 7:22
  7:22

Deli 24:3

delivery 37:6

department
  11:17

deposition
  7:1 7:9
  19:20
  20:5
  33:21
  34:1 35:1
  35:2 37:8

describe
  30:17

Desiray 13:11
  14:9 14:11

different
  21:24 23:17
  26:25

digging 31:22

direct
  15:17
  27:8
  27:17 27:23
  28:9

director
  25:19

disclose

19:22

disclosing
  19:4 19:5

discussed
  24:18

discussion
  18:22 21:15
  33:13

dishwasher
  22:21 22:24

dishwashers
  22:22

disruptive
  15:15

document 32:4

documents
  18:6
  18:16 18:17
  35:10 35:17
  35:18

done 34:3

drugs 30:11
  30:23 30:24
  30:25

duces 18:11
  35:6 35:8

duly 8:8

———————
          E
———————
earlier 25:8

early 12:5
  14:2 17:3

East 29:9

either 14:11

else 25:1

email 16:25

19:21

emails
  16:15 17:10
  17:22

Emma 13:3
  13:20 13:24
  14:1 14:4
  14:11

Employee
  12:21

employees
  23:20

employment
  28:5

encouraging
  14:19

entered 19:4

Eric 7:22

event 16:22
  17:4

events 9:21
  10:6 10:13

everybody's
  22:23

everything
  15:16 17:11
  18:1 26:14

exactly
  23:4 26:1
  31:10

EXAMINATION
  8:12 25:4

examined 8:8

example 21:8

except 15:18

excited 14:21

NAEGELI
CELEBRATING 40
(800)528-3335
DEPOSITION & TRIAL   NAEGELIUSA.COM

McGuffin v. Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 44 of 51

exciting 11:16 11:18

excuse 26:24

exhibit 9:1 9:6 12:22 12:24

expedited 37:3

explain 9:21

---

**F**

facing 33:21

fact 19:17 20:22

false 32:12

falsify 32:6

fee 35:5

feel 12:10

Fellows 25:20

felt 15:15

female 23:20 34:12

Fern 29:16

filed 8:25 14:7 16:14

finally 17:15

fine 9:18 33:8

fired 16:16 16:19

first 9:5 14:19

Fisher 12:17 17:15

five 26:24

29:22

flirtation 14:19 15:18

flirtatious 13:23

flirting 15:25 16:1

food 24:5

form 15:8

forth 16:15 16:22

forward 33:25

fourth 13:11

Franz 7:16 7:16 8:13 8:14 9:3 9:8 12:16 12:20 12:23 15:4 15:7 15:11 18:13 18:18 19:1 19:16 19:19 20:6 24:24 31:16 32:1 32:8 32:11 32:16 32:19 32:21 32:24 33:4 33:7 34:4 35:6 35:12 35:15 35:20 36:10 36:13

friends 23:6 23:8 23:10 23:14 23:15

frightening

30:11

---

**G**

Gabriella 7:2 7:9 8:4 8:8 37:8

gambling 24:4

gang 31:15

Gearhart 25:19

Georgia 16:5 16:9 20:9 20:13 20:20 21:10 22:1

Georgia's 21:13 21:16 21:18

gets 11:14 34:3

giggling 16:1

girl 16:4

girls 13:23 14:3 22:18

given 17:17 35:10

GM 28:12

golf 17:5 19:11

Gosh 27:25

grabbing 16:7

grandchildren 26:4

great 35:17

Grill 9:1

guess 9:4

35:1

Gustav's 26:23 27:5 27:23 28:7 28:18

guys 35:21

---

**H**

hand 8:2

handled 18:3 19:15

happen 17:4

happened 16:20 30:12 30:18 31:10

harassment 31:17

haven't 18:15

having 8:8

hear 21:2

heard 21:1 21:10 25:8

hearsay 14:7 15:3

held 18:22 33:13

help 11:23 33:20

he's 19:25

high 22:25

hire 23:14 36:4

hired 9:20 9:23 10:8 23:3 23:6

McGuffin v. Dannels et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 45 of 51

hold 32:23

home 17:8
  17:9 30:1
  30:14

Hood 10:2
  25:13 26:21
  28:18

hostesses
  12:4

house 10:7

human 17:10

husband
  10:4
  29:11 29:14
  29:18

---

**I**

I'd 17:6
  25:11

identificatio
  n 9:7 12:22

I'll 35:20
  36:24

I'm 9:2 10:10
  10:15 10:24
  11:24 13:11
  15:2
  19:13 22:12
  24:4 25:7
  26:1
  26:24
  27:1
  27:18
  32:2 34:2
  34:24

