| | |
|---|---|
| **From:** | Andrew Lauersdorf |
| **To:** | Rebecca Cambreleng; Robert Franz jr. |
| **Cc:** | Max Joyner; Janis Puracal; Cher Vasquez |
| **Subject:** | RE: Gabriella Cato |
| **Date:** | Tuesday, July 11, 2023 1:54:59 PM |

HI Rebecca –

It will be helpful for her to bring to her upcoming deposition any and all documents, tangible things, or other evidence that she believes support her allegations about Mr. McGuffin as set forth in her Supplemental First Amended Complaint in *Gabriella Cato v. Fisher Golf Group LLC, et al.*, Circuit Court of Oregon for Clackamas County, Case No. 22CV07337.  She will also be asked about the amount that she accepted in settlement of that lawsuit and the express terms of any confidentiality provision in any corresponding settlement agreement, so she should be prepared with that information.  Feel free to give me a call if you have any questions or concerns.

Take care,

Andy



**Andrew C. Lauersdorf**
1111 E. Burnside St., Suite 300
Portland, Oregon 97214
t. 503.972.8166  fx. 503.245.1417
www.mlrlegalteam.com

**From:** Rebecca Cambreleng <Rebecca@workplacelawpdx.com>
**Sent:** Tuesday, July 11, 2023 12:35 PM
**To:** Andrew Lauersdorf <acl@mlrlegalteam.com>; Robert Franz jr.
<rfranz@franzlaw.comcastbiz.net>
**Cc:** Max Joyner <Max@workplacelawpdx.com>
**Subject:** Re: Gabriella Cato

Good Afternoon,

I wanted to let you know that I have been retained by Gabriella Cato.

Please let me know what else you need from my client.

Thanks,
Rebecca

McGuffin v Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 4 - Page 1 of 2

Rebecca Cambreleng
She/Her
Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, OR 97239
(503) 477-4899
www.workplacelawpdx.com

**E-MAIL CONFIDENTIALITY NOTICE**: The contents of this e-mail message and any attachments are intended solely for the intended recipient(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

NOTICE OF CONFIDENTIALITY AND ASSERTION OF PRIVILEGES: This e-mail communication contains confidential and/or privileged information, and is published for the use of the intended recipient. If you are not the intended recipient, or if you believe for any reason that you have received this e-mail in error or by mistake, please notify us immediately by reply e-mail, or telephone at (503) 245-1518, and then delete the e-mail. Any copying, dissemination, distribution, or other use of this e-mail communication and/or any attachments by anyone other than the intended recipient is strictly prohibited.

McGuffin v Dannels et al. - 6:20-cv-01163-MK
Motion to Quash Subpoena, or in Alternative, Motion to Grant Protective Order
Cambreleng Declaration - Exhibit 4 - Page 2 of 2