UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

          Plaintiffs,

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,

          Defendants.

VIDOCQ SOCIETY,

          Cross-Claimant,

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY

          Cross-Defendants.

6:20-cv-01163-MK (Lead Case)
3:21-cv-01719-MK (Trailing Case)

**PROTECTIVE ORDER**

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

                   Plaintiffs,

     v.

OREGON STATE POLICE,

                  Defendant.

Upon motion of Gabriella Cato, this Court being advised as to the nature of the case, it is hereby:

ORDERED that pursuant to Rule 26(c)(1)(D) of the Federal Rules of Civil Procedure, counsel for Plaintiffs shall not ask questions about or seek further discovery of the contents of the confidential settlement agreement executed by the parties in the matter of *Gabriella Cato v. Fisher Golf Group LLC, et al.,* Circuit Court of Oregon for Clackamas County, Case No. 22CV0337 (*Cato* lawsuit).

IT IS FURTHER ORDERED that Plaintiffs are allowed to depose Gabriella Cato, and take discovery of information related to the allegations in the *Cato* lawsuit and information that could be used for impeachment purposes.

DATED:  September ___, 2023

                                     HONORABLE MUSTAFA T. KASUBHAI (He/Him)
                                     United States Magistrate Judge

Presented by:

MALONEY LAUERSDORF REINER PC

 /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB #980739
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, the foregoing PROTECTIVE ORDER was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br> *Attorneys for Defendants*<br> *City of Coquille, City of Coos Bay, Coos*<br> *County, Craig Zanni, Chris Webley, Eric*<br> *Schwenninger, Sean Sanborn, Ray McNeely,*<br> *Kris Karcher, Pat Downing, Mark Dannels,*<br> *Kip Oswald, Michael Reaves, David Zavala,*<br> *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br> *Attorneys for Defendants Oregon State*<br> *Police, John Riddle, Susan Hormann,*<br> *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br> *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Laura E. Coffin<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br>lcoffin@luvaascobb.com<br> *Attorneys for Defendant Richard Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC


By  /s/Andrew C. Lauersdorf
  Andrew C. Lauersdorf, OSB #980739
  Attorneys for Plaintiffs

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417