# THE VIDOCQ SOCIETY

## CODE OF ETHICS & CONDUCT

Each year, every Vidocq Society member READS and reaffirms adherence to the Vidocq Society Code of Ethics & Conduct (the "Code"). Each new member AFFIRMS adherence to the Code upon joining the organization. As an organization, the Vidocq Society takes pride in its professionalism and assures law enforcement agencies that the confidential details about their matters remain confidential.

By affirming the Vidocq Society Code each year, every member reviews the code and agrees to act in the best interests of referring law enforcement agencies ("LEAs") and victims and to conduct Vidocq Society ACTIVITIES in a manner that maintains high standards of professionalism and ethics.

The Code PROVIDES the Vidocq Society with a method to ensure, and to assure others, that our members adhere to our organization's basic beliefs.

**Client Interests**

To best serve client interests, Vidocq Society members shall:

- Always conduct their Vidocq Society activities in a manner that places the interests of the LEAs and victims before any personal interests.

- At all times protect the confidentiality of information provided by LEAs. No disclosure will be made of any information disclosed by an LEA without their prior approval. No disclosure will be made of any information relating to the Vidocq Society's participation in an investigation without the WRITTEN permission of the Chairman of the Board and/or the Commissioner of the Vidocq Society ("Chairperson").

- Not participate in any investigation in which the Vidocq Society has participated or is scheduled to participate if such participation would create a conflict of interest or the appearance of a conflict of interest between or among the Vidocq Society, the member and/or the LEA.

v. 2014.5

*Vidocq Society Code of Ethics and Conduct*  Page 2

- Not seek or accept continued involvement in an investigation in which the Vidocq Society has participated.

**Compensation**

As unpaid volunteers, Vidocq Society members shall:

- Neither charge nor accept fees, honoraria or things of value as payment for their participation in activities on behalf of the Vidocq Society.

- Not solicit compensation of any kind from an LEA or other party (e.g., family of a victim) related to an investigation in which the Vidocq Society has participated or is scheduled to participate.

- Not advertise, solicit or propose the use of themselves or their outside businesses in the course of their participation in Vidocq Society activities.

- Not recommend to an involved party (e.g., family of a victim) that such party retain an investigator or consultant, or purchase goods or services, if the member has a direct or indirect financial or business interest in the recommended person or entity.

- A member shall not have continued involvement as an investigator, consultant or in any other capacity in any investigation in which the Vidocq Society has participated.

**Personal Conduct**

As long as they are members of the Vidocq Society, members shall:

- Participate in activities when possible, including attending meetings, and shall abide by the Code.

- Not discriminate in any of their Vidocq Society-related activities against any person because of any protected characteristic, including, but not limited to, race, color, national origin, sex, age, religion, marital status, handicap or sexual preference.

- Not make public statements that appear to associate the Vidocq Society with personal opinions of the member or that are critical of the Vidocq Society.

v. 2014.5

*Vidocq Society Code of Ethics and Conduct*                                                                 Page 3

- Not make statements that appear to identify the Vidocq Society with a political party or a candidate for federal, state or local office.

- At all times, during the performance of their services, conduct themselves in such a manner as not to discredit themselves or the Vidocq Society.

- Seek advance advice from the Board about the propriety of any action or inaction that they have reason to believe may be or may lead to a violation of the Code BEFORE they or others engage in the activity or fail to act.

**Commitment to the Code**

Members shall be fully aware of the Code, and understand and accept that a violation of the Code is grounds for immediate termination of membership.

When individuals apply for membership in the Vidocq Society, they will agree by signing the membership application that they shall comply with the provisions of the Vidocq Society's Code of Ethics & Conduct, which they have read, and also with the other rules for its members.  Applicants shall receive and retain a copy of the current Code at the time they receive an application for membership.

With respect to current members, since changes may occur in the Code, and to refresh members' knowledge of the provisions of the code:

- At the time of annual membership renewal, each member shall be given a current copy of the Code.

- At that time, the member will sign and date an acknowledgement that says, "I have reread the Vidocq Society Code of Ethics & Conduct and reaffirm my agreement to comply with its provisions."

v. 2014.5