Anthony R. Scisciani III, OSB No. 070013
Kelsey L. Shewbert, OSB No. 221063
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
kshewbert@hwslawgroup.com
*Attorney for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | NO. 6:20-CV-01163-MK<br><br>DECLARATION OF BARBARA J. COHAN IN SUPPORT OF VIDOCQ SOCIETY'S MOTION FOR PROTECTIVE ORDER |

I, Barbara J. Cohan, declare:

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania.

2. I am a current member of the Vidocq Society, a defendant in this case.

3. My position in the Vidocq Society is Public Information Officer and Member, Board of Directors.

4. I have personal knowledge of the matters attested to in this declaration.

5. I have personal knowledge that the proposed discovery sought by Plaintiffs would be incredibly burdensome to the Vidocq Society for the following reasons:

    a. The requested discovery sought by Plaintiffs involves information unrelated to the Leah Freeman investigation.

    b. The Vidocq Society is a volunteer organization with no central repository.

    c. The Vidocq Society exists to provide private and confidential help, where it can, to solve cold cases.

    d. The proposed discovery sought by Plaintiffs, if compelled, threatens to destroy the Vidocq Society by breaching, without good reason, the strict confidentiality that is central to its mission.

6. I have personal knowledge that the proposed discovery sought by Plaintiffs is a threat to the privacy, confidentiality and overall existence of the Vidocq Society.

7. Due to the nature of Vidocq Society, the membership list is often changed and updated due to members joining, retiring and/or passing away.

8. The information on Vidocq Society's website, https://www.vidocq.org/, is up-to-date and accurate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED this 15th day of September, 2023

/s/ *Barbara J. Cohan*
Barbara J. Cohan

HWS LAW GROUP

BY */s/ Anthony R. Scisciani*
BY */s/ Kelsey L. Shewbert*
Anthony R. Scisciani III, OSB No. 070013
ascisciani@hwslawgroup.com
Kelsey L. Shewbert, OSB No. 221063
kshewbert@hwslawgroup.com
Attorneys for Defendant Vidocq Society

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of HWS Law Group.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiffs**<br>Janis C. Puracal<br>Andrew C. Lauersdorf<br>Maloney Lauersdorf Reiner PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☒ Via Court E-Service, if applicable<br>jcp@mlrlegalteam.com<br>acl@mlrleaglteam.com |
| **CO / Plaintiffs**<br>David B. Owens, *Pro Hac Vice*<br>Loevy & Loevy<br>100 S. King Street, Suite 100<br>Seattle, WA 98104-2885 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☒ Via Court E-Service, if applicable<br>david@loevy.com |
| **CO / Defendants City of Coquille, City of Coos Bay, Coos County, Craig Zanni, Chris Webley, Eric Schwenninger, Sean Sanborn, Ray McNeely, Kris Karcher, Pat Downing, Mark Dannels, Kip Oswald, Michael Reaves, David Zavala, Anthony Wetmore and Shelly McInnes**<br>Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☒ Via Court E-Service, if applicable<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net |
| **CO / Defendants John Riddle, Susan Hormann, Mary Krings and Kathy Wilcox**<br>Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☒ Via Court E-Service, if applicable<br>Todd.marshall@doj.state.or.us<br>Jesse.b.davis@doj.state.or.us |

DATED this  15th  day of September, 2023

*s/ Abby Jenkins*

Abby Jenkins, Legal Assistant

Page 4- DECLARATION OF BARBARA COHAN IN SUPPORT OF VIDOCQ SOCIETY'S MOTION FOR PROTECTIVE ORDER

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248