**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>          Plaintiffs,<br><br>     v.<br><br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly McInnes, Raymond McNeely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br>          Defendants. | Case No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br><br><br>**Motion for Order to Show Cause**<br>(Lay Witness Failure to Comply with<br>Deposition Subpoena)<br>by Municipal Defendants |

Page 1 of 3 – Motion for Order to Show Cause by Municipal Defendants

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

       Plaintiffs,

   v.

Oregon State Police,

       Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

## **LOCAL RULE 7.1 CERTIFICATION**

PURSUANT TO LOCAL RULE 7.1, the undersigned hereby certifies that counsel for these moving defendants has conferred with counsel for all other parties to this matter, and no party objects to this Motion.

## **MOTION**

COME NOW Defendants Mark Dannels, Pat Downing, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon, (hereinafter, "Municipal Defendants") by and through their attorneys, the Law Office of Robert E. Franz, Jr., and hereby move the Court for an Order to Show Cause for Failure to Obey a Deposition Subpoena to lay witness Aleksandra Djeric. In support of this Motion, the Municipal Defendants submit the Declaration of Robert E. Franz, Jr., along with the corresponding exhibits.

Ms. Djeric is a witness who has information relevant to the claims and defenses in this case. She was served with a deposition subpoena on June 25, 2023. (Franz Decl. at 2, Exhibit B-Certificate of Service) The subpoena commanded Ms. Djeric to appear at 1:00 p.m. on July 7, 2023, at the offices of Maloney Lauersdorf Reiner, PC at 1111 E. Burnside Street, Suite 300 in Portland, Oregon. (Franz Decl.

at 2, Exhibit A) Ms. Djeric did not obey the subpoena and did not appear at the time commanded. (Franz Decl. at 2)

On July 12, 2023, counsel for the Municipal Defendants mailed a letter via First Class Mail to Ms. Djeric (Franz Decl. Exhibit C) regarding the subpoena and her failure to obey it, requesting that she contact attorney for the Municipal Defendants, Robert E. Franz, Jr. (Franz Decl. at 3) A copy of that same letter was also hand-delivered to her residence on Monday, July 17, 2023, at which time Ms. Djeric did not answer knocks at her door. (Id.) To this date, counsel has been unsuccessful in contacting Ms. Djeric.

As a result, the Municipal Defendants require the Court's assistance in securing Ms. Djeric's testimony. To that end, the Municipal Defendants respectfully request that this Court issue an Order to Ms. Djeric requiring her to appear and show cause for her failure to obey the above-mentioned subpoena. A Proposed Order to Show Cause is submitted to the Court herewith.

DATED:  Tuesday, September 19, 2023.

Respectfully submitted,


By:    /s/ Robert E. Franz, Jr.
       LAW OFFICE OF ROBERT E. FRANZ, JR.
       **Robert E. Franz, Jr.**
       OSB #730915
       (541) 741-8220
       **Of Attorneys for Municipal Defendants**