IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

      Plaintiffs,

   v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

      Defendants.

Case No. 6:20-cv-01163-MK
(Lead Case)


ORDER

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

      Plaintiffs,

   v.

Oregon State Police,

      Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

## ORDER TO SHOW CAUSE

     THIS MATTER is before the Court on Defendants Mark Dannels, Pat

Downing, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves,

1  -  ORDER

Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon's, (hereinafter, "Municipal Defendants") Motion for Order to Show Cause for Failure to Obey a Deposition Subpoena regarding lay witness Aleksandra Djeric.

In their Motion, the Municipal Defendants aver that Ms. Djeric is a witness who has information relevant to the claims and defenses in this case. She was served with a deposition subpoena on June 25, 2023. (Franz Decl. at 2, Exhibit B-Certificate of Service) The subpoena commanded Ms. Djeric to appear at 1:00 p.m. on July 7, 2023, at the offices of Maloney Lauersdorf Reiner, PC at 1111 E. Burnside Street, Suite 300 in Portland, Oregon. (Franz Decl. at 2, Exhibit A) Ms. Djeric did not obey the subpoena and did not appear at the time commanded. (Franz Decl. at 2)

The Motion further states that on July 12, 2023, counsel for the Municipal Defendants mailed a letter via First Class Mail to Ms. Djeric (Franz Decl. Exhibit C) regarding the subpoena and her failure to obey it, requesting that she contact attorney for the Municipal Defendants, Robert E. Franz, Jr. (Franz Decl. at 3) A copy of that same letter was also hand-delivered to her residence on Monday, July 17, 2023, at which time Ms. Djeric did not answer knocks at her door. (Id.) To this date, counsel has been unsuccessful in contacting Ms. Djeric.

**IT IS THEREFORE ORDERED** that Ms. Aleksandra Djeric, of 687 Center St. in Oregon City, Oregon, shall appear before this Court, and show cause why she failed to appear as commanded by federal subpoena served upon her at the following date, time, and location:

October ____, 2023 at ____
Wayne L. Morse U.S. Courthouse
Courtroom _____
405 East 8th Avenue
Eugene, Oregon 97401

2   -   ORDER

Failure to appear in compliance with this Court's order may result in the initiation of criminal contempt proceedings.

**IT IS SO ORDERED.**

DATED this ___ day of September 2023.

_____

3  -  ORDER