Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>        Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>        Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br>PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE LISA BARTHOLOMEW DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF STIPULATED PROTECTIVE ORDER |

Page 1– MOTION FOR ORDER TO SHOW CAUSE – LISA BARTHOLOMEW

VIDOCQ SOCIETY,

     Cross-Claimant,

  v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

     Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

     Plaintiffs,

  v.

OREGON STATE POLICE,

     Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

## I.  RELIEF REQUESTED / INTRODUCTION

Plaintiffs request that the Court order Lisa Bartholomew to appear and show cause

regarding her disclosure of information designated "confidential" pursuant and subject to the

Stipulated Protective Order negotiated by the parties and entered by the Court in this action, and

further ordering Ms. Bartholomew to provide the following:

1. a detailed description of all information disclosed to her regarding this action,

   including descriptions of any documents or testimony shown or provided to her;

2. a detailed description of all information related to this action that she has disclosed to

   others;

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

3. a detailed description of the manner and media in which she has disclosed or disseminated information related to this action to other persons; and

4. the names and contact information of every person to whom she has disclosed information related to this action.

It recently came to Plaintiffs' attention that Ms. Bartholomew was provided with information designated confidential and subject to the Court's Stipulated Protective Order, including information derived from the deposition testimony of Plaintiffs, and that she has in turn been disclosing this information to other persons in an effort to undermine and disparage Plaintiffs. The Court should order Ms. Bartholomew to show cause why she is not subject to the Court's Stipulated Protective Order, order Ms. Bartholomew to cease any further dissemination of information subject to the Stipulated Protective Order, and further order Ms. Bartholomew to provide the information sought in paragraphs one through four above, so Plaintiffs can take appropriate steps to stop further dissemination of the confidential information.

## II.    STATEMENT OF FACTS

The parties to this action agreed very early on that the entry of a stipulated protective order would be appropriate to protect against the disclosure or misuse of documents and information deemed "confidential" by any party.[1] At the outset of discovery in 2020, the parties agreed that information, testimony, and documents designated "confidential" by any party are subject to a stipulated protective order to be entered by the Court at a later date. All parties proceeded with discovery in reliance upon this agreement.[2]

Defendants conducted the deposition of Plaintiff Nicholas McGuffin over two days from January 12-13, 2023, and certain aspects of Mr. McGuffin's testimony were designated on the

---

[1] Dkt. 40, p. 7 (Joint Status Report and Discovery Plan, filed September 22, 2020).

[2] Declaration of Andrew C. Lauersdorf in Support of Plaintiffs' Motion for Order to Show Cause (Lauersdorf Decl.), Ex. 1. Defendant City of Coquille, for example, designated all 10,618 pages of its initial document production as "confidential – subject to protective order" on October 2, 2020, and designated all 364 pages of its subsequent document production "confidential – subject to protective order" on July 5, 2023. *Id.* at ¶ 3, Ex. 2.

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

record as "confidential" and "subject to protective order," including any portion of the record that "discusses or refers to any intimate or sexual relationships that Mr. McGuffin has had."[3] Defendants conducted the deposition of Plaintiff S.M. on July 17, 2023, and the entire deposition was designated confidential and subject to the protective order contemplated by the parties.[4] The identity of S.M., as a minor plaintiff, is also protected by this Court's order dated September 30, 2020.[5]

With the exception of provisions related to documents to be produced in discovery by the Federal Bureau of Investigation, the parties agreed in substance on a stipulated protective order on or about May 15, 2023.[6] On July 20, 2023, at the request of the City-County Defendants, the Court ordered Plaintiffs and the Oregon State Police Defendants to resolve any further issues related to the parties' stipulated protective order, and file the proposed order by July 26, 2023.[7] The parties stipulated to the terms of a proposed stipulated protective order on July 26, 2023,[8] the proposed order was filed on July 27, 2023,[9] and the Stipulated Protective Order was entered by the Court on August 2, 2023.[10]

On or about August 24, 2023, Plaintiffs learned that confidential testimony and information from the depositions of S.M. and Mr. McGuffin, including the true name of S.M., had been disclosed to Lisa Bartholomew.[11] Ms. Bartholomew is not related to any of the Plaintiffs or Defendants in this action, has never lived in Coquille, Oregon, or Coos County, Oregon, nor shared an employer or social cohort with either of the Plaintiffs, and is not a

---

[3] Lauersdorf Decl., Ex. 3.

[4] Lauersdorf Decl., Ex. 4.

[5] Dkt. 42 (Order granting Plaintiffs' Corrected Motion for Leave to Proceed Under Pseudonym).

