## Andrew Lauersdorf

| | |
|---|---|
| **From:** | Davis Jesse B <Jesse.B.Davis@doj.state.or.us> |
| **Sent:** | Friday, April 16, 2021 9:18 PM |
| **To:** | Janis Puracal; Robert Franz jr.; Andrew Lauersdorf; Cher Vasquez; Christine Webb; David Owens; Karin Schaffer; Melissa Topic; Sarah Henderson; Graham B. Miller |
| **Cc:** | Fredrickson Maria; McCarthy Maureen A; Marshall Todd; Chin Elleanor |
| **Subject:** | McGuffin v. Dannels--protective order |
| **Attachments:** | McGuffin 1163 PLD Stipulated Protective Order.DOCX |

Counsel,

For some time, we've been exchanging discovery with the understanding that the parties and counsel would treat that discovery as confidential and subject to a protective order.  I have prepared the attached form of stipulated protective order to formalize the parties' responsibilities with respect to handling discovery.  This form is drawn from the court's sample protective order.

Please consider and let me know any question, concerns, or redlines.

Regards,

**Jesse B. Davis**
Senior Assistant Attorney General
Oregon Department of Justice | Civil Litigation Section | Trial Division
100 SW Market Street
Portland, OR 97201
Tel: 971.673.1880
Fax: 971.673.5000

*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

***********************************

Exhibit 1, Page 1 of 1