

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       Coquille 000002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Coquille 010617

CONFIDENTIAL - SUBJECT TO PRO