


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

Nicholas James McGuffin, as an individual and as guardian ad litem, on behalf of S.M., a minor,

    Plaintiffs,

v.                        Case No. 6:20-cv-01163-MK

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County,

    Defendants.
_____

**VIDEOTAPED DEPOSITION OF**

**NICHOLAS MCGUFFIN**

**DAY 2**

TAKEN ON
FRIDAY, JANUARY 13, 2023
10:05 A.M.

MALONEY LAUERSDORF & REINER, PC
1111 EAST BURNSIDE, SUITE 300
PORTLAND, OREGON 97214

Exhibit 3, Page 1 of 5

**Page 2**

```
 1              APPEARANCES
 2
 3  Appearing on behalf of the Plaintiffs:
 4  JANIS C. PURACAL, ESQUIRE
 5  Forensic Justice Project
 6  333 Southwest Taylor Street, Suite 400
 7  Portland, Oregon 97204
 8  (503) 782-6650
 9  jpuracal@forensicjusticeproject.org
10
11  -and-
12
13  ANDREW C. LAUERSDORF, ESQUIRE
14  Maloney Lauersdorf & Reiner, PC
15  1111 East Burnside Street, Suite 300
16  Portland, Oregon 97214
17  (503) 245-1518
18  (503) 245-1417 (Fax)
19  acl@mlrlegalteam.com
20
21
22
23
24
25
```

**Page 3**

```
 1          APPEARANCES (CONTINUED)
 2
 3  Appearing on behalf of Defendants Dannels, Downing,
 4  Karcher, McInnes, McNeely, Oswald, Reaves, Sanborn,
 5  Schwenninger, Webley, Wetmore, Zanni, Zavala, City
 6  Of Coquille, City of Coos Bay, Coos County, Oregon;
 7  and the Estate of David E. Hall:
 8  ROBERT FRANZ, JR., ESQUIRE
 9  SARAH HENDERSON, ESQUIRE
10  Franz Law Offices
11  730 B Street
12  Springfield, Oregon 97477
13  (541) 741-8220
14  (541) 741-8234 (Fax)
15  rfranz@franzlaw.comcastbiz.net
16  shenderson@franzlaw.comcast.com
17
18  Appearing on behalf of the State Defendants:
19  JESSE B. DAVIS, ESQUIRE
20  Oregon Department of Justice
21  100 SW Market Street
22  Portland, Oregon 97201
23  (971) 673-1880
24  (971) 673-1888 (Fax)
25  jesse.b.davis@doj.state.or.us
```

**Page 4**

```
 1          APPEARANCES (CONTINUED)
 2
 3  Appearing on behalf of the Defendants Vidocq
 4  Society and Richard Walter:
 5  AMANDA J. ROCKETT, ESQUIRE
 6  KARIN SCHAFFER, ESQUIRE (Via Videoconference)
 7  Wood Smith Henning & Berman, LLP
 8  12755 SW 69th Avenue, Suite 100
 9  Portland, Oregon 97223
10  (971) 256-4010
11  (971) 274-1928 (Fax)
12  arockett@wshblaw.com
13  kschaffer@wshblaw.com
14
15  ALSO PRESENT:
16  Mark Williamson, CIS Insurance
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1                INDEX
 2                              Page
 3
 4  EXAMINATION BY MR. DAVIS        8
 5
 6  EXAMINATION BY MS. ROCKETT     78
 7
 8  FURTHER EXAMINATION BY MR. DAVIS   122
```

**Page 6**

```
 1              EXHIBITS
 2  Exhibit                              Page
 3
 4   401  DNA TESTING                    N/A
 5
 6   402  LETTER DATED JANUARY 18 2016   N/A
 7
 8   403  PAGE 3 AND 4 FROM STATEMENT    118
 9
10   404  LETTER                         117
11
12   405  STATEMENT                      117
13
14   406  DETAILED CASE PLAN REPORT      N/A
15
16   407  VISITATION LOG                 N/A
17
18   527  MEDICAL RECORDS                N/A
19
20   534  STATEMENT FROM NAVY RECRUITER  N/A
21
22   545  PHOTO                          N/A
23
24   546  PHOTO                          N/A
25
```

**Page 7**

```
 1         EXHIBITS CONTINUED
 2  Exhibit                              Page
 3
 4   701  PROTECTIVE ORDER STATEMENT     89
 5
 6   702  STATEMENT DATED MAY 21 2021    89
```

