1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF OREGON

3

4    NICHOLAS JAMES MCGUFFIN, as   ) (Lead Case)
     an individual and as guardian ) Case No. 6:20-cv-1163-MK
5    ad litem, on behalf of S.M.,  ) (Trailing Case)
     a minor,                      ) Case No. 3:21-cv-1719-MK
6                                  )
             Plaintiffs,           )
7                                  )
         v.                        )
8                                  )
     MARK DANNELS, PAT DOWNING,    )
9    SUSAN HORMANN, MARY KRINGS,   )
     KRIS KARCHER, SHELLY MCINNES, )
10   RAYMOND MCNEELY, KIP OSWALD,  )
     MICHAEL REAVES, JOHN RIDDLE,  )
11   SEAN SANBORN, ERIC            )
     SCHWENNINGER, RICHARD WALTER, )
12   CHRIS WEBLEY, ANTHONY WETMORE,)
     KATHY WILCOX, CRAIG ZANNI,    )
13   DAVID ZAVALA, ESTATE OF       )
     DAVID E. HALL, VIDOCQ SOCIETY,)
14   CITY OF COQUILLE, CITY OF     )
     COOS BAY, and COOS COUNTY,    )
15                                 )
             Defendants.           )
16   _____)
17   (Continued on next page)
18
19              VIDEOTAPED DEPOSITION OF S.M.
20           Taken on behalf of the Defendants
21                    July 17, 2023
22           ***TAKEN VIA VIDEOCONFERENCE***
23                      --oOo--
24
25

                                            Page 1

Exhibit 4, Page 1 of 4

**Page 2**

```
 1  VIDOCQ SOCIETY,                  )
                                     )
 2        Cross-Claimant.   )
                                     )
 3  RICHARD WALTER,               )
                                     )
 4        Cross-Claimant.   )
    _____)
 5                                   )
    NICHOLAS JAMES MCGUFFIN, as  )
 6  an individual and as guardian )
    ad litem, on behalf of S.M., )
 7  a minor,                         )
                                     )
 8        Plaintiff,             )
                                     )
 9      v.                           )
                                     )
10  OREGON STATE POLICE,        )
                                     )
11        Defendant.          )
    _____)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1       BE IT REMEMBERED THAT, pursuant to the Federal
 2  Rules of Civil Procedure, the videotaped deposition of
 3  S.M., was taken before Maureen Kelly, OCSR No. 00-0364,
 4  WCSR No. 3401, on Monday, July 17, 2023, commencing at
 5  the hour of 9:05 a.m., the proceedings being reported
 6  via Zoom videoconference.
 7       --oOo--
 8
 9           APPEARANCES
10       (ALL APPEARING VIA VIDEOCONFERENCE)
11  For the Plaintiffs:
        Andrew C. Lauersdorf
12      Janis C. Puracal
        MALONEY LAUERSDORF & REINER, PC
13      1111 E. Burnside Street, Suite 300
        Portland, Oregon 97214
14      acl@mlrlegalteam.com
        jcp@mlrlegalteam.com
15
        David B. Owens
16      LOEVY & LOEVY
        c/o Civil Rights & Justice Clinic
17      University of Washington Law School
        William H. Gates Hall, Suite 265
18      PO Box 85110
        Seattle, Washington 98145-1110
19      david@loevy.com
20  For State Defendants Hormann, Krings, Riddle, Wilcox
    and Oregon State Police:
21      Todd Marshall
        Jesse B. Davis
22      DEPARTMENT OF JUSTICE
        1162 Court Street NE
23      Salem, Oregon 97301-4096
        todd.marshall@doj.state.or.us
24      jesse.b.davis@doj.state.or.us
25  (Continued on next page.)
```

