| | |
|---|---|
| **From:** | Sarah Henderson |
| **To:** | Andrew Lauersdorf; Robert Franz jr.; Davis Jesse B; Marshall Todd; Meredith A. Sawyer; Anthony R. Scisciani III; Kelsey Shewbert; Rachel Jones; Eric DeFreest; Laura Coffin; Taylor Gersch |
| **Cc:** | Janis Puracal; David B. Owens; Cher Vasquez; Theresa Franz; McCarthy Maureen A; Aislinn.Price@doj.state.or.us; Simmons Amy; Abby Jenkins; Noemi Sanchez; ksamek@luvaascobb.com; jolson@luvaascobb.com; Kristy Workman; scooke@luvaascobb.com |
| **Subject:** | Re: McGuffin - Stipulated Protective Order |
| **Date:** | Wednesday, July 26, 2023 4:41:39 PM |

Andy,

This looks fine on our end. You may affix my signature.

Sarah

**Sarah R. Henderson, OSB#153474**
shenderson@franzlaw.comcastbiz.net
Law Office of Robert E. Franz Jr.
P.O. Box 62
Springfield, OR 97477
(541) 741-8220

**From:** Andrew Lauersdorf <acl@mlrlegalteam.com>
**Date:** Wednesday, July 26, 2023 at 12:26 PM
**To:** Robert Franz jr. <rfranz@franzlaw.comcastbiz.net>, Sarah Henderson <shenderson@franzlaw.comcastbiz.net>, Davis Jesse B <jesse.b.davis@doj.state.or.us>, Marshall Todd <todd.marshall@doj.state.or.us>, Meredith A. Sawyer <msawyer@hwslawgroup.com>, Anthony R. Scisciani III <ascisciani@hwslawgroup.com>, Kelsey Shewbert <kshewbert@hwslawgroup.com>, Rachel Jones <rjones@hwslawgroup.com>, Eric DeFreest <edefreest@luvaascobb.com>, Laura Coffin <LCoffin@luvaascobb.com>, Taylor Gersch <TGersch@luvaascobb.com>
**Cc:** Janis Puracal <jcp@mlrlegalteam.com>, David B. Owens <david@loevy.com>, Cher Vasquez <cv@mlrlegalteam.com>, Theresa Franz <tfranz@franzlaw.comcastbiz.net>, McCarthy Maureen A <maureen.a.mccarthy@doj.state.or.us>, Aislinn.Price@doj.state.or.us <Aislinn.Price@doj.state.or.us>, Simmons Amy <amy.simmons@doj.state.or.us>, Abby Jenkins <ajenkins@hwslawgroup.com>, Noemi Sanchez <nsanchez@hwslawgroup.com>, ksamek@luvaascobb.com <ksamek@luvaascobb.com>, jolson@luvaascobb.com <jolson@luvaascobb.com>, Kristy Workman <KWorkman@luvaascobb.com>, scooke@luvaascobb.com <scooke@luvaascobb.com>
**Subject:** McGuffin - Stipulated Protective Order

Hi All –

Attached is the latest version of the proposed stipulated protective order for the McGuffin litigation. Plaintiffs, the State Defendants, and the FBI have all agreed upon the language of the attached,

which should be consistent with the version previously agreed upon by all other Defendants with the exception of the notice and CFR language now included in paragraphs 19 and 20.  Please let us know of any objections or further revisions, or if we are authorized to affix your e-signature to the attached and file it with the court today.  If we do not hear back from you today, we will inform the court that Plaintiffs and the State Defendants have worked out their differences on the SPO and are waiting on the stipulations of other parties.

Take care,

Andy



**Andrew C. Lauersdorf**
1111 E. Burnside St., Suite 300
Portland, Oregon 97214
t. 503.972.8166  fx. 503.245.1417
www.mlrlegalteam.com

NOTICE OF CONFIDENTIALITY AND ASSERTION OF PRIVILEGES: This e-mail communication contains confidential and/or privileged information, and is published for the use of the intended recipient. If you are not the intended recipient, or if you believe for any reason that you have received this e-mail in error or by mistake, please notify us immediately by reply e-mail, or telephone at (503) 245-1518, and then delete the e-mail. Any copying, dissemination, distribution, or other use of this e-mail communication and/or any attachments by anyone other than the intended recipient is strictly prohibited.