UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>    Plaintiffs,<br><br> v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>    Defendants.<br>VIDOCQ SOCIETY,<br>    Cross-Claimant,<br><br> v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY<br>    Cross-Defendants. | 6:20-cv-01163-MK (Lead Case)<br>3:21-cv-01719-MK (Trailing Case)<br><br><br>**PROTECTIVE ORDER** |

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

               Plaintiffs,

v.

OREGON STATE POLICE,

               Defendant.

Upon motion of Gabriella Cato, this Court being advised as to the nature of the case, it is hereby:

ORDERED that pursuant to Rule 26(c)(1)(D) of the Federal Rules of Civil Procedure, counsel for Plaintiffs shall not ask questions about or seek further discovery of the contents of the confidential settlement agreement executed by the parties in the matter of *Gabriella Cato v. Fisher Golf Group LLC, et al.*, Circuit Court of Oregon for Clackamas County, Case No. 22CV0337 (*Cato* lawsuit).

IT IS FURTHER ORDERED that Plaintiffs are allowed to depose Gabriella Cato, and take discovery of information related to the allegations in the *Cato* lawsuit and information that could be used for impeachment purposes.

DATED: September 20, 2023

                                                            s/ Mustafa T. Kasubhai
                                                            MUSTAFA T. KASUBHAI (He / Him)
                                                            United States Magistrate Judge

Presented by:

MALONEY LAUERSDORF REINER PC

 /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB #980739
Attorneys for Plaintiffs