IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS JAMES McGUFFIN, ET AL,

        Plaintiff,

vs.

MARK DANNELS, ET AL,

        Defendant.

Case No. **6:20-CV-01162-MK**

CERTIFICATE OF SERVICE

STATE OF OREGON  
County of Multnomah      ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Subpoena to Testify at Deposition in a Civil Action & $73.00 Witness Fee Check*

By delivering the aforementioned documents to **Aleksandra Djeric**, personally and in person, at 687 S. Center Street, Oregon City, OR 97045 on June 25, 2023 at 5:27 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 26th day of June, 2023.

x 
Mitch Wirth  
Nationwide Process Service, Inc.  
315 W Mill Plain Blvd, Ste. 206  
Vancouver, WA 98660  
503-241-0636

*363303*

EXHIBIT B - Page 1