| | |
|---|---|
| **ROBERT E. FRANZ, JR.**<br>**Office of Attorneys and Counselors**<br>P.O. Box 62<br>Springfield, Oregon  97477<br>Phone:  (541) 741-8220<br>Internet: rfranz@franzlaw.comcastbiz.net | Robert E. Franz, Jr.*<br>Sarah R. Henderson<br><br>*Admitted in Oregon,<br>Washington & Idaho<br>Theresa L. Franz<br>Legal Assistant |

Wednesday, July 12, 2023

Ms. Aleksandra Djeric
687 S. Center Street
Oregon City, OR  97045

      RE:    **McGuffin v. Dannels, et al.**
              **United States District Court Civil Case No. 6:20-cv-01163-MK**

Dear Ms. Djeric:

I am an attorney representing the City of Coquille, the City of Coos Bay, Coos County, and several police officers from these entities in the lawsuit brought by Nicolas McGuffin against them.

You were served with a subpoena from a federal court for your deposition.  You failed to show up for your deposition.  You did not have the right to ignore the subpoena and not show up for your deposition.

Please call me immediately at (541) 206-2820.

Thank you.

                                            Sincerely yours,


                                            Robert E. Franz, Jr.

REF:tlf

EXHIBIT C - Page 1