ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Todd.Marshall@doj.state.or.us

Attorneys for State Defendants
Hormann, Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, | Case No.  6:20-cv-1163-MK (Lead Case)<br>          3:21-cv-1719-MK (Trailing Case)<br><br>NOTICE OF DEPOSITION OF SHAUN S. MCCREA |

Page 1 -   NOTICE OF DEPOSITION OF SHAUN S. MCCREA
     JBD/a4s/910171854

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Declaration of Janis C. Puracal
Exhibit 3, Page 1 of 5

| | |
|---|---|
| CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | |
| Defendants. | |
| VIDOCQ SOCIETY, | |
| Cross-Claimant. | |
| RICHARD WALTER, | |
| Cross-Claimant. | |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | |
| Plaintiff, | |
| v. | |
| OREGON STATE POLICE, | |
| Defendant. | |

TO: Plaintiffs, Nicholas McGuffin and S.M., by and through Janis C. Puracal, Maloney Lauersdorf & Reiner, PC, 1111 E. Burnside St., Ste. 300, Portland OR  97214

**PLEASE TAKE NOTICE:**

That on October 19-20, 2023, commencing at 9:00 a.m. at 975 Oak Street, Suite 200, Eugene OR  97402, Defendants Oregon State Police, Hormann, Krings, Riddle, and Wilcox (the "State Defendants"), by and through their attorney, Jesse B. Davis, will take the deposition of Shaun S. McCrea upon oral examination pursuant to Federal Rules of Civil Procedure.  The

/ / / /

/ / / /

/ / / /

/ / / /

Page 2 -   NOTICE OF DEPOSITION OF SHAUN S. MCCREA
JBD/a4s/910171854

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Declaration of Janis C. Puracal**
**Exhibit 3, Page 2 of 5**

deposition will be recorded by stenographic means.  The State Defendants reserve the right to record the deposition by video recording.  The oral examination will continue from day to day until completed.  You are invited to attend and participate in the examination if you wish.

DATED September 26, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Todd.Marshall@doj.state.or.us
Attorneys for State Defendants
Krings, Riddle, Wilcox and
Oregon State Police

Page 3 -   NOTICE OF DEPOSITION OF SHAUN S. MCCREA
JBD/a4s/910171854

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Declaration of Janis C. Puracal
Exhibit 3, Page 3 of 5**

## CERTIFICATE OF SERVICE

I certify that on September 26, 2023, I served the foregoing NOTICE OF DEPOSITION OF SHAUN S. MCCREA upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Andrew C. Lauersdorf**<br>**Janis C. Puracal**<br>Maloney Lauersdorf & Reiner, PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214<br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL:<br>caw@mlrlegalteam.com;<br>jcp@mlrlegalteam.com;<br>acl@mlrlegalteam.com<br>___ E-SERVE |
| **David B. Owens**<br>Loevy & Loevy<br>c/o Civil Rights & Justice Clinic<br>University of Washington Law School<br>William H. Gates Hall, Suite 265<br>PO Box 85110<br>Seattle, WA 98145-1110<br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL:<br>david@loevy.com<br>___ E-SERVE |
| **Robert E. Franz, Jr.**<br>**Sara R. Henderson**<br>Law Office of Robert E. Franz, Jr.<br>P.O. Box 62<br>Springfield, OR 97477<br>  *Of Attorneys for Defendants Dannels, Downing, Karcher, McInnes, McNeely, Oswald, Reaves, Sanborn, Schwenninger, Shapiro, Webley, Wetmore, Zanni, Zavala, City of Coquille, City of Coos Bay, and Coos County* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL:<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>___ E-SERVE |

Page 4 -    CERTIFICATE OF SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Declaration of Janis C. Puracal
Exhibit 3, Page 4 of 5**

| | |
|---|---|
| **Anthony Scisciani III**<br>**Kelsey L. Shewbert**<br>**Rachel Jones**<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland OR  97204<br>  *Of Attorneys for Defendant*<br>  *Vidocq Society* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL:<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>rjones@hwslawgroup.com<br>___ E-SERVE |
| **Meredith A. Sawyer**<br>HWS Law Group<br>1500 Fourth Avenue, Suite 2200<br>Seattle WA  98101<br>  *Of Attorneys for Defendant*<br>  *Vidocq Society* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL:<br>msawyer@hwslawgroup.com<br><br>___ E-SERVE |
| **Eric S. DeFreest**<br>**Laura E. Coffin**<br>Luvaas Cobb<br>777 High Street, Suite 300<br>Eugene OR  97401<br>  *Of Attorneys for Defendant*<br>  *Richard Walter* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL<br>edefreest@luvaascobb.com<br>KWorkman@luvaascobb.com<br>lcoffin@luvaascobb.com<br>___ E-SERVE |

*s/ Jesse B. Davis*
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:       jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:       Todd.Marshall@doj.state.or.us

  Of Attorneys for State Defendants
   Hormann, Krings, Riddle, Wilcox
   and Oregon State Police

Page 5 -    CERTIFICATE OF SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Declaration of Janis C. Puracal**
**Exhibit 3, Page 5 of 5**