15CV1030

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MALHEUR

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN,<br><br>Petitioner,<br><br>v.<br><br>MARK NOOTH, Superintendent,<br>Snake River Correctional Institution,<br><br>Defendant | Case No. 15CV1030<br><br>ORDER<br><br>**POST CONVICTION**<br><br>**ORS 20.140 - State fees deferred at filing** |

This matter having come before the court on defendant's Motion to Compel and the court being fully advised;

NOW, THEREFORE, IT IS ORDERED that defendant's motion is hereby

__X__ Granted, and Shaun McCrea is required to provide answers at her deposition scheduled for June 26, 2019, to questions relevant to the claims in petitioner's operative Petition for Post-Conviction Relief and production of relevant documents to the defendant. Shaun McCrea's testimony and documents protected by client confidentiality, attorney-client privilege, and/or work product protection shall be subject to the protective order previously entered in this case.

_____ Denied.

_____
Erin K. Landis, Circuit Court Judge
Signed: 6/7/2019 07:33 AM

Submitted by: Paul Reim
Assistant Attorney General
Attorneys for Defendant

Page 1 -   ORDER
PR/cia/9620495-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

**CERTIFICATE OF READINESS**

This proposed **ORDER** is ready for judicial signature because:

1. [ ] Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2. [x] Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

3. [ ] I have served a copy of this order or judgment on each party entitled to service and:

    a. [ ] No objection has been served on me.

    b. [ ] I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    c. [ ] After conferring about objections, [role and name of objecting party] agreed to independently file any remaining objection.

4. [ ] Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

5. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (5) of this rule.

6. [ ] Other:_____.

DATED this __5__ day of June, 2019.

                                          *s/ Paul Reim*
PAUL REIM #983300
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Paul.Reim@doj.state.or.us
Attorneys for Defendant

Page 1 -   CERTIFICATE OF READINESS
PR/rm6/9656491-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

Exhibit 5, Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on June __5__, 2019, I served the foregoing ORDER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ryan T. O'Connor<br>O'Connor Weber<br>1500 SW 1st Ave. Ste. 1090<br>Portland, OR  97201 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ SERVED BY E-FILING |
| Steven T. Wax<br>Janis C. Puracal<br>Forensic Justice Project<br>333 S.W. Taylor St., Suite 403<br>Portland, OR  97204 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ SERVED BY E-FILING |

    *s/ Paul Reim*
PAUL REIM #983300
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Paul.Reim@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
          PR/cia/6406164-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

Exhibit 5, Page 3 of 3