Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Laura E. Coffin, OSB No. 075825
lcoffin@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292
Facsimile: 541-343-1206

    *Attorneys for Richard Walter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**.<br><br>    Defendants. | **Case No.: 6:20-cv-01163-MK (Lead Case)**<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

NOTICE OF ATTORNEY WITHDRAWAL - 1

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor, | Case No.: 3:21-cv-01719-MK (Trailing Case) |
| Plaintiffs, | |
| v. | |
| **OREGON STATE POLICE**. | |
| Defendant. | |
| **VIDOCQ SOCIETY,** | |
| Cross-Claim Plaintiff, | |
| v. | |
| **MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**, | |
| Cross-Claim Defendants. | |
| **RICHARD WALTER,** | |
| Cross-Claim Plaintiff, | |
| v. | |
| **MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, VIDOCQ SOCIETY, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**, | |
| Cross-Claim Defendants. | |

**NOTICE OF ATTORNEY WITHDRAWAL - 2**

PLEASE TAKE NOTICE that Laura E. Coffin is ending her employment with Luvaas Cobb and withdraws her association of counsel for defendant/cross-claim plaintiff Richard Walter. Attorney Eric S. DeFreest of Luvaas Cobb continues as counsel for Richard Walter.

DATED this 18th day of October, 2023.

LUVAAS COBB

By:   /s/ Eric S. DeFreest
Eric S. DeFreest, OSB No. 820475
edefreest@luvaascobb.com
Laura E. Coffin, OSB No. 075825
lcoffin@luvaascobb.com
777 High Street, Suite 300
Eugene, OR 97401
Telephone: 541-484-9292
   Attorneys for Richard Walter

NOTICE OF ATTORNEY WITHDRAWAL - 3