Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
**CAMBRELENG MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899
*Attorney for Gabriella Cato*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor, | Case No.  6:20-CV-01163-MK |
| Plaintiffs, | |
| v. | |
| **MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMISINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY**, and **COOS COUNTY**, | **NOTICE OF ATTORNEY WITHDRAWAL OF REBECCA CAMBRELENG ON BEHALF OF NON-PARTY WITNESS GABRIELLA CATO** |
| Defendants. | |

PLEASE TAKE NOTICE that Rebecca Cambreleng, OSB No. 133209, hereby withdraws as attorney of record for non-party witness Gabriella Cato in this matter.

DATED this 2tnd day of November, 2023.

/s Rebecca Cambreleng
Rebecca Cambreleng, OSB No. 133209
Rebecca@workplacelawpdx.com
CAMBRELENG & MARTON LLC
3518 South Corbett Avenue
Portland, OR 97239
(503) 477-4899

# CERTIFICATE OF SERVICE

I certify that on the date listed below, I served the foregoing **NOTICE OF ATTORNEY WITHDRAWAL OF REBECCA CAMBRELENG ON BEHALF OF NON-PARTY WITNESS GABRIELLA CATO** upon the following attorneys and designated recipients for plaintiffs and defendants listed below via electronic means through the Court's Case Management/Electronic Case File system:

Andrew Lauersdorf, OSB No. 980739
acl@mlrlegalteam.com
Janis C. Puracal, OSB No. 132288
jcp@mlrlegalteam.com
Maloney Lauersdorf & Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214
*Attorneys for Plaintiff*

David B. Owens, WSBA No. 53856, *pro hac vice*
david@loevy.com
Loevy & Loevy
100 S. King Street, Suite 100
Seattle, Washington 98104-2885
*Of Attorneys for Plaintiff*

Jesse B. Davis, OSB No. 052290
Jesse.b.davis@doj.state.or.us
Todd Marshall, OSB No. 112685
Todd.marshall@doj.state.or.us
Oregon Department of Justice
100 SW Market Street
Portland, Oregon 97201
*Attorneys for Defendants Oregon State Police,*
*John Riddle, Susan Hormann, Mary Krings,*
*Kathy Wilcox*

Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Luvaas Cobb
777 High Street, Suite 300
Eugene, Oregon 97401
*Attorney for Defendant Richard Walter*

Robert E. Franz, Jr., OSB No. 730915
rfranz@franzlaw.comcastbiz.net
Sarah R. Henderson, OSB No. 153474
shenderson@franzlaw.comcastbiz.net
Law Office of Robert E. Franz, Jr.
PO Box 62
Springfield, Oregon 97477
*Attorneys for Defendants City of Coquille,*
*City of Coos Bay, Coos County, Craig Zanni,*
*Chris Webley, Eric Schwenninger, Sean*
*Sanborn, Ray McNeely, Kris Karcher, Pat*
*Downing, Mark Dannels, Kip Oswald,*
*Michael Reaves, David Zavala, Anthony*
*Wetmore, Shelly McInnes*

Anthony R. Scisciani III, OSB No. 070013
ascisciani@hwslawgroup.com
Kelsey L. Shewbert, OSB No. 221063
kshewbert@hwslawgroup.com
Meredith A. Sawyer, OSB No.
msawyer@hwslawgroup.com
HWS Law Group
101 SW Main Street, Suite 1605
Portland, Oregon 97204
*Attorneys for Defendant Vidocq Society*

DATED November 2, 2023.

CAMBRELENG & MARTON LLC


By: *s/ Maxwell Joyner*
Max Joyner, Paralegal