Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY
100 S. King Street, Ste. 100
Seattle, WA  98104-2885
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>                    Plaintiffs,<br><br>         v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>                    Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br><br>JOINT MOTION TO EXTEND DEADLINE FOR NON-EXPERT DEPOSITIONS AND EXPERT DISCLOSURES |

Page 1– JOINT MOTION TO EXTEND DEADLINE FOR NON-EXPERT DEPOSITIONS
        AND EXPERT DISCLOSURES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

                Cross-Claimant,

     v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

                Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

                Plaintiffs,

     v.

OREGON STATE POLICE,

                Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

## I.  RELIEF REQUESTED

Pursuant to Local Rule 16-3(a), Plaintiffs and Defendants jointly request the Court extend

the deadlines for non-expert witness depositions and for expert disclosures.  Because extending

these deadlines will impact the remainder of the Court's current scheduling order, the parties

jointly request the Court adjust the schedule accordingly.  The parties have been working

diligently to comply with all deadlines, and the request is not for the purpose of delay.

///

///

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## II.  POINTS AND AUTHORITIES

### A.    Joint Request to Extend the Deposition Deadline

During the Rule 16 conference on May 10, 2023, the Court ordered the parties to complete all non-expert witness depositions by October 31, 2023.  The parties submitted a schedule of depositions on June 1, 2023.[1]

Since then, the parties have completed 13 of the depositions on the schedule.   The parties also filed cross-motions to compel and motions for protective order,[2] the outcome of which may affect the scope of certain non-expert witness depositions.  The parties were unable to complete other depositions due to scheduling conflicts of counsel or the witnesses.

The parties propose to extend the deposition schedule to allow for rulings on the discovery motions and to accommodate the schedules of counsel and the witnesses as follows:

| Deposition Date | Witness Identity | Noted By Lead Counsel | Location | Video? |
|---|---|---|---|---|
| December 4, 2023 at 9:00 a.m. | Shaun McCrea | State Defendants | Eugene | No |
| December 5, 2023 at 9:00 a.m. | Shaun McCrea, continued | State Defendants | Eugene | No |
| December 11, 2023 at 9:00 a.m. | Aleksandra Djeric | Municipal Defendants | Portland | Yes |
| December 11, 2023 at 1:00 p.m. | Bobby Wallace | Municipal Defendants | Portland | Yes |
| December 11, 2023 3:00 p.m. | Kim Holderfield | Plaintiffs | Video Conferencing | No |
| December 12, 2023 at 9:00 a.m. | Rule 30(b)(6) – Oregon State Police (Defendant) (continuation deposition pursuant to Court order dated | Plaintiffs | Video Conferencing | No |

---

[1] Joint Status Report Regarding Deposition Schedule for Non-Expert Witnesses [Dkt. No. 169].
[2] *See* Plaintiffs' Motion to Compel Documents from Vidocq Society [Dkt. No. 190]; Vidocq's Motion for Protective Order [Dkt. No. 192].

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| Deposition Date | Witness Identity | Noted By Lead Counsel | Location | Video? |
|---|---|---|---|---|
| | September 7, 2023 [Dkt. No. 187]) | | | |
| December 12, 2023 at 2:00 p.m. | Lisa Bartholomew | Municipal Defendants | Portland | Yes |
| December 13, 2023 at 9:00am | Georgia Bartholomew | Municipal Defendants | Portland | Yes |
| December 13, 2023 at 1:00 PM | Johanna Miller | Municipal Defendants | Portland | |
| December 19, 2023 at 9:00 a.m. | Rule 30(b)(6) – City of Coquille (Defendant) | Plaintiffs | Video Conferencing | No |
| December 20, 2023 at 9:00 a.m. | Rule 30(b)(6) – Coos County (Defendant) | Plaintiffs | Video Conferencing | No |
| December 21, 2023 at 9:00 a.m. | Rule 30(b)(6) – City of Coos Bay (Defendant) | Plaintiffs | Video Conferencing | No |
| TBD | Rule 30(b)(6) – Vidocq Society (Defendant) | Plaintiffs | Video Conferencing | No |

Counsel for the parties agree that with respect to each of the witnesses identified above, their depositions will be noted to require in-person attendance at the location specified, unless that witness's deposition is designated to be conducted by video conferencing, in which case their respective depositions will be noted accordingly. Regardless of how each witness is required to appear, all depositions will have a Zoom video conference option to be paid for by the party or parties requesting the option.

///

///

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**B.**    **Joint Request to Extend Expert Disclosure Deadlines**

During the Rule 16 conference on May 10, 2023, the Court ordered the parties to exchange expert disclosures on December 15, 2023, and rebuttal disclosures on January 15, 2024.[3]    The parties intend to complete all non-expert witness depositions before finalizing expert reports.    The parties, therefore, jointly request the Court extend the deadline for expert witness disclosures from December 15, 2023, to January 15, 2023, to accommodate the proposed deposition schedule above.

