Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>　　　　　　Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br>JOINT STATUS REPORT FROM PLAINTIFFS AND DEFENDANT VIDOCQ SOCIETY PURSUANT TO DOCKET NO. 216 |

Page 1– JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANT VIDOCQ
　　　SOCIETY PURSUANT TO DOCKET NUMBER 216



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

               Cross-Claimant,

    v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

               Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

               Plaintiffs,

    v.

OREGON STATE POLICE,

               Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

On September 15, 2023, Plaintiffs moved the Court for an order to compel certain

documents and deposition testimony from Defendant Vidocq Society,[1] and Vidocq moved the

Court for a protective order concerning the same material.[2]  Both parties filed responses on

September 25, 2023.[3]

///

---

[1] Dkt. No. 190.
[2] Dkt. No. 192.
[3] Dkt. Nos. 202 and 203.

Page 2– JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANT VIDOCQ
    SOCIETY PURSUANT TO DOCKET NUMBER 216



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

The Court scheduled oral argument on the cross-motions for October 18, 2023.[4]  Prior to the hearing on October 18, the parties requested the Court hold the matter in abeyance to allow further efforts to resolve the dispute between Plaintiffs and Vidocq.  The Court ordered the cross-motions held in abeyance pending an update from the parties.[5]  The Court further ordered the parties to file a joint status report regarding the cross-motions within 30 days of the Court's order.[6]  Plaintiffs and Vidocq submit this joint status report pursuant to the Court's order.

Plaintiffs and Vidocq have been unable to resolve the dispute between them.  Plaintiffs and Vidocq, therefore, request the Court schedule oral argument on Plaintiffs' motion to compel[7] and Vidocq's motion for protective order.[8]  Plaintiffs and Vidocq request the Court decide the issues raised in the cross-motions.  Plaintiffs and Vidocq further request the Court address the scheduling of the Rule 30(b)(6) deposition of Vidocq.

DATED:  November 16, 2023

| MALONEY LAUERSDORF REINER PC | HWS LAW GROUP |
|---|---|
| By /s/Janis C. Puracal<br>    Janis C. Puracal, OSB #132288<br>    E-Mail:  jcp@mlrlegalteam.com<br>    Andrew C. Lauersdorf, OSB #980739<br>    E-Mail:  acl@mlrlegalteam.com<br><br><br>Attorneys for Plaintiffs | By /s/Meredith A. Sawyer<br>    Anthony R. Scisciani III, OSB #070013<br>    E-Mail:  ascisciani@hwslawgroup.com<br>    Kelsey L. Shewbert, OSB #221063<br>    E-Mail:  kshewbert@hwslawgroup.com<br>    Rachel C. Jones, OSB #231399<br>    E-Mail:  rjones@hwslawgroup.com<br>    Meredith A. Sawyer, *pro hac vice*<br>    E-Mail:  msawyer@hwslawgroup.com<br><br>Attorneys for Defendant Vidocq Society |

---

[4] Dkt. No. 204.
[5] Dkt. Nos. 213 and 216.
[6] Dkt. No. 216.
[7] Dkt. No. 190.
[8] Dkt. No. 192.

Page 3– JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANT VIDOCQ
    SOCIETY PURSUANT TO DOCKET NUMBER 216



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, the foregoing JOINT STATUS REPORT PURSUANT TO DOCKET NUMBER 216 was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br>*Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br>*Attorneys for Defendant Richard Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC


By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com
Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417