Anthony R. Scisciani III, OSB No. 070013
Meredith A. Sawyer, *pro hac vice*
Rachel C. Jones, OSB No. 231399
Kelsey L. Shewbert, OSB No. 221063
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
msawyer@hwslawgroup.com
rjones@hwslawgroup.com
kshewbert@hwslawgroup.com
*Attorney for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, <br><br> Defendants. | NO. 6:20-CV-01163-MK <br><br> NOTICE OF UNAVAILABILITY |

NOTICE OF UNAVAILABILITY
(CASE NO. 6:20-CV-01163-MK) – Page 1

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

PLEASE TAKE NOTICE that Meredith A. Sawyer and Anthony R. Scisciani, HWS LAW GROUP, counsel for Defendant Vidocq Society, will be out of the office and unavailable to respond to any matters in this litigation during the following dates:

December 22, 2023-December 29, 2023

Defendant Vidocq requests that no formal action, including hearings, depositions, or other matters that require counsel's attention, participation, or response be scheduled during this period.

DATED this 18th day of December, 2023.

        HWS LAW GROUP

        BY */s/ Anthony R. Scisciani*
        BY */s/ Meredith A. Sawyer*
        Anthony R. Scisciani III, OSB No. 070013
        ascisciani@hwslawgroup.com
        Meredith A. Sawyer, *pro hac vice*
        msawyer@hwslawgroup.com
        Attorneys for Defendant Vidocq Society

NOTICE OF UNAVAILABILITY
(CASE NO. 6:20-CV-01163-MK) – Page 2

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of HWS Law Group.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiffs**<br>Janis C. Puracal<br>Andrew C. Lauersdorf<br>Maloney Lauersdorf Reiner PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☐ Via Court E-Service, if applicable<br>jcp@mlrlegalteam.com<br>acl@mlrleaglteam.com |
| **CO / Plaintiffs**<br>David B. Owens, *Pro Hac Vice*<br>Loevy & Loevy<br>100 S. King Street, Suite 100<br>Seattle, WA 98104-2885 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☐ Via Court E-Service, if applicable<br>david@loevy.com |
| **CO / Defendants City of Coquille, City of Coos Bay, Coos County, Craig Zanni, Chris Webley, Eric Schwenninger, Sean Sanborn, Ray McNeely, Kris Karcher, Pat Downing, Mark Dannels, Kip Oswald, Michael Reaves, David Zavala, Anthony Wetmore and Shelly McInnes**<br>Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☐ Via Court E-Service, if applicable<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net |
| **CO / Defendants John Riddle, Susan Hormann, Mary Krings and Kathy Wilcox**<br>Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201 | ☐ Via U.S. Mail<br>☐ Via E-Mail<br>☐ Via Overnight Mail<br>☐ Via Court E-Service, if applicable<br>Todd.marshall@doj.state.or.us<br>Jesse.b.davis@doj.state.or.us |

DATED this 18th day of December, 2023.

/s/ Paxton R. Moon
Paxton R. Moon, Legal Assistant

NOTICE OF UNAVAILABILITY
(CASE NO. 6:20-CV-01163-MK) – Page 3

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248