IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


NICHOLAS JAMES MCGUFFIN, as )
an individual and as
guardian ad litem, on        )
behalf of S.M., a minor,
                             )  Case No.

        Plaintiffs,          )  6:20-CV-01163-MK

    vs.                      )

MARK DANNELS, PAT DOWNING,   )
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY         )
MCINNES, RAYMOND MCNEELY,
KIP OSWALD, MICHAEL REAVES,  )
JOHN RIDDLE, SEAN SANBORN,
ERIC SCHWENNINGER,           )
RICHARD WALTER, CHRIS
WEBLEY, ANTHONY WETMORE,     )
KATHY WILCOX, CRAIG ZANNI,
DAVID ZAVALA, JOEL D.        )
SHAPIRO AS ADMINISTRATOR OF
THE ESTATE OF DAVID E.       )
HALL, VIDOCQ SOCIETY, CITY
OF COQUILLE, CITY OF         )
COOS BAY, and COOS COUNTY,
                             )

        Defendants.          )


DEPOSITION OF JOHN J. LINDEGREN

January 4, 2023

Wednesday

10:38 a.m.

Exhibit 154 Page 1 of 6 to
State Defendants' Motion for Summary Judgment

MR. LAUERSDORF:  So let me meet with my co-counsel here for a second and --

THE WITNESS:  Do you want me to leave?

MR. LAUERSDORF:  No.  No.  That's okay.  But if you want to go out and get some fresh air, you're welcome to.

THE WITNESS:  No need to.

MR. LAUERSDORF:  We'll go off the record for a minute.

(Recess:  3:02 p.m. to 3:04 p.m.)

MR. LAUERSDORF:  Mr. Lindegren, I've gone over my notes, and I don't have anything to ask you right now.

THE WITNESS:  How about you, Ma'am, do you have anything?

MS. PURACAL:  I do not, Mr. Lindegren, but thank you for asking.

MR. LAUERSDORF:  Okay.  So folks on the phone, if you have questions now is the time.


EXAMINATION

BY MR. FRANZ:

    Q.    So when you testified at the jury trial, the criminal jury trial, did you testify truthfully?

Exhibit 154 Page 2 of 6 to
State Defendants' Motion for Summary Judgment

220

A.    I believe so.

Q.    And when you testified at the grand jury, did you testify truthfully?

A.    I believe so.  I can't remember much of it until I read it.

Q.    Yeah.  You don't remember much, but you're not -- let me do it this way.  Do you still have the transcript in front of you of the grand jury?

A.    I don't.  I got it now, sir.

Q.    Okay.  Go to page 90.

A.    Okay.

Q.    And do you see line 10?

A.    Yeah.  I see line 10 and 11.

Q.    So do you see on line 9 where it says, "And I saw them"?

A.    (Reading):  "And I saw them to my
       left.  They were probably, I don't
       know, 6 feet from me, maybe 8 feet
       from me."

Q.    Okay.  Why did you tell the grand jury that?

A.    I have no idea.  I believed it was more like 15 to 20 feet.

Q.    Then why did you tell the grand jury

Exhibit 154 Page 3 of 6 to
State Defendants' Motion for Summary Judgment

John J. Lindegren

223

farther up the driveway to the right there before you get to the cones.  That's all I can tell you, sir.  That's what I remember.

Q.    Were the people 4 to 6 feet from you?

A.    No.  They were between the windows and the end of the house, up that driveway.

Q.    Would your memory be better in 2010 or today?

MR. LAUERSDORF:  Objection.

A.    I couldn't answer that question.

BY MR. FRANZ:

Q.    Now, so if I wanted to come and see you, where do you physically reside?  How does somebody get to your house?

A.    Well, they need to contact me and I'll meet you in town.  You need to contact me by my name, general delivery, Myrtle Point, Oregon.

Q.    Do you have a phone number?

A.    Yes, sir, I do.

Q.    Do you mind giving that to me?

A.    (541)260-0021.

Q.    Did you talk to the attorneys last night?

A.    I did.

Q.    What attorneys did you talk to?

Exhibit 154 Page 4 of 6 to
State Defendants' Motion for Summary Judgment

A.    The gentleman that is in here with me now.

Q.    So Andrew.  We'll just use the first name to make it easy.  Was anybody else with Andrew?

A.    No.  He was alone.

Q.    And where did you meet with him?

A.    The restaurant called the Kozy Kitchen in Myrtle Point, Oregon.

Q.    Is that the one on the right-hand side if you're heading for Coquille?

A.    Yeah.

Q.    And did you have anything to eat or drink with him?

A.    Yes, I did.

Q.    What did you have?

A.    I had a cheeseburger and a cup of coffee.

Q.    Did he pay for it?

A.    Yes, he did.

Q.    Then you should have gotten two cheeseburgers.

A.    Well, I was thinking about that, but I didn't know how hard I could push him.

Q.    Okay.  Tell us what you talked about

Exhibit 154 Page 5 of 6 to
State Defendants' Motion for Summary Judgment

State of Oregon      )
                     ) ss.
County of Douglas    )


I, Denise C. Zito Smith, CSR, a Certified Shorthand Reporter for the State of Oregon, hereby certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported by stenotype all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 236 pages contains a full, true, and correct transcript of said proceedings reported by me to the best of my ability on said date.

If any of the parties or the witness requested review of the transcript at the time of the proceedings, such correction pages are included.

IN WITNESS WHEREOF, I have set my hand this 18th day of January 2023, in the City of Canyonville, County of Douglas, State of Oregon.


_____
Denise C. Zito Smith
Oregon CSR No. 01-0375
Expires 9/30/2024

Exhibit 154 Page 6 of 6 to
State Defendants' Motion for Summary Judgment