# *QUALITY MANUAL*

## OREGON STATE POLICE
## FORENSIC SERVICES DIVISION
## DNA UNIT



**Technical Leader:**_____

Exhibit 155 Page 1 of 26 to
State Defendants' Motion for Summary Judgment

OSP005910



# Quality Manual
# Oregon State Police DNA Unit

## TABLE OF CONTENTS

Section 1: Goals and Objectives……………………………………………………………3

Section 2: Organization and Management…………………………………………………4

Section 3: Personnel…………………………………………………………………………6

Section 4: Facilities………………………………………………………………………… 9

Section 5: Evidence Control………………………………………………………………11

Section 6: Validation…………………………………………………………………………12

Section 7: Analytical Procedures…………………………………………………………14

Section 8: Equipment Calibration and Maintenance……………………………………16

Section 9: Reports…………………………………………………………………………17

Section 10: CODIS Procedures……………………………………………………………18

Section11: Review……………………………………………………………………………19

Section 12: Proficiency Testing…………………………………………………………...20

Section 13: Corrective Action……………………………………………………………...22

Section 14: Audits……………………………………………………………………………23

Section 15: Safety…………………………………………………………………………...24

Section  16:  Subcontracting  DNA  Testing………………………………………………25

Adopted August 25, 2000
Archived October 12, 2000

Exhibit 155 Page 2 of 26 to
State Defendants' Motion for Summary Judgment

OSP005911



# Quality Manual
# Oregon State Police DNA Unit

## Section 1: Goals and Objectives

1.1     The goals of the DNA Quality Assurance Program are to

    1.1.1   Provide to our user agencies and the courts high quality scientific analysis of biological evidence using well-validated and up-to-date forensic DNA testing methods.

    1.1.2   Maintain Oregon's Convicted Offender DNA Index through accurate and timely DNA profiling of convicted offender samples

    1.1.3   Ensure the quality, accuracy, and reliability of the DNA typing results through the implementation of quality assurance measures including the adherence to Quality Assurance Standards for Forensic DNA Testing Laboratories and Quality Assurance Standards for Convicted Offender DNA Databasing Laboratories (US Department of Justice, Federal Bureau of Investigation).

1.2     The objectives of the DNA Quality Assurance Program are to

    1.2.1   Ensure that the roles, responsibilities, and authority of management and staff are clearly defined.

    1.2.2   Ensure that laboratory personnel have the requisite education, training, and experience to perform their job duties.

    1.2.3   Ensure that the facilities are designed so as to maintain the security and integrity of the evidence.

    1.2.4   Ensure that proper evidence handling procedures are observed.

    1.2.5   Establish validated and documented analytical procedures.

    1.2.6   Monitor the quality of analytical reagents.

    1.2.7   Verify that equipment is properly maintained and calibrated.

    1.2.8   Ascertain that appropriate procedures are followed in taking and maintaining case notes and in generating written reports.

    1.2.9   Ensure the validity and reliability of the laboratory's DNA testing through review of case documentation and the monitoring of analyst testimony.

    1.2.10  Evaluate laboratory performance through proficiency testing and audits.

    1.2.11  Ensure that appropriate corrective action is promptly taken in the event of any problem or deficiency.

Adopted August 25, 2000
Archived October 12, 2000

Exhibit 155 Page 3 of 26 to
State Defendants' Motion for Summary Judgment
OSP005912



# Quality Manual
# Oregon State Police DNA Unit

## Section 2: Organization and Management

### 2.1    Organization

An organizational chart illustrating the DNA Unit and its relationship to the rest of the Forensic Services Division, showing lines of authority, is shown on the following page.

