## Davis Jesse B

| | |
|---|---|
| **From:** | Andrew Lauersdorf <acl@mlrlegalteam.com> |
| **Sent:** | Friday, October 25, 2024 4:41 PM |
| **To:** | Robert Franz jr.; Janis Puracal; Sarah Henderson; Theresa Franz; Davis Jesse B; Marshall Todd; Hoffmeyer Kristen; McCarthy Maureen A; Burdick Jennifer; Eric DeFreest; Kristy Workman; lauracoffin@coffin.law; Anthony R. Scisciani III; Meredith A. Sawyer; Kelsey Shewbert; Caroline Bryant; Heather Schmitz; Rachel Jones |
| **Cc:** | David Owens; Cher Vasquez; Blenda Fetahu; Bethan Gee; Mia Stigler |
| **Subject:** | RE: McGuffin v. Dannels, et al.:  Scheduling Expert Depositions |

> **\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Hi Robert, et al. –

Plaintiffs plan to voluntarily dismiss Defendants Pat Downing, Shelly McInnes, Anthony Wetmore, and the City of Coos Bay.  Please let me know if you have any objection, or if this is something that we can accomplish by stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  If there are any objections, or if we do not hear from you before the end of next week, we will move for a dismissal order pursuant to Fed. R. Civ. P. 41(a)(2).

We recognize that you may have additional clients whom you believe should be dismissed from the action, and we will be prepared to discuss other individual Defendants during conferral on motions for summary judgment.

Enjoy your weekend,

Andy

 MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW

**Andrew C. Lauersdorf**
1111 E. Burnside St., Suite 300
Portland, Oregon 97214
t. 503.972.8166  fx. 503.245.1417
www.mlrlegalteam.com

---

**From:** Robert Franz jr. <rfranz@franzlaw.comcastbiz.net>
**Sent:** Monday, October 21, 2024 6:18 PM
**To:** Andrew Lauersdorf <acl@mlrlegalteam.com>; Janis Puracal <jcp@mlrlegalteam.com>; Sarah Henderson <shenderson@franzlaw.comcastbiz.net>; Theresa Franz <tfranz@franzlaw.comcastbiz.net>; Jesse Davis <Jesse.b.davis@doj.state.or.us>; Todd Marshall <todd.marshall@doj.state.or.us>; Hoffmeyer Kristen <kristen.hoffmeyer@doj.oregon.gov>; Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>; Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>; Eric DeFreest <edefreest@luvaascobb.com>; Kristy Workman <KWorkman@luvaascobb.com>; lauracoffin@coffin.law; Anthony R. Scisciani III <AScisciani@hwslawgroup.com>; Meredith A. Sawyer <msawyer@hwslawgroup.com>; Kelsey Shewbert <kshewbert@hwslawgroup.com>; Caroline Bryant <cbryant@hwslawgroup.com>; Heather Schmitz <hschmitz@hwslawgroup.com>; Rachel Jones <rjones@hwslawgroup.com>
**Cc:** David Owens <david@loevy.com>; Cher Vasquez <cv@mlrlegalteam.com>; Blenda Fetahu <bf@mlrlegalteam.com>; Bethan Gee <gee@loevy.com>; Mia Stigler <ms@mlrlegalteam.com>
**Subject:** Re: McGuffin v. Dannels, et al.: Scheduling Expert Depositions

1

Exhibit 157 Page 1 of 2 to
State Defendants' Motion for Summary Judgment

This email originated from outside of MLR

Thank you.  That is very much appreciated.

Robert E. Franz Jr.  OSB 730915
Attorney at Law
rfranz@franzlaw.comcastbiz.net
Office Phone: 541-741-8220
PO Box 62
Springfield, OR 97477
Member of the Oregon State Bar
Washington State Bar
Idaho State Bar

**From:** Andrew Lauersdorf <acl@mlrlegalteam.com>
**Date:** Monday, October 21, 2024 at 4:34 PM
**To:** Robert Franz jr. <rfranz@franzlaw.comcastbiz.net>, Janis Puracal <jcp@mlrlegalteam.com>, Sarah Henderson <shenderson@franzlaw.comcastbiz.net>, Theresa Franz <tfranz@franzlaw.comcastbiz.net>, Jesse Davis <Jesse.b.davis@doj.state.or.us>, Todd Marshall <todd.marshall@doj.state.or.us>, Hoffmeyer Kristen <kristen.hoffmeyer@doj.oregon.gov>, Maureen McCarthy <maureen.a.mccarthy@doj.state.or.us>, Burdick Jennifer <Jennifer.Burdick@doj.oregon.gov>, Eric DeFreest <edefreest@luvaascobb.com>, Kristy Workman <KWorkman@luvaascobb.com>, lauracoffin@coffin.law <lauracoffin@coffin.law>, Anthony R. Scisciani III <AScisciani@hwslawgroup.com>, Meredith A. Sawyer <msawyer@hwslawgroup.com>, Kelsey Shewbert <kshewbert@hwslawgroup.com>, Caroline Bryant <cbryant@hwslawgroup.com>, Heather Schmitz <hschmitz@hwslawgroup.com>, Rachel Jones <rjones@hwslawgroup.com>
**Cc:** David Owens <david@loevy.com>, Cher Vasquez <cv@mlrlegalteam.com>, Blenda Fetahu <bf@mlrlegalteam.com>, Bethan Gee <gee@loevy.com>, Mia Stigler <ms@mlrlegalteam.com>
**Subject:** RE: McGuffin v. Dannels, et al.: Scheduling Expert Depositions

Hi Robert –

We will try to get a list of names to you this week.

Take care,

Andy



**Andrew C. Lauersdorf**
1111 E. Burnside St., Suite 300
Portland, Oregon 97214
t. 503.972.8166  fx. 503.245.1417
www.mlrlegalteam.com

Exhibit 157 Page 2 of 2 to
State Defendants' Motion for Summary Judgment