IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MALHEUR


NICHOLAS JAMES McGUFFIN,    )
                           )
            Petitioner,    )
                           )
     vs.                   )    Case No. 15CV1030
                           )
MARK NOOTH, Superintendent,)
Snake River Correctional   )
Institution,               )
                           )
            Defendant.     )


TELEPHONE DEPOSITION OF HUMA NASIR


Taken on behalf of Defendant at 158 12th Street, N.E., Salem, Oregon, commencing at 10:30 a.m., on Monday, June 17, 2019.


REPORTED BY:   Renee A. Cuffe,

               Certified Shorthand Reporter

               P. O. Box 3343

               Salem, Oregon  97302

               (503) 949-0726

Exhibit 159 Page 1 of 4 to
State Defendants' Motion for Summary Judgment

32

Freeman is the major, and then there is more than one foreign contributor as the minor. And because it's not just one person, I cannot associate that Y peak as the sex determinant locus to that same individual. So I cannot say with confidence whether the unknown individual is male or female.

Q.   So how does DNA get on someone's shoe?

A.   There could be many ways. DNA generally gets transferred by contact or by touching an item. So, for example, if somebody held that shoe, then they would have deposited DNA from their hands onto their shoe. There are other ways of DNA getting deposited. It could be that somebody touched the shoe, or it could be that somebody sneezed on the shoe, or basically DNA from that person came into contact with that shoe.

Q.   So it could be sneezing or coughing?

A.   If the cells from the person's mouth landed on the shoe, sure, that's another way the DNA could have transferred.

Q.   Can you get DNA, for instance, in the heel area, the inside heel area of your shoe if you walk around in stocking feet, pick up DNA, and then put your stocking feet inside the shoe, will that potentially transfer DNA to your shoe?

A.   Yes, it can.

Exhibit 159 Page 2 of 4 to
State Defendants' Motion for Summary Judgment

Q.   Do you know how long Leah Freeman had had those shoes?

A.   No.

Q.   I mean it could have been a few years, right?

A.   That's possible.

Q.   And you have no way of determining how many people came into contact with her shoes, whether through touching or sneezing or some other way, right?

A.   That's correct, I do not know that.

Q.   So in your May 2019 report, you say in paragraph 4 that Nicholas McGuffin is excluded as a possible contributor to this sample, that is the tongue swab for 2.6.  How did you exclude him?

A.   I compared his profile to the profile that was reported by the Oregon State lab, and there were alleles that were not consistent between the two profiles, and therefore I was able to exclude him.

Q.   So you are not, when you are excluding Nicholas Freeman from Exhibit 2.6, are you relying at all on the TrueAllele software, or are you not?

A.   Not for that exclusion.  I just made that comparison myself.

Q.   Excuse me, Nicholas McGuffin.

A.   Nicholas McGuffin, yes, thank you.

Q.   So you did that on your own?

Exhibit 159 Page 3 of 4 to
State Defendants' Motion for Summary Judgment

REPORTER'S CERTIFICATE

STATE OF OREGON    )
                   ) ss.
COUNTY OF MARION   )

I, RENEE A. CUFFE, a Certified Shorthand Reporter in and for the State of Oregon, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter transcribed by means of computer-aided transcription, and that the foregoing transcript contains a full, true, and verbatim record of the said deposition;

I further certify that I have no interest in the event of the action.

WITNESS my hand this date: June 17, 2019.

_Renee A Cuffe_
Renee A. Cuffe, Certified Shorthand Reporter for the State of Oregon Cert. #99-0358, Exp. 6-30-21

CERTIFIED SHORTHAND REPORTER
Oregon
CSR
95-0305
RENEE A. CUFFE

Exhibit 159 Page 4 of 4 to
State Defendants' Motion for Summary Judgment