Case 3:21-cv-01719-MTK    Document 228-7    Filed 03/11/25    Page 1 of 1

# MEMORANDUM
# OREGON STATE POLICE

*DRAFT TO MARY*

*How about this?*

*KW*

DATE:       September 25, 2000

TO:         Mike Reaves, Chief
            Coquille Police Department

FROM:       Katherine S. Wilcox, Criminalist
            Oregon State Police Crime Lab-Coos Bay

SUBJECT:    **Questions raised at the MCT Meeting Sept. 9, 2000**

REFER:      Leah Freeman Homicide Investigation

On September 20, 2000 I talked with Mary Krings, Forensic Scientist-Portland, regarding the DNA work done on this case. These are some of the DNA questions we discussed.

1. On the left Nike shoe (Exhibit 2) DNA from more then one person was indicated. Leah Freeman was the major DNA profile. The minor profile was reportedly from a male. The question was: from where were the samples, that tested positive for the male type, taken?

Two samples showed the male type. One was taken from inside the tongue of the shoe and one from inside the shoe at the heel area-near the ankle.

2. Is the male profile complete enough for comparison?       Only a partial DNA profile was identified. This may be helpful to include or exclude some contributors of the DNA, however the statistical numbers may be low.

3. Would handling (i.e. the officer who recovered the evidence) the shoe be enough to leave the male DNA?       Very unlikely.

4. Was the male DNA on the shoe (Exhibit 2) from Nick McGuffin? The DNA was below the threshold for making a conclusive determination. Leah Freeman and Nick McGuffin have some of the same DNA markers. However, according to Forensic Scientist Krings, the data **suggests** that Nick McGuffin was **probably not** the DNA contributor.

5. Tape lifts were taken from the white Adidas sock (Exhibit 12) for possible trace evidence.       The Forensic lab in Portland will evaluate the tape lifts for significant trace evidence and we will receive a report.

**The DNA section requests that only serious suspect(s)' standards be submitted for DNA typing.**

KW:ksw

cc  Coos County DA
    Detective Dale Oester-OSP
    Detective Craig Zanni-Coos County S.O.

OSP000749

Exhibit 160 Page 1 of 1 to
State Defendants' Motion for Summary Judgment

CONFIDENTIAL