

**Bode Cellmark**
**FORENSICS**
LabCorp Specialty Testing Group

10430 Furnace Road, Suite 107
Lorton, VA 22079
Phone: 703-646-9740

---

**Forensic Case Report**
**March 16, 2018**

**To:**
Janis C. Puracal
Oregon Innocence Project
P.O. Box 5248
Portland, OR 97208

**Bode Cellmark Case #**: CCB1791-0215
**Agency Case #**: Oregon Innocence Project/
Nicholas McGuffin

**Partial list of evidence received on August 18, 2017 for possible DNA analysis:**
(Evidence received and evaluated, but not isolated for possible mtDNA analysis, is listed in the case inventory.)

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCB1791-0215-R12 | CPD #216 / OSP #43 | Victim's head hair standard [Leah Freeman] |

**List of evidence received on September 11, 2017 for possible DNA analysis:**

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCB1791-0215-E10 | CPD #215 / OSP #42 | Hair from sock |
| *CCB1791-0215-E10a* | | *Apparent hair/fiber, ~2.5cm* |
| *CCB1791-0215-E10b* | | *Apparent hair/fiber, ~1.5cm* |
| *CCB1791-0215-E10c* | | *Apparent hair/fiber, ~2.5cm* |
| *CCB1791-0215-E10d* | | *Apparent hair/fiber, ~3.0cm* |
| CCB1791-0215-E11 | Not Listed | Hair from shoe |
| *CCB1791-0215-E11a* | | *Apparent hair/fiber, ~3.5cm* |
| *CCB1791-0215-E11b* | | *Apparent hair/fiber, ~3.0cm* |

**List of evidence received on January 12, 2018 for possible DNA analysis:**

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCB1791-0215-R13 | CPD #190 / OSP #13 | AGENCY EXHIBIT #190- BUCCAL SWABS(4) [Nicholas McGuffin] |

**Mitochondrial DNA Processing, Results, Conclusions and Statistics:**

Mitochondrial DNA (mtDNA) is found in sub-cellular organelles called mitochondria. A specific, non-coding region of the mitochondrial genome called the D-loop, or hyper-variable control region, is known to have variability within the human population. Multiple copies of this region of mtDNA are generated using the polymerase chain reaction (PCR). The base composition, or sequence, is then determined using automated DNA sequencing.

1.  MtDNA profiles were obtained from samples CCB1791-0215-R12 (Leah Freeman) and CCB1791-0215-R13 (Nicholas McGuffin).

Exhibit 161 Page 1 of 9 to
State Defendants' Motion for Summary Judgment    NASIR_001009

**Bode Cellmark Case #:** CCB1791-0215
**Agency Case #:** Oregon Innocence Project/Nicholas McGuffin

**Date:** March 16, 2018

**Mitochondrial DNA Processing, Results, Conclusions and Statistics,** *continued*:

2. A mtDNA profile was obtained from sample CCB1791-0215-E10a.

   The mtDNA profile obtained from sample CCB1791-0215-E10a is not consistent with the mtDNA profile obtained from sample CCB1791-0215-R13 (Nicholas McGuffin). Therefore, Nicholas McGuffin (CCB1791-0215-R13) can be excluded as a possible contributor of sample CCB1791-0215-E10a.

   The mtDNA profile obtained from sample CCB1791-0215-E10a is consistent with the mtDNA profile obtained from sample CCB1791-0215-R12 (Leah Freeman). Therefore, Leah Freeman (CCB1791-0215-R12) cannot be excluded as a contributor of sample CCB1791-0215-E10a.

   The mtDNA population database of the Scientific Working Group on DNA Analysis Methods (SWGDAM) has been searched for the mtDNA profile obtained from sample CCB1791-0215-E10a. The number of observations of this mtDNA profile in the (SWGDAM) database is as follows:

| CCB1791-0215-E10a1 | African Database | Caucasian Database | Hispanic Database | Asian Database | Total Number of Observations in Combined Populations |
|---|---|---|---|---|---|
| # of Observations | 0 in 1305 | 0 in 1674 | 0 in 686 | 0 in 848 | 0 in 4513 |
| Upper Limit Frequency (95%) | 0.229% | 0.179% | 0.436% | 0.353% | 0.066% |

   Therefore, based on a mtDNA population database consisting of 4,513 non-maternally related individuals and with 95% confidence, 99.934% of the population can be excluded as being a source of the evidence.

