003197 003197 003197

00-255176

# OREGON STATE POLICE INCIDENT REPORT

PAGE 1 of 17

INCIDENT# [CAD#] SP00-255176

REPORT TYPE
☐ INITIAL REPORT
☑ SUPPLEMENTAL

ORIGINAL

OCT 22 2001

DISTRIBUTION ☑ GHQ Criminal ☐ GHQ F W ☐ GHQ Patrol
☐ ID Documents ☐ ID Prints ☐ District ☐ Explosives
☑ Lab COOS BAY ☑ DA COOS COUNTY
☑ Other COQUILLE P D

ASSOCIATED OSP #s/

OTHER AGENCY #s/ COQUILLE P D CASE # 00-1905

OFFENSE/ORS/ MURDER 163 115 Ocr/ 1 Co/ COOS Stat/ INAC

STATUS/ ACTI OPEN/ACTIVE INVESTIGATIO; COMP CLOSED SERVICE COMPLTE; NODA - NO PROSECUTION BY DA; CLOS/A - CLOSED BY ADULT ARREST; INAC OPEN/INACTIVE/NO FURTHER INVESTIGATION; OTH - OFFENDER DECEASED; CLOS/J CLOSED BY JUVENILE ARREST; UNFD - CLOSED UNFOUNDED; RFSE VICTIM REFUSED PROSECUTION

DES

ADDITIONAL OFFENSES/

MDT Ocr/ Co/ Stat/

Ocr/ Co/ Stat/

MCT Ocr/ Co/ Stat/

(SEE NARRATIVE FOR ADDITIONAL OFFENSES ☐ Yes ☑ No)

SOR

LEAD/ORIG AGENCY COQUILLE POLICE DEPT DATE/TIME REPORTED TO OSP/ 07/05/2000

RPT DATE/TIME/ 08-03-2000 6:50 PM OCCUR'd DATE/TIME

HITS

IF SUPPLEMENTAL DATE/TIME OF ORIGINAL REPORT/ 07/05/2000 9 00 PM

ORIGINAL SUBJECT OF REPORT/ POLYGRAPH EXAMINATION

Polygraph

SUBJECT OF THIS REPORT/ ASSIST OUTSIDE AGENCY

VICTIM FREEMAN, LEAH MICHOLE

AES

(ADDITIONAL VICTIMS ☐ YES ☑ NO)
(CO-DEFENDANTS ☐ YES ☐ NO)

CCFU

LOCATION OF INCIDENT/ COUNTY/

LOCATION TYPE (Premises)/

Misc Flag

METHOD OF ENTRY/

(list for each appropriate offense)

Misc Flag

TOTAL LOSS/ $0 00 TOTAL DAMAGE/ $0 00

DOMESTIC VIOLENCE? ☐ YES THEFT BY COMPUTER? ☐ YES

OTHER DE (For Field Office Use)

GANG INVOLVEMENT? ☐ YES describe

BIAS MOTIVATION? ☐ YES describe

OSP DE Date/Initial

WEAPON USED? ☐ YES describe

UNDER INFLUENCE OF ☐ UNKNOWN
Alcohol? ☐ YES and/or Drugs? ☐ YES describe

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party

UCR OK Date/Initial

Subject/ (Print ONLY) Last First Middle Reporting Party/ (Print ONLY) Last First Middle

Signature/ Signature Date/

REPORTING OFFICER/ DALE OESTER, DETECTIVE DPSST#/ 12942 DATE/ 09/26/2001

STN/ COOS BAY (33) ASSGN 418 APPROVED/ DATE/ 10-17-01

Form #155 Revised 4/1/2000

003197 003197 003197

00-255176

# OREGON STATE POLICE PERSON PAGE

PAGE 2 of 17

2

CODES/ V VICTIM C-COMPLAINANT MP MISSING PERSON R RUNAWAY S-SUSPECT PI-PERSON OF INTEREST ARR ARRESTED BY OTHER AGEN PB -PUBLIC SAFETY OFFICER M MENTIONED W WITNESS D DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 1 NAME/ FREEMAN, LEAH NICHOLE
CODE(S) AKA/NICKNAME/ (PREVIOUSLY IDENTIFIED)
V ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ RACE/ ETHNICITY/ DOB/ 10/29/1984 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */ -
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ - CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ UNKNOWN INJURY LEVEL/ FATAL
RELATIONSHIP TO OFFENDER/ PROBABLE GIRLFRIEND
MISSING PERSON TYPE/ ENDANGERED STATUS/ RECOVERED
SUSPECTED FOUL PLAY? ☑ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☑ NO
RCVRY CIRCUMSTANCES/ SKELETAL REMAINS LOCATED 08-03-2000

