```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

                         EUGENE DIVISION




NICHOLAS JAMES MCGUFFIN, as an     )
individual and as guardian ad      )
litem, on behalf of S.M., a        ) Civil No.
minor,                             ) 6:20-cv-01163-MK
                                   ) (Lead Case)
              Plaintiffs,          )
                                   )
     v.                            )
                                   )
MARK DANNELS, PAT DOWNING,         ) VIDEOCONFERENCE
SUSAN HORMANN, MARY KRINGS,        ) DEPOSITION
KRIS KARCHER, SHELLY MCINNES,      )
RAYMOND MCNEELY, KIP OSWALD,       )
MICHAEL REAVES, JOHN RIDDLE,       )
SEAN SANBORN, ERIC                 )
SCHWENNINGER, RICHARD WALTER,      )
CHRIS WEBLEY, ANTHONY WETMORE,     )
KATHY WILCOX, CRAIG ZANNI,         )
DAVID ZAVALA, JOEL D. SHAPIRO      )
AS ADMINISTRATOR OF THE ESTATE     )
OF DAVID E. HALL, VIDOCQ           )
SOCIETY, CITY OF COQUILLE, CITY    )
OF COOS BAY, and COOS COUNTY,      )
                                   )
              Defendants.          )
                                   )
VIDOCQ SOCIETY,                    )
                                   )
              Cross-Claimant,      )
                                   )
     v.                            )
                                   )
MARK DANNELS, PAT DOWNING,         )
SUSAN HORMANN, MARY KRINGS,        )
KRIS KARCHER, SHELLY MCINNES,      )
RAYMOND MCNEELY, KIP OSWALD,       )
MICHAEL REAVES, JOHN RIDDLE,       )
SEAN SANBORN, ERIC                 )
SCHWENNINGER, RICHARD WALTER,      )
CHRIS WEBLEY, ANTHONY WETMORE,     )
KATHY WILCOX, CRAIG ZANNI,         )
DAVID ZAVALA, JOEL D. SHAPIRO      )
```

1            MARK J. DANNELS,
2 called as a witness on behalf of the Plaintiffs, having been
3 first duly sworn to tell the truth, the whole truth, and
4 nothing but the truth, was examined and testified as follows:
5            THE WITNESS:  Yes, ma'am.
6                        EXAMINATION
7 BY MR. LAUERSDORF:
8       Q.   Okay.  Sheriff Dannels, my name is Andy Lauersdorf.
9 We're back on the record in the deposition of Mark Dannels, in
10 the matter of Nicholas McGuffin and S.M. vs. Mark Dannels and a
11 number of other defendants.  Do you recall that?
12       A.   Yes, I do.
13       Q.   Okay.  Would you please state your name as given at
14 birth.
15       A.   Mark Joseph Dannels.
16       Q.   And your place and date of birth?
17       A.   Clinton, Iowa, December 28th, 1963.
18            MR. LAUERSDORF:  Okay.  And once again, this is
19 Andrew Lauersdorf on behalf of the plaintiffs, and I'll have
20 the other attorneys on the Zoom call introduce themselves at
21 this time, please, starting with Ms. Puracal.
22            MS. PURACAL:  Janis Puracal for plaintiffs.
23            MS. HENDERSON:  This is Sarah Henderson on behalf
24 of the witness and the remaining municipal defendants.
25            MR. DAVIS:  Jesse Davis on behalf of the State

1  your time.
2             THE WITNESS:  Thank you, Eric.
3             MS. HENDERSON:  Oh, there you are.  I figured you'd
4  have some questions, Meredith.
5             MS. SAWYER:  I do.  It just took me a minute.  Does
6  anybody need a break, or is it okay to go ahead and start?
7             (No response.)
8             MS. SAWYER:  I'm taking that as it's okay to go
9  ahead and start.
10                           EXAMINATION
11 BY MS. SAWYER:
12      Q.   Good afternoon, Sheriff Dannels.  My name is
13 Meredith Sawyer, and I represent Vidocq Society.
14           I just -- I'll try to go in order, but I can't make
15 any promises.
16           Who was the person that had the initial contact
17 with Vidocq Society in connection with the Freeman
18 investigation from your office?
19      A.   That would be me.  Well, my receptionist got the
20 call, but we got a call from Vidocq.  How they found out about
21 this case, I don't know, but inquiring that they could help us.
22      Q.   And do you remember when that was?
23      A.   Probably a couple of months before we went to
24 Philadelphia.
25      Q.   And do you remember when you went to Philadelphia?

1    A.   I want to say it was '09, '10.  I want to say it
2  was late '09, first part of '10, something like that.
3    Q.   If I -- if the records that we've looked at looked
4  like it was in January of 2010, would that be consistent with
5  your memory?
6    A.   That seems fair, as I stated, yeah.
7    Q.   Okay.  And did you have any kind of written
8  agreement or verbal agreement of any kind about the role that
9  Vidocq Society would play in connection with the Freeman case?
10   A.   Can I call you Meredith?  Is that okay?
11   Q.   Yes, you can.
12   A.   Meredith, I didn't even know what Vidocq was.  I'll
13 just tell you.  So when I got the call, I had to look them up.
14 I had them -- I reached out to Paul Frasier to see what his
15 wishes were.  He actually, I believe, spoke with them also.
16 And it was agreed upon that we would take the instrumental
17 people, like Craig Zanni, and him, myself, and I think Lisa
18 from DOJ went too.  I'm not positive, but to go back there, and
19 Paul would present to them.  So -- and I believe they paid for
20 everything.  I believe they paid for -- I think you all paid
21 for everything, for us to come back there and -- it was a
22 freebie for us.
23   Q.   Mr. Frasier testified a couple of days ago that his
24 recollection was that Vidocq Society paid for you and he to go,
25 but someone else paid for Mr. Zanni and Lisa to go.  Is that

```
 1  STATE OF OREGON        )
                           )       ss.  C E R T I F I C A T E
 2  County of Douglas      )

 3

 4         I, JEAN M. KOSTNER, Certified Shorthand Reporter for the

 5  State of Oregon, do hereby certify that:

 6         Pursuant to stipulation of counsel for the respective

 7  parties, hereinbefore set forth, MARK J. DANNELS appeared

 8  remotely before me at the time and place set forth in the

 9  caption hereof;

10         That, at said time and place, I reported in stenotype

11  all testimony adduced and oral proceedings had in the foregoing

12  matter, to the best of my ability;

13         That, thereafter, my notes were reduced to typewriting,

14  and that the foregoing transcript, pages 1 through 108, both

15  inclusive, constitutes a full, true, and correct transcript of

16  all such testimony adduced and oral proceedings had and of the

17  whole thereof.

18         IN WITNESS WHEREOF, I have hereunto set my hand and CSR

19  stamp this 13th day of September, 2023, in the City of

20  Roseburg, County of Douglas, State of Oregon.

21
                              [signature: Jean M. Kostner]
22
                              _____
23                            JEAN M. KOSTNER
                              Certified Court Reporter
24                            CSR No. 90-0051

25
```