ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL  #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us
           Todd.Marshall@doj.state.or.us
           kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>          Plaintiff,<br><br>     v.<br><br>OREGON STATE POLICED ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>          Defendant.<br><br>VIDOCQ SOCIETY,<br><br>          Cross-Claimant.<br><br>RICHARD WALTER,<br><br>          Cross-Claimant. | Case No.  6:20-cv-1163-MK (Lead Case)<br>                3:21-cv-1719-MK (Trailing Case)<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
       JBD/db5/936231421

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Plaintiff,

v.

OREGON STATE POLICE,

Defendant.

Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox and Oregon State Police hereby give notice that Kristen E. Hoffmeyer is now an additional counsel of record in this proceeding. Jesse Davis continues as lead counsel, with Todd Marshall as second chair.

The address for the receipt of all correspondence and pleadings remains the same.

DATED August 15, 2024.

                                                    Respectfully submitted,

                                                  ELLEN F. ROSENBLUM
                                                Attorney General

*s/ Kristen Hoffmeyer*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us
       Todd. marshall@doj.state.or.us
       Kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 2 -    NOTICE OF ASSOCIATION OF COUNSEL
JBD/db5/936231421

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on August  15 , 2024, I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Andrew C. Lauersdorf**<br>**Janis C. Puracal**<br>Maloney Lauersdorf & Reiner, PC<br>1111 E. Burnside Street, Suite 300<br>Portland, OR 97214<br>  *Of Attorneys for Plaintiffs* | ___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br> X  E-MAIL:<br>*jcp@mlrlegalteam.com;*<br>*acl@mlrlegalteam.com* |
| **David B. Owens**<br>Loevy & Loevy<br>c/o Civil Rights & Justice Clinic<br>University of Washington Law School<br>William H. Gates Hall, Suite 265<br>PO Box 85110<br>Seattle, WA 98145-1110<br>  *Of Attorneys for Plaintiffs* | ___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br> X  E-MAIL:<br>*david@loevy.com* |
| **Robert E. Franz , Jr.**<br>**Sara R. Henderson**<br>Law Office of Robert E. Franz, Jr.<br>P.O. Box 62<br>Springfield, OR 97477<br>  *Of Attorneys for Defendants Dannels,*<br>*Downing, Karcher, McInnes, McNeely,*<br>*Oswald, Reaves, Sanborn, Schwenninger,*<br>*Shapiro, Webley, Wetmore, Zanni, Zavala,*<br>*City of Coquille, City of Coos Bay,*<br>*and Coos County* | ___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br> X   E-MAIL:<br>*rfranz@franzlaw.comcastbiz.net*<br>*shenderson@franzlaw.comcastbiz.net* |
| **Anthony Scisciani III**<br>**Kelsey L. Shewbert**<br>**Rachel Jones**<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland OR  97204<br>  *Of Attorneys for Defendant*<br>  *Vidocq Society* | ___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br> X  E-MAIL:<br>*ascisciani@hwslawgroup.com*<br>*kshewbert@hwslawgroup.com*<br>*rjones@hwslawgroup.com* |

Page 1 -    CERTIFICATE OF SERVICE
348823333

**Meredith A. Sawyer**         ___ MAIL DELIVERY
HWS Law Group         ___ OVERNIGHT MAIL
1500 Fourth Avenue, Suite 2200       _X_ E-MAIL:
Seattle WA  98101
   *Of Attorneys for Defendant*       *msawyer@hwslawgroup.com*
   *Vidocq Society*

**Eric S. DeFreest**         ___ MAIL DELIVERY
Luvaas Cobb         ___ OVERNIGHT MAIL
777 High Street, Suite 300       _X_ E-MAIL
Eugene OR  97401       *edefreest@luvaascobb.com*
   *Of Attorneys for Defendant*       *KWorkman@luvaascobb.com*
   *Richard Walter*

**Laura E. Coffin**         ___ MAIL DELIVERY
Coffin Law         ___ OVERNIGHT MAIL
541 Willamette Street, Suite 211      _X_ E-MAIL
Eugene OR  97401
     *Of Attorneys for Defendant*       *lauracoffin@coffin.law*
     *Richard Walter*

     *s/ Kristen Hoffmeyer*
_____
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:     jesse.b.davis@doj.state.or.us
           todd.marshall@doj.state.or.us
           kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants
Hormann, Krings, Riddle, Wilcox
and Oregon State Police

Page 2 -    CERTIFICATE OF SERVICE
    348823333

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000