UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK DANNELS, *et al.*,<br><br>    Defendants. | Case No. 6:20-cv-01163-MTK<br>(Lead Case)<br><br>**ORDER** |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>OREGON STATE POLICE,<br><br>    Defendant. | Case No. 3:21-cv-01719-MTK<br>(Trailing Case**)** |

**KASUBHAI,** United States Magistrate Judge:

    Plaintiff Nicholas James McGuffin, as an individual and as guardian ad litem on behalf of his minor daughter, S.M. ("Plaintiffs"), bring this civil rights action against Defendants. Second Am. Compl. ("SAC"), ECF No. 143. On November 20, 2024, the Court held a status conference

Page 1 — ORDER

by video. Based on the parties' written submissions, arguments presented in court, and for the reasons stated on the record, the Court Orders the following:

**I.** The parties' request to extend the expert damages discovery deadline is GRANTED. Deadline to complete depositions of all experts, not otherwise addressed in this order, is 12/13/2024.

**II.** Municipal Defendants' request to extend the deadline for discovery of an expert report as discussed on the record is GRANTED. Municipal Defendants may submit one additional expert report as discussed on the record. Plaintiffs shall have the opportunity to submit a rebuttal report and depose the Municipal Defendants' expert. After Plaintiffs receive the report, the parties shall confer and determine, if necessary, the time to take the expert's deposition. The timing of the deposition is not confined to the 12/13/2024 deadline.

**III.** Defendant Vidocq Society's request to extend the deadline for rebuttal experts to conduct an independent medical examination of Plaintiffs is DENIED as MOOT.

**IV.** State Defendants' Request to extend the deadline to file motions for summary judgment is GRANTED. Deadline for filing dispositive motions is extended to January 7, 2025. Responses to summary judgment motions will be due by February 18, 2025. Replies will be due by March 11, 2025. All parties are permitted to exceed the LR 7-2(b) page limit and may file a dispositive motion or a response totaling fifty (50) pages including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel. Each

group of Defendants (e.g., State Defendants) shall only file a single motion for summary judgment addressing all issues.

IT IS SO ORDERED.

DATED this 27th day of November 2024.

                                                  s/ Mustafa T. Kasubhai
                                                  MUSTAFA T. KASUBHAI (He / Him)
                                                  United States District Judge