DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
        Todd.Marshall@doj.oregon.gov
        kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Case No.  6:20-cv-1163-MTK (Lead Case)<br>            3:21-cv-1719-MTK (Trailing Case)<br><br>STATE DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR SUMMARY JUDGMENT |

Page 1 -   STATE DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR
            SUMMARY JUDGMENT

VIDOCQ SOCIETY,

        Cross-Claimant.

RICHARD WALTER,

        Cross-Claimant.

---

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.


Pursuant to LR 7-2(b), defendant moves this court for an order allowing defendant to file a motion for summary judgment in excess of the 50-page limit set by the court. This motion is supported by the attached declaration of counsel.

    DATED January  07  , 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        *s/ Kristen E. Hoffmeyer*
        JESSE B. DAVIS #052290
        Senior Assistant Attorney General
        TODD MARSHALL #112685
        Senior Assistant Attorney General
        KRISTEN E. HOFFMEYER #085338
        Senior Assistant Attorney General
        Department of Justice
        100 SW Market Street
        Portland, OR 97201
        Email: jesse.b.davis@doj.oregon.gov
            Todd. marshall@doj.oregon.gov
            Kristen.hoffmeyer@doj.oregon.gov
        Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

JBD/ce1/980652831