**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs,<br>        v. | **Declaration of**<br>**Robert E. Franz, Jr.**<br>in Support of Municipal<br>Defendants' FRCP 56 Motion<br>for Summary Judgment<br>**(Exhibits 5003-5022)** |
| Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly McInnes, Raymond McNeely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric Schwenninger,<br>Richard Walter, Chris Webley, Anthony<br>Wetmore, Kathy Wilcox, Craig Zanni,<br>David Zavala, Joel D. Shapiro as Administrator<br>of the Estate of David E. Hall, Vidocq Society,<br>City of Coquille, City of Coos Bay, and Coos County,<br><br>        Defendants. | |

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

Case No. 3:21-cv-01719-MK
(Trailing Case)

       Plaintiffs,

  v.

Oregon State Police,

       Defendant.


I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5003, is a true and correct copy of the 2000 Grand Jury Video relating to the disappearance and death of Leah Freeman;

Attached hereto as Exhibit 5004, is a true and correct copy of the Mark Kirn 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5005, is a true and correct copy of David Jenkins 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5006, is a true and correct copy of Josh Emler 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5007, is a true and correct copy of Jason Rice 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5008, is a true and correct copy of Kristen Steinhoff 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5009, is a true and correct copy of Michael McAdams 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5010, is a true and correct copy of Lyndee Kindred 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5011, is a true and correct copy of Raymond Lewis 2000 Grand Jury Transcript;

Attached hereto as Exhibit 5012, is a true and correct copy of Brent Bartley 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5013, is a true and correct copy of Kristy Christofferson 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5014, is a true and correct copy of Scott Hamilton 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5015, is a true and correct copy of Cherie Mitchell 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5016, is a true and correct copy of Ashley Hutchinson 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5017, is a true and correct copy of Margaret Mitchell 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5018, is a true and correct copy of Sharon Nelson 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5019, is a true and correct copy of Nicole Price 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5020, is a true and correct copy of Aaron West 2000 Grand Jury Transcript relating to the disappearance of Leah Freeman;

Attached hereto as Exhibit 5021, is a true and correct copy of 6/29/00 Missing Person Report by Reaves; and,

Attached hereto as Exhibit 5022, is a true and correct copy of 7/1/00 Supplemental Missing Person Report by Reaves;

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, January 7, 2025.


By:    /s/ Robert E. Franz, Jr.                       
       FRANZ & HENDERSON
       **Robert E. Franz, Jr.**
       OSB #730915
       **Attorneys for Municipal Defendants**