**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>   Plaintiffs,<br>    v.<br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>   Defendants. | Case No. 6:20-cv-01163-MK<br><br><br><br>**Exhibit 5006–**<br>**Grand Jury Proceedings**<br>**Joshua D. Emler** |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

MALE SPEAKER: Will you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: Yes.

JOSHUA D. EMLER (phonetic),

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  Could you tell us your name please, sir?

A    Josh Emler (phonetic) or Joshua Dave Emler.

Q    Emler, is that how it's pronounced?

A    Yeah.

Q    Okay.  Mr. Emler, this is the grand jury for Coos County.  We're investigating the disappearance of Leah Freeman.

A    Yeah.

Q    I think you're probably aware of that.

A    Yeah, I am.  They told me that when (indiscernible).

Q    Okay.  We have a camera going here today; we're recording the

proceedings. Okay?

A    (Indiscernible.)

Q    And I just need you to be aware of that. First of all, Mr. Emler, could you tell us where you live?

A    455 North Irving Street.

Q    And how long have you lived there?

A    About eight years, nine years now.

Q    How long have you lived in the Coquille area?

A    All my life. I lived out at Fairview when I -- I was born in Coquille and we moved out to Fairview and then we moved back into Coquille again.

Q    Okay. I need you to speak up so to make sure that the microphone picks you up all right. Mr. Emler, are you familiar with Nick McGuffin?

A    Yeah.

Q    How do you know Mr. McGuffin?

A    I've (indiscernible) it's Aaron's friend and I'm friends with Aaron so (indiscernible).

Q    Okay. You're friends with Aaron, so you're friends with Nick?

A    I guess. I don't really -- I'm not friends with him. I know him (indiscernible) talk to him and stuff, so I (indiscernible).

Q    And how long have you been acquainted with Nick?

A    I've known him for a long time because I went to school with him for a long time, but I vaguely -- I don't know, since probably about high school I've known him. Like he knows who I am now.

Q    All right.

A    (Indiscernible.)

Q    Are you familiar with Leah Freeman?

A    Yeah.

Q    And how do you know her?

A    It's my -- well, soon-to-be step-sister's, like it's a friend of hers.  She's (indiscernible) Melissa (indiscernible).

Q    Okay.

A    (Indiscernible.)

Q    And how long have --

A    How long I've known her?  A long time.  (Indiscernible.)  Well, I knew her, I knew Leah before because of she -- her parents owned Denny's.  She used to be down there with Denise, and I know Denise pretty well, she's a friend of mine.

Q    Okay.

A    She used to hang out with Leah.

Q    Denise is Leah's sister?

A    Yeah.

Q    And Denny's you're referring to is the Denny's (indiscernible).

A    Yeah (indiscernible).

Q    Here in Coquille.  And so you've been in there and you've seen all these people before?

A    Oh, yeah.

Q    So you've known them for some time?

A    Yeah.

Q    Have you ever seen Nick and Leah Freeman together?

A    Yeah.

Q    How would you describe their relationship?

Boyfriend and girlfriend?

A    Yeah.  Compatible.

Q    Compatible?

A    They were a couple.

Q    A couple?

A    Yeah.

Q    Okay.  How long have they been together?

A    I couldn't honestly tell you because --

Q    Okay.

A    -- I don't really know.  I didn't pay much attention.  I've -- I've been out of school since halfway through the second trimester, so I'm going to get my GED and I've been -- I'm not going (indiscernible) school there.  That's the reason I've -- I haven't really been around much lately.  Just trying to get my life together.

Q    Okay.  How old are you?

A    I'm 16.  I'll be 17 in four days.

Q    Okay.  Josh, you said that Nick and Leah were a couple.  Could you describe how well they got along?

A    They were (indiscernible) just like any other couple.  You know, they had their fights, but you know, there was nothing really.  He'd get mad and run off and go punch his car or something.

Q    All right.  Did you ever see him --

A    (Indiscernible.)

Q    -- did they ever get violent with each other?

A    No.

