**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5007– bold Grand Jury Proceedings Jason Rice** |
| Defendants. | |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

MALE SPEAKER:  Would you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yeah.

MALE SPEAKER:  Thank you.

JASON RICE,

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    Could you tell us your name, please, sir?

A    Jason Rice.

Q    Mr. Rice, this is the grand jury for Coos County and we're looking into the disappearance of Leah Freeman, which I think you already are aware of.

A    Right.

Q    The first thing I need to tell you is that we are recording the proceedings here today, which is probably obvious, but I need you to speak up so we can all hear you and so the camera can pick you up.  All right?

A    All right.

Q    Mr. Rice, first of all, could you tell us where you live, please, sir?

A    290 West Fourth, Coquille.

Q    And you live there by yourself or?

A    No.  I live with some friends.

Q    Okay.  And who are the friends that you live with?

A    Jim and Danielle.

Q    Okay.  How long have you lived there, sir?

A    About a month and a half, two months.

Q    Okay.  How long have you lived in the Coquille area?

A    About -- off and on -- pretty much seven years.

Q    Seven years.  How old are you, sir?

A    Twenty-one.

Q    Did you go to high school here?

A    Yep.

Q    Mr. Rice, are you familiar with Mr. McGuffin, Nick McGuffin?

A    He was (indiscernible) high school and that's about all I know him.

Q    Okay.

A    That's not my crowd, so I knew who he was and that was about it.

Q    All right.  And do you know who Leah Freeman is?

A    I didn't know who she was until the posters got put up, so --

Q    All right.  Had you ever seen her with Mr. McGuffin?

A    I seen -- all I knew is that she was some blonde-headed chick that ran around with Nick.

Q    Okay.  That's all you know about her?

A    Yeah.

Q    Okay.  Now, I want to direct your attention to, I guess it's a Wednesday, June 28th.  I know it would've been three weeks ago yesterday.

It may be difficult, but Mr. Rice, I understand the police contacted you and that you were -- you indicated to the police that you were at Fast Mart that night.

A    Yeah.

Q    Did you see Nick McGuffin there that night?

A    He drove by once, but that was about it.  I was only down there for a few minutes.

Q    Okay.  And do you recall about what time of the evening it was that you saw him?

A    I have no clue.  It was just about dark is all I remember.

Q    Okay.  And do you recall what kind of a car he was driving?

A    That red car he's got.

Q    A T-Bird?

A    Yeah (indiscernible).

Q    And you're saying it was just about dark or it was dark?

A    Yeah, just about dark.  It was just getting dark.

Q    Did he stop at the Fast Mart?

A    No.

Q    Did you talk with him that night at all?

A    No.  I've never even talked to him (indiscernible) this stuff happened.

Q    Okay.  So you haven't talked with him in quite some time?

A    No.  Shortly after it happened, I talked to him and asked him, you know, have you heard anything, that was about it.  Other than that I've never

talked to him before.

Q    Okay.  And when you've talked with him, have you told him that the police have been talking to you or anything like that?

A    No.  The cops only talked to me once though.

Q    Okay.  Was there anybody in the car with him when he was in the T-Bird, do you recall?

A    It was dark.  I don't (indiscernible).

Q    Okay.  Do you recall who was in the -- when you were at Fast Mart, I mean was there a bunch of people there or how was that?

A    Yeah, there was -- not a bunch, but a few people there.

Q    Okay.  And do you know who Aaron West is?

A    Yeah.

Q    Was he there?

A    Yeah.

Q    Josh Emler, do you know who he is?

A    Yeah.

Q    Was he there?

A    He was there.

Q    David Jenkins?

A    Yeah.

Q    He was there too?

A    Yeah.

Q    Okay.  Any others that you can recall that were there?

A    Just the typical redneck crowd, I just don't know any of their names though.

Q    Okay.  And that was the only time you saw Mr. McGuffin that night?

A    That I noticed, yeah.

Q    All right.  And you didn't see Leah Freeman that night as best you can recall?

A    No.

Q    All right.  And the only time you've seen her has been in posters or pictures like this?

A    Yeah.

Q    Okay.

UNIDENTIFIED PROSECUTOR:  I don't think I have any other questions for Mr. Rice.  Does -- go ahead, sir.

MALE SPEAKER:  Do you know a Maggie?

THE WITNESS:  Which one?  I know lots of them.

MALE SPEAKER:  Apparently, that night in the evening after 10:00 o'clock driving around with Nick.

THE WITNESS:  Do you got a last name?

UNIDENTIFIED PROSECUTOR:  Maggie Downs.

THE WITNESS:  I know who she is, but --

UNIDENTIFIED PROSECUTOR:  Okay.

THE WITNESS:  You know, I just got a job, I'm a logger and I set chokers.  I go to bed about, you know, 9:00 or 10:00 o'clock, so I would've been in bed by then.

UNIDENTIFIED PROSECUTOR:  Okay.

MALE SPEAKER:  Do you know Richard Bryant?

THE WITNESS:  Yeah.

BY UNIDENTIFIED PROSECUTOR:

Q    Did you see Richard that night?

A    Yeah, I think he was down there, down at Fast Mart.

Q    Okay.

A    I could be wrong, but -- you know, it's been a while (indiscernible) long ago, so -- he could've been down there, I don't know.  He's down there quite often.

Q    Okay.

MALE SPEAKER:  Have you ever been in that red T-Bird?

THE WITNESS:  No.

MALE SPEAKER:  Do you know the Hudson Ridge area?

THE WITNESS:  Where is that?

UNIDENTIFIED PROSECUTOR:  Fairview area.

THE WITNESS:  Yeah.

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  Have you ever been out there with Nick or anything?

A    I've only met Nick one or two times since this happened, so --

Q    Okay.  What I'm curious about, any time in the past, have you ever been out to Hudson Ridge or Fairview with Nick?

A    No.

Q    Okay.  Have you ever heard --

A    Except for this has happened, you know, he's -- he was a (indiscernible) in high school and I don't hang out with them people, so --

Q    Okay.

A    I didn't know really who he was.  I knew his name, but I didn't know anything about him.

Q      All right.

A      I knew he drove a blue Mustang and a red T-Bird, but other than that, I never knew who he was.

Q      Okay.

UNIDENTIFIED PROSECUTOR:  Any other questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Mr. Rice, I need to remind you that attached to your subpoena was an order that directs you not to discuss with anyone that you've been subpoenaed here today and it also directs you not to discuss your testimony here today with anyone, and if you do, that's punishable by contempt of court; do you understand that?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  All right.

THE WITNESS:  Everybody knows who got subpoenaed.  I mean everybody is standing outside and --

UNIDENTIFIED PROSECUTOR:  Yeah.  I'll -- yeah, but they're just not supposed to tell anybody.  I mean everybody knows it, but they're getting the same speech that you're getting.  Okay.

THE WITNESS:  All right.

UNIDENTIFIED PROSECUTOR:  All right.  Anything else?  Any questions?

THE WITNESS:  No.

UNIDENTIFIED PROSECUTOR:  All right.  Thank you, sir.  You're excused.

* * *

STATE OF OREGON)
                          :  ss.
COUNTY OF UNION)


        I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

        That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

        I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

        Said transcript is a full, true and correct transcription, to the best of my ability.

        DATED this 11th day of May 2016.

                          */s/ Janet C. Pryce*
                          Janet C. Pryce, CET, ICDT
                          Certified Electronic Court Transcriber
                          1417 Progress Loop
                          La Grande, OR  97850
                          (541) 805-1130
                          jpryce@eoni.com