**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5008 –**
**Grand Jury Proceedings**
**Kristen Steinhoff**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

MALE SPEAKER:  Would you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes.

MALE SPEAKER:  Thank you.

KRISTEN (LAST NAME UNKNOWN),

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  Could you tell us your name please, ma'am?

A    Kristen (phonetic) (indiscernible).

Q    Kristen, this is the grand jury for Coos County.  Okay?  We're looking into the disappearance of Leah Freeman.  All right.

We are recording the proceedings here today.  All right.  As you probably can see, there's a camera here.

And I need for you to speak up.  You have kind of a soft voice, okay, so I need you to talk up and speak loud.  And the other thing is, is I need you to answer the questions out loud.  I, you know, I can't -- I don't want you to shake your

Exhibit 5008 at 1

head yes or no, just answer the questions out loud.  Okay?

A    Okay.

Q    All right.  How old are you Kristen?

A    Eighteen.

Q    Okay.  And how long have you lived -- well, could you tell us where you live?

A    I live on Dean Street.

Q    And how long have you lived on Dean Street?

A    Just about all my life.

Q    Okay.  And that's here in Coquille?

A    Yeah.

Q    Did you just graduate from high school?

A    No --

Q    Okay.

A    -- I didn't.

Q    All right.  Are you familiar with Nick McGuffin?

A    Yes.

Q    How do you know Nick?

A    We're really good friends.

Q    How long have you known him?

A    About three years.

Q    Okay.  And do you know Leah Freeman?

A    I was friends with her sister Denise.  We used to hang out in like grammar school.

Q    Okay.

A    And I went over to Denise's house once and I seen Leah.  And then I seen Leah with Nick once.

Q    All right.

A    And I've seen her around town, but I've never actually really talked to her.

Q    Okay.  Were you aware that Nick and Leah were boyfriend and girlfriend?

A    Yes.

Q    Okay.  Did you ever see them together?

A    Yes.

Q    How often did you see them together?

A    Not too much, because I don't (indiscernible) downtown and stuff.

Q    Okay.

A    Hang out with them.  But I've seen them together a few times.

Q    How close were they; do you know?

A    Nick talked to me about her, like twice I think.  And once about them having problems and stuff like that.

Q    What kind of problems were they having, according to Nick?

A    About Leah worrying about what her friends were going to think about being with Nick, or something like that.

Q    Uh-huh (affirmative).  So I don't want to put words in your mouth, but Nick was concerned that Leah was having problems being with him because of what other people might think or --

A    Uh-huh (affirmative).

Q    All right.  Yes or no?

A    Yes.  I'm sorry.

Q    Okay.  All right.  Now, how close were Nick and Leah?

A    They were pretty close I think.  Nick liked her a lot, but I don't know how Leah felt.

Q    Okay.  When you saw Nick, would you expect to see Leah with him?

A    Yeah.

Q    Did you think they were close?

A    Yeah.

Q    Did they ever get in any arguments or disagreements?

A    Not that I -- I think like once that I know of and when Nick came and talked to me.  And that's it, that's all that I know.  Because I wasn't really -- I didn't hang out with him a lot after him and Leah got together.

Q    Okay.  Did you ever hear if they hit each other or anything like that?

A    I know there was one time when they were both drunk at a party and she went to go and get into Nick's car and he kind of pushed her away, because she was trying to get the key in the hole and she scratched the car or she was about to scratch the car and he kind of pulled her back.  But he never hit her.

Q    Okay.  And that's the only type of contact, you know violent type contact that you're aware of between the two?

A    Yes.

Q    Okay.  I want to direct your attention back to June 28th.  That would have been the day that Leah disappeared, okay.  And I'd like you to talk with us a little bit, I want you to start roughly around noon that day, and just tell us what you did and what you saw that day, okay, the best you can recall.

A    Okay.  Noon, I don't remember exactly what time I left my house, but I

Exhibit 5008 at 4

think I was there at noon.  And then do you want me to start when I seen Nick or?

Q    Well, I -- just tell us what you did that day.  We'd just like to know what's going on, okay.

