**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5009 – Grand Jury Proceedings Michael McAdams** |
| Defendants. | |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

MALE SPEAKER:  Will you raise your right hand, sir?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, I do.

MICHAEL McADAMS,

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    Could you tell us your name, please, sir?

A    Michael McAdams.

Q    Mr. McAdams, this is the grand jury for Coos County and we're looking into the disappearance of Leah Freeman.  I think you've probably already figured that out.

A    Uh-huh (affirmative).

Q    It's obvious, but we do have a camera going here today and I need to make sure you're aware that we are recording this.  Okay?

A    (Indiscernible.)

Q    Could you tell us please, sir, where you live?

A    I live out in (indiscernible) Creek.  I don't know my specific address right now, I just moved there.

Q    Okay.  How long have you lived there?

A    Like two months maybe.

Q    Have you lived in Coquille for a while?

A    Yeah, all my life.

Q    All right.  So you've lived in other parts of town?

A    Yeah.

Q    And who do you live with out there on (indiscernible) Creek?

A    Tanner Tramsey (phonetic) --

Q    Okay.

A    -- is my roommate.

Q    Okay.  How old are you, sir?

A    Twenty.

Q    And are you familiar with an individual named Nick McGuffin?

A    Yeah.

Q    How do you know Nick?

A    I went to school with him for a long time.

Q    Okay.

A    Since middle school.

Q    Friends with him?

A    Uh-huh (affirmative).

Q    How close would you say you are to Nick?

A    Just not best friends, but we're friends.  I mean --

Q    Okay.  And do you know Leah Freeman?

A    Not really.

Q    Have you seen her around?

A    I saw her, like, two or three times probably.

Q    Okay.

A    Never really talked to her.

Q    Were you aware that she and Nick were boyfriend and girlfriend?

A    Yeah.

Q    Had you seen them together?

A    Yeah.

Q    Could you tell if they were close?

A    They looked pretty close.

Q    Did you ever see them argue or have a fight?

A    No.

Q    Okay.  Do you know how long they were together?

A    I have no clue.

Q    Okay.  I want to direct your attention now to the night that Leah disappeared.  That would have been June 28th, three weeks ago yesterday.

A    Yeah.

Q    Okay.  Now, on June 28th, did you see Leah that day?

A    Not that day, but --

Q    In the evening?

A    In the evening, yeah.

Q    Okay.

A    Like right before dark.

Q    Okay.  And where were you when you saw Leah?

A    Me and Mark were at Hunters --

Q    Okay.

A    -- getting some dinner.

Q    All right.  Do you know about what time it was that you got there to Hunters?

A    I don't know the specific time, but I'm guessing probably 9:00 or 9:30. Pretty close to dark.

Q    Were you trying to get there before Hunters closed?

A    Yeah.

Q    And Hunters closed while you were there, actually closed?

A    Yeah.

Q    All right.  Now, did you -- while you're there with Mark, did you see Leah?

A    Yeah.  She was walking like directly across from Hunters on the opposite side.  There's a road sign that says "Stoplight Ahead" and it flashes.

Q    Uh-huh (affirmative).

A    She was, like, maybe five feet away from that walking.  And I looked up and I go, "Mark, who's that?"

He's all, "Oh, that's Nick's girlfriend."

Because I didn't really know who it was because she was all the way across the street.  And I was, like, "Oh."  And then we went back to -- kept eating.

And then about maybe five minutes after that when we got done eating, I gave him a ride to the video store where he had his Bronco parked.

Q    Uh-huh (affirmative).

A    And then I went home.

Q    You went home?

A    Yeah.

Q    Did you see Nick McGuffin that night?

A    No.

Q    Okay.  So you didn't talk with him at all?

A    Huh-uh (negative).

Q    Since the night that Leah has disappeared, have you seen Nick?  Have you talked with Nick?

A    Yeah.

Q    How many times have you talked with him?

A    I just saw him once --

Q    Okay.

A    -- at Fast Mart and just said hi.

Q    What'd you talk about?

A    Just said hi.

Q    (Indiscernible.)

A    Didn't talk, like have a conversation.  Just I pulled in, went in and got something to drink and said hi.

Q    Okay.  So you haven't talked with him about Leah disappearing at all?

A    Huh-uh (negative).

Q    Now, Leah was on the other side of the street from Hunters?

A    Yeah.

Q    Okay.  She wasn't there by Hunters itself?

A    No.

Q    Could you tell how she was acting?

A    She just looked like she was very walking, like, working out, you know walking.

Q    Okay.  Could you tell if she was angry?  Sad?

A    She didn't look sad or anything.

Q    Okay.

UNIDENTIFIED PROSECUTOR:  Okay.  I don't think I have any other questions for Mr. McAdams.  Does the grand jury got any questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  You got served with an order with the subpoena, right?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  Okay.  I just want to go over the order with you then.  It tells you you're not supposed to discuss that you've been subpoenaed and you're not supposed to tell anybody about what you testified here today.

THE WITNESS:  All right.

UNIDENTIFIED PROSECUTOR:  And I realize there's people out in the hallway that saw you here today, but the idea is we don't even want people to know you're here.

THE WITNESS:  All right.

UNIDENTIFIED PROSECUTOR:  And so -- and you understand if you do talk to people about what occurred here today what will happen?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  You could potentially go to jail, so --

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  -- you want to not talk about this today.  All right?

THE WITNESS:  All right.

UNIDENTIFIED PROSECUTOR:  Okay.  Unless there's something else, you're excused.

THE WITNESS:  All right.  They said I'm supposed to get this signed or something.

UNIDENTIFIED PROSECUTOR:  Did you fill out a piece of paper at the window?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  Okay.  You're -- that's taken care of then.

THE WITNESS:  All right.

* * *

STATE OF OREGON)

                     : ss.

COUNTY OF UNION)

     I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

     That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

     I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

     Said transcript is a full, true and correct transcription, to the best of my ability.

     DATED this 13th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com