**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5010 –**
**Grand Jury Proceedings**
**Lyndee Kindred**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

UNIDENTIFIED PROSECUTOR:  Go ahead.

MALE SPEAKER:  Would you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes.

MALE SPEAKER:  Thank you.

MS. KINDRED (phonetic)  (FIRST NAME UNKNOWN),

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  Could you tell us your name please, ma'am?

A    (Indiscernible) Kindred (phonetic).

Q    And Ms. Kindred this is the grand jury for Coos County, okay.  And we're looking into the disappearance of Leah Freeman, all right.  And I need to tell you first of all, we've got the tape recorder or video camera going, so you need to be aware we're recording everything.

A    Yeah, I figured that out.

Q    Okay.  I'm sure you did, but you know, I still have to verbally tell you

that. Ms. Kindred, could you tell us please where you live?

A    (Indiscernible), Coquille.

Q    Okay. You're going to need to speak up so we can all hear you.

A    Okay.

Q    Okay. And how long have you lived in Coquille?

A    My whole life, 17 years.

Q    Okay. And is your dad Lynn Kindred?

A    Uh-huh (affirmative).

Q    The school teacher?

A    Yeah.

Q    Scout master?

A    Yes.

Q    Okay. Ms. Kindred, do you know an individual named Nick McGuffin?

A    Yes, I do.

Q    How long have you known him?

A    Three years.

Q    Okay.

A    Four years.

Q    And do you know Leah Freeman?

A    I know who she is, yes.

Q    Okay. And she's not an acquaintance of you or?

A    I'm not friends with her, no.

Q    Okay. Know her from school, is that basically --

A    Yeah, pretty much. I know who she is and (indiscernible) her friends

are --

Q    Okay.

A    -- but --

Q    And Nick, do you know Nick better than her or?

A    Yeah, Nick and I were really good friends.

Q    Okay.

A    We had classes together and stuff.

Q    Okay.  And Ms. Kindred, what we're interested in is we had information that -- you're aware that on June 28th that Leah Freeman disappeared?

A    Uh-huh (affirmative).

Q    And we have information that you saw Nick that night.

A    Yep.

Q    And could you tell us, please, when you saw Nick and what occurred?

A    It was like 9:30 that night and I was driving home from (indiscernible).

Q    Okay.

A    I don't know exactly what time, but it was around 9:30ish.

Q    Okay.

A    And he was on his way up to Leah's house; I believe her grandma's house.

     Do they live together?

Q    Well, yes.

A    She lives with her grandma and grandpa.

Q    Okay.

A    He was on his way up there and I flashed him with my high beams and he pulled over to the side and I (indiscernible) him (indiscernible) two houses away

from their house.

Q    Okay.  Where is this that you're talking about?

A    Stanford Heights.

Q    Stanford Heights.  Okay.  Knott Street, that area?

A    Yeah.

Q    Okay.  Go ahead.

A    Anyway, so he pulled over and I pulled up next to him.  He asked -- we were just, like, there talking for a couple minutes and then we just left.

Q    Okay.

A    He went on his way.

Q    All right.  Did he -- what did you talk about when you saw him?

A    I just asked him what he was doing.  He asked me if I'd seen Leah, but I hadn't.

Q    Okay.

A    And so I don't really remember what we talked about, but --

Q    Okay.

A    -- it's been three weeks.

Q    I know.  But did he seem upset?

A    Not at the time.  I don't think he was too worried; he didn't act like it.

Q    Okay.

A    He just asked if I had seen her because she was supposedly walking home.

Q    All right.  And what car was he driving, do you recall?

A    The Mustang.

Q    The blue Mustang.  You're familiar with the other cars that they --

Ms. Kindred Grand Jury Testimony
Date Unknown
Page 4 of 8
Exhibit 5010 at 4

A    Uh-huh (affirmative).

Q    -- he has, the Thunderbird, or the T-Bird, and I think it's --

A    And the truck.

Q    -- a pickup truck.  Yeah.  Okay.

And you're sure it was the Mustang he was driving?

A    I'm pretty sure, because I remember asking him about the paint job.

Q    Oh, okay.

A    Or making a joke about it.

Q    All right.  Is there something wrong with the Mustang?

A    Well, the back of it's primered --

Q    (Indiscernible.)

A    -- I was making a job out of it.

Q    Okay.  Did you see Mr. McGuffin later on that night?

A    No.  I was home for the rest of the night.

Q    Okay.  Have you talked with Nick since June 28th?

A    He pulled me over.  I was driving home from work one day and he pulled me over.  I don't remember; it was like four days after that Wednesday.  He called me over to the side of the road.  He was parked by the hearing aid place by Hunters.

Q    Okay.

A    And he called me over and asked me if I'd seen her that night or any other time and I told him no.  So he asked me if I heard anything or anything if I'd call him --

Q    Okay.

A    -- and tell him about it.

Q    All right.  And that's the only contact you've had --

A    Uh-huh (affirmative).

Q    -- since then, right?  Have you -- you were interviewed by the police I think at some point in time or they found out that you knew something about this.

A    Yeah, I stopped in the road block.

Q    Okay.

A    And they asked me if I'd seen him (indiscernible) before going through (indiscernible) that night.

Q    Okay.

A    And I said, "Yes."

Q    All right.  Did you tell Nick that you'd been stopped by -- at the roadblock or?

A    I haven't talked to him since.

Q    Okay.  All right.  Do you remember what type of clothes Nick had on that night?

A    He was in his car, so --

Q    Okay.  All right.

A    -- I have no clue.

Q    Okay.  And do you know if there's a place out towards Fairview that Nick likes to go a lot or anything like that?

A    Millers maybe.

Q    Okay.  A place in the country he likes to go hunt or something like that?

A    I don't know if he's a hunter.

Q    Okay.

A    I don't know.

Q    Okay.  All right.

UNIDENTIFIED PROSECUTOR:  I don't think I have any more questions for Ms. Kindred.  Does the jury want to ask anything?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  I need to remind you about that order that's attached there.  You're not supposed to talk --

THE WITNESS:  (Indiscernible.)

UNIDENTIFIED PROSECUTOR:  Yeah.  You're not supposed to talk to anybody about what goes on in here.  I know your mom and dad, so I don't have a problem with you sharing with them, but we don't want it getting -- okay.

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  We need to keep this very quiet. All right.

THE WITNESS:  Uh-huh (affirmative).

UNIDENTIFIED PROSECUTOR:  Any questions?

THE WITNESS:  No.

UNIDENTIFIED PROSECUTOR:  All right.  I guess that will do it then.

THE WITNESS:  Do you guys need this or do I take it with me?

* * *

STATE OF OREGON)

                     : ss.

COUNTY OF UNION)

       I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

       That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

       I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

       Said transcript is a full, true and correct transcription, to the best of my ability.

       DATED this 11th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com