**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5011 –
Grand Jury Proceedings
Raymond Lewis**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

MALE SPEAKER:  Will you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, sir.

MALE SPEAKER:  Thank you.

RAYMOND LEWIS,

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q     Could you tell us your name, please, sir?

A     Raymond Lewis.

Q     And Mr. Lewis, this is the grand jury for Coos County and we are investigating the disappearance of Leah Freeman, okay.  And though it's obvious, I need to tell you we are videotaping and recording these proceedings.  Okay?

(No audible response recorded.)

Q     Mr. Lewis, could you tell us where you live, please, sir.

A     995 North (indiscernible).

Q     How long have you lived there?

A    My whole life.

Q    Okay.  And how old are you?

A    I'm 16.

Q    Sixteen.  You go to school at Coquille High?

A    Yes.

Q    All right.  Do you know Nick McGuffin?

A    Yeah.

Q    And did you know Leah Freeman?

A    Yes, I did.

Q    How old -- or how long have you known Nick?

A    (Indiscernible) I was probably ten.

Q    Okay.  Are you friends with him?

A    Well, not really, but I talk to him every once in a while (indiscernible) around him a whole bunch.

Q    See him at school?

A    Yeah, I see him at school.

Q    Run into -- ran into him at Fast Mart or --

A    Yeah.

Q    -- that type of thing?

A    Yeah.

Q    Okay.  And Leah, how well did you know Leah?

A    Not very well.  I talked to her, like, maybe once or twice.

Q    Okay.  Did you ever see Nick and Leah together?

A    Just at school.

Q    Just at school?

A    Yeah.

Q    Were they -- did they appear to be boyfriend and girlfriend type of thing?

A    Yeah.

Q    Could you tell how well their relationship was going?

A    I really don't know.

Q    Okay.

A    I'd just see them together just walking down the hall and that's it.

Q    Okay.  Did you ever see them fight or argue or anything like that?

A    Huh-uh (negative).

Q    Okay.  I want to direct your attention now to June 28th of this year. Did you see Leah Freeman that day or evening?

A    Yeah, that evening.

Q    And where did you see her?

A    I saw her by -- not at Fast Mart, but just past Fast Mart.

Q    Okay.

A    Just before it.

Q    Okay.  Near Hunters?

A    No.

Q    The credit union?

A    The other way.

Q    The other way?

A    Yeah, back down toward McKay's.

Q    Back down towards McKay's?

A    Uh-huh (affirmative).

Q    Okay.  Now, I was under the impression you saw her up by the credit union.

A    Huh-uh (negative).  I saw her down just not at McKay's, but just past the Security Bank.

Q    Okay.  Security Bank.

A    Yeah, between that and Fast Mart.

Q    Okay.  And what time of the day was it that you saw her at Security Bank?

A    9:15 or 9:45.

Q    Why do you say -- that's about a half hour in there.

A    Yeah.  Because I came through there twice, two or three times.  I don't remember which time exactly it was I saw her.

Q    Okay.  Was it the first time?  Second time?  Third time?  Or you don't recall?

A    I don't recall.

Q    And what was Leah wearing when you saw her?

A    All I remember was a white tank top.

Q    Okay.  Something like this, this photograph we've been given of her?

A    Yeah.

Q    Okay.  Could you tell how she was walking, what her attitude was like?

A    Huh-uh (negative).  Because every time I've seen her, she was walking like that every time I saw her.

Q    Okay.  Which way was she going?

A    She was going up towards Fast Mart.

Q    Up towards the what?

A    Towards Fast Mart, toward the bank up there.

Q    All right.  When you saw her walking, what side of the street was she on?

A    It would be my right, so on the side of the street of Fast Mart.

Q    Okay.  The side that McKay's on and --

A    Yeah.

Q    -- Hunters is on.  All right.  And you -- that was the last time you saw her?

A    Yeah.

Q    The only time basically, you saw her?

A    Yeah.

Q    You haven't seen her since then?

A    Huh-uh (negative).

Q    Now, you've indicated you know Nick McGuffin.

A    Uh-huh (affirmative).

Q    Did you see Nick that night?

A    I did when I was on my way home.

Q    Okay.  And what time was that, do you recall?

A    10:00, 10:30, or 10:45.  I don't remember.  I was late that night, so --

Q    Late getting home?

A    Yeah.  I don't remember.  I just was trying to get home in a hurry so I didn't get in trouble.

Q    Okay.  So you didn't talk to Nick at all?

A    Huh-uh (negative).

Q    You just saw him?

A    Uh-huh (affirmative).

Q    Where'd you see him?

A    By the Fairview turnoff.  He was, like, on the corner right there coming up towards into town.

Q    Okay.  Was he coming off of Fairview?

A    No.

Q    The Fairview route or was --

A    I don't know.  I didn't -- I seen him, like, just before the stoplight.

Q    Okay.  So he's on -- he's on Central, or what used to be Old Highway 42 --

A    Yeah.

Q    -- and it's almost to the cutoff where you see him, or the turnoff to go to Fairview?

A    Yeah.  He was almost to -- about halfway about the stoplight --

Q    All right.

A    -- when I saw him.

Q    And what kind of car was he driving?

A    The blue and primer grey Mustang.

Q    Okay.  You see him driving the Mustang at about, you think it's 10:30 or 10:45?

A    Somewhere in -- yeah, somewhere right there.

Q    And you didn't talk to him, you just --

A    I was -- yeah, I was on my way home, so I didn't.

Q    Have you seen Nick since then or talked with him since then?

A    I (indiscernible) well, he asked me if I'd seen her that night, like, the day after.  And that's all I've -- I've seen him, I've waved to him a lot since then, but --

Q    Yeah.

A    -- I haven't talked to him.

Q    All right.  So you haven't talked with him about the police talking to you or anything like that?

A    Huh-uh (negative).

Q    And you're friends -- well, I know you just know him from school type of thing with Nick.  Have you ever heard him talking about places he liked maybe to go camping or visiting in the woods or anything like that?

A    Huh-uh (negative).

Q    Have you ever heard him talk about stuff out towards Fairview?

A    Just going to -- just going to a friend's house -- just Chris's house out there.

Q    Okay.  Have you ever heard him talk about a place called Hudson Ridge?

A    Huh-uh (negative).

Q    Cherry Creek?

A    No, I've never heard him say nothing.

Q    Okay.  Goldfish pond?

A    No.

Q    No.  Okay.  All right.

UNIDENTIFIED PROSECUTOR:  I don't think I have any other questions to ask.  Does the grand jury want to ask anything?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  When you got your subpoena, you got an order with it that -- do you remember this piece of paper?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  There should be stapled to the back.

THE WITNESS:  Uh-huh (affirmative).

UNIDENTIFIED PROSECUTOR:  The order directs you not to disclose that you've been subpoenaed and it also directs you not to discuss your testimony here.  Okay.  What it boils down to -- I know people out in the hallway say you, but basically, we don't want anybody else to know you were even here.  Okay?

THE WITNESS:  Okay.

UNIDENTIFIED PROSECUTOR:  And if you violate that, you could go to jail.  All right.

THE WITNESS:  Uh-huh (affirmative).

UNIDENTIFIED PROSECUTOR:  So we just want to keep this very quiet.  Okay?

THE WITNESS:  All right.

UNIDENTIFIED PROSECUTOR:  Any questions?  Anything else?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  You're excused.

* * *

STATE OF OREGON)

                   : ss.

COUNTY OF UNION)

     I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

     That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

     I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

     Said transcript is a full, true and correct transcription, to the best of my ability.

     DATED this 13th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com