**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

          v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5012 –**
**Grand Jury Proceedings**
**Brent William Bartley**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Date shown on video - August 17, 2000

MALE SPEAKER:  Okay.  Go ahead, sir.

MALE SPEAKER:  Would you raise -- raise your right hand please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, I do.

MALE SPEAKER:  All right.  Sir, if you could to begin with, could you state your name please and spell your last name?

THE WITNESS:  Brent William Bartley.  Bartley, B-a-r-t-l-e-y.

BRENT WILLIAM BARTLEY,

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q     All right.  This is the grand jury for Coos County and we are investigating the homicidal death of Leah Freeman.  And as I told you before we got started today, we do have a video camera and we are tape-recording these proceedings.

A     (Nods head affirmatively.)

Q     That means a couple of things.  First of all, we need for you to speak up so the camera can pick you up and so everybody else can hear you.

A    Okay.

Q    So, Mr. Bartley, could you tell us please where you live?

A    I moved out (indiscernible) Creek Road.  I live at 94428 (indiscernible) Creek Lane, Coquille, Oregon.

Q    How long have you lived there?

A    A week.

Q    Live with your parents?

A    No, with a different roommate.

Q    A different roommate.  And before that, where did you live?

A    I lived with my mom for a week.

Q    And prior to that?

A    I lived at (indiscernible) Street 4489, Coquille, Oregon.

Q    How long have you lived in Coquille or the Coquille area?

A    Twenty years.

Q    How old are you?

A    Twenty.

Q    Well, let me start off with are you familiar with a individual named Leah Freeman?

A    Yes, I am.

Q    I'm going to show you a couple of pictures here and -- first of all, do you recognize the person in those photographs (indiscernible)?

A    Yeah.

Q    And who is that?

A    Leah Freeman.

Q    And did you --

A    And that's me right there.

Q    Okay.  And do you have an idea of when those pictures were taken?

A    The day of the disappearance.

Q    Okay.  And where were they taken at?

A    At Nick McGuffin's house.

Q    Now, I want to direct you to the day that Leah disappeared, which I think was June 28th of this year.  I want you to start first of all in the morning or whenever it was that you got up and just start with your day, tell us what happened and happened through the whole day.  Okay?

A    Okay.  I got up right around noon, because I didn't go to work because I hurt my knee really bad jumping off a big old bridge into shallow water (indiscernible).  And then I seen Nick and Leah came by, probably about 1:30, 2:00.  Maybe a little later, I'm not too sure, it's been a month.  And then I asked him and Leah if they wanted to go out to my grandparents' house because they were out of town.

And we were going to go out there and watch movies.  We were going to pick up my girlfriend and just (indiscernible) couple of things.  And then when we -- we went out to Nick's house and then we got movies and Nick took some pictures and stuff.  And then we went back to my -- or we went to my grandparents' house and we sat there.  We probably got there like 5:00, 4:30 or 5:00.

And we got hungry and then we wanted to make some food, so -- and we were drinking a little bit.  And then we went back to -- or I went -- me and Nick.  We left Leah at my grandparents' house.  We went back to my house and I grabbed some money.

And then I went down (indiscernible) and got some steaks and corn

Exhibit 5012 at 3

too, so (indiscernible) went back there and cooked steaks.  And I had a couple mixed drinks and I think Nick had one.

And then Leah was saying that she had to go to her friend Cherie Mitchell's house, I think that's who it was, at 7:00, because they were going to go running or something.  I really wasn't paying attention to (indiscernible).  So me and Nick, then we dropped her off.  And then we went and picked up my girlfriend at her house probably a little after 7:00.

Then we went back out to my grandparents' house.  And Nick, I really wasn't for sure on the time, I wasn't paying attention to the clock or nothing, but I guess he left probably between 7:30 and 8:00.  And he left and then he came back like at -- and me and my girlfriend just sat there and watched TV -- and then he came back probably like at between 10:00 and 10:30 I think, and said he couldn't find Leah nowhere.  And that's all he said, he came in the house and said that and he, like, thought it was kind of weird, but nothing really bad.

And then he left again and he went out searching for her some more.  And he came back probably like 11:30, 11:00 or 11:30 to midnight and picked me and my girlfriend up.  And I went and took my girlfriend home and then me and Nick searched the back streets of Coquille.  Like, because my girlfriend lives up here behind Safeway and we went down the back streets (indiscernible) down that way.

And then we went over by the middle school and we stopped there because Nick wanted to (indiscernible) Leah friends lived there and we stopped there.  And he got out of the car and went down to (indiscernible) if they've seen her.  She said no.  So he got back in the car and looked for her some more.

And then we up (indiscernible) and we seen two people sitting in the

park and Nick stopped and jumped out and he went over there to see if it was her and it wasn't her. And then we were cruising back by, by the high school. Nick stopped at the high school and got out and he was yelling and screaming and looking for her.

And then we were cruising back by Main Street and that's when I seen Richard (indiscernible) and I got out and was talking to him. And Nick was in a hurry to go look for her some more, so I said I'd walk home. And I walked. He dropped me off at (indiscernible) and I walked home from there.

Q     Well, let me back up and ask you a few other two or four questions here. Can you -- first of all, can you -- how long have you known Leah?

A     Since she started going out with Nick, probably like a year.

Q     Okay. What can you tell us about Leah?

What type of a person was she like?

A     She was nice. Always (indiscernible) and always had a smile on her face. She was nice.

Q     Okay. Then you certainly do want to help us find out what happened to Leah (indiscernible)?

A     Yes, (indiscernible). (Nods head affirmatively.)

Q     Okay.

A     I told you guys that from the start.

Q     Okay. Well, there's one other thing I need to do before I ask you any other questions here. First of all, now, because you're here in front of the grand jury, you have to answer my questions; all right?

A     (Nods head affirmatively.)

Q     However, if you are asked a question which you feel will incriminate

Exhibit 5012 at 5

you, okay, or which you are asked a question which you think will or it could potentially cause you problems with the legal system, you do, you have the right to remain silent. Do you understand that?

A    Yeah.

Q    And that if you decide to answer that question, anything you say may be used against you in a court of law; do you understand that?

A    (Nods head affirmatively.)

Q    You have the right to talk to a lawyer and I understand you have a lawyer and he's outside there.

A    (Nods head affirmatively.)

Q    Okay. But your lawyer cannot come in here and be here with you.

A    (Nods head affirmatively.)

Q    All right. But if any time you want to talk to your lawyer, I will allow you to go out and talk to your lawyer; do you understand that?

A    Yeah.

Q    Now, in regards to this situation you were interviewed by the police a couple three times?

A    (Nods head affirmatively.)

Q    You have to answer out loud (indiscernible).

A    Oh, yes.

Q    Okay.

A    Probably more than that actually.

Q    Well, okay. And the first time you were interviewed by the police would be like within a day or two after Leah disappeared?

A    No. It was more like six days.

Q      Okay.  And did you -- do you recall talking with the police -- well, how long was that interview was it, do you know?

A      Probably like three or four hours.

Q      Okay.

A      I had to take a lie detector test and then had to write a written statement (indiscernible) --

Q      (Indiscernible - simultaneous speech) --

A      -- (indiscernible).

Q      There was a couple more contacts prior to that though, was there not?

A      Yeah.  After that when (indiscernible) was pushing me and wouldn't let me leave, he took my rights from me.

Q      Okay.  Do you recall in one of the interviews where the police was talking with you and you told 'em that "Nick didn't do it, at least I don't want to think he did."?

A      Yes, I do.

Q      Can you explain that (indiscernible) the grand jury?

A      Because he's one of my best friends and, well, would you like have your best friend, people telling you that your best friend did this?

Q      Did what?

A      You guys are sitting there pointing fingers saying that Nick assumed and maybe had murdered her and that's what they were saying to me.

Q      Okay.

A      And would you like it if somebody asked you about your best friend, oh, yeah, do you think he did it or not?

What would you want to believe?  That there's no way in possible hell

that he could ever do this.

Q    (Indiscernible.)

A    You know, just hoping --

Q    Mr. Bartley, and something -- something did happen to Leah.

A    Yeah, I know.

Q    Somebody did kill her.

A    I know.

Q    Okay.  All right.  And you want to help us find out who did it?

A    Yeah.

Q    Okay.

A    I just want to get this over so people will stop pointing fingers and gossiping and all this stuff that's going on.

Q    I understand, Mr. Bartley, like I told you before, that this investigation is going to continue.

A    I know.  You just told me this, like, five minutes ago.  I know what you're going to say.

Q    Okay.

A    And --

Q    Then let me say it.  This investigation is going to go on and on and on, and until people start telling us the truth, it's not going to stop.

A    What are saying, that I'm lying?

Q    (Indiscernible) understand that (indiscernible).

A    Yeah (indiscernible).

Q    Okay.  I just want to make sure you're understanding what I think.  All right.  I want to show you this.  Do you recognize that?

A    Yes, I do.

Q    What is that?

A    My written statement.

Q    Okay.  Now, you wrote in the margins there some times; is that right?

A    Yeah, but I told them when I wrote it that I didn't know if the times were too accurate.

Q    Okay.

A    Because, yes, I had been drinking and (indiscernible) smoking pot. And I don't have a watch on me, so (indiscernible).

Q    And would you agree that the times -- then when you wrote that statement -- that was on July the 5th, was it not?

A    Yep.

Q    Okay.  Would you agree that the times there are probably a little more accurate than what your memory is (indiscernible)?

A    Huh?

Q    Well, today has been, what, a month and a half since you wrote that statement?

A    Yeah.

Q    Okay.  Was your memory better when you wrote this on July the 5th or was your memory better today?

A    Memory is probably better today.

Q    Okay.

A    Because I've had a lot of time to think about it.

Q    All right.  So at the time you wrote this out you said that they came over to 440 East Ninth at about 4:00.  And today you said it was like 1:00 or 2:00.

A    I don't really remember actually what time they came over.

Q    Okay. Okay. And then you went out to Nick's house to get some movies?

A    Yeah.

Q    And then you went up to your grandparents' house and played pool and had some drinks, right?

A    Yep.

Q    And then you decided to go down and get some steaks and (indiscernible) you had a couple drinks?

A    Yeah. All (indiscernible) times was (indiscernible) whatever time Nick left.

Q    Okay. At about 7:00 we took Leah to her friend's house for a birthday party.

A    That's what I thought they were going to and that's what I said.

Q    Okay. Why did you -- why did you change today to they were going running?

A    Because I heard on the news, on the radio and the TV and everything that I guess she was going running.

Q    Okay. So we need to get back up here (indiscernible) I don't care what you heard over the news, okay. We need to know what you knew at the time, okay.

Now, at the time you took Leah to her friend's house what did you think they were going to be going to?

A    I thought she was going to a birthday party.

Q    All right.

A    Because that's what I thought Nick and Leah told me.

Brent Bartley Grand Jury Testimony
08-17-2000
Page 10 of 104
Exhibit 5012 at 10

Q    And you dropped your girlfriend off there alone.  Or you dropped Leah off there?

A    We dropped Leah off there and picked up my girlfriend.

Q    And then you went back to your grandparents' house?

A    Yes.

Q    And you played some more pool and had some more to drink?

A    Yep.

Q    And then after a while, Nick left?

A    Yeah.  I don't know what time he actually left, I just know that he had to pick her up at 9:00 o'clock and I know he left earlier than that.

Q    Okay.  Why didn't you write it down then that you knew he left earlier than 9:00?

A    Because I didn't remember it then.

Q    Have you talked to Nick since this?

A    Yes, I have.

Q    Has Nick told you what he did that night?

A    He went out to (indiscernible) Mill Pond with some friends (indiscernible) he told me.

Q    So after you talked to Nick is when you decided he couldn't have left at 9:30?

A    No.  Actually, no, it was when I talked to my girlfriend.

Q    Okay.  So it's after you talked to someone else that you decided (indiscernible) --

A    Yeah, because she was with me and she was sober.

Q    Okay.  But that's (indiscernible - simultaneous speech) --

A    (Indiscernible - simultaneous speech) yes (indiscernible) understand.

Q    You need listen to the questions.  And then Nick went -- how do you know Nick went to pick up his girlfriend from her friend's house?

A    He was supposed to pick her up at 9:00, that's what he told me and that's what Leah said.

Q    Okay.  And she was not there.  Well, why don't you read that sentence you had there from 9:00 o'clock to 10:30, where is that (indiscernible)?

A    He went to pick up his girlfriend from her friend's house and she was not there.  Then he came back about the -- about and said he couldn't find her.

Q    Okay.  (Indiscernible - simultaneous speech) --

A    (Indiscernible - simultaneous speech) --

Q    Let's back up then.  You wrote, "And she was not there then" what's that word you wrote there?

A    Where?

Nick went to pick her up (indiscernible - simultaneous speech) --

Q    (Indiscernible - simultaneous speech) --

A    "From her friend's house and she was not there."

Q    Then what's the next word after --

A    He came back.

Q    Before came, what's the other word?

A    "The."  I can't spell or write worth crap though.

Q    And you, when you read it, you said he.

A    Well, I'm sorry (indiscernible).

Q    Why did you write "the" there?

A    Because I'm -- was nervous and in a hurry and a lot of stress coming

down on me and --

Q    Okay.

A    -- stuff like this.

Q    Well, let's back up a little bit.

A    And I can't read or write worth a crap, and I don't think this has to do with anything about my reading or writing skills as evidence.

Q    Mr. Bartley (indiscernible - simultaneous speech) --

A    I'm gonna go talk to my attorney.  Okay?

Q    Okay.

A    Can I take this?

Q    You can take that with you.

(Mr. Brantley exits room - 3:31 p.m.)

MALE SPEAKER:  We'll stop the camera for a moment.

(Recording resumed - 3:37 p.m.)

BY UNIDENTIFIED PROSECUTOR:

Q    Let's go back to the statement you have there.  In that statement there we were talking about the word you wrote before the word "came," and you told us that you wrote the word "the."

A    (Indiscernible.)

Q    Why did you write "the" there?

A    I don't know.

Q    Isn't it true; you were trying to write the word "they?"

