IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

UNIDENTIFIED PROSECUTOR:  Go ahead.

MALE SPEAKER:  Would you raise your right hand, please?

Do you solemnly swear that your testimony in the case now pending shall be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes.

MALE SPEAKER:  Thank you.

DAVID "SCOTT" HAMILTON,

A witness called by the state, having been first duly sworn was examined, and testified under oath as follows:

DIRECT EXAMINATION

BY UNIDENTIFIED PROSECUTOR:

Q    First of all, sir, could you tell us your name please?

A    David Scott Hamilton.

Q    Okay.  Do you sometimes go by Scott?

A    I always go by Scott.

Q    Okay. All right.  Mr. Hamilton, this is the grand jury for Coos County and we are looking into the disappearance of Leah Freeman.  I think you probably have figured that out by now.  All right.  First of all, I need to tell you that we are recording the proceedings here today and you need to be aware of that.  All right.

Exhibit 5014 at 1

A    Okay.

Q    I need for you to speak up so everybody can hear you and so the camera can pick you up.  Mr. Hamilton, could you tell us first of all where do you live at this time?

A    I live at (indiscernible).

Q    Okay.  How long have you lived there?

A    Five years.

Q    All right.  And how long have you lived in Coquille?

A    Nine -- nine years.

Q    All right.  Do you know a person named Nick McGuffin?

A    Yeah.

Q    And how do you know Nick?

A    We've been friends since the third grade.

Q    Since the third grade?

A    Yeah.

Q    And how close of friends are you?

A    We're probably like brothers.

Q    Okay.

A    I would say.

Q    You hang around and do stuff together?

A    Sometimes when (indiscernible).

Q    Okay.  How close have you been in the last year or two?

A    Probably not as close as we were, but we still talk to each other.

Q    Do you know Leah Freeman?

A    Yes.

Q    And how do you know her?

A    Because Nick -- that's Nick girlfriend.

Q    Okay.

A    So we used to go do things.

Q    And I guess how long have Nick and Leah been boyfriend and girlfriend?

A    Oh, I'm not sure.  I never kept track of things like that.

Q    Okay.

A    For a while.

Q    When you say "a while," are we talking like a month or longer than a month?

A    Longer than a month.  Like four or five months (indiscernible), it was a while.

Q    Okay.  Now, what was their relationship like?

A    I thought it was a good one.  I mean they argued, but all couples argue.

Q    Okay.  When you say "they argued," what would they argue over?

A    Probably, like, over stupid things, like if Nick was talking to another girl or something.

Q    Okay.

A    Or vice versa.  Stupid little things.

Q    Okay.  And when they argued, you know, how would they argue?

A    Just, like, get mad at each other.

Q    Yell and scream?

A    Sometimes.

Q    Sometimes.  Did they ever -- did anybody ever threaten the other?

A    No.

Q    No. Okay. Did you ever see them, you know, somebody hit somebody?

A    Huh-uh (negative).

Q    All right. Now, I want -- I want to go and talk with you a little bit about the events leading up to Leah's disappearance, okay. Now, the day before she disappeared, did you and Nick and Leah and --

A    Melissa.

Q    Melissa? Who's Melissa?

A    She was my girlfriend.

Q    Okay. She was your girlfriend?

A    (Indiscernible.)

Q    Okay. And did you, all four of you go do something that day, the day before she disappeared?

A    We went swimming.

Q    Where'd you go?

A    Up (indiscernible).

Q    All right. And you're going to need to talk up. Okay. And did you -- you know, how were things between Nick and Leah that day?

A    I thought they were fine.

Q    Okay. Didn't see any problems?

A    No.

Q    They didn't seem to be arguing at that time?

A    No.

Q    No. Okay. Now, let's talk about the next day then, the day that Leah disappeared. Did you see Leah that day at all?

A    I didn't see Leah that day, no.

Q    Okay.  Did you see Nick that day?

A    (Indiscernible) talking to him that night.

Q    Okay.  Do you recall -- well, where were you when you were talking with him?

A    At Crystal's house.

Q    Crystal Steinhoff's (phonetic)?

A    (Indiscernible.)

Q    Okay.  And do you recall about what time of the evening that was?

A    I talked to him once, like, at probably around 10:00.  And then I left, because he was going to talk to Kristen.

