**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5019 – Grand Jury Proceedings Nicole Price** |
| Defendants. | |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

GRAND JURY PROCEEDINGS

Dates and times not provided on recording.

UNIDENTIFIED FEMALE WITNESS,

BY UNIDENTIFIED PROSECUTOR:

Q    This is the grand jury for Coos County and we are investigating the death -- or I shouldn't say death, the disappearance of Leah Freeman.  Do you understand that?

A    Yeah.

Q    And before we get started here today, I need to tell you, although it's obvious, we've got a video camera going and we are recording the proceedings here today.  Okay.  And because we're doing that, we need you -- you're kind of soft-spoken, you need to speak out loud and answer the questions yes or no instead of shaking your head or that.  Okay?

A    All right.

Q    All right.  First of all, could you tell us where you live, ma'am?

A    284 East Main Street.

Q    And is that here in Coquille?

A    Yes, sir.

Q    How long have you lived in Coquille?

A    I lived here for a while, but I moved away last year.  So --

Q    Okay.

A    -- I just came back in June.

Q    Okay.  All right.  When you lived here a while, several years or?

A    Like seven years and then I moved away for a year.

Q    Okay.  And in the course of living here in Coquille, are you familiar with a person named Nick McGuffin?

A    Yes.

Q    And how do you know Nick?

A    I went to school with him.

Q    Okay.

A    (Indiscernible) my sister.

Q    All right.  And then did you know Leah, or do you know Leah Freeman?

A    Yes.

Q    And how long had you known Leah?

A    I was friends with her sister, but I didn't, like, know her that well.  I mean I know who she is.

Q    Okay.  How old are you?

A    I'm 17.

Q    Okay.  And Leah would've been about 15?

A    Yes.

Q    Thereabouts?

A    Yes.

Q    And Nick is 18?

A    He's 18 probably (indiscernible).

Q    All right.  How well would you say you knew, you know Nick?

A    I know him pretty well.

Q    Okay. When -- well, did you know that Nick and Leah were boyfriend and girlfriend?

A    Yes.

Q    Okay. Could you tell us from what you saw, you know, were they close? Did they have problems? What was their relationship like?

A    It seemed like a normal teenage relationship to me. They seemed close.

Q    Okay.

A    I think every relationship has their problems, but --

Q    Sure.

A    -- I didn't -- I seen them argue a few times (indiscernible). I wasn't around them that much.

Q    Okay. When you say you saw them argue, what were they like when they argued?

A    They just, like, yelled at each other.

Q    Okay. Did you ever see anybody get hit or anything like that?

A    No.

Q    Okay. Were they really close?

A    They seemed close, yes.

Q    Okay. Were they -- if you saw Nick on the street, would you expect to see Leah?

A    Yeah, they were together most of the time.

Q    Okay. I want to direct your attention now to the day of June 28th and that would have been the day that Leah disappeared, okay?

A    Uh-huh (affirmative).

Q    And if you could, I'd like you to start about noon that day and just kind of tell us what happened that day as best you can recall -- well, what happened, okay?

A    I was just at home.  I don't -- let's see, that would've been a Wednesday or a Thursday, so I go -- I went to summer school until noon or 1:00, 1:30, and then my mom brought me home.

Q    Okay.

A    And then I was just at home until about 7:00 and then Brent and Nick came and got me between 7:00 and 7:30.

Q    When you say "Brent," are you referring to Brent Bartley?

A    Yes.

Q    Okay.  Between 7:00 and 7:30?

A    Yes.  They came and got me and we were going out to Brent's grandma's house to watch movies.

Q    Okay.  Is that the Hagen's (phonetic)?

A    Yes.

Q    And is that the house that's at the end of the road, you go up, kind of like, Elm Street and cut over to 18th and up?

A    You go up the big hill.

Q    You go up the big hill.  You go past the cemetery?

A    Yes.  Yeah.

Q    Okay.  There by the high school?

A    Yeah.

Q    Okay.

A    Yes.

Q    And what time was it?  As best you recall, what time that was about?

A    Between 7:00 and 7:30.

Q    Okay.  And you get up to the Hagen house.  What happens when you get up there?

A    We went inside.  And Nick didn't stay for very long, probably like five or ten minutes and then he left.  And me and Brent watched movies.

Q    Okay.

A    And then Nick came back; I would say around 9:00.

Q    All right.

