**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

         v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5021 –**
Missing Persons Report
by Reaves

003831    003831    003831    #1

# MISSING PERSON REPORT
## Coquille Police Department

**MISSING PERSON REPORT / LOCATED MISSING PERSON**  ☐ ADULT  ☒ JUVENILE

| PAGE | INCIDENT NO. |
|---|---|
| 1 | 00001905 |

### VICTIM

| MISSING PERSON NAME | SEX | RACE | DOB | AGE | BEAT |
|---|---|---|---|---|---|
| Freeman, Leah | F | W-White/Caucasian | ████ 1984 | 15 | |

| HEIGHT | WEIGHT | EYE | HAIR | GLASSES | HANDEDNESS |
|---|---|---|---|---|---|
| 5'02" | 105 | Green | Blond | | |

| DRIVER'S LICENSE NO./STATE | DESCRIBE UNUSUAL MEDICAL/DENTAL/MENTAL CONDITIONS |
|---|---|
| | |

| PHOTO | AGE IN PHOTO | MARITAL STATUS | MONEY CARRIED | BANK ACCT/WHERE |
|---|---|---|---|---|
| ☒ | 15 | Single | | |

CREDIT CARDS/TYPE

MARKS, SCARS, TATTOOS

### LAST CONTACT

| DATE LAST SEEN | TIME | LAST SEEN BY/RELATIONSHIP |
|---|---|---|
| 06/28/2000 | 21:00 | Ashley Hutchinson/Aquaintance |

| LAST SEEN/LOCATION | TRANSPORTATION/TYPE |
|---|---|
| On Central Blvd @McKay's Store (5th Street) | walking (North) |

| DESTINATION | MISSING BEFORE/DATES | WHERE FOUND |
|---|---|---|
| unknown | | |

ITEMS IN POSSESSION (DESCRIPTION)

### RESIDENCE

| HOME ADDRESS, CITY, STATE, ZIP | HOME PHONE | FORMER RESIDENCE/CITY |
|---|---|---|
| 1173 N Knott , Coquille, OR 97423 | | N/A |

| EMPLOYMENT/SCHOOL | ADDRESS | POSITION/GRADE |
|---|---|---|
| Coquille High School | 499 W Central BLVD , Coquille, OR 97423 | Sophmore |

| PUBLIC AGENCY PLACEMENT/NAME | ADDRESS |
|---|---|
| | |

| CONTACT PERSON | PHONE |
|---|---|
| | |

### MISSING PERSON DESCRIPTION

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | COMPLEXION | GENERAL APPEARANCE | FACIAL ODDITIES | SPEECH | DISTINCTIVE FEATURE |
|---|---|---|---|---|---|---|---|
| 02-Short | | | | | | | |

| HAIR TYPE | | | | | TEETH | | |
|---|---|---|---|---|---|---|---|
| | | | | | 01-Braces | | |

| | YES/NO | COLOR/BRAND/SIZE | | | YES/NO | COLOR/BRAND/SIZE |
|---|---|---|---|---|---|---|
| JACKET/COAT | No | | GLASSES | | No | |
| HAT | No | | TROUSERS/PANTS | | Yes | Blue Jeans |
| SHOES | Yes | Nike Tennis Shoes | SHIRT/BLOUSE | | Yes | White Tank Top |
| SOCKS/STOCKINGS | | | DRESS/SKIRT | | No | |
| TIES/SCARF | No | | JEWELRY | | | |
| VEST | No | | OTHER | | | |

| REPORTING OFFICER | I.D. NUMBER | REPORT TAKEN | TIME | APPROVED BY | I.D. NUMBER |
|---|---|---|---|---|---|
| Reaves, Michael W. | 601 | 06/29/20 | 10:25 | Reaves, Michael W. | 601 |

**CONTINUED ON NEXT PAGE**

Exhibit 5021 at 1

| AGENCY | | PAGE | INCIDENT NO |
|---|---|---|---|
| **Coquille Police Department** | | 2 | **00001905** |

**FAMILY**

| FATHER | ADDRESS | | PHONE H. W. |
|---|---|---|---|
| MOTHER *Courtright, Cory* | ADDRESS *1173 N Knott , Coquille, OR  97423* | | PHONE H. *(541) 396-4027* W. |
| SPOUSE | ADDRESS | | PHONE H. W. |

**CONTACTS**

| REPORTED BY NAME | | RELATIONSHIP | HOME PHONE |
|---|---|---|---|
| ADDRESS | | | WORK PHONE |
| AGENCY CONTACT | STATION | | PHONE |

**INVESTIGATION**

| NCIC ENTRY | DATE/TIME | BY | | | FILE CONTROL NUMBER |
|---|---|---|---|---|---|
| NCIC CLEARED | DATE/TIME | BY | DEPARTMENT NOTIFICATION | DATE/TIME | WHOM |
| RELATED REPORTS - CASE NO./TYPE | | | | | PHOTO/DENTAL WAIVER TO R/P |

**CATEGORY**

| CATEGORY *At Risk* | MISSING PERSON REPORT TYPE *Unknown Circumstances* |
|---|---|

**ABDUCTION**

DID ABDUCTION INVOLVE MOVEMENT OF MISSING PERSON IN THE COMMISSION OF A CRIME?

**NARRATIVE**

On 6/29/2000, at approximately 1025 hours, Cory Courtright came to the Coquille Police Department to report that her daughter, Leah Freeman, was missing.  Leah was last seen on the evening of 06/28/2000 near McKay's Store on Central Blvd, walking North.

Ms. Courtright said Leah was visiting a friend at 444 1/2 Elm Street and left the area, walking.  She described Leah as 5'2", 105 lbs, petite, blond, short hair and she has braces on her teeth.  Leah was wearing blue jeans, a white tank top and nike shoes.

Leah is described as a stable child, with no particular problems.  Her mother hasn't had problems with her and Leah has never runaway and isn't the type to runaway.

After Ms. Courtright left the office, Ashley Hutchinson (396-6335) called looking for Ms. Courtright.  Ashley works with Leah's sister at Hunter's Creamery and knows Leah.  Ashley told Barb Thurman, CPD Dispatch, that she saw Leah walking in front of McKay's at about 2100 hours on 6/28/2000.

 further info at this time.  ATL made in LEDS regarding this information.

<span style="color:red">Exhibit 5021 at 2</span>

| REPORTING OFFICER *Reaves, Michael W.* | I.D. NUMBER *601* | REPORT TAKEN *06/29/20* | TIME *10:25* | APPROVED BY *Reaves, Michael W.* | I.D. NUMBER *601* |
|---|---|---|---|---|---|

**END OF REPORT**