**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5022 –** Missing Persons Supplemental Report by Reaves |
| Defendants. | |

003833                                  003833                    #5 003833

oo-1905

# SUPPLEMENTAL REPORT

Page **1**

| Agency: **Coquille Police Department** | INCIDENT NO. |
|---|---|
| | **00001905** |

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| *Follow-up report* | THU | 06/29/2000 | 10:25 | *Missing Person* |

| Primary Charge | | UCR/NCIC Code |
|---|---|---|
| | | / |

| Additional Charges | | Estimated Total Property Loss |
|---|---|---|

**Related Case No.'s**

*00001911*

**Officer Involved**

*Hall, Ulmer, Lee, Zavala*

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **G-1** | **Courtright, Corliss Cay** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone       Ext. |
| | *1173 N Knott, Coquille, OR 97423* | | | *(541) 396-4027* |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |
| Alias Names (Monikers) | | Gang Affiliations | | |
| *Courtright, Cory (AKA)* | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-7** | **McGuffin, Nicholas James** | M | White/Cauca | ▮▮▮ 18 |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone       Ext. |
| | *100 Baker RD, Coquille, OR 97423* | | | *396-4983* |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |
| Alias Names (Monikers) | | Gang Affiliations | | |
| *McGuffin, Nick (AKA)* | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-16** | **Wilson, Carl** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone       Ext. |
| | *499 W Central BLVD, Coquille, OR 97423* | | | *(541) 396-2163* |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |
| *Coquille High School /Coquille, OR 97423* | | *Principal* | | *(541) 396-2163* |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-17** | **Pflaum, Tim** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone       Ext. |
| | *499 W Central BLVD, Coquille, OR 97423* | | | *(541) 396-2163* |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |
| *Coquille High School /Coquille, OR 97423* | | *Principal* | | *(541) 396-2163* |

3

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| *601 Reaves, Michael W.* | *07/02/2000 13:24* | *Reaves, Michael W.* | *07/05/200007:14* | *File* |
| RECORD 003833    DISTRIBUTION DATE —— BY —— | | 003833 | Supervisor | 003833 |

Exhibit 5022 at 1

003834                                    003834                                    003834

## SUPPLEMENTAL REPORT CONTINUED

Page **2**

| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |
|---|---|---|

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| | | | | | |

| Driver's License | | State | Social Security No. | Other I.D. |
|---|---|---|---|---|
| | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-18 | **Murphy, Jimmie Dale** | M | White/Cauca | ████████ 53 |

| Confidentiality | Address: Street, City, State, ZIP **351 W 5th ST, Coquille, OR 97423** | Home Phone | Ext. |
|---|---|---|---|

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|

### Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | **Freeman, Leah** | F | White/Cauca | ████ 15 |

| Confidentiality | Address: Street, City, State, ZIP **1173 N Knott, Coquille, OR 97423** | Home Phone | Ext. |
|---|---|---|---|

| Place of Employment/School/Address **Coquille High School /Coquille, OR 97423** | Occupation | Business Phone **(541) 396-2163** | Ext. |
|---|---|---|---|

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

| Driver's License | | State | Social Security No. | Other I.D. |
|---|---|---|---|---|
| | | | | |

| Hair Length **Short** | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth **Braces** |
|---|---|---|---|---|---|

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | Speech | |

| Tattoos |
|---|
| |

| Clothing |
|---|
| |

### Narrative

On 06/29/00, at approximately 1100 hours, I was in Coquille P.D.'s dispatch center when Cory Courtright arrived with additional information on her missing daughter. She made a missing person report earlier in the morning.

Ms. Courtright was visibly upset, to the point of tears. She told me her daughter, Leah Freeman, left a friend's house, walking, and never arrived home. Leah was last seen at approximately 2100 hours on 06/28/00. Ms. Courtright and friends have been looking for her since early morning on 06/29/00.

She described Leah as a "good" kid, no problems at home and very stable. She has never run away and isn't the type to run away.

