Anthony R. Scisciani III, OSB No. 070013
Meredith A. Sawyer, *pro hac vice*
Lisa Lear, OSB No. 852672
Kelsey L. Shewbert, OSB No. 221063
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
msawyer@hwslawgroup.com
llear@hwslawgroup.com
kshewbert@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor, <br><br> Plaintiffs, <br><br> V. <br><br> MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, <br><br> Defendants. | Civil Case No. 6:20-CV-01163-MK (Lead Case) <br><br><br><br> [PROPOSED] ORDER GRANTING DEFENDANT VIDOCQ SOCIETY'S MOTION FOR SUMMARY JUDGMENT |

VIDOCQ SOCIETY,

          Cross-Claimant.

v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE,
SEAN SANBORN, ERIC
SCHWENNINGER, RICHARD WALTER,
CHRIS WEBLEY, ANTHONY WETMORE,
KATHY WILCOX, CRAIG ZANNI, DAVID
ZAVALA, JOEL D. SHAPIRO AS
ADMINISTRATOR OF THE ESTATE OF
DAVID E. HALL,  CITY OF COQUILLE,
CITY OF COOS BAY, and COOS COUNTY.

          Cross Defendants


NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

          Plaintiffs,

v.

OREGON STATE POLICE,

          Defendant.

Civil Case No. 3:21-CV-01719-MK
(Trailing Case)


THIS MATTER having come before the Court on Defendant Vidocq Society's

Motion for Summary Judgment and this Court having considered the following:

1.  Defendant Vidocq Society's Motion for Summary Judgment;

2.  Declaration of Meredith A. Sawyer in Support of Defendant Vidocq Society's Motion
    for Summary Judgment and Exhibits 1-32;

3.  Declaration of Norman W. Frink in Support of Defendant Vidocq Society's Motion
    for Summary Judgment and Exhibit A;

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

4. Plaintiff's Opposition to Defendant Vidocq Society's Motion for Summary Judgment, if any;

5. Defendant Vidocq Society's Reply Memorandum, if any;

6. Oral Argument by Counsel, if any; and

7. _____ ;

8. _____ ;

9. The files and records herein.

This Court has been fully advised in the premises and is familiar with the particulars herein. THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Vidocq Society's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant Vidocq Society are dismissed with prejudice.

DONE IN OPEN COURT this _____ day of _____, 2025.

_____
JUDGE

*Presented by:*

HWS LAW GROUP

BY: */s/ Meredith A. Sawyer*
Anthony R. Scisciani III, OSB No. 070013
ascisciani@hwslawgroup.com
Meredith A. Sawyer, *pro hac vice*
msawyer@hwslawgroup.com
Kelsey L. Shewbert, OSB No. 221063
kshewbert@hwslawgroup.com
Lisa Lear, OSB No. 852672
llear@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

PROPOSED ORDER GRANTING DEFENDANT VIDOCQ SOCIETY'S
MOTION FOR SUMMARY JUDGMENT -Page 3

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248