**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>               Plaintiffs,<br><br>    v.<br><br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly McInnes, Raymond McNeely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric Schwenninger,<br>Richard Walter, Chris Webley, Anthony<br>Wetmore, Kathy Wilcox, Craig Zanni,<br>David Zavala, Joel D. Shapiro as Administrator<br>of the Estate of David E. Hall, Vidocq Society,<br>City of Coquille, City of Coos Bay, and Coos County,<br><br>               Defendants. | Case No. 6:20-cv-01163-MK<br><br>**Declaration of<br>Robert E. Franz, Jr.**<br>in Support of Municipal<br>Defendants' FRCP 56 Motion<br>for Summary Judgment<br>**(Exhibits 5023-5025)** |

Nicholas James McGuffin, as an Individual and as guardian ad litem, on behalf of S.M., a minor,

  Plaintiffs,

  v.

Oregon State Police,

  Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5023, is a true and correct copy of 7/6/00 Search Warrant Affidavit by Hall;

Attached hereto as Exhibit 5024, is a true and correct copy of 7/28/00 Search Warrant Affidavit by Hall;

Attached hereto as Exhibit 5025, is a true and correct copy of 7/27/00 Search Warrant Affidavit by Hall;

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, January 7, 2025.

By:   /s/ Robert E. Franz, Jr.
      FRANZ & HENDERSON
      **Robert E. Franz, Jr.**
      OSB #730915
      **Attorneys for Municipal Defendants**