**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5025 –** Affidavit for Search Warrant—July 13, 2000 by Dave Hall |
| Defendants. | |

000073                          000073                          000073

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR COOS COUNTY

**FILED**

2001 JUL 13 AM 11:56
Nunc Pro Tune 7-27-00
COOS COUNTY COURT
COQUILLE, OREGON

OOCR1392

STATE OF OREGON,          )
                          )
        Plaintiff,        )
                          )
    vs.                   )     AFFIDAVIT FOR SEARCH WARRANT
                          )
                          )
NICHOLAS JAMES MCGUFFIN,  )
DOB 04/25/82              )
                          )
        Defendant.        )
                          )
                          )
_____ )

STATE OF OREGON   )
                  ) ss
County of Coos    )

I, Dave Hall, after being duly sworn, depose and say that:

I am a police officer with the City of Coquille, and have been so employed for the previous 7 years. I have been assigned the investigation involving the disappearance of Leah Freeman, DOB ███████, that occurred on or about Wednesday, June 28, 2000.

I previously applied to the Court for a search warrant for the car of Nicholas McGuffin. A copy of the affidavit that I swore to in support of that warrant is attached hereto, marked Exhibit A and by this reference is incorporated herein.

The search warrant for the Mustang was executed on July 6, 2000. Kathy Wilcox, who I know is employed by the Oregon State Police as a forensic scientist

000073                          000073                          000073

DistrictAttorney_000420

Exhibit 5025 at 1

000074                    000074                    000074

examined the vehicle in question. She has informed me that during the examination nothing of significance was noted. However, when the trunk was opened, she noted that the trunk was empty. There was no liner, no spare tire, no jack nor was there a tire iron.

I have spoken with Lt. Buddy Young, who I know to be a lieutenant with the North Bend Police Department. I know Lt. Young to be a truthful and reliable police officer. Lt. Young has informed me that: he has spoken with the father of Nick McGuffin, Mr. Bruce McGuffin; that Lt. Young explained that it was curious that there had been nothing found in the trunk; and that Mr. Bruce McGuffin explained that the items had been removed from the trunk as the car was in need of repair. I did note that the rear quarter panel of car appeared to have been recently replaced or repaired and that it appeared that the car had a leak from the gasoline tank.

I have attached to this affidavit, marked Exhibit B a map of the Coquille area. I have done so as to better explain the locations of certain events depicted in this affidavit.

I have marked the following approximate locations on the map:

#1 – depicts the approximate location of Leah Freeman's residence;

#2 – depicts the approximate location of the Mitchell residence, which was the location from which Leah was walking when she disappeared;

#3 – The approximate location of McKay's Market, where Leah was sighted;

000074                    000074                    000074

DistrictAttorney_000421
Exhibit 5025 at 2

3

000075                           000075                           000075

41

#4 – The approximate location of Hunter's Restaurant, where Leah was sighted;

#5 – The approximate location of the Haga residence, where Leah Freeman, Nick McGuffin and Brent Bartley and his girlfriend had been at prior to Nick McGuffin taking Leah to the Mitchell residence.

I need for the Court to note that Elm Street has two different locations within Coquille. The first segment is located off of West 4th Street and is approximately one block long. The second segment is several blocks long and is located off of Central next to the Masonic Cemetery and the old IOOF Cemetery. In addition, the Court needs to be aware that the Elm street location next to the cemeteries is a paved road and that by going north on this segment of Elm street, one will eventually reach 18th street and that by turning west on 18th, one can travel a short distance to Fir Street then turn north on Fir which then changes into Dean Minard Road. At the end of Dean Minard is the Haga residence.

There are two routes one can use to get to the Haga residence. One would be to take the above-described route, which incidentally is paved. The other would be to turn north off of Central directly onto Fir. However, I know based upon my own observations that Fir is a gravel road until in it intersects with 18th Street. I also note, again based upon my own observations, that most persons wishing to travel to the north end of Fir Street and Dean Minard Road will use the Elm Street route so as to avoid the gravel portion of Fir Street.

