Anthony R. Scisciani III, OSB No. 070013
Meredith A. Sawyer, *pro hac vice*
Kelsey L. Shewbert, OSB No. 221063
Lisa Lear, OSB 852672
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
msawyer@hwslawgroup.com
kshewbert@hwslawgroup.com
llear@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>V.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Civil Case No. 6:20-CV-01163-MK<br><br><br>DECLARATION OF NORMAN W. FRINK IN SUPPORT OF DEFENDANT VIDOCQ SOCIETY'S MOTION FOR SUMMARY JUDGMENT |

DECL. OF N. FRINK ISO
DEF. VIDOCQ SOCIETY'S MOTION
FOR SUMMARY JUDGMENT - Page 1

VIDOCQ SOCIETY,

        Cross-Claimant.

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY.

        Cross Defendants

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

v.

OREGON STATE POLICE,

        Defendant.

Civil Case No. 3:21-CV-01719-MK (Trailing Case)

I, Norman W. Frink, declare:

1.      I have been retained by Vidocq Society as an expert witness with respect to the above captioned matter.

2.      Attached hereto as **Exhibit A** is a true and correct copy of my expert report dated October 7, 2024 and including Attachments A1 and A2 that was served on Plaintiffs' counsel in this matter as part of Defendant Vidocq Society's Expert Witness Disclosure.

DECL. OF N. FRINK ISO
DEF. VIDOCQ SOCIETY'S MOTION
FOR SUMMARY JUDGMENT - Page 2

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED this 6th day of January, 2024, in Portland, Oregon

_____
                    Norman W. Frink

DECL. OF N. FRINK ISO
DEF. VIDOCQ SOCIETY'S MOTION
FOR SUMMARY JUDGMENT - Page 3

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248