**Robert E. Franz, Jr.**　　OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**　　OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
　Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
　Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
　Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
　David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
　and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County,<br><br>　　　　　　Defendants. | Case No. 6:20-cv-01163-MK<br><br>**Declaration of<br>Robert E. Franz, Jr.**<br>in Support of Municipal Defendants' FRCP 56 Motion for Summary Judgment<br>**(Exhibits 5026-5043)** |

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

Case No. 3:21-cv-01719-MK
(Trailing Case)

       Plaintiffs,

  v.

Oregon State Police,

       Defendant.

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5026, is a true and correct copy of the Thumb Drive containing the City of Coquille Binders in electronic format;

Attached hereto as Exhibit 5027, is a true and correct copy of the Report of Buddy Young ending on August 9, 2000;

Attached hereto as Exhibit 5028, is a true and correct copy of the State's Motion Dismiss the criminal case against Nick McGuffin;

Attached hereto as Exhibit 5029, is a true and correct copy of the Report of Randy Ulmer dated 07/1/2000;

Attached hereto as Exhibit 5030, is a true and correct copy of Audio of Steinhoff Interview by Officer Lee 9/12/00;

Attached hereto as Exhibit 5031, is a true and correct copy of Transcript of the Audio of Steinhoff Interview by Lee 9/12/00;

Attached hereto as Exhibit 5032, is a true and correct copy of Steinhoff Handwritten Statement 6/27/10;

Attached hereto as Exhibit 5033, is a true and correct copy of Transcript of the audio of Steinhoff Interview by Davis 2/14/02;

Attached hereto as Exhibit 5034, is a true and correct copy of Audio of Steinhoff Interview by Davis 2/14/02;

Attached hereto as Exhibit 5035, is a true and correct copy of Photos of Nick McGuffin and Kristen Steinhoff;

Attached hereto as Exhibit 5036, is a true and correct copy of Transcript of the Audio Steinhoff Interview by Tabor 6/26/10;

Attached hereto as Exhibit 5037, is a true and correct copy of the Audio of McGuffin Interview 6/30/00;

Attached hereto as Exhibit 5038, is a true and correct copy of Transcript of McGuffin Interview 6/30/00 prepared by Peggy Jillson;

Attached hereto as Exhibit 5038A, is a true and correct copy of the Transcript of McGuffin Interview 6/30/00;

Attached hereto as Exhibit 5039, is a true and correct copy of the handwritten timeline prepared by Nick McGuffin 7/5/00;

Attached hereto as Exhibit 5040, is a true and correct copy of McGuffin Polygraph Report by Ranger;

Attached hereto as Exhibit 5041, is a true and correct copy of Frasier Letter to McCrea 7/31/00;

Attached hereto as Exhibit 5042, is a true and correct copy of Nick Backman Report; and,

Attached hereto as Exhibit 5043, is a true and correct copy of McAdams & Jenkins Polygraph Reports.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, January 7, 2025.

By:   /s/ Robert E. Franz, Jr.
FRANZ & HENDERSON
**Robert E. Franz, Jr.**
OSB #730915
**Attorneys for Municipal Defendants**