**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5027 – Buddy Young Report** |
| Defendants. | |

**5**
**A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CPD002934

Exhibit 5027 at 1

```
SE NB20011114        ** NORTH BEND POLICE DEPARTMENT **              PAGE:  1
                            INCIDENT REPORT
```

```
CIDENT TYPE:ASSIST POLICE              PREMISE TYPE:_____
C.  ON:_____COQUILLE AREA          COQ   APT/LOT:____    AREA A12
SINESS:_____    WEAPON TYPE  NON APPLICABLE
GIN DATE: 7/05/00   BEGIN TIME:0936   END DATE: 7/05/00   END TIME:0936
NSUS TRACT:06     SUB-DIVISION    :_____
COMMENTS:   JMY COQUILLE PD REQ HIT TEAM MEMBER RESP TO THEIR DEPT FOR
            MEETING REF:A CASE UNDER INVESTIGATION.
```

```
***************************** P E R S O N S *****************************
```

```
RSON #:001    STATUS:COMPLAINANT_____
ME:COQUILLE POLICE DEPT  BARBARA_____       RACE:_____
X:_____   DOB: 0/00/00  AGE:___  HGT:___   WGT:___   HAIR:_____
ES:_____    FACIAL HAIR:_____   BUILD:___  COMPLEXION:___
DRESS:_____
PLOYMENT:_____
CUPATION:_____
C SEC: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      (RES):541-396-2114        (BUS):000-000-0000
```

```
SE STATUS:NO REPORT_____     REPORT DATE:070500
```

```
PORTING OFFICER:  YOUNG,BUDDY (NBPD)
```

```
CORDS CLERK
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002935

Exhibit 5027 at 2

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

DATE OF REPORT: July 5, 2000            TIME: 0936

OFFENSE / INCIDENT:  Assist Police (HIT Team)

LOCATION: Coquille Police

### INVOLVED PERSONS

NAME: Freeman, Leah          D.O.B:          STATUS: Missing

ADDRESS:                                     PHONE:


NAME: McGuffin, Nick         D.O.B:          STATUS: Involved

ADDRESS:                                     PHONE:


NAME:                        D.O.B:          STATUS:

ADDRESS:                                     PHONE:


SUMMARY:

On the above date and time I was requested to meet in Coquille with the HIT Team to assist in the investigation of a suspicious circumstances missing person case. That person was Leah Freeman, a 15 year old white female juvenile, last seen at about 21:00 hours at the residence of her friend, Sherry Mitchell, on Elm Street.

My initial assignment was to team up with Special Agent Scott Neilson of the Eugene office of the F.B.I., and attempt to locate one Gary Jones of North Bend. Gary was released from Coos County Jail on the same evening that Leah disappeared, and may have possibly seen or had contact with her, as somebody matching his description and behaving in a loud and animated manner (such as is Gary's habit) was observed in the parking lot of McKay's Market on Central Avenue, along the route that Leah would have most likely walked, and was allegedly observed. Scott and I were unsuccessful in locating Gary around town, and he had been previously evicted from his residence at 1010 Virginia #6.

Before returning to Coquille, we stopped by the office of SCINT and had several reproductions of Leah's most recent photo made for distribution.

At about 15:50 hours, myself and Pat Downing were requested to go to the residence of Nick McGuffin (Leah's boyfriend) and secure his vehicle (written consent to seize and search having already been secured). The vehicle, a 1967 Ford Mustang Coupe, OLN# PEA840 was taken by a Mast Brothers flatbed tow truck to the OSP office in Coos Bay and secured in a locked garage at that location at 16:45 hours with a copy of the signed consent form obtained from Nick.

At 17:50 hours, myself and Pat Downing were back at Coquille P.D.

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:          APPROVAL:          PAGE: 1   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002936

Exhibit 5027 at 3

