**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5031 –**
Transcript of the Audio
of Steinhoff Interview by
Officer Lee 9/12/00

Case No. 10-CR0782

State of Oregon v. Nicholas McGuffin

Kristin Steinhoff police interview 9-12-00.

Parties present:
Danny Lee, Coquille Police Department
Kristin Steinhoff
Joe Felker

Recording provided by Coos County District Attorney

Exhibit 5031 at 1

Recorded September 12, 2000

**LEE:**  Today's date is Tuesday, 12 September, 2000.  The time is now 2200 hours.  We're at the Sturdivant Park, and this is Officer Lee, and with me is Kristin Steinhoff and Joe Felker.

Kristin --

**STEINHOFF:**  Do you know how to work it?

**LEE:**  Yeah.  Well, it -- the other one has a little red light.  That one doesn't.

You go something you want to say about Mr. -- well, actually about Leah Freeman and the situation around that?

**STEINHOFF:**  It was messed up, what happened to that little girl, and if there is anything that I can say or any information that I know that can help you guys find the psychos that did it, then I will tell you.  And I don't care if anybody says I'm snitching on them or what.

**LEE:**  Pardon?

**STEINHOFF:**  I don't care if anybody -- like Ricky last night said I was snitching.

**LEE:**  Yeah.

**STEINHOFF:**  And he called me worthless.  I don't care.  It's not snitching.  It's --

**LEE:**  It's making things right.

**STEINHOFF:**  Yeah.

**LEE:**  Yeah.

Exhibit 5031 at 2

**STEINHOFF:**  I'm sorry, I do have a conscience, and -- or whatever.

**LEE:**  And obviously some people don't.

What do you know?

**STEINHOFF:**  I know that I drove Nick McGuffin around that night in my friend Zack's purple Kia car.

**LEE:**  When did Nick come to your house?

**STEINHOFF:**  Like, he says he was only there till 1:00, but I know he was there till 3:00.

**LEE:**  Okay.  But when did he get there?

**STEINHOFF:**  Like -- no earlier than 11:00.  I seen him earlier that night when he was like walking in circles around Maytag, and I don't remember seeing a vehicle.  And I was taking Zack and his daughter home, and it was like 9:00, 10:00, when I --

**LEE:**  That's when he was walking around Maytag?

**STEINHOFF:**  Yeah, I think so.  I was drinking that night too, so I --

**LEE:**  Yeah.

**STEINHOFF:**  -- I'm not really sure about the times.

**LEE:**  Okay.  And then he came to your house?

**STEINHOFF:**  Yeah.  I told him if I could help him, if I -- I'd drive him around and look for her and stuff if he didn't find her by the time I got back.  Then he came over to my house.

Exhibit 5031 at 3

**LEE:**  And he'd been to your house in the past, prior to that time, right?

**STEINHOFF:**  Yes.

**LEE:**  Okay.  And how was he when he came to your house then?

**STEINHOFF:**  He wasn't --

**LEE:**  Before -- before?

**STEINHOFF:**  He wasn't anything.

**LEE:**  He wasn't anything?

**STEINHOFF:**  He wasn't anything like he was this time.  I'd never seen Nick like this.

**LEE:**  How was he?

**STEINHOFF:**  He was just like -- I don't know what was wrong with him, but he was acting way weird.  He kept saying, "I hope she didn't go out and do something stupid, Kristin.  I hope she didn't go out and so something stupid."

**LEE:**  How was his state of mind?  Was he sober?

**STEINHOFF:**  I don't know if he was sober or not.  It didn't look like he was sober.

**LEE:**  Did you smell anything on him?

**STEINHOFF:**  Hmm-mm.

**LEE:**  Okay.  Was there anybody else with him?

**STEINHOFF:**  Nope.

**LEE:**  Anybody else come by while he was there?

**STEINHOFF:**  Um, Scott Hamilton came by.

**LEE:**  You know about when Scott showed up?

Exhibit 5031 at 4

**STEINHOFF:**  No, I don't know.  I don't remember which time. It --

**LEE:**  Did he --

**STEINHOFF:**  It should be with the first paper --

**LEE:**  Yeah.

**STEINHOFF:**  -- work, or whatever.

**LEE:**  Do you know, did Scott go with you guys?

**STEINHOFF:**  No, I kept telling Scott to come back because I was helping him out with Leah because he talks to me when he has problems with his girlfriend and stuff.

