**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

       Plaintiffs,

         v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

       Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5032 –**
Steinhoff Handwritten
Statement 6/27/10

(1)

Rickey Crook told me that Leah was pregnant and Leahs mom was gonna press charges on Nick. Nick & Rickey took me out to poe Ln. in fairview and there was a gun laying on the back seat and I told them I wanted to go home and they wouldnt take me home they finaly took me home this was after Leah went missing. Nick came over to my house the night Leah went missing and said that him & Leah were arguin and she took of walking and he couldnt find her

Tina Lamen told me not to go with Nick & Rickey out to poe Ln. in fairview cause she heard that they were going to hurt me (Kill me)

a week before Leah went missing Rickey told me that Leah was ~~pregnant~~ pregnant and ~~~~ ~~and~~ Leahsmom was gonna press Statchatory rape charges on him and

Exhibit 5032 at 1

2) nick was gonna go to Jail and ~~there~~ Rickey told me that nick was gonna do something to leah

nick told me to keep my mouth shut and not to ~~to~~ tell them he was at my house that night cause I told the cops that he was acting really strange the night leah went missing.

all the things that I have heard and when they took me out to poe Ln. in fairview made me so scared of them because I thought they were gonna kill me I think if there wasn't people at my house when we left that they would have done someth to me.

x _Kristen Skinner_ 6/27/10

Exhibit 5032 at 2