**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5033 –** Transcript of the Audio Steinhoff Interview by Davis 2/14/02 |
| Defendants. | |

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 1

34

JD:     Okay, first of all this is a tape recorder and it's gonna tape record our conversation we're going to have. My name is Jim Davis. I'm a detective with the Oregon State Police. We're at the, uh, State Patrol office here in Coos Bay and the time is 12:05 P.M. on the 14th of...of, uh, February 2002. Actually it's Valentine's Day and I'm talking to Kristen Steinhoff, all...also...known as, uh, Kristen Steinhoff Ramsey. Is that correct?

KS:     Yes.

JD:     Your date of birth is ▮▮▮▮▮▮▮ Am I correct?

KS:     Yes.

JD:     Okay. Your...you live at, uh, 827 South5th, coos Bay)...

KS:     Yes.

JD:     Okay. And when you answer my questions, if you could speak up so we make sure that we get this on the tape recorder, okay?

KS:     Okay.

JD:     All right. And what we were talking about is we were talking about Leah Freeman and her, uh, ultimate death and when she disappeared on the 28th of June 2000. And let's kinda back up again, I...you know, I'd like to go over this again. I want to get it on tape. And what happened was is that night on the 28th, I think you already told me that you, uh, sometime around 11:30, midnight or whatever, and you were with Zach. What's Zack's last name?

KS:     I'm not sure. He...

JD:     Okay.

KS:     ...was one of my mom's friends.

JD:     Okay. And you were taking him and his daughter home, right?

KS:     Yes.

JD:     Okay. And you say on the way to Zach's house you saw Nick McGuffin and walking around the Maytag store?

KS:     Yes.

Exhibit 5033 at 1

35

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 2

JD:     Okay.  And he was, uh, and you stopped and you talked to him and what did you say to him?

KS:     I was jokin around and I said "What are ya doin, stealin flowers?
JD:     And what did he say?

KS:     He said, "No.. I can't find Leah."

JD:     Okay.  And he was looking for her at the time?

KS:     Yes.

JD:     Did you see his car there; see any car there?

KS:     I didn't see any car there.

JD:     Okay.  That's a bright street in the area.  So would you have noticed his car being there, if it was there?

KS:     Yeah, because there was no cars there.  I would have noticed a car.

JD:     Mm hmm.

KS:     And I would have noticed his car.

JD:     Okay. And you know when you go up by, when you go down by Highway 42 there. You know there's another road that goes up and stops.  Okay and there's a bunch of blackberry bushes.  If you make the le…the left curve there onto the highway, and there's another dirt road that goes up there.  People go up there and park and pick berries.

KS:     I've never seen that road.  I didn't know that road was there.

JD:     Yeah.  It's…it's not actually a road.  It's just a parking area up there.  People go up there and park and…it's right next to the highway there.

KS:     (Inaudible) didn't…

JD:     (Inaudible) okay. (Telephone call)  I'll be stopping the tape for a short time to take a phone call.  Okay.  The time is about 12:08 P.M.  Did we discuss anything while I was off the tape?

KS:     No.

Exhibit 5033 at 2

36

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 3

JD:     Okay.  I just took a phone call from Sergeant Zanni.  Um, so you dropped Zach and his daughter off.  You said (inaudible) talked to him about 15 (fifteen) minutes.  What did you talk about?  Do you remember?

KS:     Um, not really anything, but, um, he had to go to Eugene the next day.

JD:     Okay.

KS:     The next morning, so I was just standin there talkin with him.

JD:     Okay.  When you left there…

KS:     Mm hmm.

JD:     …where did you go then?

KS:     I went to my grandma's house and I…

JD:     Which is where?  Where does she live?

KS:     On Dean Street.

JD:     On Dean?

KS:     Yeah, my old house.

JD:     Okay.  What is her name?

KS:     Ava Wisecarver.

JD:     Okay.  And what did you do there?

KS:     Um, I got some CD's.

JD:     Okay.  Got some CD's…

KS:     Mm hmm.

JD:     …and did you see…did you tell me that you didn't see Nick on your way back through?

KS:     Hmm mm.

JD:     Okay.  And then you went down to the Highway Deli?

Exhibit 5033 at 3

37

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 4

KS:    Yes.

JD:    And Nick showed up?

KS:    Mm hmm.

