**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

      Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

      Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5035 –**
Photos of Nick McGuffin
and Kristen Steinhoff

City of
Coquille
POLICE
People Serving People Since 1885

Mark J. Dannels
Chief of Police

3

Distribution:
___ JYDA    ___ Juv    ___ SCF    ___ Mental
___ P&P    ___ Animal    ___ Med Exa
___ other   (_____)

**Incident Report:** Q20001905

*Current As Of:* Wednesday, August 11, 2010

Approved By:

Signature

002  026  Badge

---

## Single Continuation Report

### Summary
On 08/10/10 at approximately 1500 hours, I was provided two photos by Kristin Steinhoff that illustrated Nick McGuffin and her and the other of Nick McGuffin.

### Mentioned
Steinhoff, Kristin

McGuffin, Nick

Crawford, Brad

### Action Taken
(   ,08/10/10 at approximately 1500 hours, I went to 1780 Grant Street, North Bend and made contact with Kristin Steinhoff in regards to two photos she had from 2000.

Ms. Steinhoff provided me two photos that contained one of Nick McGuffin and the other of Nick McGuffin and her. Ms. Steinhoff advised me that both photos were taken approximately 2-3 months before Leah Freeman went missing in 2000. Ms. Steinhoff also stated that the photos were taken at Brad Crawford's residence located behind the Safeway store in Coquille where she too was staying.

Ms. Steinhoff advised me that Nick and her were doing dope, i.e. meth during the time the photos were taken.

I made a copy of the photos and attached the two originals to this report.

Status: Investigation Continues

Attachment:

1. 2-color photos
2. Copy of color photos

### Statements

### Evidence/ Property
See attached (2) photos

Exhibit 5035 at 1

File, D.A.s Office

*Date/ Officer:*  8/10/2010  Dannels      *Incident:*  Q20001905

**'ficer's Signature:** _____  **Date:** _____

Exhibit 5035 at 2

5





Exhibit 5035 at 3