**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5036 –** Transcript of the Audio of Steinhoff Interview by Tabor 6/26/10 |
| Defendants. | |

Case No. 10-CR0782

State of Oregon v. Nicholas McGuffin

Kristin Steinhoff police interview 6-26-10.

Parties present:
Mike Tabor, polygraph examiner, Oregon State Police
Mark Dannels, Coquille Chief of Police
John Riddle, detective, Oregon State Police
Paul Frasier, Coos County District Attorney
Kristin Steinhoff

Recording provided by Coos County District Attorney

Exhibit 5036 at 1

RECORDED JUNE 26, 2010 8:36 A.M.

MR. TABOR:  Well, the checks and balances came in, um, you know.  And good solid test, okay?  I do want you to know that we are being recorded right now, okay?

K. STEINHOFF:  Okay.

MR. TABOR:  Just so I don't have to sit here and take notes or anything like that, okay?  So that I kind of free -- hands free, and we can sit here and discuss more freely back and forth.

How do you think you did -- how do you think you did on the test, today?

K. STEINHOFF:  Good.  Good.  I told the truth.

MR. TABOR:  Okay.  Did -- did you tell me a hundred percent the truth, here today?

K. STEINHOFF:  Yeah.

MR. TABOR:  Absolutely?  Everything you told me today was the truth?

K. STEINHOFF:  Yeah.

MR. TABOR:  You sure about that?

K. STEINHOFF:  Well, except the questions that you told me --

MR. TABOR:  Sure, the number five.  Excluding that.

K. STEINHOFF:  Mm-hmm.

MR. TABOR:  Okay.  Well, I've had a chance to review the test.  I've went through all the checks and balances repetition, ran it through the computer, and you didn't pass

Exhibit 5036 at 2

the test today, Kristin.

K. STEINHOFF:  I don't see how I couldn't pass it if I was telling the truth.

MR. TABOR:  Well, I know you weren't telling me the truth.

And, you know, and I -- and that happens -- that happens sometimes in here, Kristin.  You know, sometimes people come in here and they think, oh, you know, if I don't show up, you know, it's going to look bad, so I might as well go down there and roll dice and see if it really works.  I know there's a lot of myths --

K. STEINHOFF:  Well, this is the second one that I've taken.

MR. TABOR:  Okay.

K. STEINHOFF:  And I've told the truth.  That's bullshit.

MR. TABOR:  Kristin, when I walked around in front of you and I said, "Your number is five," was there any hesitation in my voice?  Was there any, like, "I think it's five" --

K. STEINHOFF:  No.

MR. TABOR:  -- it could maybe -- I do that every single time.  I get it right every single time.  I -- and that's how well I know the polygraph works.  I would not do that.  Because if I walked around to you and I said, "You're number seven," you would look at me and go, "No, my number was five.  This thing doesn't work."  I mean, if I was in the chair, I would get up and walk out.

And so I only know that because I know I'm going to

Exhibit 5036 at 3

get it right every single time.  Okay?  And so, even something as simple as that little number, I can tell.  So when I run -- and that's just one test.  When I run three different charts, and each of the different ones come up that you are not telling me the truth, then I definitely know you are not being --

K. STEINHOFF:  I'm not telling you the truth about what?

MR. TABOR:  Well, withholding information about Leah's death.

K. STEINHOFF:  I don't know anything.  This is bullshit, and I am going to leave.

MR. TABOR:  Okay.

K. STEINHOFF:  I don't know anything.

MR. TABOR:  Well --

K. STEINHOFF:  I don't know what I need to do to fucking make people believe me.  I don't know anything.  If I knew, I would have told by now.

MR. TABOR:  Well, why do you think you failed the test, here today?

K. STEINHOFF:  I don't know.  I'm sick.  I have a cold.  This is the second day I missed work.  I can't even hardly breathe.

MR. TABOR:  Okay.  Well, you know, I had good chart readings all the way across there.  I mean, you could see.  I mean, I got your number right just like that.  I mean, there's only one way to do that, and that's because the chart readings are

Exhibit 5036 at 4

coming across.

K. STEINHOFF:  I don't know why I would fail.  I was telling the truth.  I don't know anything.

MR. TABOR:   Did -- did --

K. STEINHOFF:  I don't know how she died.  He didn't tell me anything.  I didn't even know who the hell she was.

MR. TABOR:  Okay.  And I'm not saying that you failed the questions about did Nick tell you.  I'm just talking about, um, Are you withholding information here today, okay?  That's where we're starting at.  We're starting with the easy one, okay?

So you're telling me you were completely a hundred percent honest with me?

K. STEINHOFF:  Yes.

MR. TABOR:  Okay.

K. STEINHOFF:  I don't know anything.

MR. TABOR:  So when I ask you the question -- let me make sure that I read it here correct.

"Have you ever lied to get yourself out of trouble?"  And you answered --

K. STEINHOFF:  No.  Well, maybe when -- out of a traffic ticket or something.  I don't know.

MR. TABOR:  Okay.

K. STEINHOFF:  Stupid crap.

MR. TABOR:  Okay.  Because I asked you -- I asked you, "Have

Exhibit 5036 at 5

you ever lied to get yourself out of" --

K. STEINHOFF:  Not anything serious, like this.

MR. TABOR:  Okay.  Well, I didn't say "anything serious."  I asked you -- I was expecting you to say, Well, of course, Mike, I've lied to you about -- or I've lied to --

K. STEINHOFF:  Yeah, I have lied --

MR. TABOR:  -- to get myself out of trouble.

Well, when I scored that --

K. STEINHOFF:  I had a speeding ticket one time.

MR. TABOR:  That one says that you're not telling me the truth, okay?

What about -- what about the question, "Have you ever lied about another person?"  You're saying that -- you're 28?  29?  Something like that?

K. STEINHOFF:  28.

MR. TABOR:  That in your entire life, you've never told a lie about another person.  When -- the times that you were heavy into the meth, you never lied about another person?

K. STEINHOFF:  Yeah, I probably did.  I don't know.  I don't remember.

MR. TABOR:  Okay.  Well, because that one is not coming up honest either.  And so you are telling me that I get all those right, but the only questions I get wrong are the ones dealing with you and your knowledge about Leah's death.

K. STEINHOFF:  I don't know anything.  I would have already

Exhibit 5036 at 6

told.  I swear.  I don't know anything.  I am so tired of this.

MR. TABOR:  Well --

K. STEINHOFF:  I am not the kind of person that if somebody told me something like that, I would keep it to myself.  I would tell.

MR. TABOR:  Okay.  Well, because I -- talking with Coquille PD, they tell me that at one point you told them that Ricky Crook came and told you -- told you to keep your mouth shut or that he, for lack of better words, was going to beat you up.  Do you remember that?

K. STEINHOFF:  They said that -- they read that to me in the file, but I didn't remember saying that.  I'm sure if it's in the file that I did say that.  I don't remember.  I did a lot of drugs.

MR. TABOR:  Okay.

K. STEINHOFF:  And I don't remember a lot of stuff.  But I know for a fact that I don't know anything about her, or Nick telling me anything.  I would remember something like that, and I would have already told.

MR. TABOR:  Okay.  Yeah.  Because we're kind of at a crossroads here, Kristin.  There is no doubt about the failure here on the test today.  There is no doubt about it.  I mean, everything -- all the checks and balances come together.

Exhibit 5036 at 7

(Pause.)  Kristin, I'm not very deep in this investigation, okay?  All I do is give the polygraph test and say if somebody's telling the truth or not.  I know that you were not a hundred percent honest with me here today.

Is that correct?

K. STEINHOFF:  Yeah, with those two questions that you said. Yeah, I lied about a speeding --

MR. TABOR:  Okay.

K. STEINHOFF:  -- lied to a cop about a speeding ticket once.

MR. TABOR:  Okay.  And that's the only -- that's the only time?

K. STEINHOFF:  I don't know.  I'm sure I lied about a lot of stuff.  But nothing ever, like -- about this.

MR. TABOR:  Okay.  Then -- then why did you tell me no?

K. STEINHOFF:  I thought you meant something serious like this.

MR. TABOR:  Did I ever use those words?

K. STEINHOFF:  No.

MR. TABOR:  Okay.  Because I used the word "ever."

K. STEINHOFF:  Yeah.  I don't know.

MR. TABOR:  You know.  You know, because, here's the thing: When somebody fails a polygraph test with me, Kristin, I always give them a chance to explain.  The polygraph is not an all-seeing, all-knowing, everything, a crystal ball that I can look in and see exactly what happened.  I get to ask

Exhibit 5036 at 8

questions and -- and there can be lots of different reasons that somebody fails a test.

When somebody fails it, I know they're not being honest with me, okay?  That's why I'm able to tell you that you weren't honest on those questions.  That is why, on your number, I'm instantly able to tell you that it's five.

So now you are trying to tell me on three different tests, on three different questions, that every single time, somehow, not only did I score it wrong but the computer scored it wrong on two different scoring softwares.

That doesn't happen, Kristin.  Okay?

K. STEINHOFF:  I'm not trying to tell you that.

MR. TABOR:  Well, you are.  You're saying, "No, I told you the truth."

K. STEINHOFF:  Well, it is --

MR. TABOR:  And I know -- and I know that you didn't.  And here -- and here is what --

K. STEINHOFF:  I did not lie about knowing anything.  Nick never told me anything.  That is something I did not lie about.

MR. TABOR:  Okay.  Okay.  And I'm not -- I'm throwing out those last two questions about did Nick ever tell you.  I'm talking about withholding information.  We're starting with the easiest one first.

K. STEINHOFF:  I'm not lying about that, because I'm not

Exhibit 5036 at 9

withholding anything.

(Pause.)  This is bullshit.  I am so tired of this.

MR. TABOR:  I -- I'm sure that you are.

K. STEINHOFF:  My family has to go through all this crap.  I didn't have anything to do with this.  I just want him to leave me alone.

MR. TABOR:  Well, I'm trying to figure out why you're so scared of Nick that even today -- you say that you haven't seen Nick in, like, eight, nine years, and you're still scared of --

K. STEINHOFF:  I'm not so scared of him, it's just I thought I knew him.  And then after that night, he was just acting weird.  I don't know.

MR. TABOR:  So, one night makes him like that, even eight, nine years later, that you say -- I mean, you told me today that you're scared of him.

K. STEINHOFF:  Because I've never seen him act like that.

MR. TABOR:  So a person you just say "acts weird" one night --

K. STEINHOFF:  And then all of this happened when she was really missing.

MR. TABOR:  Okay.

K. STEINHOFF:  I don't know.  It scared me.

MR. TABOR:  That doesn't make sense, Kristin.

K. STEINHOFF:  Well, nothing obviously makes sense to

Exhibit 5036 at 10

anybody.  And I'm tired of this, and I am leaving.  I did not lie about knowing anything, because I don't.  I would have already told by now.

(Pause.)  And yeah, maybe I lied about the -- like, when I got pulled over for a speeding ticket, yeah, something like that.  But I thought you meant something serious.  I misunderstood.

MR. TABOR:  Well, we went over them.  That's why I review the questions with you.

K. STEINHOFF:  I don't know anything.  I would have already said.  I would have already told.  I'm not the kind of person that could ever do anything like that or ever keep anything like that to myself.  Even if it was my friend, I would have told somebody.

MR. TABOR:  You mean even if -- you're talking about Nick?

K. STEINHOFF:  Yeah.

MR. TABOR:  Okay.

K. STEINHOFF:  I would have told somebody.  I wouldn't have kept something like that to myself.  I couldn't live with myself if I did.

MR. TABOR:  Well, I'm just trying to figure out how -- how I'm so far off on three tests, then.  I mean --

K. STEINHOFF:  I don't know.

MR. TABOR:  You know?  And so -- (pause).

You know, because I'll tell you what happens from

Exhibit 5036 at 11

here.  I have to write a report.  My report reflects exactly what I'm telling you right here today, okay?  And I'm -- that I'm going to report that I gave you a chance to explain your failure.

This case is moving forward very fast now, okay?  Kristin, there's going to become a point where people -- arrests are going to start being made, and people are going to start telling what they know so that they are not the last person --

K. STEINHOFF:  Well, I didn't have anything to do with it.

MR. TABOR:  Okay.  Just let me finish here, okay?

I mean, I don't know enough about the case.  I'm just being told this, okay?

I have to write a report.  I have to tell them the -- the results.  I can not lie about the results.  The lie -- the results are the results, okay?  And so, at some point people are going to start talking and telling everything that they know, to save their own bacon.

It sounds like you have kind of your life together.  You have four children, you're out of the dope scene.  You know, that you're not hanging around that same group of people you were back in 2000.  Is that correct?  Okay.

Sounds kind of like that you've got a good job now, and stuff, with Senior and Disabled Services, you know?  It sounds like you have things together.

Exhibit 5036 at 12

I can understand why, back when, you know -- even though we don't live the same life, I still deal with a lot of people that are in your situation here.  And they get confused about what they should do, what the right thing to do is, especially when they're -- when they're at that point in their life.

And then they get worried:  Man, I didn't say back then, I'm worried I'm going to get in trouble today because I didn't do the right thing way back when.

People make mistakes, Kristin.

K. STEINHOFF:  I would have told.  I would not have kept something like that to myself.  I would not be able to live with myself if I did.

(Pause.)

MR. TABOR:  Well, why do -- I mean, are you saying that, um, that the things that people tell us are all lies, then?  I mean, that --

K. STEINHOFF:  Who knows?  My name was in the middle of everything, and I don't know why.

MR. TABOR:  Okay.  Well, why --

K. STEINHOFF:  I heard lots of stuff.  Like there was supposed to be a big party, and I just heard it again the other day, because --

MR. TABOR:  What was that?  The big party?

K. STEINHOFF:  There -- I guess there was a big acid party or

Exhibit 5036 at 13

something out in Fairview.  And, um, somebody ran her over with a car, and then there was seven people, I guess, that had to do something to her.  That way, they know not just only one person would go to jail.

MR. TABOR:  Well --

K. STEINHOFF:  And I guess my boyfriend heard it from Dusty Deutsch (phonetic), the guy that supplied the acid to the party.

MR. TABOR:  Okay.

K. STEINHOFF:  And then my boyfriend's dad said that Bill Sero, um, ripped all the carpet out of his car, and said that his heater core broke or something like that.  And I talked to Melissa Beebe (phonetic), her aunt, the other day, and she said that somebody took her out to Johnson Mill pond and beat the crap out of her.

See, there's all kinds of shit.

MR. TABOR:  And when you say "her," you're talking about Leah?

K. STEINHOFF:  Yeah.

MR. TABOR:  Okay.  Well --

K. STEINHOFF:  That it was Nick and Brent Bartley and Leah [sic] that took her out to Johnson Mill pond and beat the crap out of her.

