**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5039**
Handwritten Timeline
Prepared by Nick McGuffin
7/05/00

3. to 4 o'clock   left leah's house

4           Went to Brent Bartley's House

5 o'clock   Me, Leah, & Brent went out to
            my house to get a couple of movies

5:45   Went to Brent's grandparents house
       Brent had a couple of drinks, I had
       1 mixed drink. I don't know if Leah
       had any

6:50   left to take Leah to Cherrie Mitchell's
       house, Leah, told me to come back
       in 2 hrs. which is about 9 o'clock

~~7 to 9 o'clock   hung out at fast Mart~~ PM

7 o'clock   Brent & I went & picked up
            Nicki Price and I took them both
            up to Brent's grandparents house

7:30 to 9:00   I hung out at fast Mart until
               about 8:00

8:00   Drove around, went out to Mill
       Pond came back into town

9:05   Went up to Cherrie's house, when
       I got there Cherrie was crying
       and said Leah and Cherrie's mom
       got into an argument, also said Leah
       had just left

9:15   Drove up Central looking for Leah
       Drove back down Central took a left
       at Stamper's, then another left
       at the next Stop sign, came back
       across from fast Mart by hair
       place and drove back up Central,
       Went to W. Coquille turn off and

72

turned around.

9:45 Drove by Fast Mart again and I think Brett Marrow yelled at me but, I just kept driving because I was looking for leah, Bunch of People Hanging out at

10:00 I might of seen Tim Woosley walking fast around.

10:15 Went back to Cherrie's, she said that leah didn't come back and she said maybe she walked out to your house, called leah's mom asked if leah was home & she said no.

10:30 Called my mom from fast Mart to see if leah had called but she didn't

10:40 talked to Mark Kurn he said that him + Mike McAdam's seen her walking by ~~fast Mart~~ Hunter's

In between 10 & 10:40 Went up ~~to~~ Brent's grandparents house but, leah wasn't there

10:50 Zavalla pulled me over for one head light & I told him that I was looking for leah and asked him to help find her

10:55 Went to Denny's Pizza & asked Denise, leah's sister if she stopped by and she said No.

11:05 Seen Richard Bryant ~~at fa~~ Walking + he said he hadn't seen her either

In between 10:40 & 11:00 Went to highschool and seen 2 people walking the track and

Ehxibit 5039 - Page 2

asked them if they had seen a girl walking around in a tank top they also said No. The couple were driving a ~~th~~ Marroon Aerostar Van

11:30 I went Back upto Brent's house to pick him & Nicki up.

11:40 Dropped Nicki off & me and ~~th~~ Brent went looking for leah for about another 45 mins.

11:50 Went by leah's house and I didn't think she was home so we kept looking, also I talked to 2 girls at the Sanford Heights playground and they also didn't see her

Midnight Seen Danny Lee and asked him to look for her because I couldn't find her, he kind've ignored me and didn't pay attention

After Midnight Saw Richard Bryant again, Brent got out of car & him & Richard went up to Brent's house by Dean St.

12:30 Went back by Leah's house still didn't think she was home.

1:00 Talked to Kristen Steinhoff for about 45 mins. to an hour at her house to see if she had seen her

2:00 Went back by leah's and seen a glare in her window which I thought was the T.V. in her bedroom so, I went & threw a couple of rocks

Ehxibit 5039 - Page 3

at her window to see if she was there but she didn't answer so, I thought she was sleeping.

2:00 to 2:30 I looked around town just in case she wasn't home & I didn't see her so, I decided to head home about 2:30 or 3 o'clock in the morning.

3:00 A.M. Went to bed

4:00 A.M. Got a phone call my mom answered but, the person hung up

7:30 in the morning leah's mom calls and said that she didn't come home and that her T.V. was probably the glare in leah's room

I don't know who called at 4 in the morning but, I think it might of been leah trying to contact me

Nicholas James McGuffin

7-5-00

Ehxibit 5039 - Page 4