**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

          Plaintiffs,
            v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

          Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5040**
McGuffin Polygraph Report
by Ranger

# OREGON STATE POLICE INCIDENT REPORT

PAGE _1_ of _4_

**REPORT TYPE:**

☐ INITIAL REPORT
☒ SUPPLEMENTAL

| DISTRIBUTION: | ☒ GHQ Criminal | ☐ GHQ F&W | ☐ GHQ Patrol |
|---|---|---|---|
| ☐ ID Documents | ☐ ID Prints | ☐ District____ | ☐ Explosives |
| ☐ Lab | | ☐ DA____ | |
| ☒ Other _Coquille PD_ | | | |

**INCIDENT # [CAD#]** SP00-2551/76

**OES** ☐
**MDT** ☐
**MCT** ☐
**SOR** ☐
**HITS** ☐
**Polygraph** Yes
**CCFU** ☐
**AES** ☐
**Misc. Flag** ☐
**Misc. Flag** ☐
**Other DE (For Field Office Use)** ☐
**OSP DE Date/Initial**
**UCR OK Date/Initial**

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ _Coquille PD # 00-1905_

OFFENSE/ORS/ _Poly. Exam / Missing Person_ Occr/ _1_ Co/ _Coos_ Status/ _Comp_

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION   CLOS/A-CLOSED BY ADULT ARREST   CLOS/J-CLOSED BY JUVENILE ARREST   COMP-CLOSED SERVICE COMPLETE   INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION   UNFD-CLOSED UNFOUNDED   NODA-NO PROSECUTION BY DA RFSE-VICTIM REFUSED PROSECUTION   DTH-OFFENDER DECEASED

ADDITIONAL OFFENSES/

_____ Occr/____ Co/_____ Status/_____

_____ Occr/____ Co/_____ Status/_____

_____ Occr/____ Co/_____ Status/_____

(SEE NARRATIVE FOR ADDITIONAL OFFENSES: ☐ YES ☐ NO)

LEAD/ORIG. AGENCY/ _Coquille PD_    DATE/TIME REPORTED TO OSP/ _070500_

DATE/TIME OF THIS REPORT/ _070500_    DATE/TIME OF OCCURRENCE/ _020500 / 1=30pm_

IF SUPPLEMENTAL:    DATE/TIME ORIGINAL REPORT/_____

ORIGINAL SUBJECT OF REPORT/_____

SUBJECT OF THIS REPORT/_____

VICTIM/SUSPECT/ _McGuffin, Nicholas J._ (Last, First, Middle)    (ADDITIONAL VICTIMS: ☐ YES ☐ NO) (CO-DEFENDANTS: ☐ YES ☐ NO)

LOCATION OF INCIDENT/ _Coquille PD_    COUNTY/ _Coos_

LOCATION TYPE (Premise)/ _Police Dept-_

METHOD OF ENTRY/_____ (list for each appropriate offense)

TOTAL LOSS/_____    TOTAL DAMAGE/_____

DOMESTIC VIOLENCE? ☐ YES    THEFT BY COMPUTER? ☐ YES

GANG INVOLVEMENT? ☐ YES describe_____

BIAS MOTIVATION? ☐ YES describe_____

WEAPON USED? ☐ YES describe_____

UNDER INFLUENCE OF:
Alcohol? ☐ YES    Drugs? ☐ YES describe_____    ☐ UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party.

Subject/_____ (Last, First, Middle)    Reporting Party/_____ (Last, First, Middle)

Signature/_____    Date/_____

REPORTING OFFICER/ _Mark Ramler_    BPSST#/ _20483_    DATE/ _070500_

Exhibit 5040 at 1

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

**GHQ Case #00-255176**

**TO:**            Captain Ed Mouery, Investigative Services

**DATE:**          07-05-00

**REGARDING:**     MISSING PERSON INVESTIGATION

**EXAMINATION
REQUESTED BY:**    Officer David Hall, Coquille Police Department

**EXAMINATION
CONDUCTED AT:**    Coquille Police Department

**EXAMINER/I.D.#:**    Mark D. Ranger, 1285-37

**NAME:**          McGUFFIN, NICHOLAS J.    DOB:
                   56246 Baker Road
                   Coquille, OR 97423

**REFER:**         Coquille Police Department Case No. 00-1905

**VICTIM:**        FREEMAN, LEAH    DOB: ▮▮▮▮▮
                   1173 N. Knott Street
                   Coquille, OR 97423

**DATE OF
OCCURRENCE:**      06-28-00

**ISSUE:**         On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Nicholas McGuffin is Leah's boyfriend and he agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST
INTERVIEW:**       At 1:30 p.m. on 07-05-00, Nicholas McGuffin contacted me at the Coquille Police Department.

                   Nicholas McGuffin stated in substance that he was present to take a polygraph examination because Leah is missing.

                   McGuffin further related that he has been going with Leah for the past ten months. As far as he knows, she's not pregnant. He expects to marry her in the future. He stated, "Mark, I used to call her Angel."

Exhibit 5040 at 2

002255                                    002255                                    002255

McGuffin further related that he suspects that someone kidnapped Leah. He hopes that she has ran away. He speculated that Leah wouldn't knowingly take drugs but maybe somebody gave her some acid and she OD'd. He also added that possibly she fell down somewhere and hit her head.

McGuffin related that the last time he saw Leah was when he and Brent Bartley dropped her off at a friend's around 7:00 to 7:05 p.m. From there they picked up Nicki Price, who is Brent's girlfriend, and they went out to Brent's grandparents' house. They arrived at the grandparents' house at around 7:20 to 7:30 p.m. He didn't stay long and left around 7:30 p.m. From there he stopped at the Fast Mart and then went out and hung out at the millpond. He left the millpond around 9:00 p.m. to pick up Leah but she had already left. He drove around looking for her and couldn't find her. He didn't check Leah's house because he knew that she wouldn't go home until after 11:00 p.m. if she was around town.

McGuffin denies any involvement in Leah's disappearance.

**INSTRUMEN-
TATION:**

Nicholas McGuffin was examined on an Axciton Computer Polygraph.

**P.O.T.**

**TEST #1**

**QUESTIONS:**    #1    Do you know if Leah left the United States?

No.

#2    Do you know if Leah is in Canada?

No.

#3    Do you know if Leah killed herself?

No.

#4    Do you know if Leah was killed by someone?

No.

#5    Do you know if Leah ran away and is in hiding?

No.

#6    Do you know if Leah is in California?

002255                                    002255                                    002255

No.

2

Exhibit 5040 at 3

**RESULTS AND
CONCLUSIONS:**     There were inconsistent responses to the previously listed
questions.

**TEST #2**

**RELEVANT
QUESTIONS:**     #1     Did you physically do something to Leah that resulted in her
death?

No.

#2     Do you have any direct involvement in Leah's
disappearance?

No.

#3     Have you talked to Leah since last Wednesday night after
9:00 p.m.?

No.

**RESULTS AND
CONCLUSIONS:**     There were consistent deceptive responses to the previously listed
relevant questions.   Therefore, it is this examiner's opinion that
Nicholas McGuffin is not being truthful in his responses to the
relevant questions.

After the polygraph examination, Officer David Hall and myself
interviewed Nicholas McGuffin for a short time.  He asked to see
his father and the interview was immediately terminated.  (See
Officer Hall's report for statements obtained during the interview.)

*Mark D. Ranger*

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:     Officer David Hall, Coquille Police Department
MDR: pc

Exhibit 5040 at 4