**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5041** Frasier Letter to McCrea 7/31/00 |
| Defendants. | |

# R. PAUL FRASIER

**Special Narcotics Prosecutor**
**Forfeiture Counsel**
**South Coast Interagency Narcotics Team**
**333 South Fourth Street, Suite B**
**Coos Bay, Oregon 97420**
**paulfrasier@harborside.com**

(541)267-3375                                    FAX (541)267-5450

July 31, 2000

Ms. Shaun McCrea
Attorney at Law
1147 High Street
Eugene, Oregon 97401

BY FAX TRANSMISSION

Re: Nick McGuffin

Dear Ms. McCrea:

I have attached copies of a transcript of a taped interview Mr. McGuffin gave to the Coquille Police and also a handwritten statement he made to the police.

I have also enclosed redacted copies of the search warrant affidavits that have been issued to date. There should be a total of 42 pages.

As you can see, both Mr. McGuffin's and his friend Brent Bartley, have failed polygraph examinations regarding their involvement and knowledge as to what has occurred with Leah Freeman.

We would like to interview Mr. McGuffin again. Frankly, to clear him, we are going to need for him to pass the polygraph as to his direct involvement in her disappearance.

We are willing to make arrangements for a different OSP polygrapher to perform the additional test. Please let us know your client's wishes in this matter.

Sincerely,

R. Paul Frasier

Exhibit 5041 at 1

000694                                    000694                                    000694

## Nick McGuffin's Statement

Chief Reaves: Today is June 30 it is 1348 hours.  This is a statement of Nick McGuffin in reference to case number 00-1905.  A missing person case involving Leah Freeman.

Man: Nick, I want you to state your full name, date of birth and your address please.

Nick: Nicholas James Mcguffin 0███████ that was all

Chief: Address

Nick: oh 5624 Baker Rd

Chief: Start at the top (?)

Nick: ok

Chief: Hang on a second...You know what this is about right?  A missing person case

Nick: Like oh yeah

Chief: ok you know that and you know the victim in this case is Leah...

Nick: Freeman

Chief: How do you know her?

Nick: She's my girlfriend, I've been seeing her the last nine months

Chief: and you guys are close?

Nick: Very, she's my best friend.  I consider her my best friend and my girlfriend.  She's like part of the family and it's the same for her and her family.

Chief: She went missing sometime after 9pm on the 28th and you were with her?

Nick: I was with her until 7:00pm that night and I drop her off at Cheri Mitchell's and she told me to come back at nine.

Chief: ok, starting at noon time you need to tell us what you all did and where you went and what happened.

Nick: ok about I was probably at her house about noon and we sat there for a couple of hours and we were cleaning off my car and having good time and it was the happiest I'd seen her and everybody was getting along and we decided we were going to drive around we wanted to do

000694                                    000694                                    000694

Exhibit 5041 at 2

000695                                    000695                                    000695

something, so we told Leah's mom that we were going to leave and we drove around for awhile. We went up to Brent Bartley's house cause I wanted to tell to Brent and see what he was doing tonight. He said, he asked me if I wanted to go up to his grandparents house and go watch a movie with Leah and he wanted to go with his girlfriend and I told him sure. So, we picked him up, we drove around, went out to my house, got some movies, sat out there for awhile. I don't know exact time it was but my dad was out there and he would know what time it was cause I remember him saying that I couldn't take the movies from him or I better bring them back tonight or something like that. We ended up leaving and we came back to Brent's house, sat there for awhile, then we went up to Brent's grandma's and sat there from I don't know either from 5:30pm 5-5:30 to about 6:45 maybe 6:55.

Chief: At Brent's grandma's were you in the house or out of the house?

Nick: We were in the house watching well we were in the house for a little bit and we started watching Wild Wild West but Leah didn't want to watch it because she thought it was stupid so we took it out and we rewound it for her and then we ended ok we made Leah wait I remember that, we took out the movie and we were all hungry and we made Leah wait there because she didn't want to go, she was just tired and wanted to lay down for awhile and we went into town and got some steaks got some pop I think it was.

Chief: Hold on a second, were the grandparents there?

