**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>        Plaintiffs,<br>            v.<br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>        Defendants. | Case No. 6:20-cv-01163-MK<br><br><br><br>**Exhibit 5042**<br>Nick Backman Report |

001178                                    001178                                    001178 17

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 12

ACTION TAKEN:

At 9:00 PM, 07/26/00 Detective Roach, Chief Reaves, Officer Dave Hall, Detective Perske, Sergeant Rick Carlton and I attended the candlelight vigil for Leah Freeman at Coquille High School.

On 07/27/00 Detective Roach and I contacted Bob Worthington at his residence in Coos Bay. Mr. Worthington had earlier contacted the Coquille Police Department to report that he was a "REMOTE VIEWER" and that he had information on the whereabouts of Leah Freeman,

Detective Roach has covered this interview in his report and deemed the information to be unfounded.

On 07/27/00 Chief Reaves and I interviewed Alisa Marie Michaud at the Coos County courthouse,

Michaud advised us that she had heard a lot of rumors surrounding the disappearance of Leah Freeman. The most notable is that Nick McGuffin could have paid Bill Sero to kill Leah.

Due to her emotional state, the interview of Alisa Michaud was suspended.

At 8:00 AM, 07/28/00 a search warrant was served at the McGuffin residence.

At 10:00 AM Detective Perske and I interviewed Nick McGuffin at the Coquille Police Department.

He advised that if he had had anything to do with the disappearance of Leah he would probably kill himself.

He advised that the night she disappeared he took her to Cherie Mitchell's residence at about 7:00 PM with the idea he would return for her at 9:00 PM. He stated that he returned at about 9:10 PM, and discovering that she had already left, immediately began searching for her.

He said that at about 9:30 PM he went to Brent Bartley's residence to see if maybe she was there. Not finding her he left and drove the route she would have taken had she decided to walk home from Cherie Mitchell's residence.

He advised that he continued to search for her throughout the evening. He said he called his mother at about 10:30 PM, thinking that Leah may have called his home looking for him.

001178                                    001178                                    001178

Bonk_000349

Exhibit 5042 at 1

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 13

ACTION TAKEN:

He stated he went to Brent Bartley's house at about 11:20 PM that night thinking that Leah may have gone there looking for him. He said Brent wasn't there but several of their friends were. They included Ryan Davidson, Daniel Lapine, Mike Pizzola, Justin Shelton, Brandon Shelton, Tony Fowler, T.J. Greaves, Skyler McNair and Quinn Cannon. He said they told him that hadn't seen her that night.

He advised that he went home late that night with the idea that maybe Leah was mad at him and that she probably went home.

He advised that the next morning, at about 7:30AM, he got a call from Leah's mom, Cory, wanting to know if he knew where Leah was. He stated he immediately got dressed and drove to Leah's house and picked up Denise, Leah's sister. He stated they drove over to T.J. Greaves' residence to find out if maybe he had seen Leah. He said Greaves told him that he had not seen her, nor had she been at his residence the night before.

At this point in the interview Detective Perske took mouth swabs and hair samples from the person of Nick McGuffin.

In addition, McGuffin told us that he had talked with Nick Beckman, who told him that on the night Leah disappeared, he saw her in the parking lot of the Smoke Shop at about 9:00 PM, and again a few minutes later near the credit union, which is just down the street from the Smoke Shop.

It was decided that the interview would be terminated until such time additional information was available.

The mouth swabs and hair samples obtained by Detective Perske were transferred to the control of the Coquille Police Department.

On 07/31/00 I returned to Coquille to assist with the ongoing investigation of this case.

On 07/31/00 Chief Reaves and I contacted Tony Messerle on North Elm Street, the location where he found the victim's shoe on the night she disappeared.

After a brief conversation we asked him if he would be willing to take a polygraph. Messerle did, in fact, take a polygraph and passed.

Bonk_000350

Exhibit 5042 at 2

004243                            004243                         0042/64

Various Rumors and Phone Numbers:

Joe Forsberg - knew guy who was in Coquille and saw Leah with a purple car going to a party. 751-0511. Dan in Portland where he use to live. 503-788-4278.

Justin Hunter and Dusty Doestch have purple car. Live in Portland and were in Coquille June 28.

Adele Sloan - 503-537-3069. Told someone she saw Leah next day and she was okay.

John Lundgren saw Leah talking to some one in a brown truck.

