**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>        Plaintiffs,<br>                v.<br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>        Defendants. | Case No. 6:20-cv-01163-MK<br><br><br><br><br>**Exhibit 5043**<br>McAdams & Jenkins<br>Polygraph Reports |

## OREGON STATE POLICE INCIDENT REPORT

PAGE 1 of 5

**REPORT TYPE:**

☐ INITIAL REPORT
☒ SUPPLEMENTAL

| DISTRIBUTION | ☐ GHQ Criminal | ☐ GHQ F&W | ☐ GHQ Patrol |
| ☐ ID Documents | ☐ ID Prints | ☐ District _____ | ☐ Explosives |
| ☐ Lab | ☐ DA | | |
| ☒ Other | Capt Ed Mouery – GHQ; Steve Hehnie; Dean Perske – Roseburg OSP | | |

INCIDENT # [CAD#] SP00-255176

ASSOCIATED OSP #'s/_____

OTHER AGENCY #'s/_____          AUG 17 2000

OFFENSE/ORS/ Missing Person ____ Occr/ 1 Co/ Doug Status/ Comp
STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION  CLOS/A -CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED
SERVICE COMPLETE  INAC-OPEN/INACTVE/NO FURTHER INVESTIGAITON  UNFD-CLOSED UNFOUNDED  NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSEO PROSECUTION  DTH-OFFENDER DECEASED

ADDITIONAL OFFENSES/

_____ Occr/____ Co/_____ Status/_____

_____ Occr/ Co/ Status/

_____ Occr/____ Co/_____ Status/_____

(SEE NARRATIVE FOR ADDITIONAL OFFENSES ☐YES ☐NO)

LEAD/ORIG AGENCY/ OSP – Roseburg DATE/TIME REPORTED TO OSP/_____

DATE/TIME OF THIS REPORT/ 7/27/00  1350 DATE/TIME OF OCCURRENCE/_____

IF SUPPLEMENTAL:      DATE/TIME ORIGINAL REPORT/_____

ORIGINAL SUBJECT OF REPORT/_____

SUBJECT OF THIS REPORT/_____

VICTIM/SUSPECT/ McAdams        Michael        Joseph
                    Last            First            Middle
(ADDITIONAL VICTIMS ☐YES ☐NO)
(CO-DEFENDANTS ☐YES ☐NO)

LOCATION OF INCIDENT/ Street, Coquille _____ COUNTY/ Doug

LOCATION TYPE (Premise)/ Street _____

METHOD OF ENTRY/_____
(list for each appropriate offense)

TOTAL LOSS/_____      TOTAL DAMAGE/_____

DOMESTIC VIOLENCE? ☐YES          THEFT BY COMPUTER? ☐YES

GANG INVOLVEMENT? ☐YES describe_____

BIAS MOTIVATION? ☐YES describe_____

WEAPON USED? ☐YES describe_____

UNDER INFLUENCE OF
Alcohol? ☐YES ☐UNKNOWN    Drugs? ☐YES describe_____

The named child in this report is presently a runaway and I certify that I am the parent/legal guardian

Child/_____  Parent/Guardian/_____
(PH/ONLY) Last    First    Middle    (PH/ONLY) Last    First    Middle
Signature/_____    Date/_____

REPORTING OFFICER/_____  BPSST#/20999  DATE/ 8/4/00
250
STN/ Springfield APPROVED/_____  DATE/ 8.7.00

Margin labels: DES, MDT, MCT, SOR, HITS, Polygraph ☒, CCFU, AES, Misc Flag, Misc Flag, Other DE For Foc Office Use, OSP DE, UCR OK

Exhibit 5043 at 1

**INCIDENT #** OO 255 176          **PERSON PAGE**          PAGE 2 of 5

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTEREST  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER _____

PERSON # ____  NAME/ McAdams  Michael  Joseph
                         Last              First              Middle
CODE/ S   AKA/NICKNAME/_____
          ADDRESS/ Rink Creek Rd.
          CITY/ST/ZIP/ Coquille OR 97425 PHONE/_____

DL#/_____ ST/__ SOC/_____ FBI/_____
SID/_____ LOCAL ID#/_____ RES STATUS/ ☐YES ☐NO ☐UNK
SEX/ M  RAC/ W  ETHNICITY/ U  DOB/ 6/8/80  HEIGHT/ 510
WEIGHT/ 155  HAIR/ B/n  EYES/ Blu  SKIN COLOR/_____
SCARS, MARKS, TATOOS/_____
EMPLOYER/_____ WORK HOURS/_____
ADDRESS/_____ PHONE/_____
KNOWN ASSOCIATES/_____
RELATION TO ASSOC/_____ CLOTHING/_____
CAUTIONS/_____ CORR. STATUS/_____ POB/_____
REMARKS/_____

