**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' FRCP 56 Motion for Summary Judgment **(Exhibits 5044-5059)** |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County, | |
| Defendants. | |

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

       Plaintiffs,

  v.

Oregon State Police,

       Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5044, is a true and correct copy of Downing Incident Reports 7/5/2000;

Attached hereto as Exhibit 5045, is a Street View of the West Coquille Turnoff from Google Earth offered for illustrated purposes;

Attached hereto as Exhibit 5046, is a true and correct copy of Webley Report – Hamilton June 1, 2010;

Attached hereto as Exhibit 5047, is a true and correct copy of Crook Interview by Looney;

Attached hereto as Exhibit 5048, is a true and correct copy of Crook Polygraph Report 2/3/2010;

Attached hereto as Exhibit 5049, is a true and correct copy of Looney Incident Reports Feb. 2010;

Attached hereto as Exhibit 5050, is a true and correct copy of Emler, Jenkins, West, and Sero Polygraph Reports;

Attached hereto as Exhibit 5051, is a Google Map Route from Right Shoe to Left Shoe offered for illustrated purposes;

Attached hereto as Exhibit 5052, is a Google Map Route from Right Shoe to Body offered for illustrated purposes;

Attached hereto as Exhibit 5053 is a true and correct copy of the interview of Heather McMullen by Officer McNeely;

Attached hereto as Exhibit 5054, is a Google Earth Map to the Haga (Bartley's Grandparents) House offered for illustrated purposes;

Attached hereto as Exhibit 5055, is a true and correct copy of the Map of Leah's Route from the District Attorney;

Attached hereto as Exhibit 5056, is a true and correct copy of Overview Maps from the District Attorney;

Attached hereto as Exhibit 5057, is a true and correct copy of Bartley Polygraph Reports;

Attached hereto as Exhibit 5058, is a true and correct copy of McGuffin Indictment & Arrest Warrant; and,

Attached hereto as Exhibit 5059, is a true and correct copy of McGuffin Signed Statement – Not Testifying;

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, January 7, 2025.

By:     /s/ Robert E. Franz, Jr.
        FRANZ & HENDERSON
        **Robert E. Franz, Jr.**
        OSB #730915
        **Attorneys for Municipal Defendants**