immediate
  25:18

impeach 32:11

impeachable
  31:21

important
  17:5

inappropriate
  15:19

including
  23:6

indicated
  8:14

information
  8:24 9:13
  9:13 20:19

initial 19:14

intended 26:9

interview
  10:11

introduce
  7:11

involved
  30:21 30:23
  31:15

issue 19:24
  33:20

issued 17:19

I've 12:6

---

**J**

Jake 15:21
  16:23
  17:7
  19:12 28:11

Janis 7:13

January 21:11

Jazmin
  13:12 13:14
  14:16 14:20

21:21
  22:4 22:9
  22:14

Jessica 10:12

job 8:20 9:25
  10:11
  11:8 11:9
  16:2
  27:15 27:19

judge 19:21
  31:18 32:15
  33:19

July 7:4
  7:8 34:25

---

**K**

Kasubhai
  19:21 19:21
  33:20

kids 12:6

kiss 21:24

knew 22:24
  23:10 23:11

---

**L**

ladies 17:5

Lane 29:16

last 10:14
  13:4 23:16

Lauersdorf
  7:14 7:14
  9:4 15:2
  15:5
  15:10
  18:8
  18:10 18:15
  20:2 25:1
  25:5 25:7
  31:24

32:2
  32:10 32:14
  33:2 33:5
  33:16 33:17
  34:6 34:9
  34:22 34:23
  35:7
  35:13 35:16
  35:22 35:25
  36:3 36:8
  36:14 36:16
  36:24 37:2

lawsuit
  8:16 8:25

lawyer
  33:24 34:3

leave 16:13
  27:12 27:14
  27:20
  28:2 28:4
  30:13 37:5

led 19:7

Legend's 8:25
  9:22 10:6
  16:11 17:20
  18:2 19:4
  23:20 26:17
  26:18 26:20
  26:22 28:10
  28:19

let's 18:18
  20:7 32:1
  32:14

line 31:19
  32:15 32:24

list 12:21
  35:9

little 9:21
  35:10

**NAEGELI**
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

McGuffin v. Dannels et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 46 of 51

live 29:5
    29:13 29:20
    29:23
lived 29:6
    29:24
location 28:7
long 25:24
    29:1 29:20
lot 8:19
lottery 24:5
loved 11:9

_____
            M
male 23:6
    23:19
manager 10:12
    10:13 15:21
    24:19
manner 12:13
Mark 25:19
marked 9:1
    9:6 12:16
    12:22
marking 12:19
married 25:24
    25:25
Marshall 7:20
    7:20 25:2
    37:5
material
    12:17
may 7:24 8:11
    23:3
maybe 21:11
    23:12
    26:1
    27:13 29:22

McGuffin 7:10
    8:16
    10:16
    11:7
    11:14
    12:3
    17:21
    18:2
    20:10 20:23
    21:9
    21:16 22:25
    23:7 23:7
    24:11 25:8
Meadows
    10:2
    25:13 25:15
    26:16 26:21
    26:22 28:18
mean 18:16
    22:10
meeting
    17:2 17:4
Megan 22:17
mentioned
    23:2
Meredith 7:18
messages
    14:14
mileage 35:5
Milwaukie
    29:24
mind 27:25
mine 36:24
minute 34:13
misrepresenta
    tions 32:6
Molalla
    10:1 10:3

    10:5 24:3
    24:7
moment 28:1
Monday
    36:12 36:22
    36:24
month 21:9
morning 17:1
mother
    22:12
    29:6 29:12
motion 37:2
mountain 27:4
    27:17
    28:6 28:18
moved 10:1
    10:3 10:4
    29:11
Mt 10:2 25:12
    26:21 28:18
municipal
    7:17 8:15

_____
            N
name's 8:14
nature 12:9
neighbor's
    30:20
none 11:13
    21:25
nothing 8:6
    14:5 16:8
    31:17 31:20
November
    10:23

_____
            O

object 15:5
    32:24 33:7
objection
    33:18
objections
    15:3 15:8
officers 7:17
    8:16
offices 35:1
Oh 12:1 16:12
    35:15
okay 8:18
    9:11 9:17
    9:24
    10:22 10:25
    11:5
    11:19
    12:1 12:2
    12:14 12:16
    13:10 13:20
    13:20
    15:6
    15:10 15:12
    16:22
    17:9
    17:19 17:25
    18:10 18:13
    18:18
    19:2
    19:19 21:21
    24:17 25:18
    26:16 26:20
    27:2
    27:12 27:14
    27:16
    28:7
    28:17 28:23
    29:13 31:12
    32:2
    32:16 32:20
    33:5

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v. Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 47 of 51