[6] Lauersdorf Decl., Ex. 5.

[7] Dkt. 177 (Minutes of Proceedings on Discovery Status Hearing, held July 20, 2023).

[8] Lauersdorf Decl., Ex. 6.

[9] Dkt. 180 (Stipulated Motion for Protective Order).

[10] Dkt. 181 (Stipulated Protective Order).

[11] Lauersdorf Decl., ¶ 9.

Page 4– MOTION FOR ORDER TO SHOW CAUSE – LISA BARTHOLOMEW

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

percipient witness to any of the facts at issue in this action.[12]  Lisa Bartholomew's only connection to this action is her adamant opposition to the ongoing personal relationship between Plaintiff Nicholas McGuffin and Ms. Bartholomew's adult daughter, Georgia Bartholomew.[13]

Ms. Bartholomew's possession and dissemination of confidential information derived from discovery in this action was raised with the Court during the parties' recent discovery status conference, at which time the City-County Defendants confirmed that they had shared details of Mr. McGuffin's confidential deposition testimony with Lisa Bartholomew.[14]  The explanation offered for disclosing the confidential information was that, although the parties had stipulated to and filed the Stipulated Protective Order, the Stipulated Protective Order had not yet been signed by the Court when counsel for the City-County Defendants met with Ms. Bartholomew on July 29 or 30, 2023.[15]  The City-County Defendants further explained that, in their view, Ms. Bartholomew is a "witness," and the Stipulated Protective Order expressly authorizes the parties to disclose confidential information to witnesses for purposes of preparing them for deposition.[16]  Plaintiffs question the necessity of disclosing intimate details of her adult daughter's sex life—details that her daughter had chosen not to share with her mother—in order to prepare Ms. Bartholomew for deposition in this action, but Plaintiffs were not prepared to address this issue at the recent hearing and reserved the right to address the issue at another time.[17]

---

[12] Lauersdorf Decl., ¶ 8.

[13] *Id.*

[14] Dkt. 187 (Status Conference and Discovery Hearing – FTR – Eugene Courtroom 3, at eugcourtroom3_20230905-1050_01d9dfe6d6c299d0.trm, eugcourtroom3_20230905-1055_01d9dfe7899bd170.trm, eugcourtroom3_20230905-1100_01d9dfe83c74e200.trm, and eugcourtroom3_20230905-1105_01d9dfe8ef4e67c0.trm).

[15] *Id.* at eugcourtroom3_20230905-1055_01d9dfe7899bd170.trm.

[16] *Id.* at eugcourtroom3_20230905-1105_01d9dfe8ef4e67c0.trm.  The City-County Defendants identified "Mother of Georgia Bartholomew" on the parties' June 1, 2023, Joint Status Report as a witness to be deposed on July 10, 2023, but the deposition was not confirmed or noticed, did not occur, and has not been rescheduled.

[17] *Id.* at eugcourtroom3_20230905-1100_01d9dfe83c74e200.trm.

Page 5– MOTION FOR ORDER TO SHOW CAUSE – LISA BARTHOLOMEW



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

The City-County Defendants represented to the Court that they had "orally advised [Ms. Bartholomew] that, as a potential witness she can be prepped on confidential information, but she cannot disclose that [confidential information] to anybody, so she orally agreed to that."[18]  The City-County Defendants further represented that, after Plaintiffs brought Ms. Bartholomew's misuse of confidential, protected information to their attention, they had Ms. Bartholomew and her husband sign a copy of the Stipulated Protective Order and return it to the City-County Defendants the day before the parties' September 5, 2023, discovery status hearing.[19]  Copies of the Stipulated Protective Order with the signatures of Ms. Bartholomew and her husband have not been produced to Plaintiffs.[20]

Plaintiffs are very concerned that Ms. Bartholomew, having previously ignored instructions not to disclose or disseminate any of the confidential information that was shared with her, and in light of her personal animosity toward Mr. McGuffin, will continue to disseminate confidential information absent intervention from the Court.  In addition, Plaintiffs cannot take action to mitigate the harm caused by Ms. Bartholomew's dissemination without understanding the scope and nature of confidential information that she has been provided, the scope and nature of confidential information that she has shared with others, the manner and media in which she has disseminated confidential information, and the identities of those with whom she has shared confidential information.  For these reasons, Plaintiffs seek an order commanding Ms. Bartholomew to appear and show cause why she is not, or should not be, subject to the Court's Stipulated Protective Order, and why she should not be enjoined from further disseminating any information designated confidential pursuant to the Court's Stipulated Protective Order, and compelling Ms. Bartholomew to produce information that will allow Plaintiffs to make efforts to mitigate the harm caused by Ms. Bartholomew's lack of discretion.