**Page 8**

 1       VIDEOTAPED DEPOSITION OF
 2          NICHOLAS MCGUFFIN
 3              DAY 2
 4             TAKEN ON
 5       FRIDAY, JANUARY 13, 2023
 6            10:05 A.M.
 7
 8       THE VIDEOGRAPHER:  We're on the record.
 9  The time is 10:05.  The day is January 13, 2023.
10       This is the continuation of the deposition
11  of Nicholas McGuffin.  The case caption is McGuffin
12  versus Dannels.
13       THE REPORTER:  And just a reminder, Mr.
14  McGuffin, you are still under oath.
15       THE DEPONENT:  Okay.
16       THE VIDEOGRAPHER:  And you may proceed.
17  NICHOLAS MCGUFFIN, having been previously duly
18  sworn, was examined, and testified as follows:
19  EXAMINATION
20  BY MR. DAVIS:
21    Q.  Good morning, Mr. McGuffin.
22    A.  Good -- good morning.
23    Q.  We're here for our second day.
24       So your daughter, Violet, was born on
25  October 11, 2007, correct?

**Page 9**

 1    A.  Correct.
 2    Q.  And where was she born?
 3    A.  The Coos Bay Area Hospital, I believe.
 4    Q.  Okay.  And you were together with Ms.
 5  Edgerton at the time?
 6    A.  I was.
 7    Q.  Did you all three live together?
 8    A.  Yes, we did.
 9    Q.  Where did you live?
10    A.  Oh, I think we lived with my parents at
11  that time on Baker Road.
12    Q.  Okay.  And let me just ask you about, just
13  for no reason in particular, her first year of her
14  life.  Were you working?
15    A.  I was.  I -- I might have been working at
16  Captain's Choice.
17    Q.  What is -- what is Captain's Choice?
18    A.  It's just, like, a steakhouse and seafood
19  restaurant in North Bend, I believe.
20    Q.  Okay.  And was Ms. Edgerton working?
21    A.  I don't believe she was.
22    Q.  And was she caring for Violet during the
23  day?
24    A.  Yeah.  I mean, she would care for Violet.
25  My mom, my dad always helped out.



Arlan Harrell   January 9, 2023   NDT Assgn # 62048   Page 32

### 122

1  MR. DAVIS: We're back from a short break.
2  FURTHER EXAMINATION
3  BY MR. DAVIS:
4  Q. This is Jesse Davis again, Mr. McGuffin.
5  I just had a couple of follow-up questions.
6  During our break a few moments ago, your
7  attorney asked you something about Tina Mims and
8  witness tampering.
9  A. Tina Mims and what?
10  Q. And witness tampering.
11  A. Correct.
12  Q. Do you remember that?
13  MS. PURACAL: I'm going to object to that.
14  It mischaracterizes what Mr. Lauersdorf asked him on
15  the break.
16  BY MR. DAVIS:
17  Q. What did Mr. Lauersdorf ask you?
18  A. I can't recall exactly what he asked. It
19  would have to be -- I'm -- I don't -- I'm not going
20  to remember it verbatim.
21  MS. HENDERSON: Mr. Davis, if you want
22  some help, I believe it was evidence tampering, not
23  witness tampering --
24  MR. DAVIS: Oh, excuse me.
25  MS. HENDERSON: -- if that resolves the

### 123

1  objection.
2  BY MR. DAVIS:
3  Q. Sorry. I apologize for that.
4  So Mr. Lauersdorf asked you a question
5  about evidence tampering; do you remember that?
6  A. And that was -- that was -- we're all
7  clear that's what was said? Okay. Yeah, I don't
8  have no knowledge of her having any evidence
9  tampering.
10  Q. So when Mr. Lauersdorf asked you that, was
11  that the first time you heard of it?
12  A. That is.
13  Q. Okay. You were not aware of that at the
14  time of your conviction.
15  A. No, I was not.
16  MR. DAVIS: All right. I don't have
17  anything further. I think the only remaining
18  matters are disputes and things that have arisen and
19  then, potentially, just discovery, you know,
20  documents that may yet to be produced, so leaving it
21  open for that purpose. But otherwise, I don't have
22  anything else.
23  MS. PURACAL: I'm going to --
24  MS. HENDERSON: Oh, go ahead. I just --
25  before we go off the record, I just wanted to see.

### 124

1  For purposes of a potential deposition, I
2  understand, Mr. McGuffin, your mother has moved kind
3  of -- for purpose of her as a witness in this case,
4  obviously, we want to make sure that we're going to
5  be able to reach her, if we need to put it on the
6  record where she currently is living, or if we can
7  just agree among counsel that that will be
8  disclosed.
9  MS. PURACAL: That will be disclosed.
10  MS. HENDERSON: Okay.
11  MS. PURACAL: Yes.
12  MS. HENDERSON: That's all I wanted to --
13  MS. PURACAL: Yeah.
14  MS. HENDERSON: -- clarify.
15  MS. PURACAL: And I just want to put on
16  the record that we're going to designate portions of
17  the transcript under our protective order. So we're
18  going to designate any portion of the transcript
19  that discusses or refers to Mr. McGuffin's daughter,
20  Violet, including her age, her date of birth, or her
21  mother's name; designate under the protective order
22  any portion of the transcript that discusses or
23  refers to Mr. McGuffin's younger daughter, Angel, or
24  Angela, including her age, her date of birth, or her
25  mother's name; and we'll designate any portion of