**Page 4**

```
 1  For Defendant Vidocq Society:
        Meredith A. Sawyer
 2      HWS LAW GROUP
        1500 Fourth Avenue, Suite 2200
 3      Seattle, Washington 98101
        msawyer@hwslawgroup.com
 4
    For Defendants Daniels, Downing, Karcher, McInnes,
 5  McNeely, Oswald, Reaves, Sanborn, Schwenninger, Shapiro,
    Webley, Wetmore, Zanni, Zavala, City of Coquille, City
 6  of Coos Bay, and Coos County:
        Robert E. Franz , Jr.
 7      LAW OFFICE OF ROBERT E. FRANZ, JR.
        P.O. Box 62
 8      Springfield, OR 97477
        rfranz@franzlaw.comcastbiz.net
 9
    For Defendant Richard Walter:
10      Taylor K. Gersch
        LUVAAS COBB
11      777 High Street, Suite 300
        Eugene, Oregon 97401
12      tgersch@luvaascobb.com
13
14  Also Present:  Jess McLoud - Videographer
15           --oOo--
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1              INDEX
 2  EXAMINATION BY:                    PAGE
 3  MR. MARSHALL                        9
    MR. FRANZ                          47
 4  MR. GERSCH                         64
    MS. SAWYER                         65
 5
             --oOo--
 6
 7
 8          EXHIBIT INDEX
 9  EXHIBIT NO.   ITEM                 PAGE
10      (No Exhibits Marked.)
11           --oOo--
12
13  INSTRUCTION not to Answer:        (None.)
14           --oOo--
15
16  REQUEST for Production:           (None.)
17           --oOo--
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
calendar-pnw@veritext.com 503.245.4552

Exhibit 4, Page 2 of 4

**Page 6**

1 /////
2       THE VIDEOGRAPHER:  Good morning.  We are on
3 the record at 9:06 a.m. on July 17th, 2023.
4       Please note that microphones are sensitive
5 and may pick up whispering, private conversations and   09:05:53
6 cellular interference.  Please turn off all cell phones
7 and place them away from the microphones as they can
8 inefficient -- interference with the deposition audio.
9 Audio and video recording will continue to take place
10 unless all of the parties agree to go off the record.   09:06:06
11       This is media unit 1 of the video recorded
12 deposition of S.M. taken by counsel for the plaintiff
13 [sic] in the matter of McGuffin v. Daniels, et al.,
14 filed in the United States District Court for the
15 District of Oregon, case No. -- leading case   09:06:19
16 No. 6-20-cv-1163-MK, trailing case 3:21-cv-1719-MK.
17       This deposition is being held at the Coos
18 County Public Library located at 525 Anderson Avenue in
19 Coos Bay, Oregon.
20       My name is Jess McLoud from the firm Sights   09:06:48
21 & Sounds Limited, and I am the videographer.  The court
22 reporter is Maureen Kelly from the firm Veritext.
23       I am not authorized to administer an oath.
24 I am not related to any party in this action, nor am I
25 financially interested in the outcome.   09:07:02

**Page 7**

1       Counsel and all present in the room and   09:07:03
2 everyone attending remotely will now state their
3 appearances and affiliations for the record.  If there
4 are any objections to the proceeding, please state them
5 at the time of your appearance beginning with the   09:07:12
6 noticing attorney.
7       MR. LAUERSDORF:  I think that's you.
8       MR. FRANZ:  Well, Todd was the one that did
9 it initially.  Let's just go in order.  Why don't you
10 identify yourself?   09:07:25
11       MR. LAUERSDORF:  Well, starting with the
12 noticing attorney, so it's got to be one of you guys.
13       MR. FRANZ:  Well, Todd noticed the
14 deposition.
15       MR. LAUERSDORF:  Okay.   09:07:34
16       MR. FRANZ:  Todd, would you state your
17 affiliation?
18       Is he mute?
19       MS. PURACAL:  No, I don't think so.
20       Todd, do you want to state your affiliation   09:07:45
21 and your appearance first?
22       MR. MARSHALL:  Oh, I'm sorry.
23       Yeah.  This is Todd Marshall with the
24 Oregon Department of Justice on behalf of the state
25 defendants.   09:07:52

**Page 8**

1       MR. FRANZ:  Robert --   09:07:52
2       MS. SAWYER:  Meredith Sawyer on behalf of
3 defendant Vidocq Society.
4       MR. FRANZ:  Robert Franz on behalf of the
5 municipal defendants.   09:08:01