Extending the deadline for expert disclosures will impact the remainder of the Court's scheduling order as follows:

| Description | Current Deadline Pursuant to May 10 Order [Dkt. No. 164] | Proposed Extended Deadline |
|---|---|---|
| Rebuttal expert disclosures | January 15, 2024 | February 15, 2024 |
| Discovery motion deadline | January 30, 2024 | February 29, 2024 |
| Discovery deadline, including expert discovery deadline | February 29, 2024 | March 29, 2024 |
| Dispositive motions deadline | April 17, 2024 | May 17, 2024 |

///

///

///

///

///

///

///

///

///

---

[3] Minute Order [Dkt. No. 164].

Page 5– JOINT MOTION TO EXTEND DEADLINE FOR NON-EXPERT DEPOSITIONS AND EXPERT DISCLOSURES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

### III.  CONCLUSION

The parties jointly request the Court extend the deadlines for non-expert witness depositions and expert witness disclosures.  Because extending those deadlines will impact the remainder of the scheduling order, the parties jointly request a new scheduling order with the following deadlines:

| *Description* | *Current Deadline Pursuant to May 10 Order [Dkt. No. 164]* | *Proposed Extended Deadline* |
|---|---|---|
| Non-expert witness depositions (except Rule 30(b)(6) deposition of Defendant Vidocq Society) | October 31, 2023 | December 31, 2023 |
| Expert witness disclosures | December 15, 2023 | January 15, 2024 |
| Rebuttal expert disclosures | January 15, 2024 | February 15, 2024 |
| Discovery motion deadline | January 30, 2024 | February 29, 2024 |
| Discovery deadline, including expert discovery deadline | February 29, 2024 | March 29, 2024 |
| Dispositive motions deadline | April 17, 2024 | May 17, 2024 |

///

///

///

///

///

///

///

///

///

///

///

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DATED:  November 16, 2023

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By /s/Janis C. Puracal<br>    Janis C. Puracal, OSB #132288<br>    E-Mail:  jcp@mlrlegalteam.com<br>    Andrew C. Lauersdorf, OSB #980739<br>    E-Mail:  acl@mlrlegalteam.com<br><br>Attorneys for Plaintiffs | By /s/David B. Owens<br>    David B. Owens, *pro hac vice*<br>    E-Mail:  david@loevy.com<br><br>Attorneys for Plaintiffs |
| LAW OFFICE OF ROBERT FRANZ JR.<br><br>By /s/Robert Franz Jr.<br>    Robert E. Franz Jr., OSB #730915<br>    E-Mail:  rfranz@franzlaw.comcastbiz.net<br>    Sarah R. Henderson, OSB #153474<br>    E-Mail:<br>    shenderson@franzlaw.comcastbiz.net<br><br>Attorneys for Defendants Mark Dannels, Pat Downing, Estate of Dave Hall, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County | OREGON DEPARTMENT OF JUSTICE<br><br>By /s/Jesse B. Davis<br>    Jesse B. Davis, OSB #052290<br>    E-Mail:  jesse.b.davis@state.or.us<br>    Todd Marshall, OSB #112685<br>    E-Mail:  todd.marshall@doj.state.or.us<br><br>Attorneys for Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and Oregon State Police |
| HWS LAW GROUP<br><br>By /s/Meredith A. Sawyer<br>    Anthony R. Scisciani III, OSB #070013<br>    E-Mail:  ascisciani@hwslawgroup.com<br>    Kelsey L. Shewbert, OSB #221063<br>    E-Mail:  kshewbert@hwslawgroup.com<br>    Rachel C. Jones, OSB #231399<br>    E-Mail:  rjones@hwslawgroup.com<br>    Meredith A. Sawyer, *pro hac vice*<br>    E-Mail:  msawyer@hwslawgroup.com<br><br>Attorneys for Defendant Vidocq Society | LUVAAS COBB<br><br>By /s/Eric S. DeFreest<br>    Eric S. DeFreest, OSB #920475<br>    E-Mail:  edefreest@luvaascobb.com<br><br><br>Attorneys for Defendant Richard Walter |

Page 7– JOINT MOTION TO EXTEND DEADLINE FOR NON-EXPERT DEPOSITIONS
    AND EXPERT DISCLOSURES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, the foregoing JOINT MOTION TO EXTEND DEADLINES FOR NON-EXPERT DEPOSITIONS AND EXPERT DISCLOSURES was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>    *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br>    *Attorneys for Defendant Richard Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC


By   /s/Janis C. Puracal
     Janis C. Puracal, OSB #132288
     E-Mail:  jcp@mlrlegalteam.com
Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417