### 2.2    Role, Responsibility, and Authority

2.2.1    Division Director: Sets policy and direction for the Division; oversees and has authority over Division operations

2.2.2    Operations Manager: Oversees and is responsible for the operations of all eight laboratories in the Division; as part of Division Management, assists in setting Division direction; makes recommendation to Division Director regarding laboratory operations

2.2.3    Quality Assurance Manager: Oversees and is responsible for Quality Assurance Program; oversees technical leaders in each discipline; as part of Division Management, assists in setting Division direction; makes recommendations to the Division Director regarding quality assurance

2.2.4    Laboratory Director  Oversees and is responsible for the operation of the Portland Laboratory; provides input to Division Management regarding administrative, operational, and quality issues

2.2.5    Forensic Supervisor  Oversees and is responsible for the day-to-day activities of Forensic Biology, which includes the DNA Unit; provides input to Laboratory Director regarding administrative, operational, and quality issues

2.2.6    Technical Leader: Accountable for the technical operations of the DNA Unit; oversees and is responsible for quality assurance within the DNA Unit: provides input to Forensic Supervisor, Laboratory Director, and Quality Assurance Manager regarding technical and quality issues

2.2.7    CODIS Administrator: Is responsible for the administration and security of the CODIS System; provides input to the Technical Leader, Forensic Supervisor, and Laboratory Director regarding CODIS operations

2.2.8    DNA Analyst: Conducts analysis of DNA samples, interprets data, and reaches conclusions

2.2.9    Laboratory Technician: Supports the day-to-day operations of the DNA Unit; may perform DNA analysis  on known samples for quality control purposes

Adopted August 25, 2000                                                                    4
Archived October 12, 2000

Exhibit 155 Page 4 of 26 to
State Defendants' Motion for Summary Judgment

OSP005913



# Quality Manual
# Oregon State Police DNA Unit

## Organizational Chart

**FORENSIC SERVICES DIVISION**
**PORTLAND LABORATORY DNA UNIT**

| Captain Thomas M. Dixson |
| Division Director |

| David Schmierbach |
| Quality Assurance Manager |

| Paul Turner |
| Operations Manager |

| Lt. Elizabeth Carpenter |
| Portland Laboratory Director |

| Cecilia H. von Beroldingen |
| DNA Technical Leader |

| Brian E. Ostrom |
| Forensic Supervisor |

| Daniel Petersen | Dona J. Scarpone |
| CODIS Administrator | DNA Analyst |
| | |
| Christina Stivers | Susan T. Hormann |
| DNA Analyst | DNA Analyst |
| | |
| Terry M. Coons | Phil Kinsey |
| DNA Analyst | DNA Analyst |
| | |
| Mary Krings | Michael Koch |
| DNA Analyst | DNA Technician |
| | |
| Vacant Position | Vacant Position |

Adopted August 25, 2000
Archived October 12, 2000

5

Exhibit 155 Page 5 of 26 to
State Defendants' Motion for Summary Judgment
OSP005914



# Quality Manual
# Oregon State Police DNA Unit

## Section 3: Personnel

3.1    There will be written position descriptions for each individual in the DNA Unit detailing the requirements and duties of the position.  Position descriptions will be updated yearly.

3.2    Each DNA analyst will be trained according to a documented training program that meet Division requirements (see Chapter 5 of the Forensic Services Division Operations Manual) as well as the specific requirements of the DNA discipline.  Before being qualified to perform forensic casework, each analyst must successfully complete a practical competency test as well as a written examination.  Database analysts must successfully complete a practical competency test.  As soon as practicable, the analyst must be administered an external proficiency test.

3.2.1    The competency test must be representative of samples the analyst will encounter in casework, e.g. a vaginal swab, bloodstains, buccal swabs.  Database analysts will receive liquid blood and/or buccal swab DNA samples in a competency test.

3.2.2    The written examination should contain material designed to test the analyst's grasp of the theory and practice of forensic DNA typing.

3.3.    Personnel in the DNA Unit must maintain their knowledge of the field through continuing education.

3.3.1    Relevant scientific literature must be available to the technical personnel.

3.3.2    Technical personnel must attend seminars, courses, professional meetings, workshops, or other pertinent training at a minimum of once yearly.