3. A mtDNA profile was obtained from sample CCB1791-0215-E10b

   The mtDNA profile obtained from sample CCB1791-0215-E10b is not consistent with the mtDNA profile obtained from sample CCB1791-0215-R13 (Nicholas McGuffin). Therefore, Nicholas McGuffin (CCB1791-0215-R13) can be excluded as a possible contributor of sample CCB1791-0215-E10b.

   The mtDNA profile obtained from sample CCB1791-0215-E10b is consistent with the mtDNA profile obtained from sample CCB1791-0215-R12 (Leah Freeman). Therefore, Leah Freeman (CCB1791-0215-R12) cannot be excluded as a contributor of sample CCB1791-0215-E10b.

Exhibit 161 Page 2 of 9 to
State Defendants' Motion for Summary Judgment NASIR_001010

Bode Cellmark Case #: CCB1791-0215                               Date: March 16, 2018
Agency Case #: Oregon Innocence Project/Nicholas McGuffin

**Mitochondrial DNA Processing, Results, Conclusions and Statistics,** *continued*:

3.  *(continued)*
    The mtDNA population database of the Scientific Working Group on DNA Analysis Methods
    (SWGDAM) has been searched for the mtDNA profile obtained from sample CCB1791-0215-E10b.
    The number of observations of this mtDNA profile in the (SWGDAM) database is as follows:

| CCB1791-0215-E10b1 | African Database | Caucasian Database | Hispanic Database | Asian Database | Total Number of Observations in Combined Populations |
|---|---|---|---|---|---|
| # of Observations | 0 in 1305 | 0 in 1674 | 0 in 686 | 0 in 848 | 0 in 4513 |
| Upper Limit Frequency (95%) | 0.229% | 0.179% | 0.436% | 0.353% | 0.066% |

Therefore, based on a mtDNA population database consisting of 4,513 non-maternally related
individuals and with 95% confidence, 99.934% of the population can be excluded as being a
source of the evidence.

4.  A mtDNA profile was obtained from sample CCB1791-0215-E10c.

    The mtDNA profile obtained from sample CCB1791-0215-E10c is not consistent with the mtDNA profile
    obtained from sample CCB1791-0215-R13 (Nicholas McGuffin). Therefore, Nicholas McGuffin
    (CCB1791-0215-R13) can be excluded as a possible contributor of sample CCB1791-0215-E10c.

    The mtDNA profile obtained from sample CCB1791-0215-E10c is consistent with the mtDNA
    profile obtained from sample CCB1791-0215-R12 (Leah Freeman). Therefore, Leah Freeman
    (CCB1791-0215-R12) cannot be excluded as a contributor of sample CCB1791-0215-E10c.

    The mtDNA population database of the Scientific Working Group on DNA Analysis Methods
    (SWGDAM) has been searched for the mtDNA profile obtained from sample CCB1791-0215-E10c.
    The number of observations of this mtDNA profile in the (SWGDAM) database is as follows:

| CCB1791-0215-E10c1 | African Database | Caucasian Database | Hispanic Database | Asian Database | Total Number of Observations in Combined Populations |
|---|---|---|---|---|---|
| # of Observations | 0 in 1305 | 0 in 1674 | 0 in 686 | 0 in 848 | 0 in 4513 |
| Upper Limit Frequency (95%) | 0.229% | 0.179% | 0.436% | 0.353% | 0.066% |

Therefore, based on a mtDNA population database consisting of 4,513 non-maternally related
individuals and with 95% confidence, 99.934% of the population can be excluded as being a
source of the evidence.

Exhibit 161 Page 3 of 9 to
State Defendants' Motion for Summary Judgment   NASIR_001011

Bode Cellmark Case #: CCB1791-0215                              Date: March 16, 2018
Agency Case #: Oregon Innocence Project/Nicholas McGuffin

**Mitochondrial DNA Processing, Results, Conclusions and Statistics,** *continued*:

5.  A partial mtDNA profile was obtained from sample CCB1791-0215-E10d.

    The partial mtDNA profile obtained from sample CCB1791-0215-E10d is not consistent with the mtDNA profile obtained from sample CCB1791-0215-R13 (Nicholas McGuffin). Therefore, Nicholas McGuffin (CCB1791-0215-R13) can be excluded as a possible contributor of sample CCB1791-0215-E10d.