CODES/ V-VICTIM C-COMPLAINANT MP MISSING PERSON R RUNAWAY S SUSPECT PI-PERSON OF INTEREST ARR ARRESTED BY OTHER AGEN PB -PUBLIC SAFETY OFFICER M-MENTIONED W WITNESS D DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 2 NAME/ MCGUFFIN, NICHOLAS JAMES
CODE(S) AKA/NICKNAME/ NICK
PI ADDRESS/ 56246 BAKER RD
CITY/ COQUILLE STATE/ OR ZIP/ 97420- PH/ (541) 396-4983
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ RACE/ ETHNICITY/ DOB/ 04/25/1982 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */ -
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ BOYFRIEND OF VICTIM

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

003199 003199 003199

00-255176

# OREGON STATE POLICE PERSON PAGE

PAGE 3 of 17 3

CODES/ V-VICTIM C-COMPLAINANT MP MISSING PERSON R-RUNAWAY S-SUSPECT PI-PERSON OF INTEREST ARR ARRESTED BY OTHER AGEN PB -PUBLIC SAFETY OFFICER M MENTIONED W-WITNESS D DRIVER P PASSENGER OWN-OWNER OT-OTHER

Person# 3 NAME/ *SHELTON, JUSTIN ROBERT*
CODE(S) AKA/NICKNAME/
*MENT* ADDRESS/ *1054 N COLLIER*
CITY/ *COQUILLE* STATE/ *OR* ZIP/ *97423-* PH/ *(541) 396-6131*
DL#/ ST/ *OR* SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ *M* RACE/ *WHITE* ETHNICITY/ DOB/ *06/10/1983* HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ *OR* ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

CODES/ V-VICTIM C-COMPLAINANT MP-MISSING PERSON R-RUNAWAY S SUSPECT PI PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN PB -PUBLIC SAFETY OFFICER M MENTIONED W-WITNESS D-DRIVER P-PASSENGER OWN-OWNER OT-OTHER

Person# 4 NAME/ *SHELTON, BRANDON*
CODE(S) AKA/NICKNAME/
*MENT* ADDRESS/ *1054 N COLLIER*
CITY/ *COQUILLE* STATE/ *OR* ZIP/ *97423-* PH/ *(541) 396-6131*
DL#/ ST/ *OR* SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ *M* RACE/ *WHITE* ETHNICITY/ DOB/ *06/28/1981* HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ *OR* ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

00-255176

# OREGON STATE POLICE PERSON PAGE

CODES/ V-VICTIM C-COMPLAINANT MP MISSING PERSON R-RUNAWAY S SUSPECT PI-PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN PB-PUBLIC SAFETY OFFICER M-MENTIONED W-WITNESS D DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 5 NAME/ MIDDLETON, BILL GENE
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 1180 W 10TH
CITY/ COQUILLE STATE/ OR ZIP/ 97423- PH/ (541) 396-5468
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ M RACE/ WHITE ETHNICITY/ DOB/ 05/29/1947 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ UNCLE OF VICTIM

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

CODES/ V-VICTIM C COMPLAINANT MP MISSING PERSON R RUNAWAY S SUSPECT PI PERSON OF INTEREST ARR ARRESTED BY OTHER AGEN PB-PUBLIC SAFETY OFFICER M-MENTIONED W WITNESS D DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 6 NAME/ MIDDLETON, TERRY
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 1180 W 10TH
CITY/ COQUILLE STATE/ OR ZIP/ 97423- PH/ (541) 396-5468
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ F RACE/ WHITE ETHNICITY/ DOB/ HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ AUNT OF VICTIM