Q    I've heard that at school that the -- that they had gone in for

counseling or something like that.  Do you know anything about that?

A    Yeah, I heard something about that too, but I honestly, I have no clue. I don't pay much attention really.

Q    Okay.  Well, let me ask you, when you saw Mr. McGuffin, would you also expect to see Leah with him?

A    Well, depending.  His schedule kind of went around her.  She (indiscernible) she would always be making him wait around and stuff.  She'd go to her -- have her drop -- have him drop her off at a friend's house or something and have him come and pick her up later.

Q    Okay.  And how did Mr. McGuffin react this type of situation where she'd go visit friends and he'd have to go pick her up?

A    Oh, he -- I'm -- I don't know.  He probably just, he didn't really care.  I don't know if he cared so much, it was just he -- he kind of got irritated every once in a while because it was -- he had a life too and she -- it didn't all revolve around just her.  But basically, it did.

Q    Okay.

A    From what I -- well, from I've seen.

Q    All right.  Mr. Emler, I want to direct your attention now to June 28th. That would have been the day that Leah disappeared.

A    Uh-huh (affirmative).

Q    And I want you to start about noon and would you tell the grand jury what you did that day, starting about noon.

A    I can't -- I don't really remember what I was doing.  I was -- I remember that -- well, the only thing I was doing, and I gave the statement to the police officers already a few times, and that was -- well, we went out to the mill

pond. We were out there talking and just doing whatever.

David was thinking about going fishing. He wanted to go fishing, but he didn't have his license. Other people were, like, no, I'm not going to go because I don't want to get in trouble.

Q    When you say "Dave" your friend, David Jenkins?

A    Yeah, David.

Q    All right.

A    But (indiscernible) we were out there. We were out there for a while. That was later in the day though.

Q    Okay.

A    That was -- oh, I can't even remember what time it was really, it's been so long ago now, two weeks ago.

Q    Okay.

A    (Indiscernible) a day, so. But we were out there and we ended up leaving and we came back. We went out -- we went out there and then the tractors, these tractors were mowing down the grass, so we left and went back into town. And Nick had to go; he was running a little bit late to go pick up Leah and he had to go pick her up.

And so we went to Fast Mart and we were sitting there. About ten minutes after we pulled up, he pulled up in there and asked if we'd seen her. She hadn't walked by or anything that I noticed; I hadn't seen her. And --

Q    Well, let me stop and ask you a couple questions here. Okay?

A    Yeah.

Q    Now, you're riding around with Aaron West and David Jenkins?

A    I was just with them.

Q    All right.  And how long during the day were you with them?

A    I believe I was -- I think Aaron had to work that day, I don't -- I can't really remember.  I think he was working that day, so I think I ended up seeing him somewhere around 5:00 o'clock, 4:00 o'clock, somewhere around there.

Q    So somewhere around there you get in the car with him?

A    I don't remember really.  I can't -- I don't want to lie, so I can't honestly tell you that if I -- what I was doing at what time I got in there.

Q    Okay.  So sometime in the afternoon you get in the car with Aaron and you start --

A    Yeah.

Q    -- you know, hanging out with Aaron?

A    Yeah.  We were just hanging out and we sitting -- actually, I think we, we were sitting at Fast Mart and Nick pulled up and we were just talking there.  And we ended up somehow; I don't honestly even remember how, we ended up going out to the mill pond.  I guess we were just getting away or something like that.  He had time to spare before he had to go pick up Leah, so we ended up going out there.

Q    Let me ask you a couple questions there.

Okay.  Nick pulls up there at Fast Mart.

A    Uh-huh (affirmative).

Q    What car is he driving?

A    He was driving the Mustang then.

Q    Okay.  And then you go out to the mill pond and you go to one spot, but because they're mowing the grass, you moved to another spot?

A    Yeah, we went -- we went down the road a little bit and stopped and pulled into another pullout there and we were talking there for a little bit longer.

And Nick, he was, like, looked at his watch and he was, oh, I'm running a little bit late. And he had to go pick her up, so he went out that way.