A    Okay.  I was at my house at noon.  And then I don't remember what time I left there, but later I seen Nick, and Nick told me he couldn't find Leah.

Q    All right.  Let's stop there a second.  You saw Nick sometime that day; right?

A    Yeah.

Q    On June 28th?

(No audible response recorded.)

Q    Do you -- was it dark outside?

A    I wasn't really -- I'm not really good at times.

Q    Okay.  I understand.

A    Because I was drinking that day and I (indiscernible).

Q    Okay.  I don't want you to worry about me charging you with MIP or --

A    Okay.

Q    -- you know, if you smoked a little marijuana that day, I'm not going to charge you with possession of marijuana, okay.  I don't want you worried about that type of thing.

But I want you to tell us, you know, when you met with Nick, that the first -- that's the first time you -- how many times did you see Nick that day, just once?

A    Like three times --

Q    Okay.

A    -- I think.

Q	The first time you saw Nick, was it -- do you know if it was dark outside?  Was it still light?

A	The first time I seen Nick, I was going with my friend Zach; I was going to take him home.

Q	Okay.

A	And I seen Nick at the Maytag place and I was just joking around and I was in the passenger seat and I said, "What are you doing, Nick, stealing flowers?"  Just joking around.

He said, "I can't find Leah."

I said, "What do you mean?"

He goes, "I don't know where she's at, she's gone."

Q	Okay.

A	And then I -- I don't remember seeing a car there or anything.  I don't remember if it was the T-Bird or the Mustang.

Q	Okay.  Let me -- let's stop for a second, okay.  You see Nick out at the Maytag place?

(No audible response recorded.)

Q	Yes or no?

A	Yes.  I'm sorry.

Q	All right.  And was it dark?

A	Yes.

Q	And was he driving a car or what was he doing?

A	I don't remember seeing a car.

Q	Okay.  Was he just standing there or what was going on?

A	Yeah, he was just standing there.

Q    By the Maytag place?

A    Out by, you know where the truck is always parked right there by the woods?

Q    Yeah.

A    He was standing out there.

Q    Why'd you stop?

A    Because I wanted to talk to Nick and see what he was doing.

Q    Okay.  Now when you said what is he doing, picking flowers, why'd you say that?

A    Because people get in trouble all the time in Coquille for going around and stealing people's flowers --

Q    Okay.

A    -- and so --

Q    You were just making a joke?

A    Yeah.

Q    And he's standing by the truck that's by the side of the building or?

A    There's the building and then here's, like, the gravel thing where cars can park.  There was no cars there.  And there was the truck right there and it was parked right by the woods.

Q    Okay.

A    And all that's like a wooded area.

Q    Now, when you say "truck," are we talking big truck like a, you know --

A    (Indiscernible) it was one of those trucks that they use at the Maytag place.

Q    Okay.  One of their delivery trucks?

A    Uh-huh (affirmative).  Yes.  Sorry.

Q    Okay.  And you don't remember seeing a car?

A    Huh-uh (negative), I don't.

Q    Okay.  And to the best of your recollection, you just don't know what time it was?

A    No, I don't.

Q    Okay.  All right.  But it was dark?

A    Yeah.

Q    And if he's standing there by the truck how could you see him?  Was there --

A    Because when -- there's streetlights right there and when we were driving by I seen him walking around.  I don't remember seeing a car and if I did, I don't remember which one.

Q    Okay.

A    Because I don't really remember that much.  And I talked to Officer Sevala (phonetic) and I remembered like parts of that night and I kept coming down to the station or seeing him, whenever I can I told him as much as I knew.

Q    Okay.

A    So --

Q    All right.  So how long would you say you visited with Nick there by the Maytag place?

A    Maybe, like, three minutes.  Because I told him if he couldn't find Leah, or something like that, then he can come over to my house and I'll drive around with him and help him look for her.

Q    Okay.  So then you went out to your friend's house.  Zach, is that right?

A    Uh-huh (affirmative).  Yes.

Q    And dropped him off?

A    Yes.

Q    And where does Zach live?

A    In Green Acres.

Q    How long were you out there do you roughly think?

A    About 15 or 20 minutes.

Q    And then you came back home?

A    Yes.