A    Maybe.  That would sound better than "the," I would think.

Q    Yeah, it would.  So who's "they?"

A    Nobody.  Maybe it was "he."  I think it was "he."

Q    Okay.

A    Because he is the only person that came back, fuckin' Nick.

Q    All right.  You're absolutely certain?

A    I'm absolutely positive.

Q    Okay.

A    He's the only one that came in the house.

Q    Okay.  Was there somebody out in the car?

A    Not that I know of.

Q    (Indiscernible) person that was dead out in the car?

A    Not that I know of.

Q    Now, you mentioned that you spent some time with Nick that day.  In fact, and you talked about how you after you first went up to your grandparents' house you then came back into town; you remember that?

A    Yes.

Q    To get food?

A    Yeah.

Q    Who were you with?

A    Me and Nick.

Q    Okay.  What car were you in?

A    (Indiscernible.)

Q    Okay.  Now, we have concrete, irrefutable, inside information that Nick and Leah had a fight before they went up to your grandparents' house.

A    Like when, before they came and picked me up?

Q    Yeah.  What did Nick tell you about the fight that he and Leah had?

A    Nothing, he didn't tell me they had a fight and (indiscernible) to me.

Does this look like they were fighting? She was all happy.

Q    Mr. Bartley, you are not to answer -- ask me a question again today. If you do that, I'm going to take you in front of the judge and I'm going to ask him to find you in contempt and you can sit the night in the bucket.

You're here to answer my questions and my questions only. Do you understand that?

A    Yeah.

Q    All right. What did Nick tell you about the fight that he and Leah had that day?

A    Nothing. I didn't even know they had a fight.

Q    What did Nick tell you that he was going to say to Leah after picking her up at her friend's house?

A    I don't have a clue. He didn't tell me nothing.

Q    What did Nick tell you he was going to do to Leah after he picked her up?

A    Nothing.

Q    (Indiscernible.)

A    He didn't tell me nothing.

Q    Where were they going to go?

A    I thought they were going to come back out to my grandparents' house, because that's why me and Nicky waited out there because I didn't have a rig and Nicky didn't have a rig. So this is all new information to me.

Q    (Indiscernible.) We also have concrete, irrefutable evidence, inside information, that someone else was in the car with Nick when he returned to your grandparents' house after going and picked up Leah at her friend's house. Who else

Exhibit 5012 at 15

was in the car with him?

A    I don't know.

Q    Didn't you go out and look (indiscernible)?

A    No, I did not.  Nick came in the house and me and my girlfriend were sitting in the recliner.

Q    Who was in the car with Nick when he came and picked you and Nicky (indiscernible)?

A    Nobody.

Q    Who was in the car with you and Nick after you dropped Nicky off at her house?

A    Nobody.  It was just me and Nick (indiscernible).

Q    What was the problem with Nick that you had with Nick right before you got out and went to talk to Richard (indiscernible)?

A    Nothing.

Q    Nothing?

A    Nothing.  We stopped to ask if he's seen her.  And then Richard actually offered to smoke pot with me, so I got out with him and walked home.

Q    Okay.  Why are you changing your story now?

A    Because I didn't want to bring up pot in front of all these people I don't know.

Q    Okay.  (Indiscernible) I've offered you immunity.

A    I don't know anything else.

Q    I've offered you immunity, smoking pot isn't going to get you into trouble.  Now, you've told us two different stories, how are we supposed to believe you when you say you don't know?

A    (No visible or audible response recorded.)

Q    I just caught you in a fib.

A    No, I just said he dropped me off.

Q    I just --

A    I didn't --

Q    -- caught you lying.  Do you want me to take you up to Judge Barron and we can start talking perjury charges?

A    Sure.

Q    All right.  You're going to sit here and answer my questions --

A    Well, I --

Q    -- (indiscernible - simultaneous speech) --

A    -- (indiscernible - simultaneous speech) --

Q    You're going to answer my questions.

A    Okay.

Q    All right.  What did you two do at the high school that night?

A    I sat in the car and Nick got out and was searching down and screaming because my knee was messed up.

Q    What did Nick show you at the high school?

A    Nothing.  He pulled right in front of where you go to pay to get into the football field --

Q    Uh-huh (affirmative).

A    -- and he ran in there and was yelling and screaming.  I could see him the whole time; he ran from (indiscernible) one side of the bleacher.

Q    What was he yelling and screaming?

A    Leah.  Leah.  Are you here honey?  Leah.

Q    Okay.  Now, I've got another question for you, let's go back to your statement -- your handwritten statement there.  Now, you've previously testified that when you wrote that out that you were in a hurry to write it out; is that right?

A    Yes.

Q    Okay.  (Indiscernible) question for you.  Now, (indiscernible) there, let's see, 4:00 o'clock, you talk about how they came over and -- let's see, and then at 7:00 o'clock you talked about we took Leah over to a friend's house for a birthday party (indiscernible).  And we get to 9:00 o'clock and you say Nick went to pick up his girlfriend from her friend's house.

If you're in such a hurry to write this out, why did you use his girlfriend, why didn't you write Leah?

A    I don't know.  I wrote girlfriend (indiscernible) all this.  Even for my girlfriend, I wrote girlfriend.

Q    Yeah.  But why prior to this do you refer to her as Leah, and then at 9:00 o'clock you're all of a sudden referring to her as Nick's girlfriend?

A    Right here it says my girlfriend.

Q    That's your girlfriend.  I'm talking about Leah.

A    I don't know.

Q    Well, could it be that you know something bad happened to her at 9:00 o'clock and you just didn't, couldn't bring your self to write the "Leah?"

A    No.  No.

Q    No?

A    No.

Q    Okay.  Then why do you switch at 10:30 to (indiscernible)?

A    I don't know.  I told you I ain't a good speller.  I barely graduated

English in high school.

Q    How does -- the "girlfriend's" a lot more difficult to write than "Leah," isn't it?

A    Not really.  I've probably wrote "girlfriend" more than I've ever wrote "Leah" in my life.

Q    Bear in mind that this investigation is not going to end and this situation will never end until we learn the complete truth about happened to Leah.

A    I know.  And I hope you find the real person that did this instead of just (indiscernible).

Q    We already know a heck of lot more than anyone can imagine.

A    Good.  Well go find the people that did this.

Q    (Indiscernible.)

A    (Indiscernible - simultaneous speech.)

Q    You're never going to be left alone until you tell me.

A    Tell you what?  I don't know nothing and (indiscernible).

Q    (Indiscernible.)

A    I don't know anything.  That's what I told you a long time ago so I could get you guys off my back.

Q    We have inside information that you knew that night something bad had happened (indiscernible).

A    Well, I don't know what to tell you because I didn't have a clue.

Q    I want you to remember you're under oath.

A    I know.

Q    And tell the truth.

A    I'm telling you the truth; I don't have a clue.

Q       What did Nick tell you (indiscernible)?

A       Nothing.  He did not tell me nothing.

Q       How much do you know about forensic evidence?

A       Not much.

Q       Do you know you can get fingerprints off a body?

A       Yeah.

Q       You know how we determined those shoes were Leah's?

A       DNA?

Q       Yeah.  And how we found (indiscernible) DNA of Leah was found (indiscernible)?

A       (Indiscernible.)

Q       (Indiscernible.)  You know if you take a piece of hair and you pluck it out of your head, from that one hair we can identify a person.

A       Yeah.  (Indiscernible.)

Q       Did you help Nick move Leah's body that night?

A       No, I did not.

Q       Why were you there by (indiscernible)?

A       I wasn't.  I drove out (indiscernible) --

Q       We've got an eyewitness that (indiscernible) --

A       Oh, it was, like, at 11:30 because I wanted to go see if they found (indiscernible) so I went out there with my friend.

Q       Why were you there?

A       To see if they found her (indiscernible).

Q       Why were you there in the area where the body was?

A       Because all of us, we've heard things all day that that's where you guys

Exhibit 5012 at 20

were and you had the road blocked off, so we --

Q     You were there at 11:30.

A     (Indiscernible.)

Q     We didn't find her body till 3:30 and you're there at 11:30.

A     (Indiscernible) 1:30 at night.

Q     You were there at 11:30 where the body is.

A     At night.  It was 11:30 at night.

Q     At 11:30 and you --

A     At night.

Q     -- and you were -- okay.  I've got an eyewitness that's got you there in the morning.

A     No, there is no way.  There isn't no way.

Q     Why are you there where her body's found?

A     At 11:30 at night.

Q     Eleven-thirty was in the morning before we ever --

A     No.  (Indiscernible) --

Q     -- got there.

A     -- at 11:30 at night is what I was saying.

Q     We've got an eyewitness that puts you there before.

A     There's no way, you know.

Q     Well, look at that.  You see that there?

(No audible response recorded.)

Q     You know who that is?

(No audible response recorded.)

Q     Look at it.

A    I don't want to look at it.

Q    That's too bad.  That's Leah Freeman.  That's what's left of her.

Yeah, you can sit there and not look at it.  You're covering for your friend.

A    I'm not covering for nobody, because --

Q    You're covering for your friend.

A    -- I don't know anything.

Q    You're covering for your friend who did this to this young lady.  Who took a nice young lady like this and turned her into that, that's what you're covering up for.

A    I'm not covering up nothing.

Q    That's what you're covering up for.

A    I'm not covering up nothing --

Q    That's what you're covering up for.

A    -- for no one (indiscernible - simultaneous speech) --

Q    You're covering up for someone that can do this to a young woman.

A    I'm not covering up nothing.  I already told you guys right (indiscernible - simultaneous speech) --

Q    Then how come you flunked the polygraph test?

A    I don't know.  I couldn't tell you (indiscernible).  I'm not covering up nothing.

Q    Well, until you convince me otherwise we'll be sitting here, and you haven't convinced me.  Here's another picture.  And another one.  Look at how the animals ate on her.

A    I don't know what to tell you; I don't have nothing to do with this.

Exhibit 5012 at 22

Q    You (indiscernible - simultaneous speech) --

A    (Indiscernible - simultaneous speech) cover up, no.

Q    No, you may not have anything to do with this, but you damn well --

A    I don't know.

Q    -- know who did.

A    No, I do not.

Q    You know damn well who (indiscernible) --

A    No, I do not.

Q    -- Nick McGuffin when he came up to your place, he told you what happened to Leah.

A    No, he did not.

Q    He told you when he came down --

A    No, he did not tell me --

Q    -- and he showed you what --

A    -- nothing.

Q    -- he did to Leah.

A    No, he did not.

Q    And you (indiscernible) out there with him and --

A    No, (indiscernible - simultaneous speech) --

Q    -- you guys took her down --

A    No.

Q    -- and you took her body (indiscernible - simultaneous speech) --

A    No, we did not.

Q    -- and you dumped it out there.

A    I'm going to go talk to my attorney.  Okay?

Exhibit 5012 at 23

(Mr. Bartley exits room - 3:49 p.m.)

Q    You dumped that body.

(Break in recording - Recording resumed - 3:54 p.m.)

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  I know you're upset.

A    (Indiscernible) ask me more questions (indiscernible).

Q    Nope.  This is not your proceeding; it's mine.  And I'm not trying to upset you.

A    (Crying) Well, you're doing a really good job.

Q    Well, (indiscernible) here.  On July 27th of this year you took another polygraph test, right?

A    Yes.

Q    And your lawyer was there with you?

A    Yes.

Q    Okay.  And you were asked three questions?

A    Yes.

Q    Number one:  Has anyone told you that they were responsible for Leah's disappearance?

How did you answer that question?

A    No.

Q    And number two:  Are you concealing information about Leah's disappearance to protect someone?

Do you remember how answered that question?

A    Yeah, no.

Q    Number three:  Have you seen Leah since the day she was reported

missing?

How did you answer that question?

A      No.

Q      What did the polygraph examiner tell you?

A      He told me -- he didn't tell me nothing.  He told my attorney that I failed.

Q      Okay.  You understand now why we're asking you these questions?

A      Yeah.  But you didn't have to be so hard.  I was (crying - indiscernible) this is hard.

Q      I know, this is hard.  (Indiscernible.)  You know, Leah was 15 years old and she was a nice young woman.

A      I know.  I didn't want nothing to happen to her.  I didn't do it; I don't know nothing about it.  (Crying - indiscernible.)  I just want to be left alone.

Q      But you see, when you take these tests and the tests say that you --

A      (Crying) Because I've heard so many rumors.  I don't know was happened.  I don't know the truth.  I (crying - indiscernible).

Q      Okay.

A      I just know Nick didn't tell me nothing.  (Crying - indiscernible.)

Q      Brent, I've got to tell you something else, (indiscernible) tell you something else.  Your handwritten statement there, you said that -- have you ever heard of a science called "Statement Analysis"?

A      Kind of.

Q      You have?

A      Yeah.

Q      Remember the case a few years ago -- remember the case a few years

ago there was this mother in the south, I forget whether it was South Carolina or North Carolina or Georgia, someplace like that, she gets on national TV and tells everybody that her kids were in the car and she -- the car got carjacked with her kids?

A    Yeah, and she ran it down into a lake?

Q    Right. You know how the police figured out that she wasn't telling the truth about what happened to her kids?

A    (Shakes head negatively.) No, I don't (indiscernible).

Q    Okay. It was doing what's called "Statement Analysis." And what we did (indiscernible) the police department, Brent, we sent your handwritten statement and we sent Nick's handwritten statement to the same people that worked on that case at the FBI.

A    (Indiscernible.)

Q    Now, those questions I was asking you about, like at 9:00 o'clock why you changed from calling Leah, Leah, to Nick's girlfriend, that's how they figured out how Mrs. Smith wasn't telling the truth, because she changed in the middle of her statement and went back. And the interesting thing is Nick --

A    (Indiscernible) tell (indiscernible) that the person that wrote the stuff was lying.

Q    And the other thing is we had Nick's statement looked at (indiscernible) same thing.

And it's interesting, Brent, in your statement you refer to Leah as Nick's girlfriend. That's a sign of somebody who's trying to disassociate themselves.

A    Did you tell them that I -- oh, sorry.

Q    (Indiscernible) disassociates (indiscernible). And the other thing is, is

when we look at Nick's statement, we've got the same thing.