Q    Okay.

A    And then I went and worked on my car.  Then I talked to him later that night.

Q    All right.

A    But (indiscernible).

Q    Okay.  When you saw him at the first time, and that over at, you know, the Steinhoff place --

A    Right.

Q    -- do you know how he got there?

A    He drove there in his Mustang.

Q    Okay.  And how long did you stay there?

A    When I talked to him the first time?

Q    Yeah.

A    Just probably, like, five minutes.  I wasn't there very long.

Q    What'd you guys talk about?

A    He asked if I had seen Leah walking on the road or anything and I told him, "No."  And he said if I do see her, just to pick her up and take her home.

Q    Okay.

A    But I never saw her.

Q    You never saw her.  How was Nick acting?

A    He was like depressed or something and kind of pissed off in a way. Sad, worried about her basically.

Q    Yeah.  Okay.  I'm kind of seeing, you know, when you say pissed off, like he might be mad that she's gone or upset?

A    (Indiscernible) depressed and, like, worried about her.

Q    Okay.

A    Because he doesn't know where she's at (indiscernible).

Q    All right.  And at that time, he's driving the Mustang?

A    Yeah.

Q    Okay.  Had you seen him earlier that day?

A    (Indiscernible) I think I saw him at Fast Mart, like, earlier (indiscernible).

Q    Okay.  Not necessarily to talk, but just did you see him around town?

A    Yes.

Q    Okay.  At Fast Mart.  Do you know what car he was driving?

A    He was driving the Mustang.

Q    The Mustang.  Okay.

A    I think he was driving the Mustang all that night.

Q    Okay.  Did you ever see him driving the T-Bird?

A    Not that night.  The night -- the following night I saw him driving the T-Bird.

Q    All right.  The first time you actually sat and, you know, talked with him was there at Crystal Steinhoff's?

A    Yeah.

Q    Now, you're there for about five minutes and then he -- and then you leave.  And then you come back after you've worked on your car?

A    Yeah.

Q    And that's the El Camino, the --

A    Yeah, El Camino.

Q    Primer grey?

A    Yes.

Q    Okay.  And do you remember about what time it was that you came back to?

A    Probably midnight, around there.  Either 12:00 or 1:00, it was (indiscernible) time.

Q    And Nick was there at that time?

A    Yeah.  Because I was walking up to knock on the door and he, like, was walking away and he didn't see me.

Q    Okay.

A    (Indiscernible.)  Or no, they were going to go do something in someone else's car.  Go put gas in it or something.

Q    Okay.

A    And I scared Nick when he was walking away, because --

Q    Okay.

A    -- he didn't see me.

Q    Okay.  So you scared him?

A    Yeah.

Q    By accident.  Okay.  How was he acting then?

A    The same that he was --

Q    All right.

A    -- when I first talked to him.

Q    And he and the Steinhoff girl were going to go get in the car and drive around a little bit?

A    They went to go get gas and then they went to Simmons' house.

Q    Okay.

A    And came back.

Q    Okay.  How do you know they went to get gas first and then went to the Simmons house?

A    That's what they told me they were doing.

Q    Okay.  Do you know if they went to Simmons first and then got gas or?

A    (Indiscernible.)

Q    You don't know.  Okay.  So how long were you with him at that point when you came back and they were leaving?

A    They were -- (indiscernible) probably five minutes and then they left and I said I'd just wait here, because they said they would only take like (indiscernible).

Q    Okay.

A    I just waited at her house (indiscernible) came back.

Q    They came back.  How long were they gone?

A    About 10 to 15 minutes (indiscernible).

Q    What happened then?

A    She borrowed some of Nick's (indiscernible) and then Nick went home. I think he went home or he drove around (indiscernible) Nick left after they got back. And then she -- she stayed and talked to me for like a half an hour. And then she had to take Zach's car back. That's the car she was driving.

Q    Okay.

A    Back to his house (indiscernible). So I went home (indiscernible).

Q    So again, I'm not trying to put words in your mouth, but you sit there for 10 or 15 minutes?

A    Yeah.

Q    They come back. You talk to them for a few minutes and then Nick leaves?

A    Yes.

Q    And you don't know where he went after that?