A    And he said that he was going to go look for her and --

Q    Look for Leah?

A    Yes.  And he wanted to know if that was okay, because he was giving me a ride home.  And I said that was fine.

And then he came back around 11:00.  Between, like, 10:30 and 11:00.

Q    Okay.

A    And they took me home and we stopped at Denny's.  They talked to Denise.  I'm assuming it was about 11:00, because Denny's was closed.

Q    Okay.

A    And then they took me home.

Q    Okay.  Now, when Nick left at -- when he left you at the Hagen place with Brent, did he say what he as going to do, where he was going?

A    I'm pretty sure that he said he was going to go look for Leah.

Q    Okay.  When you're driving up there with Brent and Nick up to the, up to the place do you recall what you were talking about in the car?

A    I remember a conversation (indiscernible).

Q    Okay.  So you didn't talk about anything?

A    No.

Q    Didn't talk about Leah or anything like that?

A    Not -- not me personally.  Nick and Brent were in the front and they may have been talking, but I wasn't paying attention to them.

Q    Okay.  What car were you in; do you recall?

A    Nick's Mustang.

Q    Is there a big stereo in the thing or?

A    Yeah.  There was a speaker on the seat next to me.

Q    Okay.  It would be kind of hard to listen to a conversation --

A    Yes.

Q    -- with the music going.

A    Yes.

Q    Okay.  And so it's around 9:00 o'clock he comes back and says that he's got to find Leah?

A    Uh-huh (affirmative).

Q    Now, I notice you don't wear a watch.  Are you good on times or?

A    No.  I know -- that's, I mean the time they picked me up and the time they brought me home I can be pretty sure of.  But the in between times, I don't -- I don't know, because I didn't pay attention to the clock.

Q    Okay.

A    And it happened a while ago, so --

Q    Okay.  So he comes back about 10:30, 11:00.  I don't want to put any words in your mouth, but --

A    Yeah.

Q    -- somewhere around there?

A    I would say between 10:30 and 11:00.

Q    Okay.  And then he picks you up and then you go down to Denny's Pizza?

A    Right.

Q    And you talked to Denise?

A    Right.

Q    And you still haven't found Leah?

A    No.

Q    Do you know if Denise was asked if -- where Leah was at or?

A    Yes.  Nick asked her if he -- if she had seen her, Leah, there.  And he wanted to know if she could drive around town before she went home just to see if she seen her anywhere.

Q    Okay.  Do you remember what Nick was wearing that night?

A    No.

Q    Okay.

A    I don't remember.

Q    Okay.  And after you talked with Denise, what did you do then?

A    They brought me home.

Q    Okay.  Did you see Nick again that night?

A    No.

Q    Okay.  Have you seen Nick -- did you see Nick the next day?

A    Yes.

Q    And what happened then?

A   He said he still hadn't found her.  And I asked him if she, like, if there was anything -- you know, if she was mad at her family or anything which would cause her to run away.  And he said, "No."

And I asked if there was, like, she liked to do certain things when she got stressed out that maybe she might have gone and done.  And he said that she had places she liked to go sit and that he had checked all of them and he had talked to all her friends and he didn't know where she was.

Q   Okay.  Do you know -- well, these questions, I don't want -- you know, I'm not going to charge anybody with MIP, okay, or --

A   Right.

Q   -- with possession of marijuana or anything like that.  We're just trying to find out what happened to Leah, okay.

A   Yeah.

Q   Do you know if Nick and Leah used any type of drugs?

A   I've seen them smoke pot once.

Q   Okay.  How long ago was that, do you know?

A   A couple days before this happened.

Q   Okay.  Do you think they used any other drugs other than marijuana?

A   (Indiscernible) I know Nick smoked cigarettes and drank, but --

Q   Okay.

A   -- I don't know of anything else.

Q   You don't know --

A   I don't know of either of them.

Q   Okay.  But as far as you know, they didn't use anything like methamphetamine or --

A    No.

Q    -- or LSD or heroin or anything like that?

A    Not as far as I know.

Q    Okay. When you were interviewed by the police you indicated that on the night that Leah disappeared that Nick appeared to be upset.

A    Yeah.

Q    Okay. How did he appear the next day when you talked with him?

A    Upset still. His eyes were all red, like he'd been crying.

Q    Okay.

A    He just seemed upset that he couldn't find her.