Dispatcher Barb Thurman took the missing person report. She said soon after Ms. Courtright made the initial report, Ashley Hutchinson called the police department looking for Ms. Courtright. Ashley said she saw Leah on 06/28/00, around 2100 hours, walking in front of McKay's Market on N. Central Blvd.

Ms. Courtright provided a picture of Leah and said she and friends were going to continue to search.

At 1430 hours, Officer Dave Hall and I began a cursory search of the area where Leah was last seen. Officer Hall said he was just on Central and thought he saw a young female, who fit Leah's description, walking with a young man on

003834                                    003834                                    003834

**CONTINUED NEXT PAGE**

<span style="color:red">Exhibit 5022 at 2</span>

003835                                003835                                003835

## SUPPLEMENTAL REPORT CONTINUED

Page 3

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

Central near Hunter's.

We went to the area, but couldn't locate the two people. We went to Ms. Courtright's home, where Officer Hall asked about Leah's shirt. The girl he saw had a tank top with colored stripes across the chest. He was advised Leah owned a shirt like the one he described, and the boy fit the description of a stock boy at McKay's.

We went to McKay's, where Officer Hall interviewed the manager and the stock boy's aunt. I patrolled the area and located two people who fit Hall's description, on Alder St, behind the Oregon Federal Credit Union. The girl was not Leah Freeman.

I brought Officer Hall to the area and he verified the two people were the ones he saw, but now recognized the female was not Leah Freeman.

We returned to Coquille P.D. and contacted Officer Dave Zavala. I asked him to interview Cory Courtright and obtain a list of people who saw Leah on 06/28/00. I also asked him to interview Cherie and Peggy Mitchell at 444 1/2 N. Elm.

Officer Hall and I continued searching areas in Coquille frequented by teenagers until 1730 hours.

Between 1800 and 1900 hours, I walked the area between W. 4th St and Coquille High School on N. Central, checking the area just off the road. There was nothing unusual in the area.

On 06/30/00, at 0700 hours, I noted a report by Officer Zavala on a disturbance between Bill Middleton and Nick McGuffin. (Refer to case 00-1911). I advised Officer Hall of the report and asked him to contact Cory Courtright, to determine further developments, and contact Officer Zavala to obtain the results of his investigation.

At 0800, I received a telephone call from Ms. Courtright. She remembered that Leah and Nick visited Brent Bartley's grandparent's (Neil and Dorothy Haga) home at the very end of Fir Street (Dean Minard Rd). She thought we could check to see if Leah might be there.

Officer Hall followed up on information he received from Ms. Courtright. At approximately 0940 hours, Officer Hall and I went to the Haga residence. We rang the door bell, but received no response. We checked the area around the house and found a man's white tank top t-shirt by a trash compactor near a utility room door. The rear deck of the house had several empty beer cans and a funnel (with hose attached) on it. The house was secure and the curtains were drawn on all window's and doors except the living room sliding door.

From the Haga residence, we went to speak to Cory Courtright to establish a chronology of events for 06/28/00. She related the following:

Leah and Nick (McGuffin) were at the residence most of the day. They spent a portion of the time washing Nick's car and cleaning the car windows. Leah was happy and laughing. She appeared untroubled.

Sometime around 1600 hours, Leah and Nick left. Leah said she was going to Cherie's at 1900 hours for a couple of hours.

At 2015 hours, she received a call from Nick, asking if Leah was home. He said he arrived at Cherie's house at 2108 hours, but Leah was gone. He looked for her up and around Central, but couldn't find her. Nick said he would continue to look for her.

She (Cory) went to bed, awoke at 0300 hours, and found that Leah wasn't home. She stayed awake, thinking Leah might come in. At 0800 she called Nick's home. At that point, they began looking for Leah.

She said Nick told her he came by at 0200 and thought he saw a TV light on in Leah's room. He was unable to get anyone's attention (called to Ms. Courtright, threw rocks at Leah's window), so he went home.