D-3

3

41

000075                           000075                           000075

DistrictAttorney_000422

Exhibit 5025 at 3

000076                            000076                            000076

On July 3, 2000, Mr. Tony Messerle reported to the Coquille Police Department that: he works for Coos County at the County Shop; that he works on the swing shift and normally gets off of work at between 11:00 PM and 11:30 PM; that on June 28, 2000, he started for his residence, which would require him to drive on Elm Street next to the Masonic and IOOF cemeteries; that at approximately 11:30 PM, as he was headed for home on Elm Street, that he saw beside the road a Nike shoe; that he thought the shoe might belong to one of his kids or one of the kids in the neighborhood; that he picked up the shoe and took it home; and that when he learned that Leah had disappeared, he realized that the shoe may have some connection to the case and then brought the shoe to the Coquille Police. The approximate location where this shoe was found is marked #6 on the attached map.

I have spoken with Sgt. Kip Oswald of the Coos County Sheriff's Office. I know Sgt. Oswald to be a truthful and reliable police officer. Sgt. Oswald has informed me: that on July 4, 2000, he was on routine patrol in Coos County; that he patrolled an area known as Hudson Ridge which is located in the Fairview area that is east of Coquille; that as he was on a dirt road by some power lines on Hudson Ridge that he found on or near the road a Nike shoe; and that as he was aware of Leah Freeman being missing, that he picked up the shoe to see if it was somehow connected to the case.

I have compared these two shoes and I note that they appear to be a matching set. They are the same color and size. The one from Elm Street is for

000076                            000076                            000076

DistrictAttorney_000423

Exhibit 5025 at 4

000077                          000077                          000077

the right foot; the one from Hudson Ridge is for the left foot. I caused that both shoes be sent to the Oregon State Police Crime Lab for examination.

On July 17, 2000, I was contacted by Kathy Wilcox of the Oregon State Police Crime Lab in Coos Bay. Ms. Wilcox informed me: that she had examined the shoes; that on the left shoe, the one located on Hudson Ridge, that she had found small droplets of blood; that the blood was located on the sole of the shoe; that she had tested part of the blood and determined that it was in fact human blood; that based upon the size and outlines of the droplets, that the blood droplets appeared to be blood spatter and that it appeared to be consistent with what is known as medium to high velocity blood spatter. Ms. Wilcox has explained to me that medium to high velocity blood spatter occurs when an object, such as a club or a bullet, moving at a fast speed, strikes an object which contains blood, such as a part of a human body, with such force that a wound is opened thus causing blood to splatter.

Ms. Wilcox also informed me that there was sufficient blood on the shoe to do a DNA test, which I know to be a test that can determine if the blood is from a particular person. I have obtained from the Freeman residence the hair and tooth brush of Leah Freeman that can be used to obtain a DNA sample for Leah and can be used to compare with the DNA from the shoe. I also know that if a sample of DNA is taken from a potential suspect that it too can be compared to the DNA on the shoe. The shoes and brushes have been sent to the Oregon State Police Crime Lab that performs these types of tests.

D-5

DistrictAttorney_000424
Exhibit 5025 at 5

000078                                    000078                                    000078

The above-described shoes were shown to Denise Freeman, a sister of Leah Freeman. She has stated that she believes the shoes to be the property of Leah Freeman.

Since the discovery of these shoes, there have been searches of the areas where they were found. On Hudson Ridge, in addition to a search by law enforcement personnel, specially trained dogs used to find cadavers were also employed. Nothing of interest was found.