```
NORTH BEND POLICE DEPARTMENT
      SUPPLEMENTAL REPORT
      CASE No:20011114
```

Nick McGuffin was still at Coquille Police Department when I returned, so I sat and started talking to him about his 1967 Mustang, as I had owned one also when I was his age. Some general conversation about Leah occurred, and Nick started talking about his polygraph exam, and was exhibiting some anxiety about the possible results of the test, stating that he had hoped that the results were favorable, but that he had his doubts because he was mentally distracted during the exam, and his thoughts were scattered and erratic. Nick said that his mind was racing concerning his friends and Leah, and what may have happened to her. Several times he expressed concern that his state of mind may have had a negative effect on the outcome of the test. Both myself and Officer Dave Hall (who was intermittently present) advised Nick that we were not knowledgeable enough about the technological aspects of the process to make a comment concerning the potential effects his thoughts may have had on the results.

I asked Nick why he had not driven directly to Leah's house after he could not initially find her at Sherry Mitchell's house, or anywhere along the most probable route she would have taken to return home. Nick stated that he knew absolutely that she would not be there at her house, as she hated to be there, and would not have gone home until she absolutely had to be home.

I asked Nick if Leah would ever take a ride with a stranger. Nick was emphatic in his response, stating that there was no way that Leah would ever take a ride with a stranger. He then paused a bit and continued by stating that Leah might take a ride with a stranger under very unusual circumstances, such as if she was extremely depressed and feeling like nobody loved or cared for her. Nick then stated that Leah was feeling this way on that night she disappeared, because she had just had a confrontation at her friend Sherry Mitchell's house, with Sherry's mother, Peggy Mitchell, who expressed her opinion that Leah was not a good influence on her daughter. Leah was apparently very saddened and upset by the fact that Peggy Mitchell didn't care for her (or so she thought).

*NOTE: When I relayed this information to Chief Mike Reaves and Officer Dave Hall, they commented that Nick could have had no way of knowing about the problems between Leah and Peggy Mitchell unless he had spoken with Leah after 21:00 hours on the night in question, or unless Peggy or Sherry Mitchell had discussed the matter with him. Chief Reaves stated that he would have that information followed up on and try to ascertain how Nick became aware that Leah had been upset when she left the Mitchell residence.*

Nick began voicing aloud his frustration over Leah's disappearance. He stated that she would never have run away without him, or at least advising him that she was leaving in case he wanted to come with her. He mentioned that on the morning of June 28th at about 04:00, he received a phone call at his residence, but that nobody knows who it was. I found that statement rather bizarre, so I asked him how he could have the knowledge that the phone call was for him, if he doesn't know who it was. He said that he knows it was for him because nobody would call his house at that hour unless it was for him. He stated that had he answered the phone (instead of his mother), the caller would not have hung up. Nick gave no consideration to that

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:            APPROVAL:              PAGE: 2    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002937
Exhibit 5027 at 4

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

fact that it could have been a wrong number called and realized just after the first few rings, or after and unfamiliar voice answered the line. He was convinced that someone was trying to call him, but he did not elaborate as to who he thought it may have been or for what purpose they might be calling.

Nick then started talking about the possible current status of Leah, and speculating that she may have been walking near the river and stumbled and hit her head on a rock and fallen into the river. This seemed to me to be a very off-the-wall statement, especially considering all the other potential possibilities of what could have happened to Leah, and what her current status might be. I asked Nick if he truly believed that Leah, who was a good looking blonde female, with a nice physique, would be stupid enough to go walking along a dark secluded river bank wearing a tight fitting white tank top, and give no thought to the possibility of encountering some transient male(s) who could see her as an opportunity to rape someone. Nick said that he did not believe Leah would ever be that stupid. I then asked him why he even brought up that scenario as a possibility then. He said that his mind was racing with all the possible things that might have happened to her. Still, I found it very disturbing that of all the possibilities racing through his mind, he had to mention that one in particular.

I left Nick and attended to some other duties before Securing for the evening.

On July 6th at 08:00 I arrived at Coquille Police for another HIT Team meeting. My initial assignment for today was to attempt to locate and interview a subject by the name of Nicole Price, a white female juvenile who was seen in Nick McGuffins vehicle with him that evening, along with another friend of Nicks named Brent.

At 08:30 I attempted contact with Nicole at 284 East Main Street, but could not get anyone to answer the door. A green Ford pick-up truck bearing Oregon license CSU199 was parked out in front of the residence. The registered owner being one Scott M. Price; 06/05/61. I returned to Coquille PD.

At 09:30, myself and Agent Darrell Hessell of the FBI decided to walk the length of Cedar Point Road (also known as River Road); a dirt road which runs parallel to a section of the Coquille River just west of town, and noted for it's frequent visitations by the local youth population for purposes of partying, etc. Darrell and I walked the road and checked out all the areas where there appeared to be access trails to the rivers edge, or other openings in the underbrush where someone may attempt to hide a corpse. We also checked the barns and outbuildings on the Eisenhardt farm located at the west end of the road. At 11:00 Darrell and I secured from that location having found nothing that would indicate Leah had been there.

At 11:20, Bill Thomas contacted me outside of the Coquille Police Department and introduced himself as the local delivery person for the Eugene Register Guard newspaper. Bill gave and address and phone number of 345 North Baxter, Coquille; 396-3626. Bill said that he had detected a very foul odor in the area of the D.O.T. weigh station scales on highway 42 West (just s few miles outside of town). Myself and Detective Sergeant Craig Zanni of the Coos County Sheriff's Office drove to that location and located the source of the foul

REPORTING OFFICER:  LT. Bud Young    DPSST: 10110

DATE:    APPROVAL:    PAGE: 3    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002938
Exhibit 5027 at 5

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

smell which was a road kill deer, located on the south side of the
road directly across the highway from the scales.
At 12:00 hours Craig and I returned to the Coquille PD, and went to
lunch.
At 14:20 hours I received a phone call from Deputy Ward of the Curry
County Sheriff's Office. He advised me that he had contacted and
interviewed a woman at the request of Coquille Police, who had
reported that she had spoken with a female on July 2nd at about 15:00
hours, who she believed resembled Leah Freeman, and who was
hitch-hiking to California with a male (description unknown). The
woman said that the girl held her head in a down cast position which
made it difficult to get a good look at her face. Deputy Ward said
that the woman described the girl as 5 feet tall, weighing 100
pounds, a light colored shirt, blue jeans, tennis shoes, looking very
tired, wearing a ball cap pulled down hard onto her head and her
blonde hair almost touching her shoulders. The woman stated that the
girl asked for a piece of cardboard so she could make a sign. The
woman asked her if her parents knew where she was, and the girl
stated that her parents knew about her whereabouts and it was fine.
The woman said that the last she saw of the girl, she was on the west
side of the highway headed south near Battle Rock State Park. The
woman's name was Linda Grantland; ████████5, of 246 6th Street in Port
Orford, phone number 332-6610.
At 15:30 hours, myself and Agent Hessell of the FBI finally made
contact with Nicole Price at her residence. Nicole was asked to give
an account of her contact and involvement with Nick and Brent on the
evening of June 28th. A summary of her statement follows. It should
be noted however that Nicoles perception of time/space is not the
most acute, and the smallest segments of time which she appears to be
able to assign her activities to is in 30 minute segments generally.
The fact that she had also consumed alcoholic beverages that same
evening would also impair her time/space perceptual ability.
Nicole said that sometime between 19:00 and 19:30 hours, Nick came to
her house (with Brent already in the car) to pick her up and bring
her and Brent to Brent's grandparents home to watch a movie. However,
they ended up watching some sort of sports program which played the
sports highlights of the past day(s). Nicole said that the drive time
from her house to Brent's grandparents house if about 5 minutes, so
they arrived there at 19:05 to 19:35. Nicole said that Nick only
stayed about 15 minutes at the most, and left stating that he had to
go find Leah. Therefore, the latest that Nick could have left to find
Leah would have been 19:50 hours. Nicole said that there was no
conversation about Leah as they were driving from her place to the
grandparents house. Nicole said that Nick said he was going to look
for Leah by just driving around.

*NOTE: At this time, Leah should have still been at the Mitchell
residence where Nick had dropped her off at about 19:00 hours.
Therefore, Nick would not have to drive around and look for her, as
he knew very well where she was. It is unknown why he would make such
a statement.*

Nicole said that she believe that Nick returned to the grandparents
house at about 21:00 hours, and said that he couldn't find Leah, and

REPORTING OFFICER:  LT. Bud Young         DPSST: 10110

DATE:            APPROVAL:              PAGE: 4   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              CPD002939

Exhibit 5027 at 6

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

wanted to know if they (Nicole and Brent) would mind if he went and looked for her (as he was supposed to pick them up at that time). Nicole said that Nick was very worried and anxious about not being able to find Leah. Nicole said that Nick left and returned about 22:00 to 22:30 hours (she's not certain of the time) to pick her and Brent up and bring Nicole to her house. Nicole said that they stopped by the Denny's Pizza business to talk with Leah's sister, Denise. Nicole believes that the time was 22:30 when she was in the parking lot at Denny's Pizza in Nicks car, with Nick and Brent. Nicole said that Denise was in the parking lot, and came over to Nicks car to speak with them. Nick told Denise that he still hadn't located Leah and had no idea where she could be. Nick asked Denise if she had seen Leah, and she said no. Nick then brought Nicole home and dropped her off, and told Nicole that he and Brent were going to go to Melissa Brugnolis house to see if she had seen Leah. Nicole said that the time they dropped her off was about 23:00, and that she is certain of that time, because a friend of hers who was coming to visit her at 23:00 hours, arrived just shortly after Nick and Brent had dropped her off.

Nicole said that she saw Nick the next evening, and Nick was asking around if anyone had seen Leah, as he still couldn't find herNicole said that Nick was very upset on the first night that Leah was missing, but on this evening (June 29th) Nick looked terrible, like he'd been crying for some time.

I asked Nicole for her personal opinion about Leah and Nick, as far as their personalities were concerned, and she said that she'd describe Leah as "temperamental and moody, easily upset", and Nick as being "calm, generally laid back, friendly and outgoing".

I asked Nicole about Nick and Leah's use of drugs, and she said that they both used marijuana, but she did not believe that they used anything else.

Nicole then commented that her sister Randi probably knew Nick as well or better than anyone, because she used to date him. Randi was present also at this time, and agreed to also be interviewed.

Randi Price; ████████ 31, dated Nick 2 years ago when she was a sophomore in high school. Her opinion of Nick is that he is a laid back, friendly, relaxed sort of person. Randi said that Nick holds to a perception that many people in this town of Coquille don't like him, because they have prejudiced their opinion of him based upon the past behaviors of his brother Wayne, who was a trouble maker. Nick believes that even the teachers and administration at the High School have prejudiced their minds towards him because of his brother. Randi said that Nick doesn't like police officers and has a problem with authority figures. She said that he seems to get along with most of the teachers with the exception of one Mr. Mercer, who doesn't like Nick because of his bad experience with Nicks brother Wayne. Randi only saw Nick lose his temper on one occasion, and that was when he was drinking, and it was with another male. Randi has never seen Nick lose his temper or become violent with a girl, and believes that he has alot of respect for women. I asked Randi if Nick was of a jealous nature, and she laughed and said no. She said that she even tried one time to make him jealous by cheating on him with another guy, and telling him that she had done so. She said Nicks only response and reaction was to say "that was harsh". She said Nick never became

REPORTING OFFICER: LT. Bud Young    DPSST: 10110

DATE:                    APPROVAL:                    PAGE: 5    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002940

Exhibit 5027 at 7

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

angry, never threatened her, and never even contacted the other male she cheated with.
I thanked Randi for her information, and myself and Agent Hessell left the residence and returned to Coquille P.D.

On July 7th at 10:15 I arrived at the Coquille Police Department. The HIT Team discussed the possibility of using cadaver dogs to search areas which were suspicious in nature regarding this case.

At about 10:30 hours, Chief Reaves asked me to accompany Supervising Agent Mike Morrow of the Eugene, Oregon office of the FBI, to the McGuffin residence to interview Bruce McGuffin, father to Nick McGuffin.
At 11:00 we made contact with Bruce on the front porch of his residence on Baker Road. During that conversation, questions were asked and discussion entered into with Bruce McGuffin by both myself and Agent Morrow. The following in-substance information was obtained during that conversation:

> Bruce McGuffin had heard that a subject named Willy Teel was supposed to have been with Leah Freeman on the night of her disappearance, and that Willy was supposedly headed back to Alaska to sign on with a fishing vessel. Bruce's thoughts were that Leah may have possibly gone with him.

I inquired as to why Leah would want to leave home. Bruce gave the following possible motivations for wanting to do so, and suggested that the aggregate effect of these may have been enough to make her leave:

> Leah had been on the "outs" with some of her family members in recent weeks, and the home life had been emotionally strained. She had also been asking Bruce and his wife if she could come and live at their home, as she didn't want to live at her house any longer. That approximately two weeks prior to her disappearance, she called Nick on the phone late one night, crying, and asked Nick to come and retrieve her from her home. The reason for this according to Bruce was because her mothers boyfriend (a trucker) had apparently come into Leah's bedroom and pulled back the covers on her bed, and made some sexually connotative comment about how much she had grown and matured. Furthermore, on Tuesday evening, June 27th, Bruce was upset with Nick because he had been neglecting his chores that day, so he told Nick (in an agitated tone of voice) to Take Leah home and bring the car and the keys directly back. Leah interpreted Bruce's attitude as being directed at her, and was upset about Bruce apparently not caring for her anymore. Then finally, on the night of her disappearance, Leah has a fall from grace with Peggy Mitchell, the mother of her friend Sherry Mitchell, and is depressed and upset.

Bruce McGuffin also advised me that "Greg" who owns and runs the tobacco retail business in town known as "The Smoke Shop" on Central Avenue, apparently had a gray van in his parking lot the same night that Leah disappeared, and this van was supposedly occupied by a male who was harassing young females in the area.

REPORTING OFFICER: LT. Bud Young          DPSST: 10110

DATE:              APPROVAL:              PAGE: 6   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002941

Exhibit 5027 at 8

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

When I asked Bruce about Nicks anger management and reported quick temper, he said that Nick was very over protective of Leah, and once had put his fist through the wall at the High School when two male students were picking on Leah. Bruce said that the only time Nick exhibited violence was when some other male was annoying Leah.

Investigators were very suspicious about the cleanliness of Nicks vehicle trunk in his 1967 Mustang. I asked Bruce f he knew anything about Nicks trunk, or why it was so clean. Bruce said that he had asked Nick to clean the trunk out in the recent past because Nick had gone off the road and punctured his fuel tank, and Bruce told him that if he wanted him to work on the car, then he wanted the trunk cleaned out first so he could access the tank easier.

NOTE: It was confirmed that the tank did have a Leak in it, as the day when I had the car seized and towed, the tow operator commented that the fuel tank was indeed leaking.

In summary, the conversation with Bruce McGuffin was very congenial and I detected no signs of deception or hesitancy on Bruce's behalf to share information or respond to inquiry. Bruce seemed to be very much up front with us, and as interested in finding out the truth concerning Leah's status as we were. Bruce commented that if he found out that Nick did anything wrong to Leah, he'd be the first to bring him into the police department. Bruce also told me and Agent Morrow that we were welcome back at his residence any time we felt the need to come out there, and that we could look anywhere we wished, either inside the house or around the property. It was my impression at the time of this offer that Bruce was sincere in making it.

At 11:30 hours, myself and Mike Morrow secured from the McGuffin residence, and returned to Coquille Police Department at 11:40 hours to share our findings with other team members.

From 12:20 to 13:10 we broke for lunch.

At 13:15 hours I was at Coquille Police Department filling out tip sheets for officer follow-up.

At 13:40, Detective Curt Bennett and I made contact at "The Smoke Shop" with Greg McNair. Greg said that the information I had obtained from Bruce was partially correct. He said that the van in question was not in his parking lot, but was in the parking lot of the "Fast Gas" fuel station and store located on the Highway 42 By-Pass on the south side of town. Greg said that two females (18 to 19 years of age) who are customers of his (he cannot recall their names) reported to him that on the same night that Leah disappeared, there was a gray van parked at the "Fast Gas" location, and the male occupant/driver was displaying a phony looking police badge and hassling young females. Greg said that the next time they come into his business, he'll get their names for me to follow-up on.
At 13:50 hours, Curt and I made contact at "Fast Gas" with Chris Sjogren, manager. We asked her who was working in the store that

REPORTING OFFICER: LT. Bud Young /By    DPSST: 10110

DATE:         APPROVAL:              PAGE: 7   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         CPD002942
Exhibit 5027 at 9

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

evening, who may have observed this suspicious male in the gray van. Chris said that two girls, Sandy Pack and Pam Clark (267-7148) worked that afternoon and evening, and that Sandy Pack was presently working at the office for "Ron's Oil" and could be contacted there.

At 14:20 hours, Curt and I made contact at Ron's Oil with Sandra S. Pack ▓▓▓▓1, address of 843 N. Adams in Coquille, Phone 396-6753. Sandra thinks she "may have seen a gray van but cannot be sure" and cannot recall any specifics about it. Sandra was asked if anybody came into the store complaining about being harassed or bothered by the occupant of the van, and she said nobody had done so. The secretary at Ron's Oil, one Candace Arrant said that on the evening in question, two female pump attendants were working the fuel depot, and that they were currently working as we spoke. Candace said that their names were Jamie Canfield and Stormy Spencer.

At 14:35 hours, I made contact with Jamie K. Canfield, ▓▓▓▓▓3, address 1164 N. Grape #3 in Coquille, 396-6482; and, Stormy K. Spencer, ▓▓▓▓4, address 750 N. Adams #B in Coquille, 396-1204.
Neither of the above attendants recalls having observed a gray van in the parking lot on the evening in question, and both are very certain that if the van had been there, especially if the occupant had been hassling young females, they would have remembered it, because they had a similar incident happen there no too long ago. Both attendants stated that they were at the "Fast Gas" location from early afternoon until at least 22:00 hours.

*NOTE: The subject involved in the previous "van incident" at Fast Gas is currently lodged in Coos County Jail, and was so lodged on the night of June 28, 2000; and is of no interest in this investigation.*

At 14:40 hours. I returned to the Coquille Police Department.

At 15:05 hours, Curt Bennett and I made contact with a subject named David Jenkins at 1164 N. Grape #4 in Coquille. David allegedly was with Nick McGuffin on the evening of June 28th, out at the Johnson Mill Pond, just prior to Nick leaving to go find Leah.
According to David, he and another friend named Aaron West were out cruising around somewhere between 18:00 and 18:30, and they went to the Fast Mart (the only hang-out in town). At about 19:00 hours they saw Nick in his Mustang parked near the Stampers Tires outlet on Central, across from the Fast Mart. They pulled their vehicle alongside of Nicks and spoke briefly, Nick stated that he was en-route to the Fast Mart to get some "smokes and a drink". Nick made his purchases at Fast Mart, and then the two vehicles drove out to the Johnson Mill Pond, arriving there at about 19:05 or so. They spent their time at the Mill Pond listening to Nicks stereo and smoking a couple bowls (two or three) of marijuana. According to David, Nick was just kicked back, waiting for the time to pass before picking up Leah who had gone to visit a friend for a couple of hours, and had commented that he had to pick her up at 20:00 hours. David said that Nick hung out at the Mill Pond until about 20:00 or 20:05 hours, and left to go pick up Leah, commenting that he was

REPORTING OFFICER:    LT. Bud Young    DPSST: 10110

DATE:                 APPROVAL:         PAGE: 8    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002943

Exhibit 5027 at 10

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

going to be late because he was supposed to have picked her up at 20:00 hours. David said that he and Aaron left when Nick did, and followed his vehicle out of the area and back toward town. David said when they got to town, Nick turned towards the location he was supposed to go to pick up Leah, and he and Aaron continued on to the Fast Mart, to hang out some more. David said that at about 20:15 hours, Nick came by the Fast Mart stating that he could not find Leah, and asked David and Aaron if they had observed Leah walking along the main road (Central Blvd) on their way to the Fast Mart, as that was the route Leah would have most likely taken when she left her friends. They told Nick they had not seen her along that route. Nick then said that he was going to continue looking for her and left west bound, towards the High School. David said that he and Aaron stayed at the Fast Mart until about 21:30 to 22:00 hours, and observed Nick as he kept "cruising by" up and down Central Blvd "looking for Leah". David said during this time, Nick had returned to the Fast Mart parking lot at least three (3) times in the first 45 minutes of his search for Leah, asking all present at the lot if anyone had seen her, and then twice more in the before 21:30 hours. A total of five (5) times within a time period of 75 minutes. David said that when he last saw Nick at 21:30 hours, he was very upset, worried and crying when asking about Leah.

*NOTE: At this point in our conversation with David, his eyes teared up, and his throat tightened and he was visibly distraught about Leah's disappearance. Neither Curt or I ever detected any deception or hesitation in David's responses to our questions, and believe that he was genuinely grieved over Leah's current status.*

I told David that there was some confusion as to whether Nick was in his Mustang all night long, or had also borrowed the family "T-Bird" during his search efforts. David stated that he only observed Nick to be in the Mustang on the evening of June 28th, and did not see him in the "T-Bird" until June 29th.

At 15:30, Curt and I returned to Coquille Police Department to review our findings and secure for the day.
I was requested to return on the following morning to assist in searching Hudson Ridge and other locations with the cadaver dogs and their handlers.


On July 8th at 08:00 hours I arrived at the Coquille Police Department and met with Chief Reaves and the two cadaver dog teams and their handlers;
Frank Kral, 484 Serenity Lane, Grants Pass, Oregon. 800-452-5021
Scott B. Robbins, 3755 Emerald Street, Eugene, OR. 541-687-8167
We searched the area of Hudson Ridge and the powerline access route, and could find no indication that Leah or any other dead human being was present. There were other articles of decaying animals in the area, but they were of no interest to the dogs.
After returning to town, we searched a wooded hillside at the west end of town where Hwy 42 and the By-Pass intersect, as it was noted that Nick and Leah used to sometimes frequent that location. Nothing

REPORTING OFFICER:   LT. Bud Young          DPSST: 10110

DATE:               APPROVAL:               PAGE: 9   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002944
Exhibit 5027 at 11

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

of interest was located in that area either.
We drove later in the day to Johnson Mill Pond to ascertain the feasibility of searching the pond and the immediate surrounding area. The handlers stated that the pond could be searched with the dogs and the use of boats, but because of it's immense size, the process would take at least three full days. At that time, it was decided to not search the pond, but to wait and see if anything else pointed toward the pond as a possible site.
Having exhausted the dog teams, we secured for the day at about 16:00 hours.

On July 9th in the early afternoon after church, I took my personal vehicle (along with my daughter) and returned to the area of Hudson Ridge, and drove the powerline road in areas where we had not accessed it on the previous day. I also drove some of the other nearby forest roads, and the road that leads from Sumner to Fairview, looking for Vultures congregating, or other indicators of decaying flesh. I found nothing, and returned home about 18:00 hours.

On July 10th at 08:00 I returned to Coquille Police Department to assist in this case.
I still had some follow-up contacts to make from the previous week, and some other locations to search for any indications that Leah may have been there.
Curt Bennett and I teamed up for the day.

At 09:50 hours I made contact at Howell Trucking to ascertain if one of their truckers, Jimmie Murphy, had been in town on the day of Leah's disappearance. I was generally believed by Coquille Police that Jimmie Murphy is, or was, the boyfriend of Cory Courtright (Leah's mother), and may have been the one who walked into her bedroom and pulled down her bedcovers and made comments about her body having matured.
I was given copies of Jimmies log sheets, and those sheets confirm that he was on the road and not in town (or even in the area) on the date of June 28, 2000.

At 10:00 I stopped by "The Smoke Shop" and re-contacted Greg McNair to ascertain if he had contacted and obtained the names of the two females who reported having been harassed by the unknown male subject in the gray van at the Fast Gas location. Greg said that they had not been back into his business, but he would try and get their names and other identifying information for us when/if he contacts them again. I told him to just call that information into the Coquille Police Department when/if he obtains it.

At 10:10 hours I drove by Jimmie Murphy's home at 351 West 5th street, and his vehicle, a Silver/White Ford 3/4 Ton pick up was not present.

At 10:25 to 10:55, on request of Curt Bennett, we checked the area of Garden Valley Road, just a few miles west of town, and the ditches

REPORTING OFFICER: LT. Bud Young          DPSST: 10110

DATE:                    APPROVAL:                  PAGE: 10    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002945
Exhibit 5027 at 12

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

alongside the road for any signs of Leah, and found nothing.

At 11:00 I checked Jimmie Murphy's house again, and still nobody was home.

From 11:05 until 11:30 we broke for lunch.

At 11:30 we headed to Wallace-Dement County Park located on Fishtrap Road, as that place was described as one location frequented by the local youth's and well know by most of them. Curt and I walked several acres of the park area and checked all access points to the Coquille River, and numerous trails and water drainage ditches with the parks Myrtle Groves as well. We located a decomposing Elk carcass, but nothing more. We saw no signs that Leah had been there recently. The park is remote, and most of the human sign was left behind was old and sparse. During our 60 minute stay at the park, no other vehicles or persons came to that location that we were aware of.

We returned to Coquille Police Department, and were requested by Chief Reaves to contact and re-interview Brent Mauro of 664 North Elliott street. There had been some information that had come into the police department alleging that an "acid party" (L.S.D.) had taken place that evening, possibly on North Elliott street, and we wanted to know if Brett knew anything about this. At 13:00 hours we made contact with his father at that address and were advised that Brett was gone to the Coos Bay/North Bend area for the day.

At 13:10 hours I drove Curt Bennett by the home of Leah Freeman, so that he could see where she was supposedly enroute to on the night she disappeared. I pointed out to him where one of the tennis shoes had been located, and where the police canine teams had searched the previous week.

At 13:15 hours, Curt and I stopped at a vacant lot east of the Myrtle Lane Motel and searched several U-HAUL enclosed trailers stored at that location, as we had no knowledge that they had been previously searched (although they may have been). We found nothing of interest.

At 13:30 we returned to Coquille Police Department to await a HIT Team meeting scheduled for 14:00 hours.

At 14:30 hours, Brett Mauro appeared at the Coquille Police Department, and Curt and I contacted and interviewed him on the front steps of City Hall. We assured Brett that we were going to ask him some questions concerning the use of illegal drugs, and we wanted him to know beforehand that we were not interested in making any drug arrests, and wanted him to be honest with us. We assured him that all we want to do is find Leah, and that we don't care about anything else. He said he understood our position.
We asked Brett questions concerning his recollection of the night of June 28th, specifically his observations concerning the activity of Nick McGuffin, and any drug parties going on in the town that night. Brett was hanging out at the Fast Mart that evening. He said he saw

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:              APPROVAL:              PAGE: 11    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002946

Exhibit 5027 at 13

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

Nick drive into the Fast Mart between 21:10 and 21:30 hours, in his Mustang Coupe. Nick was alone in the car at that time. Others present at the Fast Mart were Mark Currin and Rick Crook, as best Brett call recall. He believes there may have been others present, but he cannot recall for certain.

Brett said that he has no information at all concerning any "acid party" going on in town that evening. He said that even if there was, Leah would never take acid anyway.

I asked Brett if he has any idea what could have happened to Leah, and he said he has no idea, and the "word on the street" is that nobody knows for certain what happened to her. Brett said some of the possible scenarios being circulated amongst the local youths are that some "crack head" could have hit her with a vehicle while she was walking along the road to her house, and then disposed of her body so as not to be charged with anything. The other scenario is that she was simply abducted by a stranger, and her present status is unknown.

I asked Brett if he believed that Nick was capable of hurting Leah. Brett said that he did not believe so. He said that he believed if Nick planned to intentionally hurt Leah, he would also hurt himself, and we'd be investigating a "homicide-suicide" case. Brett said that even if Nick hurt Leah by accident, he would have "lost it" and totally broken down by now.

I asked Brett what Nick's friends and support group would do if they ever believed that he hurt Leah, and Brett said that the local folks would "burn him right now" (turn against him).

Brett was thanked for his cooperation as we ended the interview, He said that he was leaving the area, as he obtained a job at Yellowstone National Park cooking in one of the restaurants. That information was shared with Deputy D.A. Paul Frazier for subpoena purposes.

At 15:40, Curt and I decided that it was time to re-contact and interview David Jenkins, as he was so into the drug scene in town, that he would certainly know if there was and acid party on the night of June 28th.

We went to his residence, but he was not home. We were told he was off with some friends, and given a description of the vehicle he was in. We left to go search for the vehicle and located David near the Security Bank.

David was asked if he would speak to us further about this case, and he said he would, so we took him to another location not so public (behind Emmanuel Baptist Church) to speak with him.

David was asked several questions concerning Nick, Leah, the alleged acid party, etc. David's "in-substance" responses to our questions are as follows:

> He knows nothing about any acid party, and was emphatic that he would have been invited to this party if it ever took place. He further said that acid is rare in Coquille, and you have to go to the Coos Bay/North Bend area to get acid, particularly the Charleston area. He said you can get anything you want in Charleston.

> David said he just wants Leah to be found, and to come home, so that her family can put this matter to rest.

> David said the "word on the street" is that she was abducted.

> David said that everyone knows that Nick "lawyered up" and he

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:              APPROVAL:               PAGE: 12   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002947

Exhibit 5027 at 14

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

cannot understand why. He said that he finds it very odd that Nick isn't talking. David said that he thinks it's "fucked up" that Nick got an attorney.

David was asked if there were any parties going on out in the Fairview area the evening of June 28th.

> David said that the last party he knew about taking place in the Fairview area was during graduation week this year, and it was out at "Bro's" house. (No further description of "Bro", except that he's a track star at Coquille High)

David was asked what he believed would be the reaction of Nicks friends and the local youths if they ever believed that Nick had done some harm to Leah.

> David said he believed that the friends of Nick would shelter and protect him, because they believe he's a good guy, and has alot going for him. David went on to say that he is opposed to violence of any kind, and thinks it's "totally fucked up" when people hurt other people. David said he was home by 22:30 hours on June 28th. David said he'd keep his ears tuned for us and report anything else that he hears concerning Leah.

At 16:20 hours. Curt and I drove out to the McGuffin place on Baker Road to contact and speak with Bruce McGuffin. Bruce was not home from work when we arrived, but his wife Kathleen spoke with us. Kathleen said that she had some more information that she felt the police need to look into, and she shared that information with us.

>> She said that a woman named Shay Hamilton, who works at Coquille Valley Hospital, had a fight with her boyfriend at about 03:30 hours this date (July 10th) and left the house to get away for a while, Shay parked in the area of the Chevron station. Shay observed three (3) men drive up and enter one of the storage units in that area, and proceed to spread newspapers on the floor of the unit. Shay reported that one of these men checked all the near-by cars to make sure that nobody was in them, and kept a watch for any approaching vehicles. Shay apparently could overhear their conversation and said that they were talking about Leah Freemen (Kathleen did not have any details about specifics they were supposed to be talking about).

>> Kathleen said that Richard Bryant (step son of Coquille Officer David Hall) saw Nick at "The Smoke Shop" today (July 10th) at about 13:00 hours, and told Nick that Adelè Sloan ran into him the other day and said that she had either seen Leah in Coos Bay, or knows where she is in Coos Bay. Adele lives in Portland at 503-537-3069.

I told Kathleen that I believed other investigators in this case had already looked into these two reported incidents, but that I would pass the information on to Chief Reaves to make certain is has been. I told Kathleen that I had a matter I needed to discuss with her husband Bruce, and left my pager number for him to call me when he got home. She told me that anything I wanted to talk to Bruce about,

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:                    APPROVAL:                PAGE: 13   OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002948

Exhibit 5027 at 15