**LEE:**  Right.

**STEINHOFF:**  And I told him that Nick was having a really hard time, and to come back -- I kept telling him to come back in like a half an hour or whatever.

**LEE:**  Mm-hmm.

**STEINHOFF:**  And he kept coming back and stuff.  And then me and Nick left.

**LEE:**  And you left in a little Kia?

**STEINHOFF:**  Yeah.  And I told him I would drive him around looking for Leah.

**LEE:**  Where did you go?

**STEINHOFF:**  I drove him out to Dr. Sennet's house.

**LEE:**  Uh-huh.

**STEINHOFF:**  And we seen a hitchhiker girl standing at the stop sign.

Exhibit 5031 at 5

**LEE:**  Okay.  And about what time was that?  Do you have any idea?

**STEINHOFF:**  Um, about 12:00.

**LEE:**  Okay.

**STEINHOFF:**  Somewhere around midnight.

**LEE:**  Okay.

**STEINHOFF:**  Oh, no, wait.  That -- I don't know.  I don't know if -- it might have been later too.

**LEE:**  Okay.  Then what did you do after you went out toward Sennets'.

**STEINHOFF:**  Um, we didn't even all -- go all the way up in the driveway because we seen that there was no cars and we didn't want their parents to see us, so we just turned around really fast and I killed it, and then I drove back down the driveway and towards Coquille.  And when we got back to that stop sign -- no cars had passed us and no cars were behind us on the way there.  And that girl was gone.

**LEE:**  Which stop sign?  Oh, the one at the highway?

**STEINHOFF:**  The Fairview stop sign --

**LEE:**  Yeah, okay.

**STEINHOFF:**  -- where you can go up Fairview or back into town.

**LEE:**  Right.  Right.

**STEINHOFF:**  And when we passed that girl she sat down on the rocks.  And she had blonde hair.  She was wearing white

Exhibit 5031 at 6

tennis shoes, blue jeans, and she had a black sweatshirt on.

**LEE:**  Mm-hmm.  Okay.

**STEINHOFF:**  And I said, "Hey, Nick, let's pick up that hitchhiker."  He was all, "No, let's not."  And he was like really serious, and I was all, "I was just joking, Nick."

**LEE:**  Okay.  So what did you do then?

**STEINHOFF:**  Then we drove around town a couple more times. And then --

**LEE:**  Talk to anybody?

**STEINHOFF:**  No.

**LEE:**  Okay.

**STEINHOFF:**  And then I went and put $5 in gas or whatever, because I told Zack that I'd have it full so he could go back to work in Eugene the next day.  So we went down to that one gas station with the calling card -- or not a calling card, but a gas card.

**LEE:**  Right.  This one out here.

**STEINHOFF:**  Yeah.

**LEE:**  Bracelin and Yeager.

**STEINHOFF:**  And -- and I filled it up, and then I gave Nick the money, and we went back to my house.

**LEE:**  Now, why is he saying that you're snitching him off? Why is Ricky saying that?  How does Ricky enter into this? What happened since then?

**STEINHOFF:**  What happened since then?

Exhibit 5031 at 7

**LEE:**  Yeah.  Anything?  Nick talk to you at all?

**STEINHOFF:**  Yeah, Nick came over and --

**LEE:**  Rick talk -- Ricky talk to you at all?

**STEINHOFF:**  Yeah, Ricky talked to me.  He was over at my house with Tina.  Tina was over there, and Nick came over there.