JD:    Uh, Nick was driving his blue mustang. Is that what you said?

KS:    Yeah.

JD:    ...wasn't he? He said something to you that he was driving the mustang because of what?

KS:    Um, I don't really remember it was so long ago, but, um, him and his dad were fighting because he took the T-bird away or something like that.

JD:    Okay.

KS:    But then earlier that night I seen him driving the T-bird.

JD:    Okay. And then how long did you guys talk there before you left? (Inaudible.)

KS:    Um, like a couple a minutes. Not very long at all.

JD:    A couple minutes, okay. So then you left there you picked up, uh...what did you buy there, do you remember?

KS:    I don't remember. I probably bought something to eat.

JD:    Was it an air freshener?

KS:    An air freshener?

JD:    Yeah. Did you buy an air freshener for your car or something? His car or whatever?

KS:    No, I think I probably bought something to eat.

JD:    Oh. All right. And you were...your boyfriend at the time was Scott Hamilton?

KS:    Yeah.

JD:    Okay. And he was at your house when you got there?

KS:    Mm hmm.

Exhibit 5033 at 4

38

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 5

JD:     And what did you tell him?

KS:     Um, Nick was coming over to talk to me...

JD:     Mm hmm.

KS:     ...about Leah.

JD:     Why did Scott leave?

KS:     Um, I don't know.

JD:     You don't know?

KS:     Either I asked him to or he was gonna go home.  I'm not really sure.  It was so long ago.

JD:     So Nick showed up a few minutes after Scott left.  Where was...was that after Scott left?

KS:     Mm hmm.

JD:     All right.  Um, just a second. Um let's back up just a...just a second here.  Okay. And I missed this when I asked you a moment ago.  When you left the...that deli, did you go to the car wash then?  Cuz that's what is here.  You told, uh, told (inaudible) that you drove over to the car wash, put the air freshener in the car and saw Nick drive away and make a left turn on...

KS:     Oh, that's where his car....

JD:     ...(inaudible).

KS:     ...where his car was, um, where air freshener)...

JD:     Uh huh.

KS:     Because it smelled like cigarettes in there...

JD:     Right.

KS:     ...and his daughter was in there.

JD:     Uh huh.

KS:     Cuz I was smoking cigarettes in there and gave...

Exhibit 5033 at 5

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 6

39

JD:     Zach?

KS:     Yeah.

JD:     Okay.  How old is Zach?

KS:     Um, I'm not sure.  He's like 20 (twenty) something.  He was one of my mom's friends.

JD:     Okay.  Was he a boyfriend or…?

KS:     I don't know.  They went out for a couple days, but then my mom…I don't know…

JD:     All right.

KS:     …she does that with a lot of people.

JD:     Okay.  So then you went home and we just talked about that.  And then Nick showed up.

KS:     Mm hmm.

JD:     What happened when Nick got there?

KS:     Um, we went into my grandma's house and we were talking about Leah cuz he…

JD:     Was your grandma there at the time?

KS:     Hmm mm.

JD:     Okay.  So just you and Nick.

KS:     And my mom.

JD:     And your mom was there?

KS:     Yeah.  She was in her bedroom sleeping.

JD:     Oh, she was asleep, okay.

KS:     I think she was asleep.

JD:     So…

Exhibit 5033 at 6

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 7

KS:    …I'm not sure.

JD:    …and what's your mother's name?

KS:    Heather.

JD:    Heather?

KS:    McMullen.

JD:    McMullen, okay. So what happened then?

KS:    Um, we went into the house and we talked about Leah because he said that him and her were fighting or something like that and he thought she was pregnant. Or she thought she was pregnant.

JD:    That's what Nick told you?

KS:    Yeah.

JD:    Okay.

KS:    And, um, uh, he just asked me like "What should I do?" cuz he said he went to her window at her grandma's house and he threw little rocks at the window like he always does…

JD:    Mm hmm.

KS:    …She didn't come to the window.

JD:    Okay.

KS:    I said, "Well maybe she's just mad at you and, um, it'll be better tomorrow. Just wait until tomorrow. Just go home and go to bed and wait until tomorrow." And he said, "No, but it's…" He said, "It's weird. It's not like…like any other day when we're fighting or something." Cuz he threw rocks at her window and she never came. I said, "Nick, calm down. It's okay."