There's all kinds of crap.  And I don't know why my name would be in the middle of it; I had nothing to do with

Exhibit 5036 at 14

it and I wasn't there.

MR. TABOR:  Well, you were with Nick on the night she disappeared.

K. STEINHOFF:  Not for very long.

MR. TABOR:  Okay.  Well, how long do you think you were with Nick?

K. STEINHOFF:  I don't know.  A couple hours, maybe.  We were smoking dope.  I don't know.

MR. TABOR:  Were you -- do you remember smoking dope with him?

K. STEINHOFF:  Yeah.

MR. TABOR:  And when you say "dope," are we talking marijuana --

K. STEINHOFF:  Meth.

MR. TABOR:  Okay.  Okay.  Do you find that odd that he's looking for his girlfriend, but he's out smoking methamphetamine?

K. STEINHOFF:  Yes, he was just acting weird that night.  I already said that.

MR. TABOR:  Okay.  Well, maybe that is not weird to you.  I mean, I've never been involved in the meth scene.  So I'm trying to figure out, when you say "weird," you don't -- you don't elaborate to me when you say that he's acting weird. And somehow that one night has scared you for ten years. That one night.  So, whatever he did that night --

Exhibit 5036 at 15

K. STEINHOFF:  Because, it was like he was trying to hide something.  There was something else going on.  She wasn't just -- it was like they weren't just in a fight; there was something else going on, and I could tell.

MR. TABOR:  Okay.  And that's what I've asked you.  I've asked you to elaborate on that, you know.

K. STEINHOFF:  He didn't tell me.

MR. TABOR:  Okay.  And that's what I'm trying to figure out: Why that one night -- you said that you were really good friends.  And that one night -- I mean, I've had friends for a long time that they have done stupid things at some point in their life, but it doesn't scare me for the next ten years.  I don't sit there and dwell -- you know, think that, that that's going to scare me for the next ten years.  I mean, I've had friends do really, really dumb things, and -- and I don't sit there, ten years later, thinking, man, I'm still scared of that person.  You know?  It, uh --

K. STEINHOFF:  It's not that I'm -- I'm scared of him, he just --

MR. TABOR:  Well, that's what you told me.

K. STEINHOFF:  I don't know.  He just gave me the creeps that night.  There was something wrong with him.  There was something else wrong.  He wasn't just high on meth.  There was something else wrong, and I could tell.

MR. TABOR:  And did you ask him about it?

Exhibit 5036 at 16

K. STEINHOFF:  Yeah, he would -- he wouldn't even hardly talk.  It was just, he was saying that he couldn't find her, and he was acting like, "What if I can't find her," and "What if she doesn't come back."  It was weird.  I've never seen anybody act like that, ever.  Especially him.

MR. TABOR:  And you said that you didn't ask him what they were fighting about.

K. STEINHOFF:  No.  And if I did, I don't remember.

MR. TABOR:  Okay.  You know, because I'm still trying to figure out how -- because you're telling me that I'm completely -- that the polygraph is completely wrong.

K. STEINHOFF:  No, I'm not.  It's just I don't see how I could fail it if I'm telling the truth.

MR. TABOR:  Well, that's what you're saying.  You're saying you're telling the truth, and I'm saying that you're not telling the truth, Kristin.  So what we're having here is a difference of -- you're saying that it's completely wrong, and I'm trying to figure out how I got it completely, completely wrong.  Not just me, not just my manual scoring, but then the computer got it completely wrong also.

K. STEINHOFF:  So, what?  I failed on every question?

MR. TABOR:  Um -- no, you failed -- you passed on the questions -- the ones, uh, Are you sitting down?  Do you have shoes on?  Are the lights on?  Those ones clearly came up no deception.  Came up not a problem.

Exhibit 5036 at 17

The ones that you failed on were, um:  Did you participate in any way?  Are you withholding any information?

And then I'd have to look at the other ones, but -- Have you ever lied to get out of trouble?  Have -- let me make sure before I say these here, so I don't get them wrong.

Have you ever lied to get yourself out of trouble? Have you committed any crimes the police don't know about? And, Have you ever lied about another person?  Those questions came up that you're not telling the truth.

(Pause.)

And so far, on all of the ones you've said yeah, you did lie on -- have you ever lied to get yourself out of trouble?  That you have lied about another person, you know.

And I know, by the other one, you know, that you have committed crimes that the police don't know about.  I mean, you've done other stuff.  I mean, I can tell that by the polygraph test.

K. STEINHOFF:  Well, I do -- I did meth.  I -- of course it was a crime.

MR. TABOR:  Well, I knew about that one.  But I know that you've done other things, uh, just by that -- when you say that, you have -- you are thinking about specific crimes that you've done that the police don't know about.  And --

K. STEINHOFF:  But I haven't done anything.

MR. TABOR:  Well, you know --

Exhibit 5036 at 18

K. STEINHOFF:  I did drugs.  Of course I did drugs.  I'll admit that.  I'm not going to lie.

MR. TABOR:  Okay, and you admitted that to me.  You admitted that to me.  So we know about those.  And so --

K. STEINHOFF:  There's no crimes that I've done that the cops don't know about.  We live in a small-ass town.  Everybody knows about everything.  And I did drugs.  That's all I did.

MR. TABOR:  Okay.  Well, those are -- you asked me the questions that you failed, and those are the questions.

And so at least -- at least two of them I know that you're saying, "Yes, I did lie to you about them," because you say there was a misunderstanding.

K. STEINHOFF:  Yeah.

MR. TABOR:  But, I mean, they're very clear questions.  I mean, those are very black-and-white.  Have you ever done this?  Have you ever done this?  Those are -- that's not, you know -- those are very clear questions.  We went over those questions.

K. STEINHOFF:  Well, I thought about that after the test was done.  You --

MR. TABOR:  Yeah.

K. STEINHOFF:  -- asked me.  But I have lied.  I was pregnant with my son Trent and got pulled over, and I said I was having labor pains.  And he let me off on a lesser ticket.

MR. TABOR:  Okay.

Exhibit 5036 at 19

K. STEINHOFF:  (Laughs.)  It's stupid, but -- I don't know.

I'm sure there's lots of things I've lied about, but --

MR. TABOR:  Well, I -- see, and that's why --

K. STEINHOFF:  Never anything this serious.

MR. TABOR:  Remember when I told you about --

K. STEINHOFF:  I would never lie about anything like this.

MR. TABOR:  Remember what I told you earlier, that the polygraph works off things that you know for sure?  Things that you know, not things that you don't know about.

K. STEINHOFF:  Yeah, but --

MR. TABOR:  And, so --

K. STEINHOFF:  -- I know that I don't know anything about this.  I did not have anything to do with it.  I was not there.  I am so tired of this crap.

MR. TABOR:  I didn't ask you if you were there.  I did not ask you if you were there.  That's not what I asked you.

K. STEINHOFF:  I just want to go home.

MR. TABOR:  Well, like I told you before, you're free to go at any point.  You're not under arrest here, or anything.  And so -- so I'm just talking to you, trying to figure out why you failed the polygraph test here today.

K. STEINHOFF:  I don't know.  (Crying.)

MR. TABOR:  Well, I know.  See, that's the difference, Kristin.  I know.  I know why you failed:  Because you weren't honest with me.

Exhibit 5036 at 20

You know, I know why you failed the polygraph test. And other people are going to know, because I'm going to send my report, and I've proven to those people that are going to make decisions about your future.

K. STEINHOFF:  I don't see how I can get in trouble for something that I didn't do.

MR. TABOR:  Well --

K. STEINHOFF:  This is bullshit.

MR. TABOR:  I'm not -- I'm not -- Kristin, I'm not saying that you killed Leah.  I'm -- don't mistake that those words are coming out of my mouth.  I'm saying that you are not telling me the truth there today about everything that you know.

K. STEINHOFF:  Oh my God.  I would, have -- I would not keep anything like this to myself.  I'm leaving.  I'm so tired of this shit.  I would have told by now.  This is ruining my life.  (Crying.)

I did not do anything and I don't know anything.

MR. TABOR:  Okay.

K. STEINHOFF:  And my kids have to see this shit every fucking time these guys come around, and I'm tired of it.  I would have told.  Especially like, now -- I had a heart back then.  I wouldn't have kept something like that to myself. And now that I have four kids --

MR. TABOR:  Mm-hmm.

Exhibit 5036 at 21

K. STEINHOFF:  -- I couldn't even imagine.

(Pause.)  I don't know anything.

(Pause.)  I'm leaving.

(Door opens.)

CHIEF DANNELS:  Hi, Kristin.  You -- were you walking out?  Oh, I'm sorry.  Can I -- let me talk to you for a few seconds.  Do you mind?

K. STEINHOFF:  No.

CHIEF DANNELS:  Okay.  Have a seat, Kristin.

I just got done -- I spoke to Mr. Tabor about your result.  I just got done speaking with Mr. Frasier, okay.

Last week -- let me refresh you a little bit.  Let me calm you down, okay?  It is what it is, now.  I mean, you can't change it and neither can I.  Do you agree with me on that?

K. STEINHOFF:  Yeah, but I don't understand why I failed.  I don't know anything.

CHIEF DANNELS:  Listen, listen, listen, listen.  Kristin, Kristin, it isn't any good yelling -- it ain't going to do you any good to yell at me, okay?  We need to talk --

K. STEINHOFF:  I'm so pissed off.

CHIEF DANNELS:  And -- it probably hurts inside, doesn't it?

K. STEINHOFF:  Yes, because I'm telling the truth, and I don't understand why I failed on those questions.

CHIEF DANNELS:  Okay.  Well -- Kristin, let's start over for

Exhibit 5036 at 22

just a sec, okay?

Remember I told -- what did I tell you last week about the polygraph?  The polygrapher that was going to be doing the test today.  Remember I told you he's on our team for the right reasons?  He's probably the best I know in the state that does them.

So, we didn't bring you somebody that's brand-new to this and say, "Hey, see what -- enhance your skills with Kris."  No.  We brought you in somebody that we were confident with to do this test.  And it's all computer-driven, based on the expertise of our polygrapher and stuff.

And, I looked at them -- the results, just to make sure.  And I'm not a polygrapher; I'm not an expert in that field.  But I looked at what -- you can see where you had problems and when you didn't have problems.

K. STEINHOFF:  Yeah, because I'm tired of people asking me the same fucking questions over and over.

CHIEF DANNELS:  Kristin, Kristin, listen.  I --

K. STEINHOFF:  And I'm so scared, you don't even know.  I'm scared of getting in trouble for something that I had nothing to do with or even knowing anything about.  I have four kids, and my kids have to see this crap every time.

CHIEF DANNELS:  Okay.  Well, there's nothing for your kids to see, because --

Exhibit 5036 at 23

K. STEINHOFF:  No, they're wondering why the cops are at my house all the time.

CHIEF DANNELS:  Yeah, I remember we talked about that the other night.

K. STEINHOFF:  Yeah, and they know something's --

CHIEF DANNELS:  How many times -- how many times have we been at your house?  Twice.

K. STEINHOFF:  Four.

CHIEF DANNELS:  Okay.  I know of once by us, once by Detective Riddle from OSP and Andy --

K. STEINHOFF:  Oh, and -- three times.

CHIEF DANNELS:  Three times.  That's the most that I know of, okay?

Let's get back to something here.  I told you last week, this case is coming to the finale.  Remember me saying that?  Okay?  The reason we re-approached you was the fact that, based on statements you made back then that's been documented, this new case has really revitalized a lot of people's memories, number one.  Number two is, people that were pressured back then not to say something are now openly talking to us.

And you're right.  You're exactly right, a hundred percent right, when you say you were in the midst of doing drugs back then, doing this -- you're one of the people involved back then, of that group that we're -- that we're

Exhibit 5036 at 24

dealing with here, okay?  That's exactly right.  And people have told us about that.

You're unique in the fact that you were with Nick McGuffin that night in question.  And based on that, and based on new leads in this case that we've developed and got statements from -- that's what Mr. Frasier and I were just talking about again, as I was last week, and that's why I wanted you to come here today:  To prove them wrong.

K. STEINHOFF:  Yeah, and I failed.

CHIEF DANNELS:  And you failed.  And you failed with confidence.  What I mean by that is, the polygrapher --

K. STEINHOFF:  Yeah, well --

CHIEF DANNELS:  -- is confident you failed because you weren't telling the truth, okay?

Now, here's the thing, Kris.  Here's -- here's why -- I'm watching your body language, okay?  I watched it this morning, I watched it last week, I listened to interviews.  I did -- yesterday I spent all day with one of my detectives, listening to your interviews and reading your interviews.  And it's amazing.  Your -- your -- just your emotions when we get -- I can talk to you about anything, about how blue the sky is today, and you're relaxed.  And so nonessential questions, you're very --

K. STEINHOFF:  It's because I'm scared.

CHIEF DANNELS:  Kristin -- Kris, I know you are.  Listen to

Exhibit 5036 at 25

me.  But you're not scared of the sky.

K. STEINHOFF:  No, why would I be?

CHIEF DANNELS:  Exactly.

K. STEINHOFF:  This is a stupid question.

CHIEF DANNELS:  But why are you scared of this case, then?

K. STEINHOFF:  Because I'm scared of getting in trouble or getting wrapped up in something I had nothing to do with.

CHIEF DANNELS:  Okay.

K. STEINHOFF:  I have four kids.

CHIEF DANNELS:  Nobody's accused you.  And to this day, you tell me --

K. STEINHOFF:  I know, but I can't --

CHIEF DANNELS:  Listen, listen, let me finish.  Come on.  I mean, you trust me enough to come down here today --

K. STEINHOFF:  No, I don't trust anybody.

CHIEF DANNELS:  Okay.

K. STEINHOFF:  Everybody thinks that I'm lying --

CHIEF DANNELS:  Okay.

K. STEINHOFF:  -- and I'm not.

CHIEF DANNELS:  Well, based on what we do, we have to go by what the expert and what the resources tell us, here.

Now, listen to me.  You don't want to get in trouble, and I don't want to see you in trouble.  Remember, I said that last week?

K. STEINHOFF:  Yeah.

Exhibit 5036 at 26

CHIEF DANNELS:  But unfortunately, I didn't paint this picture, okay?  I'm not saying you did, either.  But we're at a -- we're at a milestone here in this investigation, where -- I don't know if you saw the press.  June 25th, which is next week, we're doing a press conference on this case.  Okay?

K. STEINHOFF:  Melissa told me that.

CHIEF DANNELS:  Who told you that?

K. STEINHOFF:  Melissa Beebe.

CHIEF DANNELS:  Okay.  There's no secret to it.  I mean --

K. STEINHOFF:  No.  She told me -- she told me something about Nick and Brent Bartley taking Leah out to the pond and beating the crap out of her.  And we were both crying on the phone.