Nick: no, they were in Germany but we called Brent's mom and he always asks for permission to go up there and everything and nobody was up there except for us four well us three at that time.

Chief: How did you get in the house?

Nick: He has a key

Chief: He has a key?

Nick: (yes) and when we came back we cooked the steaks, I didn't eat nothing, Leah and Brent ended up eating we sat around, sat on the deck, she was like laying down, she sat in the sun for awhile. We left about 6:45 6:55 we took her to Cheri's and then Brent came with me and we went pick Nikki up which is his girlfriend took them I took them back to that house and sat there for like 10 20 minutes and I decided I wanted to go because I just wanted go and I just didn't want to be there with them and I figure I would let them have their time alone you know. I went to Fast Mart, hung there for awhile, drove around, I talked to a couple of people, I talked to Aaron West and I talked to I think Ricky Crook and a couple of people after that and I don't know I just drove around until I had to go pick her back up because I was just waiting for her and after that I went there back about 9:00 maybe five past nine and Cheri said that they got into and argument, she was balling and that she just left and I could probably catch her if I went and looked for her.

Chief: you dropped her off Brent Bartley was with you?

000695                                    000695                                    000695

Exhibit 5041 at 3

000696                                000696                                000696

Nick: (yes)

Chief: ok
Nick: He was sitting in the back.

Chief: He was sitting in the back and you got a front seat and all that?

Nick: (yes)

Chief: ok

Nick: and after that I went back I left by to go by Fast Mart I took I went straight there by McKays I can't remember which street I went on but I ended up taking a left to back up Central to see if she was walking home, I didn't see I came back came back through Central didn't see her I think I went by the park I check at the park, I check at the Cruise Inn, I check at the Nazarene Church, I check at West Coquille turn off, I checked at Sturdivant, I drove the loop, I basically drove everywhere for that four hours looking for her and I didn't see her once and everybody else saw her well not everybody Mark was the only one I talked to that night that seen her and that was about all.

Chief: You said Mark was with somebody else?

Nick: No, Mark wasn't with anybody

Chief: Mark was with Mike McAdams (?)

Nick: Oh that was at Hunters when she they saw her walking by. He talked to me later I didn't see them at Hunters. He came and flagged me down to see what I was doing and I asked him if he'd seen Leah and he said yeah, me and Mike McAdams were at Hunters and we saw her walked by and I was like ok and he's all and where could she be I was like I don't know I was like she was just walking around maybe she went home and he was like ok well drive around I'm going to go home I was like well alright and I ended up being like the only one in town looking around I talked to Zavala, talked to Danny and they said they hadn't seen anybody walking around or anything. I went back to Cheri's house at like 10:15 and talked to her, I called Leah's mom and after that I ended up going to Fast Mart I think and called my mom and asking her if Leah called or if Leah was out there or anything and she said no so I said ok I'd be home sometime I didn't know when. And then I ended up going by Leah's house….no…yeah I ended up going by Leah's house I think and then I think I went back up to Brent's grandparent's house and I picked him and Nikki up and I took Nikki home at like 11, 11, 11:30 maybe midnight I think it was and Brent cruised around with me and that's when we saw Richard Bryant walking around town and I had already talked to him earlier and seen if he'd seen her and he said no and Brent ended up getting out with Richard and they started walking around and I left and I told Brent I would stop by his house and I think they ended coming up to Brent's house or something they didn't walk around town or anything. But I went by Leah's a couple of times I threw rocks at her window to see if she was, I thought she was but evidently she wasn't because her mom called me in the morning. And I went back to Brent's right before I went home it was late late

000696                                000696                                000696

Exhibit 5041 at 4

and he was the only one there and he was sleeping and I opened up the door and he asked who it was and I asked I told him it was me and I asked if he'd seen her and he was like no he was like she ain't around I was like no I haven't seen her one bit and he was like well I hadn't heard from her either and I was like alright well I'm going to go home and I probably ended up going home after that and I don't know what time it was but it was probably around 2. And after that I don't know, there was so many things that went on I went everywhere, I basically drove every street I could drive and every place I thought she would stop and think anything. Because I didn't know if she was mad or if she was depressed or what was going on or if someone took her I didn't know what to think. That's just not that's not Leah she doesn't walk off I mean she going to tell someone where she is or what she's doing I mean if not me she would tell her mom or she would of told somebody. I just don't get it she doesn't just walk off I know that.