David Peterson (wife works at Mckay's), Mark Kirn saw Leah.

Supposedly party at Christine Steinhoff's. Mother is Heather.

Alan Barnett - man who does searches. Nick called him, but he never returned his call. 572-2350.

Heather Albers 751-0822 (home) and works at Surgi-Center in Coos Bay 267-5211.

Peg Mitchell 396-3155.

Nick Backman saw Leah that evening and has not spoken to police as far as we know.

Patti Martizia (English High School Teacher) - will speak on Nick's behalf.

Attorney - Shawn McCray 541-485-1182 work. 541-686-2002 home of Eugene. Steve Wilgers 269-5566 Coos Bay.

Grantland Mayfield Gallery - Linda 246 6th Street, Port Orford, OR 97465  541-332-6610.

Nancy Bettin - Bay Clinic 269-0333 x255 or home 888-8767. Help with internet access for www.amw.com

Darlene Buckley - 541-751-7985. Wife of manager at Albertson's who helped with flyers in Charleston, OR.

Guy's Computer - Eric  396-5334work or 396-6104 home if need more flyers.

Gad@worldaccess.net.com(E-mail) - 360-696-8399 Barbara Grover, Vancouver, WA.

www.missingkids.com/html/portal.html

No. 39
Date 12-5-23
McCrea
CC Reporting

Phone Calls:
  June 29 4am - person hung up
  July 11 8:13 - person hung up, Star 57'd, stated call from out of service area.

004243                            004243                         004243    (9)

Exhibit 5042 at 3

HSI  003247                                003247                                    Form #69 (Rev. 8/88)

WHITE — MASTER
YELLOW — WORKSHEET
CARD — FILE

## OREGON STATE POLICE

PRIORITY  A    B    C

### SUBJECT INFORMATION        MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | DEPT. | DEPT. # | SID |
|---|---|---|---|---|---|
| Backman, Nick | J. | | | | |

| NICKNAME OR ALIAS | | SOC. SEC. # | FILE NUMBER |
|---|---|---|---|

| HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE | FBI # |
|---|---|---|---|---|---|
| RT 1 Box 3645 | Coq | OR | | | |

| OLD ADDRESS(ES) | | | GLASSES | FACIAL HAIR |
|---|---|---|---|---|
| (42 S toward Bandon) | | | | |

| EMPLOYER/ADDRESS | CITY | STATE | WORK PHONE | OCCUPATION |
|---|---|---|---|---|

| RACE | SEX | D.O.B. | PLACE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPL |
|---|---|---|---|---|---|---|---|---|---|---|

| DR. LIC. # | STATE | VEH. YR. | MAKE | MODEL | COLOR(S) | BODY STYLE |
|---|---|---|---|---|---|---|
| 593A1P | | 67 | Chev. | | Blue | |

| VEH. LIC. # | STATE | CONDITION/EQUIP. | OTHER VEH/PLATE(S) |
|---|---|---|---|

| CONCISE TIP INFORMATION | SOURCE NAME/XREF |
|---|---|
| | McGuffin |

Suppose to have seen Leah @ Credit Union on night of 6/28

)

### SOURCE INFORMATION        MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | A.K.A.s |
|---|---|---|---|

| RACE | SEX | D.O.B. | HEIGHT | WEIGHT | HAIR | EYES | OCCUPATION/EMPLOYER |
|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

| HOME PHONE | WORK PHONE | DEPT. | DEPT. # | SID |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SUSPECT NAME |
|---|---|

WAS INTERVIEWED @ 1352 ON 09-20-00. Believes he did see Victim on 06/28/00 at 2100 when using ATM at Credit Union. CHECKED with Credit Union and confirmed a 10.00 withdrawl on 6/28/00 at 9:04 P.M. RP believes Leah walked by at that time. He described her clothes accurately. He then went to fasT mart to get something to eat. He stated there was hardly anyone around at fast mart.

| RECEIVED BY | DATE | TIME | COMPUTER CHECK BY | DATE | TIME |
|---|---|---|---|---|---|
| Chris Zanni | 9-20-00 | 1352 | | | |

| ASSIGNED TO | DATE | CCH | | |
|---|---|---|---|---|
| | | CRISS | | |
| 003247 | SUSPENSE DATE 9/24/00 1352 | NCIC | | 003247 |

Exhibit 5042 at 4