**\* \* Victim/Missing Persons Only \* \***

INJURY TYPE/_____ INJURY LEVEL/_____
RELATIONSHIP TO OFFENDER/_____
MISSING PERSON TYPE/_____ MISSING PERSON STATUS/_____
SUSPECTED FOUL PLAY? ☐YES ☐NO ☐UNKNOWN     MISSING PREVIOUSLY? ☐YES ☐NO
RECOVERY CIRCUMSTANCES/_____

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTEREST  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER _____

PERSON # ____  NAME/ Freeman  Leah
                         Last              First              Middle
CODE/ V   AKA/NICKNAME/_____
          ADDRESS/ 1173 N Knott St
          CITY/ST/ZIP/ Coquille OR 97425  PHONE/_____

DL#/_____ ST/__ SOC/_____ FBI/_____
SID/_____ LOCAL ID#/_____ RES STATUS/ ☐YES ☐NO ☑UNK
SEX/_____ RAC/_____ ETHNICITY/_____ DOB/_____ HEIGHT/_____
WEIGHT/_____ HAIR/_____ EYES/_____ SKIN COLOR/_____
SCARS,MARKS,TATOOS/_____
EMPLOYER/_____ WORK HOURS/_____
ADDRESS/_____ PHONE/_____
KNOWN ASSOCIATES/_____
RELATION TO ASSOC/_____ CLOTHING/_____
CAUTIONS/_____ CORR. STATUS/_____ POB/_____
REMARKS/ deceased

**\* \* Victim/Missing Persons Only \* \***

INJURY TYPE/_____ INJURY LEVEL/_____
RELATIONSHIP TO OFFENDER/_____
MISSING PERSON TYPE/_____ MISSING PERSON STATUS/_____
SUSPECTED FOUL PLAY? ☐YES ☐NO ☐UNKNOWN     MISSING PREVIOUSLY? ☐YES ☐NO
RECOVERY CIRCUMSTANCES/_____

Form F157    Revised 7/1/97

INTERVIEWING OFFICER (if different than reporting officer) BPSST #

Exhibit 5043 at 2

001913                                    001913                                    001913

3

·PAGE: 3

OSP CASE NO:    00 255176

DATE:    7/27/00

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

TO:    Captain Ed Mouery, Investigative Services

RE:    MISSING PERSON INVESTIGATION

EXAMINATION REQUESTED BY:    Dean Perske, Detective
                             Oregon State Police, Roseburg

EXAMINATION CONDUCTED AT:    Coquille Office, Parole & Probation

EXAMINER/ID:    Det  Steven M  Hebner
                General Licensed Polygraph Examiner – 1296  WD 411

NAME:    MCADAMS, MICHAEL JOSEPH    DOB  ███
         WMA, 5'10", 155 lbs , Blue Eyes, Blond Hair

ADDRESS:    Rink Creek Road, Coquille, OR

REFER:    Oregon State Police, Case No  00 255176
          Coquille Police Dept , Case No  00 1905

VICTIM:    FREEMAN, LEAH    DOB  ███
           1173 N  Knott St , Coquille, OR   97425

DATE OF
OCCURRENCE:    6/28/00

LOCATION OF
OCCURRENCE:    Unk

ISSUE:    On the morning of June 29, 2000, Leah Freeman was reported missing
          from the City of Coquille   Leah Freeman was last seen alive shortly after
          9 00 pm on June 28, 2000  Michael McAdams is a friend and associate of
          Leah's boyfriend Nicholas McGuffin  He agreed to submit to a polygraph
          examination at the request of Det  Dean Perske

PRE-TEST
INTERVIEW:    At about 1 50 pm on July 27, 2000, Michael Joseph McAdams contacted
              me at the Coquille Parole & Probation Dept  Michael McAdams stated in

001913                                    001913                                    001913

Exhibit 5043 at 3

001914                                001914                                '001914