33:16  34:11
34:18  34:22
35:15  35:23
36:14  36:18
36:23
37:1  37:4

**old** 10:10
14:1

**older** 22:20

**oldest** 26:7

**ones** 13:15

**operation**
23:18

**order** 19:24
36:11

**orders** 30:8
36:10

**Oregon** 29:9

**outside** 20:7

**owned** 30:1

**owners**
16:25  17:11

**owns** 27:10

---

P

**p.m** 7:5  34:19
37:7  37:9

**page** 9:19
11:19  11:25
13:6  13:7
13:9
13:10  13:11
13:13

**pages** 13:1

**paper** 17:21

**paragraph**
11:20

**parents** 21:13
21:19  30:14

**parties** 33:21
33:23

**Pass** 25:2

**passed** 10:4
25:22  29:11

**past** 30:9

**penalty** 8:3

**people**
11:10  23:10
23:18
24:5
24:20  31:9

**perjury** 8:3

**personally**
15:24

**persons** 12:25

**phone** 18:4
18:6

**pictures**
14:24  15:20

**piece** 17:21

**places**
26:25
27:2  28:20

**Plaintiff**
7:13  7:15
11:21  34:23

**please** 8:2
34:15  36:5

**plus** 35:5

**police** 7:17
8:15  30:20

**Portland** 30:5

**position** 20:1

20:2

**possibly**
22:18

**practice** 37:3

**preserved**
15:3

**Previous**
23:12

**prior** 32:9

**prison** 26:14

**proceed** 8:11

**professional**
16:3

**prosecutor**
31:7

**Puracal**
7:13  7:13

**pursue** 32:7

**pursuing**
21:22

**Pushed** 30:19

---

Q

**question** 15:8

**questioning**
32:25

**questions**
8:20  8:21
9:2  20:3
24:25
25:3
25:11
32:3  35:5

**quickly** 36:9

**quite** 10:24
13:1

---

R

**raise** 8:2

**ran** 30:19

**really**
11:18  12:11
20:21  22:10
27:1  36:9

**reason** 8:23
14:6
17:17  19:14
20:4

**reasons** 17:18

**Rebecca** 10:13

**recess** 34:17

**recognize** 9:9

**Record** 7:7
18:19  18:21
18:23  18:25
19:19  31:24
32:1
32:18  33:10
33:12  33:14
33:15  33:17
33:18  33:22
34:8
34:10  34:13
34:16  34:19
34:23  35:24
36:2
36:10  37:7

**records** 32:6

**regular** 37:6

**relationship**
20:9
21:16  23:22

**relationships**
23:19

**NAEGELI** (800)528-3335

DEPOSITION & TRIAL  WWW.NAEGELIUSA.COM

McGuffin v. Dannels, et al.  6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 48 of 51

relax 8:17

remember
  10:19 24:21
  27:11 28:22
  29:16 29:17
  31:8

reported
  28:14

reporter 7:24
  8:1 8:10
  12:19 32:17
  32:20 32:23
  33:9 34:7
  34:11 34:14
  34:18 34:21
  35:24
  36:1 36:9
  36:14 36:18
  36:20 36:23
  37:1 37:4

represent
  7:12 8:15

representatio
n 34:2

representatio
ns 32:3

represented
  19:23 33:23

representing
  25:7 33:2

requiring
  19:24

resolve 33:20

resort 10:2
  26:25
  27:4
  27:16 28:18

resource

17:10

responding
  16:24

response
  17:15

responsivenes
s 15:8

rest 11:2

restaurant
  23:12

restaurants
  25:16 25:17

restraining
  30:8

resume 35:2

revise 35:9

Richard 7:23

Road 29:9

Robert 7:16
  8:14

room 33:23
  33:24 37:5

round-trip
  35:4

rumors 21:1
  21:2

_____
   S
_____

saw 21:25

Sawyer 7:18
  7:18 25:3
  36:19 36:19
  36:20 36:21

schedule
  17:13

school 22:25

seasonal
  26:25

second 13:7
  13:9
  13:10 18:19
  31:25 32:22

seeing
  15:17 15:20

seen 18:15

send 19:20
  35:8

sending 14:22
  14:23

sent 16:25
  17:10 17:22

serve 18:11
  35:13

servers
  12:5 23:22

service 34:10

serving 34:24

settled 10:7

settlement
  19:3 19:8
  19:9
  19:11 20:3

several 23:6

sexual 12:13

sexually
  21:23

Shafer
  15:21
  23:3 23:7
  23:14 28:11
  28:15

Shaver 24:7

28:25

she's 19:23
  33:25

shift 22:11

shower 14:25

simple 8:21

site 17:12

situation
  13:24

six 29:2

ski 10:2
  26:24

Society 7:19

sometime
  20:25

son 26:7
  29:24 30:3

sons 26:3
  26:5

sorry 10:15
  11:24 27:18
  34:7
  34:21 36:1

sound 22:22

specifics
  14:12

Spinney 13:14

spoke 36:10

spring 10:23

stand 33:11
  34:15

start 9:19

started 14:22
  23:23

starting

NAEGELI    (800)528-3335
DEPOSITION & TRIAL    NAEGELIUSA.COM
McGuffin v. Danials et al., 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 49 of 51