---

[18] *Id.* at eugcourtroom3_20230905-1055_01d9dfe7899bd170.trm.

[19] *Id.* at eugcourtroom3_20230905-1100_01d9dfe83c74e200.trm.

[20] Lauersdorf Decl., ¶ 10.

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

### III.    POINTS AND AUTHORITIES

Fed. R. Civ. P. 26(c)(1) authorizes the Court, for good cause, to issue orders protecting a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including orders forbidding disclosure of information derived from discovery.  In addition, federal courts are vested with the inherent power to manage their own affairs so as to achieve the orderly and expeditious disposition of cases, including the authority to sanction bad faith conduct of both parties and non-parties.[21]  This inherent power includes the authority to sanction those whose actions or omissions cause a party to incur additional and otherwise unnecessary expense.[22]

Sexual privacy and the privacy of family relationships are well-established privacy rights protected under the United States Constitution.[23]  Plaintiffs have designated all such information "confidential" accordingly, and have relied upon the stipulation of the parties and the Court's Stipulated Protective Order to protect their private, personal, intimate information from public disclosure.  The City-County Defendants' decision to provide Ms. Bartholomew with Plaintiffs' confidential information, as well as private and personal information about the intimate acts of her adult daughter, a non-party, is questionable at best.[24]  Ms. Bartholomew's decision to further disseminate that information, however, after expressly being advised that she was prohibited

---

[21] *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49, 111 S. Ct. 2123 (1991); *Corder v. Howard Johnson & Co.*, 53 F.3d 225, 232 (9th Cir. 1994).

[22] *Corder*, 53 F.3d at 232.

[23] *Pearce v. Club Med Sales*, 172 F.R.D. 407, 410 (N.D. Cal. 1997), *citing, Griswold v. Connecticut*, 381 U.S. 479, 85 S. Ct. 1678 (1965) (finding a right to sexual privacy under the U.S. Constitution); *In re Grand Jury Proceedings, Unemancipated Minor Child*, 949 F. Supp. 1487, 1490 (E.D. Wash. 1996), *citing In re Application of A & M*, 61 A.D.2d 426, 403 N.Y.S.2d 375 (N.Y. App. Div. 1978) (compiling U.S. Supreme Court precedent to demonstrate "a host of cases which have given constitutional dimension to matters concerning the relational interests of parents and children and which acknowledge 'a private realm of family life which the state cannot enter'"); *see also, In re Grand Jury Proceedings (Agosto)*, 553 F. Supp. 1298, 1325 (D. Nev. 1983) ("There can be little doubt that the confidence and privacy inherent in the parent-child relationship must be protected and sedulously fostered by the courts").

[24] *Pearce*, 172 F.R.D. at 410 (recognizing the importance of protecting privacy rights of sexual partners who are not parties to the litigation).

Page 7– MOTION FOR ORDER TO SHOW CAUSE – LISA BARTHOLOMEW



MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

from doing so, is a violation of Plaintiffs' privacy and the Court's Stipulated Protective Order. Ms. Bartholomew should be held to answer regarding her lack of discretion, so the Court can determine the best course of action for mitigating the resulting damage and ensuring that the Court's Stipulated Protective Order serves its intended purpose moving forward.

## IV.    CONCLUSION

For the foregoing reasons, the Court should issue an order commanding Lisa Bartholomew to appear and show cause regarding her dissemination of information designated "confidential" pursuant to the Stipulated Protective Order negotiated by the parties and entered by the Court in this action.

DATED:  September 19, 2023

MALONEY LAUERSDORF REINER PC

By /s/ Andrew C. Lauersdorf
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com
    Andrew C. Lauersdorf, OSB #980739
    E-Mail:  acl@mlrlegalteam.com

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, the foregoing PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE LISA BARTHOLOMEW DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF STIPULATED PROTECTIVE ORDER was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>*Attorneys for Defendants*<br>*City of Coquille, City of Coos Bay, Coos*<br>*County, Craig Zanni, Chris Webley, Eric*<br>*Schwenninger, Sean Sanborn, Ray McNeely,*<br>*Kris Karcher, Pat Downing, Mark Dannels,*<br>*Kip Oswald, Michael Reaves, David Zavala,*<br>*Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>*Attorneys for Defendants Oregon State*<br>*Police, John Riddle, Susan Hormann,*<br>*Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br>*Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Laura E. Coffin<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br>lcoffin@luvaascobb.com<br>*Attorneys for Defendant Richard Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC

By  /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB #980739
E-Mail:  acl@mlrlegalteam.com

Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417