### 125

1  the transcript that discusses any minor who works
2  with Mr. McGuffin at his place of employment.
3  We'll also designate any portion of the
4  transcript that discusses or refers to any intimate
5  or sexual relationships that Mr. McGuffin has had.
6  And then we'll also designate any portion
7  of the transcript that discusses any document that's
8  been designated under the protective order.
9  And then one final matter for counsel. I
10  just want to make sure that everybody is aware, and
11  I put on the record, that we have made a box of
12  documents available to counsel that includes letters
13  and photos and correspondence from Mr. McGuffin to
14  his family and vice versa. And that's all here and
15  available still for counsel if you want to look at
16  those documents.
17  MS. ROCKETT: Can we get copies of that
18  stuff?
19  MS. PURACAL: That was my email about if
20  you all want to -- to take it to a vendor, then we
21  will make that arrangement --
22  MS. ROCKETT: Okay.
23  MS. PURACAL: -- to have it taken to our
24  vendor. It's personal stuff to Mr. McGuffin,
25  including photos of his daughter. We don't want it



130

```
 1           CERTIFICATE
 2
 3      I, Ryan Batterson, do hereby certify that I reported
 4  all proceedings adduced in the foregoing matter and that
 5  the foregoing transcript pages constitutes a full, true,
 6  and accurate record of said proceedings to the best of
 7  my ability.
 8
 9      I further certify that I am neither related to
10  counsel or any part to the proceedings nor have any
11  interest in the outcome of the proceedings.
12
13      IN WITNESS HEREOF, I have hereunto set my hand this
14  2nd day of January, 2023.
15
16
17
18
19
20  /S/  Ryan Batterson
21
22
23
24
25
```

131

```
 1  Date:    February 2, 2023    Assignment #: 62231
 2  Attorney: Andrew Lauersdorf, Esquire
 3  Deponent: Nicholas McGuffin
 4  Case:    McGuffin vs. Dannels City of Coquille
 5
 6  ATTORNEY - TRANSCRIPT ENCLOSED:  Signature of your
    client
 7  is required.  Please have your client make any corrections
 8  necessary.  Sign the Correction Sheet where indicated.
 9  Forward a COPY of the executed Correction Sheet directly
10  to the attorney(s) listed below.  (The Address(es) can be
11  found on the Appearance page of the deposition.)  Also,
12  send a COPY of the executed Correction Sheet to our
13  corporation.
14
15
16
17
18  CC:  Naegeli Deposition & Trial
19      Robert Franz, Esquire
20      Sarah Henderson, Esquire
21      Janis Puracl, Esquire
22      Jesse Davis, Esquire
23      Amanda Rockett, Esquire
24      Karin Schaffer, Esquire
25
```

132

```
 1           CORRECTION SHEET
 2  Deposition of: Nicholas McGuffin      Date: 01/13/23
 3  Regarding:   McGuffin vs. Dannels City of Coquille
 4  Reporter:    Batterson/Willman
 5  _____
 6  Please make all corrections, changes or clarifications
 7  to your testimony on this sheet, showing page and line
 8  number.  If there are no changes, write "none" across
 9  the page.  Sign this sheet on the line provided.
10  Page   Line   Reason for Change
11  _____  _____  _____
12  _____  _____  _____
13  _____  _____  _____
14  _____  _____  _____
15  _____  _____  _____
16  _____  _____  _____
17  _____  _____  _____
18  _____  _____  _____
19  _____  _____  _____
20  _____  _____  _____
21  _____  _____  _____
22  _____  _____  _____
23  _____  _____  _____
24           Signature_____
25              Nicholas McGuffin
```

133

```
 1           DECLARATION
 2  Deposition of: Nicholas McGuffin      Date: 01/13/23
 3  Regarding:   McGuffin vs. Dannels City of Coquille
 4  Reporter:    Batterson/Willman
 5  _____
 6
 7  I declare under penalty of perjury the following to
 8  be true:
 9
10  I have read my deposition and the same is true and
11  accurate save and except for any corrections as made
12  by me on the Correction Page herein.
13
14  Signed at _____, _____
15  on the _____ day of _____, 2023.
16
17
18
19
20
21
22
23
24           Signature_____
25              Nicholas McGuffin
```

NAEGELI DEPOSITION & TRIAL    (800)528-3335    NAEGELIUSA.COM