6       MS. PURACAL:  Do the other defendants want
7 to go ahead?
8       That may be it.
9       THE VIDEOGRAPHER:  Okay.
10       MS. PURACAL:  Janis Pur --   09:08:13
11       THE VIDEOGRAPHER:  Will the court --
12       MS. PURACAL:  Sorry.  We'll go ahead for
13 the plaintiffs.
14       Janis Puracal on behalf of the plaintiffs.
15       MR. LAUERSDORF:  Andrew Lauersdorf on   09:08:22
16 behalf of the plaintiff.  And just so you're aware, my
17 cell phone is on because that's how I'm getting my
18 wi-fi.
19       MR. OWENS:  Also David Owens here for the
20 plaintiffs.   09:08:29
21       THE VIDEOGRAPHER:  Will the court reporter
22 please swear in the witness.
23 ///
24       S.M.,
25 having been first duly sworn, was examined and testified   09:08:52

**Page 9**

1 as follows:   09:08:52
2 /////
3       THE VIDEOGRAPHER:  Thank you.  You may
4 proceed.
5       MS. PURACAL:  And, Todd, just before you   09:08:54
6 begin, I just wanted to put on the record -- this is
7 Janis Puracal for plaintiffs.  I just wanted to make
8 sure it's on the record that we are designating this
9 deposition under the protective order, and that would
10 include the transcripts as well as the video.  So we   09:09:03
11 understand that the court reporter is going to redact
12 Ms. S.M.'s name and use the S.M. initials instead.
13       You can continue.
14       MR. MARSHALL:  All right.  Are we -- are we
15 ready to go?   09:09:21
16       MS. PURACAL:  We are.  Thank you.
17       MR. MARSHALL:  Okay.  Sure.
18 /////
19       EXAMINATION
20 BY MR. MARSHALL:   09:09:24
21    Q.  Would you please state your full name for
22 the record?
23    A.  S.M.
24    Q.  And who is in the room with you today?
25    A.  In the room with me is Robert Franz, a   09:09:35

1    Q.  Okay.  And do you have any knowledge or        10:36:00

2  information as to whether Vidocq Society played any role

3  in the investigation, prosecution or incarceration of

4  your father, Nick McGuffin?

5    A.  I know -- I have heard of that, yes.        10:36:18

6    Q.  What is your understanding of the role they

7  played?

8    A.  I'm not too sure of the role that was

9  played, but I do know that anyone that did have anything

10  to do with my father being put in jail is pretty --        10:36:32

11  pretty -- affected me.

12    Q.  And do you have an understanding of what

13  role Vidocq Society played with respect to your father

14  being incarcerated?

15    A.  No.                              10:36:45

16    MS. SAWYER:  Okay.  Those are all the

17  questions I have.  Thank you for your time.

18    MS. PURACAL:  Anyone else for the

19  defendants?

20    Okay.  Maureen, I think we are done.        10:36:58

21    THE VIDEOGRAPHER:  Should I take us off the

22  record?

23    MS. PURACAL:  Yes, we can go off the

24  record.

25    THE VIDEOGRAPHER:  We are off the record at    10:37:11

Page 66

1  10:38 a.m.  This concludes today's testimony given by        10:37:12

2  S.M.

3         (Deposition concluded at 10:38 a.m.)

4              --oOo--

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 67

C E R T I F I C A T E

1

2    I, Maureen Kelly, Oregon CSR No. 00-0364,
   Washington CSR No. 3401, do hereby certify that

3  prior to the commencement of the examination, S.M. was
   duly remotely affirmed by me to testify to the truth,

4  the whole truth and nothing but the truth.

5    I DO FURTHER CERTIFY that the foregoing is a
   verbatim transcript of the testimony as taken

6  stenographically by me at the time, place and on the
   date hereinbefore set forth, to the best of my

7  ability.

8    I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor counsel of

9  any of the parties to this action, and that I am
   neither a relative nor employee of such attorney or

10  counsel, and that I am not financially interested in
   the action.

11

    Witness my hand at Portland, Oregon, this 24th

12  day

13

14

15

16  MAUREEN KELLY - RPR
   Certified Shorthand Reporter

17  Oregon CSR No. 00-0364
   Washington CCR No. 3401

18

19

20

21

22

23

24

25

Page 68

Veritext Legal Solutions

calendar-pnw@veritext.com 503.245.4552

Exhibit 4, Page 4 of 4