3.3.3    The Forensic Services Division Quality Assurance Manager will maintain records on the qualifications, training, and experience of personnel in the DNA Unit.

3.4    The Technical Leader shall have the following:

3.4.1    Education: The technical leader shall have a minimum of a Master's Degree in biology, chemistry, or a forensic science-related area, and have successfully completed a minimum of 12 semester (or equivalent) credit hours of a combination of undergraduate and graduate level course work covering the subject areas of biochemistry, genetics, and molecular biology or other subjects which provide a basic understanding of the foundation of forensic DNA analysis.  Undergraduate or graduate level course work in statistics and/or population genetics is also required.

3.4.2    Experience: The technical leader must have a minimum of three years of forensic DNA laboratory experience to include a minimum of two years of forensic casework experience.

3.4.3    Job Duties

General: The technical leader is accountable for the technical operations of the DNA Unit.

Adopted August 25, 2000
Archived October 12, 2000

6

Exhibit 155 Page 6 of 26 to
State Defendants' Motion for Summary Judgment
OSP005915



# Quality Manual
# Oregon State Police DNA Unit

Specific Duties:

a.    Is responsible for evaluating all methods used in the DNA Unit.

b.    Proposes new or modified analytical procedures and oversees their validation and implementation.

c.    Is responsible for technical problem solving.

d.    Oversees training, proficiency testing, quality assurance, and safety for the DNA Unit.

e.    Has the authority to terminate DNA testing in the event of a technical problem until the reliability of the typing system can be assured.

3.5    The CODIS Administrator shall have the following:

3.5.1    Education: The CODIS administrator shall have a minimum of a Bachelor's Degree in biology, chemistry, or a forensic science-related area and must have successfully completed college coursework covering the subject areas of biochemistry, genetics, and molecular biology as well as coursework/training in statistics and population genetics as it applies to forensic DNA testing.

3.5.2    Experience: The CODIS administrator shall have a working knowledge of computers, computer networks, and computer database management, with an understanding of DNA profile interpretation.

3.5.3    Job Duties:

a.    Is the system administrator for CODIS and is responsible for the security of DNA profile data stored in CODIS.

b.    Is responsible for oversight of CODIS computer training.

c.    Monitors the quality of the data.

d.    Has the authority to terminate the laboratory's participation in CODIS in the event of a problem until the reliability of the computer data can be assured.

3.6    DNA analysts shall have:

3.6.1    Education: DNA analysts must have a minimum a Bachelor's Degree in biology, chemistry, or a forensic science-related area and must have successfully completed college course work covering the subject areas of biochemistry, genetics, and molecular biology as well as coursework and/or training in statistics and population genetics as applied to forensic DNA analysis.

3.6.2    Experience: A DNA analyst shall have a minimum of six months forensic DNA laboratory experience including the successful analysis of a range of samples typically encountered in forensic DNA case work.

Adopted August 25, 2000
Archived October 12, 2000

7

Exhibit 155 Page 7 of 26 to
State Defendants' Motion for Summary Judgment

OSP005916



# Quality Manual
# Oregon State Police DNA Unit

      3.6.3    Successfully completed a qualifying test before performing DNA analysis on forensic casework or convicted offender samples.

3.7    Technicians shall have on the job training specific to their job duties.



Adopted August 25, 2000
Archived October 12, 2000

8

OSP005917



# Quality Manual
# Oregon State Police DNA Unit

## Section 4: Facilities

4.1    The Portland Laboratory and its DNA Unit will maintain adequate security as described in Chapter 6 of the Forensic Services Division Operations Manual.

4.2    The DNA Unit will have physically separate areas for the following:

4.2.1    Evidence Examination Areas

a.    Large items of evidence will be screened in the designated screening areas, e.g. the Primary Examiner Section or the screening room adjacent to the DNA Unit office area.  Small items of evidence (e.g. panties crotch) may be screen at the analysts work area provided the examination is separate in time from DNA extraction.

b.    Examination of evidence collected from suspect(s) and victim(s) will be separated in time and/or space.