    The partial mtDNA profile obtained from sample CCB1791-0215-E10d is consistent with the mtDNA profile obtained from sample CCB1791-0215-R12 (Leah Freeman). Therefore, Leah Freeman (CCB1791-0215-R12) cannot be excluded as a contributor of sample CCB1791-0215-E10d.

    The mtDNA population database of the Scientific Working Group on DNA Analysis Methods (SWGDAM) has been searched for the partial mtDNA profile obtained from sample CCB1791-0215-E10d. The number of observations of this mtDNA profile in the (SWGDAM) database is as follows:

| CCB1791-0215-E10d1 | African Database | Caucasian Database | Hispanic Database | Asian Database | Total Number of Observations in Combined Populations |
|---|---|---|---|---|---|
| # of Observations | 0 in 1305 | 0 in 1674 | 0 in 686 | 0 in 848 | 0 in 4513 |
| Upper Limit Frequency (95%) | 0.229% | 0.179% | 0.436% | 0.353% | 0.066% |

    Therefore, based on a mtDNA population database consisting of 4,513 non-maternally related individuals and with 95% confidence, 99.934% of the population can be excluded as being a source of the evidence.

6.  A mtDNA profile was obtained from sample CCB1791-0215-E11b.

    The mtDNA profile obtained from sample CCB1791-0215-E11b is not consistent with the mtDNA profile obtained from sample CCB1791-0215-R13 (Nicholas McGuffin). Therefore, Nicholas McGuffin (CCB1791-0215-R13) can be excluded as a possible contributor of sample CCB1791-0215-E11b.

    The mtDNA profile obtained from sample CCB1791-0215-E11b is consistent with the mtDNA profile obtained from sample CCB1791-0215-R12 (Leah Freeman). Therefore, Leah Freeman (CCB1791-0215-R12) cannot be excluded as a contributor of sample CCB1791-0215-E11b.

Exhibit 161 Page 4 of 9 to
State Defendants' Motion for Summary Judgment NASIR_001012

Bode Cellmark Case #: CCB1791-0215
Agency Case #: Oregon Innocence Project/Nicholas McGuffin

Date: March 16, 2018

**Mitochondrial DNA Processing, Results, Conclusions and Statistics,** *continued*:

6. *(continued)*
The mtDNA population database of the Scientific Working Group on DNA Analysis Methods (SWGDAM) has been searched for the mtDNA profile obtained from sample CCB1791-0215-E11b. The number of observations of this mtDNA profile in the (SWGDAM) database is as follows:

| CCB1791-0215-E11b1 | African Database | Caucasian Database | Hispanic Database | Asian Database | Total Number of Observations in Combined Populations |
|---|---|---|---|---|---|
| # of Observations | 0 in 1305 | 0 in 1674 | 0 in 686 | 0 in 848 | 0 in 4513 |
| Upper Limit Frequency (95%) | 0.229% | 0.179% | 0.436% | 0.353% | 0.066% |

Therefore, based on a mtDNA population database consisting of 4,513 non-maternally related individuals and with 95% confidence, 99.934% of the population can be excluded as being a source of the evidence.

7. Due to irreproducibility, the mtDNA data obtained from sample CCB1791-0215-E11a is not reported.

See **Table 1** for a summary of the mtDNA profiles reported.

**Notes:**
1. Testing performed for this case is in compliance with accredited procedures under the laboratory's ISO/IEC 17025 accreditation issued by ASCLD/LAB. Refer to certificate and scope of accreditation for certificate number ALI-231-T.
2. The DNA profiles reported in this case were determined by procedures that have been validated according to the standards established in the FBI's Quality Assurance Standards for Forensic DNA Testing Laboratories.
3. All evidence descriptions are based on the written descriptions of the samples by the submitting agency.
4. The DNA extracts and submitted evidence will be returned to the Coquille Police Department.
5. Mitochondrial DNA is inherited maternally. A mtDNA match cannot exclude any maternal relatives.