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

00-255176

# OREGON STATE POLICE PERSON PAGE

5

CODES/ V-VICTIM C-COMPLAINANT MP MISSING PERSON R RUNAWAY S-SUSPECT PI-PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN PB-PUBLIC SAFETY OFFICER M MENTIONED W WITNESS D-DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 7 NAME/ ROLFE, NITA
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 98340 LOWER HARBOR RD
CITY/ BROOKINGS STATE/ OR ZIP/ PH/ (541) 412-0685
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☐ YES ☑ NO ☐ UNK
SEX/ F RACE/ WHITE ETHNICITY/ DOB/ 06/23/1954 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ EX-WIFE OF BILL MIDDLETON

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

CODES/ V-VICTIM C COMPLAINANT MP-MISSING PERSON R RUNAWAY S-SUSPECT PI PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN PB-PUBLIC SAFETY OFFICER M MENTIONED W-WITNESS D DRIVER P-PASSENGER OWN-OWNER OT-OTHER

Person# 8 NAME/ MCGUFFIN, WAYNE NOLAN
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 56246 BAKER RD
CITY/ COQUILLE STATE/ OR ZIP/ 97423- PH/ (541) 396-4983
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ M RACE/ WHITE ETHNICITY/ DOB/ 03/23/1980 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ BROTHER OF NICK MCGUFFIN

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

003202 003202 003202

00-255176

# OREGON STATE POLICE PERSON PAGE

PAGE 6 of 17

6

CODES/ V-VICTIM C-COMPLAINANT MP-MISSING PERSON R RUNAWAY S SUSPECT PI-PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN
PB -PUBLIC SAFETY OFFICER M MENTIONED W WITNESS D-DRIVER P-PASSENGER OWN OWNER OT OTHER

Person# 9 NAME/ WILSON, JULIA
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 2175 OHIO ST
CITY/ NORTH BEND STATE/ OR ZIP/ 97459- PH/
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☐ YES ☑ NO ☐ UNK
SEX/ F RACE/ WHITE ETHNICITY/ DOB/ HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */ -
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/ AUNT OF WAYNE AND NICK MCGUFFIN

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

CODES/ V-VICTIM C COMPLAINANT MP-MISSING PERSON R RUNAWAY S-SUSPECT PI-PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN
PB -PUBLIC SAFETY OFFICER M-MENTIONED W WITNESS D DRIVER P PASSENGER OWN OWNER OT OTHER

Person# 10 NAME/ NASVALL, KEVIN DOUGLAS
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 1050 HARRIET ST
CITY/ COOS BAY STATE/ OR ZIP/ 97420- PH/ (541) 269-1546
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☐ YES ☑ NO ☐ UNK
SEX/ M RACE/ WHITE ETHNICITY/ DOB/ 05/14/1965 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */ -
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ ESCAPE RISK CORR STATUS/ INMATE COOS CO POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

Form #457 Revised 4/1/2000

003202 003202 003202

003203 003203 003203

00-255176

# OREGON STATE POLICE PERSON PAGE

PAGE 7 of 17

7

CODES/ V-VICTIM C-COMPLAINANT MP-MISSING PERSON R-RUNAWAY S-SUSPECT PI-PERSON OF INTEREST ARR-ARRESTED BY OTHER AGEN PB-PUBLIC SAFETY OFFICER M-MENTIONED W-WITNESS D DRIVER P PASSENGER OWN-OWNER OT OTHER

Person# 11 NAME/ PIZZOLA, HEATHER ANN
CODE(S) AKA/NICKNAME/
MENT ADDRESS/ 1171 N COLLIER
CITY/ COQUILLE STATE/ OR ZIP/ 97420- PH/ (541) 396-6522
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☐ YES ☐ NO ☐ UNK
SEX/ F RACE/ WHITE ETHNICITY/ DOB/ 10/19/1964 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

CODES/ V-VICTIM C-COMPLAINANT MP-MISSING PERSON R RUNAWAY S SUSPECT PI-PERSON OF INTEREST ARR ARRESTED BY OTHER AGEN PB PUBLIC SAFETY OFFICER M MENTIONED W-WITNESS D-DRIVER P-PASSENGER OWN OWNER OT-OTHER