Q    Okay. Now I want you to understand that I'm not going to charge anybody with, you know, possession of marijuana --

A    Oh, yeah.

Q    -- out there at the pond. Okay?

A    Yeah.

Q    And so I just want you to be clear. What were you guys doing out at the pond?

A    They were all smoking weed.

Q    Okay. And --

A    And we were just talking at the pond a little bit. Took a couple hits or something like that and just hanging around.

Q    How long would you say you were out there?

A    I don't really -- I really don't know. I -- we weren't out there too awful long.

Q    Okay.

A    But --

Q    I see you might have a tan line there for a watch. Do you normally wear a watch?

A    Yeah. I -- but I lost it the other day. And I found it -- I just found it today. And I ended up getting a pocket watch and just didn't put it back on. I got a new pocket watch and stuff.

Q    Are you one to watch the clock, keep track of time?

A    Not really. Every once in a while, I just have a watch on me if anybody

asks the time, I -- well, if I'm late or if I have something to do, then, yeah, I'll watch the clock.

Q    Okay.  So you guys were smoking a little marijuana out at the pond?

A    Yeah.

Q    And then you drive back into town?

A    Well, we were sitting.  We took two hits and sat out there and talked for a little bit.  And then we went down to the other spot, pulled in there and talked for a little bit longer.

And then he realized he was a little bit late.  He said -- I can't remember exactly, I think he said like eight minutes late or something.  And he hurried up and got out of there and we sat there and talked for a few more minutes and then we left.

And we pulled back up in there and (indiscernible) I don't know, 10 or 15 minutes between the time that we pulled up at Fast Mart and then he pulled up about 10 minutes later and he was asking if we'd seen her, if she'd walked by or anything.  And I (indiscernible) I didn't see her.  I hadn't -- I wasn't really paying much attention, I was just hanging out at Fast Mart.

Q    Okay.  What car was Nick driving --

A    When he pulled back up?

Q    Yeah.

A    He was still driving the Mustang when he pulled back up, I do believe. I honest -- I can't tell you honestly, but, like, for sure, but he --

Q    Okay.

A    -- I think he was driving the Mustang.  But when he pulled back up at about 15 minutes after he -- asking if we'd seen her, then (indiscernible) took off

and went looking for her and he was driving the T-Bird then.

Q    So sometime between the time he left Johnson Mill Pond and the time you saw him at Fast Mart --

A    Yeah.  Yeah, it was about 15 minutes after we seen him at Fast Mart again after he asked about her --

Q    Okay.

A    -- that he pulled back up in there and asked if we'd seen her again and (indiscernible - simultaneous speech) --

Q    At that time he's driving the T-Bird?

A    Yeah.  Then he was driving the T-Bird then.

Q    Okay.

A    I think.  I'm pretty sure that -- I think that -- from what everybody else, I -- from what I heard, that's what they said too.  They said that yeah he was driving the T-Bird when he pulled back up, so I -- and I think I do remember him pulling up in the T-Bird after that, so --

Q    I don't want you to tell us what other people --

A    Yeah.  Well, that's what --

Q    -- have told you.

A    -- that's what I -- I do remember him pulling back up.  He was driving it that night.

Q    The T-Bird?

A    Yeah, he was driving the T-Bird that night.

Q    Okay.  But you think it was the second time you saw him at Fast Mart?

A    Yeah, I -- I'm pretty sure it was the second time.  I'm (indiscernible) --

Q    But you're not sure?

A    -- he was driving it.  I'm not quite sure if I -- but I do think, I do remember he was driving the T-Bird that night.

Q    Okay.  Now, we've talked to a witness out at Johnson Mill Pond that was out there and he talks to us about seeing Nick drive out and you guys come out in Mr. West's vet -- or vehicle.  And he says that you pulled into a spot, apparently looked around and --

A    Well, we were waiting for him, because he didn't show up and he was supposed to meet us out there.

Q    Okay.  This witness is saying Mr. McGuffin was out there already and you guys pull up.

A    Yeah.  That he -- he was already out there, he went down there.  But we were parked up on another road, because there's two roads.