Q    Did you see Nick again that night?

A    Yes.  I went and I got my CDs and then I went down to the store and I seen Nick.

Q    Now when you say you "went down to the store," what store is that?

A    Fast Gas.

Q    Fast Gas or Fast Mart?

A    Fast Gas.

Q    Okay.  That's the one out here on the -- on the (indiscernible)?

A    Yes.

Q    Okay.  And so you got your CDs.  Did you drive out there to the Fast Gas or --

A    Yes.

Q    Okay.  And what did you do out at Fast Gas?

A    I went and I got something to eat and something to drink.  And I sprayed air freshener in Zach's car because it smelled like cigarettes.

Q    Okay.  What happened then?

A    Then I seen Nick pull in and he said he couldn't find Leah.  And then he took off and he left down by the post office -- and he turned by the post office and then I left.

Q    Okay.  When he pulled in, do you recall what car he was driving?

A    The Mustang.

Q    He was driving the Mustang?

A    (Indiscernible.)

Q    You're sure it's the Mustang?

A    Yes, positive.  Because he said that his dad was -- well, can I say a bad word (indiscernible)?

Q    Yeah, you can say a bad word.

A    Okay.  So his dad -- he said that his dad was being a bitch and he took the T-Bird away.

Q    Okay.

A    Because I -- when he came over to my house he said that -- he was driving the Mustang and I said, "I noticed and I was going to ask you why weren't you driving the red car?"  And then he told me that.

Q    Okay.  So you talked with him a few minutes, he's still looking for Leah?

A    Uh-huh (affirmative).

Q    And then he takes off, turns back into town by the post office?

A    Yes.

Q    And then you go over to the -- is it the car wash to get air freshener or what did you do?

A    Yes.  I drove over to the car wash where those little spray things are

that you spray in your car.

Q    Yeah.

A    And where the vacuum cleaners are.

Q    Uh-huh (affirmative).

A    And then I left.

Q    Where did you go after you left?

A    I drove around and then I went home.  And Nick showed up at -- I don't remember what time, but Nick said he was only there for, like, an hour.  An hour and a half at the most.

And I don't know; I don't really remember what time or how long he was there, but I know we were there for quite a while talking about Leah.  And I hugged him and I told him it was going to be okay and Leah had probably just (indiscernible) her bedroom, like, pissed off or something.  Because he said he was throwing rocks at the window trying to get her attention.

Q    Okay.  Let's talk about when Nick came over to your house.  I think you said that Nick said he stayed there an hour, an hour and a half.  Have you talked to Nick since this time?

A    I talked to him last night.

Q    Oh, okay.  What'd you talk about?

A    Oh, I just asked him what he's been doing.  I -- I haven't talked about the court thing (indiscernible).

Q    Okay.

A    And he said he's doing okay.  And was it okay if I told him that I had court?

Q    No, it wasn't.  But did you tell him you had court?

A    I just, yeah.

Q    Okay.

A    I didn't know.

Q    What did you tell him about going to court?

A    I just told him that I got served with papers and that was it.

Q    Okay.

A    And I told him that it will be okay, because he said he's stressed out.

Q    Okay.

A    I said, "It'll be okay."

Q    Did you tell him when court was going to be?

A    No.

Q    Okay. Now, let's get back to what I was originally -- Nick told you he stayed at your place for an hour, hour and a half or how --

A    That he was out. Like out in town, like all together, like an hour and a half with me or whatever.

Q    Okay.

A    Looking. And we went out (indiscernible) some stuff.

Q    All right. Okay. So let me back up here. You remember talking to Officer Sevala --

A    Yes.

Q    -- and giving them a statement; right?

(No audible response recorded.)

Q    Okay. Now, after you come home after getting the air freshener for your car, Nick came over to the house. Did he tell you anything like I hope she didn't -- she did not do something stupid?

A    Yeah.  He kept saying that over and over.

Q    Okay.

A    And I asked him, like, what, what do you mean?  And he said, "I don't know.  I hope she just didn't do something stupid."

Q    And he told you that he'd been over to Leah's house and he'd thrown rocks at the window to try to --

A    To get her attention.