We've got you both in your statements disassociating yourselves from Leah at the same period of time (indiscernible). Because Nick did the same thing, he wrote out a time line. He's doing the exact same thing at 9:00 o'clock that you're doing at 9:00 o'clock.

(Indiscernible) combine what I've learned from the FBI about your statement, your handwritten statement, with your polygraph examination, there's no doubt, there's absolutely no doubt that you know (indiscernible).

A    I don't know what to tell you, because that's (indiscernible).

Q    Okay. You can keep saying that (indiscernible - simultaneous speech) --

A    Yeah, I'm going to keep saying it until I know something and I don't know what happened to her.

Q    You can keep saying that for as long as you want, but you're --

A    (Indiscernible - simultaneous speech) --

Q    -- only fooling yourself.

Why don't you tell the grand jury about what your life has been like since Leah (indiscernible)?

A    It's been hell. I've been harassed, I've been pushed by cops. I've been verbally abused by cops, I've -- I've had my rights taken away from me.

Q    What rights have you had taken away?

A    Not being able to leave when the police were questioning. Me, I went up to get, to leave, and then Chief of Police Reeves (ph) pushed me back down in my seat. And I asked him what he was doing.

Q    (Indiscernible.)

A    (Indiscernible) after he pushed me up against the wall.

Q    (Indiscernible.)

A    And that's police brutality there.

Q    Okay.  But put yourself in Chief Reeves' place.

A    He still has to be a professional (indiscernible - simultaneous speech) --

Q    Put yourself in Chief Reeves' (indiscernible - simultaneous speech) --

A    He is the chief of police, he's supposed to be a professional.  This is just what the (indiscernible - simultaneous speech) --

Q    Put yourself in Chief Reeves' place.  He's got a nice looking young girl (indiscernible).

You know, her mom and dad -- you know, when my son died last year (indiscernible) her brother died last year, at least I had the opportunity to go to the funeral home (indiscernible).  These poor folks, hell, we couldn't show them their daughter's body like that.  They never got to say goodbye.

Do you know how much Leah weighed (indiscernible)?

A    (Indiscernible), man.

Q    How much she weighed (indiscernible)?

A    No, I don't.

Q    She weighed (indiscernible).  (Indiscernible) at you.

A    (Indiscernible) and I still don't know nothing.  I swear; I couldn't do (crying - indiscernible.)

Q    We're not saying you did.  We're not --

A    (Crying) I couldn't hide (indiscernible).

Q    We're not saying you did.

A    (Crying - indiscernible) there's just no way (indiscernible) I've got a

conscience. I can't sleep at night unless I call my girlfriend before I go to bed.

Q    You can't sleep. You can't eat, can you? You're (indiscernible) --

A    Yes, I can eat.

Q    Are you losing weight?

A    No.

Q    You can't sleep (indiscernible) --

A    I've been losing weight for like the past two years, because my gut's all messed up and I can't eat nothing, and that happened way before this.

Q    But you can't get to sleep, something's bothering you.

A    Yeah, I can sleep.

Q    (Indiscernible.)

A    Which I couldn't sleep unless I call my girlfriend at night because I've got a conscience.

Q    What do you talk about?

A    Huh?

Q    What do you talk about with your girlfriend?

What do you have to talk about before you can go to sleep?

A    About how her day went, how my day went. (Indiscernible) and all that.

Q    Something happened to Leah between 9:00 o'clock and about 10:15.

A    (Crying) I would love to (indiscernible) but I don't know (indiscernible).

Q    Somebody did this to Leah.

A    (Crying) I know, man. (Indiscernible) I don't know nothing.

Q    You know --

A    (Crying) I'm telling you guys, I (indiscernible) --

Q    This thing --

A    Why can't you just believe me (crying - indiscernible)?

Q    Because we can't (indiscernible) Brent.  We (indiscernible) --

A    (Crying - indiscernible.)

Q    We can't believe you.  Your handwritten statement, the experts are telling us --

A    But did they say it came from a kid with third grade writing and reading (indiscernible)?

Q    They're telling -- they're telling us it doesn't matter, Brent.

A    I don't know what to say.  I've told you guys everything I know.  I --

Q    (Indiscernible) the situation.  I've got a statement where the experts are telling me you're not telling the truth.

I've got -- let me tell you about this guy that I talked to in Quantico. He didn't even know we found Leah's body, but after reading yours and Nick's statements he called us and said -- he didn't know we'd found the body -- he called us on Monday and said, "I hate to tell you guys this, but you're not looking at a runaway, you're looking at a murder.  I can tell that from these two guys statements."

Now when we told him we had already found the body he (indiscernible).  And he says, "I can tell you when she disappeared and when she died."  He says, "Look at (indiscernible) 9:00 o'clock on Brent's statement.  Look at this (indiscernible) 9:00 o'clock on Nick's statement."  (Indiscernible) now?

A    Pretty good.

Q    How long you been (indiscernible)?

A    Huh?

Exhibit 5012 at 30

Q    How long have you known (indiscernible)?

A    Since about middle school.

Q    (Indiscernible) know him.  Do you like him?

A    Yeah.

Q    He's your best friend?

A    (Indiscernible) friend.  I don't really have a best friend.

Q    (Indiscernible) he's a good friend?

(No audible or visible response recorded.)

Q    I think you -- earlier you referred to him as your best friend (indiscernible).

A    Probably.

Q    Now, remember one of the times you talked to the police, I think (indiscernible) I think it was the very first time you talked to them.  It was only for about four or five minutes.  I think it was with Officer Hall (ph).

(No audible or visible response recorded.)

Q    Do you remember towards the end there saying something (indiscernible) I didn't do it?

A    No, I don't remember that.

Q    If you had said I didn't do it, why would you have told Officer (indiscernible)?

A    (Shakes head negatively.)  (Indiscernible.)

Q    Okay.  Now look at it from my perspective here (indiscernible).

A    (Nods head affirmatively.)

Q    I've got you the first time you talked to the police saying you didn't do it, but you don't remember saying (indiscernible).  I've got you another time when

you talked to the police saying, I don't think Nick -- Nick didn't do it, at least I don't think he -- I don't want to think he did.

A    That was like five times after that.

Q    Okay.

A    That was (indiscernible).

Q    I've got you taking polygraph tests and you just don't flunk it a little bit, you flunk it badly, which you claim you don't -- or that you did not or you had not been told by anyone that they were responsible for Leah's disappearance and that you were (indiscernible) concealing information.  They're telling me you're not telling the truth.

Have you seen Leah since the day she was reported missing?  You said no.  And they're telling me you're not telling the truth there.

A    I don't know what to tell you.

Q    And the experts are telling me (indiscernible) your written statement.

A    I can't really write (indiscernible) a hundred percent of the time I (indiscernible).

Q    Well, this a guy that has done 800 of these things and he says yours is like right out of the textbook.

One of these days, I'm going to get a report from the DNA people.  I'm going to get a report from them --

A    Don't think you're going to get any -- nothing on me because I don't know nothing.

Q    What did Nick tell you he did (indiscernible)?

A    He didn't tell me nothing.

Q    (Indiscernible.)

A    I'm telling you the truth.

Q    (Indiscernible.)  How can you be telling me the truth when you don't tell the truth to the polygrapher?

How do you -- how can you be telling the truth when you're not telling the truth in there?

A    Just going to have to trust me (indiscernible).

Q    How -- why should I trust you?

Tell me why I should trust you, Brent.  Why should I trust you?

A    Because I (indiscernible) do nothing like this.  I (indiscernible - simultaneous speech) --

Q    I said -- I never said you did this, have I?

A    (Indiscernible) hide (indiscernible) even if I knew who killed her.  I wouldn't hid nothing (indiscernible) turned down (indiscernible) with you.  Don't you think if I knew anything, don't you think I'd be trying to tell you (indiscernible - simultaneous speech) --

Q    (Indiscernible - simultaneous speech) started talking with you, every time we talk with you about what happened to Leah, you start to cry.

A    Yeah.  Because it's pretty hard (indiscernible) happen with a friend.

Q    (Indiscernible.)

A    And then you go breaking out this kind of crap.  And (crying - indiscernible) I cannot believe you just said that.  This is a friend, she was a friend and then you go around --

Q    Yes.

A    -- pointing fingers at --

Q    But Nick --

A    -- another one of my friends.

Q    -- but Nick is a better friend, isn't he?

And you don't want to give him up; you don't want to be called a snitch. But you can't live with it because you know what happened, that's why you can't sleep at night.

That's why you can't (indiscernible - simultaneous speech) --

A    I can sleep at night. I can sleep any time I want to.

Q    That's why you have to call --

A    (Makes unintelligible sound.)

Q    -- that's why you have to call your girlfriend before you can go to bed.

A    No, it's --

Q    That's why you (indiscernible - simultaneous speech) --

A    -- how do you know? How do you know, are you listening --

Q    Don't (indiscernible).

A    (Makes unintelligible sound.)

Q    That's why. You know what happened. You can't (indiscernible - simultaneous speech) --

A    I don't.

Q    -- you don't want to tell anybody because you can't snitch off a friend. That's (indiscernible - simultaneous speech) --

A    I'm nothing like that. You don't know me. You don't know nothing.

Q    (Indiscernible - simultaneous speech) --

A    You can't go pointing fingers.

I would snitch off a friend if they did something like this. I would go and snitch off a friend no matter -- no matter if it was a friend, a girlfriend,

anybody, I would do it.

Q    (Indiscernible - simultaneous speech) --

A    I'm going to go talk to my attorney.  You're just (indiscernible) --

Q    No.  Sit.

A    Why can't I go talk to my attorney?

Q    Because you haven't -- you haven't any question to ask your attorney.

A    Yeah, I just --

Q    (Indiscernible - simultaneous speech) --

A    -- want to get away from this because you're --

Q    Why -- why did the question that I just asked you do you need to consult with your attorney?

A    It's not.  It's the pointing fingers and you starting to scream and raise your voice.  I --

Q    Who started raising (indiscernible) Brent?

A    You.

Q    Brent, you can call me every name you want.

A    (Whispering - indiscernible) Paul.

Q    You can call me whatever you --

A    (Whispering - indiscernible.)

Q    -- you can call me whatever you want.

A    You keep asking me questions.  I just want to go home.

Q    You're not going home until you tell us what we need to know.

A    Well, I ain't going to tell you nothing because I don't know nothing, so we're going to be sitting here all day long.

Q    Let's talk about (indiscernible) the shoes.

A    Yeah?

Q    Do you know how her shoes got to where they were?

A    I have no idea.

Q    Why -- why do you hang out in that area up there where we found Leah's body?

A    I don't.

Q    Then why -- why do we have people reporting seeing you out there?

A    I haven't been out there for a long, long time.

Q    Why do we have people who are disinterested citizens who have come forward in from their goodness of their hearts and say -- and pick your picture out of a lineup and say, yeah, I saw Brent Bartley out there.

A    When?

Q    The morning that we found her body.

A    There's no way possible. I was at work. I got an alibi there, buddy.

Q    (Indiscernible.)

A    You can believe what you hear.

Q    I've got people that are putting you (indiscernible). Why would they tell me that?

A    I can't answer that question because I don't know the answer.

Q    Why don't you want to tell us what happened to Leah?

A    I would love to tell you if I knew anything, but you've got to know something before you can say something.

Q    Why -- why do you get so upset every time we talk to you about Leah?

A    Because you guys are pointing fingers at me and Nick.

Q    What do you think is going to happen?

You know, you complain about the police all the time (indiscernible).

A    Pieces of crap.

Q    Okay.  Have the police ever stood up and say, oh, gee, Brent Bartley flunked the polygraph and here's these questions and he flunked it, have we ever gone out in public and said that?

A    Well, but Reeves said other stuff.

Q    Like what?

A    That I was leaving town and that's the only reason I got subpoenaed the first time.  And I haven't -- have I left town yet?  Oh, sorry, I can't (indiscernible).

Q    No, you haven't left town.  (Indiscernible.)

A    And I wasn't even leaving town.

Q    That's fine.

A    He just made up stuff there.

Q    Yeah.  But what does -- what does that (indiscernible)?

A    (Indiscernible - simultaneous speech) --

Q    This -- this really hurts --

A    -- a lot of stuff.

Q    -- this really hurts you, doesn't it?

A    (Indiscernible.)

Q    What do you think the public would believe in this community if they found out that you are concealing information about Leah's disappearance to protect someone?

A    (Indiscernible) false because I'm not concealing nothing because I don't know nothing.

Q    Yeah?

A    I would tell you.  Just come on.

Q    Tell us what you know.

A    God, I have been the whole time.

Q    No, you haven't.

A    Yes, I have.

Q    No, you haven't.  You've been lying through your teeth and covering up for Nick.  You know exactly what happened to Leah.  You know why she was out there and got dumped off at (indiscernible) Road to rot away like a piece of meat.

A    No, I don't.

Q    Yes, you do.

A    No.

Q    That's why you can't (indiscernible).  That's why you have to talk to your girlfriend every night.  That's why you get upset every time we talk to you.  That's why you bawl like a baby every time we talk about it, because it's eating away inside of you.

You know exactly what happened to that little girl and you're not going to tell us because you're going to stand up and be a he man for your friend Nick.

A    (Indiscernible) not, because if I knew anything I would rat him off as fast as (indiscernible) because I wouldn't go to down with something like this on my record, so I would rat off my best friend.

Q    (Indiscernible.)

A    If I knew anything and I don't know anything.

Q    Okay.  Just caught you in another fib.

A    What, that I don't know anything?

Q    Just caught you in another fib.  You said he's not your best friend, now he's your best friend, now you're back to his best friend.  You can't keep your story straight.

A    No, I said I would rat off Nick even if --

Q    You can't keep your story straight.  You're (indiscernible - simultaneous speech) --

A    No.  I said I would rat -- I would even rat off a best friend.  I didn't say Nick was my best friend.

Q    You did earlier.

A    Yeah.

Q    You can't keep your story straight.