A    I thought he said he was going home, but knowing him, he probably drove through town (indiscernible).

Q    Do you have any idea of what time it was?

A    One-thirty. It wasn't that late. I mean it was late, but (indiscernible) that long.

Q    Okay.

A    I don't really remember the time.

Q    All right. And how -- do you remember what Nick was wearing that night?

A    I'm thinking a white shirt and probably khaki's I think. I know a

white shirt.  I can't remember (indiscernible).

Q    You say a "white shirt."  Was it like a --

A    Just a white tee-shirt.

Q    A white tee-shirt?

A    Uh-huh (affirmative).

Q    Okay.  Okay.  Now, have you talked with Nick since Leah disappeared?

A    I've talked to him, like, every now and then.  I don't talk to him (indiscernible).

Q    Okay.  But you have talked with him since Leah disappeared?

(No audible response recorded.)

Q    What have you talked about?

A    Nothing really.  I mean every now and then he asks me if I've heard anything about her or (indiscernible) like that.  I say, "No, I (indiscernible)."  I don't really know much.

Q    Okay.  Have you told Nick that you've been interviewed by the police?

A    It was, like, two weeks ago when I first had talked to (indiscernible).

Q    Okay.  And you told Nick about that?

(No audible response recorded.)

Q    You have to answer out loud.

A    Yeah.

Q    Okay.  And did you tell Nick what the type of questions the police were asking you and that type of thing?

A    No.  I told him they talked to me asking me if I -- it's basically the same thing.  That's all I know is what (indiscernible).

Q    Okay.  Are you familiar with an area called Hudson Ridge?

A    Yeah, out by Fairview.

Q    Out by Fairview.  Have you been out there?

A    (Indiscernible) go up there and ride dirt bikes (indiscernible).

Q    Okay.  Have you ever been out there with Nick?

A    No.

Q    Have you ever heard Nick talk about the area?

A    Huh-uh (negative).

Q    Is there any place that Nick likes to go a lot?

A    I don't know.

Q    Okay.

UNIDENTIFIED PROSECUTOR:  Does the grand jury want to ask anything?

MALE SPEAKER:  Do you know Zach's last name?

THE WITNESS:  I don't know.  I don't really know him that well (indiscernible) I know his first name is Zach (indiscernible).

MALE SPEAKER:  Do you know where the (indiscernible)?

THE WITNESS:  (Indiscernible.)

MALE SPEAKER:  (Indiscernible.)  Have you been there before?

THE WITNESS:  I've been up there (indiscernible).

MALE SPEAKER:  Is Nick real particular about his car?

THE WITNESS:  Like how?

MALE SPEAKER:  Like wouldn't like people leaning on it or (indiscernible) real clean shape?

THE WITNESS:  He's picky about it, yeah.  It's not in that good of

Exhibit 5014 at 11

shape, but he's picky (indiscernible).  I mean I'm picky about my car and it's not in that good of shape.

UNIDENTIFIED PROSECUTOR:  Okay.  Any other questions?

MALE SPEAKER:  How many rigs does he have?

THE WITNESS:  He actually only has the Mustang, but his dad lets him drive his T-Bird.

MALE SPEAKER:  Is there a pickup too?

THE WITNESS:  Yes.  That's his -- that's his parents' too.  He gets to drive that too.

UNIDENTIFIED PROSECUTOR:  Okay.  Anything else?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  I need to remind you attached to your subpoena was an order and I assume you read it.

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  Okay.  The order directs you not to discuss with anyone the fact you've been subpoenaed or the testimony you've given here today.  So basically, you can't tell anybody that you've even been here today.  Okay?  You understand that?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  And do you understand what happens if you do?

THE WITNESS:  Yeah.

UNIDENTIFIED PROSECUTOR:  Okay.

THE WITNESS:  (Indiscernible.)

UNIDENTIFIED PROSECUTOR:  Okay.

Any other questions or anything like that?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Okay.  You're excused then.

* * *

Exhibit 5014 at 13

STATE OF OREGON)

                    : ss.

COUNTY OF UNION)

    I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

    That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

    I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel. I am not financially interested in the said action or the outcome thereof.

    Said transcript is a full, true and correct transcription, to the best of my ability.

    DATED this 13th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com

Exhibit 5014 at 14