Q    Okay.

A    He said that wasn't like her not to call or come home.

Q    I believe the police asked you if you could describe Leah's personality. And do you recall what you told them or what you remember of Leah's personality?

A    She was kind of shy, but --

Q    Okay.

A    -- she seemed like she had a little attitude.

Q    Okay.

A    She didn't really say that much when I was around her.

Q    Okay. She seemed temperamental?

A    Yeah, a little.

Q    Moody?

A    Yeah.

Q    Easily upset?

A    Yeah.

Q    Okay.  And Nick, how would you describe Nick?

A    He seems outgoing and friendly.  I've known him a lot longer.

Q    Okay.  Calm?

A    Yes.

Q    Generally laid-back type?

(No audible response recorded.)

Q    Have you talked with Nick -- other than what we've talked about here today, have you talked with Nick since Leah disappeared?

A    Yeah, I've seen him a few times.

Q    Okay.  What have you talked about?

A    Just asked him how he's been doing.  Friendly conversations (indiscernible).

Q    Okay.  Has he talked with you about talking to the police or anything like that?

A    No.

Q    Have you talked with him about, you know, you being interviewed by the police?

A    No.

Q    Shared with him anything (indiscernible) like?

A    No.

Q    Okay.  Have you ever heard Nick talk about the Fairview area, a place out there he might like to go visit, anything like that?

A    No.

Q    Okay.  Are you familiar with Fairview?

A    Yes.

Q    You've been out there a few times?

A    Yes.

Q    Have you ever heard of a place called Hudson Ridge?

A    No, I don't know where that is.

Q    Okay.  And you've never heard Nick talk about a place like that?

A    No.

Q    How about Cherry Creek or (indiscernible)?

A    Huh-uh (negative).

Q    Nick seem to be the outdoors type of person or, as far as you know?

A    I really don't know.  I don't know (indiscernible).

Q    Okay.  Okay.

UNIDENTIFIED PROSECUTOR:  I don't think I have any other questions of the grand jury.  Does -- or from this witness.  Does the grand jury want to ask anything?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  Go ahead, sir.

MALE SPEAKER:  When you said that (indiscernible) went to Denny's and Denise (indiscernible) and then they brought you home.  Who were you with when they took you home?

THE WITNESS:  Just Brent and Nick.

MALE SPEAKER:  And do you know a time on that?

THE WITNESS:  I would say between -- it was probably around 11:00 when they took me home.

BY UNIDENTIFIED PROSECUTOR:

Q    And you say that's around 11:00 because Denny's restaurant was

closed?

A    Yeah.

Q    And it closes at 11:00?

A    I think so, yeah.

Q    And Denise works there?

A    I don't know, but she was there.

Q    Okay.  Were you actually inside the restaurant --

A    No.

Q    -- or outside?

A    We didn't get out of the car.

Q    Okay.

UNIDENTIFIED PROSECUTOR:  Okay.  Any other questions?

(No audible response recorded.)

UNIDENTIFIED PROSECUTOR:  All right.  I need to remind you there's an order attached to the subpoena.

THE WITNESS:  Right.

UNIDENTIFIED PROSECUTOR:  And it says you're not to discuss the fact that you've been subpoenaed with anyone.

THE WITNESS:  Right.

UNIDENTIFIED PROSECUTOR:  And you're not to disclose anything that's been asked here today or what you've heard or testified to here today.  Okay?

THE WITNESS:  (Indiscernible.)

UNIDENTIFIED PROSECUTOR:  And you understand what happens to people who disregard the order?

THE WITNESS:  Uh-huh (affirmative).

UNIDENTIFIED PROSECUTOR:  Okay.  Do you have any questions for us?

THE WITNESS:  No.

UNIDENTIFIED PROSECUTOR:  All right.  Unless there's something further, we'll go ahead and excuse the witness.  Okay.

* * *

STATE OF OREGON)

                        :  ss.

COUNTY OF UNION)


       I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

       That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current and in good standing.

       I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not financially interested in the said action or the outcome thereof.

       Said transcript is a full, true and correct transcription, to the best of my ability.

       DATED this 11th day of May 2016.

*/s/ Janet C. Pryce*
Janet C. Pryce, CET, ICDT
Certified Electronic Court Transcriber
1417 Progress Loop
La Grande, OR  97850
(541) 805-1130
jpryce@eoni.com