We left Ms. Courtright and went to Coquille High School, where we contacted Tim Pflaum and Carl Wilson. I asked about yearbook picture proofs. Mr. Pflaum said the High School didn't keep the proofs, but he would contact the photographer to see if he had one.

Officer Hall and I returned to the office to organize our data and plan for the afternoon. Officer Hall called Nick

003835                                003835                                003835

Exhibit 5022 at 3

SUPPLEMENTAL REPORT CONTINUED

Page **4**

| AGENCY: *Coquille Police Department* | Incident Classification *Missing Person* | Incident No. **00001905** |

McGuffin and made an appointment to take his statement at 1330 hours.

At 1330 hours, Nick McGuffin came to the police department with his mother. He asked about development and if we had a recent photo of Leah. Over the lunch hour, a yearbook proof of Leah was brought to the police department. I showed the photo to Nick. He reacted very strongly at seeing the picture - he became choked up, teary eyed and had difficulty catching his breath. (Note: The reaction seemed too strong, given the situation at this point)

Officer Hall and I interviewed Nick, with his mother present. We went over the situation, then taped his statement.

Nick said he was at Leah's house in the afternoon, they were washing his car. He went into detail about how they cleaned the windows. He indicated they were getting along very well and were happy and laughing.

Between 1400 and 1600 hours, they left and went to Brent Bartley's. They picked up Bartley and went riding around. They went to McGuffin's home, picked up some videos, then went to the Haga residence to watch the videos. They started to watch "Wild Wild West", but Leah thought it was stupid, so they rewound it.

At at 1900 hours, McGuffin and Bartley dropped Leah off at 444 1/2 N. Elm, the Mitchell residence. She asked him to come back at 2100 hours to pick her up, said she wouldn't be long.

At 2105 hours (time approximate), he returned to the Mitchell's to find Leah had already left. Cherie was upset and crying as she and Leah had a misunderstanding. McGuffin went to look for her.

He drove up Central, toward her house, but didn't see her. He continued looking, at different places where they would go, but didn't find her.

At 2215 hours, he returned to Cherie Mitchell's house, to see if Leah had returned or called. He used Cherie's phone to call Cory Courtright. He asked if Leah was home, she wasn't. He continued to look for her.

He called his mom at 2230 hours to see if Leah walked to his house. He drove around until 0200 hours, when he drove by Leah's house. He thought he saw a TV light on in her room. He tried to get Leah's or Cory's attention, but couldn't. He drove home and went to bed. Around 0800 on 062900, Cory called asking about Leah. At that point he started searching again.
(Note: During the interview, McGuffin mentioned that Ray Lewis saw Leah at 2130 hours at Fast Mart)

At 1440 hours, Officer Hall and I returned to the Haga residence to retrieve the tank top we saw on our earlier visit. During our interview with McGuffin, his description of Leah's shirt led us to believe the one at Haga's house might be hers. When we arrived, the shirt was gone and the beer cans on the deck were cleaned up. We found the kitchen sliding glass door was unlocked and open. We checked the house, but it was empty.

We went to the Courtright home to speak to Cory, but she was not home. We checked the supposed Bartley address given to us by McGuffin, but it wasn't accurate.

We rechecked the Haga residence, then went to the police department. Cory Courtright was there and we obtained a better description of Leah's shirt. She also mentioned that her family, particularly her brother, think that McGuffin is involved in Leah's disappearance.

Between 1600 and 1730, I made a press release on the disappearance and briefed Officers Dan Lee and Dave Zavala on the investigation to date.

At 1900, I returned to the office to check information supplied by Officer Dan Lee.

Courtright and her daughters, (Leah and Denise), lived with James Murphy at 351 W 5th St for a time. I spoke to Officer Hall and we began to check varying leads.