On June 29, 2000, after Leah's disappearance had been reported to the Coquille Police, and after I had found out that Leah, McGuffin and Bartley had been to the Haga residence at the end of Fir Street/Dean Minard Road earlier on June 28, myself and Chief Reeves went to the Haga residence to see if she was there. No one was at the residence. However, we did note that on the deck area there appeared to be several beer cans and a white men's sleeveless T-shirt. At the time we had a description of the clothes that Leah was wearing at the time she disappeared, which included a white top. At the time we were at the Haga residence, I believed that she had been wearing a female white tank top. As the T-shirt I saw did not match with a female tank top, I did not seize the shirt. Later that day, after speaking with the Freeman family, I realized that she had been wearing a man's sleeveless T-shirt. At that time I realized that the shirt I saw at the Haga residence was of potential significance. I drove back to the Haga home to obtain the shirt. However, when I arrived back at the Haga house the deck area had been cleaned and the shirt and beer cans were gone.

000078                                    000078                                    000078

DistrictAttorney_000425

Exhibit 5025 at 6

000079                           000079                           000079

Nick McGuffin has also supplied me with a copy of a photograph of Leah Freeman that was taken on the day she disappeared. McGuffin explained that he took several pictures the day that Leah disappeared. A copy of the photo is attached hereto, marked Exhibit C and by this reference is incorporated herein. McGuffin did not share with the police any other photo taken that day.

By examining public records, I have determined that the above Haga property is described as having the address of 2008 North Fir, Coquille, Oregon. According to the Coos County Assessor, there is approximately 40 acres of land owned by Mr. and Mrs. Haga at that location. Copies of the Assessor's records are attached hereto, marked Exhibit D and by this reference are incorporated herein.

In speaking with Mr. Nick McGuffin, he has informed me that he lives with his parents at 56246 Baker Road, Coquille, Oregon. According to Coos County Assessor's records, the property at 56246 Baker Road is owned by Bruce and Kathleen McGuffin and consists of approximately 7.5 acres and includes a residence and a mobile home thereon. Copies of the Assessor's records are attached hereto, marked Exhibit E and by this reference are incorporated herein.

I have viewed the Haga and McGuffin properties and I can describe them as being heavily wooded areas.

I have spoken with Paul Frasier, who I know to be a deputy district attorney for Coos County and who has been asked by the District Attorney to assist in this investigation. I know Mr. Frasier to be a truthful and reliable

D-7

7

000079                           000079                           000079

DistrictAttorney_000426

Exhibit 5025 at 7

8

000080                              000080                              000080

46

person. Mr. Frasier has told me: that on July 20, 2000, he convened the Coos County Grand Jury for the purpose of assisting in this investigation; that he had 14 witnesses testify at the hearing; that he had obtained prior permission of the Court to record the testimony; that three individuals, Aaron West, David Jenkins and Josh Emler testified that they had contact with Nick McGuffin early in the evening of June 28, 2000; that during that contact they met with McGuffin at Johnson Mill Pond which is located south of Coquille off of Highway 42; that while at the Pond, all 4 of them smoked marijuana; that apparently Leah had been dropped off at the Mitchell residence during the time they were with Nick McGuffin as Leah was not with Nick and that when Nick left, he indicated that he was going to pick Leah up; that at that time, Nick was driving the blue Mustang; and that later in the evening they saw Nick in Coquille and that he was driving a maroon Thunderbird automobile.

In addition, Mr. Frasier told me that a Jason Rice testified at Grand Jury and that Mr. Rice testified he saw Nick McGuffin with the Thunderbird on the evening of June 28, 2000, at the Fast Mart in Coquille. Mr. Rice was not sure of the time, but it was after dark. I noted that at that time, it did not get dark until approximately 9:45 PM.

Mr. Frasier also told me that Mark Kirn testified at the Grand Jury and that sometime between 9 and 10 PM at the Fast Mart he saw Nick McGuffin driving the Thunderbird.

D-8.

46    8

DistrictAttorney_000427

Exhibit 5025 at 8

000081                              000081                                    9
                                                                           000081

According to Coquille Police records, Nick McGuffin was stopped by the Coquille Police on June 28, 2000 at approximately 10:30 PM while driving the blue Mustang. He was stopped again in the early morning hours of June 29, 2000 and he was driving the blue Mustang.