```
                NORTH BEND POLICE DEPARTMENT
                     SUPPLEMENTAL REPORT
                      CASE No:20011114
```

I could also discuss with her. I declined to do so, and told her that I had already established a rapport with Bruce, and would discuss my issue with him.
Curt Bennett and I then left the residence.

I returned to Coquille Police and forwarded the information on to them obtained during the day, noting which items needed to be followed up on the next day. I advised then that I was technically on vacation starting this day (July 10th) but wanted to finish up on some matters, and that Curt Bennett would be the North Bend investigator assigned to the team henceforth. I advised them that I would compile and submit my reports.

At about 17:15 hours I secured for the day and headed for North Bend.

At 17:30 hours, I received a page from Bruce McGuffin, and called him as soon as I returned home at 17:45 hours.
I explained to Bruce that there was a big discrepancy in some times that have been established by different interviews concerning Nicks location during the night of June 28th. My major issue was when Nick was supposed to be out at Johnson Mill Pond, and when he was supposed to be picking up Leah at the Mitchell residence. I told Bruce that I have a discrepancy of one hour between the statements that Nick initial gave to Coquille Police, and what I was able to obtain from both David Jenkins and Nicole Price.
I explained to Bruce that according to Nick, he went to Mitchell's house to pick up Leah at about 21:05 hours, and she was not there. However, according to Nicole Price, Nick left her and Brent Barkley some time before 20:00 hours stating that he was going to find Leah; and according to David Jenkins, Nick left the Johnson Mill Pond just about 20:00 hours stating that he was supposed to pick Leah up at 20:00 hours, and was late, and left to go an get her.
We know that Leah was at Mitchell's at 20:00 hours, and left there at about 21:00 according to Peggy Mitchell who stated that she is certain of the time because she looked at the clock.
So, if Leah is at Mitchell's at 20:00 hours, and Nick tells people he is going to look for her at 20:00 hours, and then claims he cannot find her, then somebody is grossly mistaken about the time segment involved here, or someone is lying. I further explained to Bruce that I did not place much stock in Nicole Price's perception of time-space matters, as she seems to only be able to narrow events down to 30 minute segments. However, I did have more faith in David Jenkins ability to recall events, even though he, Aaron and Nick were smoking marijuana at the time, because David said that Nick stated that he had to pick Leah up at eight o'clock '(p.m.) as he was readying to leave the Mill Pond, and further stated that he was going to be late. Bruce called Nick over to his location and questioned Nick about this discrepancy. Bruce reported back to me that a person named Josh Emler was also at the Mill Pond that night. Nick told Bruce that he had told David Jenkins and Aaron West to meet him at the Johnson Mill Pond at eight o'clock (p.m.), and that he went there and they weren't there. Nick said he then drove to the Fast Mart and met David and Aaron there, and they all went to the Pond, smoked some marijuana and listened to his stereo. Bruce said that Nick said when he left the

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:               APPROVAL:              PAGE: 14   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002949
                                                    Exhibit 5027 at 16

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

Pond, he said he was going to pick up Leah, but he never mentioned what time he had to pick her up. He just said that he had to go. I thanked Bruce for talking to me, but told him that I only wanted to keep him abreast of any inconsistencies I came across regarding Nicks statements, because I know he wants the truth as much as I do. I told Bruce that I did not want him to question Nick on my behalf, or on behalf of any other officer, because Nick has retained an attorney, and that would be improper. Bruce said that they attorney advised him that they (he and Kathleen) could let Nick speak with the police as long as they approved. I told him that I did not doubt his veracity concerning this issue, but that I still would err on the side of caution, and would not engage in asking him to question Nick, nor should he do so at any officer's request. Bruce thanked me for sharing that information with him, and again advised me that I am welcome to come to his home any time I want and have a look around if I felt the need to do so. I thanked Bruce for his trust and cooperation, and said goodnight.

*NOTE: According to David Jenkins earlier statement, he and Aaron West were just cruising around on June 28th, and stopped to hang out at the Fast Mart sometime around 18:30 hours. They said that they first saw Nick near Stampers Tires at about 19:00 hours, and at that time drove to the Pond. This conflicts with Nicole Prices statement that Nick picked her up at her house between 19:00 and 19:30 (Brent Barkley already with Nick at the time) and drove her and Brent to Brent's grandparents house. However, we have Nicoles statement that Nick left Brent's grandparents house sometime just before 8:00 p.m. stating that he was going to look for Leah. Even if Nick drove to Stampers and made contact with David Jenkins and Aaron West just before 8:00 p.m. instead of 7:00 p.m., why did he tell Nicole he was going to look for Leah at THAT time. If we take David Statement as being more accurate than Nicoles, we would still have Nick leaving the Mill Pond to go look for Leah sometime around 8:00 p.m., and not 9:00 p.m. Plus, Nicoles statement indicates that Nick returned to the grandparents house at about 9:00 p.m. and makes his statement that he still cannot find Leah (indicating that he'd already been in the process of looking), and he is already anxious and worried at that time, and leaves again to go and search some more. Also, David Jenkins states that after he and Aaron parted way with Nick after they left the Mill Pond, that Nick came to their location at the Fast Mart asking them if they'd seen Leah along the main road while enroute to the Fast Mart. David specifically states that Nick came by this location at least three `(3) times in the first 45 minutes of his search for Leah, and then twice more before David left the Fast Mart at 21:30 hours (he was home by 22:30 hours). If in fact Nick's statement is true, and he did not start looking for Leah until 21:05 hours, then he would have had to stop by the Fast Mart and make contact with David and Aaron five (5) times in 25 minutes during his frantic search for Leah. It seems a bit unbelievable that someone who is frantically searching for his loved one would take the time to stop every five (5) minutes at the local hangout to question whether anyone had seen her or not, as it barely gives him any time to really*

REPORTING OFFICER:   LT. Bud Young          DPSST: 10110

DATE:               APPROVAL:               PAGE: 15    OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002950
                                                    Exhibit 5027 at 17

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

*search anywhere at all. It also seems unbelievable that David Jenkins would confuse the passage of time of twenty-five (25) minutes, with that of seventy-five (75) minutes.*
*Something just isn't adding up here.*

On July 13th, at the request of Curt Bennett, I accompanied him and Under-Sheriff Bill Gillock on a boat patrol of the Coquille River during slack tide, to look for any sign of Leah.
We patrolled the river over a period of about four (4) hours, covering the area from just east of Wallace-Dement County Park to the area adjacent to where North Bank Road intersects with Beaver Hill Road. We found nothing of interest.

Upon returning to Coquille Police Department, Chief Reaves advised me that Agent Mike Morrow wanted to have another interview with Nick, and asked if I could arrange for that to take place. I told Chief Reaves that I would contact the McGuffins and see if that was something they would be open to. I was given Mike Morrows phone number to call and report my findings, as he wanted to conduct this interview on Friday, July 14th if at all possible.

I called the McGuffins in the evening and spoke with Kathleen, as Bruce had already retired for the evening. I advised that Mike Morrow of the F.B.I. wanted to have another interview with Nick. Kathleen said that we could not because Nick had an attorney. I then asked Kathleen if the information Bruce had given me regarding the attorney allowing for Nick to speak with us as long as she and Bruce approved was valid information. Kathleen said that Nick was eighteen and could decide for himself. She then asked what I wanted to talk to him about, and I said I didn't want to talk to him about anything, but that the F.B.I. did. She then asked Nick if he wanted to talk to me and the F.B.I., and I heard Nick voice in the background state that he wasn't talking to anybody, anymore, unless his attorney was present.
I thanked Kathleen and bid her goodnight.

At approximately 20:30 hours, I called Agent Mike Morrow and relayed the information to him.

On July 14th at about 09:00 hours, I called Chief Reaves and advised him that Nick has stated that he will talk to nobody from now on unless his attorney is present. I further suggested to Chief Reaves that since Nick's mother Kathleen has stated that Nick is an adult and he can make his own decisions, then we should probably no longer include her and Bruce in any discussions regarding this case. If they want to cut Nick loose to act on his own accord, then we should deal directly with Nick, and treat them as we would any other citizen who is not involved, and who does not have access to case information.

NOTHING FURTHER. REPORT FORWARDED TO COQUILLE POLICE FOR INCLUSION IN CASE FILE.

REPORTING OFFICER:  LT. Bud Young    DPSST: 10110

DATE:           APPROVAL:            PAGE: 16   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            CPD002951
Exhibit 5027 at 18

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

On July 18th at 11:00 I arrived at Coquille Police Department as I had been requested to return from vacation and assist with more interviews. I was briefed on the new findings in the investigation. Officer Dave Hall's step-son was apparently fishing at the Johnson Mill Pond on the day of Leah Freeman's disappearance. He stated that he recalled Nick McGuffin arriving at the Pond at about 19:30 hours, and Dave Jenkins and Aaron West arriving in Aaron's car just a few minutes later. He said that the two vehicles pulled alongside each other and the occupants were talking, and that Dave and Aaron left in 5 to 10 minutes, and Nick left about 20 minutes following their departure. Also discussed was some evidence concerning high to medium velocity blood spatter on the sole of one of the tennis shoes that was located. There was also some information that there may have been a party up at the Haga Ranch on the night in question.

At 12:25 hours, I drove to the residence of Dave Jenkins to interview him again in regards to the new information about Johnson Mill Pond.

At 12:30 hours I was advised by his grandmother that David was evicted from her residence because she was sick and tired of putting up with his lifestyle, etc. She had no idea where he was staying, but told me that I could find him hanging around Coquille, most probably at the Fast Mart. She said he was out driving around with Aaron West.

At 12:45 to 13:05 I checked out the Johnson Mill Pond area and surrounding side roads for Aaron Wests vehicle and Dave Jenkins, but was unable to locate them.

At 13:10 hours, I attempted to make contact with Nicole Price again at her residence, but nobody would answer the door. There was a gray Honda Accord (RWE872 Oregon) parked out front, and a green Ford Pick-up (CSU199 Oregon) parked in the drive way.

At 13:15 I drove to Old Beaver Hill road to attempt to locate the Aaron West residence. The new E-911 address was 58862 Old Beaver Hill Road. After one hour of searching, I was unable to locate this residence.

At 14:35 I was back at Nicole Price's residence. Nicole answered the front door which was partially open, and invited me inside. Her sister Randi was speaking on the phone, so I asked Nicole if she would sit with me on the front porch and answer a few questions, which she willingly did.
Nicole said there was no party at the Haga Ranch on June 28th, but there was one there on June 29th.
She said that maybe 10 people attended the party; mostly friends of Brent (her boyfriend).
She said that Nick also made an appearance at the party, but that she did not see him consume any alcoholic beverage or smoke any marijuana while he was there.
She said that Nick arrived in the company of Maggie Downs (a friend of Leah's) and that they only stayed about 30 minutes, then left.
She said that Nicks eyes were red, like he'd been crying, and that he

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:                APPROVAL:              PAGE: 17    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                CPD002952
Exhibit 5027 at 19

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

was still upset about Leah's disappearance.

Nicole said that she spoke with Nick and he said he'd been looking for Leah again. Nick said he'd checked Leah's favorite locations that she liked to go to.

I asked Nicole if Leah was mad or upset with anyone on the night she disappeared, and she said that as far as she knew, Leah was only upset with the Mitchells.

Nicole said that she did not know Leah too well, as she had just come back to the Coquille area from California, and that Leah was sort of quiet and shy.

Nicole was asked again if she was sure about the time frame when Nick allegedly picked her up on June 28th, and she said she was sure, because Nick dropped Leah off at the Mitchell residence at 19:00 (this is knowledge after the fact for Nicole). Nicole said that on the night in question, the original plan was for Leah to be with Nick, and that Leah, Nick, Brent and Nicole were all supposed to go to the Haga Ranch and watch a movie, but that Leah ended up going to the Mitchell residence instead.

I asked Nicole why Brent behavior has been noticeably different since the incident.

Nicole said that Brent is upset because he feels like he's being blamed for something, and his name is in the paper. Nicole continued saying that the entire incident is upsetting because Coquille is a small "safe" town, and things like this aren't supposed to happen in such a place as Coquille.

Nicole said that she arrived in Coquille about one week after school was out for the summer, so she never got a "feel" for how Nick and Leah related to others in the school setting, or how other students and peer perceived their relationship.

I asked Nicole if she believed that Nick could ever hurt Leah, even if by accident, as it was well known that they had a violent style of relating to one another. Nicole said that she doubted that Nick could ever hurt Leah, even if Leah was violent towards him. Nicole said that she has a friend named Meagan Pinkley, who was Nicks girlfriend during his freshman year. Nicole said that Meagan hit Nick once, and Nick did not react with violence towards her, in fact he did nothing.

Nicole said that as far as she is aware, Nick has always smoked marijuana, even as a sophomore (when Nicole was a freshman).

Nicole restated that on the night in question, she was with Brent from about 19:00 to 23:00, so if Brent had any contact with Nick (sans Nicole), it was after 23:00 hours.

I asked her if she thought that Brent might know more than he's telling concerning Leah's disappearance. Nicole said that if Brent did know something, he'd never tell her, and he'd shelter her from it all.

I asked Nicole if Brent told her that he passed the polygraph, and she said yes. I told her that he was not being truthful with her, as he did not pass the polygraph, but showed deception in some key questions. I told Nicole that if Brent has knowledge concerning the status of Leah, even if it was knowledge after the fact, he needs to come forward with that knowledge before it's too late. I told Nicole that right now, Brent is probably not involved to deeply in this matter, especially if his knowledge is all second hand. I told her that Brent is still salvageable at this point, but that the longer he

REPORTING OFFICER: LT. Bud Young    DPSST: 10110

DATE:              APPROVAL:              PAGE: 18    OF 33   PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002953

Exhibit 5027 at 20