**LEE:**  When was this?

**STEINHOFF:**  Like a couple of days after I got out of jail.

**LEE:**  Okay.  Well, let's go back.  Let's go back to the night that you were running him around.  Okay.  Then the next day, between that time and the time you went to jail, you didn't talk to Nick or to --

**STEINHOFF:**  I talked to Nick once, and that was the night before --

**LEE:**  Or to Rick?

**STEINHOFF:**  -- I was all drunk at the church, me and Hamilton were.

**LEE:**  (Laughs.)

**STEINHOFF:**  And you guys were sitting up at the junior high.

**LEE:**  That figures.  Yeah.

**STEINHOFF:**  And one of you guys pulled out and followed them, one of you guys pulled out and followed me and Hamilton.

**LEE:**  Okay.

**STEINHOFF:**  Do you remember that?

**LEE:**  Not offhand, but doesn't surprise me.  Yeah.

Exhibit 5031 at 8

**STEINHOFF:** And I was talking to him that night and I was all drunk, and I was, "Well, hey, Nicholas, remember that girl that was down at the stop sign?" And he kept saying no. And then like 15 minutes later he was all, "Yeah, I remember."

I was all, "You should have remembered" -- I don't know. He was acting kind of weird because he should have remembered it the first place, because he seen that hitchhiker. And he's all, "No, let's not pick her up."

**LEE:** Okay. So you haven't seen or talked with him much.

How about Rick?

**STEINHOFF:** Ricky, he's been over a couple of times, but they've kind of -- like we were really good friends, but after Leah died, then, I don't know. We haven't talked hardly at all. They don't tell me nothing anymore. And --

**LEE:** You said that you went up for a ride with them here, one night?

**STEINHOFF:** Yeah.

**LEE:** When was that?

**STEINHOFF:** Do you remember what night that was?

**FELKER:** It was last --

**LEE:** Can I steal one of those?

**FELKER:** I believe it was last Monday night.

**STEINHOFF:** I don't contribute to minors.

**FELKER:** It was last week sometime, but --

**LEE:** I'm not a minor, trust us.

Exhibit 5031 at 9

STEINHOFF:  Just checking.

FELKER:  But I think it was last Monday.

LEE:  Last Monday?

FELKER:  I believe.

LEE:  Okay.  So you went for a ride with him last Monday.  About when was that?

STEINHOFF:  Um, shit, I don't even remember the time.

FELKER:  Yeah, I left and went to work, so --

LEE:  Daylight?

FELKER:  It was after eight o'clock at night, because I left your house at 8:00 to go to work.

STEINHOFF:  It was like 1:00.  12:00 or 1:00.

LEE:  Okay.  So it was late?

STEINHOFF:  Yeah.  It was early in the morning, because Nick was over there and he started crying and was talking to Leah -- or not Leah but Tina, about who killed and -- who killed Leah and all this shit.  And I don't know.

LEE:  So what did he have to say?

STEINHOFF:  He was -- I don't know.  Nick -- I know he should be acting kind of weird since people think he did it and everybody's talking like he did it or whatever.

LEE:  What did he tell --

STEINHOFF:  But he's acting like -- it's a different weird.

LEE:  It's a different weird?

STEINHOFF:  Yeah.  He's act -- he said, Well, I want to find

Exhibit 5031 at 10

out who did it, and all this stuff, and he was blaming it on Phil -- Bill Middleton, or --

**FELKER:**  Oh, yeah?

**STEINHOFF:**  Is that his name, Joe?

**FELKER:**  Mm-hmm.

**STEINHOFF:**  Bill Middleton.

**LEE:**  Who?

**STEINHOFF:**  Bill Middleton.

**FELKER:**  Bill Middleton.

**LEE:**  Bill?

**STEINHOFF:**  My neighbor in Sanford Heights.

**LEE:**  Yeah.  Yeah.  And so that's what he was telling Tina?

**STEINHOFF:**  Yeah.  He was saying something like, "Yeah, he'd be the one to do it," or some shit like that.

**LEE:**  Okay.

**STEINHOFF:**  And Tina said that she wouldn't help find out who did it.

**LEE:**  Cool.

**STEINHOFF:**  That she didn't want me dragged into all this shit when I didn't do anything wrong but drive Nick around in --

**LEE:**  Okay.  So he's over there and he's talking to Tina, and how does it come about that Ricky's there and that you guys take off?