JD:    What? Say that again. He did what? Threw rocks where?

KS:    Yeah. He said he used to throw little pebbles at…

JD:    At her window?

KS:    Yeah. And she'd come to the window.

Exhibit 5033 at 7

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 8

JD:     Okay.

KS:     But he said she…he says that, um, he threw rock…rocks at the window and she never come to the window.

JD:     Okay.

KS:     I said, "She's probably just mad at you.  Wait 'til tomorrow and she'll get over it."

**JD:     And he said he thought…he thought she was pregnant?**

KS:     Yeah.

JD:     All right.

KS:     Or she thought she was pregnant or something like that cuz she had to go to the clinic to get a test or something.

JD:     Did she actually go to the clinic or do you know?

KS:     I have no clue.

**JD:     Okay. Uh, and then he makes the comment to you, "When all my other girlfriends have done this in the past, they have been out cheating on me."?**

KS:     Yeah.  "I've been known…."…..

**JD:     And what did he say when he…how was his voice…what was his…what did he sound like when he was saying that?**

KS:     Not anything like I've ever…I don't know.  I've never seen somebody act like the way he acted that night.

**JD:     Well tell me how…the way he was acting.**

KS:     He was acting weird like she was never coming back or something.

**JD:     Did he actually say that?**

KS:     I don't…No he didn't say that, but he acted like it the way he said…I don't know.  It was just weird.  I don't know how to explain it.

**JD:     But he didn't tell you what he said he didn't know how to explain?**

Exhibit 5033 at 8

42

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 9

KS:    (Inaudible.)

JD:    He...he wouldn't say to you what it was that he didn't know how to explain or...?

KS:    He...yeah, he didn't know. He just...the way he was acting was just weird.

JD:    Okay. And then people have a lot of different interpretations of what "weird" is...

KS:    Well, I don't know.

JD:    Can you tell me what "weird" is in your book?

KS:    I don't know. I just know he acted like she was never coming back to...when he says that the threw rocks at her window...

JD:    Yeah.

KS:    ...and he always did that or whatever, she used to come to the window, but I told him just to go home and go to bed and she'll be over it. It'll be okay tomorrow.

JD:    Okay.

KS:    He acted like it...there was never gonna be a tomorrow.

JD:    Okay.

KS:    I don't know. I can't explain it.

JD:    And...

KS:    It was just the way he was acting.

JD:    Was he mad?

KS:    Mad and like...I don't know. Like a nervous or scared or somethin.

JD:    Mm hmm. Did you know Leah?

KS:    No I didn't. I only talked to her like one (1) time.

JD:    When you say "nervous and scared" what do you think he was scared of?

Exhibit 5033 at 9

43

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 10

KS:    I don't know. The way he was acting he was like…I don't know, like shaking…

JD:    Mm hmm.

KS:    …kind of and I don't know.

JD:    Okay. Do you…don't you think it's kind of odd, though, that he's worried about her not cheating on him or at least his past girlfriends, anyway…

KS:    And then he tried…

JD:    And then he tried…

KS:    …to do stuff with me.

JD:    …to put the move on you?

KS:    Yeah.

JD:    All right. What did he say to you?

KS:    He didn't say anything. I mean I don't know how he could that and then be so worried about what she was doin.

JD:    Okay. So you leave with him. You go out and look for her?

KS:    Yeah.

JD:    And then you come back?

KS:    Yeah.

JD:    And at what point did you guys smoke dope together? When you got back or before you left?

KS:    Um, when we got back.

JD:    Okay. How much dope did he have with him?

KS:    I'm not sure. He put a little bit in his pipe and I took like two (2) hits and that was it.

JD:    Cuz he…he had a bowl. He had a pipe and he just put it in the bowl and…was he…had he been drinking or anything?

Exhibit 5033 at 10

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 11

KS:     I don't know.

JD:     Did he say how much he'd been smoking?  How much dope he'd been smoking?

KS:     Hmm mm.

JD:     Well when he came back, he said to you…or he tried to kiss you…

KS:     Mm hmm.

JD:     …what was he doing when he tried that on you?

KS:     He just tried to kiss me.

JD:     Did he grab a hold of you or just…?

KS:     Just leaned over.

JD:     Did you think that was quite odd, too, is him…?

KS:     Yeah, because…

JD:     …(inaudible) tryin to do that…?