CHIEF DANNELS:  Okay.  See, but here -- here's where I'm going with you now, all right?  And I appreciate you saying that, but here's where I'm going.  What I need from you is very simple:  Is for you to be honest now.  You're worried about getting in trouble; that's probably your biggest fear factor.  Am I right?  Okay?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  I've talked to Mr. Frasier, and I told you this last week, okay?  Didn't know for sure which way he'd go with it, but the possibility is an immunity letter.  Okay?  It is time that we made some decisions here on that.

Exhibit 5036 at 27

And Kris, here's the deal, all right?  Mr. Tabor said it too.  You didn't kill Leah Freeman.  And I don't believe you did either, okay?  But here's where I'm coming from.  This pain that you're feeling inside -- which is horrible, I'm sure, just based on your --

K. STEINHOFF:  It is.  Because all the rumors and everybody saying that I did it.

CHIEF DANNELS:  Listen, listen, listen, listen, listen, stop, stop, stop, stop, stop.  Law enforcement hasn't said you did it.

K. STEINHOFF:  I know, but --

CHIEF DANNELS:  Law enforcement says you're involved.

Remember I told you knowledge is power, last week?  Knowledge is also criminal when it's not explored and shared with us right now.  I'm asking you to be truthful.

You have my word on immunity.  I talked to Mr. Frasier, by the way.  I just left here a few minutes ago.  I would have come in with Mr. Tabor earlier, but I wanted to talk to him.  Him and I are partnered on this case.

The reason I'm sitting here, not one of my two detectives, is it's important enough for me, as the Police Chief in Coquille, to bring this case to resolution.  But I need your help, and I need you to be honest with me.  But we need to get it out on the table.

I know Nick talked to you that night, and you know

Exhibit 5036 at 28

that also.  And that's what we're looking for, is what Nick McGuffin told you that night.  And if you tell me that, and you weren't directly involved in her death -- directly means you were there, you know, and took part in killing Leah Freeman.

What I'm talking about is what you were told by Nick.  That is the most important aspect I want from you, which falls back to the truth.

K. STEINHOFF:  He just said they were fighting.  That was it.

CHIEF DANNELS:  What do you --- okay.  Let me be sure we have an agreement before -- before we start.  Because this -- I want to make sure that we -- after ten years we'll finally get this off you, out of your body, where it's not hurting no more, because I'm telling you I know you're hurting.  You can't hold this for ten years and not hurt.  I mean, you're trying to remove yourself from this, but you can't consciously until -- I'm your pain reliever, if you want to call it such, in that aspect.

And I want to make sure we have an agreement.  And that is Mr. Frasier is willing to work with an immunity letter for you on your information, which means you will not get in trouble as long as you weren't directly involved with her death.  I'm talking about removing the body somewhere. I'm not talking about -- remember I was talking about these immunity letters.  We talked about it last week.  It took us

Exhibit 5036 at 29

a little longer to get to your point.  I'm not talking about what you know, okay, when it comes to -- I'm -- the direct -- the immunity letter protects you from all this stuff.  It does.  It wouldn't protect you if you killed Leah.

K. STEINHOFF:  I didn't.

CHIEF DANNELS:  I know you didn't.  But that's what -- I want to make sure you understand that.  What you've been told -- and I'm talking binding.  Nick or anybody else that's directly related to Leah's death is what I want.

And you -- I -- I -- this is what's hard, is I can't tell you what I know.  I can't tell you what people have now told me about you and Nick and others.  I can't say that because that would -- that's -- it's -- I'm influencing you to say something that would maybe -- it's got to be independent, coming from you.

So, Kris, are you willing to accept that immunity letter and talk to me?

K. STEINHOFF:  Well, yeah, but I'm not lying about anything.

CHIEF DANNELS:  Kris, Kris?

K. STEINHOFF:  Yes.

CHIEF DANNELS:  I'm not here to judge your credit.  What you've said in the past, what you did on this test today, okay, stands on its own.  I'm not here to discredit you on that.  I'm here to give you credit and clear your conscience, and put this right.

Exhibit 5036 at 30

I mean, I don't know what other offer you're going to have that's going to make it any better than what you're getting today, okay?  I need you to talk to me today, and tell me the truth, and get it off your chest.

Mr. Frasier had to go to a meeting here in Coos Bay.  I told him once we got done talking, I would call him back over.  And you can talk to him personally; he's going to give you the letter at that point, okay?

My word is as good as his paper when it comes to what the immunity letter stands for.  I would not sit here and tell you that unless it meant something, okay?

Take it for what it's worth, but it's time.  After ten years, it's time.  Would you not agree?

K. STEINHOFF:  Yeah, I do.

CHIEF DANNELS:  Kris, I want to get you home faster than I want to -- I'm supposed to be leaving on -- out of state.  I was supposed to be gone three hours ago, and I've postponed that so I can be here with you.  We had a good relationship the other night.  We talked, had a good rapport, good understanding.  Unfortunately took us to this level to get to where we're at now.  It's time to talk.

What did Nick tell you that night?

K. STEINHOFF:  That they were fighting.

CHIEF DANNELS:  I know that.

K. STEINHOFF:  That -- something about her being pregnant.

Exhibit 5036 at 31

CHIEF DANNELS:  You've already stated that.  What did he tell you directly related to Leah's death?

K. STEINHOFF:  He didn't tell me anything, really, but he took Scott out to Fairview right where her body was found, and said something about her head being on a rock.

CHIEF DANNELS:  You said he didn't tell you anything, "really."

K. STEINHOFF:  He didn't really tell me anything.

CHIEF DANNELS:  What's the "really"?  There's -- "Really" is not a concrete word.

Come on, Kris.  Get it off your chest.  Don't -- you're in --

K. STEINHOFF:  He never told me that he killed her.  He never told me anything --

CHIEF DANNELS:  What did he tell you?

K. STEINHOFF:  It's all he said, that they were fighting and she took off walking and he couldn't find her.  That's all. I don't know anything, and that's why I drove him around looking for her.  He never told me anything.

CHIEF DANNELS:  Kris, here --

K. STEINHOFF:  And then --

CHIEF DANNELS:  Go ahead.

K. STEINHOFF:  And then after that night, um, Tina Lehman and some other people told me not to go anywhere with Nick or Ricky because they were going to do something to me for

Exhibit 5036 at 32

saying that Nick was acting weird that night.

CHIEF DANNELS:  Let's go back to that night again.  We're like right here.  We're like, I'm bringing you right back to it, because you keep trying to -- it's like trying to leave here, just trying to -- you're trying to --

K. STEINHOFF:  But he didn't tell --

CHIEF DANNELS:  Listen.  What you might not think's important, you're holding back that -- remember I told you tonight, that small piece of information --

K. STEINHOFF:  I've been thinking about this for days to see if I missed anything, if I forgot about something that I didn't tell you guys, and I can't think of anything.

CHIEF DANNELS:  If I told you I had a statement that says you were there that night talking to Nick about this, I have an eyewitness that puts you and Nick talking --

K. STEINHOFF:  Who?  Scott Hamilton sitting below my window?

CHIEF DANNELS:  I'm not --

K. STEINHOFF:  He's a fucking weirdo.

CHIEF DANNELS:  Okay.  I didn't bring up Scott, so I don't know where that came from.

K. STEINHOFF:  Well, I know that's who it was --

CHIEF DANNELS:  Okay.

K. STEINHOFF:  -- because he's the only one that ever sat below my window.

CHIEF DANNELS:  Unfortunately --

Exhibit 5036 at 33

K. STEINHOFF:  Yes, it is.

CHIEF DANNELS:  Unfortunately, there's many -- we have so many statements, Kris, that between --

K. STEINHOFF:  You have so many statements?  About what?  People that -- this is stupid.  I've told you everything.

CHIEF DANNELS:  Kris, Kris, Kris.  Here's the deal:  There's not going to be another opportunity besides today.  I'm telling you right now.

K. STEINHOFF:  Yeah, I've --

CHIEF DANNELS:  You understand grand -- grand jury is like, now it's next week.  We're rocking forward here.  The finale's coming, and you're on that list.  Do you understand that?

And not on the list of the, "Hey, I'm going to help this case," but on the list of "You're in trouble," based on knowledge --

K. STEINHOFF:  From what?

CHIEF DANNELS:  Based on knowledge.

K. STEINHOFF:  I would have told.

CHIEF DANNELS:  Based on involvement.  Based on maybe the wrong place at the wrong time.

Kris, get it off your chest.

K. STEINHOFF:  I have told everything I know.  He did not tell me anything.  After that night, and I talked to the cops and said that he was acting weird because Dan Lee said --

Exhibit 5036 at 34

asked if I'd seen -- I think it was Dan Lee or somebody -- asked me if I'd seen Nick that night. And I told him, "Yeah, he was acting really weird." Then they told me Leah was missing.

CHIEF DANNELS: Kris.

K. STEINHOFF: That's it. And then after that they pretty much quit talking to me and did not trust me.

CHIEF DANNELS: Why would Ricky Crook threaten you with physical harm, if you don't know anything?

K. STEINHOFF: I don't know.

CHIEF DANNELS: No, you do know.

K. STEINHOFF: Oh my fucking God.

CHIEF DANNELS: Come on, Kris.

K. STEINHOFF: If I --

CHIEF DANNELS: What did Nick McGuffin tell you that night? You were just about ready to talk to me.

K. STEINHOFF: That they were fighting and she took off walking.

CHIEF DANNELS: Walking from where?

K. STEINHOFF: I don't know. Somewhere on the main highway where the Burger Barn is. I don't know.

(Pause.)

CHIEF DANNELS: What else did he tell you?

K. STEINHOFF: That's it. And that he looked for her and couldn't find her. He went to her house and threw rocks at

Exhibit 5036 at 35

her window and she didn't answer.

CHIEF DANNELS:  What time did he tell you he did that?  What time did he tell you he -- what time did he tell you he did that?

What time was your conversation with him?

K. STEINHOFF:  Well, I would -- I took Zack home, and then came back to town, so it had to be anywhere from -- 9:00 and midnight?  I'm not sure.  I don't know.

CHIEF DANNELS:  Kris.

K. STEINHOFF:  I can't say the exact time because I'm not sure, but I know I took Zack home after I seen him walking in circles in that Econo-Rooter parking lot.

CHIEF DANNELS:  Kris, you're not helping yourself today.

K. STEINHOFF:  I don't know what else to fucking say.  I'm sorry.  I don't know anything.

CHIEF DANNELS:  Kris, I'm sorry.  I -- and please don't take this as a personal character --

K. STEINHOFF:  I am.

CHIEF DANNELS:  Well, then -- you're holding back that piece of information.

K. STEINHOFF:  No, I'm not.  If I fucking knew, I would have said something by now.  I'm not the kind of person that could hold that in.  I would not be able to live with myself.

CHIEF DANNELS:  You're not living with yourself now.  You're hurting --

Exhibit 5036 at 36

K. STEINHOFF:  Yes, I am.  I'm just fine if you guys would leave me the fuck alone.

CHIEF DANNELS:  We can't.

K. STEINHOFF:  I didn't do anything.  I don't know anything.

CHIEF DANNELS:  Nobody's accused you of doing anything.

K. STEINHOFF:  I know, and you guys think --

CHIEF DANNELS:  Except for --

K. STEINHOFF:  -- that I know something --

CHIEF DANNELS:  Except for --

K. STEINHOFF:  -- and I don't, and you guys think I'm lying.

CHIEF DANNELS:  We do.  And, I mean, the expert told you that today.  The expert, I mean --

K. STEINHOFF:  Yeah, I might have lied about the thing about have I ever lied to authority, yeah.  I got pulled over and lied to him.

CHIEF DANNELS:  He's gone over the questions.

K. STEINHOFF:  I know, and I misunderstood.  I thought -- I don't know what I thought.  I don't feel good.  I'm sick, and I want to go home.

CHIEF DANNELS:  You want to avoid this because --

K. STEINHOFF:  No, I don't want to avoid this.

CHIEF DANNELS:  Kris, you can't avoid it.  You can't avoid it no more.  Kris, do you understand this is an opportunity for you?  Opportunities in life come and go.

K. STEINHOFF:  But what do you want me to say?  You want me

Exhibit 5036 at 37

to sit here and lie that he told me something he didn't?

CHIEF DANNELS:  No, no, no.  I want you to tell the truth.

K. STEINHOFF:  I have.

CHIEF DANNELS:  You know, you've talked to Detective Riddle, okay?  Who's one of my partners in this investigation, okay?  You've talked to me.

K. STEINHOFF:  Yeah, I've talked to everybody.  I came down here, on my own, done everything you guys have asked me to, and you're still sitting there saying I'm lying.

CHIEF DANNELS:  We gave you an opportunity to show credibility this morning --

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  -- and prove yourself.  That didn't happen, Kris.

K. STEINHOFF:  I am sick.

CHIEF DANNELS:  That -- that has nothing to do with this test --

K. STEINHOFF:  Oh my God.

CHIEF DANNELS:  -- and the experts can tell you that.  If you were at -- if you had a medical condition that, like being pregnant, you wouldn't have took the test.  That's a condition that would, you know, cause that.  But this is a different situation.

K. STEINHOFF:  Yeah, everything is.

CHIEF DANNELS:  Kris, what -- are you worried about what you

Exhibit 5036 at 38

tell me is going to -- you're going to be in trouble for?

K. STEINHOFF:  No, I'm not --

CHIEF DANNELS:  Kris?

K. STEINHOFF:  I'm worried about being in trouble for something I had no knowledge about.  I didn't know.

(Pause.)  And even if Nick did do something like that, I don't think he would trust me enough to tell me.

MR. TABOR:  You don't think so?

K. STEINHOFF:  No.

CHIEF DANNELS:  You sure?

K. STEINHOFF:  Because he knew that I was friends with Officer Zavala, and Dan Lee's known me since I was in grade school.  He wouldn't have told me shit.

CHIEF DANNELS:  How did he know you were good friends with Officer Zavala?

K. STEINHOFF:  Because everybody knew.  Because I got -- I got raped in Rick Henthorne's (phonetic) house.

(Pause.)

CHIEF DANNELS:  Here's a person that comes to you within hours of his girlfriend goes missing, and confides in you for help, support.  And he even makes sexual advances on you, from what you're telling me, okay, last week.  And what you've told back in the day when you did an interview with Detective Davis.

So -- and he wouldn't confide in you?

Exhibit 5036 at 39

K. STEINHOFF:  I don't think that he would trust me enough to even tell me anything like that.  That's why I'm telling you.  I'm not lying.  I was friends with David Zavala and Dan Lee.  My grandma knew Dan Lee.  I don't think that Nick would ever -- if he did do something like that, he would ever talk to me about it, ever.