Chief: How would you characterize her personal life?

Nick: When she's around me I don't know she just seems really bright, happy go lucky, and giggly and I don't know she's fun to be around, I don't know she's an easy person to talk to once you know her I don't know she's just a really good person.

Chief: I'm going to ask you a few questions you have to realize we're trying to find a missing person

Nick: (yes)

Chief: We're not trying to get anybody in trouble or anything else but we do need as much information as possible.

Nick: ok

Chief: Did she use alcohol?

Nick: No, she's drank a couple of times that's about all

Chief: Were you all drinking that day up at Brent's house?

Nick: (No), I don't drink and drive she would of drank because

Chief: What was wearing?

Nick: It's a wife they call well people call it a wife beater that's what the term is but it's a tank top it's a tight tank top it's kind of something you wear underneath a shirt and she had blue jeans on

Chief: What was this tank top could you describe it?

Nick: It was just white it's I don't know don't they have like little thread lines on them that go down that's about all there is nothing to them like

Exhibit 5041 at 5

000698    000698    000698

Woman: It's ribby like it's ribbed

Hall: Oh it's ribbed?

Woman: yeah

Hall: ok

Woman: It's like the tank tops that men wear for t-shirts.

Chief: ok, I know what you mean

Nick & Woman: yeah

Chief: Any kind of marks on it, stains?

Nick: not that I know of....well I think on this side or this it was on her left side I think there was a little like a little black like a stain mark I don't know what it was from it could have been from anything it hard to say what it that could have been from it was like a blackish color on there it wasn't very noticeable I mean it was

Chief: It wasn't a new shirt?

Nick: Oh no, she's had that tank top for a long time. She wore it quite a bit during summer.

Chief: ok. Drugs?

Nick: No

Chief: Marijuana?

Nick: No, that's what I don't get dude. She's a very shy person, she doesn't just go out and talk to anybody she doesn't just go out and get in nobody's car if she doesn't know them I mean I don't get it. She's a very good girl I mean she's like almost pretty much perfect in every way except for she can have a little attitude sometimes that's just cause she's a girl.

Chief: Yeah

Nick: Kids though too, teenagers are like that short fused

Chief: I've never been a teenager so

Nick: yeah you wouldn't know you know you never burned out in your car or nothing

Chief:

000698    000698    000698

Exhibit 5041 at 6

Nick: I bet that's probably what I'll say when I get older too.

Chief: Did you go out to Laverne Park today?

Nick: No, I haven't made it yet I left my house at like 12 12:15 and I didn't have time I wanted to make it here on time.

Chief: Do you know Chris Cranford and

Nick: Josh Courtright?

Chief: yeah

Nick: I know both of them. Josh Courtright is related to Leah.

Chief: Did they talk to you?

Nick: I talked to Chris Cranford, he was walking around last night. I drove right by him and Maggie saw it saw him so I turned around cause I hadn't talk to him yet and he told me that they might of seen her yesterday about noon to one right by the Fairview turn off walking into town on the sidewalk part of the road with another girlfriend that had like a blonde blondish hair but he said that he wasn't sure if it was her or not but

Chief: Did she ever have problems at home?

Nick: Her parents were divorced she uh I her depression maybe has a lot to do with her childhood.

Chief: What depression?

Nick: huh?

Chief: What depression?

Nick: From her dad not caring about her from not…totally excluding her out

Chief: A minute ago you told me she was happy go lucky

Nick: She is, she is but if something like that comes up like if you call her like say something about her father she'll get depressed I mean she can easily be hurt but she is a very happy person. It just depends on what she's doing you know what she's thinking about you just don't you aint going to sit there and dwell on not having a dad your whole life I mean if things come up and you start talking about er

Chief: Did she have any problems with her mom?

Exhibit 5041 at 7

000700                                000700                                000700

Nick: No, they get along really good.

Chief: Unfortunately, we found out that she may have stayed with the Mitchell's for awhile. She was having problems with her mom.  Do you know anything about that?