POLYGRAPH EXAMINATION
CASE NO   00 255176
PAGE 4

substance he was there to take a polygraph examination because he was an associate of Nicholas McGuffin whose girlfriend Leah had been missing He was going to prove he did not know anything about Leah's disappearance   Mr McAdams told me he had known Nick McGuffin since middle school that would have been in about 1992   He told me they hung out once in awhile, but were not really all that good of friends   I asked him if he had talked to Nick about Leah's disappearance   He told me yes, as late as last evening and Nick replied to him that he didn't really know anything   He went on to say he had no idea what happened to Leah and could not remember ever talking with her personally   He told me he had met her through an introduction only   He did Leah the night she came up missing in front of Hunters Eatery & Creamery   That she was walking toward 10th St in a northbound direction   This occurred at about 9 05 pm

**INSTRUMENTATION:**   Michael McAdams was examined on a computerized Axciton Polygraph

**RELEVANT QUESTIONS:**

1   Has anyone told you that they are responsible for Leah's disappearance?

   Answer        No

2   Are you deliberately concealing information about Leah's disappearance?

   Answer        No

3   Did you have any direct involvement in Leah's disappearance?

   Answer        No

**RESULTS AND CONCLUSIONS:**   Based on evaluation of the polygraph charts, it is my opinion that Michael McAdams is being truthful concerning his responses to his relevant questions asked   Questions other than those listed were used on the test to evaluate responses, but no decision as to truth or deception is made on those questions

001914                                001914                                001914

Exhibit 5043 at 4

001915                                                001915                                                001915

5

POLYGRAPH EXAMINATION
CASE NO   00 256764
PAGE 5

An Axciton computerized polygraph was used for this examination and the physiological responses were evaluated using a program developed at the Applied Physics Laboratory at Johns Hopkins University   Conclusions reached from this test are the result of standard numerical scoring, in addition to computer analysis

**POST-TEST
INTERVIEW:**      Michael McAdams was advised by me of the results of the polygraph examination after which time he left the Coquille Parole and Probation Department and I had no further contact with him

Steven M  Hebner, Detective – 1296-25

cc    Dean Perske, Detective, Oregon State Police, Roseburg

001915                                                001915                                                001915

Exhibit 5043 at 5

001916                                          001916                                          001916

# OREGON STATE POLICE INCIDENT REPORT                    PAGE ____ of ____

**REPORT TYPE:**

☐ INITIAL REPORT
☒ SUPPLEMENTAL

**DISTRIBUTION** ☐ GHQ Criminal ☐ GHQ F&W ☐ GHQ Patrol
☐ ID Documents ☐ ID Prints ☐ District____ ☐ Explosives
☐ Lab ____ ☐ DA ____
☒ Other, _Capt Ed Mowery - GHQ; Steve Hebner;_
_Dean Perske - Roseburg OSP_

**INCIDENT # [CAD#]** SP00-255176

**ASSOCIATED OSP #'s/** _____

**OTHER AGENCY #'s/** _____

**OFFENSE/ORS/** _Missing Person_        Occr/ ___ Co/ _Doug_ Status/ _Comp_
STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION / CLOS/A -CLOSED BY ADULT ARREST CLOS/J-CLOSED BY JUVENILE ARREST COMP-CLOSED
SERVICE COMPLETE INAC-OPEN/INACTVE/NO FURTHER INVESTIGAITON UNFD-CLOSED UNFOUNDED NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSEO PROSECUTION DTH-OFFENDER DECEASED

**ADDITIONAL OFFENSES/** _____

_____ Occr/____ Co/_____ Status/_____

_____ Occr/ Co/ Status/

_____ Occr/____ Co/_____ Status/_____
(SEE NARRATIVE FOR ADDITIONAL OFFENSES ☐YES ☐NO)

**LEAD/ORIG. AGENCY/** _OSP-Roseburg_ **DATE/TIME REPORTED TO OSP/** _____

**DATE/TIME OF THIS REPORT/** _7/27/00_ _1500_ **DATE/TIME OF OCCURRENCE/** _____

**IF SUPPLEMENTAL** **DATE/TIME ORIGINAL REPORT/** _____

**ORIGINAL SUBJECT OF REPORT/** _____

**SUBJECT OF THIS REPORT/** _____

**VICTIM/SUSPECT/** _Jenkins_ _David_ _Jerome_
Last       First       Middle       (ADDITIONAL VICTIMS ☐YES ☐NO)
(CO-DEFENDANTS ☐YES ☐NO)

**LOCATION OF INCIDENT/** _Street Coquille_       **COUNTY/** _Doug_

**LOCATION TYPE (Premise)/** _street_

**METHOD OF ENTRY/** _____
(list for each appropriate offense)

**TOTAL LOSS/** _____        **TOTAL DAMAGE/** _____

**DOMESTIC VIOLENCE?** ☐YES        **THEFT BY COMPUTER?** ☐YES

**GANG INVOLVEMENT?** ☐YES describe _____

**BIAS MOTIVATION?** ☐YES describe _____

**WEAPON USED?** ☐YES describe _____

**UNDER INFLUENCE OF**
Alcohol? ☐YES ☐UNKNOWN    Drugs? ☐YES describe _____

The named child in this report is presently a runaway and I certify that I am the parent/legal guardian