14:18

**startled** 15:1

**state** 7:12
7:21 37:5

**statement**
9:20 32:12

**stay** 32:1
34:10

**stop** 19:20
20:4

**stopped** 25:21

**straight**
26:22

**street**
28:24 29:17

**struggling**
11:17

**stuff** 16:15

**submit** 32:6

**submitted**
32:4

**subpoena**
12:18 17:19
18:11
24:9
34:24
35:6 35:8

**subpoenaed**
8:23

**subpoenas**
34:5

**suggestion**
19:20

**suit** 18:1
19:14

**summer** 27:1

27:15 27:19
28:5

**summers** 27:22

**supervised**
25:17

**supervisor**
9:21 10:1
25:12 25:18
27:8
27:17 27:24
28:9

**Supplemental**
9:5

**suppose** 12:13

**supposed**
19:13

**sure** 10:24
22:12
26:1
26:24 31:4

**swear** 7:25

**sworn** 8:8
32:3

--- T ---

**talk** 19:6
19:7 19:8
19:13 24:14
25:8
32:21 33:6

**talked** 24:15

**talking**
31:9 31:21

**tecum** 18:11
35:6 35:8

**tendency** 32:5

**terminated**
17:16 19:17

22:2 22:5
22:7 22:9

**terms** 19:9
31:12 31:14

**terrible**
22:22

**Territory**
27:5 27:6
27:9 28:17

**testified** 8:9

**testimony** 8:4
35:10

**text** 14:14

**thank** 8:2
8:10 36:8
36:20

**there's**
13:1 20:4
23:21 25:16
31:20

**Third** 13:13

**threw** 30:19

**throwing**
31:23

**THURSDAY** 7:4

**today** 16:9
18:11 35:11

**Todd** 7:20

**topic** 24:17
31:21

**touching** 16:1
16:6

**transcript**
36:11

**tried** 21:23
30:13

**truth** 8:5 8:6
8:6

**truthfully**
8:21

**try** 17:20
18:5

**turn** 9:19

**turned**
14:20 34:20

**twenties** 12:5
14:2

--- U ---

**Uh-huh**
20:16 25:10

**uncomfortable**
12:10 12:12

**understand**
30:16

**understanding**
19:3 19:10

**understands**
19:22

**UNIDENTIFIED**
34:12

**uniform** 17:6

**upset** 15:1
15:1

--- V ---

**victim** 31:5

**victim's** 31:7

**video** 14:24
34:20

**VIDEOGRAPHER**
7:7 7:24
18:20 18:24

**NAEGELI** (800)528-3335
DEPOSITION & TRIAL NAEGELIUSA.COM
McGuffin v. Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 50 of 51

33:11 33:15
34:15

**Vidocq** 7:19

_____
W
_____

**wait** 24:5

**Walter** 7:23

**Ward** 13:11

**Warner**
25:22 25:24
26:10

**washing** 14:25

**wasn't** 16:1
16:23 19:14

**watch** 30:25

**weapons** 30:21

**weeks** 10:7

**Welches**
27:7 29:7
29:9 29:9

**we'll** 31:24
36:16

**we're** 18:10
33:5 33:17

**whatever**
33:20 35:20

**where's** 27:6

**WHEREUPON** 9:5
12:21 18:22
33:13 34:17
37:8

**whole** 8:5

**whom** 7:12

**Wild** 29:16

**witness**
7:25 8:7

18:9
19:11 19:22
25:2 33:1
36:7

**woman** 22:20

**women** 11:20
12:2 12:8
24:21

**work** 10:19
14:8
14:19 15:16
16:21
17:6 17:7
22:13
24:3
26:17 26:21
26:25

**worked**
10:17 22:18
23:23 26:20
26:23
27:3 27:4
27:5
27:21 28:20
31:6

**workers** 23:20

**working** 10:16
16:11 23:23
23:25
24:2 25:21

**workplace**
15:15 15:19

_____
Y
_____

**young** 10:9
11:20 12:7

**yourself** 7:11

**you've** 28:20

NAEGELI    (800)528-3335

DEPOSITION & TRIAL NAEGELIUSA.COM

McGuffin v. Dannels et al. 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 3 - Page 51 of 51