4.2.2    DNA Extraction Room

a.    Each DNA analyst will have an individual extraction area with its own supply of extraction reagents.

b.    A dedicated set of pipettors with plugged pipet tips will be used.

c.    Evidentiary samples will be extracted at a different time from reference standards.

d.    Utensils will be cleaned thoroughly between samples.  Gloves should be changed as frequently as necessary to prevent contamination.

e.    A dedicated (white) lab coat will be worn.

4.2.3    PCR Set-Up Area

a.    Amplification reactions will be set up in the laminar flow hood.

c.    Dedicated equipment will be used.

c.    Amplification reactions with DNA from evidentiary samples will be set up at a different time from those containing reference standards.

4.2.4    PCR Product Analysis Rooms

a.    Amplification and post-amplification processing of PCR products will take place in the two furthest PCR product analysis rooms.  The first room will house STR analysis computers and will also serve as a vestibule in which analysts change into dedicated (blue) lab coats.

b.    Dedicated equipment will be used in the PCR product analysis rooms.

Adopted August 25, 2000                                                                              9
Archived October 12, 2000

Exhibit 155 Page 9 of 26 to
State Defendants' Motion for Summary Judgment
OSP005918



# Quality Manual
# Oregon State Police DNA Unit

d.    Disposable gloves must be worn when handling PCR product but NOT when using the CE computers.

e.    Once a case has been reviewed and a report issued, PCR product associated with that case should be destroyed to minimize contamination.

4.3    Procedures for cleaning and decontaminating facilities and equipment are as follows:

Extraction Room

a.    DNA analysts should clean work areas with 10% bleach and change labmat paper regularly.

b.    Instruments used for cutting and handling samples should be decontaminated with 10% bleach and rinsed with 70% EtOH between samples.

c.    Countertops, cabinet doors, and common equipment are cleaned with 10% bleach monthly.

PCR Set-up Area

a.    The interior of the laminar flow hood should be cleaned with 70% EtOH after each use.

b.    Keep interior uncluttered to maximize flow efficiency.

PCR Product Analysis Rooms

a.    Countertops, cabinet doors, and external equipment surfaces are cleaned with 10% bleach weekly.

b.    Labmat is changed weekly.

c.    Should PCR product contaminate a surface, the surface should be cleaned and/or the labmat changed immediately.

Adopted August 25, 2000
Archived October 12, 2000

10

OSP005919



# Quality Manual
# Oregon State Police DNA Unit

### Section 5: Evidence Control

5.1    The DNA Unit will follow the evidence handling procedures described in Chapter 4 of the Forensic Services Division Operations Manual.

5.2    When possible, the DNA Unit will reserve a portion of the evidence for possible re-analysis.

    5.2.1    Remaining evidence will be returned to the agency as soon as practicable after DNA analysis is complete.

    5.2.2    Any retained DNA extracts will be maintained securely at -20°C in the DNA extraction room freezer or, for long-term storage, in the District I freezer. The retention of DNA extracts will be documented in the case file.



Adopted August 25, 2000
Archived October 12, 2000

Exhibit 155 Page 11 of 26 to
State Defendants' Motion for Summary Judgment
OSP005920



# Quality Manual
# Oregon State Police DNA Unit

## Section 6: Validation

6.1     The DNA Unit will use validated methods and procedures in forensic DNA casework and convicted offender sample analysis.

    6.1.1     Developmental Validation

        6.1.1.1. The DNA Unit may rely on published and/or peer-reviewed developmental validation studies as long as the following studies are performed and documented:

            a.     Each locus is defined and characterized.

            b.     Species specificity, sensitivity, stability, and mixture studies are conducted.

            c.     Population distribution data is documented and available.  In general, the laboratory will use Caucasian, African-American, and Hispanic reference populations that have been tested for Hardy-Weinberg equilibrium and linkage equilibrium.