Report submitted by,

*Adrienne Borges*

Adrienne Borges, MFS
Mitochondrial DNA TL

Exhibit 161 Page 5 of 9 to
State Defendants' Motion for Summary Judgment     NASIR_001013

Bode Cellmark Case #: CCB1791-0215                          Date: March 16, 2018
Agency Case #: Oregon Innocence Project/Nicholas McGuffin

### Table 1. Analysis of Mitochondrial DNA

| Position | CCB1791-0215-E10a1 | CCB1791-0215-E10b1 | CCB1791-0215-E10c1 | CCB1791-0215-E10d1 | CCB1791-0215-E11b1 |
|---|---|---|---|---|---|
| HVI Region | *Reported Range*<br>16001-16388 | *Reported Range*<br>15998-16388 | *Reported Range*<br>16004-16388 | *Reported Range*<br>15998-16388 | *Reported Range*<br>16001-16390 |
| Polymorphisms | 16223 T<br>16292 T | 16223 T<br>16292 T<br>16383 N | 16223 T<br>16292 T<br>16383 N | 16223 T<br>16228 Y<br>16292 T<br>16383 N | 16223 T<br>16248 Y<br>16292 T |
| HVII Region | *Reported Range*<br>39-369 | *Reported Range*<br>50-368 | *Reported Range*<br>61-368 | *Reported Range*<br>50-265; 303-316 | *Reported Range*<br>35-369 |
| Polymorphisms | 73 G<br>119 C<br>189 G<br>195 C<br>207 A<br>263 G<br>309.1 C<br>315.1 C | 73 G<br>82 N<br>97 N<br>119 C<br>154 N<br>189 G<br>195 C<br>207 A<br>263 G<br>309.1 C<br>315.1 C | 73 G<br>82 N<br>119 C<br>154 N<br>189 G<br>195 C<br>207 A<br>263 G<br>309.1 C<br>315.1 C<br>324 N | 73 G<br>82 N<br>86 N<br>119 C<br>140 N<br>147 N<br>154 N<br>189 G<br>195 C<br>207 A<br>263 G<br>309.1 C<br>315.1 C | 73 G<br>119 C<br>189 G<br>195 C<br>207 A<br>263 G<br>309.1 C<br>315.1 C |

| Position | CCB1791-0215-R12<br>(Leah Freeman) | CCB1791-0215-R13<br>(Nicholas McGuffin) |
|---|---|---|
| HVI Region | *Reported Range*<br>16001-16388 | *Reported Range*<br>16001-16569 |
| Polymorphisms | 16147 N<br>16223 T<br>16292 T | 16129 A<br>16223 T<br>16391 A<br>16519 C |
| HVII Region | *Reported Range*<br>39-368 | *Reported Range*<br>1-535 |
| Polymorphisms | 73 G<br>119 C<br>189 G<br>195 C<br>207 A<br>210 R<br>263 G<br>309.1 C<br>315.1 C | 73 G<br>199 C<br>204 C<br>250 C<br>263 G<br>315.1 C<br>523 D<br>524 D |

Exhibit 161 Page 6 of 9 to
State Defendants' Motion for Summary Judgment NASIR_001014

Bode Cellmark Case #: CCB1791-0215                                    Date: March 16, 2018
Agency Case #: Oregon Innocence Project/Nicholas McGuffin

The following notations may apply:

a.    Transition or transversion polymorphisms as compared to a standard sequence (Anderson, et al. 1981. *Nature* 290:457-465) are designated by the appropriate letter (base).

b.    An insertion is designated a ".1" for a one base insertion, and a ".2" for a two base insertion.

    Note:    Polycytosine stretches are often difficult to interpret. A possible cause may be the presence of a mixture of length variants in the mtDNA of an individual. A predominant length species is often apparent; however, the frequency of a particular length species cannot be determined accurately and may vary between maternal relatives. The sequence reported for Hypervariable Region 1 represents the first 10 cytosines observed, beginning at position 16184. The sequence reported for Hypervariable Region 2 represents the number of confirmed cytosines present in the predominant base sequence. When no predominant base sequence is observed, the insertions that could not be confirmed are designated by a "N".

c.    A deletion is designated by a "D".

d.    A position that could not be confirmed is designated by a "N".

e.    Heteroplasmy is a situation where two base peaks are observed at the same position. This indicates the presence of two different mitotypes. Heteroplasmies are common in the human population and can vary from tissue to tissue, with hair samples demonstrating greater heteroplasmic potential than other tissues such as blood and/or buccal samples. Since heteroplasmies do not always occur with the same frequency from generation to generation, and from tissue sample to tissue sample, the presence or absence of a heteroplasmy does not constitute an exclusion. An inclusion is warranted as long as the sample being compared has either peak, or both peaks, at the corresponding position/s.