Person# 12 NAME/ HAMILTON, DENNIS
CODE(S) AKA/NICKNAME/ SCOTT
MENT ADDRESS/ 560 E SIXTH ST
CITY/ COQUILLE STATE/ OR ZIP/ 97423- PH/ (541) 396-4527
DL#/ ST/ OR SOC/ FBI/
SID/ LOCAL ID#/ RES STATUS/ ☑ YES ☐ NO ☐ UNK
SEX/ M RACE/ WHITE ETHNICITY/ DOB/ 09/28/1981 HGT/
WEIGHT/ HAIR/ EYES/ SKIN COLOR/
SCARS,MARKS,TATTOS/
EMPLOYER/ WRK HRS */
EMPLOYER ADDRESS/
CITY/ STATE/ OR ZIP/ PH/
KNOWN ASSOC/
RELTN TO ASSOC/ CLOTHING/
CAUTIONS/ CORR STATUS/ POB/
REMARKS/

**Victim/Missing Persons Only**

INJURY TYPE/ INJURY LEVEL/
RELATIONSHIP TO OFFENDER/
MISSING PERSON TYPE/ STATUS/
SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN MISSING PREVIOUSLY? ☐ YES ☐ NO
RCVRY CIRCUMSTANCES/

**ASSIST OUTSIDE AGENCY – HOMICIDE**
**V/ FREEMAN, LEAH NICOLE**
**OSP #00-255176**

**MENTIONED OTHERS:**

DAVIDSON, RYAN 10-16-81
MCNAIR, SKYLER 06-13-82
BARTLEY, BRENT 03-02-80
(At Brandon Sheltons 10 to 10 30 p m 06-28-00)

SERO, WILLIAM "BILL" 04-09-74
(Associate of Ryan Davidsons sister With McGuffin "looking for Leah " Alisa Michaud saying he killed Leah)

CROOK, CAROL (Mother of Heidey)
CROOK, HEIDEY ELLEN 10-10-79
956 N Elliott
Coquille, Oregon 97423

COURTWRIGHT, COREY
(Mother of victim )
COURTWRIGHT, ALTON
(Grandfather of victim )
COURTWRIGHT, RICHARD
(Uncle of victim Works for Coos Co )
FREEMAN, DENISE
(Sister of victim )

MITCHELL, "PEGGY" MARGARET ANN 06-19-1957
(Mother of Cherie)
MITCHELL, CHERIE ANN 08-12-85
444 ½ N
Coquille, Oregon 97423
Phone 541-396-3155

THURMAN, JAMIE 01-04-73
(Per Cherie Mitchell, Thurman at Michelle Morris's saying Alisa Michaud knew that Sero had killed Leah Drunk at the time)

REID, HEATHER 01-19-80
(Per Cherie Mitchell, Reid heard Thurman at Morris's)

STEINHOFF, KRISTIN
(Per Cherie Mitchell, Kristin saying McGuffin was in her car and they saw Leah, wearing black at Fairview Rt )

**ASSIST OUTSIDE AGENCY – HOMICIDE**
**V/ FREEMAN, LEAH NICOLE**
**OSP #00-255176**

**MENTIONED OTHERS: (Continued)**

HAMILTON, DENNIS "SCOTT" 09-28-81
460 East 6th
Coquille, Oregon 97423
Message Phone 541-396-4527

**MENTIONED OFFICERS:**

MAIN, DAVE DETECTIVE
Coos Bay Police Dept
Coos Bay, Oregon 97420
Phone 541-269-8911

DAVIS, JIM DETECTIVE
Oregon State Police
Klamath Falls, Ore
Phone 541-883-5713

PERSKE, DEAN DETECTIVE
Oregon State Police
Roseburg, Oregon
Phone 541-440-3334

**NARRATIVE:**

On 06-29-00, Leah FREEMAN was reported missing to the Coquille Police Department FREEMAN was last seen at approximately 9 00 p m on 06-28-00, walking on Central Avenue near 5th Street

In mid July, Coquille Police Department requested assistance from the Oregon State Police in the investigation of her disappearance

On 08-03-00, the body of Leah FREEMAN was discovered on Lee Valley Road in the Fairview area of Coos County