Q    Right.

A    There's this one up behind the bathrooms up here and you just keep going on that one and you go all the way around.  And we were parked on this one.

I don't know if he drove this way or if we were driving along this way when he was driving this way or something, but he ended up coming back out there a little bit later and he found us then and we (indiscernible).

Q    Okay.  And so you meet up with him at the first spot, and if I understand this correctly, you parked there for about five minutes and then you move on?

A    I don't know.  It might've been about five minutes.  I don't know; it might have been a little bit longer.

But the tractors came and we -- he was going to pull in by there I

guess. I don't know if he was mowing that grass or up farther or something, and we pulled up and got out of his way. And then another one came and we just went down farther down the other way and we sat down there and talked for a little bit.

Q    Okay. Where did you smoke the most of the marijuana?

A    Well, up at the other spot when we smoked it. That's how I --

Q    Okay. When you say "the other spot" is that the second place --

A    (Indiscernible.)

Q    -- you went to?

A    No, that's the first spot. The first spot when we were sitting there before the tractors came.

Q    Okay. All right. Who was in the car with Mr. McGuffin when he came out to the pond?

A    No one was in there, just him.

Q    And then he left?

A    Yeah, he left because he had to go pick her up.

Q    What was his attitude at that time?

A    He's -- he was kind of mad at first and then he calmed down a lot when we were out there. We were just talking. He calmed down a whole bunch.

And he went back into town to go find her and -- because she, he said he dropped her off at Cherie's house or -- I think at either Cherie Mitchell or something like that or -- I can't honestly tell you that because I don't remember it.

Q    Okay.

A    But she was at a friend's house --

Q    All right.

A    -- and he dropped her off there and he had to go pick her up from there.

And they'd got in an argument is what he said when he got back and she left about ten minutes before he got there and he didn't -- and he had went looking for her, I guess.  Then he came back up there is what he said.  That's what he told us when he got back up there and said that he didn't -- he couldn't find her, he didn't see her walking or anything.

Q      Let's back up a minute.  Now, he told you that he and Leah had an argument?

A      No.  They had -- well they were -- he was kind of mad because she dropped off there and he, like I said, I was talking about before, they had a, like everything revolved around her and with him and he'd always get mad about that or something and (indiscernible) just take off from what I'd, what I had noticed.

Q      Okay.

A      That's about it.

Q      Let me ask you, now when you saw Nick that night, do you recall what he was wearing?

A      No, I don't.

Q      Okay.

A      I can't remember.

Q      Now, you've indicated you lived out in the Fairview area.  Are you familiar with that area out there?

A      Pretty (indiscernible).

Q      You know -- you know where Hudson Ridge is?

A      Yeah.  That's -- is that right from Four Corners and you go up the top of the mountain --

Q      Right.

A       -- on the gravel road.  Yeah, I hunted up there.

Q       And you're aware where the power lines are and what have you up there?

A       Yeah, there's a power line road.  We went four-bying up there.

Q       Okay.  Who's "we?"

A       A couple people.  I went with my mom's ex-boyfriend Lloyd one time. That has been a long time ago.  That was when it wasn't that bad, and that's about the only time I've ever been out there four-bying.

Q       Okay.

A       And the other time we went mushroom picking up there.

Q       Have you ever talked about this area with Nick?

A       No, not that I know of.

Q       Has Nick ever talked to you about it?

A       I don't talk to Nick very often.  Like I said --

Q       Okay.

A       -- that's the first time I really had a conversation with him, when we were out there at the mill pond.

Q       Okay.

A       Really (indiscernible).

Q       Since the day Leah has disappeared, have you talked with Nick?

A       I talked to him the other day.

Q       What did you talk about?

A       I don't know.  He just -- he was talking about (indiscernible) he's all mad and everything because it was just that he -- he's all, I didn't do it, man (indiscernible) what he said.

And I honestly don't really know anything.  I don't -- I didn't want to really get into the situation like I stated to the police officer in my statement when he asked me.  Because he said -- he asked if I was out there too and I said, yeah, I was out there and (indiscernible) I was out there with Aaron and them --

Q      Okay.