Q    Okay.  Did he also say something to the effect of when all my other girlfriends have done this in the past they've been out cheating on me?

A    Yes.

Q    And you tried to reassure him that Leah wouldn't cheat on him?

A    Yes.

Q    She wasn't that type of a girl as far as you knew?

A    Yes.

Q    And after you talked for a while, you then decided to drive around and see if you could find Leah?

A    Yes.

Q    Okay.  Where did you go?

A    We went out to Sinnott's (phonetic).

Q    Okay.  Is that Dr. Sinnott's place or --

A    Yeah, he has Janie Sinnott as a daughter.

Q    Right.

A    Yeah, we went out there and we drove up into their driveway to see if they were having a party, because I knew there had been a couple parties there the couple nights before.  And we drove in the driveway and we didn't see any cars, so

we, like, hurried up and backed out before the parents seen us --

Q    Okay.

A    -- or anything. And then we drove down -- and as we were going out there, there was a stop sign right there, you could either turn into Coquille or you could go out towards Fairview, there was a hitchhiker girl standing right there at the stop sign.

Q    Uh-huh (affirmative).

A    And when we passed by her, I was just joking around and I said, "Let's go pick up the hitchhiker."

And Nick said, "No, let's not."

And we were just, like, focused on going to the party, because we didn't think Leah would be out that late. And I know I didn't, because I've never seen her out that late.

Q    Okay. Now, the car you're in, whose car are you in?

A    My friend Zach's.

Q    Okay. So you're not in Nick's car --

A    Huh-uh (negative).

Q    -- the Mustang or the T-Bird or whatever?

A    It's a purple Kia.

Q    Okay. That's what you were driving?

A    Yes.

Q    Okay. And so you're driving and you see this person hitchhiking, a young girl; is that right?

A    Yes.

Q    And Nick says, "No, let's not." And you keep on going to out toward

Stinnotts?

A    Yes.

Q    And so you turn around and come back.  Did you see the hitchhiker again?

A    Huh-uh (negative), and it hadn't even been five minutes.

Q    Okay.

A    And it hadn't even taken us, like, five minutes, because we were -- we were in a hurry and stuff.  And when we come back, there was no cars that passed us by and we didn't see any cars and she was gone.

Q    Okay.  So when you get back to town after driving out to the Stinnott place, did you realize you needed gas?

A    Yeah.  And we went over to that place where you use the gas card.

Q    Okay.  That's up just past Fast Gas?

A    Yeah.

Q    And you got some gas?

A    Yes.

Q    And Nick used his card?

A    Yes.  And I gave him five bucks.

Q    Now, you've known Nick and Leah for a little bit of time; right?

A    Yes.

Q    Has there ever been any other times when Leah hasn't shown up and met Nick before?

A    No, not that I know of.

Q    Okay.  Well, do you remember telling the police that you said that there were other times when Leah has not shown up or met Nick at a specific time

or place, do you remember talking about --

A    Well, like, after school and stuff, or has, like, cancelled things that they'd planned to do --

Q    Okay.

A    -- and she hasn't kept up with what she said she was going to do.

Q    Okay.

A    And stuff like.  Her mom had to go to Coos Bay not too long ago and Nick and Leah were supposed to do something, and Leah said, no, never mind, she was going to go to Coos Bay with her mom.  And I remember Nick sitting down at the Maytag place watching the cars go by -- and this was daylight, this was way before Leah's disappearance --

Q    Uh-huh (affirmative).

A    -- and I stopped and talked to him because I was on my way to Coos Bay and I asked him what he was doing.  And he said, nothing, just sitting there because Leah ditched him to go to (indiscernible) with her mom.

Q    Okay.  Now, do you remember talking to the police about how Nick acted when Leah had ditched him before and how he was acting this night?

A    He was acting totally different.  I've never seen him act like that before.  I don't know if it was because he was scared or worried or not, or maybe had a bad feeling that something did happen.  But I don't know, he was acting totally different than he was last time.

Q    Do you remember what kind of clothes Nick had on that night?

A    I remember he had blue jeans on.  I think he might -- I don't know if he had a white or a cream-colored shirt on.