A    How do you know (indiscernible) friends are now if you're sitting there telling me that he did (indiscernible).  How could you call him a best friend when you walk in the room and then somebody comes and tells you he did this and he did that, how are you supposed to call him a best friend later on after you're told some of this kind of crap and tell me this kind of crap?

Q    Because it's all the truth.  It's all true.

A    I wish I could tell you something.

Q    It's all true.  Nick McGuffin got mad at Leah.  They had a fight earlier that day and he's upset --

A    I did not know that (indiscernible).

Q    -- and he was upset.

A    What did they fight about?

Q    I don't know; that's why I'm asking you.  Because I -- I'll bet my family

house that when you were riding around with Nick that night he told you exactly what happened.

A    (Whispering) I bet you, I'll take your house, because he didn't tell me.

Q    Yeah, he did.

A    No, he didn't.

Q    That's why you (indiscernible) the truth (indiscernible).

A    (Indiscernible.)

Q    That's why you can't pass a polygraph (indiscernible) Nick did to that little girl.

A    No.  I (indiscernible - simultaneous speech) nothing.

Q    You're covering for somebody.  You're covering for somebody.  You can't pass a polygraph.  You can't write a truthful statement.

A    The polygraph doesn't even hold up in the court of law anyway, that doesn't matter.

Q    (Indiscernible.)

A    So, fine.

Q    And that says you're lying.  That says you're an accomplice to murder.

A    No.  I'm not and I know the truth.  I wouldn't do that, I don't have nothing -- I've told you, I've just told you a hundred times I do not know nothing.  I don't know who did it.  I don't know --

Q    Yeah, you do.  It's your own handwritten statement says you do know.

A    No, it doesn't.  Does it say anywhere in this that --

Q    The way you wrote it out is exactly.  It says that you know exactly what happened.

The polygraph test says you know exactly what happened.  The way

Exhibit 5012 at 40

you cry every time we talk to you tells us (indiscernible).

A    Because it's a pretty emotional subject.  If one of your friends gets killed and then they're --

Q    Hey --

A    -- blaming it on another one of your friends.

Q    -- don't tell me about emotions, I've lost a son.

A    I know and I'm sorry to hear that.

Q    Don't tell me about --

A    He was a great guy.

Q    -- emotions.  At least I got to say goodbye to my son.

Cory Courtright didn't get to do that.  Danny Freeman didn't get to do that.  Nick --

A    I'm Brent.

Q    You -- you need to listen to the question.  Nick and Leah had a fight before they came out to your grandparents.

A    I was with (indiscernible - simultaneous speech) --

Q    They had a fight.

A    Before they came to my house?

Q    Before they went up to your grandparents' house, they had a fight. They had a fight about something.

A    I was (indiscernible) I was with them.

Q    And then when he came back to pick her up she's not where she -- he's supposed to pick her up and he's still mad at her.  He found her someplace on that street and picked her up and something very bad happened.

A    I was with Nick almost the whole day and he came by my house before

Exhibit 5012 at 41

he went up to my grandparents' house.  Because then we went up to his house and --

Q     (Indiscernible.)

A     -- they didn't look like they were fighting (indiscernible).

Q     They were (indiscernible) for two hours at the Courtright house (indiscernible) and there was a problem.

A     (Indiscernible.)

Q     And then they go up (indiscernible) and he goes and finds her after she leaves the Mitchell (indiscernible) and something really bad happened in his car. Either it happened in the car or it happened (indiscernible) something really bad happened.

It could've been an accident.  It could've been something where (indiscernible) on the spur of the moment, but something really bad happened in the car or it happened (indiscernible) somewhere (indiscernible) something really bad happened and Leah ends up like that.

She ends up lying on the ground (indiscernible) right here she's totally (indiscernible).  Her body has been gnawed on by animals.  Part of her thumb's missing because some squirrel came along and cut it off and took it off to his den. What happened to her is not right.

A     I know and I would love to help you out.

Q     Tell us what happened.

A     First I've got to know what happened before I can go --

Q     (indiscernible - simultaneous speech) --

A     -- making up crap.

Q     You know what happened.

A    I don't.

Q    You do too.

A    No, I don't.

Q    You told -- has anyone told you that they were responsible for Leah's disappearance and you --

A    No.

Q    -- flunked that.

A    No.

Q    Are you concealing information about Leah's disappearance to protect somebody?

A    No.

Q    (Indiscernible) that.

A    (Indiscernible) just say no, I didn't know.

Q    Yeah.  But they said you lied.  Have you seen Leah since the day she was reported missing?  And you lied.

A    No, I didn't lie about it.

Q    Yeah, you did.

A    (Indiscernible.)  (Shakes head negatively.)

Q    (Indiscernible.)

A    No, I didn't.

Q    You're doing this to protect Nick and he (indiscernible) --

A    I ain't doing it to protect nobody (indiscernible) I'm here.  I ain't --

Q    You're doing this to protect Nick.  You're doing this to protect yourself from being called a snitch.  Well, what do you think the community is going to think about you when they find out you covered (indiscernible)?

A    What's the community -- community going to think when they know that you're all full of crap and I didn't have nothing to do with this and I didn't know anything? They're going to be --

Q    That's (indiscernible) --

A    -- pointing fingers at you guys. Well, I'm going to be happy about this because --

Q    Go right ahead.

A    -- (indiscernible) right in your face and I'm going to love it.

Q    Oh, Mr. Bartley, (indiscernible).

A    I'm not afraid of you. Are we just going to sit here and you're just going to keep going over and over and over --

Q    Yes.

A    -- and over and over?

Q    I'm going to do that. I'm going to do that. I'm going to make you sit here and look at her rotting foot.

A    Who says I have to look at anything?

Q    Because that's another indication that you're lying, because you're --

A    Because I don't want to see --

Q    -- so scared --

A    -- dead fucking body parts of my --

Q    You're so scared -- you're so scared of me you can't even look me in the eye.

A    I can look you in the eye and tell you --

Q    You can't even --

A    -- that I didn't have nothing --

Q    -- you can't tell me the truth.

A    -- to do with it.

Q    Yeah, you didn't have anything to do with it --

A    (indiscernible - simultaneous speech) I do not know --

Q    -- true.  You didn't have anything --

A    -- about anything.

Q    You do too.

A    No, I do not.

Q    Yes, you do.

A    No, I do not.

Q    You (indiscernible).

A    No, (indiscernible - simultaneous speech) not lying.

Q    You are (indiscernible).

A    No, I am not.  You told me to look you in the face and --

Q    Look that in the face and tell me what you think.

A    I do not know anything about what happened to her.

Q    You are a liar, sir.

A    No, I'm not.

Q    Yes, you are.

A    No, I'm not.

Q    You are a lying sack of crap.

A    I can sit here and stare in your eyes the whole day.

Q    Now, let's look at (indiscernible) statement compared to yours.  Why does Nick tell a different story about where he was than yours?

A    Because I was drunk and stoned (indiscernible - simultaneous

Exhibit 5012 at 45

speech) --

Q    When you wrote that?

A    No.  The day that happened.

Q    Oh, so you're drunk and stoned.  So how can you tell us what you (indiscernible) you don't anything, you were drunk and stoned?

A    Because it doesn't come up in my head.  Because it'll -- I think I could remember something like that.

Don't you?  Probably yeah.  So yeah, if somebody told me something like that, yes, I think I'd be able to remember it, and yes, I'd share it with you.

Q    Uh-huh (affirmative).  Then why did you flunk the polygraph?

A    I don't know.

Q    Why --

A    I couldn't tell ya.

Q    -- why can't you write a good statement?

A    Because I've got a third and fourth grade writing and spelling crap.  (Indiscernible - simultaneous speech) --

Q    That doesn't have anything to do with it.

A    It has everything to do with it.

Q    No.

A    It's all En- -- okay, what is this, English.  What is it?  Spell it.  What is that?  Reading and writing --

Q    (Indiscernible - simultaneous speech) --

A    -- what I cannot do worth crap.

Q    What you can't do worth crap is tell the truth.

A    Okay.  This is (indiscernible) oh, God.

Q    Pull your statement out, we're going to look at it.

A    No.

Q    Yes, you are.  Pull your statement out or we're going to go see the judge.  Now, what did you say you and Nick did at 7:00 o'clock?

A    We took Leah to her friend home.  I (indiscernible) see, I can't spell there.  For a birthday party, because that's what I thought she was going.  Me and Nick went to pick up my girlfriend and we went to the --

Q    (Indiscernible.)

A    -- back to my grandparents' house and played some more pool.

Q    Okay.  Now --

A    And I had a drink.

Q    -- what did you say -- when did you say in your statement that when Nick left, what was the time?

A    Nine.

Q    Okay.  Why does Nick say he left at 7:30?

A    Because I guess he did.  Because I told you my times are all messed up.

Q    Okay.

A    And I don't know why --

Q    What did Nick tell you --

A    -- (indiscernible - simultaneous speech) --

Q    -- where he went after he left?

A    He told me after we did these statements that him and some friends went to Johnson Mill pond and smoked pot.

Q    Okay.  Do you know (indiscernible - simultaneous speech) --

A    That was after I wrote this.

Q    Okay.  Now he told you that after that?

A    Yeah.

Q    Okay.  Why then does Nick forget to conveniently tell us about Johnson Mill pond?

A    I don't know.  I didn't write his statement; he wrote it.

Q    Okay.  He's telling you a different story than what he's telling the police; right?

A    I guess so.  Yeah.

Q    Why would he do that?

A    I don't know.

Q    Why would he do that?

A    I don't have a clue, buddy.

Q    Yeah, you have a clue.

A    No, I don't --

Q    (Indiscernible - simultaneous speech) --

A    -- or else I would tell you.

Q    -- you've got a clue.

A    God.

Q    You've got a clue.

A    This is getting old.

Q    Get used to it.

A    Okay.

Q    You've got a clue why.

A    I'm exercising my right to remain silent.

Q    Okay.  Let's go see the judge.

He's refusing -- are you refusing to answer questions?

A   No.  I answered everything.

Q   Are you refusing to answer --

A   No, I'm not.

Q   -- questions?

A   (Indiscernible.)

Q   You're going to answer my questions.

A   I did.

Q   (Indiscernible.)

A   You keep repeating yourself.

Q   No, we're going over new territory here.

A   Okay.

Q   Because we started out why Nick -- okay, so he tells you that he goes out to Johnson Mill Pond, but he tells the police he (indiscernible).

A   I heard it from other people that went out to Johnson Mill Pond.

Q   Well, you just testified that he said -- he told you --

A   Yeah.

Q   -- that he went out to Johnson Mill Pond.

A   Yeah.  And I know people that went out there with him.

Q   Okay.  So his statement to the police, from 7:30 to 9:00 what does it say?

A   (Indiscernible) I hung out (indiscernible) until about 8:00.  Drove around (indiscernible) out to Johnson Mill Pond.  Came back into town.

Q   Okay.  But does it say anything in there about smoking dope?

A   No.  But I know that (indiscernible).

Q    Okay.  You smoked dope up at your house, up at your grandparents' house?

A    Yeah, I think we did, a little bit.  I think.

Q    Who's we?

A    (Indiscernible) and Nick.

Q    Now, I think you testified earlier that you said you were going to go up and have a couples thing up at your grandparents' house.

A    Yeah.  It was going to be Nick and Leah and me and my girlfriend.  I made the plan before I knew she had to go running or birthday party or whatever you want --

Q    Okay.

A    -- me to say.

Q    And so --

A    I didn't know she had to go there until about --

Q    -- when did your girlfriend get there?

A    About 7:15, 7:30.

Q    That was after Leah had left; right?

A    Yeah.  Because we dropped off her and then we went and picked up my girlfriend.

Q    Okay.  So it wasn't a couples thing, was it?

A    It was when I first planned on it.  It was.

Q    Okay.  Why the change in plans?

A    Because they just told me that Leah was going over to her friend's house.  I didn't know anything about it until we were already out at my grandparents' house and we (indiscernible).

Q    Okay.  But this couples thing involved dinner; right?

A    No.  We just made -- got that right when we're out there.  Not really something I didn't plan (indiscernible - simultaneous speech) --

Q    How long were you up there with Nick and Leah before your girlfriend went out there?

A    Like an hour, hour and a half.  Well, no, because we went into town and got steak and stuff.  I -- about an hour.

Q    How long does it take to -- how did you cook the steak?

A    Fried 'em up.

Q    Fried them on the stove?

A    Yeah.  Probably half an hour.

Q    Okay.  And you didn't want to go get your girlfriend for dinner?

A    She wasn't home yet, she was at work (indiscernible).

Q    What did Nick -- where did Nick and you go when you were driving around looking for Leah?

A    I told you that.  We went on the back roads and we went --

Q    I want to know the roads.  Tell me the roads.

A    I don't know exactly what roads --

Q    Well, tell us (indiscernible - simultaneous speech) --

A    -- were and where we went and --

Q    -- tell us to the best of your recollection.

A    I did.  We went and took the back roads and --

Q    You haven't named one road.  I want names of roads.

A    Well, because I don't know the names of the roads in this town.

Q    You've lived here for 20 years and (indiscernible - simultaneous

speech) --

A    That doesn't mean I remember the names of the town.  Come on.

Q    Yeah, you do.  You know where Central Avenue is, you know where Fifth Street is.  You know where Tenth Street is.

A    Okay.  We went -- I don't know, the street below Dean Street, what's that street?  I don't know the name of that one.

Q    Well, Dean -- Dean, below Dean would be something (indiscernible) it would be Collier.

A    Okay.  Then Collier, we cruised down Collier because my girlfriend lives up there.  And then we went past -- through Tenth Street and down by the middle school.  I don't know the name of the end street.  And stopped at her friend's house.

Q    Which friend?

A    I think her name was Monica or Melissa.

Q    Which friend is this?

A    The one that lives down past the middle school, down that dead-end road.

Q    Okay.

A    I think that's her name.  I'm not sure; I've only met her once.

Q    Did you tell that to the police in your statement?

A    Not on this one, no.

Q    Why not?

A    Because I didn't remember about it until later.

Q    Until later, until you had a chance to talk to Nick?

A    No.

Q    Well (indiscernible) how do you -- how do you -- why are you remembering things later?