At 2000 hours, I met with Murphy at his residence. He said Courtright and her daughters moved out over 7 weeks ago. He witnessed no problems with Leah and thought she was a good kid. He hasn't seen Leah, or any of the others, in awhile.

I left at 2015 hours. I stopped at Cedar and 6th to make notes. Murphy drove by me 5 minutes later.

Exhibit 5022 at 4

## SUPPLEMENTAL REPORT CONTINUED

Page 5

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

At 2028 hours, I checked Ray Lewis' home, but no one was there.

At 2130 hours, I stopped at Fast Mart and spoke to those present in the parking lot. Most knew Leah, but had no information. All said they would contact me if they saw or heard anything.

I drove around, checking different hangouts until 2200 hours, then cleared for the day.

On 07/01/00, I returned to Coquille PD at 0815 hours to continue working this case. I reviewed reports and follow ups from officers on the swing and midnight shifts. Officer Dave Hall arrived and we began organizing the new information. Several leads, generated by the newspaper article, came in. Officer Hall took the information and began the investigation and verification of the reports.

From 1000 to 1300 hours, I examined reports and wrote my report. At 1300 hours, Officer Hall and I created a time line of Leah's movement from 2100 hours through the last time she was seen on 062800.

We received information from dispatch that she might have been seen at Hwy 42 and W Central Blvd. This was a favorite parking spot for Leah and McGuffin. Officer Hall and I went to the area and walked the parking lot and hillside up to 1/2 mile west of the intersection. We didn't locate anything related to this case.

We returned to the P.D. to plan the evening investigation on the case. I briefed Officer Randy Ulmer on contacts and investigation.

I took the photo of Leah and made several copies of it for distribution to other agencies. At 1200 hours, I was contacted by Patty Peak, a relative of Cory Courtright. She said she spoke to Denny Freeman and Cory about offering a reward for information leading to Leah's location. Ms. Peak informed me she was offering a $5000.00 reward. The information was already placed on posters around Coquille.

Between 1900 and 2100 hours, Officer Ulmer contacted me with information he received during the evening. (See his supplement for detailed descriptions).

On 07/02/00 at 0830 hours, I returned to the office to continue on this case. I reviewed and approved officers Lee and Ulmer's reports from the previous evening.

I contacted "The World" newspaper and gave them information on the reward. I updated the time line chart with new information, and instructed dispatch to send pictures and reports to the county law enforcement agencies. I made several more pictures of Leah to distribute to county law enforcement agencies.

Volunteer Jason Barkley hand carried photos and information to the CCSO, Coos Bay PD, North Bend PD and Bandon PD. I contacted Coos Bay PD and asked them to check Cindy Warner's address (1826 Thomas St, Coos Bay) to check for Leah.

At 1445, I was contacted by "The Sentinel" for updated information and the reward information was passed on.

Officer Shelly Grant notified the National Center for Missing Children about this case and gave them pertinent information. She also updated our LEDS/NCIC broadcast from "Attempt to Locate-Missing Juvenile" to "Endangered Missing Juvenile".

At 1450 hours, I received a phone call from Tim Nottingham, loss prevention at Fred Meyers in Coos Bay. Frances Maguire, the Fred Meyer Western Union Clerk, had contact with a man, identified as Phil Jackson, that made her suspicious. The man has been in several times this week for Western Union money orders. He saw the Leah Freeman reward posters and began talking about the situation. I spoke to Ms. Maguire who said the man became "excited" when he heard about the reward amount. Jackson's address is 735 N Knott St, Coquille, but he gave a Coos Bay phone number (266-5860).

At 1515 hours, Sgt. Lounsbury, Coos Bay P.D., called and said he checked the Warner address on Thomas Street. He contacted Cindy Warner, who allowed a search at her apartment. Ms. Warner was aware of Leah's disappearance. She said she and her daughter Elizabeth haven't seen or heard from Leah. She will contact a police agency if she hears from Leah.

END OF SUPPLEMENTAL REPORT

003837     003837     003837

Exhibit 5022 at 5