It appears to me that if West, Jenkins, Emler, Kirn and Rice are correct in their observations regarding McGuffin driving a Thunderbird, that sometime after 9 PM Nick McGuffin switched from the blue Mustang to the Thunderbird and then back to the Mustang. This would have occurred during the same time frame that Leah Freeman disappeared.

I caused a check to be made with the Department of Motor Vehicles and learned that Bruce and Kathleen McGuffin of 56246 Baker Road, Coquille, Oregon are the registered owners of a 1991 Ford Thunderbird, Oregon License #SMQ 836. I have seen this vehicle and I know it to be maroon in color and I have seen Nick McGuffin drive the vehicle before.

I would also ask the Court to note the location of the last sightings of Leah in connection with the location of the shoe found on Elm Street and the location of the Haga residence. These sightings and the location of the shoe would be consistent with a route to go to the Haga property.

According to Leah's mother, Cory Courtright, on June 28, 2000, Leah was wearing a white men's sleeveless T-shirt, blue jeans and Nike tennis shoes.

Due to the information that human blood, consistent with high velocity blood splatter, has been found on a pair of shoes which is believed by Denise

000081                              000081                                    9
                                                                           000081

DistrictAttorney_000428

Exhibit 5025 at 9

000082                                    000082                                    000082

Freeman to be shoes belonging to Leah Freeman, and the fact the Leah Freeman has been missing from June 28, 2000, I believe that Leah Freeman is probably the victim of criminal violence and that she may even be deceased. Further, I believe it likely that Leah Freeman has been the victim of some sort of violence at the hand of Nicholas James McGuffin and that he then transported Leah Freeman to an unknown location.

I know based upon my training and experience that a person being transported in a car can leave behind in the vehicle trace evidence, such as hair, skin particles, and clothing fibers that can then be used to identify a person. I also know that a person being transported in a car can also pick up on its person trace evidence, such as dirt and dust particles and fabric fibers that can be used to show if that person had actually been in that car. I also know that a car can be examined, both from the inside and from the exterior, for dirt and soil samples that can be compared with samples from a particular location to determine if in fact the car was at the location in question. I also know that impressions of the tread of tires on cars can be compared with tire tracks found at a scene to determine if the vehicle is the on which made the tracks in question.

I also know that if a person has been subjected to violence that bodily fluids such as blood, saliva, urine and fecal material may be released from the victim and that those bodily fluids may be found in a car used to transport such a victim. If sexual violence occurred, vaginal fluids and semen may also be

D-10

000082                                    000082                                    000082

DistrictAttorney_000429
Exhibit 5025 at 10

000083                                    000083                                    000083

present and can be recovered from such a vehicle. I also know that items sometimes used in assaults, such as tire irons and other car related equipment can be used as bludgeoning devices and that such evidence as hair, fibers and bodily fluids may be present on them. I also know that if a firearm was used, that when the weapon is fired, that the weapon will expel gunpowder residue which can found on the person that has been shot and that can also be transferred from the person who was shot to a vehicle used to transport such a victim.

I also know based upon my training and experience that persons who transport other persons to discreet hiding locations in a vehicle will sometimes keep in the vehicle documentary evidence of the hiding place. These would include, but are not limited to, maps, notes with directions, addresses or locations written thereon, letters and journal or diary entries.

I also know based upon my training and experience that a person who is involved in perpetrating violence on another will often times have evidence from the person assaulted transfer to the perpetrator's person or clothing. For example, a person involved in a shooting or a beating may have on his person or clothing or shoes trace evidence, such as gunpowder residue and blood splatter. Such clothing and shoes are often kept in the residence of the perpetrator. If a struggle ensued, such evidence may include hair and skin fragments, along with fibers and other forms of trace evidence. There may be injuries such as bruises and cuts upon the perpetrator's body. If the perpetrator's body is examined,

000083                                    000083                                    000083

DistrictAttorney_000430

Exhibit 5025 at 11

000084
000084
12
000084

50

photographs may be taken of such injuries. In addition, trace evidence from the perpetrator may be transferred to the victim. This could include blood, saliva, semen (if a sexual assault took place) and hair and skin fragments. Consequently, if a DNA sample and full body hair samples are obtained, they can be compared with any such items found on the victim to see if they are one and the same.