```
              NORTH BEND POLICE DEPARTMENT
                  SUPPLEMENTAL REPORT
                   CASE No:20011114
```

waits, the weaker his chances for being salvageable become.

At 15:00 hours I returned to the Coquille P.D.

At 15:10 hours I observed David Jenkins walking west on Central near Coquille City Hall, and called him to my location.
I told David about the recent findings concerning what the fisherman at Johnson Mill Pond had to say concerning the arrival, stay and departure of he and Aaron West, and Nick McGuffin. David got very defensive and said "No way!" David restated that he saw Nick near Stampers Tires, and then Nick went to Fast Mart to buy some stuff. David said that they left Fast Mart at the same time to go to the Mill Pond, but that Nick had to make a stop at Fast Gas to get fuel. David said that he and Aaron arrived at the Mill Pond and pulled into a parking space on "the back side" of the pond area, but had to move out into the middle of the roadway to allow a cutter to cut the grass near the parking area. David said that Nick arrived and they went to another parking area, and smoked about 3 bowls of marijuana, and were together for 45 minutes or longer. David said that they all left after that time, as Nick had to go and pick up Leah.

At 15:15 hours, I cleared from my contact with David Jenkins and returned to the Coquille P.D. and shared the new information I had acquired.

At 16:20 hours I called Mrs. West (Aaron's mother) at 396-3240 and asked to speak to Aaron. I was advised that he was not home, but that if I called back the next day between 07:00 and 7:30 I could make an appointment with him for that day.


On July 20th at 08:00 hours I met with other officers at Coquille P.D. for briefing concerning some searches that they wanted to do that day. I was asked to organize and oversee the search of the cemetery at Central and Elm, and then the road sides of Elm Street from Central to the Haga Ranch.
I was also given a tip sheet top follow-up on concerning a "strange" male named Sonny Shamblin who lived in the apartments that ran parallel along Elm Street and adjacent to the cemetery where the first tennis show was located.

At 09:15 my search crew arrived at the cemetery and we commenced the search. Searchers were advised to note anything that looked out of place, and to let myself or Cathy Wilcox of the Oregon State Police Crime Lab decide if the item was worth seizing or not.

*NOTE: For a list of the items seized, please refer to the attached SUPPLEMENTAL REPORT from the Department of State Police, authored by Cathy Wilcox.*

The search concluded at the Haga Ranch at 11:25 hours.

During the search process, a North Bend Police Explorer named William Cline advised me that a North Bend High School Senior named Larry

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:                APPROVAL:              PAGE: 19  OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002954
Exhibit 5027 at 21