**STEINHOFF:**  Because Ricky and Nick came over to see me, and

Exhibit 5031 at 11

then Nick got into this big thing about talking to Tina about Leah.

**LEE:** Okay.

**STEINHOFF:** And Ricky wanted to leave, and he was like really anxious to leave. And I finally turned around and said, "Ricky, shut your mouth." Because he kept going, "Let's go, let's go, let's go."

And then when we left, me and him left to go get Nick's car, down at Ricky's house, we walked around the corner.

**LEE:** How did they get there?

**STEINHOFF:** They walked from Ricky's house.

**LEE:** Okay.

**STEINHOFF:** And then -- I don't know why they walked either. Because it was weird --

**LEE:** Needed the air. Who knows, huh?

**STEINHOFF:** They didn't know Tina was there or anything, because there was no other cars there. But when they knocked on the door and seen that Tina and Joshua were there, then -- I don't know. But we walked around the corner and went and got Nick's car, and I drove it back down to my house, and --

**LEE:** Which car is this?

**STEINHOFF:** The T-bird.

**LEE:** Okay.

**STEINHOFF:** The red one.

Exhibit 5031 at 12

**LEE:** And the night that you were running around looking for Leah, what car was he in then?

**STEINHOFF:** The blue Mustang.

**LEE:** Okay. So now he's in the maroon Ford T-bird or whatever he had?

**STEINHOFF:** Not anymore. He totaled it.

**LEE:** He totaled that car?

**STEINHOFF:** Yep. He ran it into the 300-and-something-pound cement like divider thing.

**LEE:** In the dike. Oh, shit.

**STEINHOFF:** He fell asleep on the dike and went head-on.

**LEE:** Oh, shit. I didn't know that.

**STEINHOFF:** Yep.

**LEE:** So anyway, you guys get in the car.

**STEINHOFF:** And we drove down to my house, and then I told Ricky to get out and go get Nick, and he went inside and said Nick's talking, or whatever.

And I said, "Well, let's go if we're going to go." And I said, "Well, tell him that me and you are going to drive down to the store, right back -- drive down to the store and we'll be right back." And he goes, "Okay." So he went and told him, and Nick said, "No, stay here." So I was like, "Fine."

So then I got out of the car and I went inside and I said, "Nick, are we going? Because if not, then I'm

Exhibit 5031 at 13

going to go to bed."

**LEE:**  Mm-hmm.

**STEINHOFF:**  And he said yeah, or whatever, and then he kept talking, and half an hour or 45 minutes later we finally went.

**LEE:**  And where did you go?

**STEINHOFF:**  We drove out to Fairview, behind a big dirt pile in Lee Valley.

**LEE:**  Where's that at?

**STEINHOFF:**  Um, there's a clearcut.

**LEE:**  Is this before the top of the mountain?

**STEINHOFF:**  It's after.

**LEE:**  Okay.  How far towards Four Corners?

**STEINHOFF:**  Mm, I don't really know.  It's right before -- right before the turnoff to go out towards where she was found.

**LEE:**  Okay.  And there's a clearcut there over the hill?

**STEINHOFF:**  Yeah.  There's a really sharp corner, and it goes down -- it's kind of slanted like that, and it's a really sharp corner that goes around.

**LEE:**  Okay.  And what's there?

**STEINHOFF:**  There's a road that's like right there, and you have to be like -- you have to know that it's there or whatever, not to miss it.

**LEE:**  Okay.

Exhibit 5031 at 14

**STEINHOFF:**  Because you can miss it really easy.

And you go up the road, it's a dirt road, and you go behind the clearcut and the gravel pit -- or the rock pile.

**LEE:**  Okay.

**STEINHOFF:**  Where the dirt is.

And he parked behind there.  He put it in reverse and backed in there, and we sat there, and Ricky didn't say nothing the whole time, since we left my house.