KS:     …if he was so worried about what she was doing and knowing that she was out cheatin on him or all his other girlfriends were out cheating on him, when they use to do that; then he tried to do stuff with me.

JD:     Okay.  Well I think there was probably more that he tried to do, right?

KS:     Well, I didn't do anything with him.

JD:     I know.  But he tried to do some other stuff, right?

KS:     Well kind of, but…

JD:     What…what do you mean, "kind of"?

KS:     Cuz he leaned over me when I was layin down on the bed.

JD:     Oh you went…you were…this happened in your bedroom?

Exhibit 5033 at 11

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 12

45

JD:    Did you guys go in there?

KS:    Yeah.

JD:    I mean did you invite him in is what I mean?

KS:    Yeah because he asked.

JD:    Okay.  How were you dressed?  Do you remember?

KS:    I had my jeans on and my sweatshirt and probably a jacket and my shoes.

JD:    And you were laying on the bed like that?

KS:    Well I was leaning back on the bed.

JD:    Okay.

KS:    Like with my arms like this (demonstrating).

JD:    Mm hmm.

KS:    And he was sitting on the end of the bed and he leaned over me.

JD:    And what did he say?

KS:    He didn't say anything.

JD:    But, you know, when you answered that question a moment ago, it was like he might have tried to do a little bit more than tryin to get a kiss or something.

KS:    Well if he was now layin over me, he was probably gonna try more, but...

JD:    Did he put his hands on you or...?

KS:    Yeah he put his hands on my shoulder.

JD:    On your shoulders.  Trying to hold you down or something or...?

KS:    Well, I don't know.  He was layin over me...

JD:    (Inaudible.)

KS:    ...he put his hands on my shoulders like he was gonna lay right on top of me.

Exhibit 5033 at 12



SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 13

**JD:** Okay. I'm gonna pretend this is a (inaudible) with this chair. So stand up a minute here. Okay put your hand where he had his hands.

**KS:** (Demonstrating.)

**JD:** just on...on his...on your shoulders?

**KS:** Yeah.

**JD:** But he was leaning over you? Didn't...

**KS:** Yeah he...

**JD:** ...try to lay down on top of you...?

**KS:** (Inaudible)...yeah, he was gonna lean over me and put his hands on my shoulders and lay on top of me.

**JD:** And he didn't say anything?

**KS:** Huh uh.

**JD:** Did you kiss him back?

**KS:** I kissed him like...I didn't really kiss him back. I put my lips on his, but I don't know. Then I started thinkin...I don't know. It was all weird that night. He was acting way too weird.

**JD:** And I wish you could...I wish you could articulate that...your perception of how weird he was.

**KS:** I know. I...

**JD:** For the tape.

**KS:** I don't know. I don't know how to explain it cuz I've never seen somebody act like that.

**JD:** Okay. I'm gonna ask for your opinion, okay?

**KS:** (Inaudible response.)

**JD:** In here, when you say that he's really acting weird and you've never seen him act like that before, what do you think that was...the reason for that was?

Exhibit 5033 at 13

47

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 14

KS:   I don't know.

JD:   Would it be, in your opinion; only in your opinion, would that be something that if your…say you had a boyfriend that you really cared about and he was missing and you feared…you know, you had some fears about that and you weren't the cause of his disappearance or what have you and then you get this guy who is…say for an example your husband's best friend, who's out helping you trying to find her…your, uh, boyfriend and this guy tries to put a move on you. You know, I mean the more…would you try to put a move on this guy?

KS:   No, I wouldn't.

JD:   Okay. All right. See I'm just asking for your opinion. So you thought it was really odd that Nick…

KS:   Was tryin to do that, if he was…

JD:   …(inaudible)

KS:   …so worried about what Leah was doing.

JD:   Right. Okay. Was it…was it your impression that they were, uh, they were pretty close?

KS:   Yeah from what Nick says.

JD:   Mm hmm.

KS:   He's…he's always asking me advice and stuff about what he should do cuz…I don't know. He said he loved her a lot and all this stuff.

JD:   Has he ever tried to put the move on you before?

KS:   Hmm mm.

JD:   You're sure of that?

KS:   Mm hmm.

JD:   What about afterwards?

KS:   Just that night.

JD:   Okay. But didn't he…?