CHIEF DANNELS:  Kris --

K. STEINHOFF:  Because he would be right.  I would tell somebody.  I wouldn't keep it to myself.  There's no way I would be able to.

And that's why I'm trying to tell everybody I'm not lying.  I don't know.

CHIEF DANNELS:  Kris, all I can tell you is what the case and what the experts -- everything comes together in one --

K. STEINHOFF:  Well, yeah, because I'm scared.  And I think that I talk -- when I talk to anybody, I'm lying.

CHIEF DANNELS:  I understand.

K. STEINHOFF:  Everybody thinks that.

(Door opens.)

CHIEF DANNELS:  I've asked Detective Riddle to come back to the office, and -- when he gets here, to help me on this, okay?  And here's why.  Here's why.  He --

Here, have a seat, John.

DET. RIDDLE:  All right.  Thanks.

CHIEF DANNELS:  You remember Detective Riddle?

Exhibit 5036 at 40

The reason why is this:  You had a relationship -- and when I say "relationship," professional, when it comes to our interviewing you here on this case.

And both of them were positive?  Correct me if I'm wrong.

But Kris, it's -- this pain, this is not going to go away.

K. STEINHOFF:  The only pain that I have is everybody thinking that I'm not telling the truth.  I don't know anything else.  I don't know what I can fucking say to get you guys to believe me.

CHIEF DANNELS:  The truth.

K. STEINHOFF:  I have told you the truth.

DET. RIDDLE:  You know what I hear, Kristin?

K. STEINHOFF:  I don't care.

DET. RIDDLE:  No, there's --

K. STEINHOFF:  There's a lot of things that people hear.

DET. RIDDLE:  No, no, no, not what I hear out on the street, what I hear you saying.  I hear you saying, "I would've," "I would've," "I would've."

K. STEINHOFF:  Yeah, I would've.  I would've told the truth a long time ago, if there was a truth.  The only thing that I know is he came over to my house, said that Leah was missing.  That's all I know.  He would not ever have trusted me enough to tell me if he did anything to her.  I would've told.

Exhibit 5036 at 41

DET. RIDDLE:  Did you see something?

K. STEINHOFF:  No, I didn't see anything.  I didn't even see her.

DET. RIDDLE:  Something on him?  Something that he --

K. STEINHOFF:  No, he changed clothes a couple times.  That's all that I noticed.  And he was driving the Thunderbird and the Mustang.  He changed clothes a couple times.  That's all that I noticed.  There was no blood on him or anything.  The only thing I noticed was the way he was acting, which I've never seen him act like that before.

CHIEF DANNELS:  He changed clothes?  What did he -- he changed clothes at your place?

K. STEINHOFF:  No, he -- I seen him -- when I seen him walking in the Econo-Rooter parking lot or Roto-Rooter, whatever it's called, he was wearing something.  And then when I seen him again after I got back into town, he was wearing something different.

CHIEF DANNELS:  Did you question him on that?

K. STEINHOFF:  No.

CHIEF DANNELS:  That's a huge detail.

K. STEINHOFF:  Why would I question him?  I lived in fucking Coquille.  I thought that I could trust everybody.  If you were me, and lived in a small town like that and were friends with everybody, would you think that something like that could happen?  I didn't.

Exhibit 5036 at 42

CHIEF DANNELS:  Kris, that's a huge detail.

K. STEINHOFF:  I don't sit there and question my friends, "Oh, why did you change your clothes?"

CHIEF DANNELS:  Hey, Kris, listen.  You -- that's a detail that you vividly remember ten years later.

K. STEINHOFF:  I've already told you guys this.

CHIEF DANNELS:  I know.  But you still remember that ten years later.  You're vague even on some of my interviews.  My interview last week with you, you were very vague on details.  Remember that?  But you remember a detail like that.

K. STEINHOFF:  Yeah, I don't want to say something and then be totally wrong about it.  I don't really remember everything I said back then.  Probably get a better story out of everything I said back then than you would now.

CHIEF DANNELS:  Kris, when you saw him at Econo-Rooter, let's go over that conversation with him.

You pull up.

You've had a lot of time to think about this since last week, correct?  I'm hoping you have a memory burst there, it all, on this.  Let's talk about that.  What happened?

K. STEINHOFF:  I pulled up and asked him what he was doing.  He said he was looking for Leah.  And it was weird.

DET. RIDDLE:  Can you -- can you look at us when you talk, Kristin?  It's hard to -- it's hard to --

Exhibit 5036 at 43

K. STEINHOFF:  No, I really want to leave.

DET. RIDDLE:  -- have a conversation with you.

CHIEF DANNELS:  Mr. Tabor told you you were not under arrest?

K. STEINHOFF:  Yes, I --

CHIEF DANNELS:  But you understand, you can't run from this either?

K. STEINHOFF:  I know.  I'm not running from anything.  I want to help, but I don't know what else to fucking do.  (Crying.)  I don't know anything.

CHIEF DANNELS:  Because I think you know what you want to do.  I mean, there's -- there's that small piece.  I know it's just sitting up there riding -- it's riding, it's riding --

K. STEINHOFF:  What, do you want me to make something up?

CHIEF DANNELS:  No.

K. STEINHOFF:  I don't know anything else.  Oh my God.

DET. RIDDLE:  Hey, Kristin.

K. STEINHOFF:  What?

DET. RIDDLE:  There's probably been 15 to 20 people that have taken polygraphs regarding these --

K. STEINHOFF:  Oh, and let me guess, I'm the only one that failed.

DET. RIDDLE:  No.

CHIEF DANNELS:  No, you're not.

DET. RIDDLE:  Actually, I was going to tell you something else.  There's four people who failed.  There's four people

Exhibit 5036 at 44

who have failed very similar questions to the questions you were asked.

Do you want to take a guess as to who those people would be?

K. STEINHOFF:  No, I have no idea.  Nick?

DET. RIDDLE:  You're right.

K. STEINHOFF:  Ricky?

DET. RIDDLE:  You're right.

K. STEINHOFF:  I don't know who else.

DET. RIDDLE:  It's another name you've said -- I -- you've said since you've been in here tonight.

K. STEINHOFF:  Brent?

DET. RIDDLE:  Mm-hmm.  And you.

K. STEINHOFF:  Well, I wasn't there.

DET. RIDDLE:  The Stemmermans, the Seros, the -- anything --

K. STEINHOFF:  I'm the one that fucking --

DET. RIDDLE:  -- any other name, any other name --

K. STEINHOFF:  -- told the cops about that, because I heard it from Cheri.

DET. RIDDLE:  Okay.  I'm just saying, any other name that has gone -- that maybe you've heard, or that has gone through the circles that may have been involved, they've taken polygraphs and passed.

K. STEINHOFF:  Well, that's great.

DET. RIDDLE:  So, what the --

Exhibit 5036 at 45

K. STEINHOFF:  So, I don't understand why I couldn't pass.

DET. RIDDLE:  What this -- well, that's what we don't understand either.  That's what we want to understand, Kristin.

K. STEINHOFF:  I don't know, I --

CHIEF DANNELS:  Uh, uh, Kris, wait.

DET. RIDDLE:  Is there something that you think?  Is there -- I mean, you can't fail the polygraph unless there's something that you -- it's within you.  You have to have a reason.  There has to be something in there that's eating at you that's --

K. STEINHOFF:  No, nothing is --

DET. RIDDLE:  I mean -- I'm sorry.  Eating is a bad word.

CHIEF DANNELS:  That's it.

DET. RIDDLE:  Be comfortable.

        You can't fail a polygraph if he asks you the question --

K. STEINHOFF:  Nothing is eating at me.

DET. RIDDLE:  -- and you're not being --

K. STEINHOFF:  I'm sitting here, trying -- I've been --

DET. RIDDLE:  -- you're not being deceptive.

        That's what I'm saying.  You can't fail it if you -- if you don't have knowledge.  See what I'm saying?

K. STEINHOFF:  No.  And I've been sitting here trying to think and think and think if there's anything that he told me

Exhibit 5036 at 46

that I missed, and there isn't.

DET. RIDDLE:  Well, was there something you were thinking about when he asked you that question, which would cause you to fail?

K. STEINHOFF:  Yeah.

DET. RIDDLE:  What were you thinking about?

K. STEINHOFF:  Is there something that he could have told me that I could have forgot about that could have been important, or anything like that.

DET. RIDDLE:  Well, on something you forgot about -- you can't fail on something you forgot about, okay?

K. STEINHOFF:  Well, I don't know.

DET. RIDDLE:  Well, I know.  I know you don't know, and that's why I'm trying to explain that to you, Kristin.  That's what we're trying to get to.  We're trying to get to a point where we all understand, we all know why.  Okay?

CHIEF DANNELS:  I --

DET. RIDDLE:  I mean, I don't think anybody who's ever opened the casebook and looked at it says "Oh, Kristin Steinhoff did this."  I don't think anybody would say that.

CHIEF DANNELS:  That's where you're not -- you're getting wrapped up into the -- remember the knowledge part.  Knowing what you know, from what you've said, and now not being able to prove it with a polygraph.

All I'm saying to you, Kris, is that the only way

Exhibit 5036 at 47

it's going to make you feel better is that piece of information Detective Riddle is talking about that's causing you to trip on this polygraph is the information we need to get from you.

K. STEINHOFF:  But I've told you everything I --

CHIEF DANNELS:  No, there's something specifically in your head --

K. STEINHOFF:  No, there is not.  No, there's not.  I would have told by now.

DET. RIDDLE:  Are you one of the seven people?

K. STEINHOFF:  The what?

DET. RIDDLE:  You talked about seven people that had to do something to her --

K. STEINHOFF:  Yeah, I -- I just --

DET. RIDDLE:  -- or had to be involved.  That way, you know, the --

K. STEINHOFF:  When, um --

DET. RIDDLE:  -- it's the circle of friends.  We --

K. STEINHOFF:  When I was pregnant with my son Trent, um -- John had just told me this not too long ago.  He said that he had seen Dusty Deutsch, and that he was taking off for Portland because there was a big acid party out Fairview.  And, um, he supplied the acid for the party when Leah was killed.

CHIEF DANNELS:  If I told you that we have tracked down every

Exhibit 5036 at 48

rumor known to mankind in Coquille and throughout, in reference to this case, and they all go back to nowhere.

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  The one -- would you be surprised?

K. STEINHOFF:  No.  There's a lot of rumors.

CHIEF DANNELS:  Okay.  So -- but if I told you that the facts of the case, and the stuff that's direct stuff I can use in court, that I can present to my district attorney and say, "This is our facts, these are direct quotes," it goes back to four people.

And ironically, the four people are the ones, like Detective Riddle said, that did not pass the polygraph.

K. STEINHOFF:  This is bullshit.  I never even hung out with Brent Bartley.

CHIEF DANNELS:  Nobody said you did.

K. STEINHOFF:  Yeah, well, I obviously had to have been there to be the four people that fucking failed.

DET. RIDDLE:  Maybe you weren't there.

K. STEINHOFF:  I wasn't there.

DET. RIDDLE:  Maybe you saw something.  Maybe you heard something.  Maybe you overheard something.  Maybe there's a reasonable explanation for things, Kristin.  That's what I'm trying --

K. STEINHOFF:  I was only with him --

DET. RIDDLE:  -- that's what I'm trying to figure out, is

Exhibit 5036 at 49

what the reason why for this (indiscernible) is.

K. STEINHOFF:  -- for a little bit that night.  We didn't even really hang out.  I don't know anything.

CHIEF DANNELS:  Well, you were with him at a critical time.  The most -- the 24 hours after you have a violent crime like this, a homicide, is the most critical time to be with somebody.  Especially, in this case, the boyfriend.  And you were with him.

There's got to be something sparking in that time.  That short time, that two hours.  Let's just say two hours, plus or minus, that you were with him.  There's something in that two-hour window --

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  -- that's causing you to trip yourself, consciously.

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  I think you know.  It's just you don't want to -- you just don't want to push it out here.  You don't want to push it out.

K. STEINHOFF:  I would have told a long time ago.  I'm so sick of this shit.

CHIEF DANNELS:  I don't know if you would have.  I don't know if you --

K. STEINHOFF:  I would have.

CHIEF DANNELS:  Obviously --

Exhibit 5036 at 50

K. STEINHOFF:  If I would have known anything.  I couldn't live with myself if I knew anything.  I would have told a long time ago.  We wouldn't be sitting here right now --

CHIEF DANNELS:  Kris, I don't --

K. STEINHOFF:  -- if I knew.

CHIEF DANNELS:  Kris, I don't know if you would have told.  I don't know if you would have told.  Truthfully --

K. STEINHOFF:  I know myself, and I know I would have.

CHIEF DANNELS:  Well, and I respect that, but listen to me too, okay?  This case has gone cold, and that's why they call it a cold case.  They've gone cold for eight years.

K. STEINHOFF:  Yeah, and you're sitting here trying to get answers out of me that I have no fucking answer for.  I don't know.

CHIEF DANNELS:  And now the case has been revitalized by some great investigators and experts.  And I say that with confidence.  And now we're down to the finale, and you're hooked into that finale.  And that's why I wanted to give you the benefit today to prove these people and myself wrong, and you didn't.  Now, it's time to -- like Mr. Frasier said, your district attorney, all right?

K. STEINHOFF:  So what?  And I'm going to go to jail now, because I failed a fucking polygraph?

CHIEF DANNELS:  That would be up to the grand jury, Kris.

K. STEINHOFF:  I didn't do shit.

Exhibit 5036 at 51

CHIEF DANNELS:  Kris, and that's why I'm saying --

K. STEINHOFF:  I go to jail for something I didn't do, and I had nothing to do with it, I will sue the fuck out of you.

CHIEF DANNELS:  Well, you -- and I've been sued before. That's not what I'm worried about.

K. STEINHOFF:  I didn't have anything to do with this and I don't know anything.

CHIEF DANNELS:  I -- Kris, I -- I -- here, have a seat for a minute.

K. STEINHOFF:  No, I want to go home.

CHIEF DANNELS:  I'm your advocate.  I'm the one trying to make you feel better inside.  When you leave here, this building today --

K. STEINHOFF:  Nothing makes me feel better because everybody thinks I'm lying when I know I'm not.

DET. RIDDLE:  Well, lay it all out on the table so we don't have to go back to your place, so we don't have to talk to you again, so you don't have to come back.

K. STEINHOFF:  I've told you everything I know, I --

CHIEF DANNELS:  Kris?

DET. RIDDLE:  Lay it all out on the table.  I mean, you know what?

CHIEF DANNELS:  It's not going to get better.