Nick: Like what do you mean like

Chief: Stayed with the Mitchell's at their house

Nick: Like because like before any of this had happened like she

Chief: Yeah, before any of this had happened.

Nick: I don't think she stayed I don't think that's happened, not that I know of

Chief:

Nick: About yeah, about that

Chief: She made (?)

Nick: Yeah, cause her and Cheri were best friends there for a long time.

Chief: Can you think of anybody we outta to talk to?

Nick: Just Raymond Lewis and those guys just the guys that seen her that night.

Hall: (something) Raymond Lewis?

Nick: Raymond Lewis, west of what's his name ok Matt Fjeild

Hall: Matt who?

Nick: Fjeld, F G or F J

Hall: Say it again

Nick: Matt Fjeild, F J  I think its

Woman: E L D

Nick: E L D?

Woman #2: E I L D

000700                                000700                                000700

Exhibit 5041 at 8

000701                                    000701                                    000701

Nick: Yeah, E I L D yeah and Joey Schrader um

Woman: Alex?
Nick: Alex Witcom

Chief: Alex Witcom

Nick: Witcom, yeah

Chief: Do you know where he lives?

Nick: He lives straight down from Leah's house, you just go uh I think it's 2 the 2nd right it's right on that side.

Chief: It's on Knott Street?

Hall: The second right would be West 9th

Woman: Yeah, it's right on that corner.

Nick: It's like on the opposite side of the street of Middleton's house but it's right on that corner

Hall: Oh, wait a minute ok

Nick: Like you go down and take a right but it's over it's right on that corner right here it's right there.

Hall: Oh, ok and there's a trailer there?

Nick: Yeah, there's a little camper trailer thingy and its got a fence around the house and they got a dog in the back yard. They have a big they have a big blue they have a big blue Chevy there. He drives a big Chevy it's like an 84 or 88

Woman: What about the two that saw her, possibly saw her yesterday. I would think that those two would be

Chief: Yeah, we're going to talk to them we just found out that Chris went to Roseburg

Hall: Roseburg, yeah he went to pick up his girlfriend in Roseburg

Nick: Oh, Katie…Courtright

Chief: and Josh

Hall: Yeah

000701                                    000701                                    000701

Exhibit 5041 at 9

000702                              000702                                000702

Chief: Ok

Hall: Take a run out there
Nick: But I know she was not under the influence of anything cause like she told me like she's only drank like once and that was like two years ago like at Easter at Nick Prescott's house and she told me she got drunk and that was the only time I know of her doing that. I don't know, that's what I don't get. She would of called somebody by now. I don't know. She would at least contacted me if she would of ran away and she might have been scared to come home she would of called me to ask her what to do you know and what should I do? I would of told her everything's fine, just come home, we're all worried about you but she hasn't even contacted me so that's why I think something is up I just don't know what's going on.

Chief: Did she have any problems with anybody?

Nick: Just besides that argument with Cheri and her mom that a couple days before Wednesday I think it was Monday, we were at Fast Mart and I was getting a pack of cigarettes and Cheri's mom pulls up and Leah sees her. Leah gets out of the car to go and say hi to her and she's all so what are you doing at Fast Mart Leah and she's all I'm just sitting we're getting, Nick's getting a pack of cigarettes and she's all oh so I expected more of you, you're hanging out at Fast Mart and we were there for like two or three minutes. They pulled up a minute after we got there and Leah came back to me and like was almost just crying, she was like kinda hugged me and put her head on my shoulder and she was like I can't believe she said that cause Cheri is like was like her best friend and Peg was like so nice to her and to go and say that to her like that like that just I don't know that would hurt me too. Then she ended up going to Cheri's house at during on Wednesday and then that happened and then when they got into an argument and Cheri's mom wouldn't let Cheri go running with Leah, Leah thought it was because Cheri's mom doesn't like Leah and she hates her and she told Cheri that and Cheri tried to persuade her differently but she ended up leaving anyway and when I got there Cheri was balling her eyes out. But then she said to Cory Cheri's mom or Leah's mom that it wasn't that big of an argument it wasn't that big of a deal but you don't cry about something that that's not that big of a deal.

Chief: Anything else Dave?