Child/_____    Parent/Guardian/_____
(PRINT ONLY) Last    First    Middle    (PRINT ONLY) Last    First    Middle

Signature/_____    Date/_____

**REPORTING OFFICER/** _____    **BPSST#/** _20999_ _DATE/ 8/4/00_
250
**STN/** _Springfield_ **APPROVED/** _____ _DATE/ 8-7-00_

Side margin labels: DES, MDT, MCT, SOR, HITS, Polygraph X, CCFU, AES, Misc. Flag, Misc. Flag, Other DE For Field Office Uses, OSP DE Date/Inits, UCR OK Date/Inits

MCC I/t

AW 8/15/00

H11

Exhibit 5043 at 6

001917                                 001917                                  001917

INCIDENT # 00 255/76          **PERSON PAGE**              PAGE 2 of 5

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTERSET  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER

PERSON # ___  NAME/ _Jenkins    David    Jerome_
                         Last          First          Middle
CODE/ _S_  AKA/NICKNAME/
           ADDRESS/ _1164 N Grape #4_
           CITY/ST/ZIP/ _Coquille OR 97425_  PHONE/

DL#/ _____ ST/ __ SOC/ _____ FBI/

SID/ _____ LOCAL ID#/ _____ RES STATUS/ ☐ YES ☐ NO ☐ UNK
SEX/ _M_ RAC/ _W_ ETHNICITY/ _U_ _____ DOB/ _11/7/77_ HEIGHT/ _504_
WEIGHT/ _175_ HAIR/ _BRO_ EYES/ _BRO_ SKIN COLOR/

SCARS, MARKS, TATOOS/

EMPLOYER/ _____ WORK HOURS/

ADDRESS/ _____ PHONE/

KNOWN ASSOCIATES/

RELATION TO ASSOC/ _____ CLOTHING/

CAUTIONS/ _____ CORR STATUS/ _____ POB/

REMARKS/
                   * * Victim/Missing Persons Only * *

INJURY TYPE/ _____ INJURY LEVEL/

RELATIONSHIP TO OFFENDER/

MISSING PERSON TYPE/ _____ MISSING PERSON STATUS/

SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN      MISSING PREVIOUSLY? ☐ YES ☐ NO

RECOVERY CIRCUMSTANCES/

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTERSET  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER

PERSON # ___  NAME/
                         Last          First          Middle
CODE/ ___  AKA/NICKNAME/
           ADDRESS/
           CITY/ST/ZIP/ _____ PHONE/

DL#/ _____ ST/ ___ SOC/ _____ FBI/

SID/ _____ LOCAL ID#/ _____ RES STATUS/ ☐ YES ☐ NO ☐ UNK
SEX/ _____ RAC/ _____ ETHNICITY/ _____ DOB/ _____ HEIGHT/
WEIGHT/ _____ HAIR/ _____ EYES/ _____ SKIN COLOR/