        6.1.1.2 Developmental validation studies relied upon by the DNA Unit will be referenced in the procedures manual(s).

        6.1.1.3 Any developmental validation studies performed by the DNA Unit will be thoroughly documented.

    6.1.2     Internal Validation

        6.1.2.1 New DNA typing systems shall be tested on the following sample types:

            a.     Known blood samples (typically obtained from staff members).

            b.     Simulated evidence samples:  e.g. saliva swabs, envelopes/stamps, cigarette butts, vaginal swabs, other semen-containing mixed stains, and bloodstains on difficult substrates such as denim or leather.

            c.     Mixture studies with donor DNA in different proportions, e.g. 1:1 to 1:20.

            d.     Nonprobative evidence and/or evidence from adjudicated cases (as long as the evidence is not consumed entirely).

Adopted August 25, 2000     12
Archived October 12, 2000

OSP005921



# Quality Manual
# Oregon State Police DNA Unit

6.2.1.2 Match criteria and interpretation guidelines will be based upon empirically derived data from the following studies:

    a.    Target template studies to determine the optimal amount of DNA to amplify. It is important to perform studies with limited template amounts (e.g. down to 15 pg) so that the possible stochastic fluctuation events can be recognized.

    b.    Where appropriate to the analytical system, precision and/or resolution should be determined.

6.2.1.3 Material modifications to an established protocol must be validated.

6.3    Design and  Documentation of Validation Studies

6.3.1    The technical leader must approve the design of each validation study.

6.3.2    Data relating to each study will be maintained in a notebook or within a section of a notebook.  Appropriate tables and/or graphs will be included.

6.3.3    Each validation study will be summarized according to the following format:

    a.    A statement of the purpose of the study

    b.    A description of the methods used

    c.    A summary of the results

    d.    A conclusion

    e.    The technical leader will approve the documentation of each validation study.

6.4    When a method is not specified in the analytical procedures for a specific or unique application, a method shall be selected that has been published in a relevant scientific text or journal or by a reputable technical organization, or  has been appropriately evaluated for that particular application.

6.5    Whenever a new forensic DNA typing system is introduced in the laboratory, each analyst must pass a qualifying test before using that system on casework or convicted offender sample analysis.

Exhibit 155 Page 13 of 26 to
State Defendants' Motion for Summary Judgment

OSP005922



# Quality Manual
# Oregon State Police DNA Unit

## Section 7: Analytical Procedures

7.1    All analytical protocols for each analytical technique used in the DNA Unit will be contained in procedure manuals that are approved by the technical leader and adopted by the Division. Currently there are manuals for the following analytical techniques:

RFLP Analysis
PCR-Based Typing (DQA1/PM/D1S80)
STR Typing of Convicted Offender Samples
STR Casework Analysis

   7.1.1    The procedure manuals will contain methods for DNA extraction and quantitation, reagent preparation, equipment operation (when appropriate), performing specific analytical procedures, interpreting results, and a procedure for statistical interpretation of typing results. There should also be a reference section referring to publications pertinent to the analytical procedures.

   7.1.2    Each year the manuals are reviewed by the technical leader and any modifications or new procedures are incorporated.  In the interim, any changes made in analytical procedures must be approved by the technical leader and appended to the existing manual in the form of memoranda.

7.2    All reagents used in DNA extraction and typing will be of suitable quality such that results are never compromised.

   7.2.1    A chemical inventory documenting supplier, lot number, date of receipt, and expiration date (if appropriate) will be maintained.

   7.2.2    The reagent preparation logbook will record the date the reagent was prepared, the initials of the preparer, and the suppliers and lot numbers of each component. Reagents made internally will be labeled with the name of the reagent and a lot or batch number consisting of the initials of the preparer and the date it was prepared.