    Heteroplasmic positions may be noted by the use of IUPAC Codes. See below for a guide of base positions:

### Table A. IUPAC Codes

| | |
|---|---|
| K | G/T |
| M | A/C |
| R | A/G |
| S | G/C |
| W | A/T |
| Y | C/T |
| N | A/G/C/T |

Exhibit 161 Page 7 of 9 to
State Defendants' Motion for Summary Judgment NASIR_001015

| | |
|---|---|
| **From:** | Janis Puracal </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4985648290d54a809d8630a93eab698e-jpuracal> |
| **To:** | 'Huma Nasir' |
| **Sent:** | 3/26/2018 9:35:50 PM |
| **Subject:** | RE: FW: Bode Cellmark Case: CCB1791-0215, Agency Case: Oregon Innocence Project/Nicholas McGuffin |

The hairs were found on the victim's sock and shoe.  I agree that those are not probative since they are hers.

I will pass your question about 11a onto Bode and copy you on the email.

Janis



Janis C. Puracal
Oregon Innocence Project
Attorney and Co-Founder
P.O. Box 5248
Portland, Oregon 97208
Tel:  206-979-0831
http://www.oregoninnocence.org/

**From:** Huma Nasir [mailto:hanasir2001@yahoo.com]
**Sent:** Monday, March 26, 2018 5:18 PM
**To:** Janis Puracal <jpuracal@oregoninnocence.info>
**Subject:** Re: FW: Bode Cellmark Case: CCB1791-0215, Agency Case: Oregon Innocence Project/Nicholas McGuffin

Hi Janis,

I reviewed the report and yes all hairs except 11a are consistent with Leah's profile. No other testing is needed on these hairs as they appear to have originated from the victim herself.

where were these hairs collected from? If they come from her own person, unfortunately they don't provide any probative information.

I would like to ask Bode what they mean by the conclusion for 11a. The conclusion reads something like the results are not reported because they are not reproducible. I would like to know what they mean by that. Does it mean they obtained different results in multiple tries of processing? If so, is there a foreign profile there? was it contamination?

So if we can get an answer to what the results for 11a mean, no further analysis is needed on these hairs in my opinion.

Thanks,
Huma

On Monday, March 26, 2018, 4:17:16 PM CDT, Janis Puracal <jpuracal@oregoninnocence.info> wrote:


Huma,


Does this mean that these are Leah's hairs?  Is there anything else we should do to analyze the hairs?

Janis



Janis C. Puracal

Oregon Innocence Project

Attorney and Co-Founder

P.O. Box 5248

Portland, Oregon 97208

Tel:  206-979-0831

http://www.oregoninnocence.org/


**From:** Borges, Adrienne [mailto:Adrienne.Borges@bodetech.com]
**Sent:** Friday, March 23, 2018 1:32 PM
**To:** Janis Puracal <jpuracal@oregoninnocence.info>; hanasir2001@yahoo.com
**Cc:** Roller, Catharine <Catharine.Roller@bodetech.com>
**Subject:** Bode Cellmark Case: CCB1791-0215, Agency Case: Oregon Innocence Project/Nicholas McGuffin


Good afternoon,

Please find attached the scanned case report for your Bode Cellmark Case CCB1791-0215. Please let us know if you have any questions.


Thank you,

Adrienne

-This e-mail and any attachments may contain CONFIDENTIAL information, including PROTECTED HEALTH INFORMATION. If you are not the intended recipient, any use or disclosure of this information is STRICTLY PROHIBITED; you are requested to delete this e-mail and any attachments, notify the sender immediately, and notify the LabCorp Privacy Officer at privacyofficer@labcorp.com or call (877) 23-HIPAA / (877) 234-4722.