**ACTION TAKEN:**

At 6 30 p m on 08-03-00, I was called out to assist the Coquille Police Department after the body of Leah FREEMAN was discovered I was assigned to accompany Det Dave MAIN in the surveillance of the Hwy 42 and Fat Elk Road area Two vehicles and one individual were the target of this surveillance Nothing of a positive nature was generated from this surveillance

**ASSIST OUTSIDE AGENCY – HOMICIDE**
**V/ FREEMAN, LEAH NICOLE**
**OSP #00-255176**

**ACTION TAKEN: (Continued)**

At 7 45 a m on 08-04-00, I attended a case status briefing at the Coquille Police Department and received an investigative assignment

At 10 40 a m 08-04-00, I contacted Justin Robert SHELTON at his residence in Coquille Information had been developed that a party had taken place in the Fairview area the night that Leah FREEMAN had gone missing

Justin SHELTON stated in substance that he'd heard about a party going to take place up at Fairview, but he did not go He has since heard that Richard BRYANT, who lives in the Broiler Apartments #B, David JENKINS, and David WEST were at that party

At 11 05 a m , I spoke with Justin's brother, Brandon, about his knowledge of this disappearance He stated that Nick MCGUFFIN came by his house the day after Leah went missing and was crying and really upset He had been good friends with Nick in school, but hadn't hung around him much recently The night that Leah went missing he was not out that night He'd been home because it was his birthday Between 10 00 and 10 30 that night Ryan DAVIDSON and Sklyler MCNAIR came by his house to visit for his birthday They had been at Brent BARTLEY'S place till 10 00 or 10 30p m

He didn't know about any party that was suppose to have been up at Fairview the night that Leah went missing

He knows a guy named Bill SERO SERO was supposed to marry Ryan DAVIDSON'S sister

At 12 15 p m , I contacted Carol CROOK, mother of Hiedi CROOK, in an attempt to locate Heidi Ms CROOK stated that Heidi wasn't living there that she was with a guy driving a white Toyota pickup with a rollbar, his name was possibly Steve Pager number of the guy that Heidi was with is 266-1365 She stated that she would have Heidi call when she contacted her

At 10 30 a m on 08-05-00, I contacted Peggy MITCHELL, mother of Cherie Ann MITCHELL, at her residence in Coquille She stated that she didn't see Leah changed back from her running shorts into her blue jeans prior to leaving the night she disappeared The running shorts that she wore were transparent to the point that she would had to have worn panties

When Leah left she didn't take the swimming suit that she originally came over to their house for

**ACTION TAKEN: (Continued)**

Nick came to her house at about 9 10p m looking for Leah He was told that she was walking home and he left

At about 10 15 p m Nick came back, still looking for Leah

Neither Peggy or Cherie actually saw Leah change, but Ms MITCHELL stated, "No decent woman would go jogging in those shorts without wearing panties "

At 10 55 a m on 08-05-00, Det Jim DAVIS and I contacted Corey COURTWRIGHT at her residence and spoke with her regarding clothing that Leah was wearing She stated that Leah normally wore ankle high socks, blue jeans, tee shirts, bikini type panties and gray sports bras The only jewelry that Leah consistently wore was a thin silver ring

At 11 25 a m , I contacted Cherie Ann MITCHELL at the Coquille Police Department and spoke with her about the clothing Leah was last seen wearing

Cherie MITCHELL stated the shorts that Leah was going to go jogging in were still at her (MITCHELL'S) house They were white with blue hearts on them She and Leah had changed into their jogging shorts, then her mother said that she couldn't go jogging with Leah Leah got upset and changed back into her jeans She didn't actually see Leah change and couldn't say if she was wearing panties or not

Leah wore a thin silver ring with a small pinkish/purple stone in it She also may have been carrying lip-gloss or Chap Stick in her pocket

At 11 40 a m on 08-07-00, I contacted Heidi Ellen CROOK and spoke with her regarding statements attributed to Jamie THURMAN

She said that she was at Michelle MORRIS'S house when she heard Jamie THURMAN saying that Bill SERO killed Leah Jamie was drunk at the time he was saying this and he said something about Alisa MICHAUD knew that SERO had done it She thinks some of the stuff that Jamie was talking about were rumors that got blown out of proportion Heather REID was present at Nicole MORRIS'S when Jamie was talking this stuff