A      -- and I told him that and --

Q      Did you tell Nick that you'd been talked to by the police?

A      I can't remember.

Q      Okay.

A      I don't think I've talked to him very often.

Q      All right.  Has -- have you heard anything on the street as to what might have happened to Leah?

A      (Indiscernible.)  I've heard so many different stories about.  They said they found -- they said they found a shoe and something like that of hers on Collier or something like that, North Collier or something they found a shoe.

And then I heard Bartley, Brent Bartley I think, yeah, Brent Bartley was getting suspected of murder or something like too because of a wife beater was there that she was wearing.

Q      What -- what's --

A      (Indiscernible) tank top, one of them white tank tops.

Q      And where was that at?

A      And I don't know.  I just -- that's what I -- I've heard so many different stories about it.

Q      Okay.

A      It's, I don' t know, there's so many different things being said right

now, I don't know what to believe.  I just try to stay away from it the best I can because I don't really want to have much to do with it.

Which I mean she's -- that's part of the town I don't really like to even hear that any of this stuff's going on.  It's just a little town, man, Coquille is.  I guess one thing happens every year though is what everybody says.

I've had some pretty bad things go on in this town in my family.  My uncle was killed out here; he was hit by a car.  And that's the other thing I -- I don't know, like, just something happens every year.

Q    Okay.

A    And it's kind of a -- I don't know, it's just, it puts me in a bad position because this town, it's just -- it doesn't seem like it really is that bad.

Q    Okay.  Well, let me ask you, do you know what happened Leah?

A    To Leah?

Q    Yeah, what happened to her?

Do you know what happened to her?

A    I have no idea.

Q    Okay.  All right.

UNIDENTIFIED PROSECUTOR:  Does the grand jury want to ask him any questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  I need to remind you on the back of that subpoena is an order that directs you not --

THE WITNESS:  Yeah, it says not to say anything to anybody else.  Yeah.

UNIDENTIFIED PROSECUTOR:  Right.

THE WITNESS:  And I haven't said anything and I --

UNIDENTIFIED PROSECUTOR:  Okay.

THE WITNESS:  -- don't plan on it, because I don't feel like getting $500 in fines and --

UNIDENTIFIED PROSECUTOR:  Going to jail.

THE WITNESS:  -- going to jail.

UNIDENTIFIED PROSECUTOR:  Okay.  I just want you to understand you're not to tell anybody you've been subpoenaed here today and you're --

THE WITNESS:  Yeah.  I --

UNIDENTIFIED PROSECUTOR:  -- not to discuss what's occurred here today.

THE WITNESS:  Yeah.  The only people that know are the people who was -- I mean there's people standing there --

UNIDENTIFIED PROSECUTOR:  Yeah.

THE WITNESS:  -- when I did get to subpoenaed to --

UNIDENTIFIED PROSECUTOR:  Yeah.

THE WITNESS:  -- that was Mr. West and David, he got subpoenaed at the same time as me.  And he's the only one --

UNIDENTIFIED PROSECUTOR:  Okay.

THE WITNESS:  -- they're only ones that know I guess.

UNIDENTIFIED PROSECUTOR:  All right.

Unless there's anything else?

THE WITNESS:  So what am I (indiscernible)?

UNIDENTIFIED PROSECUTOR:  I'll talk to you about that in a

second.  Okay.

THE WITNESS:  Okay.

UNIDENTIFIED PROSECUTOR:  All right.  We'll stop at the --

* * *

STATE OF OREGON)

                                    :  ss.

COUNTY OF UNION)


        I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

        That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

        I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

        Said transcript is a full, true and correct transcription, to the best of my ability.

        DATED this 11th day of May 2016.

                              /s/ Janet C. Pryce
                              Janet C. Pryce, CET, ICDT
                              Certified Electronic Court Transcriber
                              1417 Progress Loop
                              La Grande, OR  97850
                              (541) 805-1130
                              jpryce@eoni.com