Q    Was it like a tee-shirt or a button shirt, or do you recall?

A    I think it was a tee-shirt.

Q    Outside of talking to Nick last night, have you talked with him since Leah disappeared?

A    No, just last night.  I haven't seen him and last night I wanted to know how he was doing.

Q    Okay.  Now, what do you -- you gave the police a list of areas that Nick likes to go.

A    Yes.

Q    Could you tell us what those type of places are?

A    Up Cherry Creek and, like, (indiscernible) Creek, Laverne Park, Wall Stand Park, the old boat ramp.  That's about it.

Q    Now, when you say "Cherry Creek," is that the Cherry Creek that you go out -- where is that, do you know?

A    You go out Fairview and after you get to Four Corners it's, like, right at Four Corners.

Q    Uh-huh (affirmative).

A    And then you go straight to (indiscernible) Park.

Q    Right.

A    And left, there's one more, I think it's Winter Creek, or that's right too. But I know Winter Creek is one of them too and I forgot to tell him (indiscernible).

Q    Okay.  And Cherry Creek is you turn to the right?

A    Yes.

Q    And you go out that way?

A    Yeah.  Because that's where there was some parties not too long ago and we had a bunch of parties, like, every weekend and for a couple days in a row

before school got out and stuff like that we were all going up Cherry Creek during the night of the prom.

Q    Okay.  Is there a particular spot on Cherry Creek?

A    No.  There's just a bunch of different spots everywhere.

Q    Okay.  Now you said something about a goldfish pond on --

A    Yeah, the goldfish pond.  That was one of the spots where we went not too long ago, me and Nick.  I rode up there in my truck and Mike Pagola (phonetic) was four-bying my truck and he got it stuck, so I had to ride back with Nick.

Q    Okay.  All right.  Hudson Ridge, do you know where Hudson Ridge is?

A    Is that by (indiscernible) Mountain?

Q    Well, I'm not sure.  It would be out towards Cherry Creek.

A    I've heard of that.  My ex-fiancé, we went mushroom picking.

Q    Uh-huh (affirmative).

A    He took me everywhere with him mushroom picking and I think he's been to Hudson Ridge before.

Q    Okay.  Have you heard Nick talk about Hudson Ridge?

A    Huh-uh (negative).

Q    All right.  Okay.

UNIDENTIFIED PROSECUTOR:  Grand jury want to ask her any questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  I need to remind you of the order and I guess I need to explain it to you, okay.

THE WITNESS:  Don't talk to Nick?

UNIDENTIFIED PROSECUTOR:  The order says you're not to discuss

the fact you've been subpoenaed to anyone, okay.

THE WITNESS:  Oh, okay.  I didn't know if it was that or if I just couldn't say anything that I talked about.

UNIDENTIFIED PROSECUTOR:  Well, that -- it says you can't tell anybody you've been subpoenaed and you can't tell anyone about what you've talked about here today.

THE WITNESS:  Okay.

UNIDENTIFIED PROSECUTOR:  And when I mean anyone, it means everyone.

THE WITNESS:  Okay.

UNIDENTIFIED PROSECUTOR:  You just can't talk about this to anyone, okay.  Nick, your boyfriend, whoever, okay, you just can't talk about it.

THE WITNESS:  Okay.  I won't say anything.

UNIDENTIFIED PROSECUTOR:  All right.  And you know what happens if you do?

THE WITNESS:  (Indiscernible) I go to jail?

UNIDENTIFIED PROSECUTOR:  Yep, that's --

THE WITNESS:  Okay.  I'm sorry.

UNIDENTIFIED PROSECUTOR:  Okay.  You got one free bite of the apple, but just don't talk about it.  Okay?

THE WITNESS:  Okay.

UNIDENTIFIED PROSECUTOR:  All right.

Anything else from the grand jury?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  Thank you.

THE WITNESS:  Thank you.

* * *

Exhibit 5008 at 20

STATE OF OREGON)

                     : ss.

COUNTY OF UNION)


       I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

       That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

       I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel. I am not financially interested in the said action or the outcome thereof.

       Said transcript is a full, true and correct transcription, to the best of my ability.

       DATED this 11th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com