A    Because if somebody told you, had you write a report and then you're going to be thinking about it.  I've been thinking about this stuff for months.

Q    Okay.  But let's come back and think about this a minute.  Now, the day that you wrote that is July the 5th; right?

A    Yep.

Q    Seven days after Leah had disappeared; right?

A    Yep.  But I didn't even know she was really gone until I came back from camping and --

Q    Okay.  So --

A    -- that's when it made the paper.

Q    Okay. This is --

A    That's when my mom called me.

Q    This is the day after the 4th of July.

A    And I got back the 4th, I think.  The 3rd or the 4th, I got back from the (indiscernible).

Q    On July the 5th when the police asked you to come down and said, hey, we need some help here, we can't find Leah, did you write down what you did then?

A    They asked me where I -- when I got down there.  They didn't give me a long time to think about it, not after --

Q    Okay.

A    -- a month of thinking about it then.

Q    But you couldn't remember to tell them about going and seeing Melissa (indiscernible)?

A     (Shakes head negatively.)

Q     You could remember talking to two people in the park, but you can't remember talking to Melissa.  Why is that?

A     See, I didn't write down in here that I remembered stopping at the park, now did I?

Q     Okay.  So there's another thing now you remember you didn't wrote down.

A     Yep.

Q     So your statement's incomplete, you left things out.

A     Yep.

Q     Why?

A     Because I didn't want to be doing it in the first place?

Q     Why?

A     Because I don't know nothing.

Q     Why don't you want to help?

A     I want to help.  God.

Q     Well, why didn't you fill it out, why didn't you tell them everything you knew?

A     Because I didn't really remember about it until afterwards.

Q     Until afterwards.  Okay.  So when did you run down and tell the police, oh, by the way, I remembered a few more things?

A     I didn't.

Q     Why?

A     They kept hassling me and kept bugging me until they (indiscernible) I remembered it.

Q    I see.  You don't want to come and help find what happened to Leah because the police are jerks?

A    Yeah.  That's what I really think they are too (indiscernible).

Q    Is that why you didn't do it?

A    No.  I talked to Dave Hall by myself a couple of times.  (Indiscernible - simultaneous speech) --

Q    Did you ever tell Dave Hall, hey, you know, I remember something, I remember we went and talked to Melissa?

A    I didn't talk to her.

Q    Well, I -- you just testified that you went with Nick to Melissa's house.

A    I sat in the car.

Q    Okay.  But you, you didn't tell anybody about that, did you?

A    Yeah, (indiscernible) after the matter.  After I wrote this down.

Q    After you wrote it down.  But that was because we went and talked to you (indiscernible).

A    Yeah.  Because I was (indiscernible).

Q    You have never come in and volunteered anything unless we've called to talk and asked you to come down.

A    Yeah.  But that's still voluntarily coming down.

Q    Well, you know, Mr. Bartley, we've had people call up, you know, and say (indiscernible) you know, this might not mean anything, but, you know, I want you to help, I want you to find this little girl that disappeared, so here, I've got some information (indiscernible).  You never once did that, did you?

A    No.

Q    Why?

A    Because this, I didn't think any of this stuff really mattered because she disappeared after I seen her, after all that. I didn't know it could've been Nick.

Q    Why didn't you?

A    Huh?

Q    Why didn't you know it could've been Nick?

A    (Indiscernible.) Because you guys are telling me that, that it (indiscernible) be Nick.

Q    Who's told you that it can't be Nick?

A    That's what I'm thinking in my head, it can't. It can't be one of my friends that did something like this.

Q    What if it was one of your friends?

A    Well, he ain't a friend no more then.

Q    How many times have you talked with Nick since June 28th?

A    Between five and ten times.

Q    Has he come over to your house?

A    No, not really. No, I mean, yeah, he's been coming over to my new house --

Q    Okay.

A    -- but not my (indiscernible).

Q    Have you guys been talking about this?

A    Not really. It's, like, a sore, sore subject to bring up (indiscernible). I did tell him they're, they're still blaming it on him, they still think he did it.

Q    Okay. You pass information on to him; right?

A    Yeah.

Q    Why did you do that?

A    Because he's a friend and I know he didn't do it.

Q    How do you know he didn't do it, were you with him?

A    No.

Q    So how can you say you know he didn't do it?

A    Because I know him and (indiscernible).

Q    Well, Leah and him had fights, didn't they?

A    Little fights.

Q    Little fights?

A    Nothing to be doing this over.

Q    Little fights?

A    I seen them argue about little stuff on TV.  Like he would check out a girl and then --

Q    Little fights where he punches holes in the wall of the high school, would you call that little?

     Where he dents his locker at the high school, that was a little fight?

A    (Indiscernible.)  I didn't know (indiscernible) fighting over. (Indiscernible.)

Q    (Indiscernible) he gets suspended because he gets upset with Leah and he gets in a fight with Mark (indiscernible).  He gets upset and he's elbowing Mr. Starett (ph) down the hallway at the high school.  Those are little fights?

A    He gets angry.  He's short-tempered like me.

Q    Okay.  Short-tempered (indiscernible - simultaneous speech) --

A    (Indiscernible - simultaneous speech) --

Q    -- but you'd have to admit now, wouldn't you --

A    What?

Q    -- that Nick is capable of (indiscernible)?

A    Anybody is capable of doing (indiscernible) but actually in my heart, I don't think he did it.

Q    Why?  Why should we accept your word on that?

A    Because I've known that kid my whole life and (indiscernible).

Q    And how long have you known Leah?

A    A little over a year probably.

Q    Who's more important to you?

A    (Indiscernible.)

Q    Why?

A    Because she was cool, she was always there, she was nice.  And I don't know, you guys are sitting there pointing fingers and saying he did it, what am I supposed to (indiscernible)?  Nick, the one that you guys are thinking that did it (indiscernible) important.

Q    He's the one that has volatile fights with her, he's the one who had a fight with her that day.  He's the one who flunks, flunks a polygraph test on whether he killed her.

A    See, you've never told me that.  You never told me he flunked a polygraph test --

Q    Now you know that he --

A    -- (indiscernible - simultaneous speech) --

Q    -- he flunked the polygraph.

A    He told me he failed two questions on it.

Q    He flunked the polygraph on three questions.  Did you cause Leah's disappearance?  Did you cause her death?  And have you seen her since she

disappeared?

Those three questions you took in your first polygraph test.  Remember the first one you took, the one that you passed?

A    Yeah.

Q    "Did you physically do something to Leah that resulted in her death?"

And you answered, "No."

A    I passed it.

Q    "Did you have any direct involvement in Leah's disappearance?"

And you answered, "No."  You passed that.

A    (Indiscernible.)

Q    "Did you see Leah last Wednesday night after 9:00 p.m.?"

And you answered, "No."  And you passed it.  Well, you tweaked that one a little bit and that's why they wanted you to come back and take that second one.

A    So I half passed it and half failed it, is that what you're saying?

Q    Yeah.  That's why we had you come back -- asked you to come back and do that second one.  Now, how much do you know about polygraphs?

A    Huh?

Q    (Indiscernible.)

A    That they don't hold up in a court of law.

Q    Well, they don't hold up in some proceedings in court.  It's evidence you can use --

A    Well, they say -- oh, I'm sorry.

Q    -- it's evidence you can use to get a search warrant and they can be used in probation violations.  They can be used in a lot of things in court.  There are

some things that they cannot be used for.

A    Yeah.  Because that's what it says right there on that paper he had us sign before we go through it.

Q    Right.  Now, there's a scale they use, okay?

A    Yeah, the nervous scale.  Because (indiscernible) come in there.

Q    Right.

A    And then the (indiscernible) scale.

Q    But they have a scale that they rate you on from a positive number to a negative number.  The negative number indicates deception.  The lowest number you can get is a negative 32.  That's the lowest number you can get.

On this -- on these same three questions that Nick was asked, "Did you physically do something to Leah that resulted in her death?" do you know what he scored?

A    I don't even want to know (indiscernible) tell me.

Q    He scored a negative 29.  The polygraph examiner says that's the worst score he has ever (indiscernible).  Nick did it.  And if he told you he passed that lie detector test then he lied to you.

We come back to where we started now.  I've got a person who had a fight with Leah that day, who gives inconsistent statements about where he was supposed to be, that's Nick.  He doesn't tell us the truth in his handwritten statement.  He does the same type of things in his statement that you do about (indiscernible) changing how (indiscernible) referred to Leah.

(Indiscernible) his friend, (indiscernible) might be his best friend or not, flunks the polygraph, "Has anyone told you they're responsible for Leah's disappearance?"  "Are you concealing information about Leah's disappearance?"

"Have you seen Leah since the day she was reported missing?"

You see where the police are coming from on this now?

A    Yeah.

Q    You understand why you're in (indiscernible) this box (indiscernible)?

A    Yeah.

Q    You understand how you're never, never, never going to get out of this box?

A    Yep.

Q    You understand how this is going to go on and on and on?

A    I guess I'm just going to have to go on and on and on with it because I don't know nothing.

Q    Your best friend or your friend, your good friend, or whatever you want to call him, he killed Leah.  He took Leah and he changed her from this happy-go-lucky fun-loving girl to this rotting, stinking thing.  We had to put masks on so we could get close enough to her to move her out of there.  And Nick did it, no doubt about it.

What did he tell you about the fight they had that day?

A    Nothing.  He didn't even tell me they had a fight.

Q    What did he tell you he was going to do to Leah?

A    Nothing.

Q    Who was in the car with him when he came back up?

A    Nobody.

Q    How do you know?

A    I don't know that nobody was in there.  I didn't get out -- get off my butt to go see.  He came to the front door.

Case 3:21-cv-01719-MTK    Document 174-10    Filed 01/07/25    Page 63 of 105

Q   Who was in the car when you guys -- when he took (indiscernible).

A   Nobody.

Q   (Indiscernible.)

A   (Indiscernible) me.

Q   Where did Nick take you after you (indiscernible)?

A   Down (indiscernible) street.  Down (indiscernible).

Q   He took you to where Leah was, didn't he?

A   No, he did not.

Q   (Indiscernible) he took you and you guys (indiscernible).

A   No, (indiscernible).

Q   You (indiscernible).

A   (Indiscernible.)

Q   You're covering.  You're covering (indiscernible).

A   No.

Q   (Indiscernible) covering (indiscernible).

A   I ain't covering no nothing.

Q   Now, your lawyer told you about what happens to people that lie --

A   Yep.

Q   -- and cover things up.

A   I know.

Q   What'd he tell you?

A   You could go to prison for a year or more.

Q   Have you ever been in jail?

A   Yeah.

Q   Have you ever been in prison?

Brent Bartley Grand Jury Testimony
08-17-2000
Page 62 of 104

Exhibit 5012 at 62

A    Nope.

Q    Does prison scare you?

A    Yeah.  I don't want to go to prison.  I don't even want to go back to jail. But it's -- I'm sitting here telling the truth.  You can't catch me in a lie.

Q    You're not telling the truth.

A    Yes, I am.

Q    No, you're not.

A    (Indiscernible.)

Q    You know exactly what happened to this little girl, you know why she looks like this.

A    No, I don't.

Q    You know why (indiscernible) you know why base, you know, basically, why her head fell off and her hands when we moved her.

A    Can I have a break and talk to my attorney?

Q    What do you want to talk to him about?

A    About why you keep badgering me and --

Q    I'm not badgering you; I'm asking you new questions every time.

A    Not really.

Q    Well, that's your opinion.

A    Can I have a break so I can go to the bathroom then?

Q    All right.  You can go to the bathroom.

A    Can I smoke a cigarette?

Q    That's up to you.  You're not excused from your subpoena though.

A    I know.  (Exits room - 4:45 p.m.)

(Recording resumed - 3:37 p.m.)

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  We've got the camera back on.  So, Mr. Bartley, let's -- let me ask you this question, based on talking to your friends and everybody out there, what do you think happened to Leah?

A    I don't know.

Q    You have absolutely no idea whatsoever?

A    Absolutely no idea.

Q    All right.  You mentioned earlier that you didn't think much of the polygraphs; is that right?

A    (Indiscernible.)  (Nods head affirmatively.)

Q    You have to answer.

A    (Indiscernible.)  Yes.

Q    Now, the first polygraph you took indicated that you had no involvement in Leah's disappearance; is that correct?

A    Yes.

Q    So you'd have to agree that that polygraph's got some validity, don't you?

A    Yeah.

Q    I mean it's telling you -- it's telling us you didn't do it.

A    Yeah.  Then why are you guys sitting here telling me I did?

Q    We aren't.

A    (Indiscernible.)

Q    We have never accused you of killing Leah, have we?

A    No.  You're saying that I know something, that I know what happened to her.

Q    Well, what do you think happened to her?

A    She got murdered.

Q    By who?

A    I don't know.  That's your guys's job.  It's not mine.

Q    So you don't have -- you don't have a clue?

A    No, I don't.

Q    Even after I told you that the polygraph you passed, your friend didn't, is that right --

A    Yeah.

Q    -- you don't have a clue?

A    Right.

Q    Now, we've heard testimony from other witnesses before the grand jury.  You realize you're not the first one we've brought in here?

A    Yeah, that's correct.

Q    Okay.  And we've heard other witnesses from the grand jury that there have been occasions where Nick would drop Leah off at some place and then he would come back to pick her up and she wouldn't be there and it didn't really seem to bother him.  You know, he was, oh, well, I'll catch up with her later at some point.

I mean, have you seen that type of behavior from Nick?

A    No.  Because most of the time when I was with Nick, always -- Leah was always there.

Q    Okay.  Have there been occasions where he's dropped -- he's said I'll pick Leah up at a certain place and he's gone by and she's not there and he doesn't seem to be too upset?

You've seen that, haven't you?

A    No, not that I can recall.

Q    Have you heard about that?  Have friends told you about that?

A    Not that I can recall right now.

Q    And how would you describe Nick's behavior after 9:00 o'clock that night?

A    He wanted to find his girlfriend.

Q    Well, what was his emotional makeup like?

A    Like he's trying to find her.

Q    Okay.  Is he mad?