In addition, persons involved in such criminal behavior sometimes write down their thoughts and actions, which would be included in such things as journals and diaries. The person who transports other persons to discreet hiding locations will sometimes keep documentary evidence of the hiding place. These would include, but are not limited to, maps, notes with directions, addresses or locations written thereon, letters and journal or diary entries. Again, such items are usually kept in the home of the perpetrator.

Further, if in fact Leah Freeman is deceased, her body must have been placed in a discreet hiding place. Given that the McGuffin property consists of over 7 acres of wooded land, and the Haga property consists of approximately 40 acres of wooded land, either location could have been used to hide the body of Leah Freeman. This is further likely given the facts that it appears that Leah may have been walking to the Haga property on the night she disappeared, the fact that nothing of interest was found in the area where the shoes were located, the fact that a white sleeveless T-shirt disappeared from the Haga property before

O-12

50    12
000084

000084
000084

DistrictAttorney_000431

Exhibit 5025 at 12

000085                              000085                              000085

the police could seize it and the fact that for some reason, Nick McGuffin switched cars during the time frame that Leah disappeared.

Based upon the above information, I have probable cause to believe and do believe that evidence of the crimes Criminal Homicide, as defined in ORS 163.005 and Assault, as defined in ORS 163.160 through 163.185, including but not limited to, trace evidence, hair, skin particles, clothing fibers, dirt and dust particles and fabric fibers, dirt and soil samples from the interior and exterior, tire track impressions, blood, saliva, urine, fecal material, vaginal fluids, semen, gunpowder residue and documentary evidence of a hiding place for Leah Freeman, including but not limited to maps, notes with directions, addresses or locations written thereon, letters and journal or diary entries, and the clothing of Leah Freeman, including but not limited to a men's white sleeveless T-shirt and blue jeans, is currently located on or in a 1991 Ford Thunderbird automobile, maroon in color, Oregon License #SMQ 836 which is currently located in Coos County, Oregon.

Further, I have probable cause to believe and do believe that evidence of the crimes Criminal Homicide, as defined in ORS 163.005 and Assault, as defined in ORS 163.160 through 163.185, including but not limited to, trace evidence, hair, skin particles, clothing fibers, dirt and dust particles and fabric fibers, dirt and soil samples, blood, saliva, urine, fecal material, vaginal fluids, semen, gunpowder residue, the clothing of Leah Freeman, including but not limited to a white men's sleeveless T-shirt and blue jeans, the body or person of

DistrictAttorney_000432

Exhibit 5025 at 13

000085                              000085                              000085

000086    000086    000086

Leah Freeman and documentary evidence of a hiding place for Leah Freeman, including but not limited to maps, notes with directions, addresses or locations written thereon, letters and journal or diary entries, and photographs taken of Leah Freeman on June 28, 2000, is currently located on or in the acearage and real property and any and all residences, out buildings appurtenances and improvements located thereon and associated with the address of 56246 Baker Road, Coquille, Coos County, Oregon. This property is further described in the attached Exhibit E.

Further, I have probable cause to believe and do believe that evidence of the crimes Criminal Homicide, as defined in ORS 163.005 and Assault, as defined in ORS 163.160 through 163.185, including but not limited to, trace evidence, hair, skin particles, clothing fibers, dirt and dust particles and fabric fibers, dirt and soil samples, blood, saliva, urine, fecal material, vaginal fluids, semen, gunpowder residue, the clothing of Leah Freeman, including but not limited to a white men's sleeveless T-shirt and blue jeans, the body or person of Leah Freeman and documentary evidence of a hiding place for Leah Freeman, including but not limited to maps, notes with directions, addresses or locations written thereon, letters and journal or diary entries, is currently located on or in the acearage and real property and any and all residences, out buildings appurtenances and improvements located thereon and associated with the address of 2008 North Fir, Coquille, Coos County, Oregon. Said property is further described in the attached Exhibit D.