```
NORTH BEND POLICE DEPARTMENT
      SUPPLEMENTAL REPORT
      CASE No:20011114
```

Espinosa said he had heard a North Bend Graduate (year 2000) named Gary Johnson talking about how he was in Coquille the day after the girl came up missing (June 29th) and observed a man loading some rolled up blankets into the trunk of a car, and that the blankets looked like they had something heavy inside of them. The vehicle being loaded was an older model Chevy Corsica. This Gary Johnson subject was supposedly staying at his baseball coaches house at the time of this observation, and that the suspicious person was across the street from his coaches house. The coach had a name similar to Mawberg. William Cline knew nothing more.

At 11:30 hours I canvassed the apartments located adjacent to the cemetery we had just searched, and also adjacent to Elm Street where the first tennis show was located. These apartments have an address of 498 West Central, and basically abut Elm Street, being separated by only a small drainage ditch about 5 feet wide. Not all of the residents were home at the time, but all of their identities were obtained from the landlord, so that Coquille Police could assign an officer to follow-up later if need be.

Apartment #2 is occupied by Archie Cozad, ▮▮▮▮▮▮. Archie has no recall of anything unusual happening near the apartments on the night in question.

Apartment #3 is occupied by Mary E. Holloway, ▮▮▮▮▮; 396-7139. Mary remembers nothing unusual about the night in question. She went to Fast Mart sometime between 20:30 and 20:45 to get something to drink. She saw two friends at Fast Mart (Joyce Carver and Joyce's friend whose name she does not know). She arrived back home at about 21:00, and then left again at about 21:30 to go to her boyfriends house on East 12th street near the Middle School. She does not recall seeing Leah Freeman or anyone matching her description walking along Central Blvd.
I asked Mary about Sonny Shamblin. She said that he is strange, different. I asked her if Sonny had made any sexual advances towards her, and she said not that she knows of specifically, but that he did once come to her apartment to borrow a cup of sugar. She said that she thought this was odd behavior on his part, because he had to pass apartment #4, which was occupied at the time, and he never stopped there to ask for the sugar. She said that she opened her sugar container for him so that he could dip his cup into the sugar and take what he wanted. She said he dipped into the container and took only a small partial portion of a cup, and then thanked her and left. She dies not believe he needed a cup of sugar at all.
The other suspicious circumstances that occurred to her, and which she only "suspects" Sonny of being involved in, was when she came home once to find a wild rose stuck into her key hole of her front door. The rose was identical to some wild roses growing on a bush located near the laundry room for the complex. This laundry room and rose bush is located directly in front of Sonny's apartment.
Mary said that Sonny has not been in the complex very long (about two months). She said that he occasionally drives and older small compact style station wagon (possibly a Datsun) which is a "yellowish-beige" color with white primer on the rear drivers side. She did say that he

REPORTING OFFICER:  LT. Bud Young        DPSST: 10110

DATE:              APPROVAL:             PAGE: 20   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            CPD002955
Exhibit 5027 at 22

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

does walk alot.

Apartment #4 is occupied by Marshall Pierce, ████████. Marshall recalls nothing unusual on the night in question. Marshall said he had no idea the girl was even missing until the news media came out with the story.
Marshall said that Sonny has been in the apartments about 2 to 2.5 months. Marshall said Sonny seems like a nice guy. Marshall said that Sonny drives a tan colored Toyota wagon, late 70's to early 80's vintage. Marshall said that Sonny left the area about one week ago and hasn't been seen since.

Apartment #5 is occupied by Sonny Shamblin, whose real name is Elzie Shamblin, but he was not home at the time of attempted contact.

Apartments #6 through 10, 12 and 15 were not home at the time of attempted contact, but the names of the residents were obtained from the landlords John and Minnie Courtney, 396-3256. The names of the residents are as follows.

Apartment #6 is occupied by Chris Williams.

Apartment #7 is occupied by Jeff Hazelton.

Apartment #8 is occupied by Nancy Wilson.

Apartment #9 is occupied by Greg Hutchinson.

Apartment #10 is occupied by Kirk Pascu. A bronze colored Chevy Nova bearing Oregon license QSC931 was parked in front of #10. Registered owner is Kirk Ernest Pascu, ████████.

Apartment #11 is occupied by David Allen Halterman, ████████. David said he recalls nothing unusual about the night in question. David said he moved into his current apartment on June 20 of this year. Two vehicle parked near the apartment return to David Halterman and another registered owner of Eileen Frances Moroney, ████████. Both vehicles show a previous address of 77287 Hwy 101 in Gardner, Oregon. Vehicle #1 is Oregon license WDM914, a 1995 white Jeep 4 door wagon. Vehicle #2 is Oregon license UNX624, a 1978 Brown Toyota 2 door.

Apartment #12 is occupied by Barbara Davis. I could hear music coming from inside, but nobody would respond to the front door.

There is no apartment #13

Apartment #14 is occupied by Jim Roach according to the landlords records, but contact was made with a Roxanna Methof, 05-07-62, who looked to be completely strung out from too much use of chemical stimulants. She had all the classic indicators of meth abuse. She said that during the night of the incident, she was in Coos Bay.

Apartment #15 is occupied by Eva Stewart. Parked in front of that apartment was a Metallic Gray colored 1992 Chevy S10 Blazer bearing

REPORTING OFFICER: LT. Bud Young          DPSST: 10110

DATE:                    APPROVAL:                    PAGE: 21   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002956

Exhibit 5027 at 23

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

Oregon license VEW162. The registered owner is listed as Ronald Dale Robinson, ████████, of that address.

When I asked the landlords, John and Minnie Courtney about their impression of Sonny Shamblin, they told me that his real name was Elzie, and that he attends SWOCC, and is trying to get into law enforcement. Minnie said that he stays in the Coos Bay area most of the time, and is not at his apartment very often.

At 12:30 hours I returned to Coquille P.D. to attempt to run down some more definitive information on the baseball coach of Gary Johnson. I located a phone number in Coquille for a subject named John Bud Mahlberg of 3230 Shelley Road, 396-2468. I called the number and was advised by Mrs Mahlberg that her grandson, John Paul Mahlberg was the baseball coach for North Bend High School last year, and he lived on the road that leads to the Coquille Valley Hospital, in a duplex about half way up the hill.

At 13:40 hours I made contact with John Paul Mahlberg at 671 E. 5th street, 396-5896. John advised me that the student I was looking for is Garrett Johnson (not Gary Johnson), but that the date that he observed the suspicious person loading blankets into a car trunk was just a week ago, and not the date that Leah Freeman disappeared. I was given Garretts phone number of 756-1730.

At 13:50 hours I made contact with Tony Messerle (per tip sheet info) at the Coos County Maintenance Shops. Tony was the person who found the initial tennis shoe on Elm Street, and it was requested that some clarification be noted about he and Deputy Kip Oswald happened to run into each other and have knowledge about each others finding of the shoes.
I asked Tony how he could be certain of which day he found the shoe, since he did not turn it in right away, and had not reason at the time of the find to necessarily "make note" of when he found it. Tony said because it was the week preceding the 4th of July weekend, and he had his children with him, and it was the day before the grandparents took the children to Lakeside, which he knew to be Thursday. He was sure of the time because he worked swing shift that day, and got off work at 23:30 hours, so accounting for the time it took him to get to his motorcycle and travel the distance to the location on Elm Street, he estimated that he found the shoe about 23:35 to 23:40 hours.
I asked Tony why he bothered to even stop for a single shoe, he said that as he was driving on Elm street, he saw something in the roadway reflecting at him, and couldn't tell at first what it was. As he got closer, he saw it was a newer looking tennis shoe, so he stopped and picked it up because he thought it just might be one of his childrens shoes that they lost while playing. Tony said he just tossed the shoe on the kitchen floor when he got home, and planned to ask his children later if it was theirs. He said that the next morning the children had left for Lakeside with the grandparents, so he didn't inquire then about the shoe. I asked Tony the ages and sex of his children, to see if it was likely that any of them could even have a

REPORTING OFFICER:  LT. Bud Young /BY        DPSST: 10110

DATE:                  APPROVAL:              PAGE: 22    OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              CPD002957

Exhibit 5027 at 24

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

shoe that size, and he said that their ages and sex were girl 8, boy 10, and boy 13.
I asked Tony how it was that he and Deputy Kip Oswald got together on the shoes that they found. Tony said that on the same night that the police were running the road block, he took one of his children to the Fast Mart to get a candy bar, and while he was inside Fast Mart, Deputy Oswald (who he has known for a long time) walked into the store and said to him "Hey, I heard you found a shoe", to which Tony replied "Yeah, I did." Deputy Oswald then said something like "Come here, let me show you something." He then showed Tony a shoe he had in his possession, and Tony, believing it was the same shoe he had found said "Yeah, that's it!" Deputy Oswald then told Tony that it was another shoe just like the one he had found, but that it wasn't the same shoe.
At 14:10 hours I cleared from the County Shops.

At 14:12 hours I returned to Coquille P.D.

At 14:27 hours I called Garrett Johnson, ███████ at his place of work at Modern Floors, 888-5531. Garrett confirmed that the night he observed the suspicious behavior was not the same night that Leah Freeman disappeared, but was just a week or so ago. Garrett said that the house located across the street from his coaches house (E. 5th Street) had a car pull up in front of it about 00:30, and 3 people got out of it (2 males 30's to 40's and 1 female 30's to 40's). It was an older model Ford wagon, maybe and "Escort" model. The driver opened the left rear door and removed something heavy and solid looking, wrapped in blankets, and the male was straining to move it. He placed it into the back seat or trunk of another car, then all three subject went into the house. Garrett said he observed nothing more, nor did he hear any conversation between the observed parties.

At 15:20 hours, Deputy Kip Oswald came to the Coquille P.D. Myself and Dave Hall were present when he arrived. Dave asked Kip how he knew that Tony messerle had found the first shoe. Kip said that he heard it from "one of the guys" (possibly named Roy) who works at the County Shops. Tony must have been talking about finding and turning in the shoe, amongst the other workers at the shops. Kip said that he heard this information either on the same day, or the day prior to when he found his shoe on Hudson Ridge. When he was asked why he even went up on Hudson Ridge that day, Kip said he just trying to think like a criminal in the same situation (assuming it was a local kid involved) and pondered where he would take somebody if he wanted to do something dastardly to them. He felt that the criminal would choose a place familiar, yet remote; so he checked out the remote places that the local kids frequent for parties, etc. He said it was just a purely random and coincidental find on his part. On the night he contacted Tony at Fast Mart, he just happened to see Tony in there at the time.

At 15:50 hours I contacted (per tip sheet) Christopher Gannon, 09-30-81, 1404 Maple Street, Myrtle Point (Grandmothers house) 572-7817; Leah Freemans step-brother, who was supposedly in town at the time of Leah's disappearance. Chris came into the Coquille P.D.

REPORTING OFFICER: LT. Bud Young BY          DPSST: 10110

DATE:          APPROVAL:          PAGE: 23   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002958

Exhibit 5027 at 25

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

at that time to be interviewed. Chris used to live with Dennis Freeman but was removed from the home in 1998 because of some criminal charges against him. Since then he has been in various foster homes, Belloni's Boys Ranch and Job Corps in Astoria, Oregon. He returned to the Coquille area on June 30th of this year, and so was not in town the night Leah disappeared.

The following is a summation of my interview with Christopher:

> Chris was closest with Denise, but was also close to Leah.
> He knows Nick well, and went to school with Nick.
> He did not think that Nick and Leah were a good match, because Leah was a "good little girl" and Nick was "a dickhead".
> He said Nick was "always messing" with other people. That he thinks he's better than others, likes to fight, and likes to be the one in control.
> He does not think Nick is capable of hurting Leah. Maybe Nick might hit Leah, but never seriously hurt her.
> Nick and Leah were both control type, independent personalities, but feels that they had a "50/50" (give and take) style relationship rather than a confrontational one.
> He has not spoken with Nick since Leah's disappearance.
> He has spoken with Denise (Leahs sister) and Maggie (Leahs friend) since her disappearance. He said that both Maggie and Denise do not believe that Nick had anything to do with Leahs disappearance, and he believes likewise.
> He does not believe that Leah is a runaway. She had friends, was good at school, etc. She had no reason at all to run away. Even if she did run for some reason, she would have at least called home to let folks know she was okay.
> He knows nothing about Cory's boyfriend pulling the bed covers off of Leah and making comments about her body.
> He knew Nick used marijuana, but he was surprised to hear that Leah did too.
> He believes if Leah was kidnaped, it had to be by someone she knew, as she would never go anywhere with a stranger.
> He does not know anybody who would want to hurt Leah.

On July 21st at 10:00 hours I met at the Coquille P.D. for briefing. I spent the morning filling in the information on "tip sheets" from the previous days interviews.

At 15:00 hours I reviewed David Jenkins video-taped Grand Jury testimony.

At 15:35 hours, Lieutenant Jim Pex of the Oregon State Police Crime Lab asked about the feasibility of some more USCG helicopter fly overs of the Coquille River, maybe every other day for a week or so. I advised him that I would inquire.

At 15:45 I called the Operations division of the USCG Air Station in North Bend. Lt. JG Russ Torgensen was not in so I left a message for him to page me. Later on that day I was paged and made contact with Lt. Torgensen. I explained the request to him, and asked him to make contact the next day with Chief Mike Reaves and discuss the requested fly-overs. He stated he would do so. Nothing further.

REPORTING OFFICER:  LT. Bud Young        DPSST: 10110

DATE:               APPROVAL:            PAGE: 24    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD002959
Exhibit 5027 at 26