**LEE:**  Did Nick say anything the whole time?

**STEINHOFF:**  He said a couple of things, like when we stopped I said, "What are we doing?"  Go -- he said, "Nothing."  And I said, "Well, why can't we just go to my house?"  And he said, "Because Tina's there."

**LEE:**  Mm-hmm.

**STEINHOFF:**  And we sat there for like 15 minutes.  And I said, "Well, let's just go to my house because I don't want to sit out here."  And I told him that I was scared because I had a weird feeling.

**LEE:**  Yeah.

**STEINHOFF:**  And they said okay.  So then they started up the car, and Ricky still hadn't said nothing.  And I turned around and said, "Ricky, you talk too much."

**LEE:**  (Laughs.)

**STEINHOFF:**  And he didn't say nothing.

Exhibit 5031 at 15

**LEE:**  Now who's being the smart-ass?  Yeah.

**STEINHOFF:**  (Laughs.)

**LEE:**  And so you -- then what?  Then you came back to town?

**STEINHOFF:**  Mm-hmm.  And we went to my house.

**LEE:**  And what happened when you got to your house?

**STEINHOFF:**  Then Tina and Joshua showed back up, and it was like -- I don't know what time it was then.  It was like close to daylight.

**LEE:**  Mm-hmm.

**STEINHOFF:**  And we were sitting there and we were talking, and then when they showed up I told them that I was going to go to bed or whatever, and she said she was going home and going to bed, and she'll stop by tomorrow.

**LEE:**  Now, you're saying that -- too, that Ricky and Nick are saying that you're doing what?

**STEINHOFF:**  Nick didn't say nothing to me.

**LEE:**  Okay.  It was Ricky that said this?

**STEINHOFF:**  Yeah, Ricky was at Fast Mart, and then --

**LEE:**  When?

**STEINHOFF:**  Last night --

**LEE:**  Okay.  What did he say to you there?

**STEINHOFF:**  -- right after I seen you.

**LEE:**  Okay.  What did he say?

**STEINHOFF:**  He said, "What are you going around telling everybody that me and Nick are the ones that killed Leah?"

Exhibit 5031 at 16

And I said, I -- "I haven't said anything, Ricky."

And he goes, "Why are you hanging out with Tina Lehman?"  And then --

LEE:  What did you tell him?

STEINHOFF:  I said, "Because."  I don't know.

LEE:  And he didn't have anything more to say about that?

STEINHOFF:  Well, he called me worthless.  And then he was talking about taking my mouth and putting it on the curb.

LEE:  Really?

STEINHOFF:  Yeah.  And then --

LEE:  I don't know who that is, either.

Car look familiar to anybody?

FELKER:  Not to me.

STEINHOFF:  No.  Actually, I've never even seen it before.

When I seen Ricky tonight at Fast Mart he goes, "What are you doing talking to the cops?"  I said, "Because I need to get my clothes back from my mom."

LEE:  Right on.  I talked to your mom, by the way.

STEINHOFF:  What'd she say?

LEE:  She said that there were clothes put in some baskets when you went to jail, and that they were at your mom's house.

STEINHOFF:  They're at my grandma's or my moms?

LEE:  At your grandmother's.

Exhibit 5031 at 17

**STEINHOFF:** That's bullshit, because I didn't get nothing but two pairs of jeans. She even stole my underwear.

**LEE:** I know. I've got the list.

**STEINHOFF:** And she's got my stuff because she took it from Dewey's house.

**LEE:** And what's the stuff that -- CDs. That's what --

**STEINHOFF:** Yep.

**LEE:** -- Reed's got, right?

**STEINHOFF:** Either Heather or Heidi or my mom.

**LEE:** Heidi Crook?

**STEINHOFF:** Yep. Or Dewey. Because they were at Dewey's house, and I know that Dewey laid all my shit out and let everybody go through it.