Exhibit 5033 at 14

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 15

KS:    (Inaudible.)  And then him and Ricky drove me to that one landing place where the trailer was at Tina Lehman's

JD:    Mm hmm.

KS:    ...before they put the house there...

JD:    Mm hmm.

KS:    ...a little modular home or whatever it is, but I don't know.

JD:    I think that's when he asked you to have sex with him that night, didn't he?

KS:    Well Ricky was in the car.

JD:    I know, but Nick asked you to have sex with him?

KS:    Hmm mm.

JD:    You're positive of that?

KS:    I don't think he did.  I'm not sure.  I don't remember it was so long ago.

JD:    What did you guys do when you did...went out there?

KS:    We were just sittin there.  We sat there for like 15 (fifteen) or 20 (twenty) minutes and Ricky didn't say anything and he's got a big mouth and he's usually talking crap.  Cuz we use to fight like we're brother and sister.

JD:    And Nick wasn't...or Ricky wasn't saying anything at all?

KS:    Ricky didn't say nothin.  He was sittin in the back seat behind me and he didn't say one word.

JD:    Smokin, was he Smokin dope?

KS:    He had a torch  in his hand and I don't know if he went out there to smoke or.......

JD:    Does, uh, Ricky do white stuff?

KS:    Yeah.

JD:    What about Nick?

Exhibit 5033 at 15

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 16

KS:    Yeah.

JD:    A lot of white stuff?

KS:    (Inaudible response.)

JD:    Was he doin it that night?

KS:    I think so. Cuz him and, um, Ricky walked down to my grandma's house and then they seen the, um, Tina Lehman was there and me and then Nick wanted to leave.

JD:    Okay. Tina Lehman?

KS:    Yeah.

JD:    L-e-h-m-a-n?

KS:    I think so.

JD:    Okay. Okay. (Inaudible) When he came over that night to your house, the night that she disappeared, was he doin white dope that night?

KS:    Yeah.

JD:    Did you see him do white dope that night?

KS:    Well we took a couple hits.

JD:    You took a couple hits, too?

KS:    Yeah.

JD:    Okay. How did you do it?

KS:    We smoked it.

JD:    He had one...he had a pipe?

**KS:    He had a pipe.**

**JD:    So, then you smoked marijuana, too?**

**KS:    No.**

Exhibit 5033 at 16

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 17

50

JD:     You just...just white dope?

KS:     Yeah.

JD:     Was it crank?  Coke?

KS:     Crank.

JD:     Crank.  Okay.  Did it get you high?

KS:     No not really it didn't at all.

JD:     Did Nick appear to be high?

KS:     Yeah he...that and I don't know what else...he wasn't aware his pupils were like humongous.  I couldn't even...you could barely even tell the color of his eyes.

JD:     Okay.  Um, now I'm gonna ask you again, okay?

KS:     (Inaudible response.)

JD:     And I don't think you're being totally honest with me, Kristen, and I think that's really important that you do that, okay?

KS:     I am...

JD:     Let...let me finish...let me finish, okay?

KS:     (Inaudible response.)

JD:     You need to be totally honest with me, it's very important, about your relationship with Nick.  And I think he tried a little bit more than just to kiss you that night, right?

KS:     (Inaudible response.)

JD:     Am I right?

KS:     Well, kind of, yeah.

JD:     Okay.  "Kind of", what did he do?  It's okay.  It's all right.  It's okay.  I understand.  What did he do?

KS:     Um, he tried to have sex with me and then I told him he had to stop.

Exhibit 5033 at 17

51

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 18

JD:    Okay. What do you mean "he tried to have sex with you"?

KS:    Because he had his pants like almost all the way down and he was trying to take my pants off and then I told him we had to stop.

JD:    Was he playing with your breasts? Fondling your breasts and stuff like that?

KS:    Yeah.

JD:    And you allowed him to do that? Is that right?

KS:    Well, I didn't know what to say. I couldn't...I...it was just like...

JD:    Were his hands on the inside or the outside of your clothing when he was fondling your breasts?

KS:    On the inside.

JD:    Okay. What about your lower body?

KS:    He touched me like a couple times down there and then he tried to take off my pants.

JD:    Okay. He touched you a couple times down there; bare skin to bare skin?

KS:    No on the outside of my pants.

JD:    On the outside of your pants. And what was he saying to you?

KS:    He didn't say anything. He wasn't saying nothin.