DET. RIDDLE:  Other people are telling us --

CHIEF DANNELS:  I'm serious.  You --

Exhibit 5036 at 52

K. STEINHOFF:  I don't care what other people are saying.

DET. RIDDLE:  Well --

CHIEF DANNELS:  But you --

DET. RIDDLE:  Well, you know what?  It's going to matter, though.  That's what I'm trying --

K. STEINHOFF:  But I wasn't there.  I didn't have a --

DET. RIDDLE:  That's right.  That's going to matter.

K. STEINHOFF:  Yeah, I'm sure that is.

DET. RIDDLE:  That's going to matter.  What people are saying is going to matter.  What people saw is going to matter.  Everything is going to matter.

I mean, you can say -- you can talk about, I would have done this, I would have done that, I would have done this --

K. STEINHOFF:  Yeah --

DET. RIDDLE:  But your, your -- your mouth is saying one thing, but everything else is saying something else.

K. STEINHOFF:  Yeah, because everybody thinks --

DET. RIDDLE:  That's what we're trying to get to.

K. STEINHOFF:  -- that I'm fucking lying, and I'm not.

DET. RIDDLE:  You know what?  Maybe there's just something there.  Just a little piece of information that -- maybe you're not lying.  Maybe you're lying by omission.  You're not saying everything, which is considered a lie.  If you're not telling everything, that's a lie by omission.

Exhibit 5036 at 53

K. STEINHOFF:  I've told everything that I know.  I don't know what else to say.  I'm not going sit here and fucking lie --

DET. RIDDLE:  Kristin --

K. STEINHOFF:  -- to make you guys feel better.

DET. RIDDLE:  We're not asking you to.

CHIEF DANNELS:  We're not --

DET. RIDDLE:  We've never asked you to.

CHIEF DANNELS:  This is about making you feel better.  This is getting this off your chest after ten years.  And, uh --

K. STEINHOFF:  There is nothing on my chest.  I have said everything that I know.  I don't know anything.  I'm not keeping anything from you guys.  I'm not trying to protect anybody.  The only person I'm trying to protect is myself.  And I told you the truth, the whole time.

CHIEF DANNELS:  Yes.  And I've offered -- just like car insurance.  I've offered you that insurance, that immunity, to give me the talk, and I'll give you that insurance, and you won't be in trouble.

K. STEINHOFF:  But I've told you everything I know.  I don't know anything.

CHIEF DANNELS:  Kris, once the grand jury starts, and once that goes through the process and they make a decision who gets arrested --

K. STEINHOFF:  Well, yeah.  If I get arrested --

Exhibit 5036 at 54

CHIEF DANNELS:  -- and you're telling me --

K. STEINHOFF:  -- for something I had nothing to do, it'll show how fucked up cops are around here.

CHIEF DANNELS:  Hold on.  Kris, you can't just walk out.

(Door opens.)

K. STEINHOFF:  No.  I want to leave.

CHIEF DANNELS:  You can leave, we'll escort you out.  But I want to make sure you're clear.

Can you shut the door?  I don't want the whole place to know what's going on.

K. STEINHOFF:  I want to go.  My kids haven't had lunch yet.

(Door closes.)

CHIEF DANNELS:  I know, and I'm going to escort you out, okay?  You just can't walk through the building.  I can't even walk through this building; it's not my building, okay?

But I want to make sure we have a clear understanding.  This is an opportunity that I want you to take advantage of.

K. STEINHOFF:  But I don't know anything else.  I've said everything that I know.

CHIEF DANNELS:  So if -- if you called Nick McGuffin and started talking about this case, what would he say to you?

K. STEINHOFF:  I don't know.  He probably wouldn't even talk to me.  He wouldn't trust me enough to tell me anything.

CHIEF DANNELS:  I'm not asking you to give that

Exhibit 5036 at 55

information --

K. STEINHOFF:  And that's probably why he didn't --

CHIEF DANNELS:  -- I'm asking about the conversation you had back then.  I'm not using you as that kind of a person.  I'm using you to say, if you called him and said, "Hey, listen, Nick, the cops know we talked," what's he going to say?

K. STEINHOFF:  I don't know.

DET. RIDDLE:  "The cops know what you told me."

CHIEF DANNELS:  What's he going to say?

K. STEINHOFF:  Probably nothing, because he didn't tell me anything, and he would know that he didn't tell me anything.  The only thing that he said is they were fighting.  That's it.  That's all I know.  And I don't think that he would ever have trusted me enough to tell me if he did something like that.

DET. RIDDLE:  Do you feel like he used you?

K. STEINHOFF:  Maybe as like an alibi, kind of, if he did do it.  If he did, because I don't know if he did or not.  But if he did, to say, "Oh, yeah, I was with her and we were driving around looking for her."

CHIEF DANNELS:  Did he tell you that.

K. STEINHOFF:  No.  But that's the only thing that he could use me for.

CHIEF DANNELS:  And we think he is.  But I need you to tell me a specific -- you need to tell me what he said to you.

Exhibit 5036 at 56

DET. RIDDLE:  I -- I --

K. STEINHOFF:  He just said he couldn't find her.

DET. RIDDLE:  I got a question:  Why didn't you go look for her in his car?  A car that she would recognize?

K. STEINHOFF:  I don't know.

DET. RIDDLE:  Why did you go look for her in a car that she doesn't know belongs to anybody?  I mean --

K. STEINHOFF:  I have no clue.

DET. RIDDLE:  Was that -- was that something that you suggested?

K. STEINHOFF:  No.

DET. RIDDLE:  Was it something that he suggested?

K. STEINHOFF:  I'm not sure.  I don't really remember.

DET. RIDDLE:  It's hard for me to wrap my head around --

K. STEINHOFF:  I don't know why --

DET. RIDDLE:  -- I'm looking for my girlfriend, why aren't I in my car?

CHIEF DANNELS:  And he's with you.

DET. RIDDLE:  That she's going to see.

K. STEINHOFF:  Yeah, see, I don't know.  I don't -- I don't even know why he would come to my house and want me to help him look for her.  I don't know.  I didn't even know her.

CHIEF DANNELS:  So you're in an unfamiliar car, looking for somebody that you don't know, correct?

K. STEINHOFF:  I know what she looks like.  I'd seen her,

Exhibit 5036 at 57

like, once or twice, but I didn't, like, know her know her.

Never talked to her, never anything.  And she didn't know

that car.

CHIEF DANNELS:  So --

K. STEINHOFF:  So I don't know.  That's a --

CHIEF DANNELS:  Let me --

K. STEINHOFF:  -- good question.  I don't really know why.

CHIEF DANNELS:  So you spent two hours looking for her, you

said?

DET. RIDDLE:  Plus or minus, you mean.

CHIEF DANNELS:  Plus or minus, correct?

K. STEINHOFF:  Yeah, I don't know exactly how long.

CHIEF DANNELS:  Where'd you go?

K. STEINHOFF:  Just out to the Sennets', the beginning of

their road --

CHIEF DANNELS:  Did you --

K. STEINHOFF:  -- then turned around and came back in town --

CHIEF DANNELS:  There was a party up there, correct?

K. STEINHOFF:  There was supposed to be, but there wasn't.

CHIEF DANNELS:  Did you go to the party spot to see?

K. STEINHOFF:  Nope.  We went to the very beginning of the

driveway.

CHIEF DANNELS:  How do you know there wasn't a party up

there?

K. STEINHOFF:  Because we didn't see any cars or lights.  He

Exhibit 5036 at 58

told me to turn around.

CHIEF DANNELS:  But you don't know for sure because you didn't go up in there.  Is that correct?

K. STEINHOFF:  No.

CHIEF DANNELS:  You don't know for sure?

K. STEINHOFF:  Hmm-mm.

CHIEF DANNELS:  Okay.  So you go out there to check, maybe there's a -- there's supposed to be a party there, but you never check to see if the party even existed?

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  Okay.  Then -- so then where'd you go?

K. STEINHOFF:  We turned around and came back into town.  If we drove around, like maybe, if we drove around town like once or twice.  I don't remember, exactly.

CHIEF DANNELS:  Okay.

DET. RIDDLE:  That takes all of 15, 20 minutes.

K. STEINHOFF:  I know, but we smoked dope and everything else.  Crack-heads.  I don't know.  Tweakers.  You can't really tell the time.

DET. RIDDLE:  Okay.

CHIEF DANNELS:  Where did you say -- can I ask where you smoked your meth at with him that night?

K. STEINHOFF:  In my bedroom at home.

CHIEF DANNELS:  Is that before you went looking for her, correct?

Exhibit 5036 at 59

K. STEINHOFF:  Yeah.  And maybe after.  I'm not sure.

CHIEF DANNELS:  Okay.  So you guys drove around.  You did your meth.  You went to a party, but never checked to see if the party existed.

K. STEINHOFF:  We drove to the road, and then turned around.  He told me to turn around.

DET. RIDDLE:  You said this --

CHIEF DANNELS:  Okay.  And you were driving, you said.

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  This is the Kia.

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  The one you had borrowed, right?  From Zack?

So then you come back into Coquille, there, on Fairview.  You drove around.  And -- did you stop there?  Did you talk to anybody?

K. STEINHOFF:  No.

CHIEF DANNELS:  Did you see Brent Bartley?

K. STEINHOFF:  No, but when we were, um, turning out in Fairview, there was -- because I told Dan Lee this a long time ago.  There was a girl that was hitchhiking, trying to go out to Fairview, but I just drove right past her.  But Dan Lee checked it out, and he said there was some girl that was getting released from jail.

CHIEF DANNELS:  So, you know Leah.  So it wasn't Leah.

K. STEINHOFF:  No.  It was a girl --

Exhibit 5036 at 60

DET. RIDDLE:  It wasn't Leah, then?

K. STEINHOFF:  No, it was a girl with blonde hair, but --

CHIEF DANNELS:  So -- but you told Dan Lee that?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  Why did you tell him if you knew it wasn't Leah?

K. STEINHOFF:  Because he asked if I had seen anybody on my way out there.  Anybody at all.  And I told him.

CHIEF DANNELS:  But if you told him that wasn't Leah, because you know Leah, why would he go check into it?  Any idea?

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  Do you see the --

K. STEINHOFF:  Just to see if I was --

CHIEF DANNELS:  -- reasoning there?

K. STEINHOFF:  -- if my story was right.

CHIEF DANNELS:  And Nick was with you when you told Dan Lee that?

K. STEINHOFF:  No, he wasn't with me.  No, he was with me when I seen her.  Yeah.

CHIEF DANNELS:  But when you told Dan Lee, when did you tell him and where were you at?

K. STEINHOFF:  I don't remember.

CHIEF DANNELS:  It's important.

K. STEINHOFF:  I don't remember.  When I told him that I drove him around looking for her.

Exhibit 5036 at 61

CHIEF DANNELS:  Had to be within a time period of seeing her, because -- and Nick was with there -- with you when you saw the girl, right?

And Nick knows Leah, and that's not the girl Nick knows to be Leah, and you know that not to be Leah.

K. STEINHOFF:  Yeah, I knew it wasn't Leah, after.  When we drove by her.

CHIEF DANNELS:  So --

K. STEINHOFF:  But I just told Dan Lee that because he asked if I'd seen anybody, so I told him.

CHIEF DANNELS:  You don't remember where you saw Dan Lee at?

K. STEINHOFF:  I talked to him after.

CHIEF DANNELS:  Where?

K. STEINHOFF:  I think it was Dan Lee that I talked to. After all this happened, they asked me --

CHIEF DANNELS:  But you said he went out and checked and it was somebody else?

K. STEINHOFF:  He went and checked the jail files to see if anybody had been released --

CHIEF DANNELS:  Okay.

K. STEINHOFF:  -- from jail.  And it was a girl that had been released from jail, hitchhiking, trying to go out Fairview.

CHIEF DANNELS:  Okay.  See Kris, you get defensive with me, but I'm trying to clarify your actions that night.  That's not -- I mean, if it's improper, let me know.  But I don't

Exhibit 5036 at 62

see it.  I'm trying to show, Hey, Kris is being honest with us.  You know?  We don't get many opportunities to show, to advocate for you.  And right now you -- I mean, it's not looking good.  So we're trying to do that for you.

Now, that night --

K. STEINHOFF:  Nobody's trying to do anything to help me.

CHIEF DANNELS:  Hey, listen --

DET. RIDDLE:  No need to say that.

CHIEF DANNELS:  -- I'd be in Arizona if I didn't care about where your status was, and where you're going.  I'm here right now, you know, while my family's sitting in a car waiting for me to get back home so we can leave.  That shows you how important it is to me, so don't sit there and say you don't -- I don't care, because that would insult me.  That really would, okay?

I do care, Kris, and that's why I'm sitting here.  That's why I'm spending the time and effort and energy trying to get that pain out of your body, okay?  But I need your help doing that.  Now you --

K. STEINHOFF:  (Coughing.)

CHIEF DANNELS:  So you drove around with Nick.

K. STEINHOFF:  (Coughing.)

CHIEF DANNELS:  So you went out by the party spot, you remember that.  Didn't go check to see if there was a party.

K. STEINHOFF:  Nope.  Turned around.

Exhibit 5036 at 63

CHIEF DANNELS:  And then what did you do?

K. STEINHOFF:  I don't know.  We maybe drove around town once or twice, and then went back to my house.  And that was it.

CHIEF DANNELS:  But there's a two-hour --

K. STEINHOFF:  I don't know if it was two hours for sure.  I said it could have been.  I don't know.  I did dope.

CHIEF DANNELS:  Did you ever see --

K. STEINHOFF:  Two hours seemed like five minutes to me.  I don't know.

CHIEF DANNELS:  Okay.  Have a seat, Kris.  We need --

DET. RIDDLE:  Did you ever stop anywhere else in town?

CHIEF DANNELS:  Have a seat.

K. STEINHOFF:  No.

CHIEF DANNELS:  Did you, um -- did you talk to anybody that night?

K. STEINHOFF:  No.

CHIEF DANNELS:  Did you ever see Bruce McGuffin that night?

K. STEINHOFF:  I don't even know who Bruce McGuffin is.

CHIEF DANNELS:  Nick's dad.

K. STEINHOFF:  No, I don't.  I did not see him anywhere.
        I know who Wayne is.

CHIEF DANNELS:  Did you see Wayne that night?

K. STEINHOFF:  No.

CHIEF DANNELS:  Did you see Brent Bartley?

K. STEINHOFF:  No, not that I know of.

Exhibit 5036 at 64

CHIEF DANNELS:  It's important.  Did you or did you not see Brent Bartley that night?

K. STEINHOFF:  I don't think I did.  I'm almost positive I didn't.

CHIEF DANNELS:  See, that would be -- so it's just you and Nick for two hours, and --

K. STEINHOFF:  It might have been two hours, I don't know. I'm not --

CHIEF DANNELS:  Okay.  I'm -- we're using approximates, estimates, plus or minus.