Hall: No Sir

Nick: Is that fine?

Chief: Oh, that's great thank you

Nick: That's as much as I can remember

Chief: This concludes the statement of Nick McGuffin and it is 1410

000702                              000702                                000702

Exhibit 5041 at 10

Our 800 number
to our view
1-888-391-4995

16

2 to 4 o'clock    left leah's house

4        Went to Brent Bartley's House

5 o'clock    Me, Leah, & Brent went out to
            my house to get a couple of movies

5:45    Went to Brent's grandparents house
        Brent had a couple of drinks, I had
        1 mixed drink. I don't Know if leah
        had any

6:50    left to take Leah to Cherrie Mitchell's
        house, Leah told me to come back
        in 2 hrs, which is about 9 o'clock

~~7 to 9 o'clock    hung out at fast Mart nm~~

7 o'clock    Brent & I went & picked up
            Nicki Price and I took them both
            up to Brent's grandparents house

7:30 to 9:00    I hung out at fast Mart until
                about 8:00

8:00    Drove around, went out to Mill
        Pond came back into town

9:05    Went up to Cherrie's house, when
        I got there Cherrie was crying
        and said Leah and Cherrie's mom
        got into an argument, also said leah
        had just left

9:15    Drove up Central looking for leah
        Drove back down Central took a left
        at Stamper's, then another left
        at the next Stop sign, came back
        across from fast Mart by hair
        place and drove back up Central,
        Went to W. Coquille turn off and

Exhibit 5041 at 11

turned around.

9:45 Drove by fast Mart again and I think Brett Marrow yelled at me but, I just kept driving because I was looking for leah, Bunch of People Hanging out at fast Ma

10:00 I might of seen Tim Woosley walking around.

10:15 Went back to Chemie's, she said that leah didn't come back and she said maybe she walked out to your house, called leah's mom asked if leah was home & she said no.

10:30 Called my mom from fast Mart to see if leah had called but she didn't

10:40 talked to Mark Kurn he said that him & Mike McAdam's seen her walking by ~~fast Mart~~ Hunter's

In between 10 & 10:40 Went up to Brent's grandparents house but, leah wasn't there

10:50 Zavalla pulled me over for one head light & I told him that I was looking for leah and asked him to help find her

10:55 Went to Denny's Pizza & asked Denise, leah's sister if she stopped by and she said No.

11:05 Seen Richard Bryant ~~at fa~~ Walking & he said he hadn't seen her either

In between 10:40 & 11:00 Went to highschool and seen 2 people walking the track and

Exhibit 5041 at 12

asked them if they had seen a girl walking around in a tank top. They also said No. The couple were driving a ~~The~~ Marroon Aerostar Van

11:30 I went Back up to Brent's house to pick him & Nicki up.

11:40 Dropped Nicki off & me and ~~Brent~~ Brent went looking for leah for about another 45 mins.

11:50 Went by leah's house and I didn't think she was home so we kept looking, also I talked to 2 girls at the Sanford Heights playground and they also didn't see her

Midnight Seen Danny Lee and asked him to look for her because I couldn't find her, he kind've ignored me and didn't pay attention

After Midnight Saw Richard Bryant again, Brent got out of car & him & Richard Went up to Brent's house by Dean St.

12:30 Went back by leah's house still didn't think she was home.

1:00 Talked to Kristen Steinhoff for about 45 mins. to an hour at her house to see if she had seen her

2:00 Went back by leah's and seen a glare in her window which I thought was the T.V. in her bedroom so, I went & threw a couple of rocks

Exhibit 5041 at 13

at her window to see if she was there but she didn't answer so, I thought she was sleeping.

2:00 to 2:30 looked around town just in case she wasn't home & I didn't see her so, I decided to head home about 2:30 or 3 o'clock in the morning.

3:00 A.M. Went to bed

4:00 A.M. Got a phone call my mom answered but, the person hung up

7:30 in the morning leah's mom calls and said that she didn't come home and that her T.V. was probably the dare in leah's room

I don't know who called at 4 in the morning but, I think it might of been leah trying to contact me

Nicholas James McGuffin
7-5-00

Exhibit 5041 at 14