SCARS, MARKS, TATOOS/

EMPLOYER/ _____ WORK HOURS/

ADDRESS/ _____ PHONE/

KNOWN ASSOCIATES/

RELATION TO ASSOC/ _____ CLOTHING/

CAUTIONS/ _____ CORR STATUS/ _____ POB/

REMARKS/
                   * * Victim/Missing Persons Only * *

INJURY TYPE/ _____ INJURY LEVEL/

RELATIONSHIP TO OFFENDER/

MISSING PERSON TYPE/ _____ MISSING PERSON STATUS/

SUSPECTED FOUL PLAY? ☐ YES ☐ NO ☐ UNKNOWN      MISSING PREVIOUSLY? ☐ YES ☐ NO

001917 RECOVERY CIRCUMSTANCES/                001917                          001917

Form 5157  Revised 7/1/97

Exhibit 5043 at 7

**PAGE: 3**

**OSP CASE NO:**    00 255176

**DATE:**    7/27/00

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

**TO:**    Captain Ed Mouery, Investigative Services

**RE:**    MISSING PERSON INVESTIGATION

**EXAMINATION REQUESTED BY:**    Dean Perske, Detective
Oregon State Police, Roseburg

**EXAMINATION CONDUCTED AT:**    Coquille Office, Parole & Probation

**EXAMINER/ID:**    Det Steven M Hebner
General Licensed Polygraph Examiner – 1296 WD 411

**NAME:**    JENKINS, DAVID JEROME    DOB 11/7/77
WMA, 5'4", 175 lbs, Brown Eyes, Brown Hair

**ADDRESS:**    1164 N Grape, #4 Coquille, OR

**REFER:**    Oregon State Police, Case No 00 255176
Coquille Police Dept, Case No 00 1905

**VICTIM:**    FREEMAN, LEAH    DOB 10/29/84
1173 N Knott St, Coquille, OR  97425

**DATE OF
OCCURRENCE:**    6/28/00

**LOCATION OF
OCCURRENCE:**    Unk

**ISSUE:**    On the morning of June 29, 2000, Leah Freeman was reported missing from the City of Coquille   Leah Freeman was last seen alive shortly after 9 00 pm on June 28, 2000   David Jenkins is a friend and associate of Leah's boyfriend Nicholas McGuffin   He agreed to submit to a polygraph examination at the request of Det Dean Perske

**PRE-TEST
INTERVIEW:**    At about 3 00 pm on July 27, 2000, David Jenkins contacted me at the Coquille Office of Parole and Probation   Mr Jenkins told me he was friends with Nick McGuffin and he knew Leah and her sister and he wants

Exhibit 5043 at 8

001919                                        001919                                        001919

POLYGRAPH EXAMINATION
CASE NO   00 255176
PAGE 4

to know what happened to her   That he does not know what happened to Leah or where she is   I asked him if he was suspicious of anyone who had done anything to Leah that resulted in her disappearance   He told me he had no idea where she was because she was very popular and everyone liked her   He told me on the evening that Leah disappeared he met Nick McGuffin early and this had occurred before dark   When he met Nick he was with Aaron and Josh   They were riding in Aaron's car   They all met at the Fast Mart in Coquille   At the time Nick was driving his car which was a blue Mustang

After meeting they all went to the Mill Pond and smoked pot, returning to town at about 8 10 pm   Again, they were at the Fast Mart   Nick said he was late to go pick up Leah so he took off enroute to go get her   He returned approximately three to five minutes later to the Fast Mart and asked if anyone had seen Leah   They told him they had not seen her   At that time he was still in the blue Mustang   He had gone to pick up Leah at some girlfriend's house, either by the name of Shelly or Sherry, he was not sure of the first name   Nick again left, this time to go look for Leah   He came back in about fifteen or twenty minutes still in the Mustang and asked if they had seen Leah walking by   They all told him no   He left again for about forty-five minutes to an hour and returned in his mom's car which he described as a red Thunderbird   Still looking for Leah   Except this time Nick appeared very upset, almost frantic to the point of crying   He asked if we had seen Leah   He again left, stating he was going to go look for her   That is the last time he saw Nick that evening

Shortly after that, Aaron took him home   He recalled arriving home at about 10 15 pm   He remembered distinctly arriving home at around 10 30 pm   He did comment he had seen Nick last night and said he was doing ok

**INSTRUMENTATION:**   David Jenkins was examined on a computerized Axciton-Polygraph

**RELEVANT**
**QUESTIONS:**

1   Has anyone told you that they are responsible for Leah's disappearance?

    Answer        No

2   Are you deliberately concealing information about Leah's disappearance?

    Answer        No

001919                                        001919                                        001919

Exhibit 5043 at 9

001920                          001920                          001920

*10*

POLYGRAPH EXAMINATION
CASE NO   00 256,764
PAGE 5

3    Did you have any direct involvement in Leah's disappearance?

Answer    No

**RESULTS AND
CONCLUSIONS:**    Based on evaluation of the polygraph charts, it is my opinion that David Jenkins is being truthful concerning his responses to his relevant questions asked   Questions other than those listed were used on the test to evaluate responses, but no decision as to truth or deception is made on those questions

An Axciton computerized polygraph was used for this examination and the physiological responses were evaluated using a program developed at the Applied Physics Laboratory at Johns Hopkins University   Conclusions reached from this test are the result of standard numerical scoring, in addition to computer analysis

**POST-TEST
INTERVIEW:**    David Jenkins was advised by me of the results of the polygraph examination after which time he left the Coquille Parole and Probation Department and I had no further contact with him

Steven M· Hebner, Detective – 1296-25

cc    Dean Perske, Detective, Oregon State Police, Roseburg

001920                          001920                          001920

Exhibit 5043 at 10