   7.2.3    Below is a list of reagents that are deemed critical for DNA typing procedures. (Procedures for the quality control of these reagents are found in Section IX of the "PCR-Based Typing Procedures" and Section V of the "STR Analysis of Convicted Offenders Samples".

   a.    DQA1 + PM Typing Kits

   b.    Profiler Plus and COfiler Typing Kits

   c.    Formamide

   7.2.4    When appropriate, the quantity of human DNA in forensic samples will be estimated using a slot blot assay with a chemiluminescent probe and human nuclear DNA quantitation standards. (See "PCR-based Typing Procedures").

   7.2.5    The following controls will be used in all PCR-based typing procedures.

   a.    Reagent Blank

Adopted August 25, 2000                                                                      14
Archived October 12, 2000

Exhibit 155 Page 14 of 26 to
State Defendants' Motion for Summary Judgment
OSP005923



# Quality Manual
# Oregon State Police DNA Unit

b.    Substrate Control (when appropriate)

c.    Positive Control (9477A DNA)

d.    Negative Control (PCR Blank)

e.    Allelic Ladders ( used in Profiler Plus and COfiler typing)

f.    In-Lane Size Markers (used in Profiler Plus and COfiler typing)

7.3    On a yearly basis, or whenever a substantial change has been made in the typing program, the DNA typing procedures will be checked using a NIST SRM (Standard Reference Materials) kit or against standard(s) traceable to NIST standards.

7.4    Written guidelines for the interpretation of typing results will be detailed in the DNA typing procedures manuals.

7.4.1    Guidelines will include a procedure for interpreting control results, including tolerance limits for acceptable data.

7.4.2    Criteria will be developed for making a conclusive determination of a donor(s)'s genotype.

7.4.3    The procedures for statistical interpretation will be detailed in the protocol and will be according to the recommendations made by the National Research Council report entitled "The Evaluation of Forensic DNA Evidence" (1996).

Adopted August 25, 2000                                                                    15
Archived October 12, 2000

OSP005924



# Quality Manual
# Oregon State Police DNA Unit

## Section 8: Equipment Calibration and Maintenance

8.1    Procedures for calibrating and maintaining equipment are found in the DNA Maintenance Log.

    8.1.1    The procedure for each piece of equipment is on a separate Maintenance Log Sheet in the logbook.

    8.1.2    Each piece of equipment is identified by manufacturer's name, type, and serial number.

    8.1.3    Maintenance schedules are specified at the top of each Maintenance Log Sheet. Maintenance is documented by entering the date on this sheet.

    8.1.4    An Excel program is maintained that lists each piece of equipment and its maintenance schedule. When a piece of equipment is due for maintenance, the technician is alerted by a red "CHECK" prompt.

8.2    If an instrument requires calibration traceable to a NIST standard, that information is noted on the Maintenance Log Sheet.

    8.2.1    Equipment involving a temperature control function are calibrated using a NIST traceable thermometer or temperature probe

    8.2.2    Balances used to calibrate pipettors in-house are serviced annually to ensure traceability to NIST.

8.3    New instruments, or instruments that have undergone repair or extensive maintenance that may have changed its operating characteristics shall be subjected to calibration and/or validations using appropriate standards before being used on casework. Written records of such verifications will be maintained in the Equipment Maintenance Log. Some instruments such as the 310 Genetic Analyzers and thermal cyclers have dedicated maintenance logbooks.

Adopted August 25, 2000                                                                                      16
Archived October 12, 2000

Exhibit 155 Page 16 of 26 to
State Defendants' Motion for Summary Judgment

OSP005925



# Quality Manual
# Oregon State Police DNA Unit

## Section 9: Reports

9.1    Taking and maintaining case notes will be according the procedures set out in Chapter 2 of the Forensic Services Division Operations Manual.

9.2    Case Reports

    9.2.1    Reports shall contain the following information:

        a.    Forensic Services Division laboratory case number

        b.    Description of evidence examined with corresponding exhibit numbers

        c.    Description of the methodology used to perform DNA analysis

        d.    Specification of typing kit(s) used and loci analyzed

        e.    Results and/or conclusions

        f.    An interpretive statement, usually in the form of a statistical interpretation but which may be a qualitative statement if appropriate

        g.    Date of issue

        h.    Disposition of evidence

        i.    Analyst's signature

    9.2.2    Guidelines for wording conclusions and making interpretive statements are found in the analytical procedures manual.