The only place that she knows that they have parties is up at Helo Pond on Moon Creek above Cherry Creek She had no knowledge of a party going on in Fairview the night that Leah disappeared

**ACTION TAKEN: (Continued)**

She said that Kristin STIENHOFF has been saying that she was taking Nick back to his car the night Leah disappeared That she saw Leah wearing a black sweatshirt and standing by the stop sign at the mouth of Fairview route They went past, turned around and came back, but when they did the person was gone

At approximately 2 30 p m on 08-07-00, I was contacted by a confidential source that told me that the ex-wife of Bill MIDDLETON works at the Port of Brookings MIDDLETON, who is an uncle of Leah FREEMAN, is credited with beating his ex-wife and more

At 11 00 a m on 08-08-00, Det Dean PERSKE and I contacted Wayne and Nick MCGUFFIN at Johnson Planing Mill off Shinglehouse Slough Road in Coos Bay During this contact an appointment was made to interview Wayne MCGUFFIN between 2 15 and 2 30 at the OSP Coos Bay office

I overheard Det PERSKE talking with Nick MCGUFFIN about the last time he'd had sexual contact with Leah MCGUFFIN stated that it was possibly Monday, prior to her disappearance, when he'd last had sexual contact with her

At 11 25 a m , I telephoned the Port of Brookings and spoke briefly with Nita ROLFE She stated that she'd married Bill MIDDLETON at 18 years of age, and had some concerns about his possible contact with Leah FREEMAN An appointment was made to contact her at a later time

At 1 55 p m on 08-08-00, Det PERSKE and I were contacted at the Coos Bay Office by Wayne MCGUFFIN He stated that on the day that Leah went missing, he worked from 9 30 a m until 2 00 p m , at the Johnson Planing Mill After he got off work he went to his aunts house, Julia WILSON, in North Bend who lives at 2175 Ohio Street, and spent the rest of the night there He worked and stayed at his aunt's Thursday, Friday, and went home Saturday afternoon He thinks it was Friday night when he saw on the news that Leah was missing He's sure he knew about Leah missing before he went home to Coquille Saturday afternoon

Leah and Nick did their share of arguing, but seemed to get along okay from what he saw

When he got home Nick was really upset and crying about it Nick did seem pissed off because everybody thinks he did it and because the way the cops were treating him

**ACTION TAKEN: (Continued)**

He's heard rumors from people about what happened to Leah One of the rumors was that she was seen driving around in a purple car with a guy

He personally doesn't think that she would get into a car with a stranger He doesn't think that a stranger would have a real easy time abducting her because she was really a scrapper for being 15 years old

He drives a black, 1980 Datsun, 4-door, station wagon

Investigative effort towards confirming Wayne MCGUFFIN'S story resulted in his aunt, Julia WILSON, confirming that Wayne was at her residence watching TV the night that Leah went missing

At 9 50 a m 08-09-00, I contacted Nita ROLFE at the Port Offices in Brookings In substance she stated that she'd seen her ex-husband Bill MIDDLETON, she thought the night that Leah went missing, driving through Coquille This is what she had initially thought when she mentioned it to a confidential source Since that time she has realized that it was the evening of the 30th that she had seen MIDDLETON driving through Coquille She went on to describe the relationship surrounding her marriage with MIDDLETON In substance she stated that he had a propensity to become sexually involved with young females Although she had no specific information to prove it, she wouldn't be surprised if MIDDLETON had been sexually involved with Leah

On 08-10-00, I assisted with the filming of the funeral service and subsequent activities surrounding the services for the victim of this case The tapes generated by this effort were released to the Coquille Police Department

At 11 00 a m on 08-11-00, I contacted Kevin Douglas NASVALL at the Coos County jail and interviewed him regarding his attendance at the party at Nicole MORRIS'S residence, when Jamie THURMAN made statements about Bill SERO killing Leah FREEMAN