A    Not really.

Q    Is he sad?

A    No.  He just wanted to find her.  Whatever --

Q    Did he seem concerned?

A    Yeah.

Q    Okay.  Were you with him when he was stopped by the police?

A    Huh-uh.  (Shakes head negatively.)

Q    He was stopped twice by the police that night.

A    Yeah, he told me for no headlight.

Q    Okay.

A    And he told me that he talked to the cops and said he couldn't find her and asked if they would help.  And he said that they didn't even (indiscernible).

Q    Okay.  Now, we've had other witnesses testify here that that's the first time they've ever seen Nick act like that in regards to Leah.

Do you know why he was acting (indiscernible)?

A    No, I do not know.

Q    Do you know why he would spend an hour at Christian Stanghow's (ph) house?

A    No.

Q    Well, I guess I'm a little confused, because if he's so concerned as you say that he wants to find his girlfriend, then he goes and spends an hour with Christian Stanghow (ph), doesn't that seem a little --

A    Yeah.

Q    -- inconsistent?

A    Yeah.  I don't know why he went over there.

Q    In the time you were with Nick that night, did you ever go to Leah's house?

A    We drove by it.  He told me he already stopped there.

Q    Okay.

A    He just said he stopped there.  He didn't say he went in or (indiscernible) stopped there.

Q    Didn't it strike you as odd that here you guys are out looking for Leah and you never stop once at her house to see if she's home?

A    He said he stopped by there earlier.

Q    Okay.  But how do you know she didn't come back to the house before -- between times?

A    I don't know.  I don't know.  Excuse me.

Q    I mean, you're out looking for her --

A    (Indiscernible) think.

Q    -- don't you think you'd stop by the house a couple times to see?

A    But Nick already did, that's what I thought.

Q    Earlier in the evening.  How do you know she didn't come in later?

A    I don't.

Q    Doesn't sound like a very effective way to look for her.

A    Not really, no.  I (indiscernible) about it.  I hadn't really thought about it.

Q    Okay.  How do you explain that Nick says he's driving up and down Central looking for Leah and he can't find her when we've got three or four other people who saw her, she was here, there, and everywhere?

A    (Shrugs shoulders.)

Q    You can't.

A    No.

Q    See, that's part of the problem.  He can't explain why he can't see her on Central Avenue when everybody else can see her.  He can't explain why he never goes up to the door and knocks on the door, hey, is Leah home.

How do you explain you passed the first polygraph but flunked the second?

A    I can't.

Q    Now, you say you didn't help him move the body; is that right?

A    That's correct.

Q    Okay.  One of the questions you failed was did you see Leah after her disappearance.  Did Nick show her to you?

A    Nope.

Q    Did you tell Nick you didn't want anything to do with this?

A    No.  I didn't know (indiscernible) anything (indiscernible) --

Q     Is that why you wanted out of the car so fast when you saw Mr. (indiscernible)?

A     No.

Q     Nick must be a really good friend.

A     A real good friend.  Not a friend I'd cover up this kind of stuff for, nobody is.  I wouldn't even wish this on my worst enemy.

Q     Well, what did Nick tell you about the polygraph?

A     He didn't tell me too much (indiscernible).

Q     Did he tell you what questions he was asked?

A     Yeah, he did.  Direct contact with her after 9:00 and (indiscernible) if he'd seen her after 9:00.  I think that's what it was.  I'm not a hundred percent sure.

Q     He didn't tell you that he flunked the question on the same questions you got asked about did you kill or anything like that?

A     No.

Q     He didn't tell you that?

A     No.

Q     Why do you think he wouldn't tell you that?

A     I don't know.

Q     Does that change your opinion of Nick (indiscernible)?

A     Yeah, a little bit (indiscernible) actually at all.

Q     The person that comes up and tells us and gives us the information in this case, there's going to be a lot of people in the community who are going to be happy with that person.  (Indiscernible)?

A     Yeah.

Q     There's going to be a lot of people that are going to be happy that

(indiscernible) will be able to put some finality to this.

A    I wish I could help you out; I really do.  But can I ask you a question?

Q    Sure.

A    Would you tell one of your friends if you did something like this?

Q    In a heartbeat.

A    You would?

Q    In a heartbeat.  And I would do it because -- because no matter what other friends in the community (indiscernible) the right thing to do.

The other thing would be (indiscernible) I got to stand at the hospital with him that night when he died (indiscernible) stand by his side after he was gone and hold his hand.

A    (Crying - unintelligible.)

Q    See, that's what makes me so mad here --

A    (Crying) It makes me pretty mad too that you guys don't believe me.

Q    This little girl didn't deserve this.

A    (Crying) Nobody deserves it.

Q    No.  And that's why I, in a heartbeat, I would give up whoever it was.

A    (Crying) Heck, yeah, I would tell you too if I knew anything.

Q    Now, I know you didn't -- I know you didn't hurt this little girl.  That's what the polygraph tells me.  I know you didn't hurt her.

And I know deep down you're a pretty good kid.  You used to wrestle here at the high school, didn't you?

A    (Nods head affirmatively.)

Q    (Indiscernible) watched you wrestle at the high school.  (Indiscernible) wrestle.  And as I've listened to you a little bit, I'm beginning to think -- I think I

can believe you about not (indiscernible) I think I can believe you.

A    (Crying) But you still (indiscernible) believe (indiscernible) Nick told me something that (indiscernible).

Q    I -- I'm beginning to think that (indiscernible) happened that, you know, that it's hard for you to, you know, Nick's (indiscernible) your friend and it's hard for you to say it.

Nick, at the bare minimum, told you what happened.

A    (Crying) He didn't tell me nothing though.

Q    Or he showed you what happened.

A    No.  No.

Q    And that's (indiscernible) you.

A    (Crying - indiscernible) all these people pointing fingers, you know, at me, thinking that I know shit, but I don't know nothing.

Q    Unfortunately, the polygraph, your written statement, the inconsistencies cause me to believe that you do know something.

A    I wish I could tell you something.  I wish I knew anything to change your mind, but I don't know what to say.  My attorney ain't helping me (indiscernible) do shit.  I don't know what to say to make you believe me.

Q    Could it be your attorney is like me, he sees the handwriting on the wall?

A    I don't know.

Q    Your attorney's a pretty guy.  I've worked with him --

A    I know.  That's why I paid so much money for him, because I thought he was good.

Q    Well, he only can work with what he's got to work with.

A    And I can only tell you what I know. I wouldn't cover up this and I wouldn't say something (indiscernible) my mom (indiscernible) because I love my mom dearly.

Q    (Indiscernible.)

A    (Crying) I would tell you guys no matter who it was, but I don't know who did this. I don't want to know the person who did this, because it will hurt even worse that some sick fucker could go and do something like this.

Q    Well, someone in our community did do it. Yeah, I was hoping up until the day we found her that (indiscernible) we'd find her alive and that didn't happen.

A    Yeah, me too. (Crying) And I had to hear it from the guy (crying - indiscernible).

Q    And, you know, when that body got dumped off the side of the road, you know, just throwing it off the side there and it tumbles down the hill into the brush, not a very decent thing to do to her or anyone (indiscernible).

Now, when you're up at your grandparents' house and you're playing pool and then you guys leave to go get some steaks, it's just you and Nick?

A    Yeah. Right, she stayed there.

Q    She stayed there. And how long would you say you were gone?

A    Probably 15 or 20 minutes (indiscernible) because we ran up to my house and that's only two miles from where my grandparents live. And then I got money and we went to McKay's (indiscernible) back out.

Q    Now, where do you work?

A    Where do I work?

Q    Yeah, where do you work?

A    I work at (indiscernible) shop right there (indiscernible) between

Coquille and Bandon (indiscernible).

Q    What do you do there?

A    I work on log trucks.

Q    On log trucks.  I heard there was a little accident out there today.

A    Yeah.

Q    What happened?

A    Oh, my uncle's truck, one of the guy that works for us was in it and he went to go get his lunch box out of the crummy and he used my uncle's truck and he pulled up next to it and just put on the emergency brake.  The emergency brake failed and it went a hundred and fifty feet back over a cliff.

Q    Oh, boy.  Break up the truck pretty bad?

A    Yeah, (indiscernible) pretty shot (indiscernible) the driver's side fender and the driver's side door.

Q    You didn't detect any -- that night when you were with Nick, you didn't detect any abrasiveness towards Leah or Leah towards him?

A    Huh-uh.  (Shakes head negatively.)

Q    Anything like that at all?

A    I thought it was kind of weird too, I mean (indiscernible) talking (indiscernible) talking because I couldn't fit in the back because of my knee.

Q    Oh.  She always sat up front with Nick?

A    Yeah.

Q    And so she sat in the back?

A    (Nods head affirmatively.)

Q    And but normally she would've made you ride in the back?

A    Yeah.  But I had a big old knee brace on and I couldn't bend my knee

all the way or straighten it.

Q     Did you think she was just being nice or --

A     Yeah.

Q     -- did she want to put some distance?

A     No.  I think she was just being nice.

Q     Being nice.  What would you say their relationship was like?

A     That night?

Q     Well, overall.

A     Good.

Q     I heard that Leah was getting ready to break it off with Nick.

A     I didn't (indiscernible) anything like that.

Q     Okay.  If Leah was to say to Nick, you know what, I'm breaking (indiscernible) and I don't want to be with you, I want to break up, how do you think Nick would react to it?

A     I don't know.

Q     You don't think --

A     Not like this.  Not --

Q     Has Nick had other girlfriends?

A     Yeah.

Q     And he's been the one that's dumped them, hasn't he?

A     Yeah, I think so.

Q     (Indiscernible.)

A     (Indiscernible) Nick's love life and all that.

Q     Okay.  But if the -- if Leah was the first one -- if Leah was the one to break it off, would it be the first time that some girl had broken it off with Nick, as

far as you know?

A    Yeah, I think so.

Q    And you'd have to agree, wouldn't you that Nick's got a (indiscernible) a flash temper; right?

A    (Nods head affirmatively.)

Q    (Indiscernible.)

A    (Nods head affirmatively.)

Q    And bad things can happen when (indiscernible) get upset. You know -- you know we're not saying that, you know, Nick sat there for (indiscernible) days planning out what he was going to do.

(Indiscernible) aware of that saying, crap happens, you know. (Indiscernible) things happen. It could've been (indiscernible).

A    (Indiscernible) supposed to happen no matter if it's an accident or not.

Q    What was Nick's car like inside when you got back in with him and went looking for Leah, what did it look like (indiscernible)?

A    Still clean because Leah and Nick cleaned it out that morning. I didn't see anything unusual.

Q    Did he open the trunk (indiscernible)?

A    Huh-uh. (Shakes head negatively.)

Q    Do you know if Nick always had a spare tire and a jack and that type of thing in the trunk?

A    You'd think. But (indiscernible) parents told me that he (indiscernible) that day.

Q    Cleaned it out that day?

A    Yeah. The 28th, that day with Leah.

Q    Yeah?

A    (Nods head affirmatively.)

Q    Why would he -- do you know why he cleaned it up (indiscernible) the trunk?

A    Huh-uh.  (Shakes head negatively.)  I guess he had a whole bunch of sleeping bags and stuff in there (indiscernible).

Q    Is that what he told you, he had sleeping bags and stuff, camping stuff?

A    Yeah.  And I figured he cleaned it out too because (indiscernible) the law.

Q    Right.

A    His dad took away the T-bird because (indiscernible).

Q    Okay.  Was there something wrong with the Mustang or did it run well or --

A    It had an exhaust leak and it was loud and they were going to have it parked so they could put a new motor in it and --

Q    Any problems --

A    -- paint it.

Q    -- problems with the gas tank?

A    Yeah, there's a hole in the gas tank.  You can only fill it up so much.

Q    It leaks out?

A    Yeah.

Q    Okay.  See, we -- we looked at his car and when we looked in the trunk of the car we found (indiscernible) no spare tire, no jack, no tire iron.  There's no liner in it.

A    I know.  There was no liner in that car when he got it tough.

Q    Oh, there was no liner in it?

A    Yeah, when he got it.

Q    Okay.  It just kind of struck us as odd that, you know --

A    Yeah.

Q    -- that trunk would be empty.  You combine that again with how bad he flunked the polygraph, it doesn't look good, does it?

A    No.

Q    Now, other than obviously Leah was murdered, do you think something else happened to her?

A    What?  Like she could've been picked up by some weird (indiscernible)?

Q    Well?

A    Maybe (indiscernible).

Q    Was she the type that would get into a stranger's car?

A    I didn't really know her all that good.  I know -- I know her dad hung out with some weird people.  I think it was the mob -- mob and stuff.

Q    (Indiscernible.)  Well, do you think she might've been raped (indiscernible)?

A    There's some weird people in this world.

Q    But Leah used drugs; right?

A    She smoked pot.

Q    Do you know if she used crank?

A    I don't think she did.  I'm not a hundred percent sure, but I don't think so.

Q    (Indiscernible.)

A    Not around me, no.

Q    Do you know if Nick uses crank?

A    (Indiscernible.)

Q    How about the LSD or any stuff like that?

A    (Shakes head negatively.)  Not around me he never did.

Q    Is it possible that Leah might have been with Nick and they were doing some dope and she OD'd?

A    I don't think so.

Q    You don't think so?

A    (Shakes head negatively.)  There just ain't enough time.

Q    Yeah, that's a problem, there (indiscernible) enough time (indiscernible).

A    Not for that.

Q    But there would be enough time to (indiscernible) get into a fight, somebody gets carried away and somebody gets strangled or (indiscernible) or shot or stabbed.  All those things could happen in a split second.

But you don't have any idea of what happened?

A    (Indiscernible.)  (Shakes head negatively.)

Q    Why did Nick want to go to the high school when he had you in the car?

A    He said that's where she used to go when she was sad.  That's the first time I ever heard about it.  She just goes (indiscernible) by herself.

Q    Where at the high school?

A    I think the grandstands by the high school.

Q    Over (indiscernible) the football field.

A    Yeah.

Q    She'd go and sit there when she was sad?

A    Yeah, that's what Nick said.

Q    Did Nick think she was sad about something?