000086    000086    000086

DistrictAttorney_000433
Exhibit 5025 at 14

000087                                    000087                                    000087

Further, I have probable cause to believe and do believe that evidence of the crimes Criminal Homicide, as defined in ORS 163.005 and Assault, as defined in ORS 163.160 through 163.185, including but not limited to, a DNA sample, full body hair samples, bruises and cuts and other trace evidence is currently located on or in the person of Nicholas James McGuffin, DOB 04/25/82.

Wherefore, I pray that this Court issue a warrants to search the above described vehicle, property and person and for an order seizing the above described evidence.

_____
AFFIANT

Subscribed and sworn to before me this 27th day of July, 2000.

_____
Judge

D-15

000087                                    000087                                    000087

DistrictAttorney_000434

Exhibit 5025 at 15



Verified Correct Copy of Original 4/29/2016

Exhibit 5025 at 16



Exhibit 5025 at 17



COQUILLE—BANDON   Canal   HWY.   NO. 244   (42 S)

DIKE   BIASCA

TO BANDON

Verified Correct Copy of Original 4/29/2016.

Canal

Canal

FAT   ELK

RD.

KEY TO STREET PREFIX

N
BLVD.
W.   MAIN   ST.   E.
CENTRAL
S

2 | 1
11 | 12

RIVER

MP 1678

BOAT RAMP

MP. 16.93

HWY. 244

SEWAGE TREATMENT PLANT

CEDAR ST.

MAINT. STA.

DEPOT

COBR

## LEGEND

**FUNCTIONAL CLASSIFICATION**
STATE   OTHER

FOR FURTHER FUNCTIONAL CLASSIFICATION INFORMATION, CONTACT O D O T REGION OFFICE.

INTERSTATE
PRINCIPAL ARTERIAL
MINOR ARTERIAL
URBAN COLLECTOR / RURAL MAJOR COLLECTOR
MINOR COLLECTOR
LOCAL ROAD
ORE. ROUTE — U.S. ROUTE — INTERSTATE ROUTE
NATIONAL HIGHWAY SYSTEM ROUTE
URBAN GROWTH BOUNDARY
CITY LIMIT
AMTRAK RAIL PASSENGER STATION
BRIDGE — GRADE SEPARATION

PUBLIC BUILDING
COURTHOUSE
CITY HALL
ARMORY
POST OFFICE
SCHOOL
LIBRARY
SAFETY REST AREA
WEIGH STATION
PARK & RIDE LOCATION
INTERCITY — CITY TRANSIT
COMMERCIAL — GENERAL AVIATION
AMTRAK STOP — PORT FACILITY
GRAVEL PIT — QUARRY — ODOT STOCKPILE SITE

PUBLISHED BY

INVENTORY AND MAPPING TRANSPORTATION

NORTH

PREPA
OREGON DEPA
IN CO
U.S. DEPARTI
FEDERAL H

500   0
150

1-48

Copies available from the Oregon Department of Transportation, Map Distribution Unit, Mill Creek Office Park, 555 13th St. NE, Suite 2, Salem, Oregon 97301-4178, Telephone (503) 986-3154

inted by  from NE6211U on Wednesday April 26 2000 03:39:27 PM PDT (coquille)   —230—