```
NORTH BEND POLICE DEPARTMENT
    SUPPLEMENTAL REPORT
    CASE No:20011114
```

On August 4, 2000 in the early afternoon after returning from outside the area, I responded to Coquille P.D. to assist again in this case. The body of Leah Freeman had been located the previous day. Chief Michael Reaves updated me on the findings thus far. He requested that myself and Detective Dean Perske of O.S.P. go to the area where the body was located and have a look around ourselves, so that two more pairs of fresh eyes could scan the area and determine if anything had been overlooked. Chief Reaves advised me that we could release the area to public access and use once we conducted our search.

Dean Perske located some fibers on a branch near where the body was found, and seized same, not knowing if the previous search party had located and seized any of these fibers. Nothing else was located or seized by me or Perske. The crime scene barrier tape was taken down and the area was released back to public access and use.

Dean Perske and I returned to the Coquille P.D. for a debriefing and brainstorming session about how next to proceed in this investigation.

We were advised that there was another "person of interest" in this investigation named Bill Sero. Mr. Sero allegedly was overheard making some statements that may indicate that he had some involvement in, or knowledge of the demise of Leah Freeman. Mr. Sero's name was entered into the LEDS & NCIC computer files as a person of interest in this investigation. He was also wanted by Parole and Probation for ABSCOND on a previous felony charge.

On August 5, 2000 at 08:00 hours I met with other members of the Major Crimes Investigation Team at Coquille P.D. for briefing and assignments for the day. Dean Perske and I were assigned to go to the Coos County Jail and interview Bill Sero who had been located and arrested the night before at the Inn at Face Rock/Best Western Lodge in Bandon.

At 09:30 Perske and I made contact with Sero at CCJ

Sero was not represented by any attorney on any pending charges at the time, and was Mirandized by Detective Perske at the CCJ prior to any investigatory questions being asked. Sero did knowingly and willingly waive his Miranda rights and agree to answer our questions. The following is an in-substance summary of the information obtained from Mr. William Sero.

>>> Sero doesn't know Leah Freeman, and the extent of his "contact" with her was when she was observed by him sitting in the front seat of Nick McGuffin's blue Mustang

>>> Sero knows Nick McGuffin because he went to school with his brother.

>>> Sero saw Nick McGuffin on the morning of ████████0 at about 09:00 hours. Sero was walking near the old A&W restaurant in Coquille and Nick came by driving his blue Mustang. Nick asked Sero if he had seen his girlfriend (Leah), and Sero responded "Why would I see her . . ?" (thinking that Nick's question was a bit strange).

Sero said that Nick responded  "She's missing, she's missing!"
Sero asked  "Since when?"
Nick told him that she had been missing since 9:00 pm the previous

| REPORTING OFFICER: | LT. Bud Young | DPSST: 10110 |
|---|---|---|

| DATE: | APPROVAL: | PAGE: 25   OF 33  PAGES |
|---|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002960

Exhibit 5027 at 27

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

evening. Sero thought that Nick was awfully upset and anxious about Leah's missing status, especially when it had only been 12 hours. Sero said that he felt Leah may have only stayed at a friends house or something, and that Nick was speaking with a tone of voice which led Sero to believe that Nick thought Leah was "gone" in a more serious and permanent manner. Sero said that this anxiety of Nick's seemed out of place to him. Sero said the "vibes" he got off of Nick based upon his demeanor was that Nick "knew" that Leah was gone in a permanent manner, and not just "missing" temporarily. Sero said that if Leah was abducted, it had to be someone who knew her and knew the area.

>>> Sero said that Nick was acting strange, so he asked Nick if he was okay, and Nick admitted to him that he "high" and was still coming down from some drugs (presumably meth) that he used the night before to stay awake so he could search for Leah.

>>> Sero said that he got into Nick's car with him, and Nick drove him to a friends house on Rink Creek Road so he (Sero) could borrow ten dollars. Sero said that this "friends" name is Terry (male) and he's an older guy with a crippled hand, and lives next door to a subject named Josh Thompson.

>>> Sero said Nick drove him back to town, to Daniel LaPine's house where he dropped him off. Sero stayed and "shot some hoops" with the rest of the boys there.

>>> Sero asked Perske and I to help him locate his gray "Nike" long sleeve sweatshirt that he said he left in Nick's Mustang on June 29th when he rode with Nick. Sero said that after he got out of jail in mid July, he was at Daniel LaPine's house and Nick stopped by. He asked Nick for the sweatshirt, and Nick said he didn't have it in his car but that it might be at his house. Sero said that Nick was acting weird, and he wanted the sweatshirt out of his possession.

>>> Sero said that he saw Cory (Freeman) on June 29th as she was standing in the front yard of her house and talking on her phone. He walked up to Cory and asked if he could get his sweatshirt out of Nicks car (the Mustang) which was parked in her driveway at the far end, near the rear of the house. Cory told him he could do so, and that Nick was inside the house. Sero said that he decided it was and bad time to bothering Cory (she was crying) or anyone else, and he opted to not get his sweatshirt at that time, but come back later.

>>> Sero was asked if there was any blood on his sweatshirt (as the rumor around town had suggested) and he said that he has owned the sweatshirt for a long time, and that there was no blood on it.

>>> Sero said that on the day of June 28th (when Leah disappeared) his activity was as follows:
Took kids to the park at 11:00 am and hung out there for a couple of hours. Walked around town most of the day, eating at the portable hot dog stand near the Smoke Shop. Went home at about 4:00 pm and awaited the arrival of his girlfriend Erika Davidson, who gets home between 4:00 pm and 4:30 pm. The family ate supper, and then hung out at home all night watching movies.

>>> Sero did not see Nick driving the maroon Thunderbird at all on the date of June 29th, although he knows that Nick has access to said vehicle. Sero said that Nick was in the blue Mustang whenever he saw him.

>>> Dean Perske asked Sero if he would willingly allow us to take a

REPORTING OFFICER:  LT. Bud Young _By_          DPSST: 10110

DATE:                          APPROVAL:          PAGE: 26   OF **33** PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002961
Exhibit 5027 at 28