**LEE:** Okay. Okay.

**STEINHOFF:** And take what they wanted.

**LEE:** So Ricky said he was going to put your mouth to the curb?

**STEINHOFF:** Yeah, but my teeth on the curb and kick the shit out of me.

**LEE:** Did he have anything more to say?

**STEINHOFF:** Um, he hit me, and then I punched him in the kidneys.

**LEE:** And where did he hit you?

**STEINHOFF:** On the side.

**LEE:** Okay. Pretty good punch?

Exhibit 5031 at 18

**STEINHOFF:**  It didn't hurt that bad.  Um -- he was being an asshole --

**LEE:**  Yeah.

**STEINHOFF:**  -- but he got a shiner.  See where he's got a black eye.

**LEE:**  Oh, so you got him -- you got him good?

**STEINHOFF:**  No, I didn't.  Somebody else knocked him out.  He talked shit to the wrong person.

**LEE:**  Oh, very -- very interesting.  (Laughs.)

**STEINHOFF:**  I would have knocked him out, but I didn't want another assault charge.

**LEE:**  Ah, yeah, yeah, yeah.  Probably a good thing.

So that's the last time you saw Ricky?

**STEINHOFF:**  I seen him tonight.

**LEE:**  Did he have anything to say to you tonight?

**STEINHOFF:**  He asked me why I was talking to the cops, and I said, "Because I need to get my stuff back from my mom."

**LEE:**  Okay.

**STEINHOFF:**  And then --

**LEE:**  And that was fine with him?

**STEINHOFF:**  Yeah.

**LEE:**  Or did he flick you more shit?

**STEINHOFF:**  He got out of the car and he goes, "Go buy me a peanut butter Rice Krispie Treat."

**LEE:**  Who was he in a car with?

Exhibit 5031 at 19

**STEINHOFF:**  Darla Baker and Mike Devore (phonetic).

**LEE:**  Okay.

**STEINHOFF:**  And they were going out to Darla's.

**LEE:**  Okay.  So that's about it, huh?  Or do you have anything else that you're holding back now?

**STEINHOFF:**  Nope, nothing.

**LEE:**  Nothing?

**STEINHOFF:**  But when I seen Nick last night, and Justin Hunter, he was driving Shawna Larson's (phonetic) car.

**LEE:**  Yeah.

**STEINHOFF:**  He like glared at me.  He wouldn't even look at me.

**LEE:**  But he --

**STEINHOFF:**  He looked at me once and he --

**LEE:**  But he didn't say anything to you?

**STEINHOFF:**  Nope.

**LEE:**  Okay.  How do you feel about that whole situation?

**STEINHOFF:**  I've never felt this weird about my friends, and I don't think that I should have a weird feeling like that.

**LEE:**  And I agree with you there.

**STEINHOFF:**  And I've thought from the very beginning that Nick might have something to do with it.

**LEE:**  What made you think that?

**FELKER:**  Just the way he was acting.

**LEE:**  You just said he was acting different that night.

Exhibit 5031 at 20

**STEINHOFF:**  Mm-hmm.

**LEE:**  But he -- okay.

**STEINHOFF:**  It was like a different -- I don't know.  Every other time Leah has left and he's came and told me that he can't find her anywhere --

**LEE:**  Mm-hmm.

**STEINHOFF:**  -- he's acted totally different.  This is like a different -- I don't know.  You'd just have to be there to see him, because I've never seen anybody act like this.  And then when I seen him and Ricky at the church, we were talking about that hitchhiker girl.  And Ricky goes, "Yeah, well, if Leah would have seen you with Nick, then she would have just jumped in the bushes and slit her wrists or something."

**LEE:**  Okay.

**STEINHOFF:**  But that night that they drove me out to Fairview, Nick did try to have sex with me.

**LEE:**  And you didn't go for that?

**STEINHOFF:**  We didn't, hmm-mm.  And he told me, he goes, "You can't tell anybody."  And I said, "Nick, I'm not going to tell anybody anyway."

**LEE:**  I know.

**STEINHOFF:**  Because of the whole Leah thing, and --

**LEE:**  Yeah.  But he stopped?

**STEINHOFF:**  Yeah.  We both didn't do anything.

**LEE:**  Yeah.  Yeah.  So as far as that was concerned, that was

Exhibit 5031 at 21

fine because it stopped when he was told to stop, right?