JD:    He was kissing you and so on and so forth?

KS:    Yeah and I didn't...I didn't know what to say. I couldn't say stop. It was just like I was in...I don't know.

JD:    So that was kind of weird, do you think, that...?

KS:    Yeah. It was...it made me feel like weird and I couldn't say nothin. I couldn't get over...

JD:    Okay.

KS:    I don't know. I was all weird.

Exhibit 5033 at 18



SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 19

**JD:** Okay. And that was when you got back from looking for Leah?

**KS:** (Inaudible response.)

**JD:** And then before that, he's saying to you he's really worried about her? Is that what he...is that what your words are?

**KS:** Mm hmm.

**JD:** That he was really worried. He really wanted to find her. That he was in love with her and...?

**KS:** Yeah and that all his other girlfriends, when they were out doin this, they were always cheating on him and stuff like that.

**JD:** Okay. Okay. It's very important that you remember all these things, okay?

**KS:** (Inaudible response.)

**JD:** And you know, when you talked about...talked to me about this a little while ago, you know, you were...I knew you weren't telling me everything; you're withholding and I understand that. Believe me, okay?

**KS:** (Inaudible response.)

**JD:** But you need to tell me everything and...so we can get this all done and over with, okay?

**KS:** (Inaudible response.)

**JD:** Totally. Now when you guys went out...what happened when you told him "No."?

**KS:** He had just got off of me and he's...I don't know. He didn't say anything. He just got up and sat at the end of the bed for a second. And then I went into the bathroom and that was it. And then I said I wanted to go to bed.

**JD:** And what did he say?

**KS:** He said, "Okay." And he got up and left.

**JD:** Now when you say he had his pants all the way down...?

**KS:** He...had his pants like...both pants unbuttoned and unzipped and they were like to here (demonstrating)...

Exhibit 5033 at 19

53

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 20

JD:     Mm hmm.

KS:     I don't know. He started to undo his pants and then he tried to undo mine. And I don't know…I couldn't say nothin. It was all so weird. I just didn't even move. I didn't know what to say.

JD:     Mm hmm. Did he…did…was his penis exposed, do you know?

KS:     Kind of, yeah.

JD:     Now, what do you mean, "Kind of"? That's the…

KS:     Well…

JD:     …same as being "kind of pregnant".

KS:     I don't know. Kind of, yeah, but it wasn't all the way out of his pants or anything.

JD:     Did he have you touch him?

KS:     Hmm mm.

JD:     Okay. Now, we got that out of the way. Now, why don't you talk about what happened when you went out to…when you, Nick and Ricky Crook went out to, uh, your grandma's or your, uh,

KS:     Daniel Lapine's parents place.?

JD:     (Inaudible) and then…did he ask you to have sex with him that night?

KS:     Hmm mm.

JD:     You're absolutely positive of that?

KS:     I'm positive he didn't.

JD:     Okay. Did he try to kiss you that night or anything…?

KS:     Nick just sat in the driver's seat and he didn't say anything. And Ricky hadn't said anything the whole route out there or nothin. I said, "What are we doin out here?" cuz Ricky had a torch in his hand. I said, "Let's go back into town." Cuz it was like three o'clock (3:00) in the morning and Tina Lehman came over and I wanted to go to bed and then, um, Nick and Ricky came over and they didn't want me to leave

Exhibit 5033 at 20

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 21

JD:   To your house?

KS:   Mm hmm.

JD:   When you came back to town, you went to your home?

KS:   They dropped me off at my house.

JD:   Okay.  And then Tina Lehman came over, you were saying?

KS:   No, Tina Lehman was there before, um, Nick…

JD:   At your house?

KS:   Yeah, before Nick and Ricky came and picked me up.

JD:   Okay.

KS:   Then Nick and Ricky walked out from Ricky's mom's house and I didn't drive or anything.

JD:   Okay.  Now who…this was after Leah's body was found?

KS:   Um, I'm not sure.

JD:   What did he say about Leah, then?

KS:   He didn't say nothin.  He was talkin to Tina about her.

JD:   Okay.  What was he saying to Tina?

KS:   He wanted to find the people who did it.

JD:   And this was before or after?

KS:   Um, I think it was before she was found.  I'm not really sure.

JD:   "Want to find the people who did it."  "Find the people who did it."  All right. How many conversations did you have with Nick?