So you never saw anybody but Nick in those two-hour window?  Did you -- when did you see Nick go to the window and throw windows -- uh, the rocks up there?

K. STEINHOFF:  I didn't see him.  He told me that.

CHIEF DANNELS:  Okay.  So, that -- he'd done that -- he had done that act before he had hooked up with you?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  So, if Nick tells us he did that after he dropped you off, where is -- where does the conflict arise?

K. STEINHOFF:  After he dropped me off?

CHIEF DANNELS:  After you parted ways.  This was after.

K. STEINHOFF:  I don't know.

That's the whole thing.  When he came over, he said that he'd went to her house, threw the rocks at her window, she didn't answer.  He was just acting weird.

Exhibit 5036 at 65

CHIEF DANNELS:  Do you remember what time Nick came over?

K. STEINHOFF:  Late.

CHIEF DANNELS:  What's late to you?

K. STEINHOFF:  I don't know, probably close to midnight maybe.

CHIEF DANNELS:  Close to midnight?

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  What was he driving?

K. STEINHOFF:  I can't remember exactly.  If you look in my first report things, when I told -- they asked me that.

CHIEF DANNELS:  Ah --

K. STEINHOFF:  I don't --

CHIEF DANNELS:  You said he -- you said he was in the Thunderbird and Mustang.

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  Tell me when you saw him in the Thunderbird, tell me when you saw him in the Mustang.

K. STEINHOFF:  (Pause.)  I know I seen him once at Fast Gas, and I can't remember what car he was in.  But two different times when I seen him -- once when he came to my house, and once at Fast Gas -- he was driving something different.

CHIEF DANNELS:  But you saw him at the Maytag, the Econo?

K. STEINHOFF:  Yeah.  But that -- there was no car there.

CHIEF DANNELS:  The --

K. STEINHOFF:  There was no car there, at all.  He was

Exhibit 5036 at 66

standing in the parking lot walking in circles.  There was no car there.

CHIEF DANNELS:  Was he crying?

K. STEINHOFF:  I don't know if it was really crying or just like, panicking.

CHIEF DANNELS:  Describe panicking to me.

K. STEINHOFF:  Like, "I can't find Leah.  I don't know where she went," and all this other stuff.  And I don't --

CHIEF DANNELS:  Did you find that unusual?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  Why?

K. STEINHOFF:  Because -- (pause) -- I'd never seen him act like that.  And I don't -- I don't know.  I don't understand why he would be there with no car, nobody else around him, and him walking in circles, panicking like that, and acting like Leah was never coming back.

CHIEF DANNELS:  You say "never coming back."  I mean --

K. STEINHOFF:  Yeah.  Because now that -- after all this stuff happened, the way he was acting was like that.  Like he knew something happened to her, and --

CHIEF DANNELS:  Did you guys make arrangements at that point -- what time was that, approximately?

K. STEINHOFF:  When I seen him?

CHIEF DANNELS:  Mm-hmm.

K. STEINHOFF:  I don't know.  I was taking Zack home.

Exhibit 5036 at 67

CHIEF DANNELS:  Nine o'clock, ten o'clock, eleven o'clock, twelve o'clock.

How -- how much longer was it then you guys hook up?

K. STEINHOFF:  Maybe, close to 9:00.  When I took Zack home.

CHIEF DANNELS:  Could have been 10:00?

K. STEINHOFF:  I don't know.  I don't know.  You look in my other reports.  I have more -- more of the reports back then were accurate, because I don't remember every little detail. I don't.

DET. RIDDLE:  You know, sometimes what helps to remember when we're talking about things like that -- and, uh, we do this quite a bit when we're talking to people and having to go back five, ten years, whatever -- is to kind of sit back, close your eyes, put your head back, get back in your mind to that time.  And kind of walk us through, step-by-step, what happened, you know.

Zack and I are driving down West Central, or whatever.  And here's what we see, and just describe, step-by-step, what you see.  What was next?  What happened then?  What did he say?

And sometimes, in doing that, you can actually remember as good, if not better, you know, what was said, what was done, what did you hear, what did you see, what did you smell.  Details like that, that you think have escaped

Exhibit 5036 at 68

you.  But they're -- they're there.  It's just a matter of getting them out, and putting us there; you know what I'm saying?

CHIEF DANNELS:  Kris, you made a comment about him driving both the Thunderbird and Mustang that night.

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  You haven't articulated to me how you know that, what you saw.

K. STEINHOFF:  Because I seen him.  When he came to my house, he was driving either the Thunderbird or the Mustang.  Then I seen him once at Fast Gas, and he was driving a different car.

DET. RIDDLE:  Was Fast Gas before or after he was at your house?

K. STEINHOFF:  (Pause.)  I think it was after, because I sprayed air freshener in Zack's car.  I think it was after.

DET. RIDDLE:  So that would mean that he came to your house. You guys smoked some crank, got in the car and drove around. Then what -- I mean, how did -- then you guys end up separating, then seeing each other again, now at Fast Gas --

K. STEINHOFF:  No, he was like, at the store.  Like the store's here, and then that parking lot right here?

DET. RIDDLE:  Mm-hmm.

K. STEINHOFF:  He was here, and the car wash is way over here.  I pulled in to spray the car with air freshener, and

Exhibit 5036 at 69

then I left.  I didn't talk to him again.  I can't remember what I was doing that night.  I don't know.

CHIEF DANNELS:  Why did you borrow Zack's car that night?

K. STEINHOFF:  Because my car was broken.  My transmission kept going out.  It went through, like, three transmissions, and --

DET. RIDDLE:  What was your car then?

K. STEINHOFF:  A Hyundai Elantra.

DET. RIDDLE:  What color?

K. STEINHOFF:  Like a silver-ish color.  Silver-ish purple.

DET. RIDDLE:  What's a -- what's a Hyundai Elantra?

K. STEINHOFF:  I don't know.

DET. RIDDLE:  What kind of car is it?  Is it a two-door?  Is it a four-door?  Is it a sports car?  Is it a station --

K. STEINHOFF:  Four-door.

DET. RIDDLE:  It's a four-door?

K. STEINHOFF:  Mm-hmm.

DET. RIDDLE:  Like a sedan?  Or is it like a station wagon-looking thing, or --

K. STEINHOFF:  No.

DET. RIDDLE:  -- or hatchback, or --

K. STEINHOFF:  No.  It's a regular car with a trunk.

DET. RIDDLE:  Okay.

K. STEINHOFF:  And four doors.

CHIEF DANNELS:  Do you still have that car?

Exhibit 5036 at 70

K. STEINHOFF:  Huh-uh.

CHIEF DANNELS:  Where is that car?

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  Did you sell it?

K. STEINHOFF:  No.  It got towed.

CHIEF DANNELS:  It got towed from?

K. STEINHOFF:  My grandma's house, I think.

DET. RIDDLE:  Do you remember which towing company?

K. STEINHOFF:  No.  It had a red sticker on it.

CHIEF DANNELS:  So, a parking violation tow.  Is that what you're trying to say?

DET. RIDDLE:  Your grandma lived in the city limits, or?

K. STEINHOFF:  Hmm?

DET. RIDDLE:  Did your grandma live in city limits?

K. STEINHOFF:  She lived on Dean Street.

DET. RIDDLE:  Got it.

CHIEF DANNELS:  Kris, I'm glad to see you calmed back down.

K. STEINHOFF:  Wait, it didn't get towed from my grandma's. It got towed from John's grandma's.

CHIEF DANNELS:  John.

K. STEINHOFF:  John Farley, his grandma's.  Because it was parked there at the end of their driveway.

I remember, because I drove it to the gas station, and my gas line was unhooked from my mom.  And then I had to drive it back up --

Exhibit 5036 at 71

CHIEF DANNELS:  How long ago was it after this night in question, with Leah going missing, was it towed?

K. STEINHOFF:  It was towed, like, three or four years ago.

CHIEF DANNELS:  So, if -- this is years past.

DET. RIDDLE:  It's been some time.

CHIEF DANNELS:  Yeah.

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  The night Nick, Ricky Crook, and you met at the church, walk me through that.

K. STEINHOFF:  (Pause.)  He asked me what I had told the cops, and I said that I didn't tell them anything.  And, um, he just told me to keep my -- my fucking mouth shut, and not to say that I even seen him that night.

CHIEF DANNELS:  Were you crying that night?

K. STEINHOFF:  I don't know.  I don't remember.

CHIEF DANNELS:  If Ricky Crook tells me you were crying, would he be wrong?

K. STEINHOFF:  I don't think I was crying.  I was just -- I couldn't understand why they would want me to keep my mouth shut.  I didn't -- I didn't really understand what was going on.  Like, I kind of had a feeling that maybe he had something to do with it, but --

CHIEF DANNELS:  Based on?

K. STEINHOFF:  Just the way he was acting.  I don't understand why he would want me to keep my mouth shut if he

Exhibit 5036 at 72

was trying to find her.

I don't know.  If he cared, why would he tell me not to even say that I was with him that night?

CHIEF DANNELS:  Did he tell you -- take me through that statement.  What did he tell you to tell the cops?  That he wasn't with you?  He was with you?

K. STEINHOFF:  Just to not tell them anything.  That I didn't even see him.

CHIEF DANNELS:  He told you to tell the cops that?  When did he tell you that?

K. STEINHOFF:  (Pause.)  It had to have been the same day, I think.

CHIEF DANNELS:  The same day of her disappearance?

K. STEINHOFF:  No.

CHIEF DANNELS:  Or the day he met you at grand jury -- or, the day before grand jury?

K. STEINHOFF:  The day before grand jury.

CHIEF DANNELS:  That's at the church parking lot?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  So he wanted you to say -- say it one more time, so I understand it, out of your --

K. STEINHOFF:  That I didn't even see him.

CHIEF DANNELS:  Did he tell you why?

K. STEINHOFF:  No, he didn't tell me why.

DET. RIDDLE:  Where did this conversation occur?

Exhibit 5036 at 73

K. STEINHOFF:  In the parking lot.

DET. RIDDLE:  So you're just standing out in the middle of the parking lot when this conversation happened, or --

K. STEINHOFF:  I don't know how we ended up seeing each other there.  Like -- I don't know.  It's not like we planned to meet there, or anything.  I don't know how we ended up seeing each other there, but we just ended up stopping and talking.

DET. RIDDLE:  In your cars?

CHIEF DANNELS:  Who was what -- who was with Nick?

K. STEINHOFF:  I can't remember.

CHIEF DANNELS:  Ricky Crook with him?

K. STEINHOFF:  (Pause.)  I can't remember.

CHIEF DANNELS:  So if I tell you I've spoke to Ricky, and Ricky says he was there.

K. STEINHOFF:  Then it was probably Ricky that was with him. I don't remember exactly.

CHIEF DANNELS:  What else did Nick tell you?

K. STEINHOFF:  That's it.

CHIEF DANNELS:  To keep your mouth shut?

The conversation lasted about five minutes?

K. STEINHOFF:  Mm-hmm.

CHIEF DANNELS:  That's a pretty brief five-second statement that lasts five minutes.

K. STEINHOFF:  I don't know.  I stayed away from him after that.  I didn't --

Exhibit 5036 at 74

CHIEF DANNELS:  Let's go back to that five-minute conversation.  We still have four minutes and 55 seconds.  What else did you discuss?

K. STEINHOFF:  That's it.

CHIEF DANNELS:  Kris, come on now.  I mean, that's --

K. STEINHOFF:  That's the main important things that I can remember.  There was no other fucking important thing except that:  For me to keep my mouth shut.

CHIEF DANNELS:  Okay.

K. STEINHOFF:  I don't remember every little fucking detail of the conversation.  I don't know.

CHIEF DANNELS:  Kris, don't be mad.  Every time that I get you where you feel like you know it -- it is a vital question, I mean with a vital answer, you get real mean.

And don't take that wrong, okay?

K. STEINHOFF:  Well, yeah.  Because I --

CHIEF DANNELS:  We're not yelling at you.  You -- this ain't Hollywood.  We're not standing up screaming and yelling at you, got a light over your head.  This is real, okay?  We're going to treat you just like you want to be treated.  That's what you expect, correct?

It's important to know what that conversation was about.  Telling you, saying that you weren't together.

The question normal people are going to -- a reasonable person will say, is, why?  If you know nothing,

Exhibit 5036 at 75

like you're saying you do, why would -- the question I would say, if John comes to me and says, "Don't say we're in this interview today" --

K. STEINHOFF:  Well, I'm sure I probably asked why.

CHIEF DANNELS:  And that's what I -- what was the answer?

K. STEINHOFF:  But he didn't tell me anything.  That's all he said.  That's the most important thing.  He didn't tell me an answer.  I don't know.  That's why I wouldn't -- that's why I was telling the cops everything that I knew.  Because the way he was acting was just weird.  Like, if he was so concerned about her missing and everything, why would he be worried about me saying that he was with me that night?  Why would he be so worried about that?

CHIEF DANNELS:  And that's the answer we're looking for.

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  And the other four minutes and 55 seconds worth of discussion is what we're looking for.  And the -- the two hours, plus or minus, things we're looking for, okay?  Those what -- and don't take this wrong, before you go defensive with me and get all upset again.  That's why we have a problem here, I think.

And that's what we're looking for, Kris.  And that's why I'm offering you, again, that immunity, to tell me what he said in detail.  Or tell me in general what you remember from those conversations.  That's where I'm -- I

Exhibit 5036 at 76

want to provide you that insurance.

K. STEINHOFF:  Can't you guys go over my old paperwork?

CHIEF DANNELS:  I can, but if you look at it, you didn't provide details back then.  You didn't even provide general information back then.

K. STEINHOFF:  That's all I know.

CHIEF DANNELS:  Except what -- except what -- those are critical.  Those are critical.  The guy's -- who is the boyfriend, that's already said to you that he's weirded you out, he's creeped you out -- and I use your words on that, not mine.

And you meet him the day before grand jury, correct?  And he's telling you to keep your mouth shut. Five-second statement, five minutes in a car.  The other four minutes and 55 seconds you don't remember.

I got to -- I got to know what he said.  And you didn't -- that's what we need you to tell us.

K. STEINHOFF:  I don't know.  I'm sure I asked him why, and I'm sure he didn't tell me.  Because if he did, then I would remember.  I would know.  I don't know.

CHIEF DANNELS:  Kris, I'm not being mean.  But I'm telling you, what do you think a grand jury is going to do when everybody -- like Detective Riddle has already stated. Everybody else gets up on the stand and says, "This is what Kris told me."  And then you get up there and say, "I can't

Exhibit 5036 at 77

remember."

But you told me -- what you've done is you've put enough out there to raise your own suspicion.