9.3    Copies of case reports will be provided routinely to the law enforcement agency submitting the case and the district attorney's office prosecuting the case.  Upon request, copies of the case file will be provided for discovery purposes.

Adopted August 25, 2000                                                                                    17
Archived October 12, 2000

OSP005926



# Quality Manual
# Oregon State Police DNA Unit

## Section 10: CODIS Procedures

10.1    Procedures covering the following shall be part of the OSP CODIS Operations Manual:

    a.    Receipt, logging in, processing, marking, and storing convicted offender samples

    b.    Documentation of sample history and disposition of blood, saliva, and DNA samples from convicted offenders

    c.    Uploading convicted offender and forensic profiles, searching, and backing up data

    d.    Maintaining the security and integrity of the data

10.2    Procedures to verify the quality and accuracy of DNA typing results provided by a subcontractor will be specified in the CODIS Operations Manual and will address:

    a.    Inclusion and evaluation of blind QC samples

    b.    Visual inspection of results/data

    c.    Random reanalysis of samples

    d.    Site visits

Adopted August 25, 2000
Archived October 12, 2000

18


Exhibit 155 Page 18 of 26 to
State Defendants' Motion for Summary Judgment

OSP005927



# Quality Manual
# Oregon State Police DNA Unit

## Section 11: Review

11.1    The DNA Unit will conduct technical and administrative reviews of all DNA case
files and reports to ensure the accuracy of the case documentation and to verify that the
conclusions are supported by the data.

    11.1.1    A technical peer review will be performed by a second analyst who is qualified i
in that type of analysis.

    11.1.2    The technical leader will perform a technical review of the case file and report.

    11.1.3    Any discrepancy between the analyst and the reviewing analyst will be resolved by
the technical leader.

    11.1.4    Ten percent of case files and reports will be subject to supervisory review.

11.2    The testimony of each DNA analyst will be monitored at least once yearly following the
procedures found in Chapter 2 of the Forensic Services Division Operations Manual.



Adopted August 25, 2000
Archived October 12, 2000

19

OSP005928



# Quality Manual
# Oregon State Police DNA Unit

## Section 12: Proficiency Testing

12.1    Proficiency tests will be administrated according to Chapter 2 of the Forensic Services Division Operations Manual.

12.2    Analysts actively involved in DNA typing will undergo external proficiency testing at least twice a year such that the duration between the initiation of a proficiency test is no greater than 180 days from the completion of the last proficiency test.

   12.2.1    Each analyst will be tested in the technology for which s/he is qualified.

   12.2.2    External proficiency testing will be conducted in the same manner as casework or database sample analysis.

   12.2.3    External DNA proficiency tests will be reviewed by the technical leader according to the procedure in Chapter 2 of the Forensic Services Division Operations Manual.

12.3    Once the final results are received from the manufacturer, the proficiency test is evaluated by the technical leader to ascertain whether

   a.    Correct inclusions were made.

   b.    Correct exclusions were made.

   c.    The sample genotypes/phenotypes were consistent with the known or consensus types.

   d.    If an inconclusive result or no result is reported for a sample, that report must be in accordance with the laboratory's guideline.  Any report of inconclusive or no result for a sample for which a conclusive result was expected will be investigated.

   e.    Discrepancies/errors will be noted on the Proficiency Test Review form and any subsequent corrective action documented.

   f.    All proficiency tests will be graded as satisfactory or unsatisfactory.

   g.    Analysts will be informed of proficiency test results.

12.4    Proficiency Test Documentation

   11.3.1    The Division Quality Assurance Manager will maintain the documentation described in Chapter 2 of the Forensic Services Division Operations Manual.