NASVALL said that he had been in jail from June 28th until July 8th of 2000 He had attended a party at Nicole MORRIS'S residence in Fairview That was where he first met Jamie THURMAN He heard Heather REID talking about a Bill SERO as possibly being the one that had abducted and or killed Leah FREEMAN but he didn't pay much attention to it

He's heard rumors about Leah's ex-boyfriend and his friend taking her out in the woods and killing her, but he has no direct knowledge

**ASSIST OUTSIDE AGENCY – HOMICIDE**
**V/ FREEMAN, LEAH NICOLE**
**OSP #00-255176**

**ACTION TAKEN: (Continued)**

At 3 10 p m on 08-11-00, I contacted Heather Ann PIZZOLA at the Coquille Police Department and obtained the following information

She stated that Tammy YOUNG told her that her niece Kristin said that Leah would be found on the beach with her throat cut, raped, and pregnant Kristin (STIENHOFF) was saying this before Leah's body had been found

At 12 50 p m on 08-14-00, I contacted Alton COURTWRIGHT, grandfather of the victim, at his residence in Coquille regarding male family members that could have had contact with the victim During this conversation Mr COURTWRIGHT advised that Rich COURTWRIGHT was his son and worked for Coos County Rich liked Leah, but was not close to her They were friendly, but that was about it

His son-in-law, Bill MIDDLETON, works at the Coquille Post Office and is married to his daughter Terry Bill used to coach Leah and was a good coach and Leah seemed to get along with him Bill and Terry took in Denise, Leah's sister, when Denise got into trouble with drugs, and helped straighten her out Bill tries to dominate Denise and it did help get her off drugs Bill has said that Nick's crying and acting sad is an act Denise supports Nick and believes what Nick says He thinks this is why Denise, Bill, and Terry don't get along anymore

At 3 10 p m , I contacted Denise FREEMAN and arranged to meet her at Colleen's Restaurant in Coquille at 3 45 p m

At 3 50 p m on 08-14-00, I contacted Denise FREEMAN and spoke with her about a variety of issues surrounding the disappearance of her sister, including Bill MIDDLETON

She described Richard COURTWRIGHT as a nice guy He's a joker and funny She said that during the time that Nick and Leah were broke up, to her knowledge, neither dated anybody else

She did not express any concerns about Bill MIDDLETON Other than the fact that she didn't approve of the way Bill treated Nick

She stated that Terry MIDDLETON, Bill's wife, had two kids from a previous marriage Kelly WECHTER, who she had heard rumor, had shot a kid in the past And Kelly's sister, Melissa WECHTER

**ACTION TAKEN: (Continued)**

At 3 40 p m on 08-15-00, I contacted Dennis "Scott" HAMILTON at the Coquille Police Department During this contact the following information was obtained His girlfriend was Kristin STIENHOFF and his ex-girlfriend is Melissa SMITH On June 28, he was at Melissa's until about eight o'clock and then he went home At 9 00 to 9 30 he went over to Kristin STIENHOFF'S house and Nick was there sitting in his Mustang KRISTIN was on the porch and Nick asked him if he had seen Leah He told Nick that he had not seen Leah and Nick said that if he saw Leah and she was with another guy to beat the hell out of the guy and take Leah home In his opinion Nick seemed genuinely concerned

Nick and Kristin were going to go put gas in a purple Kia, so he waited at Kristin's house They left about 10 30 and were gone about 15 to 20 minutes before they came back When they got back, they said that they had gone to SINNETT'S to see if Leah was there, but she wasn't

Nick left Kristin's at midnight, possibly a little after He (HAMILTON) stayed another 15 to 20 minutes before Kristin left to take the purple Kia back to the guy that owned it near Green Acres He left and went home and got home about 1 00 a m

On June 29th he woke up at 11 00 a m or so He went over to Kristin's, but she was asleep He drove around and stopped at Hunter's to see Brian and then he went back to Kristin's about 7 00 p m and spent the night there He heard that Leah was missing the next day when Melissa told him He has since heard that Nick was blaming Leah's disappearance on him He heard this from Melissa SMITH

On the night of June 28 he never saw Nick and Kristin STIENHOFF in her bedroom When he got to Kristin's that night he turned down his CD player when he pulled in and saw that it was 9 00 and Nick was there, just getting out of his car, and walking up to her door It wasn't dark yet, but it was close enough that he had his headlights on Nick was very calm and didn't act like anything was happening