A    I guess (indiscernible) if she would be (indiscernible) if she did that.

Q    Did you think that she might be upset with Nick?

A    No.  I thought she might be upset at Cheri and Cheri's parents.

Q    Why is that?

A    Because Nick and Leah were sitting at the (indiscernible) like a week or two before that happened and Leah was -- Nick went in the store to get cigarettes and when he came out (indiscernible) talked to Cheri and Cheri's mom's all (indiscernible) what are you doing hanging around with (indiscernible) I thought you were better than that and like (indiscernible) all upset at him.  And (indiscernible) just like Cheri and her mom did.

Q    Did she hang out (indiscernible)?

A    Only with Nick.  Nick hung out (indiscernible).

Q    (Indiscernible.)

A    Not really.  Not lately.

Q    Not lately?  Has Nick changed since Leah disappeared?

A    (Indiscernible) yeah.  (Indiscernible) sad.  He's all emotional.

Q    Does he have a new girlfriend?

A    No, not that I know of.

Q    (Indiscernible) Freeman staying out there (indiscernible)?

A    To keep him company (indiscernible) friends.  I was out there at least one night when she stayed out there.

Q   (Indiscernible.)  But she stayed out there overnight?

A   Yeah.  (Indiscernible) comfort each other.  Her mom comes out there and stays too.

Q   Do you think that would change if they knew the polygraph results?

A   I don't know.

Q   (Indiscernible.)  Have you ever been on that Lee Valley Road?

A   Yeah.

Q   How often do you go out there?

A   (Indiscernible) or twice a year (indiscernible) if that.

Q   Now, that's -- you know that spot called Rock (indiscernible) place out there?

A   Huh-uh (negative).

Q   Did you hear anything about a party being out there that night?

A   Huh-uh (negative).

Q   A (indiscernible) party out there?

A   (Shakes head negatively.)

Q   Would you have gone to one if there'd been one out there?

A   No.

Q   Would Nick --

A   (Indiscernible) another party that was here in town.

Q   Oh, which one was that?

A   T.J.'s, up at T.J.'s house.

Q   T.J. (indiscernible)?

A   Yeah.

Q   Did you go to that one?

A    Huh-uh (negative).

Q    Why not?

A    Because I was with my girlfriend.

Q    She doesn't like to go to those type of parties?

A    She's kind of not sociable.

Q    Do you have any idea of how Leah ended up where she was at?

A    (Shakes head negatively.)

UNIDENTIFIED PROSECUTOR:  Any of the grand jurors have some questions you'd like to ask?

I've kind of been ignoring you, so why don't you go ahead and ask some questions here if you have any.

MALE SPEAKER:  When you were with Nick looking for Leah, were you in the Mustang?

THE WITNESS:  Yeah.

MALE SPEAKER:  And he was also in the Mustang when he picked you and your girlfriend up at your grandparents' house and brought you back to town?

THE WITNESS:  Yeah.

MALE SPEAKER:  No other time did you see him in another car?

THE WITNESS:  Huh-uh (negative).  His dad took it away from him.

MALE SPEAKER:  How does Nick and Leah's parents get along?

THE WITNESS:  They -- they get along pretty good.  She's been coming out there (indiscernible) like -- Cory's been coming out, Leah's mom, about three or four times a week.

MALE SPEAKER:  Did Nick ever say anything about if they didn't get

home on time the mother would get upset or anything like that?

THE WITNESS:  No, not really.  Not that I can recall.

MALE SPEAKER:  We have a lot of names down here.  Who were your roommates prior to living with your mom?  (Indiscernible) you (indiscernible) out there for a week or so.

THE WITNESS:  Yeah.  It was Daniel LaPine.

MALE SPEAKER:  Daniel LaPine?

THE WITNESS:  Yeah.  He was only roommate.

MALE SPEAKER:  Is that who (indiscernible) now?

THE WITNESS:  Yeah.

MALE SPEAKER:  And who is Tim?

THE WITNESS:  Tim?

MALE SPEAKER:  Do you know Tim?

THE WITNESS:  I know Tim Robinette (ph) and I know Tim my cousin.

MALE SPEAKER:  And (indiscernible) Richard Bryant (ph).

THE WITNESS:  Tim (indiscernible)?  He lived in the apartments across from my old house, (indiscernible) Street Apartments.

BY UNIDENTIFIED PROSECUTOR:

Q    I'm looking here at (indiscernible) Dave Hall's -- Dave Hall's reports and he says -- I just want to go over this with you.  I'm trying to figure out which day this was.

Okay.  This is Friday, June the 30th.  Okay.  So it would have been the day after.  She disappeared on Wednesday, so it would have been (indiscernible).

A    He didn't even write that down (indiscernible) I talked to him about,

like, five minutes.

Q    In the late afternoon Brent Bartley came into the city hall to do a quick interview about his activities the night Leah disappeared.  Bartley's mother, Leslie, accompanied him to (indiscernible) and was present during the interview. (Indiscernible) best you remember, was your mom there with you?

A    Yeah.

Q    Okay.  Bartley told me that McGuffin and Leah came over to his house sometime after 4:00 on Wednesday and they all smoked some marijuana and decided to get some videos from McGuffin's house and go to Bartley's grandparent's house (indiscernible).  About 7:00 p.m., McGuffin, Bartley, and Leah left to take Leah to Cherie Mitchell's house and dropped her off.  McGuffin had picked up Bartley's girlfriend Nicky and they drove back out to (indiscernible).

Bartley said McGuffin stayed with Nicky and him until about around 9:00 p.m. and then left to pick up Leah.  And that's what you wrote in your statement there, basically, right?

A    Yeah.

Q    And now you're saying that he left earlier, about 7:30 or so?

A    (Indiscernible) that's what my girlfriend told me.

Q    Okay.

A    And she (indiscernible) more about the time because I was drinking and smoking pot (indiscernible).

Q    McGuffin returned a while later.  He stated he could not find Leah and was going to continue looking for her.  About 11:00 p.m., McGuffin returned and told Bartley and Nicky that he could not find Leah, so Bartley told McGuffin he would go and help him find her.

They dropped Nicky off at her house and Bartley said they drove -- he drove around with McGuffin until around 2:00 a.m. Thursday morning before McGuffin dropped him off at his house.

You remember telling Officer Hall that?

A    Yes.  Because I didn't remember he dropped me off at Richard's.

Q    At the end of the interview, I was listening to what Bartley had to say and he looked at me, turned, looked at his mother, and then looked back at me and stated, "I didn't do anything."

A    I don't remember saying that.

Q    Well, two days after what occurred, you say Nick is up with you till 9:00 and now you're saying that's not true.  Two days after --

A    Because I (indiscernible) a lot of thinking about it.  I have to clear my mind and (indiscernible) --

Q    Two days afterwards --

A    -- thought about it with my mom.

Q    -- you tell the police that you ride around with Nick until from about 11:00 o'clock to 2:00 a.m.

A    Yeah.  But (indiscernible) because I didn't get to bed until 2:00 (indiscernible).

Q    Okay.  And so you didn't drive around with him for about three hours?

A    No, about an hour, hour and a half.

Q    So that's wrong.

A    Yeah.

Q    And then you say that you told the police that day that McGuffin dropped you off at your house and that wasn't true.

A    I forgot all about it.

Q    You knew at that time that Leah was missing; right?

A    That was only two days after she (indiscernible).

Q    Well, you knew she hadn't come home?

A    Yeah.

Q    You knew that her mother was concerned about where she was; right?

A    Yeah.

Q    You knew the police were concerned about where she was?

A    (Nods head affirmatively.)

Q    (Indiscernible) looking for her; right?

A    Yeah.

Q    And you tell the police this on June 30th; right?

A    (Nods head affirmatively.)

Q    Then you come back in and on July 5th you write that out, which is a little bit at odds with what you told the police on the 30th; right?

A    Right.

Q    You have to agree with that, don't you?

A    Yeah.  Right.

Q    And then would you agree that as the police talk with you and you've been asked to tell us what occurred, your story has changed bit by bit by bit?

A    Because it's coming to me bit by bit by bit.

Q    Why's that?  (Indiscernible) other --

A    (Indiscernible) how the human mind works.  That's just how it's working for me then.

Q    Well, see, that's the problem, because every other human being in the

world that I have dealt with it's the exact opposite.

A    Well --

Q    It's as they get farther away from the event they can't remember what occurred.  You're the exact opposite, the farther away --

A    (Indiscernible - simultaneous speech) --

Q    -- you get --

A    -- talk to everybody (indiscernible) stoned and --

Q    -- the farther away you get from the incident, you remember stuff.  And it's interesting that in those time frames you've been talking with Nick five or ten times.

A    Not about this, no.

Q    Not about this?

A    (Indiscernible.)

Q    You've never talked to him about this?

A    (Shakes head negatively.)

Q    He's never talked to you about it?

A    (Shakes head negatively.)

Q    (Indiscernible.)

A    Not in a lot of great detail about what happened, what happened.

Q    You know we searched his room, don't you?

A    Yes.  Searched my grandparents' house too.

Q    Yeah.  You know what we found in his room?

A    Huh-uh (negative).

Q    I found where he's keeping track of the questions that he's been -- we've been asking people.

A    (Indiscernible.)

Q    Everybody we've talked to, apparently is going right back and telling him.

A    I didn't know about that.

Q    Yeah.  He's keeping track of what people are telling the police.  He's keeping track of what the police are asking.

He's not telling his friends he's flunking the polygraph on whether he killed Leah.  All he's doing is trying to minimize.

A    (Indiscernible.)

Q    I think you have to sit there and realize that we're on the right track, aren't we?

A    (Indiscernible.)

Q    (Indiscernible.)

A    (Indiscernible.)

Q    He killed her and that's why he was so frantic that night.  And whether he killed her because it was an accident or because he was mad, or whether he'd been planning it out, he did it.  (Indiscernible) using you.

A    He isn't using me no how.

Q    Sure he is.

A    No, he's not.

Q    Yeah, he's using you.  He's using you to run around town to cover his ass.

A    (Shakes head negatively.)

Q    I'm running around looking for her (indiscernible).  I'm running around looking for my girlfriend and he takes his friend with him to make sure everybody

can see that I'm looking for my girlfriend.

He's using you.  Can you see that?

A    (Indiscernible.)

Q    He's using you.  One of these days when the water starts getting hot, what do you think your good friend's going to do?

A    I don't know.

Q    What do you think is going to happen if somebody offers him immunity, who do you think he's going to (indiscernible)?

A    Not me.

Q    (Indiscernible.)

A    I don't know nothing.

Q    You're the only one.

A    No.  I can't be, because I don't got (indiscernible) or anything.

Q    You're the only one.

A    No, I don't think so.

Q    Well, think about it.  What if he comes in and says, yes, something happened with (indiscernible) my good friend Brent and I, we went around and found her.  When we picked her up she said something and Brent something to her and she ended up dead and (indiscernible) --

A    Because it didn't happen because --

Q    -- (indiscernible - simultaneous speech) --

A    -- I was with my girlfriend the whole time.

Q    But you weren't --

A    So --

Q    -- you weren't with your girlfriend when you were with Nick.

A    No.

Q    I'm trying to show you how he can (indiscernible) he can lay this at your doorstep.

A    I know the truth and I know I don't have nothing to do with it and --

Q    Yeah, you say you know the truth, but --

A    -- (indiscernible - simultaneous speech)

Q    -- what I'm trying to tell you is --

A    How I can get dicked on this whole situation and not knowing anything or any how.

Q    What I'm trying to tell you is --

A    (Indiscernible) it happens all the time.  Everybody sees it on TV, how they always --

Q    What I'm trying to you is, is that as this case progresses and the water starts getting hot for Nick, he's got you.

A    No.

Q    He's been using you and he'll set you up.

A    No.

Q    He'll come in and he'll say, okay, yeah, I moved the body, I'm the one that dumped there, but Brent did it; give me immunity and I'll give you Brent.

A    I can't get screwed over for not knowing anything.

(Break in recording.)

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  We got the camera back on.  You know, we had Nicole come in and testify.  You were aware of that?

A    (Nods head affirmatively.)

Q    You need to answer out loud, please.

A    Oh, yes.

Q    Okay.  And we're looking at what she said that day and she apparently was going to summer school that summer?

A    Yeah.

Q    Credit recovery program there at the high school?

A    No.  She just wanted to get more credit.

Q    Okay.  Wants to graduate early type of thing?

A    No.  She just wanted to get geometry done so she can go into Algebra 2 next year.

Q    Oh, okay.  Okay.  And so she's at school until about 1:00.  And then she says she's home until about 7:00, 7:30 when you and (indiscernible) came by and went up to the Hagen place.  And then she testified that you stayed only for about ten minutes or so.

A    Stayed where?

Q    At the Hagen place.  She says Brent stayed only ten minutes or so.

A    I was there the whole time with her.

Q    Okay.  And then Nick came back around 9:00 and then he came back at around 10:00 or 11:00.

A    Maybe she said that Nick stayed only for ten minutes.

Q    Well, we I can look -- we can go back and look at the tape.  But Nick came back about 10:30 or 11:00 or so.

Now, did you go straight to Nicole's house or?

A    Yeah.

Q    Or did you stop anywhere on the way?

Exhibit 5012 at 90

A    Not that I can recall.

Q    Okay.  Did you go to Denny's Pizza?

A    Oh, yeah, that's right, going to her house.  And Denise is staying right there.

Q    Okay.

A    Now I recall that.

Q    What happened when you stopped at Denny's Pizza?

A    She asked for a cigarette and Nick asked her if she'd seen Leah.  She said no.

Q    (Indiscernible.)  And then Nick and Brent, you guys, took her home.  Now, she also testified that she saw Nick the next day and it looked like he'd been crying.

Did you see Nick crying?

A    Not that I can recall.  I think he stopped by my house for like five minutes, if that.

Q    Okay.  Would you agree that little Leah had an attitude?

A    Yeah, kind of.

Q    Kind of.  She'd get upset with -- she'd get upset with Nick occasionally over some silly little things?

A    Yeah.

Q    Now, if Nick said something about a good-looking girl coming by and (indiscernible).