Exhibit 5025 at 18



OREGON TRANSPORTATION MAP

Showing Functional Classification of Roads
City of

# COQUILLE  1-49

COQUILLE
Population 4,300

T. 27-28 S. R. 12-13 W. W.M.

COOS COUNTY
MARCH 2000

PARK & RIDE    INTERBUS    AMTRAK
AVAILABLE TRANSPORTATION SERVICES
SHOWN WITH YELLOW BACKGROUND

PORT    AIRPORT    COM/AIR
AVAILABLE TRANSPORTATION SERVICES
SHOWN WITH YELLOW BACKGROUND

COQUILLE - COOS COUNTY

Exhibit 5025 at 19



STATE'S EXHIBIT

C

1-50

- 232 -

Exhibit 5025 at 20

JUL-18-00 TUE 1:20 PM

TE'S EXHIBIT
D

P. 13

```
                    Print Key Output                              Page   1
  5716SS1 V3R7M0 961108              COOSASMT         07/18/00  10:43:02

  Display Device . . . . . . :  DSP06
  User . . . . . . . . . . . :  CAROLB

ASAC01R7   CAROLB          DISPLAY REAL ACCOUNTS       DISPLAY  7/18/00
ACCOUNT #   7152.00   2000         OWNER   HAGA, NEIL E.; & HAGA, DOROTHY J.
           COMMENTS         200     C/O
MAP # 27 S 13  W 25       200      NAME
CODE AREA 8.91     ZONING F         ADDRESS 2008 N  FIR
MA  4  VALUE AREA R3V   CLASS 441   ADDRESS
SUB/BL/LT          .    SPLIT S     ADDRESS COQUILLE OR           97423
G.I.S.           x        SD# .        0  CON/SEG         JV #          0
SITUS     2008    N  FIR               ZIP 97423       COQUILLE
DOC # 92-07-1179  ACRES    35.000  FP ACRES    39.000  SPLIT CODE  7152.90
POTTAXLIAB FOREST
                      RMV        MAV          SAV     MSAV/M50    TAXABLE AV
LAND VALUE         24,123                  24,123
IMPROVEMENTS
MFG STRUCTURE
 SUB TOTAL/BASE    24,123                  24,123      20,674
EXCEPTIONS
 SUB TOTAL         24,123                  24,123      20,674      20,674
EXEMPTIONS
2000 TOTALS        24,123                  24,123      20,674      20,674
                             M/H X-NUMBER
F1=LN   2=IM   3=EN   4=OW   5=SA  6=EX   7=OH   8=ET  10=LG  11=FL  12=CM
13=MS  14=SI  15=XC  16=DT  17=TX  18=SL  19=QP  20=PR  21=NX  22=AP  24=DL
```

D-1

1-51

-233-

Exhibit 5025 at 21

JUL-18-00 TUE 1:20 PM                                                     P. 14

```
                    Print Key Output                          Page  1
16SS1 V3R7M0 961108              COOSASMT           07/18/00  10:43:06

Display Device . . . . . :  DSP06
User . . . . . . . . . :  CAROLB

ASAC01R7    CAROLB              DISPLAY REAL ACCOUNTS        DISPLAY  7/18/00
ACCOUNT #   7152.90   2000          OWNER   HAGA, NEIL E.; & HAGA, DOROTHY J.
OTHER FLAGS COMMENTS                C/O
MAP # 27 S 13  W 25        200      NAME
CODE AREA 8.92      ZONING F        ADDRESS 2008 N  FIR
MA    VALUE AREA R3V   CLASS 441    ADDRESS
SUB/BL/LT            SPLIT S        ADDRESS COQUILLE OR              97423
G.I.S.           x          SD#          0  CON/SEG        JV #        0
SITU   2008      N  FIR                    ZIP 97423       COQUILLE
DOC # 92-07-1179  ACRES      5.000  FP ACRES     .000  SPLIT CODE  7152.00
POTTAXLIAB FOREST
                    RMV          MAV          SAV    MSAV/M50    TAXABLE AV
LAND VALUE         20,358                   20,358
IMPROVEMENTS      146,495                  146,495
MFG STRUCTURE
 SUB TOTAL/BASE   166,853                  166,853    143,910
EXCEPTIONS
 SUB TOTAL        166,853                  166,853    143,910      143,910
EXEMPTIONS
2000 TOTALS       166,853                  166,853    143,910      143,910
                              M/H X-NUMBER
F1=LN   2=IM   3=EN   4=OW   5=SA   6=EX   7=OH   8=ET  10=LG  11=FL  12=CM
13=MS  14=SI  15=XC  16=DT  17=TX  18=SL  19=QP  20=PR  21=NX  22=AP  24=DL
```