```
NORTH BEND POLICE DEPARTMENT
      SUPPLEMENTAL REPORT
      CASE No:20011114
```

sample of his body fluids for DNA analysis and comparison, and would he also submit to a polygraph exam. Sero said he would give us whatever we wanted or needed to help with the investigation.

At 10:15 hours. Perske and I cleared from the jail and returned to the Coquille P.D. to brief the others on our interview with William Sero.

At 11:10 hours, Chief Reaves asked me to accompany him while he attempted to locate a subject named John Lindgren (or Lundgren) also know as "Big John", as John supposedly had some information about having seen Leah Freeman on the night of June 28th.

At 11:30 hours we returned to Coquille P.D., unable to locate John.

At 12:45 hours, Dean Perske and I went to the McGuffin residence in an attempt to locate and retrieve Bill Sero's gray sweatshirt. Bruce McGuffin was present, as was his wife, and Nick. Perske and I engaged in some small talk with Bruce, about a number of different subjects, and tried to answer some questions he had about the case, as well as telling him about some "rumors" the investigation team had followed up on.
Nick (who was standing on the porch near by) interjected some more information that he had come by. This was some new information to us, and we encouraged the McGuffin's to call us and give us ALL and ANY information that comes their way, as we will follow up on every lead that we get. They we told to never assume that we know what they know, and to tell us about anything they hear.

Nick could not find Bill Sero's sweatshirt.

Nick commented on the parties that had been allegedly happening during the time of Leah's disappearance, and he told us that there had been parties "all week long" at the residence of Matt Sinnott. We had heard of only one party there on or about the 20th of June, but Nick laughed and said that there were parties there all week long. He said that Matt Sinnott (son of Dr. Jame Sinnott) labeled all the expensive furniture and other items in the house with little sticky labels with numbers on them, and then stuck corresponding numbers where their respective resting places were in the house. He then removed these items from locations where they could be harmed or stolen and secured them in another part of the residence. These items were replaced when the partying was over.

Nick asked if someone had checked at the Chevron gas station near Central and Elm streets to see who was working on June 28th. Nick said the attendants name is "Matt", and that he drives a light blue pick-up truck. (This was already done by the team)

Nick said that Kristin Steinhoff was driving a small purple car on the night of June 28th, and that the car belongs to some guy in Green Acres.

REPORTING OFFICER: LT. Bud Young          DPSST: 10110

DATE:                    APPROVAL:          PAGE: 27   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002962
Exhibit 5027 at 29

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

Nick said that Scott Hamilton was acting weird on the night of June 28th. Nick said that he was with Kristin Steinhoff, at her residence at about 01:00 after he had dropped of Brent Bartley. Nick said that he "felt" like someone was watching him and Kristin, and when he left Kristin's house, that Scott Hamilton came running toward him from a bushy area where he had been hiding, and was anxiously asking Nick *"What's going on, what's going on . . ."*

Nick said that a person named Witt Morrow made a comment (third hand information) at a party he was attending stating that he wished he could bring Leah back, but that he's not God, but he wished he could bring her back. Nick said that this comment was overheard by Meagan Pinkley (sp), Ron Osborn, and Mike Pizzola. (No further info)

Nick said that a person named Tanya Johnson, who works at the Bachelors Inn (a local strip joint) was reportedly talking to two guys from Portland who were admonished by her about their tactics being used to pick up women in the area (whatever their tactics were) and advising them that this area is not Portland, and behavior that is acceptable in Portland just won't do down here in Coos County. Nick said that this Tanya supposedly has a VHS tape from the bar's security cameras with these two guys on it. Nick said that she has a boyfriend that works at Tower Ford Motor Company, and that she lives with this guy on the road that runs along Coos River from the Sumner Road turn off heading back toward Eastside. The two guys from Portland were allegedly driving a blue van with red or yellow writing on the sides.

Nick also said that a subject named Cliff DeRoss, who scheduled to go into the Marine Corps, was held back for a court trial because of some criminal mischief that he did to the McGuffin's vehicle. Nick filed charges against DeRoss, and DeRoss made threats (ambiguous) to "get" Nick and Leah. Nick said that DeRoss was in the Coquille area either the day before, or the day after Leah disappeared.

On August 7, 2000 I teamed up again with Dean Perske and after reviewing our information from the previous Saturday (08/05/00) we planned our activities for the day. I spent the first part of the morning looking up information on the leads that Nick gave us on Saturday, so we could hopefully locate the people we were looking for.

At 12:00 hours Perske and I drove to Old Wagon road to attempt to locate the address of 313 Old Wagon Road, where Tanya Johnson is supposed to live with her boyfriend, Robert Shultz. We were unable to locate this address, so we drove to the Bachelors Inn and attempted to locate Tanya there. We were advised that she was not there, and was no longer employed there. We drove to Tower Ford Motor Company and requested to speak with Robert Shultz. We were advised that he and Tanya were vacationing in Orlando, Florida.

At 13:00 we broke for lunch

REPORTING OFFICER: LT. Bud Young        DPSST: 10110

DATE:                APPROVAL:          PAGE: 28   OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            CPD002963

Exhibit 5027 at 30

NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114

At 13:35 we drove to the address of 2055 Poppy Court in Coos Bay (actually located off Pansy Lane, off Red Dike Road in Inglewood district), and attempted to contact Witt Morrow. We were advised by his mother that he was at SWOCC and she did not know when he'd be home. Perske left his business card with his and mine pager numbers on it, and asked Mrs. Morrow to have Witt call us when he got home.

At 15:00 hours Perske and I were back at Coquille P.D.

At about 16:00, Witt Morrow called and said that he'd meet me and Perske at the Green Acres junction on Highway 42, so we could interview him. We met him there at 16:30 hours. Witt said that he was at a party in Coquille, which was located in a brown 2 story house which is outside of town (to the north) on the road which runs alongside the courthouse. Witt said that a kid named Scott Elliott would know the name of the person whose house the party was at. He believes the house owners name is "Doyle", but he's unsure if "Doyle" is a first or last name. Witt says he hasn't been to too many Coquille parties, but that he goes to several in the Coos Bay and North Bend area. Witt said that he never made any such statement concerning Leah Freeman. Witt said that he doesn't even know who Leah Freeman is. Witt also did not recognize the name of Nick McGuffin, and said he has no idea who there people are.

At about 17:00 Perske and I contacted Aaron West and Josh Emler at the address of 455 North Irving. The information received at Coquille P.D. is that they knew more about Leah's disappearance, and that they were lying to cover for Nick McGuffin. Perske and I told both Emler and West that the time to be truthful is now, and that anyone caught trying to cover for the perpetrator of this crime would also be charged accordingly. We went over their recollections of the night of June 28th, concerning their activity with Nick McGuffin. Dean Perske took notes while I talked, so his report will have the details of that conversation. The most striking thing to me about their recount of the evenings events was that they both agree that they left the Johnson Mill Pond area just after 21:00 hours, and that Nick went to the Mitchell residence to pick up Leah. They both agree that Nick was driving the blue Mustang at that time. They both agree that about 15 to 20 minutes later, Nick drove into the parking lot at the Fast Lane store, and asked if anyone had seen Leah; however Aaron West is adamant that Nick was still driving the Mustang, and Josh Emler is just as adamant that Nick had switched cars and was now driving the family's maroon Thunderbird. Josh Emler does admit that he smoked a large amount of marijuana, and was pretty "screwed up" at this time.

On August 8, 2000 at 09:00 I was doing some background research on the computer at NBPD regarding addresses of some of the people I needed to contact.

At 09:30 I made contact at the Fabric Mill on Tremont Avenue and spoke with Don and Susan Sero. Coquille P.D. had received information that Bill Sero had been trying to get some seat covers replaced in a vehicle on the day after Leah Freeman had disappeared. Don and Susan

REPORTING OFFICER: LT. Bud Young    DPSST: 10110

DATE:    APPROVAL:    PAGE: 29  OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002964
Exhibit 5027 at 31

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

said that Bill did call them about two weeks ago (third week in July) and asked about getting a quote for reupholstering the seats in a Corvette. Don said he had no idea where Bill (a distant cousin) would come by a Corvette, but that Bill said he was going to pick up this Corvette in Reedsport and bring it in for a quote. Bill Sero never did come in with the vehicle, nor has he called back and made contact with Don or Susan.
Don said that I should also check with the upholstery shop on south second street in Coos Bay, near the motorcycle shop.

At 10:15 I made contact with the people at the Handsakers Upholstery on 957 S. 2nd Street and asked them if anyone named Bill sero had inquired about getting some car seats reupholstered, and they said no.

At 11:00 I was back at Coquille P.D. and was asked to drive to Bandon and attempt to locate a female named Courtney Kruetzer who was the female who worked at the Inn at Face Rock, and allegedly had Bill Sero ask her about how to get rid of some bloody clothes, and was supposed to have seen Bill in possession of a bloody sweatshirt. Courtney was supposed to have told a co-worker named "Feleak" (sp?) that she "knows who did this" (abducted Leah Freeman).

At 12:45 I made contact at the Inn at Face Rock/Best Western Lodge, and was advised that they did not have an employee named Courtney Kreutzer, but that they did have an employee named Courtney Belcher. I was advised that Belcher was off duty at the time, and was not due back until 17:00 hours on 08/10/00.
I called NBPD and got an address for Courtney Belcher of 55097 Harrison in Bandon. I drove to that address and made contact with Courtney's mother, who advised me that Courtney was not home, but went to Coos Bay/North Bend for the day. I left my pager number for her to call me when she got home.

At 13:15 hours I was back at Coquille P.D. and I was asked to go to 99338 Lone Pine Lane (old Dora/Sitkum Route) and re-contact Mikayla Knight, as we had received further information that Alisha Michaud (who was having nightmares about Leahs demise) had told everything to Mikayla concerning how Leah died, and that they (Alisha and Mikayla) knew more than they were telling.

At 14:00 hours I was out at 99338 Lone Pine Lane (formerly addressed as Sitkum Rte. HC86 Box 75). I made contact and spoke with Mikayla's father, Huey D. Knight ████████0. Huey said that Mikayla was not at home and had not come home last night. Huey said that he spoke with Detective Dan Looney and that Dan had spoken with Mikayla regarding this investigation. I told Huey that I believed that the information I had may be new, and that Mikayla needed to be recontacted. Huey said that he sat Mikayla down and interviewed her pretty hard about what she knew concerning this case. He said that the one thing MiKayla has never been able to do well is to lie to him, and he can tell when she is not being forthright with him. Huey said that Mikayla does not know anything more than what Alisha has told her, and that she told Huey that she believes that Alisha knows more than

REPORTING OFFICER:  LT. Bud Young          DPSST: 10110

DATE:                APPROVAL:              PAGE: 30    OF 33 PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002965

Exhibit 5027 at 32