**STEINHOFF:** Yeah.

**LEE:** Okay.

**STEINHOFF:** And I don't know, we both kind of felt weird about it, and then Scott Hamilton told me -- this was a -- like a really important thing that I have to tell you too.

**LEE:** Okay.

**FELKER:** I'm glad you're going to tell him.

**STEINHOFF:** What?

**FELKER:** I said I'm glad you're going to tell him that.

**STEINHOFF:** I was waiting for the last, so --

**LEE:** Yeah.

**STEINHOFF:** It's like the most important thing.

Scott Hamilton told me that Nick McGuffin drove him out to Fairview and he drove him to the same spot Leah's body was found --

**LEE:** Mm-hmm.

**STEINHOFF:** And said something about Leah's head being on that rock. And Scott said that Nick was kicking his tire marks out of the gravel.

**LEE:** When they left?

**STEINHOFF:** Yeah. And when Scott was standing outside, like looking at the place where they found her body.

**LEE:** Did he say anything -- did Scott tell you that he said anything other than that to him?

Exhibit 5031 at 22

**STEINHOFF:**  Scott said he was acting weird, and --

**LEE:**  Why did he take Scott out there?

**STEINHOFF:**  I don't know.  That's what Scott said, and Scott said he was acting way weird, and he scared him, and he will not go anywhere around him now.

**LEE:**  Was that daytime?  Nighttime?

**STEINHOFF:**  It was daytime.

**LEE:**  When was that?

**STEINHOFF:**  Um, I don't know, probably -- I was probably still in jail, so it was probably a couple of days before I got out of jail.

**LEE:**  When did you get out of jail?

**STEINHOFF:**  28th.

**LEE:**  28th of this month?  Or, I mean, this is what, September?

**FELKER:**  Last month.

**LEE:**  28th of August?

**STEINHOFF:**  Yep.

**LEE:**  So probably around the 26th, 27th, something like that?

**STEINHOFF:**  Mm-hmm.

**LEE:**  Okay.

**STEINHOFF:**  But I told Nick that Scott told me that, that night that they took me out Lee Valley.  And --

**LEE:**  You told him what?  That --

**STEINHOFF:**  Scott.

Exhibit 5031 at 23

**LEE:**  That Scott told you that Nick took him out there?

What --

**STEINHOFF:**  And Scott -- that Scott told me that, and he said he will not go anywhere around him because he's scared of him, and he was acting way weird.  And then I told Nick that Scott told me that Nick took him out there where Leah's body was found, and Nick goes, "Well, how did Scott tell you I was acting?"  And I said, "I don't know.  He didn't say you were crying."

**LEE:**  Yeah.

**STEINHOFF:**  "He just said you were acting weird."

**LEE:**  Did he have anything to say about that?

**STEINHOFF:**  He just like went like this, and -- because I took him in my bathroom and I was talking to him, because Ricky and Tina were --

**LEE:**  This was in that -- this was back at your house, then?

**STEINHOFF:**  Mm-hmm.

**LEE:**  Yeah.

**STEINHOFF:**  And Ricky and Tina were in my living room, so I said, "Nick, come here, I need to talk to you."

After I told him that he just leaned down and went like that, and he was like going like this.

**LEE:**  Put his hands on -- put his head in his hands and rocked, huh?  Okay.  Anything else?

**STEINHOFF:**  Anything else?

Exhibit 5031 at 24

**FELKER:**  Not that I know of.

**STEINHOFF:**  Oh, my aunt totally like flipped her noodle.
She's lost it, gone.

**LEE:**  Is that Tamara?  (Laughs.)  How is that?

**STEINHOFF:**  Her and her premonitions.

**LEE:**  Shall I turn this off now?

**STEINHOFF:**  Yeah.

**LEE:**  (Laughs.)  Okay.

(End of recording.)


--oOo--


I certify, by signing below, that the foregoing is a correct
transcript of a CD recording dated September 12, 2000, and
transcribed this 22nd day of December, 2010.


_____

PEGGY S. JILLSON, TRANSCRIBER

Exhibit 5031 at 25