Exhibit 5033 at 21

55

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 22

KS:   Well, as soon as he figured out that I was talking to you guys about him coming over and me tellin the detectives or the cops anything that I knew or anything like that, like when he came over and I told the...the cops that I helped drive him around and look and that he was in Zach's car and everything. After that he stopped talking to me. He didn't want anything to do with me after he found out that I told the cops that I drove him around that night looking for Leah and then.....

KS:   that one (1) time him and Ricky came over to my grandma's house. That night he took me out to that property and we just sat there behind that big dirt pile. After that night, he didn't talk to me at all. He glared at me every time he seen me.

JD:   Okay. Okay, this was after he found out you had been talking to the police?

KS:   Mm hmm. After I said that I drove 'em around that night looking for Leah and all that stuff, he didn't want nothin to do with me. He didn't want to talk to me. He didn't even want to...he didn't look at me. When he did, he was giving me a dirty look.

JD:   So then you stated, also, that he...after you went out there to LaPine's place that night...

KS:   I know I was...

JD:   ...and that was before he found out that you were talking to the police or after he found out (inaudible)?

KS:   Um, I think it might have been after he found out, but he didn't know that I was...that I had told 'em that I had drove him around that night lookin for Leah. And then I see him in the Maytag parking lot walkin around and after that he didn't talk to me. I took the detectives out there where he took me and I showed them.

JD:   Who did you take out there, do you remember?

KS:   Um, I think it was one that looks...the guy that was with you earlier.

JD:   Pat Downey?

KS:   Yeah, I think it was him and some other guy.

JD:   Okay.

KS:   It was a taller, skinny guy with reddish colored hair.

Exhibit 5033 at 22

56

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 23

JD:    Reddish brown?

KS:    Yeah, him.

JD:    Okay. So then he was there with you...

KS:    Mm hmm.

JD:    ...or after that?

KS:    Mm...

JD:    He'd just glare at you? Is that what you're...?

KS:    Yeah. Every time I saw him he...

JD:    (Inaudible.)

KS:    ...he'd glare at me.

JD:    Okay.

KS:    He wouldn't say "Hi" or nothin like that.

JD:    And you guys were always best friends before that?

KS:    Yeah.

JD:    Did he ever talk to you about what you had talked to the police about?

KS:    **Hmm mm. He didn't ask me. Cuz I seen him and Ricky at the church parking lot one night and it was like the day before the grand jury and he said, "So when is your court date?" and I said, "It's not really a court date. I just have to go there." And I don't remember what I had to tell the grand jury, but he asked me when that was and I guess I wasn't suppose to tell them...**

JD:    Mm hmm.

KS:    ...tell anybody that I had the court thing and so...

JD:    I don't know. I don't know if they made that comment to you...

Exhibit 5033 at 23

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 24

KS:    Yeah cuz I told…I told them when I got to the grand jury that I'd seen Nick and then Frazier's all, "Well, you're not suppose to tell anybody." Or something like that.

JD:    Okay.

KS:    And that's all I said and I never talked to him again.

JD:    What had you been hearing?

KS:    Well, I moved away from Coquille to get away…

JD:    I know you did, but what have you been hearing as far as…?

KS:    What…about what happened?

JD:    (Inaudible response.)

KS:    Um, everybody's heard like Nick and Bill Farrow and (inaudible).

JD:    The car ran over her?

KS:    Yeah.

JD:    **Okay. That's been running rampant. Let me ask you point blank. Do you think Nick killed her?**

KS:    **I think Nick had something to do with it the way he was acting that night.**