K. STEINHOFF:  Yeah, and that's why I told the cops how he was acting that night.

CHIEF DANNELS:  No, but you've raised your own.  I didn't talk about Nick's suspicion, okay?

K. STEINHOFF:  I raised my own suspicion, like what?  What do you mean?

CHIEF DANNELS:  You're with -- you're with a person of interest here, in this case, correct?  Nick, the boyfriend. The girlfriend goes missing.  He tells you he's alarmed, he's panicking, all this stuff.  You see him in a parking lot with no car.  Two hours later, you guys are hooked up together. You drive around for two hours.  You say you go to a party spot, but then go, "Let's not check and see if the party's really going on," once you get there --

K. STEINHOFF:  No, he told me to turn around.

CHIEF DANNELS:  Okay.  I'm -- listen to me.

You go back, and you can't remember what you did in town, why you drove around.  You end up going back to your house.  And those are vital information that I think is tripping you on this, right here.  And that's what we're sitting here today for.

Let me ask you something.  Let me just throw this

Exhibit 5036 at 78

out at you, Kris.  Would it help if Mr. Frasier came in here and offered up an immunity directly from his mouth instead of mine?

K. STEINHOFF:  I've told you everything --

CHIEF DANNELS:  Kris, listen to me.

K. STEINHOFF:  There isn't anything --

CHIEF DANNELS:  Think about what I'm saying before you answer.

K. STEINHOFF:  -- that I'm not telling you.

CHIEF DANNELS:  Would it make a difference if Mr. Frasier, who is the prosecutor in this case, the one that sets charges against people, the one that's going to present this at grand jury.  Not one of his folks, his people.  Him.

Him and I have spent many, many hours on this case. He's the one that makes those final decisions.  Him and I have talked, but I'm a third party to you now, with him, okay?  Consider it a rumor with me, then.  Because I'm not directly telling you that, he needs to directly tell you that.

Will that make a difference?

And let me ask you something else.  You -- and then maybe -- and I haven't clarified this with you.

I appreciate you being here today.  And I said that this morning, I said it last week, and I'll say it again. Well, let me -- if I give you my word, and Detective Riddle's

Exhibit 5036 at 79

word, what you tell us today, two, you still go home.

Would that make a difference?

K. STEINHOFF:  But I've told you everything.

CHIEF DANNELS:  I know --

DET. RIDDLE:  Answer his question now.

CHIEF DANNELS:  Yeah, answer my question.  You keep -- you -- you keep throwing up kites without wind, and it's just flopping around --

K. STEINHOFF:  Well, yeah, but I don't understand.  You want me to say that --

CHIEF DANNELS:  Listen -- no, I'm not --

DET. RIDDLE:  What he's saying is he wants you to answer the question.

CHIEF DANNELS:  Are you scared you won't go home today?

K. STEINHOFF:  No.

CHIEF DANNELS:  Listen.  Look at me and say that.

K. STEINHOFF:  I told the truth.  No.

CHIEF DANNELS:  Look at me.

K. STEINHOFF:  No.

CHIEF DANNELS:  Are you scared you're not going to go home today?

K. STEINHOFF:  No.  I've told the truth.  I don't know anything.  I wasn't there, and he did not tell me any thing.

CHIEF DANNELS:  Kris --

K. STEINHOFF:  I got to go home, though.

Exhibit 5036 at 80

CHIEF DANNELS:  Kris, listen to me.

K. STEINHOFF:  It's two o'clock, and my kids haven't had lunch, and my husband doesn't have a car.

CHIEF DANNELS:  I got pizza we can take to them if that's what you need, okay?  I can deliver pizza right now, all right?  I will feed your kids.  That's not -- in fact, I just fed the detectives here in this case, all right?  I will feed your kids.

Now, look back at me for a minute.

See, this is body language of avoidance.  "I don't want to be near this cop."

K. STEINHOFF:  Yeah, because I've said everything --

CHIEF DANNELS:  But listen -- but, no, listen to me.  Listen to me.  And even Detective Riddle has already actually had you try to address us this way instead of -- it's almost like a shoulder to us.

DET. RIDDLE:  God.

CHIEF DANNELS:  If I treated you like that, you would be like, boy, this cop's rude, or he doesn't want to be here.

Wouldn't it?  Am I right?  Body language speaks.

K. STEINHOFF:  I don't want to be here.

CHIEF DANNELS:  I know you don't.

K. STEINHOFF:  I've told everything.

CHIEF DANNELS:  I know that.  Let's go back to my question.

If I bring Mr. Frasier in here, would that help

Exhibit 5036 at 81

ease you?

K. STEINHOFF:  What?  Is it because you think that I haven't already said something that I know?

CHIEF DANNELS:  Exactly.  Exactly.

K. STEINHOFF:  But I've told you everything, so what is the point of bringing him in here?

CHIEF DANNELS:  Kris --

K. STEINHOFF:  I'm not going to make something up so I can go home.

CHIEF DANNELS:  Listen, Kris.  I don't want you to make anything up.  But every time we get down to the nuts and bolts of knowledge, you break on me.

K. STEINHOFF:  How would you feel if you were me?

CHIEF DANNELS:  No, no.  How would I feel?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  I would feel very confident that here's what it is.  I would be remembering --

K. STEINHOFF:  Yeah, and I keep telling everybody that over and over and over, and nobody believes me.

CHIEF DANNELS:  You're --

DET. RIDDLE:  Who's everybody?  You're talking to more people than just us?

K. STEINHOFF:  No, like Coquille.  There was rumors going around everywhere.  I had to move away from there.

CHIEF DANNELS:  What rumors were floating around?

Exhibit 5036 at 82

K. STEINHOFF:  That I ran her over with a car or some crap like that.

CHIEF DANNELS:  I had people telling me that you've actually talked to them about that.

K. STEINHOFF:  No.  Denise Freeman told me that the cops told her that she wasn't ran over by a car.

CHIEF DANNELS:  I can present people.  And you can call it, you know, BS in your mind.  But it won't be BS here in about a week or so, based on the fact that it's real, is the fact that where they talk about you being involved in this car incident.

K. STEINHOFF:  It wasn't -- I did not hit anybody with a car.

CHIEF DANNELS:  Okay.

DET. RIDDLE:  Have you told anybody that you were involved in this?

K. STEINHOFF:  No.

DET. RIDDLE:  Have you told anybody, in the years that have gone by, that you had something to do with this?

K. STEINHOFF:  No.

DET. RIDDLE:  Is there's somebody that we've talked to that -- that -- in doing this investigation, that might tell us that?  That you've admitted to being involved?

CHIEF DANNELS:  Maybe on, what --

DET. RIDDLE:  Maybe when you were high --

CHIEF DANNELS:  Yeah.

Exhibit 5036 at 83

DET. RIDDLE:  -- one time?

K. STEINHOFF:  No.

DET. RIDDLE:  That you told somebody when you were high that, "I was involved in this."

K. STEINHOFF:  No.

CHIEF DANNELS:  Well, how would these people --

DET. RIDDLE:  You think we -- you think we would -- you think in the course of this investigation that we would -- we would turn over a rock, and somebody would be able to tell us that, or somebody has told us that?

K. STEINHOFF:  I don't know.  Obviously, if you guys are sitting here saying it, but I wasn't involved in it.  I know I wasn't.

DET. RIDDLE:  And you know that you've never told anybody you had anything to do with it, is what you're telling us now?

K. STEINHOFF:  Yeah.  Why would I tell somebody that I had something to do with it when I didn't?

DET. RIDDLE:  It's a question that I'd like answered too.

CHIEF DANNELS:  And that's a question the grand jury's going to want to know too.

K. STEINHOFF:  I don't know.  I'm going home.  Can you walk me out, please.

I don't know what to say.  I didn't have anything to do with it and I'm not going to sit here and lie --

CHIEF DANNELS:  Kris --

Exhibit 5036 at 84

K. STEINHOFF:  -- and -- so I can go home.

CHIEF DANNELS:  One last thing I would do is, I -- if Mr. Frasier's here, I'd like to have him at least say something to you before, because the next time you see him will be at the grand jury.

Are you willing to see if he's here?

K. STEINHOFF:  Whatever.

CHIEF DANNELS:  Okay.  Give me one second.

You want some water?

K. STEINHOFF:  Yeah.

CHIEF DANNELS:  Okay.  I'll get you some water.

(Door opens, pause, opens again.)

CHIEF DANNELS:  He'll be in in just a minute.  He's finishing something off.

(Pause.)  Still hurts, huh?

K. STEINHOFF:  This is bullshit.  I don't know anything. I've already said everything that can help you guys.  This is a bunch of crap.

(Pause.)

CHIEF DANNELS:  How would you want me to respond to that?

K. STEINHOFF:  I don't know.

CHIEF DANNELS:  In all fairness, I mean, I'm being very direct with you.  I've been -- I've been very respectful with you, correct?

Well?  Kris, look at me, please.

Exhibit 5036 at 85

K. STEINHOFF:  No, you haven't.  I --

CHIEF DANNELS:  You don't think I've been respectful to you?

K. STEINHOFF:  No, you have.

CHIEF DANNELS:  Oh, I was going to say, tell me how.  I mean, I treat people -- I always treat them with respect, no matter what the situation is.

How would you want me to respond to that, the BS and the crap stuff?  I mean, you --

K. STEINHOFF:  I don't know.  I just --

CHIEF DANNELS:  I just, really -- you know, and there's a deep burning seed in there, that's been hanging on you for ten years, that's -- I mean, until I crack that seed and make it grow and get it out of your system and your con -- I -- it's going to hurt.

K. STEINHOFF:  But that's the thing.  I'm not holding anything back.  I've told everything that I know.  (Pause.)

CHIEF DANNELS:  You know, Kris, one thing -- I've been doing this a long time.  I've done many, many interviews and watched many, many people.  And the number one communication -- you know what that is, number one communication?

K. STEINHOFF:  Looking people in the eye?

CHIEF DANNELS:  It's the body language, and how you react to me --

K. STEINHOFF:  Because, it's --

Exhibit 5036 at 86

CHIEF DANNELS:  I'm not the enemy.

K. STEINHOFF:  I know, but this has been going on for years and years and years --

CHIEF DANNELS:  Right.

K. STEINHOFF:  -- and I'm just so --

CHIEF DANNELS:  Internally, it has been.  Internally it has been.

K. STEINHOFF:  No, not internally, because I've told everything that I know.  Just years and years and years of cops coming in and out of my life, and I'm tired of it.

CHIEF DANNELS:  I don't want to be in your life.  You know that, don't you?  I don't want to have anything to do with -- with bothering you and your family.

I didn't create this.  You understand that?

(Door opens.)

CHIEF DANNELS:  And that's why I'm here as an advocate for you, but also as internal peace for you too.  And the only way that peace is going to come is we talk, okay?

Kris, this is Mr. Frasier.  He's the Coos County district attorney.  He's not one of the staff members, he's actually the elected district attorney.  He's the one, like I told you before here, that's prosecuting the case, making decisions on the case, and will be running the grand jury.

I've already explained to Kris too, that she's a focal part of the grand jury, so he knows -- I want to make

Exhibit 5036 at 87

sure he hears this too, so you don't think I'm blowing smoke. I don't want to throw something off. There's going to be some fire, all right?

So, I've asked him to come in, based on our discussions, to understand what a immunity letter is.

I told her I think there's two things that's bothering her. Number one is the fear of being arrested.

Am I wrong?

K. STEINHOFF: Yeah.

CHIEF DANNELS: Number two is a fear of going to jail today.

Am I correct, Kris?

K. STEINHOFF: Yeah.

CHIEF DANNELS: I want to rest those issues at ease, excluding -- well, I'll let him discuss that, okay?

Are we right on that? Okay.

MR. FRASIER: Let me tell you where I'm at, okay? We've been doing a lot of investigation in this case, and you've been told what happened in the polygraph here today. There's been a couple of people that have come forward, and one of them, whose name is Michelle Emery (phonetic), another is a girl named Amber Pattee (phonetic) or Patté, I don't know how to pronounce it.

But they're both --

K. STEINHOFF: Who the hell are they?

MR. FRASIER: Well, they both say and claim that they talked

Exhibit 5036 at 88

to you, and they claim they heard you say that you killed Leah, so that you --

K. STEINHOFF:  I don't even know who they are.

MR. FRASIER:  Well, I'm telling you what they're telling me. That they heard you say that you killed Leah, and that you did it so you could have Nick as a boyfriend.

K. STEINHOFF:  Oh my God.  I didn't even like Nick like that. That's a crock of shit.  That is not true.

MR. FRASIER:  Okay.

CHIEF DANNELS:  You understand these are just two examples?

K. STEINHOFF:  Yeah.

MR. FRASIER:  Well, what I'm trying to tell you is I got people out there telling me you did it.

K. STEINHOFF:  Um --

MR. FRASIER:  And I'm going to take -- I'm going to take this to the grand jury, and I'm going to let everybody testify. I'm going to bring in those two people; let them testify in front of the grand jury.  I'll bring you in front of the grand jury.

K. STEINHOFF:  I don't even know who they are.

MR. FRASIER:  Well --

CHIEF DANNELS:  That's irrelevant.

MR. FRASIER:  That's neither here nor there at this point, because they're telling me you said you did it.  Well, they're telling the police, they haven't talked to me

Exhibit 5036 at 89

directly, but -- okay?

So this is why we're giving you this chance.  It's important that you tell us everything you know.  And if you're worried about getting prosecuted, as long as you didn't kill the gal, I'm willing to talk.

K. STEINHOFF:  I'm worried about getting in trouble for something that I had nothing to do with.  This is scaring me.

MR. FRASIER:  Okay.  Well, so that's why we need to know what you know.

K. STEINHOFF:  I've told everything that I know today.

CHIEF DANNELS:  Kris, don't be offended.  There's -- there's that conscience seed that's sitting in there eating you.

Sorry, I know you don't want to hear it and that's why you get defensive when I say it, okay?

This is an opportunity.

K. STEINHOFF:  I know, but I've said -- what do you want me to say?  Sit here and tell you guys something that you want to hear, and lie?

MR. FRASIER:  No.

CHIEF DANNELS:  I -- no, no, no.  Please.

K. STEINHOFF:  I don't know what to say.  I've told everything that I know.

CHIEF DANNELS:  Kris, wouldn't it be nice to walk out of here today, after ten years, to put this behind you instead of carrying the weight of this burden?