   11.3.2    The DNA Technical Leader will maintain within the DNA Unit the following documentation:

      a.    The test set identifier to include the Division's QA number, the laboratory case identifier, and the manufacturer's test identifier

      b.    Date the test was submitted to the DNA Unit

Adopted August 25, 2000                                                      20
Archived October 12, 2000

Exhibit 155 Page 20 of 26 to
State Defendants' Motion for Summary Judgment
OSP005929



# Quality Manual
# Oregon State Police DNA Unit

    c.        Date the test was completed

    d.        Copy of the test results form

    e.        Case file documentation

    f.        Copy of the completed Proficiency Test Review Form

    g.        Copy of the summary report of the proficiency test issued by the manufacturer



Adopted August 25, 2000

Archived October 12, 2000

Exhibit 155 Page 21 of 26 to
State Defendants' Motion for Summary Judgment
OSP005930



# Quality Manual
# Oregon State Police DNA Unit

## Section 13: Corrective Action

13.1    Procedures for investigating potential problems and/or discrepancies, issuing corrective action requests, establishing corrective action plans, following up on corrective action, and documentation of corrective action will be according to Chapter 2 of the Forensic Services Division Operations Manual.



Adopted August 25, 2000                                                                    22
Archived October 12, 2000

OSP005931



# Quality Manual
# Oregon State Police DNA Unit

## Section 14: Audits

14.1     .1        The DNA Unit will be audited annually to monitor compliance with DNA Advisory Board <u>Quality Assurance Standards for Forensic DNA Testing Laboratories</u> and <u>Quality Assurance Standards for Convicted Offender DNA Databasing Laboratories</u>.

14.2     Once every two years, the audit will conducted by an individual(s) from an external agency.

14.3     The DNA Unit will retain all documentation relating to the audits.  A copy of the audit report will be forward to the Division Quality Assurance Manager.



Adopted August 25, 2000                                                                                   23
Archived October 12, 2000

Exhibit 155 Page 23 of 26 to
State Defendants' Motion for Summary Judgment
OSP005932



# Quality Manual
# Oregon State Police DNA Unit

### Section 15: Safety

15.1    The DNA Unit will follow the environmental health and safety program found in the Division's Safety Manual.

15.2    DNA personnel must have completed training regarding blood-borne pathogens and chemical hazards specific to DNA testing (refer to DNA Training Manuals).



Adopted August 25, 2000                                                                                    24
Archived October 12, 2000

Exhibit 155 Page 24 of 26 to
State Defendants' Motion for Summary Judgment
OSP005933



# Quality Manual
# Oregon State Police DNA Unit

## Section 16: Subcontracting DNA Testing

16.1    Use of a subcontractor for forensic DNA testing

    16.1.1    The subcontractor must be certified for compliance with the DAB <u>Quality Assurance Standards for Forensic DNA Testing Laboratories</u>.

    16.1.2    The case report and case file documentation (or a copy thereof) will be subjected to technical review to ensure the quality and integrity of the data.

16.2    Use of a subcontractor for convicted offender sample analysis

    16.2.1    The subcontractor must be certified for compliance with the DAB <u>Quality Assurance Standards for Convicted Offender DNA Databasing Laboratories</u>.

    16.2.2    The DNA Unit will follow the procedures found in the Oregon State Police CODIS Procedures Manual to review and verify the integrity of the data received from the contractor.



Adopted August 25, 2000                                                                                   25
Archived October 12, 2000



# Quality Manual
# Oregon State Police DNA Unit

## MODIFICATIONS/REVISIONS

| DATE | AUTHOR | SECTION | COMMENTS |
|---|---|---|---|
| 4/1/00 | Von Beroldingen | | Original |
| 8/25/00 | Von Beroldingen | | Revision |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



Adopted August 25, 2000                                                    26
Archived October 12, 2000

Exhibit 155 Page 26 of 26 to
State Defendants' Motion for Summary Judgment
OSP005935