At 7 50 p m on 08-17-00, I contacted Billy MIDDLETON at his residence in Coquille, and interviewed him regarding his knowledge and involvement with Leah FREEMAN

He stated that the last time that he saw Leah was, he thinks, the night she went missing He and his wife were on their way to Safeway in Coquille just before 7 00 p m

**ASSIST OUTSIDE AGENCY – HOMICIDE**
**V/ FREEMAN, LEAH NICOLE**
**OSP #00-255176**

**ACTION TAKEN: (Continued)**

He saw Nick and Brent in Nick's car and he thought Leah was in the back seat They were northbound just past Southwestern Motors He and his wife went to the store and then directly home He didn't see anything of Nick's car on their return trip He spent the rest of the evening at home with his wife

MIDDLETON described his relationship and involvement with Denise FREEMAN and described he and his wife taking her into their home as trying to give Denise the opportunity to get out of the drug scene

He freely admitted that he believes that Nick McGUFFIN has knowledge or involvement in Leah's disappearance and from his comments it's very apparent that he has no positive feeling towards McGUFFIN

At 8 30 p m on 08-17-00, I contacted Terry MIDDLETON at her daughter's residence and spoke with her regarding her and her husband's movements the night that Leah disappeared She confirmed her husband's statements that they were together that evening She also confirmed that they saw Nick, Brent, and Leah driving through Coquille as she and her husband were going to Safeway

On 09-19-00, I attended a case status briefing at Coquille PD with other investigation team members I was assigned to contact and interview Dennis "Scott" HAMILTON, who reportedly had gone with Nick McGUFFIN to the scene where the victim's body was found

At 2 05 p m on 09-19-00, I contacted Dennis Scott "Scott" HAMILTON at the Coquille Police Department He stated that about a week after Leah's body was found, he was going to Chris MILLER'S place above Fairview with Nick McGUFFIN It was about 8 00 p m in the evening and Nick asked him if he wanted to see where Leah's body had been found

HAMILTON stated that he told Nick that he didn't, but as they were driving to Fairview Nick turned onto Lee Valley Road and drove out past the rock pit Nick was looking to the left, driving slow and pointed out where the grass was mashed down, and said that's where her body was found Nick drove about 20' past this spot and stopped the car and they got out Nick walked back to where the grass was mashed down and went down over the bank towards the river

HAMILTON said he was really not comfortable with this and stayed up on the road and watched Nick Nick was down at the foot of the bank looking around and touching things Nick pointed out a spot where he said Leah had been laying

**ACTION TAKEN: (Continued)**

HAMILTON stated that he was really uncomfortable at this point and wanted to leave Nick came back up the bank and he had a picture of Leah in his hand He was crying and looking at the picture, then walked up to him and hugged him (HAMILTON) Nick was saying that he could picture Leah laying down there with her head on a rock HAMILTON stated that this really freaked him out and he started walking back towards the car Nick started walking with him and by the time they got the 20' back to the car Nick had quit crying They got back in the car and Nick then drove on up to Chris's

HAMILTON stated that this made him so uncomfortable the he no longer associated as a close friend of Nick McGUFFIN He knows that McGUFFIN is hanging out with Ricky CROOK and that they're smoking lots of "crank"

Nick doesn't drive the Thunderbird anymore because he fell asleep and wrecked it on Fishtrap Road awhile aback

At my request HAMILTON agreed to return with me to where the victim's body was found to point out where McGUFFIN was indicating the body was located

At 3 10 p m , I transported Scott HAMILTON to Lee Valley Road and had him direct me to the location where McGUFFIN had left the road and gone down over the bank

HAMILTON pointed out the spot McGUFFIN indicated to him as where victim's body had been found (This was not in fact the actual location ) HAMILTON also stated that the night this happened, Nick was walking around and walked out of sight a few times towards the river

At 3 45 p m , HAMILTON was transported back to his residence and I broke contact with him (Refer to hand drawn map from my notebook )

From this point I have taken no further investigative actions Unless specifically requested I do not anticipate further action being taken on this case