A    It was mostly (indiscernible) comments, because I thought it was kind of funny (indiscernible).  Just little arguments.

Q    Uh-huh (affirmative).

A    I'd go, hey, Nick, check out that girl (indiscernible).  She would get mad and then she would (indiscernible) well, what are you doing over there checking out a guy (indiscernible) a hypocrite.

Q    So there would be times where they got upset about things (indiscernible)?

A    Yeah, but just little stuff.  Nothing (indiscernible).

Q    As you can see, we've talked to a lot of people in this thing.

A    Yeah.

Q    Have you thought about what I told you here or talked about with you here a few minutes ago about Nick using you?

A    Yeah.  (Shakes head negatively.)

Q    What do you think?

A    (Indiscernible) he could and (indiscernible).  I don't think he would.

Q    Well, if push came to shove and if Nick thought we were getting really close to him, what do you think he'd do?

A    Hopefully, take it like a man.  If you do the crime, you do the time.

Q    Well, that's what people should do, but --

A    (Indiscernible) how I see it.

Q    Well, but you agree with me what I've shown you here would indicate that Nick killed her, wouldn't you?

A    (Nods head affirmatively.)

Q    And I see you're shaking your head yes.

A    Yes.  Sorry.

Q    And I know if he's, you know, he is the one that did it, he certainly hasn't come forward to take it like a man, has he?

A    No.

Q    He's hiding his involvement in this, he's not coming forward like he should.  So I think you can see, you know, that Nick's not the person you think he is and I think you need to be aware that he will sell you down the river in a flash.

There's another thing you need to think about too; he did this to Leah.  When he's sitting back there on his property with his mom and dad and he's sitting there thinking what a buffoons the Coquille police are.

Imagine how people are going to feel when another one of Nick's girlfriends ends up in a ditch like Leah.  Imagine how you're going to feel if another little girl like Leah ends up like Leah.

You probably hate my guts over there.

A    (Crying.)  Yeah.

Q    But I want you to know -- I'm sure you've heard from teachers and people we only yell at people we care about.

A    I wish I could help you out.  I wish I could.

Q    One of these days, this train is going to be breaking loose and it's going to take a lot of people with it.

A    Not me.

Q    Well, do you think Nick's going to go down by himself?

A    (Indiscernible) I think whoever the person was in the car like you were saying earlier.  Whoever that person was that was sitting out in his car, they know something.

Somebody knows something, but it ain't me.  That's what I've been saying to you guys from day one, I don't know nothing.  (Crying.)  I'm here to help you guys any way I can.

Q    You know who we think that person was out in the car?

A    Who?

Q    Leah.  That's why we can't go talk to the other person who was out in the car, because that person's dead.  I hope you believe me when I tell you I don't want you to get in trouble over this.  Okay?

A    Okay.

Q    But I also want you to know, I don't know if you've talked to my kids much about me, I think if you talk to Ben, Ben will tell you I'm a tenacious son of a bitch.  Okay?

This thing is not going to go away.  People are not going to stop looking at (indiscernible).  People are not going to stop looking at Nick.  I've been a prosecutor now for 16 years and I've seen lots of people like Nick, they only think about themselves and what's in it for them.

A    There couldn't be anything in it for him if he did something like this.

Q    Well, he's not going to tell anybody.  See, I don't think he went out there that night with the idea, hey, I'm going to kill Leah Freeman tonight.  Something happened, people lost their tempers, somebody ended up dead.

Now, this is probably the (indiscernible).  It's probably not (indiscernible) probably don't know the difference between the two.

A    Yeah, kind of.

Q    The way people react then, it's turning it into a murder case.  It's turned it into an aggravated murder case (indiscernible) and the stakes get really high then, you know.  Instead of talking about life in prison or the death penalty, you could be talking ten years or so.  But the way people are acting, it's going -- it's going way to the severe end.

And I can tell you, whoever's involved, whoever knew, now is the time. Now is the time to come talk with me because I can help that person.

A    I wish I knew anything.  I'd tell you.

Q    Do you -- do you believe me when I tell you I would help you?

A    Yeah.  You told me that at the beginning.  I believed you then and it's not like (indiscernible).  I still believe you and I still don't got -- I'm sorry, I don't got nothing to say.  I don't know what happened.  (Crying - indiscernible.)

Q    Well, let me ask you this; you know, the polygraph and your written statement seem to indicate that you saw Leah after (indiscernible).  Maybe you don't know what happened to her, but did you see her?

A    (Shakes head negatively.)  No.

Q    Do you think the reason you did so bad on the polygraph, the second one, is because you think Nick did it and you don't want to get, you don't want to tell us why you think though?

A    Maybe.

Q    Why would you think you'd think that?

A    Because the interview I took before I took my lie detectors, they told me that they think Nick did it.

Q    Okay.

A    And that (indiscernible) reason to think he did it.

Q    Was there anything about how Nick treated her that would cause you think he did it?

A    (Shakes head negatively.)  No.  She loved how Nick (indiscernible) her. There is no way.  Like, just how he acted, there's no way I can think he did it. Because I was over there, like, well, it was like a couple of days after we had our lie

detector tests and he felt bad (indiscernible) just laying on the couch (indiscernible).

Q    Well, would you agree though, Brent, that he could have that same type of reaction (indiscernible) asked (indiscernible) killed her (indiscernible) the last question was why (indiscernible)?  He had that same type of reaction (indiscernible).

A    Yeah, it could be like that.

Q    And you know Nick, you know he got in trouble in school.

A    (Nods head affirmatively.)

Q    You know (indiscernible) senior year (indiscernible) from junior year getting in trouble about three times.  He's down in the principal's office about 14 times his senior year, you know.  He's certainly capable of doing that.

A    I hope not.

Q    Now, maybe he's not capable of planning out doing her in, you know, premediated type of thing, but he's certainly capable if he lost his temper and lost control.

A    Still, always that fine line of reality.

Q    Sure.

A    (Indiscernible) losing it completely (indiscernible).  I had a temper for years and years and years.  I had the worst temper I've ever seen a kid have, and I still know the fine line between right and wrong.

Q    That's because you've got a conscience, because you do know the difference between right and wrong.  You know what the right thing is now (indiscernible).

A    (Indiscernible.)

Q    See, and that's why Nick won't come and (indiscernible).  He likes the

attention he's getting.

A    No.

Q    How many -- how many of the girls (indiscernible) over at Nick's house to say (indiscernible)?

A    Quite a few.

Q    And you were -- you were at the funeral (indiscernible), weren't you? You saw all those running up and giving him giving him hugs at the end of the service. There must have been what, 15 or 20 girls (indiscernible)?

A    I didn't see that (indiscernible).

Q    (Indiscernible.) Yeah, there was 15 or 20 girls running up there (indiscernible). I've got a witness that told us the other day that Nick was at a party before we found the body and he was trying to moves on this one girl and he says to her, hey, I haven't had sex for three weeks, come on, let's go do it.

A    What party was that?

Q    One that Nick was at with some other girl. Does that sound like somebody who was truly in mourning about what happened to his girlfriend?

A    (Indiscernible.)

Q    Nick isn't (indiscernible).

A    (Crying) You can tell me all this stuff, I already (indiscernible) I still don't know (indiscernible). I know he ain't worth (indiscernible). Nobody's worth going to prison for. Nobody's worth (indiscernible).

I would be so happy if I knew anything so I could tell you something, but I don't know nothing.

UNIDENTIFIED PROSECUTOR: Do you folks want to ask any more questions?

MALE SPEAKER:  If she turned to Nick in the car and said get lost, what would be his reaction?

THE WITNESS:  He'd probably be pissed off.

MALE SPEAKER:  Real fast, huh?

THE WITNESS:  Probably.

MALE SPEAKER:  We heard testimony earlier about Nick asking various people, you know, what the police are asking.  When he's talked to you about that are his questions trying to draw you out or is he asking specific questions about what the police are talking (indiscernible) like that?

THE WITNESS:  No, not really.  Just that -- I've told him some stuff. About like what (indiscernible) did to me and (indiscernible) question.  I didn't think he would go and write it down and all that.  But he's never really --

MALE SPEAKER:  Did he seem real worried when you told him any of the specific things?

THE WITNESS:  Not really.  Because when (indiscernible) talked to Dean and that other guy and told him that they really think he did it and everything, him and his parents him go, yeah, we know.  They know they think he did it, but they don't think he did it.

BY UNIDENTIFIED PROSECUTOR:

Q    Well, Brent, I think you need to understand a couple of other things. Regardless of what you think of Chief Reeves and everything, first of all, you know, I'm not going to stand here or sit here and stick up for Chief Reeves, okay.

A    That's good.

Q    But I'm going to tell you that sooner or later, it's going to come out, you know.  You know, I'm surprised we've managed to keep secret for so long the

polygraph examination results.  One of these days, they're going to come out and we're going to have to deal with that then too.

A    (Indiscernible) dealt with all this shit in the past month (indiscernible).

Q    I'm going to tell you again, and I'm sure you're tired of hearing me tellng you this, this thing is not going to go away.

A    I know.

Q    Until --

A    I can't wait until you guys get the people that actually did this so I can point fingers at you and show you that I didn't have nothing to do with this and tell you that I didn't know anything to do with it, that's what I'm waiting for.  I know I don't know nothing.  I don't have a clue about what happened that night or anything.

And everybody I've talked to, they all think I know something.  He's knows the big secret.  I don't know nothing.  So when that day comes, I hope you're ready for I'm going to laugh at you because (crying - indiscernible) sick of all this crap.

Q    I hope when that day comes that you're right.

A    I will be.

Q    I've got this feeling you're going to be riding in the back of a patrol car.

A    No.  I have a feeling that I'll be laughing at you and (indiscernible) like I told you, I didn't have nothing to do with it.

Q    I've got the feeling Nick McGuffin is going to sell you down the river.

A    No.

Q    Since you're the only one left (indiscernible).

A   You guys are prosecuting the wrong person if you do that.  The only thing I'm afraid of (indiscernible) people in jail, like getting convicted of crimes they didn't do.  (Indiscernible) 15 years of their life and they come out, oh, we're sorry, we got the wrong person.

Q   Who (indiscernible) 15 years (indiscernible)?

A   Oh, it happens on TV all the time.

Q   It happens on TV (indiscernible).

A   You know, the FBI files.  I watch that and that's true stories.

Q   Well, that's (indiscernible) some parts of the country that's true, but when has that happened in Coos County?

A   When has a crime this severe happened in Coos County except for (indiscernible).

Q   (Indiscernible.)  Do you know how many murder cases I've prosecuted in the ten years I've been (indiscernible)?

A   Probably ten.

Q   Try closer to 20 or 25.  Do you know how many people are on death row from Coos County?

A   (Shakes head negatively.)

Q   There's only about 30 on death row up there and about 5 or 6 from Coos County alone.

A   Some sick people in this county.

Q   Yeah.  Sick people are (indiscernible).

UNIDENTIFIED PROSECUTOR:  Okay.  Any other questions?

(No audible response recorded.)

BY UNIDENTIFIED PROSECUTOR:

Q    Brent, two things you need to (indiscernible) understand.

A    Don't talk about it?

Q    No.  I'll get to that in a minute.  Number one, this grand jury is in session and I can call it into session at any time.  Under the laws of the state of Oregon, a person who has lied under oath has the ability to come back to that body and retract that and clarify it and not get charged with perjury.

Do you understand what I'm saying?

A    Yeah.

Q    So what I'm saying to you is, is that if you want to reconsider anything you've told us here today, we'll be more than glad to reconvene and hear what you have to say.  Another thing I need to let you know is just because you've testified today doesn't mean you won't come back.  As we learn more, you will be back.

A    If you learn more, my name will be cleared.

Q    Well, until you can prove to me --

A    Well, I don't know how.  (Indiscernible) I'm supposed to say.

Q    (Indiscernible.)

A    The only thing you're looking at me for right now is to say something.  Say, like Nick told me something.  That's all you're looking at me now.

Whatever happened to innocent until proven guilty?  Now it's guilty or pointing fingers until you can prove yourself innocent.  That's how I've been (indiscernible) this whole case.

Q    Who's guilty -- who's guilty until proven innocent?

A    Nick.  You guys are saying he's guilty, he did it.

Q    But you're saying it too.

A    (Indiscernible) you guys have been saying it since day one.

Q    And we're right, aren't we?

MALE SPEAKER:  (Indiscernible) 20 value points on that polygraph test, that bothers me.  There's something there.

THE WITNESS:  (Indiscernible.)

MALE SPEAKER:  And I don't know nothing, but there's something there.

THE WITNESS:  (Nods head affirmatively.)

MALE SPEAKER:  That little girl didn't deserve that.  She might've been a wild hare and whatever.

THE WITNESS:  Nobody deserves it.

MALE SPEAKER:  (Indiscernible.)

THE WITNESS:  (Nods head affirmatively.)

MALE SPEAKER:  I've got a 15 year old girl.

BY UNIDENTIFIED PROSECUTOR:

Q    Okay.  The other thing I need to tell you is you cannot discuss with anyone the fact you've been here today, other than your attorney.  Nor can you discuss with anyone what you've been asked other than your attorney.

A    Okay.

Q    If you do disclose anything that you have said here today or what you disclosed to anyone that you were here today, it will get you sent to court.  And don't be thinking I won't be taking you to Judge Barron and talk about it.  So the next time we look in Nick McGuffin's room and we find stuff that you told the grand jury there, you understand what I'm saying?

A    Yep.

Q    All right.

UNIDENTIFIED PROSECUTOR:  Any other questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  All right.  You're excused at this time.

[End of recording.]

STATE OF OREGON)
                              :  ss.
COUNTY OF UNION)


        I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

        That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

        I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

        Said transcript is a full, true and correct transcription, to the best of my ability.

        DATED this 6th day of May 2016.

                              /s/ Janet C. Pryce
                              Janet C. Pryce, CET, ICDT
                              Certified Electronic Court Transcriber
                              1417 Progress Loop
                              La Grande, OR  97850
                              (541) 805-1130
                              jpryce@eoni.com

Exhibit 5012 at 104