$D-2$

$1-52$

-234-

Exhibit 5025 at 22

07/12/00   WED 16:29 FAX 1 541 )142        NORTH BEND POLICE DE        ☑003

ASACD1R7  SCKATHY           DISP. REAL ACCOUNTS        DISPLAY   7, 00
ACCOUNT #   9095.04  2000       OWNER   MCGUFFIN, BRUCE R. & KATHLEEN M.
          COMMENTS            C/O
MAP # 28 S 13  W  9      700    NAME
CODE AREA 8.21    ZONING RR-5   ADDRESS 56246 BAKER RD
MA  50 VALUE AREA R3N  CLASS 141   ADDRESS
SUB/BK/LT          SPLIT S    ADDRESS COQUILLE OR          97423
G.I.S       x           SD#      0  CON/SEG          JV #      0
SITUS  56246      BAKER          RD ZIP 97423       COQUILLE
DOC # 84-12-0205  ACRES    2.540  FP ACRES    6.540  SPLIT CODE   9095.94
POTTAXLIAB FOREST



STATE'S EXHIBIT
E

|  | RMV | MAV | SAV | MSAV/M50 | TAXABLE AV |
|---|---|---|---|---|---|
| LAND VALUE | 254 |  | 254 |  |  |
| IMPROVEMENTS |  |  |  |  |  |
| MFG STRUCTURE |  |  |  |  |  |
| SUB TOTAL/BASE | 254 |  | 254 | 214 |  |
| EXCEPTIONS |  |  |  |  |  |
| SUB TOTAL | 254 |  | 254 | 214 | 214 |
| EXEMPTIONS |  |  |  |  |  |
| 2000 TOTALS | 254 |  | 254 | 214 | 214 |

            MULTIPLE SITUS  M/H X-NUMBER
F1=LN  2=IM   3=EN   4=OW   5=SA   6=EX   7=OH   8=ET  10=LG  11=FL  12=CM
13=MS  14=SI  15=XC  16=DT  17=TX  18=SL  19=QP  20=PR  21=NX  22=AP  24=DL

E-1

I-53

- 235 -

Exhibit 5025 at 23

☑004

```
. .  07/19/00  WED 16:29 FAX 1 541    .0142     NORTH BEND POLICE DE
ASACD1R7 ; SCKATHY         DISPLAY REAL ACCOUNTS        DISPLAY   7/...00
ACCOUNT #   9095.94  2000        OWNER   MCGUFFIN, BRUCE R. & KATHLEEN M.
            COMMENTS             C/O
MAP #.28 S 13  W  9      700     NAME
CODE AREA 8.22      ZONING RR-5  ADDRESS 56246 BAKER RD
MA   VALUE AREA R3N  CLASS 141   ADDRESS
SUB/   /LT          SPLIT S      ADDRESS COQUILLE OR           97423
G.I.    x           SD#          0  CON/SEG           JV #        0
SITUS    56246       BAKER          RD  ZIP 97423       COQUILLE
DOC # 94-12-0205  ACRES    5.000  FP ACRES     .000  SPLIT CODE   9095.04
POTTAXLIAB FOREST ASS'D W/RP
                    RMV         MAV        SAV      MSAV/M50    TAXABLE AV
LAND VALUE         30,023               30,023
IMPROVEMENTS      107,264              107,264
MFG STRUCTURE
 SUB TOTAL/BASE   137,287              137,287     35,556
EXCEPTIONS                                         98,384
 SUB TOTAL        137,287              137,287    133,940       133,940
EXEMPTIONS
2000 TOTALS       137,287              137,287    133,940       133,940
                 MULTIPLE SITUS  M/H X-NUMBER
F1=LN   2=IM   3=EN   4=OW   5=SA   6=EX   7=OH   8=ET  10=LG  11=FL  12=CM
13=MS  14=SI  15=XC  16=DT  17=TX  18=SL  19=QP  20=PR  21=NX  22=AP  24=DL
```

−236−

E-2

1-54

Exhibit 5025 at 24