```
NORTH BEND POLICE DEPARTMENT
     SUPPLEMENTAL REPORT
     CASE No:20011114
```

she has told her. Huey said that Mikayla told him that Alisha would sometimes start to tell her something about the matter of Leah's disappearance, and then she would catch herself, and shut up and get quiet. Huey said that I am welcome to speak with her if I wanted to, but that he knows his daughter very well, and is certain she doesn't know any more than she's already told the police.
I left my pager number with Huey, to give to Mikayla.

At 14:50 I was back at Coquille P.D. doing paperwork.

At 15:30 I got a page from Courtney Belcher. I recalled her and she agreed to come to Coquille P.D. to be interviewed, as she was already in Coquille.

At 15:50 I met Courtney Belcher at Coquille P.D. I confirmed that she was the person I was looking for, and that she did know Bill Sero. Courtney said she never used the last name Kreutzer, but that there is a person named Courtney Kreutzer in Bandon, but it is a 13 or 14 year old girl.  During my interview with Courtney I obtained the following in-substance information:
>>> She has known Bill Sero for just over one year.
>>> She is not afraid of Bill Sero
>>> She has never seen any blood on one of Bills sweatshirt.
>>> Bill Sero has never asked her how to get rid of bloody clothing.
>>> She does not know of Bill Sero ever owning or having access to a Chevy Corvette for his use.
>>> She has never seen Bill in possession of any knives or guns.
>>> Bill has never made any sexual advances or suggestions to her.
>>> She has never seen Bill act out violently.
>>> The only discussion Bill Sero ever had with her regarding the Leah Freeman case was about one week ago when she was driving him from Myrtle Point to Bandon, and just hanging out together, and the case was just general information that had been in the local newspapers.
>>> She had Nick McGuffin pointed out to her at the Fast Gas Market in Coquille one night, but they never made contact or talked.
>>> She knows nobody by the name of "Feleak", or anything even close to that name, who works at Face Rock.

At 16:05 I cleared from my interview with Courtney


On August 9, 2000 while enroute to Coquille P.D. I received a page from Huey Knight, and returned a call to him at 08:50 hours. He said that Mikayla had come home last night and he spoke to her again about her knowledge regarding the Leah Freeman case, and what Alisha has revealed to her. Mikayla assured him that all she knows is what Alisha has told her regarding her "dreams" she has had about Leah Freeman, and nothing more.  Huey said that he spoke with Alisha as well, and all she could say was that she had dreams that leah was either in or near a river somewhere.

At 08:55 I wrote up all the information I had on Bill sero to give to Sergeant Dave McDaniel of the Sheriff's office, as he was scheduled

REPORTING OFFICER:  LT. Bud Young        DPSST: 10110

DATE:                    APPROVAL:              PAGE: 31   OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002966
Exhibit 5027 at 33

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No:20011114
```

to conduct a polygraph exam on Bill sero for us on this date.

At 10:00 I passed on the information concerning Sero to Sergeant McDaniel.

At 10:30, Detective Curt Bennett and I went looking for David Jenkins and Aaron West to obtain Polaroid pictures of them and Aaron's vehicle for a truck driver to look at, who had apparently observed a big older model bluish colored car near the location where Leah's body was found.
Curt and I could not find David Jenkins at any of his most common haunts.

At 10:50 hours we went to the residence of Josh Emler and located Aaron West's vehicle parked on the road near Emlers house. Curt took 4 to 5 photos of this vehicle for later use if needed. I noted that there was a folding blade knife (4 to 5 inch blade) with a bone or ivory inlaid handle with "scrimshaw" type etching on the handle that was laying on the drivers side floor boards just in front of the drivers seat.

At 11:00 Curt and I made contact with Aaron West on the front porch of Emlers house. Josh Emler was not home at the time. We took a full body photo of Aaron West and told him that we have witnesses who may be able to help us in this case as they saw some people in the right place at the right time. We did not tell him any more than that.

At 11:05 Curt Bennett and I parked just west of the Fast Mart market waiting to see if anyone who we knew to be involved in this case showed up. Nobody we were familiar with showed up during our stay. We cleared at 11:40, and continued to look for Jenkins.

At 12:15 we broke for lunch.

At 13:15 Curt Bennett and I went to the Coos County Jail and helped prepare Sergeant McDaniel for the polygraph exam with Bill Sero.

At 17:15 the polygraph exam was concluded, and Sergeant McDaniel said his results were inconclusive at this time. He said he wanted another polygrapher to also review his charts, and to re-examine Sero. Refer to McDaniels polygraph report for details.

At 17:45 I cleared from Coquille P.D. for the last time, and had advised Chief Reaves that I would be discontinuing my part of this investigation because of other obligations. I was asked to make one last contact with a woman at the North Bend Medical Center named Roxanne Eckes, who was contacted earlier in the day, but could not engage in conversations with the detectives because she was on duty. Roxanne Eckes (████████) was supposed to be some sort of "shirttail relative" of Leah Freeman, and was supposed to have heard Leah Freemans boyfriend (Nick McGuffin) and another male talking, and was supposed to have heard Nick say that he had taken care of Leah and she wouldn't be a problem any longer.
At 18:30 I made contact with Roxanne Eckes at North Bend Medical

REPORTING OFFICER:  LT. Bud Young         DPSST: 10110

DATE:                APPROVAL:             PAGE: 32   OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002967
Exhibit 5027 at 34

```
NORTH BEND POLICE DEPARTMENT
    SUPPLEMENTAL REPORT
    CASE No:20011114
```

Center.  When I asked Roxanne about this information, she told me that her Uncle, Gene Wechter was once married to Cory (Leah's mother) and at one time was also married to Cory's sister Terry (Leah's aunt).

Roxanne said that her mother heard from Gene Wechter (who heard from his daughter Melissa, age 27, who lives in Coquille and may be staying with Cory) this statement that Nick was supposed to have made regarding Leah. Roxanne said she has no further information or knowledge regarding this statement.

at 18:50 I cleared from NBMC, and returned home.

Nothing further.

Case forwarded to Coquille Police for review and inclusion in their case file.

REPORTING OFFICER:  LT. Bud Young      DPSST: 10110

DATE:        APPROVAL:        PAGE: 33   OF 33  PAGES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      CPD002968

Exhibit 5027 at 35