JD:    **Who else do you think had something to do with it?**

KS:    **Bill Sero**

JD:    **Why Bill Sero?**

KS:    **Because Nick and Bill Sero were hanging around each other.**

JD:    **Right. But how about Ricky Crook?**

KS:    **I'm not sure.**

JD:    **What about…**

KS:    **I think he might know something, but…**

Exhibit 5033 at 24

58

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 25

**JD:** **What about Brett Barley?**

**KS:** **I don't think so.**

**JD:** **That he knows anything?**

**KS:** **I think…**

**JD:** **Because he and Nick are pretty tight.**

**KS:** **…he might…I think he might know.**

**JD:** **But I think Ricky and Nick are even tighter.**

**KS:** **Yeah they are.**

**JD:** **They're pretty tight, right?**

**KS:** Yeah.

**JD:** As opposed Nicky and…Nick and, uh…?

**KS:** Nick and Ricky Early.

**JD:** …Ricky Early.

**KS:** Closer than anybody.

**JD:** All right. Okay.

**KS:** Cuz they were like inseparable for a long time.

**JD:** Did Nick ever…did Nick ever say anything to you that he was being accused of this or…?

**KS:** Hmm mm.

**JD:** …that he was worried that he might be accused of it or…?

**KS:** No.

**JD:** …anything like that? Is there ever any other behavior that you can think of?

**KS:** No just…I mean the way he was acting and I don't know what…

Exhibit 5033 at 25

59

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 26

JD:     That night?

KS:     Yeah.

JD:     All right.  When was the next time you saw him?

KS:     After that night?

JD:     Yeah.

KS:     Uh, I don't remember.  It might have been the next day.  It might have been the next day cuz Scott Hamilton and those guys told me that, um, he was hanging out missing posters of Leah the next day.

JD:     Okay.

KS:     And…

JD:     Say that again.

KS:     Scott Hamilton.

JD:     Mm hmm.

KS:     And…

JD:     Said what now?

KS:     Everybody around town was talking about Nick was hanging up missing flyers of Leah.

JD:     Right.

KS:     The day after she was missing.

JD:     Right.

KS:     And I thought that was kind of weird.

JD:     Well, Kristen have you ever been threatened by anybody…?

KS:     Hmm mm.

<span style="color:red">Exhibit 5033 at 26</span>

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 27

JD:    ...before all this stuff? I'm talking about Nick's friends or, you know, any of your friends and...you know, because kids now in this day and age don't even like to talk to cops. Am I right?

KS:    Yeah.

JD:    And so people get really upset if your friend goes and talks to a cop and tells 'em stuff about you or...I'm just giving you a generic...

KS:    Yeah.

JD:    ...example here. Just as an example. Uh, so you've never been...nobody's ever said to you, "Why are you talking to cops?" or anything like that?

KS:    Hmm mm.

JD:    When was the last time you saw Nick? Do you remember?

KS:    A long time ago.

JD:    A long time ago.

KS:    Well I was (inaudible)...um, a couple weeks ago I seen him down at Mingus Park with some other girl talking to people in a green and white Bronco.

JD:    Okay. Let me ask you this. How many times; say ten (10) times, five (5) times that you...that Nick made a pass at you? How many times do you think he made a pass? Five (5) or ten (10) times?

KS:    Uh, a couple times, but none before that night.

JD:    Okay. But it was after that night that he was making passes at you?

KS:    Well that...that night that...

JD:    That night and then when...what other night? What other time?

KS:    That was it.

JD:    You said a couple of times.

KS:    Well a couple of times, but it was that night cuz he like leaned over and tried to kiss me.

JD:    Uh huh.

Exhibit 5033 at 27

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 28

KS:    And then with him like tryin to undo my pants.

JD:    All right.  (Telephone ringing)  Okay, stop the tape again.  I guess he did.  Okay the tape is back on.  It's, uh, 12:38.  Did we talk about anything?  I just took another phone call, right?

KS:    No.

JD:    Okay.  And we're about done here.  Um, so where were we.  We talked about Nick was…had made a couple of passes at you that night.  Was…you know, I mean we…you can consider that to be one time…

KS:    One (1) time.

JD:    One (1) time…

KS:    Yeah.

JD:    …because he tried to kiss you, didn't he?  (Inaudible)  So, uh…

KS:    That was the only time that…

JD:    So that's the only time?

KS:    Yeah.

JD:    All right.  Would you tell me if there were other times?

KS:    Yeah I would.

JD:    You're sure?

KS:    I'm positive.

JD:    Absolutely positive?

KS:    Yes.

JD:    Okay.

KS:    I am.

JD:    All right.  What I'm gonna do is I'm gonna shut this down right now and then, uh, I'll talk to you a little bit about what we're gonna do a little bit later, okay?

Exhibit 5033 at 28

62

SP00-255176
STEINHOFF, KRISTEN NIKOLE
PAGE 29

KS:    Okay.

JD:    All right.  So the time is 12:39.  I'll be turning the tape off.

Exhibit 5033 at 29