Exhibit 5036 at 90

K. STEINHOFF:  I haven't carried the weight of anything.  I don't know anything.

CHIEF DANNELS:  Kris --

K. STEINHOFF:  He wouldn't have trusted me enough to tell me shit.

CHIEF DANNELS:  Kris, for ten years you've carried this burden.  Whether you want to accept that in front of me or not, you've carried that burden.  That mental anguish, that hurt --

K. STEINHOFF:  Well, yeah.  If everybody thinks that I had something to do with it, that's it.

CHIEF DANNELS:  Listen, I've already told you my thoughts on that, okay?  It's the information that you were provided, is what I'm looking for.  And that's where we're providing you -- that's why I have the DA here.  I mean, he's a busy, busy man, and I've asked him to come here today so you don't hear it just from me.

And I'm a -- I don't have the authority to offer immunity letters.  I work under his authority under that.  And I've asked him to come here.  He's felt it's important enough, because this case is in a finale stage of it.

It's coming.  It's no avoidance no more.  This ain't ten years ago.  It's coming.  The train's coming down the tracks.

K. STEINHOFF:  I've heard that over and over and over.

Exhibit 5036 at 91

CHIEF DANNELS:  What's that?

K. STEINHOFF:  I've heard that over and over.

CHIEF DANNELS:  I know you have, but --

K. STEINHOFF:  I don't know what else to say.

CHIEF DANNELS:  But the train's coming.  You can see the light now.  If you stay on the tracks you're going to get hit.  You can get on the train with us, or you can get hit by the train.

There's some vivid thinking there.  And all we're asking for is your cooperation to get rid of this after ten years.

Nick McGuffin spoke to you that night.

K. STEINHOFF:  No, he didn't tell me anything like that.  He didn't tell me that he had anything to do with it.  Just the way he was acting would make me think that he did.  That's it.

I would have said something.

I don't think that he would trust me enough to even tell me anything like that, because I was friends with Dan Lee, David Zavala.  Dan Lee's known me since I was in grade school.  I used to hang out with his daughter.  I don't think Nick McGuffin would ever trust me enough to tell me anything.

MR. FRASIER:  Okay.  Do you know who killed her?

K. STEINHOFF:  No, I don't.

MR. FRASIER:  Then why do you keep -- we keep getting your

Exhibit 5036 at 92

name as saying that Bill Sero ran her over with a car, or Tom Stemmerman ran her over with a car --

K. STEINHOFF:  Because there was a bunch of rumors that were going around.

MR. FRASIER:  Yeah, and it all comes back to you.

And also you've got people out there saying you're in the freaking car with these people.

CHIEF DANNELS:  Remember I was telling you that?  I don't make up stuff.

K. STEINHOFF:  No.  I didn't have anything to do with that.

MR. FRASIER:  Listen --

K. STEINHOFF:  I wasn't there.  I didn't even know her.

MR. FRASIER:  Okay.

K. STEINHOFF:  If Nick told me anything, that he had anything to do with it, then I would have told.

MR. FRASIER:  Okay.

CHIEF DANNELS:  Kris, I wanted you to leave here today feeling better, not worse.  That was the goal of this whole session, in all aspects.  And that didn't happen today, and it hasn't happened yet.  And I don't -- I don't think it's going to get any better.

K. STEINHOFF:  I didn't have anything to do with this, and I'm not --

CHIEF DANNELS:  Wait a minute.  You keep --

K. STEINHOFF:  -- lying.

Exhibit 5036 at 93

CHIEF DANNELS:  You keep saying that, and I --

K. STEINHOFF:  Because all the crap that I hear.  Like, what he said, that I was in the car with them.

CHIEF DANNELS:  Well, he's being honest with you.

K. STEINHOFF:  Yeah, I've heard that too, but I didn't.

CHIEF DANNELS:  Okay.  Listen.  I don't -- I don't -- it's not the involvement that I'm looking for.  I'm looking for the knowledge you're possessing.  The knowledge you're possessing, that you've failed to -- it's stuck inside you. It's become embedded into you, and braced into your body after all ten years.

Kris, that's what I need.  That's what you need. That's what's going to make you feel better when you walk out of here, and your life can begin.  Your life has been stagnant in ten years.

K. STEINHOFF:  No, it hasn't, because I am not lying or hiding or keeping anything away from you guys that he has told me.  I don't know.  And if I did, I would have told you guys.  There's no way that I would have been able to live my life knowing something like that.  I couldn't do it.  And that's probably why he wouldn't trust me enough to tell me anything anyways.

CHIEF DANNELS:  That night he trusted you enough.  He came to you for help.

K. STEINHOFF:  He probably came to me to say that -- that he

Exhibit 5036 at 94

was with me.  Maybe if he did do something, maybe he did that so that he wouldn't get in trouble.  I don't know.

CHIEF DANNELS:  Did he tell you that?

K. STEINHOFF:  No, he didn't.  But after everything that happened, when she really did come up missing and he started saying to keep my mouth shut, then I kind of figured maybe he did have something to do with it.  Just the way he was acting.

Because I don't understand.  If he wasn't guilty of doing something to her, why would he care if me and him were out looking for her?  Why would he give a shit?  He should have been trying to help.

CHIEF DANNELS:  You even made a comment.  You guys went looking for him after you did meth, and -- and of course he tried to make sexual advances toward you, correct?

And you go looking for him, you don't even go to a party where he said --

K. STEINHOFF:  He told me to turn around.  He told me there was no cars there.  There wasn't a party.

CHIEF DANNELS:  But you would never know that because you couldn't even see the house, correct?

K. STEINHOFF:  Yeah.  There -- I guess.  I don't know.  I'd never been out there.  He said if there was a party, there would have been cars and lights on.  There was no cars, no lights --

Exhibit 5036 at 95

CHIEF DANNELS:  But you never -- you never drove off the road.  You --

K. STEINHOFF:  We turned around in their driveway.

I don't know.

CHIEF DANNELS:  I guess that what -- I don't know how to say it without sounding worse to you, but I haven't BS'd you yet.  I've been pretty direct with you.

I guess the only thing I can tell you now is, fate's not in my hands.  It will be in somebody else's.  You know that?

K. STEINHOFF:  I don't see how I --

CHIEF DANNELS:  How you see it -- Kris, this is an opportunity that you have, but it won't be in my hands anymore, okay?

K. STEINHOFF:  But I am not going to sit here and lie to you.

CHIEF DANNELS:  Nobody's ever asked you to do that.  Please.

K. STEINHOFF:  I know, but --

CHIEF DANNELS:  So --

K. STEINHOFF:  -- I'm not going to sit here and lie to you and make something up, just so you'll be happy.  I don't know what else to say.  I don't know anything.

CHIEF DANNELS:  You're -- you're -- you're, you're -- you're tripping the heck out of this polygraph machine, and with a confident failure.  Not with a, Hey, maybe-maybe.  No, it's confident you failed that test.  You -- you -- your mind was

Exhibit 5036 at 96

thinking on something.  Your mind was thinking consciously.

I -- we ran these in Arizona, these polygraph tests.  We're very familiar with them.

Your mind was tripping; not on a parking ticket, I can assure you of that.  It was tripping on this case.

K. STEINHOFF:  Yeah, trying to see if there was anything that he could have told me that could have been important that I missed.

CHIEF DANNELS:  Polygraphs don't trip because you -- you may have -- that --

K. STEINHOFF:  Then I don't know what else to say.  I don't know.  I don't know.  I've not lied.  Yeah, I lied about that one question.  Yeah, when I was pregnant with my son I got pulled over by a Stater and lied about labor pains so I could get out of the speeding ticket.  Stupid shit like that.  But I would never --

CHIEF DANNELS:  Maybe you --

K. STEINHOFF:  -- lie about anything like this.

CHIEF DANNELS:  Maybe you told Mr. Tabor.  Maybe you told --

K. STEINHOFF:  I misunderstood the question in the first place.  Because I thought he meant like with something to do with this case, not like with anything else.  I misunderstood it.

CHIEF DANNELS:  Okay.  Let me talk to Detective Riddle here.  He's reviewing something real quick, before your last -- the

Exhibit 5036 at 97

questions we're going to ask you.

Because here's the deal, Kris.  Once you walk out of here, we won't knock on your door anymore.  Well, probably a subpoena for grand jury, you will get that.  That's a given.  And the next time we will walk on your -- knock on your door, it will be the result of the grand jury.

Do you understand that?

And that's where this -- this -- this is why we're hear today.  I told you before, I'll say it again.  This will be the last time I'll probably say it.  The advocate is sitting in the chair in front of you.  In fact both of us, to help you, not hurt you.

K. STEINHOFF:  But I don't know anything else.  I don't know.  He didn't tell me anything.  I'm not lying.

CHIEF DANNELS:  Have you talked to Bartley?

K. STEINHOFF:  No.  Oh, I seen him one time when I lived in Coquille, at a bar.  Because me and my, um, boyfriend were trying to find a new house -- a bigger one.  And we went and lived at his dad's -- at his dad's for a couple months.  And I seen him at a bar.

CHIEF DANNELS:  What did you guys talk about?

K. STEINHOFF:  We didn't talk about anything.

CHIEF DANNELS:  You didn't talk to him?

K. STEINHOFF:  I was talking to his friend -- Jason, I think his name is?  His girlfriend's the one that jumped off the

Exhibit 5036 at 98

North Bend bridge and killed herself.

CHIEF DANNELS:  Mm-hmm.

K. STEINHOFF:  That's it.  I think we said Hi, and that's it.

CHIEF DANNELS:  Did you associate with Bartley?

You said you didn't see Bartley that night?

K. STEINHOFF:  Huh-uh.  I didn't ever hang out with him.

CHIEF DANNELS:  So you never saw Bartley that night.  You never saw Bruce McGuffin --

K. STEINHOFF:  I don't know who Bruce McGuffin is.

CHIEF DANNELS:  Nick's dad.

K. STEINHOFF:  Yeah, I know that.  But I mean, I've never met him.  And I didn't see him that night -- not that I know of.

CHIEF DANNELS:  But you drove your car around, instead of Nick's car, looking for Leah.  See, it doesn't make sense.

K. STEINHOFF:  I don't know.  And it didn't make sense when you brought that up either.  It doesn't make sense now.  I don't know why.  I don't know.

CHIEF DANNELS:  I mean, it's like --

K. STEINHOFF:  I never thought about it that way.

CHIEF DANNELS:  It's almost like the -- the hidden car, here. I mean, I'm going to go look for a person.  It's like me driving my personal vehicle instead of a cop car where people can recognize me for help.

K. STEINHOFF:  I don't know.  It didn't make sense until you brought it up either.  I don't know.

Exhibit 5036 at 99

CHIEF DANNELS:  A lot of things don't make sense, Kris.

And the key to that, making sense of that, I think is internally with you.  And that's what's bugging me here.  It's bugging me.  And every time I -- you know, here's the thing.  This is a body language technique too.  Anytime I ask you a question that's directly to the nuts and bolts of this case -- and I'm not talking about what color is the sky, I'm talking about something that's critical to the case -- you look away from me, every time.

K. STEINHOFF:  Because I'm tired of talking about it.

CHIEF DANNELS:  No, you did that from the time I sat down here.  You did that last Wednesday when we spent time.  You know?  If I had --

K. STEINHOFF:  No, I didn't.  Not in my driveway, I did not.

CHIEF DANNELS:  Unfortunately, I wish I could -- you know --

K. STEINHOFF:  No, I didn't.

CHIEF DANNELS:  Well, you did.  And here's the thing, just like --

MR. FRASIER:  I need to step out.

CHIEF DANNELS:  Okay.

Just like if I asked you about your -- your kid. Hey, how's your kid?  You answered me directly, eye-to-eye. If I asked you a question about the nuts and bolts, you looked away.

K. STEINHOFF:  Because I don't remember --

Exhibit 5036 at 100

CHIEF DANNELS:  That's an avoidance.  It's also a sign.

K. STEINHOFF:  I don't remember everything exactly.  Like, stuff -- (coughing) -- stuff that they'll --

CHIEF DANNELS:  The stuff you -- the stuff --

K. STEINHOFF:  -- that they'll say that I said, like back then, like when he was -- that other guy was reading the stuff in the reports back to me.  I didn't remember some of the stuff.  But I said, if I said it, it must be right because it's in there.  I must have said it if it's in there.

CHIEF DANNELS:  Those details is not what's tripping us today, I can assure you of that.  Those are not the details, Kris, slipping you today.

K. STEINHOFF:  Oh God.

CHIEF DANNELS:  The details we're talking about is what's pertinent in your mind, between you and Nick.

K. STEINHOFF:  Nothing.  I told everything that I know.  I need to go home.

CHIEF DANNELS:  All right.  Let me talk to Detective Riddle, and we'll get out of here, okay?  Fair enough?

        (Door opens.)

CHIEF DANNELS:  Kris, one last thought.

        You made a comment about Nick telling you he had an argument with her -- with Leah, correct?  What was that argument about?

K. STEINHOFF:  I don't know.

Exhibit 5036 at 101

CHIEF DANNELS:  Did he ever tell you that he thought Leah was pregnant?

K. STEINHOFF:  No, um, Denise --

CHIEF DANNELS:  Have -- if I read a -- if you had a prior statement with Detective Davis, where you state that he told you that?

K. STEINHOFF:  Then he told me that.  If it's in the old statement, that he told me that, then he told me that.  I'm not going to say no, he didn't tell me that, and lie when I don't know for sure.

CHIEF DANNELS:  Okay.  Did he tell you --

K. STEINHOFF:  Because I heard -- I heard it from Denise, too.

CHIEF DANNELS:  Okay.

K. STEINHOFF:  That, um, her mom was going to press statutory rape charges on Nick.

CHIEF DANNELS:  Okay.

K. STEINHOFF:  Because I hung out with Denise after Leah went missing, after everything happened.

CHIEF DANNELS:  Okay.  Anything else you want to tell me?

        This is it.  I'm going to walk you to the front door, and you're going to walk away, and I'll see you at grand jury.

K. STEINHOFF:  No, I don't have -- I'm not hiding anything.  I don't know anything that I haven't told.

Exhibit 5036 at 102

CHIEF DANNELS: Okay. All right. Well, thank you for coming in.

And, by the way, if you have a conscience moment, you've got my number. You know how to get ahold of me. It's time to soul-search, Kris. It's time to soul-search. You can hide behind -- you can hide under the roof of your house. You can hide behind the fact that it won't happen -- "They won't interview me again." You can hide behind the fact that they'll never do a grand jury. But those are ignorant statements at this point because it's going to happen. We're down to -- I told you a minute ago. We got four --

K. STEINHOFF: I don't understand how I could get in trouble when I told the truth.

CHIEF DANNELS: Knowledge is power, in most cases. It's also criminal in others. Understand my thoughts on that, okay?

I'm going to walk you out.

(End of recording.)

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of a DVD recording dated June 26, 2010, and transcribed this 9th day of January, 2011.

_____

PEGGY S. JILLSON, TRANSCRIBER

Exhibit 5036 at 103