**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

   Plaintiffs,
    v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

   Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5044**
Downing Incident Reports 7/5/2000

001289                 001289                 001289

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

```
INCIDENT REPORT[ X ] RPT'D DATE/TIME [  07-05-00        ]
SUPPLEMENTAL   [   ] OCC'D DATE/TIME [  06-28-00        ]
CONNECT NUMBERS[ COQUILLE PD CASE #00-1905.            ]
```

```
OFFENSE(S)     [ ASSIST POLICE/MISSING PERSONS        ]
VICTIM'S NAME  [ FREEMAN, LEAH.                        ]
LOCATION       [ CENTRAL AVENUE, COQUILLE OREGON       ]

DISTRIBUTION   [ COQUILLE PD 8-3-00                    ]
               [                                       ]
```

SUMMARY:

On the morning of 07-05-00, I was assigned to assist the Coquille Police Department, as a member of the Coos County Major Assault/Death Investigation team, in the investigation of a missing person. The missing person is fifteen year-old Leah Freeman, who was last seen in the city limits of Coquille on 06-28-00 at approximately 2100 hours.

Due to Coquille Police Departments need for additional investigators to assist in this investigation, the Major Assault/Death Investigator Team was activated.

PERSONS INFORMATION:

(V)   FREEMAN, Leah: DOB ████████.
      1173 N. Knott St. Coquille, Oregon.
      (541) 396-4027.
      15 YOA, WFJ, 502/105, BLM/GRN.
      LSW white tank top and blue jeans and has dental braces.

(IP)  McGUFFIN, Nicholas James: DOB ████████.
      100 Baker Rd. Coquille, Oregon.
      56246 Baker Rd. Coquille, Oregon. (911 address)
      (541) 396-4983.
      18 YOA, WMA.

```
REPORTING OFFICER  [ Det. P. Downing (510)    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                          ]
```

PAGE 1

001289                 001289                 001289

Exhibit 5044 at 1

001290                            001290                            001290

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

(P) **FREEMAN, Dennis W.**: DOB ███████.
95742 Hwy 42 South Coquille, Oregon.
(541) 396-2246.
Father of Leah Freeman.
53 YOA, WMA.

(IP) **RICE, Jason Lee.**: DOB ███████.
290 West 4ᵗʰ #1 Coquille, Oregon.
WMA.

(IP) **BRADLEY, Marjie L.**: DOB ███████.
HC 83 Box 203 Coquille, Oregon.
(541) 396-2666.
WFA, 18 YOA.
Works at Hunter's Restaurant in Coquille.

(IP) **DEGARLAIS, Roy.**
Employed at Coos County Road Department/County Shops in Coquille, Oregon.
(541) 396-3121 ext. 358 (work#)

(IP) **KIRN, Mark Eric**: DOB ███████.
587 North Collier Coquille, Oregon.
(541) 396-6041.
Employed at Bandon Dunes Golf Course.
18 YOA, WMA.

(IP) **RAMSEY, Kristen N.**: DOB ███████.
AKA/STEINHOFF.
1026 North Dean Coquille, Oregon.
18 YOA, WFA.

(IP) **KINDRED, Lyndee Jo.**: DOB ███████.
1223 West 9ᵗʰ Street Coquille, Oregon.
(541) 396-3445.
17 YOA, WFJ.

REPORTING OFFICER  [ Det. P. Downing (510)       ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 2

001290                            001290                            001290

Exhibit 5044 at 2

001291   001291                                                      001291

# COOS COUNTY SHERIFF'S OFFICE

3

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

(IP) CHRISTOFERSON, Kristy D.: DOB ███████.
110 West 17th Coquille, Oregon.
(541) 396-5804.
16 YOA, WFJ.

(IP) ELBERT, Kimberly L.: DOB ███████.
Currently in custody at the Coos County Juvenile Detention Ctr.
15 YOA, WFJ.

(IP) FULLER, Mary.
1849 Cedar St. Myrtle Point, Oregon.
(541) 572-2233.
WFA.

(IP) HARTWELL, Alycia: DOB ███████.
431 23rd Street Myrtle Point, Oregon.
12 YOA, WFJ.
Cell telephone # 982-0114.

(IP) TODD, Dick.
1080 North Knott Street Coquille, Oregon.
(541) 396-3045.
WMA.

(IP) LaPINE, Daniel J.: DOB ███████.
440 East 9th Street Coquille, Oregon.
(541) 396-6931.
20 YOA, WMA.

(IP) SLAWSON, Kyle E.: DOB ███████.
1037 Crest Acres Rd. Coquille, Oregon.
(541) 396-4262.
18 YOA, WMA.

(IP) DURR, Helene.
1294 North Henry Street Coquille, Oregon.
(541) 396-7168.
WFA.

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                    ]

PAGE 3

001291                          001291                          001291

Exhibit 5044 at 3

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

(IP)  **IRWIN, Michael R.**: DOB ███████.
      876 North Knott Street Coquille, Oregon.
      (541) 396-5262.
      39 YOA, WMA.

(IP)  **IRWIN, Iva.**
      876 North Knott Street Coquille, Oregon.
      (541) 396-5262.
      Mother of Michael Irwin.

(IP)  **McADAMS, Mike J.**: DOB ███████.
      94428 Rink Creek Lane Coquille, Oregon.
      (541) 396-7353.
      20 YOA, WMA.

(IP)  **BAKER, Darla M.**: DOB ███████.
      57582 Crest Acres Road Coquille, Oregon.
      (541) 396-6939.
      18 YOA, WFA.
      Employed at Coos Bay Taco Time.

(AO)  **CHIEF REEVES, Michael**: Coquille Police Department.

(AO)  **OFFICER HALL, Dave**: Coquille Police Department Case Officer.

(AO)  **LIEUTENANT YOUNG, Buddy**: North Bend Police Department.

(AO)  **AGENT FERREIRA, John**: FBI Special Agent, Eugene Office.

(AO)  **AGENT SOULE, Bill**: FBI Special Agent Eugene Office.

(AO)  **SERGEANT ZANNI, Craig**: Coos County Sheriff's Office.

---

REPORTING OFFICER  [ Det. P. Downing (510) ]      ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 4

Exhibit 5044 at 4

001293

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

EVIDENCE/PROPERTY INFORMATION:

N/A

VEHICLE INFORMATION:

(N)   A 1965 or 1968 blue Ford Mustang, Oregon License PEA840.

Owned and operated by Nick McGuffin.

Seized by Lt. Young and myself at 100 Baker Road, Coquille Oregon, also known as 56246 Baker Road.

OBSERVATIONS:

On the morning of 07-05-00 at 1000 hours, myself and Sgt. Zanni attended a meeting of the Coos County Major Assault/Death Investigation Team, called by the Coquille Police Department.  This meeting was in the request for assistance from the Major Assault/Death Investigation Team to assist in the suspicious disappearance of a fifteen year-old girl from the Coquille area.

At 1000 hours, we attended the briefing at the Coquille Police Department in regards to Coquille Police Departments case thus far. Attending the briefing were members of the Coquille Police Department, Coos Bay Police Department, FBI, and the Coos County Sheriff's Office. In the briefing, we were advised that Coquille Police Department was investigating the suspicious disappearance of fifteen year-old Leah Freeman, who was last seen walking north on W. Central Blvd in Coquille on 06-28-00 at 9:30 p.m.

At the conclusion of the meeting, attendees were split up into teams and at that time I was teamed with Agent John Ferreira of the FBI and

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                    ]

PAGE 5

001293                                      001293                                      001293

Exhibit 5044 at 5

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

we were given tips to follow up which were assigned by case officer Dave Hall of the Coquille Police Department.

Agent Ferreira and I spent a better part of the afternoon attempting to located possible witnesses Marjie Bradley, Mark Kirn, and Jason Rice.  We were unable to locate Mark Kirn and Marjie Bradley at their residences but left cards.

At approximately 1310 hours, while travelling through the Coquille area in search for Jason Rice, we observed him riding down W. Central Street on his bicycle near McKay's.  At that time, we stopped Jason Rice and obtained a statement from him.

At approximately 1422 hours, I received a telephone call at my office from Marjie Bradley and I obtained a telephone statement from her.

At approximately 1500 hours on 07-05-00, I returned to the Coquille Police Department for an additional briefing and assignments and at that time I was assigned to assist Lt. Buddy Young to seize the blue Ford Mustang belonging to Nick McGuffin.  Nick McGuffin is Leah Freeman's boyfriend and a person of interest in this investigation. We were advised that Nick McGuffin had consented to the seizure of his vehicle to be processed by the Crime Lab and Lt. Young and myself responded to 56246 Baker Road (also known as 100 Baker Road) the residence of Nick McGuffin and his parents, and seized a 1965 or 1968 blue Ford Mustang bearing Oregon License PEA840.

Lt. Young and I responded to the Baker Road address with Mast Towing and upon arrival at the residence on Baker Road observed that the vehicle was parked in the driveway of that residence.  The vehicle was loaded onto a tow truck by Mast Towing and transported to the Oregon State Police Crime Lab where it was stored. Lt. Young and I followed that transport of that vehicle to the Crime Lab.

At approximately 2000 hours, I assisted the Coquille Police Department and members of the FBI in a road block along W.Central Blvd in Coquille at the Oregon Federal Credit Union in an attempt to identify possible witnesses that may have seen Leah Freeman walking along W. Central on the night of her disappearance.

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                              ]

Exhibit 5044 at 6

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

During this roadblock, I contacted Roy Degarlais, an employee at the Coos County Road Department, who works at the Coos County Shop building at the north end of W. Central in Coquille.  Mr. Degarlais gave me a statement that he observed a female matching Leah Freeman's description walking on the north end of W. Central at approximately 2335 hours on the night of her disappearance on 06-28-00.

While assisting in the roadblock, I was also contacted by Mark Kirn who advised he had received my card and at that time, I obtained a statement from him.

On 07-07-00 at approximately 1117 hours, Sgt. Craig Zanni and I contacted Kristen Ramsey, also known as Kristen Steinhoff, at her residence on North Dean and obtained a statement from her.

At approximately 1330 hours on 07-07-00, Sgt. Zanni and myself contacted Lyndee Kindred at her residence at West 9th in Coquille and obtained a statement from her.

At approximately 1458 hours, Sgt. Zanni and I contacted Dennis and Denise Freeman at their residence on Hwy 42 South and spoke with them briefly regarding Leah's disappearance.

At approximately 1547 hours, I assisted Sgt. Zanni in the search of Leah Freeman's room at 351 West 5th Street in Coquille during which time Sgt. Zanni seized a number of objects belonging to Leah Freeman.  This residence is the residence of Jim Murphy who was the ex-boyfriend of Leah Freeman's mother, Corey Courtwright.  We were advised that Mr. Murphy had given  permission for us to go into the room that Leah had occupied while she was living there and searched that location for any possible evidence that may assist in our investigation.  We concluded that search at approximately 1600 hours.

At approximately 1635 hours, Sgt. Zanni and I contacted Kristy Christoferson at her residence of West 17th Street and obtained a statement from her.

REPORTING OFFICER  [ Det. P. Downing (510) ]    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                ]

PAGE 7

Exhibit 5044 at 7

001296                            001296                            001296

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

At approximately 1738 hours, Sgt. Zanni and I contacted Kimberly Elbert at the Juvenile Detention Center in Coquille and obtained a statement from her.

For statements from Lyndee Kindred, Dennis Freeman, Kristy Christoferson, and Kimberly Elbert, refer to Sgt. Zanni's report.

On 07-11-00 at approximately 1040 hours, I contacted Mary Fuller at her residence and obtained a statement from her. In that statement, she advised that a young female that was in her vehicle by the name of Alycia Hartwell might be a better witness and at that time, I obtained Alycia Hartwell's address.

At approximately 1045 hours, I contacted Alycia Hartwell and obtained a statement from her.

At approximately 1600 hours on 07-11-00, I contacted Dick Todd at his residence and obtained a statement from him.

At 1710 hours, Special Agent Bill Soule of the FBI contacted Daniel LaPine and Kyle Slawson at 440 E. 9th Street in Coquille and interviewed them.

On 07-12-00 at approximately 1010 hours, I was contacted by telephone at my office by Helene Durr and obtained a telephone statement from her.

At approximately 1248 hours on 07-12-00, Sgt. Zanni and I contacted Michael and Iva Irwin at 876 N. Knott Street in Coquille and obtained statements from them.

At approximately 1725 hours, Sgt. Zanni and I conducted a search of the old nursery off the intersection of Grape Street and W. Central but found nothing of evidentiary value.

At approximately 1555 hours on 07-12-00, I was contacted by telephone at my office by Mike McAdams and obtained a telephone statement from him.

REPORTING OFFICER   [ Det. P. Downing (510) ]        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 8

001296                            001296                            001296

Exhibit 5044 at 8

001297   001297   001297

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

At approximately 1712 hours on 07-12-00, I was contacted by telephone by Darla Baker and obtained a telephone statement from her.

All the above listed contacts were made in regards to tip sheets assigned out by the case officer for follow-up.

**STATEMENTS:**

**(IP) JASON RICE** stated in substance:

He is currently working for AG&M Logging and living at 290 W. 4th Street in Coquille.

Jason advised that he does not remember about the day of June 28, other than the fact he would have been logging up until approximately 3 p.m. He advised that he believes that he would be on the Internet from about 3-7 p.m. and that afterwards went out riding on his bike to Fast Mart where he remembers running into Erin West and David Jenkins.

Jason advised he does not know Leah Freeman personally and does not remember seeing her or Nick McGuffen that night.

**(IP) MARJIE BRADLEY** stated in substance:

She works at the Hunter's Restaurant on W. Central in Coquille and went to work that night at 6 p.m. She advised she was not even supposed to work that night but had gone into work.

Marjie stated that she does know Leah personally but has not seen Leah since school got out. She advised that she was closing up a little after 9 p.m. but did not see anybody walk by. She advised she believes she was probably busy in the back cleaning up and would not have noticed Leah walking by if she did.

Marjie advised that she does remember two guys that were kind of scroungy looking that came into the Hunter's Restaurant that caught

---

REPORTING OFFICER  [ Det. P. Downing (510) ]   ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                          ]

PAGE 9

001297   001297   001297

Exhibit 5044 at 9

# COOS COUNTY SHERIFF'S OFFICE

*10*

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

her eye but she does not know who they were or remember anything more about them.   She advised she does know Mike McAdams and Mark Kirn and believes they could have been in there that same evening but does not remember exactly whether she saw them that evening or another evening in the restaurant.

**(IP)ROY DEGARLAIS** stated in substance:

He works on the evening shift at the County Shops and believes that he may have seen a girl matching Leah's description at approximately 11:35 p.m. Roy advised he closes up the shops with a couple of other guys, one being Tony Messerle and the other being Craig Tresiddor.

Mr. Degarlais advised he does remember closing up and being the last one to leave, heading North bound from the shops.  He advised that Tony would have been on his motorcycle heading south to go home.

Mr. Degarlais advised he does remember a girl wearing blue jeans and a white tank top with blonde hair walking North along W. Central approaching the intersection onto the highway.  He advised he saw her walking along in the area near the Myrtle Wood Shop.

Mr. Degarlais advised he remembers this female due to the fact she had her arms clenched up around her like she was cold and walking with her head down late that night.

**(IP) MARK KIRN** was interviewed and stated in substance:

He and Mike McAdams were at Hunter's that Wednesday night (06-28-00) at approximately 9 p.m.   Mark advised that he and Mike were sitting in the restaurant when Mike saw a girl walk by and asked Mark who the girl was.  Mark advised that he turned and looked and observed Leah Freeman walking by, and told Mike McAdam's that that was Nick's girlfriend, Leah.

Mark advised that Leah was walking north with her arms wrapped around her like she was cold and walking fast.  He believes this was right around 9 p.m., and believes that they left around 9:15 p.m.  Mark

REPORTING OFFICER   [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [ ]

PAGE 10

Exhibit 5044 at 10

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

advised that when they left did not see Leah and that Mike drove Mark down to get a movie and that Mark then went home.

Mark advised that sometime after he got the movie, he was out driving around and believes that approximately 11 p.m. and 12 a.m., he ran into Nick by McKay's. He advised he stopped and talked to Nick and that they parked side by side, and Nick was in the purple Thunderbird. He advised that he believes he saw Leah's sister in with Nick in the Thunderbird and that they were looking for Leah.

(IP) **KRISTEN RAMSEY** was interviewed and stated the following in substance:

She believes she was at her home all evening on Wednesday of 06-28-00. She stated that she believes she left her house at approximately midnight in her car that has a clutch problem and was driving around Coquille when she met Nick McGuffin at the Fast Gas Station. Kristen advised she remembers running into Nick and that he appeared to be panicking, advising he was looking for Leah and not seen her.

Kristen advised she talked to Nick for a few minutes, learning from him that Leah was missing and that she told Nick that if he did not find Leah to stop by her place and she would help him look.

Kristen advised that after she left the Fast Gas Station she drove around Coquille for approximately fifteen minutes and then went home.

Kristen advised that approximately half an hour later, Nick stopped by and advised he was still looking for Leah and had not found her. Kristen advised she and Nick spent approximately forty-five minutes at the residence and then Kristen went with Nick to go finish looking for Leah. Kristen advised one of her friends had a purple Kia parked at the residence and she offered to drive around town with Nick in the purple Kia looking for Leah.

Kristen advised that she and Nick spent approximately half and hour in the purple Kia, driving around Coquille but did not find Nick's girlfriend.

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                          ]

PAGE 11

Exhibit 5044 at 11

001300                              001300                              001300

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

Kristen advised she believes they drove by Leah's house a couple of times and then also out to the Sinnott's residence where there was party.  Kristen advised that after approximately half-hour of driving around town, she then went and drove back with Nick to her residence. She advised she dropped Nick off at his car that was parked at her residence.  She borrowed a CD from Nick and then Nick left in his car to go and finish looking for Leah.


**(IP) MARY FULLERS** was interviewed and stated the following in substance:

Mary stated that she does not know Leah Freeman but believes on the Wednesday night, 06-28-00, she was driving a number of kids home in her car from church.  Mr. Fuller advised they were driving through town, coming from the Foursquare Church, going down to the middle of town.  She believes that they probably drove around the area of the high school and the center of town sometime between 9 p.m. and 9:30 p.m.

Ms. Fuller advised that one of the young kids that was riding in her vehicle had later told her that she believes she may have seen Leah Freeman walking along the street.  Ms. Fuller advised the young girl's name was Alycia Hartwell and lived a few blocks away in Myrtle Point.  Ms. Fuller advised she does not exactly remember any female or seeing any female walking along the road.


**(IP) ALYCIA HARTWELL** was interviewed and stated in substance:

Alycia stated that she was riding with Ms. Fuller and some other kids in Ms. Fuller's car, and does remember seeing a girl that appears to be the same as the girl in the pictures.  She advised she remembers seeing this girl walking right near the high school and that the girl was a blonde-haired female wearing a white top and blue jeans. Alycia advised that she does not know Leah personally but her parents do, but does remember that the girl she saw was very similar to the girl in the photographs around town.

---

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                    ]

PAGE 12

001300                              001300                              001300

Exhibit 5044 at 12

# COOS COUNTY SHERIFF'S OFFICE

13

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

(IP) **DICK TODD** was interviewed and stated in substance:

Dick stated that he is not exactly sure whether he saw a girl on that Wednesday night or a different night, but believes he may have seen who he thinks was Leah Freeman walking in Coquille. Mr. Todd advised that he was coming back from checking charts at the hospital and he was heading to his residence on N. Knott Street. Mr. Todd advised he remembers seeing a girl matching the description of the girl in the picture going around town, and that girl was crossing the street from Fast Mart to Judy's Head Shed. He advised that he does remember that girl packing a brown paper bag and that she was crossing the street then heading North on West Central.

Mr. Todd again advised he is not exactly sure if that was Wednesday night or a different night but he can check his hospital charts if need be.


(IP) **DANIEL LaPINE AND KYLE SLAWSON** were interviewed and stated in substance:

Most of the day they were at TJ Greeves residence up at the end of 3rd Street in Coquille. Dan advised he was at TJ's from the time he woke up which would have been around noon or 3 p.m. and did not come back to their residence on E. 9th Street until about 7 p.m.

Dan advised he is roommates with Brent Bartley but did not see Brent all day.

Dan advised he left TJ's residence at approximately 7 p.m. and walked back to their house on E. 9th Street where he believes he ran into Kyle and Les Brown and then a short time later Dan, Kyle and Les all went back to TJ's.

Daniel advised they all stayed at TJ's, this time being until 1-2 a.m. on the morning of Thursday morning, 06-29-00 when they returned back to Daniel's residence on E. 9th Street at about 2 a.m. He advised at that time Brent was back at the house asleep. Daniel advised that he and Kyle were going to go sleep in the tent in the yard and they were making noise that woke Brent up. He advised that

---

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                    ]

PAGE 13

Exhibit 5044 at 13

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

Brent came out and said something about being quiet and went back into bed.

Daniel LaPine stated that the next morning they woke up and Nick stopped by and that was the first time that they learned about Leah being gone.   Daniel stated that he is more of an acquaintance of Nick and Leah and stated he does not know why Brent Bartley would be saying that Nick and Leah came over that Wednesday night because they didn't.

Dan advised that he has talked to Brent about what Brent has been saying and realizes there is a problem with Brent's statement but does not know why Brent is saying things happen when they didn't.

Dan advised he was not at home when Brent says they were, and there should be no reason why Brent would say he was at home smoking pot with Brent and Leah and Nick.   Dan advised the first time he learned about Leah's disappearance was the next day when Nick stopped by still looking for Leah.

**(IP)HELENE DURR** was interviewed and stated in substance:

She was travelling home on the night of Wednesday 06-28-00 and believes she got into town at approximately 11:30 p.m.   She advised she is exactly certain that is was 11:37 p.m. when she arrived at her house.

Ms. Durr advised she came in from the south entrance of Coquille and traveled towards 10th Street and when she approached the Faith Lutheran Church there on W. Central near 10th she observed a very attractive young girl with shoulder length blonde hair wearing white a T-shirt and either shorts or blue jeans.   She advised she observed this girl run across the street to a car that was pulling down 10th Street approaching Central.   Ms. Durr advised she observed the girl run over to the car but does not know for certain whether the girl got into the car or not.

Ms. Durr advised there were three guys in the car and they appeared to be partying fairly well.   She advised that all she remembers about

---

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 14

Exhibit 5044 at 14

001303                                001303                        001303

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

the car was it was a black shiny car. Ms. Durr advised she does not know for certain but does believe the girl got in the car with these guys.

Ms. Durr advised she also remembers the girl specifically because the girl waved at Ms. Durr as if she knew her and Ms. Durr got the impression that the girl had been partying really hard, also.

Ms. Durr advised she does remember the girl having short blonde hair with braces and a white tank top.  She advises she is not certain about the pants the girl was wearing.


**(IP) MICHAEL AND IVA IRWIN** stated in substance:

They do not know anything about he girl missing other than what's been said around town.  Michael advised he does walk downtown alot but does not remember seeing the girl on any of his walks.  He advised that he usually gets home around 6 or so in the afternoon and does not believe he was out walking at the same time the girl was last seen.


**(IP) MIKE McADAMS** was interviewed and stated in substance:

He was with Mark Kirn at Hunter's but does not know exactly what time it was.  He advised he remembered it being on Wednesday night and that it was around dusk.  Mike advised that he does not know Leah Freeman but did see a girl walk by and asked Mark who the girl was. Mike advised that Mark told him that was Nick McGuffen's girlfriend. Mike McAdams advised that he observed a girl walking north in a white tank top and possibly shorts or blue jeans, he was not certain about that.

Mike advised that he and Mark stayed at Hunter's a little bit eating, and when they finished Mike drove Mark down to the Video Hut and dropped him off and he then drove home out to his residence on Rink Creek.

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 15

001303                                001303                        001303

Exhibit 5044 at 15

# COOS COUNTY SHERIFF'S OFFICE

16

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

**(IP) DARLA BAKER** stated in substance:

She currently works at the Taco Time in Coos Bay and believes she saw a girl matching Leah Freeman's description walking around town at approximately 10:30 p.m. on Wednesday night. She advised she is not exactly certain as to whether it was Wednesday night or the night before on Tuesday.

Darla advised she does know both Leah and Nick.

Ms. Baker advised she got done at work at Taco Time at approximately 10:05 p.m. and it takes her approximately 20 minutes to drive to Coquille. She advised she remembers coming into Coquille at the north end of town on W. Central. She advised she believes she saw Leah walking northbound on W. Central near the Fairview turnoff. Darla advised she remembers driving down into town and later seeing Nick in his car on W. Central by the Smoke Shop. She advised that Nick was in his blue Mustang.

Ms. Baker advised that she ran into Nick and Denise Freeman the next day and that was when she told Nick that she may have seen Leah the night before. Darla stated that she told Nick, and is telling me, that she is not certain as to whether she saw Leah that Wednesday night or the night before.

Ms. Baker advised that Nick and Denise were out looking for Leah and remembers that that was Thursday morning when she talked to Nick and Denise and told them that she may have seen Leah the night before. Ms. Baker advised that she is certain of the date and time she ran into Denise and Nick but was uncertain and still is uncertain as to whether she saw Leah that night before or that it might have been another night.

---

REPORTING OFFICER  [ Det. P. Downing (510) ৭ৎ        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                    ]

PAGE 16

Exhibit 5044 at 16

001305                                001305                                001305

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

**ACTION(S) PENDING:**

Investigation continuing.

This Officer will be off and on assisting Coquille Police Department
in further investigation as needed.

46 NPC 57.5 HOURS

REPORTING OFFICER   [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 17

001305                                001305                                001305

Exhibit 5044 at 17



# COOS COUNTY SHERIFF'S OFFICE

**FINAL COPY**

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

| | |
|---|---|
| INCIDENT REPORT[ ] RPT'D DATE/TIME [    08/03/00 | ] |
| SUPPLEMENTAL   [ X ] OCC'D DATE/TIME [    06/28/00 | ] |
| CONNECT NUMBERS[ CQPD 00-1905 | ] |

| | |
|---|---|
| OFFENSE(S)     [ ASSIST POLICE/MISSING PERSONS | ] |
| VICTIM'S NAME  [ FREEMAN, LEAH | ] |
| LOCATION       [ CENTRAL AVENUE, COQUILLE, OR 97423 | ] |

| | |
|---|---|
| DISTRIBUTION   [ CQPD/RECORDS | ] |
| [ | ] |

## SUMMARY:

On 08/03/00 I continued to assist the Coquille Police Department as a member of the Coos County Major Assault Death Investigation Team in the investigation of Leah Freeman disappearance.

## PERSONS INFORMATION:

(V)   FREEMAN, Leah DOB: ███████ (deceased).
      Mentioned in previous report.
      Body located on 08/03/00 on Lee Valley Road near Rock Prairie
      County Park.

(IP)  MC GUFFIN, Nicholas James DOB: ███████.
      Mentioned in previous report.

(IP)  REID, Heather Lynn DOB: ███████  20YOA, WFA.
      36 N. Baxter, Coquille, OR 97423.
      396-6123.

(IP)  PARKS, Polly Ann DOB: ███████, 40YOA, WFA.
      63346 Shinglehouse Slough Road, Coos Bay, OR 97420.
      269-7666.

(IP)  THURMAN, Jamie Ray DOB: ███████, 27YOA, WMA.
      193A N. Fork Road, Myrtle Point, OR 97458.
      572-0536.

| | |
|---|---|
| REPORTING OFFICER  [ Det. P. Downing (510) | ] DPSST [ 14699 ] |
| SHIFT [ 01] DISTRICT [   ] APPROVAL [ | ] |

Exhibit 5044 at 18

*19*

# COOS COUNTY SHERIFF'S OFFICE

### INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

(IP) MICHAUD, Alisa M. DOB: ▮▮▮▮▮, 18YOA, WFA.
3146 Shelley Road, Coquille, OR 97423.
396-6910.

(IP) MICHAUD, Brad and Vicki
3146 Shelley Road, Coquille, OR 97423.
396-6910.
(parents to Alisa Michaud)

(IP) SERO, William Robert DOB: ▮▮▮▮▮, 26YOA, WMA.
unknown current where abouts, wanted by Parole & Probation
for obsond.

(IP) CROOK, Richard (Ricky) Troy DOB: ▮▮▮▮▮, 17YOA, WMJ.
956 N. Elliott, Coquille, OR 97423.
396-7146.

(IP) CROOK, Carole
956 N. Elliott, Coquille, OR 97423.
396-7146.
(mother of Ricky Crook)


(AO) SGT. C. ZANNI (504), COOS COUNTY SHERIFF'S OFFICE

(AO) CHIEF M. REAVES (601), COQUILLE POLICE DEPARTMENT

(AO) OFFICER D. HALL (605), COQUILLE POLICE DEPARTMENT, CASE OFFICER


## EVIDENCE/PROPERTY INFORMATION:

N/A


## VEHICLE INFORMATION:

(N) 1986 gray BMW four-door sedan, Oregon License 005AKZ.

Registered to Brad and Victoria Michaud.

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                        ]

PAGE 2

Exhibit 5044 at 19

# COOS COUNTY SHERIFF'S OFFICE

*20*

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

OBSERVATIONS:

On the morning of 08/03/00 at approximately 1031 hours, Sgt. Craig Zanni and I contacted Bruce McGuffin at his residence to make arrangements to bring him back into the Coquille Police Department in order for him to pickup his purple Ford Thunderbird.  It was being released after the completion of a search warrant being served upon the vehicle.  That vehicle was released to him at 1105 hours.

At 1213 hours on 08/03/00 Sgt. Zanni and I contacted **Heather Reid** at 36 N. Baxter in Coquille and obtained a statement from her.  During that statement, Ms. Reid spoke of a gathering of people in the Fairview area where William Seros' name came up.  She advised that at that gathering was also Jamie Thurman.  For further information refer to her statement in the Statement section of this report.

At 1252 hours on 08/03/00 Sgt. Zanni and I contacted **Polly Parks** at her residence on Shinglehouse Slough and obtained a statement from her.

At approximately 1500 hours on 08/03/00 Sgt. Zanni and I attempted to contact **Jamie Thurman** at his residence on N. Fork Road but found no one home.  We were advised at that time that he does work at the Auto Clinic in Coquille.

After returning to the Coquille Police Department at approximately 1530 hours, we were advised by telephone contact that Officers that were searching the Lee Valley Road area east of Coquille had located, what they believed to be, Leah Freeman's body.

At that time Sgt. Zanni and I assisted case officer, Dave Hall with making arrangements for scene security and contacting other officers involved and the crime lab.

At approximately 1620 hours I left the Coquille Police Department with Sgt. Zanni enroute to the scene on Lee Valley Road near Rock Creek County Park to drop off the equipment which had been requested by the crime lab.

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                          ]

PAGE 3

Exhibit 5044 at 20

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

At approximately 1740 hours Sgt. Zanni and I arrived at the crime scene on Lee Valley Road, dropped off the equipment for the crime lab and at approximately 1800 hours departed from the scene.

At approximately 1840 hours Sgt. Zanni and I contacted **Jamie Thurman** at his residence on N. Fork Road and obtained a statement from him. During our conversation with Mr. Thurman he advised us about a female friend of his wife's by the name of Alisa Michaud who was now in drug rehab in Roseburg but appeared to have some sort of information regarding Leah's disappearance and William Sero.  At approximately 1921 hours we concluded our contact with Mr. Thurman.

At approximately 2015 hours Sgt. Zanni and I contacted **Brad and Vicki Michaud** at their residence on Shelley Road, in an attempt to ascertain from them the location of their daughter, Alisa.  Sgt. Zanni and I spoke with Mr. and Mrs. Michaud and also obtained their permission to search their vehicle, a gray 1986 BMW four door sedan with OR license 005AKZ.  This vehicle is owned and registered to Victoria and Brad Michaud and had been used in the days just prior by Alisa and William Sero.  At that time we searched the vehicle but found no items of evidentiary value.  Our contact with the Michaud's concluded at approximately 2110 hours.

At approximately 2154 hours Sgt. Zanni and I located Ricky Crook at the Fast Mart store in Coquille and upon contacting him requested that he accompany us back to the Sheriff's Office for an interview. This request was due largely to Mr. Crook being accompanied by a large number of other juvenile friends.  Upon making initial contact with Ricky Crook at the Fast Mart, his mother was there and gave us permission to speak with her son and that she would bring him to the Sheriff's Office for an interview.

At approximately 2211 hours, **Ricky Crook** arrived with his mother, Carole Crook, and Sgt. Zanni and I obtained a statement from him. Our contact ended with him at approximately 2310 hours.

REPORTING OFFICER  [ Det. P. Downing (510)      ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                                    ]

PAGE 4

Exhibit 5044 at 21

# COOS COUNTY SHERIFF'S OFFICE

*22*

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

STATEMENTS:

**HEATHER REID** stated in substance,

She believes that approximately a week prior to our contacting her on this date that she was out at Nicole Lindsey's residence with Jamie Thurman and Heidi Cook.

She advised that she remembered that while they were at Nicole's house their conversation turned to Bill Sero and Jamie Thurman said something to the effect that Bill Sero had something to do with Leah Freeman's disappearance.

Heather advised Nicole does live in Fairview past the Homestead Tavern, which is approximately the third driveway on the left.  She advised that she lives in a trailer house and that there is a big yellow and gray primered truck usually parked out in front.

Heather advised that she believed Jamie Thurman is staying with his uncle somewhere in Fairview.

Heather advised that she, Heidi Cook, Jamie Thurman, and Nicole Lindsey were all talking and that Jamie said that they found a bloody sweatshirt in Nick's car and that Bill Sero is on the run because this was his sweatshirt.

Heather advised that Jamie was talking about the police finding a bloody sweatshirt when they searched Nick McGuffins' mustang.  She advised that Jamie was telling them that this bloody sweatshirt belonged to Bill Sero and that Bill Sero was reportedly running from the police because he knew that they had found a bloody sweatshirt that had belonged to him.

Heather further advised that during this conversation she was told, again she believes by Jamie, that Bill Sero was the one that stashed one of the tennis shoes out there, meaning one of the tennis shoes of Leah Freeman's being found up Hudson Ridge.

REPORTING OFFICER  [ Det. P. Downing (510)           ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [   ] APPROVAL [                                    ]

Exhibit 5044 at 22

# COOS COUNTY SHERIFF'S OFFICE

$23$

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours  By: GLH

Heather advised that Heidi Cook was the one during the conversation that talked about an acid party that had happened on the day of Leah's disappearance and that Bill Sero and Leah Freeman were reportedly at this party.

She advised that this acid party took place at Brent Bartleys' grandmother's house, which is past the cemetery.

Heather advised that Bill Sero should be staying with her brother, Rocky Pierce, and that Heather last saw Bill Sero approximately two weeks ago.

**POLLY PARKS** stated in substance,

She said that Nick and his brother; Wayne McGuffin, have been spending a lot of time at her residence. She stated that Nick and Wayne have been coming up almost on a daily basis. She stated that Nick just starting coming to her house shortly after Leah's disappearance. She advised that she received a telephone call one evening from Ricky Crook, asking if it was okay for him to come over and to bring a friend. She advised that she asked who the friend was and Ricky and told her that it was Nick. She advised that Ricky told her that since Leah's disappearance and the start of the investigation, Nick has been shunned by many of his friends and had no place to go. Polly advised that she told Ricky that it was okay for Nick to come over.

Ms. Parks advised that on once occasion when Nick came over he made a pass at one of the girls at Pollys' house, saying that he could stand to 'get a little' because he has not had any for approximately three weeks.

Polly advised that she remembered that on another occasion when Nick was at her residence that he had over heard a news report that was on TV that said how Leah was missing when she was walking towards home in down town Coquille. Polly stated that Nick made a comment to this news brief and he said, "No, you stupid fuck, she was walking to meet me".

REPORTING OFFICER  [ Det. P. Downing (510)        ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                              ]

Exhibit 5044 at 23

# COOS COUNTY SHERIFF'S OFFICE

24

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours  By: GLH

Ms. Parks advised that on one evening, Nick was at her house along with Ricky Crook and Jessie and they were all talking about Leah when the conversation about Leah came up and someone said that Leah had been at a party and left with someone else.  She advised that further information was that this party had out grown the house that it was in, that the party was at a house in Fairview area.  She advised that she had been told that Leah's body was across the river from where this party was.

Ms. Parks advised that she had also heard another rumor that Leah was being held at a cabin because she told Nick that she was pregnant.

Ms. Parks advised that most of this information is coming to her through Ricky Crook but that Nick has been in and around these conversations that she has had with Ricky and has not denied anything.

Ms. Parks advised that another rumor that she had heard came from Josh Emler, who told Polly about where the shoes were approximately two days before it came out on the news.

One thing that Ms. Parks stated that Nick did tell her was that Nick may have seen Leah on the night that he was looking for her but he was so fucked up that he did not recognize her and therefore, did not stop and pick her up.  He advised that he may have seen her after 9 o'clock when he went looking for her and because he was so "fucked up" and believes that he may have seen Leah and that is why he failed the polygraph regarding that question.

Polly advised that Nick told her that he and Leah did have a fight that night at Sherry's.  Nick left with some friends and went to Johnson Mill Pond to chill out.  When he came back to pickup Leah and that he was five minutes late and that she had left on foot.

Polly also stated that she has a scanner at her residence and that when Nick has been coming over he has always been trying to listen very intently on what is going on over the scanner.  She also advised that Nick recently purchased a scanner for their house.

REPORTING OFFICER  [ Det. P. Downing (510)             ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [   ] APPROVAL [                                    ]

Exhibit 5044 at 24

001313                          001313                          001313

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

---

**JAMIE THURMAN** stated in substance,

Alisa Michaud, who is 18 years old and is currently in a drug rehab center in Roseburg, has recently been staying with Jamie and his wife out on N. Fork Road, Myrtle Point.  Jamie stated that Alisa seemed to start really heavy into a drug relapse on the night that Leah disappeared.  Jamie advised that Alisa was spacing out and appeared to have been extremely upset and despondent over Leah's disappearance.

Jamie advised that Alisa had been with Bill Sero a couple of days after Leah's disappearance when Bill got arrested and Alisa got called into court.

Jamie stated that Alisa has been acting extremely weird, talking about dreams and visions that she has had about Leah's disappearance and started a very heavy relapse into drugs on the night that Leah disappeared.

Jamie advised that he and his wife had tried to assist Alisa for a couple of days after her drug relapse and that eventually Alisas' mom took Alisa to Roseburg to a drug rehab center.

Jamie advised that last weekend he was talking to Heather Reid and Kevin Naswalt at Nicole's house who does live in Fairview.

Jamie advised that he was extremely intoxicated at the time this conversation was taking place but remembers someone talking about a bloody sweatshirt in Leah's boyfriend's car that belonged to Bill Sero.

Jamie advised that he does not remember much of anything further except that he believed that Alisa may have information about this case.

---

REPORTING OFFICER  [ Det. P. Downing (510)          ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                              ]

001313                          001313                          001313
Exhibit 5044 at 25

001314                                001314                                001314

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

---

**BRAD AND VICKI MICHAUD** stated in substance,

They were Alisas' parents and that Alisa is currently in a drug rehab facility in the Roseburg area.  Mr. and Mrs. Michaud advised that they are aware that Alisa told Vicki that since Leah's disappearance that she had had a dream about Leah's disappearance.  That Alisa had told her mom that in this dream she saw that Leah was dead and lying by a river.

Mrs. Michaud advised that they were also aware that Alisa had told a counselor at this drug rehab facility that Leah was dead by a river with a bag over her head.

Mr. and Mrs. Michaud advised that on the day of Leah's disappearance, Mrs. Michaud was traveling home on a flight from San Diego to North Bend.

Mr. and Mrs. Michaud advised, that Alisa on the evening that Leah had disappeared, had met with Mr. Michaud at approximately 10:30 p.m. at the Safeway store in Coquille.  They advised that Alisa had been at a party at TJ's house and that he was meeting Alisa so that he could get Alisa's daughter and take custody of Alisa's baby.

Mrs. Michaud advised that her plane came into the North Bend airport sometime around 9:00 p.m. and that she is certain that it was after that when Mr. Michaud met with Alisa at the Safeway store to pickup up Alisa's baby.

Mr. Michaud advised that Alisa and TJ arrived in a small pickup at the Coquille Safeway store at approximately 10:30 p.m. and Mr. Michaud picked up Alisa's baby and brought it home.

Mrs. Michaud advised that Alisa has told her that she had been threatened to not talk about Leah's disappearance.

Mr. Michaud advised that they are aware that Alisa does know a guy by the name of Bill and that they were aware that Alisa had been driving the BMW of which Bill was arrested from.

---

REPORTING OFFICER  [ Det. P. Downing (510)           ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                                ]

001314                                001314                                001314

Exhibit 5044 at 26

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: September 6, 2000 / 16:19 Hours   By: GLH

Mr. and Mrs. Michaud advised they had no problem with us searching that vehicle that was currently parked outside of their residence.

Mr. and Mrs. Michaud advised that they are not aware or believe that Alisa had any direct involvement in Leah's disappearance but believe that she might have been told or seen something later on due to the dreams that she had told them about.

For **RICKY CROOK** statement see Sgt. C. Zanni's report.

## ACTION(S) PENDING:

Investigation continuing.   Further reports are pending from further followup conducted.

REPORTING OFFICER  [ Det. P. Downing (510)            ] DPSST [ 14699 ]
SHIFT [ 01] DISTRICT [    ] APPROVAL [                                    ]

Exhibit 5044 at 27

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

| | |
|---|---|
| INCIDENT REPORT[  ] | RPT'D DATE/TIME [ 08-09-00 ] |
| SUPPLEMENTAL    [X] | OCC'D DATE/TIME [ 06-28-00 ] |
| CONNECT NUMBERS[ CQPD #00-1905 | |

| | |
|---|---|
| OFFENSE(S) | [ ASSIST POLICE/HOMICIDE |
| VICTIM'S NAME | [ FREEMAN, LEAH |
| LOCATION | [ COOS COUNTY |

| | |
|---|---|
| DISTRIBUTION | [ COQUILLE PD |
| | [ |

**SUMMARY:**
Between 08-04-00 and 08-13-00 I assisted Coquille Police Department in conducting further follow-up into the disappearance and death of 15 year old Leah Freeman.

**PERSONS INFORMATION:**

(V)  FREEMAN, LEAH; DOB ▓▓▓▓▓, 15 YOA, WFJ.
     Mentioned in previous reports, found deceased on 08-03-00.

(IP) MCGUFFIN, NICHOLAS JAMES; DOB ▓▓▓▓▓  18 YOA, WMA.
     Mentioned in previous reports.

(IP) MICHAUD, BRAD & VICKIE;
     Mentioned in previous reports.
     Parents of Alisa Michaud.

(IP) MICHAUD, ALISA M.; DOB ▓▓▓▓▓, 18 YOA, WFA.
     3146 Shelley Road, Coquille, OR 97423.
     (541)396-6910.

(IP) TERRY, DAVID; Attorney.
     1228 S.E. Douglas, Roseburg, OR.
     (541)672-4693.
     Represents Alisa Michaud.

(IP) GREENE, T.J.; NFI.

(IP) PINKLEY, MEGAN; NFI.

| | |
|---|---|
| REPORTING OFFICER  [ Det. Pat Downing/510 | ] DPSST [ 14699 ] |
| SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [ | |

PAGE 1

Exhibit 5044 at 28

001317                                001317                                001317

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

(IP) LAPINE, DANIEL J.; DOB ▇▇▇▇▇▇, 20 YOA, WMA.
Mentioned in previous reports.

(IP) SLAWSON, KYLE E.; DOB ▇▇▇▇▇▇, 18 YOA, WMA.
Mentioned in previous reports.

(IP) BROWN, LES, NFI.

(IP) SERO, WILLIAM;
Mentioned in previous reports.

(IP) HARRY, BEN; NFI.

(IP) FOWLER, ANTHONY; NFI.

(IP) "QUINN"; NFI.

(IP) STEMMERMAN, THOMAS M.; DOB ▇▇▇▇▇▇, 26 YOA, WMA.
1744 Libby Drive, Coos Bay, OR.

(IP) JONES, SUSIE F.; DOB ▇▇▇▇▇▇, 42 YOA, WFA.
90405 North Bank Lane, Coquille, OR.
(541)396-4145.

(IP) HEFFNER, AMBER R.; DOB ▇▇▇▇▇▇, 23 YOA WFA.
714 E. 4th Street, Coquille, OR.
(541)396-4026.

(IP) ERLER, STACEY L.; DOB ▇▇▇▇▇▇, 15 YOA, WFJ.
980 N. Birch, Coquille, OR.
(541)396-3285.

(IP) OLSON, ASHLEY N.; DOB ▇▇▇▇▇▇, 15 YOA, WFJ.
1140 19th St., Myrtle Point, OR.
(541)572-0308.

(IP) PLEW, LARRY;
92318 Plew Lane, Coquille, OR.
(541)396-4332.

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

PAGE 2

001317                                001317                                001317

Exhibit 5044 at 29

001318                                 001318                                    001318

30

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

**(AO) OFFICER HALL, DAVE;**
Coquille Police Department, Case Officer.

**(AO) SGT. ZANNI, CRAIG;**
Coos County Sheriff's Office.

## EVIDENCE/PROPERTY INFORMATION:

(E)   JPD-001, One white athletic sock.

Seized by me from BMW vehicle owned by Brad and Vicki Michaud.

Turned over to Coquille Police Department.

## VEHICLE INFORMATION:

1986 gray BMW, 4 door sedan, Oregon license 005AKZ.
(Mentioned in previous reports)

## OBSERVATIONS:

On 08-04-00 at 1025 hrs. Sgt. Zanni and myself arrived at 3146 Shelley Road, Coquille and re-contacted Vicki Michaud.  We asked Mrs. Michaud permission to retrieve a sock that was observed in their vehicle, the gray BMW, that was searched by Sgt. Zanni and I the night before.  At that time permission was granted and I seized a white athletic sock from the trunk for analysis.  This sock was marked JPD-001 and subsequently turned over to Officer Dave Hall, the Case Officer.

At 1510 hrs. myself and Sgt. Zanni contacted and interviewed Alisa Michaud at David Terry's Office, in Roseburg.  Mr. Terry represents Alisa, and was called to represent her by administrators of the Drug Rehabilitation Center at which Ms. Michaud was staying at in Roseburg.  That interview concluded at 1632 hours.

On the morning of 08-07-00 Sgt. Zanni and I were contacted at the Coquille Police Department by Larry Plew who provided us with information that he had heard while at Lucas Lodge in Agness.

REPORTING OFFICER  [ Det. Pat Downing/510         ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

001318                                 001318                                    001318

Exhibit 5044 at 30

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

At 1614 hrs. myself and Sgt. Zanni contacted officer administrators at Roseburg Lumber in Coquille to follow-up on information that Sgt. Zanni had received from Deputy Dan Stone in #20-12206.

On 08-08-00 at 1115 hrs. I drove to the helo pond at the end of a BLM road off of Schuck Mountain on Lee Valley Road.  I searched the surrounding area of the pond for evidence of a large party. Information was received in this investigation that Leah Freeman may have been at a party on Lee Valley the night of her death.  I found no evidence left at the pond to suggest that there had been such a party there.

At 1408 hrs. on 08-08-00 Sgt. Zanni and I contacted and interviewed Amber Heffner at her residence in Coquille and obtained a statement from her.  That contact ended at 1450 hours.  For Amber Heffner's statement refer to Sgt. Zanni's report.

At 1500 hrs. myself and Sgt. Zanni contacted Stacey Erler and Ashley Olson at 980 N. Birch, Coquille, and obtained a statement from them. Both Stacey and Ashley were friends of Leah Freeman.

On the afternoon of 08-08-00 two other officers involved in this investigation had contact with Alisa Michaud at the Tom Stemmerman residence on Libby Drive, Coos Bay, and as a result of that contact Ms. Michaud's attorney was notified.  Mr. Terry in turn contacted Sgt. Zanni and I and requested we contact him and his client on the following day in Roseburg.

On 08-09-00 at 1030 hrs. Sgt. Zanni and I again met with Alisa Michaud and David Terry, at Mr. Terry's office, in Roseburg, and another statement was obtained.

On 08-11-00 at 1415 hrs. I was contacted by phone at my office, by Susie Jones who wished to tell me about a telephone conversation that she overheard the day before.

On 08-13-00 at 1430 hrs. I spoke on the phone with Alisa Michaud who advised that she had further information in regards to what she had seen while at Tom Stemmerman's residence on 08-08-00.  Ms. Michaud was shown what she believed to be bloody cloths in plastic bags that had been left at Mr. Stemmerman's house by Bill Sero.  Both Bill Sero and Tom Stemmerman were contacted by other officers regarding this

REPORTING OFFICER  [ Det. Pat Downing/510          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

Exhibit 5044 at 31

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours  By: JPD

information, and cloths belonging to Mr. Sero were seized from Mr. Stemmerman's residence.


**STATEMENTS:**

**ALISA MICHAUD** stated in substance during the first interview on 08-04-00 that she was at TJ Greene's residence on the day and night of Leah Freeman's disappearance. Alisa stated that she stayed at TJ's until her father called her to make arrangements for her to drop off her baby to them.

Alisa stated that she was with Anthony Fowler when she dropped of her baby to Alisa's father at the Coquille Safeway store. She advised that Anthony was the person that drove her down to the Safeway store, in his small pickup truck, and that Anthony had also been with her at TJ' house. She advised that after she dropped off her baby with Mr. Michaud, she and Anthony drove back to TJ's house. She advised that on the way back she and Anthony did stop to smoke some pot before getting back to TJ's.

Alisa Michaud advised that at TJ Greene's residence that night was TJ, Megan, Anthony, Ben, and Brandon. She advised that during the night Megan left TJ's and borrowed Alisa's car, her parents BMW that Alisa had been using.

Ms. Michaud stated that she stayed at TJ's all night and that she stayed until about 8 or 9am, the next day when Megan came back to TJ's and picked Alisa up. She stated that she and Megan then went to Megan's home where Alisa showered and then Alisa went to her own home where she stayed until after dinner.

Alisa Michaud advised that at about 6 or 7pm she then went to Brent Bartley's residence to watch a movie. Alisa stated that at Brent's house was herself, Brent, Quinn, and Bill Sero. Alisa stated that she was unsure as to how Bill Sero got to Brent's house.

Alisa advised that after they finished watching the movie She left with Bill Sero, taking Bill in her car. She advised that she was driving, and that within a couple of blocks from Brent's, she got stopped and Bill was arrested. She advised that the officers took her to her home and released her to her parents.

REPORTING OFFICER  [ Det. Pat Downing/510          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 5

Exhibit 5044 at 32

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

Alisa Michaud stated that she did see Bill Sero on the day of 06-28-00 at the parking lot of McKay's in Coquille. She advised that Bill was with a couple of other people and that she was invited to go swimming with them in Powers later on. She advised that she did not go swimming, instead she ended up going to TJ's.

Alisa stated that the next day after Leah's disappearance, she was at Brent Bartley's house watching a movie and Nick showed up. She advised that that was when she learned of Leah's disappearance.

Ms. Michaud did advise that she told her mother and a counselor that she had a vision and a dream about Leah's disappearance, and that she felt that Leah's body would be found near a stream with a bag over her head.

**ALISA MICHAUD advised in the 2nd interview conducted on 08-09-00,** in substance that she believes she arrived at TJ' residence sometime after 7pm on the night of Leah's disappearance. She advised that at the residence was TJ, Ben Harry, Anthony Fowler, Megan Pinksley, Brandon (NFI), Daniel LaPine, Kyle Slawson, and Les Brown. Alisa stated that she, Ben, TJ, and Anthony ended up spending the night at TJ's.

Alisa stated that about 10:00pm, her dad called her and they made arrangements for her dad to meet her at the Coquille Safeway so that she could give him her baby so that he and Alisa's mother could take care of the child. Alisa stated that she met her father at about 10:30pm. Alisa stated that Anthony is the person that took her down to meet her father. Alisa advised that she and Anthony were gone for about a ½ hour to 45 minutes before returning to TJ's. Ms. Michaud stated that Megan, Brandon and one other person left the party and did not stay all night.

Alisa advised that sometime during the evening someone stole her gray hooded Adidas brand sweatshirt, and that many people knew that she was looking for that sweatshirt.

Alisa Michaud advised that the next day, the 29th, after she had eaten dinner at her home, she went to Brent Bartley's and Daniel LaPine's house. She advised that this was sometime around 5,6,or 7pm. She stated that at the residence was Daniel LaPine, Quinn, Bill

REPORTING OFFICER  [ Det. Pat Downing/510            ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                 ]

Exhibit 5044 at 33

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

Sero, and later Nick McGuffin stopped by.  Alisa advised that they were watching a movie when Nick came by.

Alisa advised that when Nick stopped by they could tell that he was upset, his eyes were all puffy, and it was very evident that he had been crying.  Alisa advised that Nick told them that his girlfriend had been missing since the day before and had not called him as of this time.  Alisa stated that as Nick said this she developed a mental image of a girl with blonde hair, she was dead in a forest, in the dark with her eyes open and a clear plastic bag over her head. She advised that she believes that she was in a bright shirt and khaki shorts.  Alisa also got the mental image that this was somewhere in the Fairview area.

Alisa Michaud stated that this image was so strong that she had to leave the room and go outside.  She stated that Nick stayed at Daniel's for about 10 minutes before he left.

Alisa stated that after Nick left, the other people saw that she was upset and crying and she told them about the mental image that she had gotten when Nick had told them about Leah.  Alisa advised that she does not know Leah, but she does know Nick.

**ALISA MICHAUD** stated in substance from the third contact on 08-13-00, that on the night that she left Roseburg, on 08-07-00, she left with Lacy.  She advised that she had called Tom Stemmerman from Roseburg on 08-07-00 and asked Tom if he could come and pick her up.  Alisa advised that Tom sent them a taxi that drove them from Roseburg to Tom's house on Libby drive in Coos Bay.  Alisa stated that she believes that they left Roseburg about 6 or 7pm and reached Tom's at almost dark, she believes around 9:00 or 9:30pm.

Alisa stated that after they reached Tom's, Lacy stayed for a couple of hours, then left.  Alisa advised that she used Tom's car and drove Lacy to where she wanted to go, then returned to Tom's.

Ms. Michaud stated that she and tom and his wife were talking and Bill Sero's name came up.  Alisa stated that Tom told her that Bill had left some cloths at Tom's and that Tom kept insisting that Alisa go out to the trailer on the property where Bill's cloths were stored and look at them.  Alisa stated that Tom seemed very insistent that

REPORTING OFFICER  [ Det. Pat Downing/510          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

Exhibit 5044 at 34

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours  By: JPD

she do this. She advised that eventually, the next morning, she did go out and look at his cloths, they were stored in white and dark colored plastic bags.  She advised that Tom had told her that he thought some of the cloths had blood on them, and that when she looked at the cloths she saw what she thought were at least 4 pairs of jeans, 4 t-shirts and a belt that she thought had blood on them.

Alisa stated that according to Tom, Bill had brought over these cloths and told Tom to take care of them for him in case he did not return.

**LARRY PLEW** stated in substance that he had been at Lucas Lodge in Agness Oregon when he heard a young girl that was working there tell him that on the night of 06-28-00 this girl was traveling through Coquille at about 11:30pm when three people just ran right out in front of her.  Mr. Plew advised that the three people were 2 guys and 1 girl, and that later she saw just the 2 guys hitchhiking towards Powers.

Mr. Plew advised that he was under the impression that this girl that worked at Lucas Lodge, believed that the girl that she saw in Coquille, with these 2 guys, was Leah Freeman.  Mr. Plew stated that the only thing he knows about this person that gave him this information was that she was a young girl, in her 20's, working at the Lodge, and drove a new jeep.

**STACEY ERLER** stated in substance that she was a friend of Leah's. Stacey advised that the day the Leah became missing, she was on a trip on the Rogue River.

Stacey advised that on the morning of 06-29-00 at about 0900 she got home from her trip on the Rogue.  She advised that about 10:00 or 10:30am she had a tanning appointment, that she was walking down to her appointment, she ran into Nick McGuffin and Maggie Downs, near FastMart, and they were looking for Leah.  She advised that they were in the T-Bird.

Stacey stated that she was at her appointment for approximately ½ hour and she returned home.  Stacey advised that Nick came to her house at about 11:45am, still in the T-Bird, without Maggie, and

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

Exhibit 5044 at 35

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours  By: JPD

still looking for Leah.  She advised that Nick thought that Leah was at Stacey's.  Stacey advised that Nick stayed for about 15 minutes.

Stacey Erler advised that before she went on the Rogue trip, she was up in Powers and was invited to a party that was supposed to be at the Boy Scout Camp at the rock pit on Lee Valley, but instead she went on the trip to the Rogue River.  She stated that she went to the Rogue River with Megan Walker, Jenny Jones, Angie Williams, and Justin Moon.

Stacey stated that she was at a party in Powers, and was with Megan, Jenny and Justin, when they met up with Bro Liles, Jamel Wynn, Jason Zick and the Perkins sisters.  She advised that Jamel invited them to the party that was supposed to be at the rock pit the next night, but instead she went to the Rogue River.

**ASHLEY OLSON** stated in substance that she was also a friend of Leah's and was up in Portland during this time frame and did not return to Coquille until 07-03-00.  Ashley advised that it was not until then that she learned that Leah was missing.

Ashley Olsen stated that she had dated Nick just before Leah did.  Ashley stated that she was Nick's girlfriend for about a week, then they broke up and Leah started dating Nick.

Both Ashley and Stacey advised that Nick was known for his reputation for dating Freshman girls.  They also advised that many of Leah's friends were trying to convince Leah that Nick was not good for her.

**SUSIE JONES** Stated in substance that yesterday, 08-10-00 she was in Bandon and used a cordless phone to call her home on North Bank Lane, when she got her call crossed with someone else.  She advised that she was trying to call her daughter at home at about 12:45, or 12:50pm and that when her daughter picked up the phone, Ms. Jones heard someone else on the line instead of her daughter.

Ms. Jones advised that she heard a mans voice say "you should see the inside of the van, it's covered with blood, yea it's even up the walls". "Are you coming over here"?

Ms. Jones stated that her daughter on the other end could hear her mom talking but could not hear the side that Ms. Jones could hear.

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

Exhibit 5044 at 36

001325                                001325                                001325

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 31, 2000 / 11:05 Hours   By: JPD

Susie stated that she could hear the voice as clear as if he was on the line talking to her, but when she tried talking to this person they did not hear her or her daughter.  Ms. Jones advised that this call only lasted for about 1 minute.

ACTION(S) PENDING: INVESTIGATION CONTINUING

64 HRS
13 NPC

REPORTING OFFICER  [ Det. Pat Downing/510            ] DPSST [  14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

001325                                001325                                001325

Exhibit 5044 at 37

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 11:33 Hours   By: JPD

```
INCIDENT REPORT[  ] RPT'D DATE/TIME [  08-31-00            ]
SUPPLEMENTAL    [X ] OCC'D DATE/TIME [  06-28-00            ]
CONNECT NUMBERS[ CQPD #00-1905                             ]
```

```
OFFENSE(S)     [ ASSIST POLICE/HOMICIDE                     ]
VICTIM'S NAME  [ FREEMAN, LEAH                              ]
LOCATION       [ COOS COUNTY                                ]
```

```
DISTRIBUTION   [ COQUILLE PD @ 9-7-00                       ]
               [                                            ]
```

**SUMMARY:**
Between 08-14-00 and 08-31-00 I assisted Coquille Police Department in conducting further follow-up into the disappearance and death of 15 year old Leah Freeman.

**PERSONS INFORMATION:**

(V)  FREEMAN, LEAH; DOB ████████, 15 YOA, WFJ.
     Mentioned in previous reports, found deceased on 08-03-00.

(IP) STONE, JIM; DOB ████████, 42 YOA, WMA.
     837 C Street, Myrtle Point, OR.
     (541)572-2529.
     Work: State Building Codes Office
     749 Riverside Drive, Coquille, OR.
     (541)396-2148.

(IP) ZICK, JASON W.; DOB ████████, 17 YOA, WMA.
     1887 20th street, Myrtle point, OR.
     (541)572-3099.

(IP) WYNN, JAMEL L.; DOB ████████, 18 YOA, WMA.
     Box 180 Johns Crk. Rd., Myrtle Point, OR.
     Attending unknown college out of county.

(IP) BARTLEY, BRENT; DOB ████████, 20 YOA, WMA.
     Unknown address on Rink Crk. Rd., Coquille, OR.

```
REPORTING OFFICER  [ Det. Pat Downing/510    ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                        ]
```

Exhibit 5044 at 38

001327                                    001327                                    001327

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 11:33 Hours   By: JPD

(IP) WADDINGTON, GARY;
     Employed at Coquille High School.
     (541)396-2723/work.

(IP) WELLS, DONNY;
     Employed at Coquille High School.
     (541)396-2723/work.

(IP) PETTENGILL, DAVE;
     740 N. Folsom, Coquille, OR.
     (541)396-2405.
     Manger of the Coquille Chevron Gas Station, in Coquille.

(IP) PERKINS, CATI C.; DOB ███████, 16 YOA, WFJ.
     1648 View St., Myrtle Point, OR.
     (541)572-3463.

(IP) PERKINS, ANDREA L.; DOB ███████, 17 YOA, WFJ.
     1648 View St., Myrtle Point, OR.
     (541)572-3463.

(IP) FERBER, GARY; WMA.
     94084 Green Acres Lane, Coos Bay, OR.
     (541)269-1855.

(AO) DETECTIVE MORGAN;
     Manteca Police Department, Manteca CA.
     (209)239-8440.

(AO) OFFICER HALL, DAVE;
     Coquille Police Department, Case Officer.

(AO) SGT. ZANNI, CRAIG;
     Coos County Sheriff's Office.


EVIDENCE/PROPERTY INFORMATION:
(E)  One photocopy of photographic line-up shown to Mr. Stone, with
     Brent Bartley's photograph.

REPORTING OFFICER  [ Det. Pat Downing/510 ]                    ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                         ]

PAGE 2

001327                                    001327                                    001327

Exhibit 5044 at 39

# COOS COUNTY SHERIFF'S OFFICE

### INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 11:33 Hours  By: JPD

As constructed by myself, and shown to Mr. Stone.

Attached to report.

**VEHICLE INFORMATION:**
N/A

**OBSERVATIONS:**
On 08-14-00 at 1445 hrs. I was assigned to contact Jim Stone, a state plumbing inspector who may have seen one of the people of interest in this investigation near where the victim's body was found.

At 1500 hrs. myself and Sgt. Zanni contacted Mr. Stone at his place of employment, the Building Codes Office, in Coquille and obtained a statement from him. During this contact Mr. Stone was shown a photo line-up that included Brent Bartley's photograph. Mr. Stone picked out the photo of Brent Bartley as being one of the two subjects that he saw on Lee Valley Road on the day Leah Freeman's Body was found.

On 08-14-00 at 1615 hrs. Sgt. Zanni and I contacted Jason Zick at his residence in Myrtle Point and obtained a statement from him regarding information previously received about a party being held out at the Campground on Lee Valley Road.

At 1650 hrs. we attempted to contact Jamel Wynn at his residence on Johns Creek Road, but found that he was no longer living at home, having just left this area to college out of county. A card was left for him to contact me.

On 08-16-00 at 0925 hrs. I was requested by the case officer to contact the Chevron Gas Station in Coquille and identify who works there. At 0945 hrs. I contacted the station manager, Dave Pettengill and obtained a statement from him. This was in regards to the sock that was found on 08-14-00 by Chief Reeves in the fence of the Coquille High School, across from the Chevron Station.

At 0955 hrs. I made contact at the Coquille High School to attempt to identify and interview the subject that mows the schoolyard. I was advised that Gary Waddington was the person that normally mows the schoolyard but that he was currently on vacation.

REPORTING OFFICER  [ Det. Pat Downing/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

Exhibit 5044 at 40

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 12:13 Hours   By: JPD

On 08-16-00 at 1035 hrs. I contacted Cati Perkins at her residence in Myrtle Point and obtained a statement from her. This contact was in regards to the information provided by Jason Zick about the party that was supposed to be out at the Lee Valley Campground. Cati's older sisters, Andrea and Megan were not at home but a request was made for them to contact me.

On 08-17-00 at 1025 hrs. I re-contacted Jim Stone and obtained further information from him.

At 1215 hrs., on 08-17-00 I was contacted by Detective Morgan with the Manteca Police Department, in Manteca California. Detective Morgan was investigating a homicide in his jurisdiction with some similarities, and a named suspect, who was the boyfriend of their victim. After exchanging some case information with him I was able to determine by Detective Morgan's time line on their suspect, that he would not have been able to be in Coos County at the time of Leah Freeman's disappearance.

At 1325 hrs., on 08-17-00 I observed a male subject walking along Central Street towards 10th street in Coquille. I was aware that this subject normally walks this route at various times in the day and I made contact with him and obtained a statement from him. This subject was identified as Gary Ferber.

At 1550 hrs. I was contacted by phone at my office by Andrea Perkins and obtained a statement from her.


**STATEMENTS:**
**JIM STONE** stated in substance, when contacted on 08-14-00 and 08-17-00, that he was traveling in the McKinley area on 08-03-00 when he observed two male subjects that appeared to be acting suspicious. Mr. Stone advised that he later learned that Leah Freeman's body was found near where he saw these two guys and he thought that there might be a connection.

Mr. Stone stated that he had to visit a job site in the McKinley area and had traveled out to McKinley, turning onto what use to be called McKinley-Lee Valley Road, and is now called McKinley Road, when he observed these two males that appeared to be acting suspicious.

REPORTING OFFICER  [ Det. Pat Downing/510       ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 4

Exhibit 5044 at 41

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 12:13 Hours  By: JPD

Mr. Stone advised that approximately 1 mile after turning onto McKinley Road he came around a sharp curve and observed a vehicle parked on the shoulder of the road and two guys near the vehicle. Mr. Stone advised that one of the guys appeared to be in his twenties, shorter than the other guy and had reddish hair and a goatee. Mr. Stone stated that the second guy appeared to be taller and had darker hair.

After viewing the photo line-up, Mr. Stone stated that he was about 90% sure that the guy with the red hair and goatee was the same subject that is displayed under #3 in the photo line-up (Brent Bartley).

Mr. stone advised that he had observed these two guys at approximately 2:00 to 2:30pm on the afternoon of 08-03-00.  He stated that the shorter one of the 2 males was walking back to the vehicle, coming up from a green gate, and when Mr. Stone passed them, the shorter male looked at him and had a look on his face as if they had been caught doing something wrong.

Mr. Stone advised that he did not think much of it, but was traveling by the same area the next day when he observed deputies walking that same area.  Mr. Stone advised that he also learned that Leah Freeman's body was found on the other end of Lee Valley at about the same time he had observed the two suspicious guys and he thought that there might be a connection.

Mr. Stone further advised that he later learned from his daughter that about the weekend before, 08-08-00 she attended a party in Coquille and Nick McGuffin was there.  He advised that his daughter stated that she and her friend walked passed Nick at this party and he turned to them and asked if they recognized him, "that he was the boyfriend of the dead girl", that he said this as if he was proud of it and that struck his daughter as being very odd.

JASON ZICK stated in substance, that he was up in Powers at the County Park to watch the fireworks with some friends when he met Stacey Erler, and some other people.  He advised that he did not remember anyone talking about a party that was going to be, or that had been out on Lee Valley.  He stated that he did not know anything about what Stacey Erler was talking about.

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

Exhibit 5044 at 42

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

Date/Time Printed: September 7, 2000 / 12:13 Hours   By: JPD

DAVE PETTENGILL stated in substance, that he was the person that opened up the gas station on Monday morning and did not notice anything suspicious, or see anyone put the sock in the fence, at the school, across from the station. Mr. Pettengill advised that Matt Owen would have been the one to close the station the night before, and Mr. Pettengill believed that Matt had already been interviewed.

CATI AND ANDREA PERKINS both stated in substance that they were at the Powers County Park from 06-01-00 to 06-04-00 and saw Stacey Erler there but that no one spoke of any party that had been, or was going to be at the Lee Valley Campground area.

GARY FERBER stated in substance that he normally walks the route from Central, down to 10th Street between 10:00am and 1:00pm. Mr. Ferber stated that sometimes he jogs around the High School Track, but that it is usually during the same time of day. Mr. Ferber stated that he does not recall anyone acting suspicious or noticed anyone put a sock in the fence at the Coquille High School.

## ACTION(S) PENDING: INVESTIGATION CONTINUING
1. This investigator will be continuing follow-up investigation into leads as assigned.

16 npc
28 hrs

---

REPORTING OFFICER  [ Det. Pat Downing/510          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                            ]

PAGE 6

Exhibit 5044 at 43

001332    001332    001332

44













001332    001332    001332

Exhibit 5044 at 44

# COOS COUNTY SHERIFF'S OFFICE

INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours   By: JPD

```
INCIDENT REPORT[  ] RPT'D DATE/TIME [  10-03-00                    ]
SUPPLEMENTAL   [X ] OCC'D DATE/TIME [  06-28-00                    ]
CONNECT NUMBERS[ CQPD #00-1905                                     ]
```

```
OFFENSE(S)       [ ASSIST POLICE/HOMICIDE                          ]
VICTIM'S NAME    [ FREEMAN, LEAH                                   ]
LOCATION         [ COOS COUNTY                                     ]
```

```
DISTRIBUTION     [ COQUILLE PD                                     ]
                 [ master file                                     ]
```

## SUMMARY:
Between 08-31-00 and 10-03-00 I assisted Coquille Police Department in conducting further follow-up investigation into the disappearance and death of 15 year old Leah Freeman.

## PERSONS INFORMATION:
(V)  FREEMAN, Leah; DOB ███████, 15 YOA, WFJ, (deceased).

(IP) FREEMAN, Corliss; DOB ███████, 44 YOA, WFA.
     1173 N. Knott St., Coquille, OR.
     541-396-4027.
     (Mother of victim).

(W)  BROWN, Janet. WFA
     HC 86 Box 56 Summerlin RD., Myrtle Point, OR.
     541-572-3427.

(W)  BROWN, Don. WMA.
     HC 86 Box 56 Summerlin Rd., Myrtle Point, OR.
     541-572-3427.

(W)  JOHNSTON, Janet Faye; DOB ███████, 14 YOA, WFJ.
     HC 86 Box 56 Summerlin Rd., Myrtle Point, OR.
     541-572-3427.
     (Granddaughter of Janet Brown).

```
REPORTING OFFICER  [ Det. Pat Downing/510 ]  DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                      ]
```

PAGE 1

Exhibit 5044 at 45

001334                                   001334                                   001334

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours   By: JPD

- (W)  JOHNSTON, Rayann Evelyn; DOB ████████ 13 YOA, WFJ.
       HC 86 Box 56 Summerlin Rd., Myrtle Point, OR.
       541-572-3427.
       (Granddaughter of Janet Brown).

- (W)  WADDINGTON, Gary. WMA.
       Head Grounds Keeper at Coquille High School.
       541-396-2723 (work).
       541-396-5193 (home).

- (W)  WELLS, Donnie. WMA.
       Assistant Grounds Keeper, Coquille High School.
       541-396-2723 (work).

- (W)  PEET, Edwin Scott.; DOB ████████, 37 YOA, WMA.
       54311 Old Highway 42 Norway, Myrtle Point, OR.
       541-396-7291. (Message #).

- (W)  PEET, Kimberly Renee; (Kim), DOB ████████, 14 YOA, WFJ.
       54311 Old Highway 42 Norway, Myrtle Point, OR.
       541-396-7291. (Message #).

- (W)  BRYANT, Richard Ernest; DOB ████████, 18 YOA, WMA.
       208 Dean St., Dean Street Apartments, #C6, Coquille, OR.
       541-396-6309. (Message #).

- (W)  BRYANT, David W.; DOB ████████, 20 YOA, WMA.
       208 Dean St., Dean Street Apartments, #C6, Coquille, OR.
       541-396-6309. (Message #).

- (W)  JENKINS, David J.; DOB ████████, 22 YOA, WMA.
       Currently in custody at CCJ.

- (W)  ROBINSON, Ronald Dale; DOB ████████, 36 YOA, WMA.
       54349 Old Highway 42, Norway Apartments, #15, Myrtle Point, OR.
       541-572-0332.
       Employed at McDonalds, Coos Bay, OR.

- (W)  ROBINSON, Daniel Craig; DOB ████████, 33 YOA, WMA.
       54349 Old Highway 42, Norway Apartments, #15, Myrtle Point, OR.
       541-572-0332.
       Employed with Ike Parker Construction, Lee Valley.

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                            ]

PAGE 2

001334                                   001334                                   001334

Exhibit 5044 at 46

001335                                        001335                                        001335

# COOS COUNTY SHERIFF'S OFFICE

47

INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours  By: JPD

- (W)  STEWART, Eva Jane; DOB ███████, 39 YOA, WFA.
  895 E 11th Street, Coquille, OR.
  541-396-7225.
  Employed at Tubby's Restaurant, Myrtle Point, OR.
  Ex-wife of Ronald Robinson.

- (W)  RALPH, Amie Marie; DOB ███████ 26 YOA, WFA.
  1646 Harvard St., Harvard Street Apartments, #4, Bandon, OR.
  On and off girlfriend of Daniel Robinson.

- (W)  FRYE, Chelsea Lynn; DOB ███████ 47 YOA, WFA.
  310 Spruce Street, #A, Myrtle Point, OR.
  541-572-0609.

## EVIDENCE/PROPERTY INFORMATION:
(E) Oregon State Police Forensic Laboratory Report, concerning the examination of a tire iron that I had submitted for examination.

   Report received via mail from OSP Lab, Coos Bay.

   Copy attached to this report.

## VEHICLE INFORMATION:
N/A

## OBSERVATIONS:
On 08-29-00 at approximately 1500 hrs., myself and Sgt. Zanni contacted Don and Janet Brown and their two granddaughters, Janet and Rayann Johnston at the Brown residence on Summerlin Road and obtained a statement from them.

Sgt. Zanni had previous contact with the Browns by phone regarding their property on Lee Valley Road. The Browns own the property where the old County Park is on Lee Valley Road and is where Leah Freeman's body was found. The Browns and their granddaughters were camped with other relatives on their property from 06-30-00 until 07-04-00. Further statements were obtained from them and those are detailed in Sgt. Zanni's report.

---

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 3

001335                                        001335                                        001335

Exhibit 5044 at 47

001336                              001336                                    001336

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours  By: JPD

At approximately 1640 hrs., myself and Sgt. Zanni contacted Gary Waddington and Donnie Wells, grounds keepers at Coquille High School, and spoke to them about a sock that was found earlier by Chief Reeves, that had been placed in the chain link fence at Coquille High School. Both indicated that knew nothing about a sock in the fence. Further statements are covered in Sgt. Zanni's report.

On 08-30-00 at 1515 hrs., Corliss Freeman came into the Coos County Sheriff's Office and gave a statement to Sgt. Zanni and I about her observations when Nick McGuffin had come to her residence just after taking the polygraph exam given to him at the Coquille Police Department. Those statements are covered in Sgt. Zanni's report.

On 09-05-00 at 1010 hrs., myself and Sgt. Zanni met with Mr. Peet and his daughter Kim, at the Coquille City Hall Council Chambers and obtained a statement from Kimberly. Kimberly advised that on 08-22-00 she attended a gathering at a set of apartments, in Coquille, near the Safeway store. She advised that this apartment belonged to a girl by the name of Michelle and her boyfriend David Jenkins. She advised that while she was at this apartment she overheard a conversation between David Jenkins and Nick McGuffin about Leah Freeman's death.

Kim Peet further advised that two other girls were at this gathering also and overheard the same conversation she did. She advised that they may have even heard more than she. Kimberly stated that the Bryant brothers, Richard and David know these two other girls because they gave the two girls a ride to Coos Bay that night. This information is detailed more in the statement section.

On 09-05-00 at 1256 hrs., Sgt. Zanni and I contacted Richard and David Bryant at their apartment on Dean Street in Coquille. In speaking with Richard and David, both remembered the gathering at Michelle's but neither remembered Kim being there and both stated that they never gave anyone a ride to Coos bay that night.

At approximately 1326 hrs., myself and Sgt. Zanni attempted contact at apartment #15, Park Grove Apartments, on Central Street in Coquille, behind the Coquille Chevron. We were attempting to locate Ronald Robinson, who was last reported to live there, regarding a tip that had been turned into Coquille Police Department earlier. It was

REPORTING OFFICER [ Det. Pat Downing/510 ]          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 4

001336                              001336                                    001336

Exhibit 5044 at 48

# COOS COUNTY SHERIFF'S OFFICE

49

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours   By: JPD

learned that Ronald Robinson had moved from this location and it was unknown where he was now staying.

The tip that was given to Coquille Police Department concerning Ronald Robinson and his brother Daniel Robinson, was that someone had heard them discussing Leah Freeman's death and how they were involved.

On 09-08-00 at approximately 1008 hrs. myself and Sgt. Zanni contacted Eva Stewart at her place of employment, Tubby's Restaurant, in Myrtle Point. It was learned earlier by other officers who attempted to contact all people that were living at the Park Grove Apartments, that Eva Stewart was the name for the person renting apartment #15.

We contacted Ms. Stewart and obtained a statement from her. Ms. Stewart advised that she was living at apartment #15, with her husband, Ronald Robinson during the time of Leah Freeman's disappearance. She further advised that at that same time she and her husband separated and he moved to Norway with his brother. She advised that she normally was at home in the evenings, she works from 7:00 am to 3:00 pm Monday through Friday and was usually at home in the evenings and went to bed early, sometimes as early as 7:00 or 8:00 pm.

Mrs. Stewart advised that she did not remember anything out of the ordinary happening during that time frame, and that she and her husband even discussed how one of the victim's shoes was found on the road that passes by their apartment. (For further information refer to Statement section of this report).

At approximately 1024 hrs., Sgt. Zanni and I attempted to contact Daniel and Ronald Robinson at Daniel's residence in Norway, but found both of them to be at work. We did contact a female at that residence who identified herself as Amie Ralph, Daniel's girlfriend.

At 1058 hrs., on 09-08-00 we contacted Price & Pride in Bandon to ascertain Ronald Robinson's work schedule at the time of Leah Freeman's disappearance. We were advised that Ronald was scheduled to work on 06-28-00, 06-29-00, from 1:00 pm until 10:00 pm both days, but did not show up for work. We were advised that he did come to work on 06-30-00.

REPORTING OFFICER  [ Det. Pat Downing/510 ]         ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 5

Exhibit 5044 at 49

001338                              001338                              001338

# COOS COUNTY SHERIFF'S OFFICE

*50*

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours   By: JPD

On 09-11-00 at approximately 0854 hrs., Sgt. Zanni and I contacted Ronald Robinson at the residence in Norway, and obtained a statement from him. (Refer to Statements section). Buchal swabs were also obtained with Mr. Robinson's consent for DNA testing.

At 0914 hrs., myself and Sgt. Zanni contacted Chelsea Frye at her residence in Myrtle Point and obtained a statement from her.  Ms. Frye was the initial informant to Coquille Police Department regarding the information concerning Ronald and Daniel Robinson.

At 1018 hrs., myself and Sgt. Zanni contacted Amie Ralph, who was now residing in Bandon.  We had learned earlier from Ronald Robinson and Ms. Frye that Amie Ralph and Daniel Robinson had split up and were no longer seeing each other.

At 1535 hrs., on 09-11-00 Sgt. Zanni and I re-contacted Eva Stewart at her residence in Coquille and obtained a statement from her.

## STATEMENTS:
KIM PEET made the following in substance statement:

Kim advised that approximately 1 week ago, she and a number of friends, many of who were runaways, were at Michelle's apartment near Safeway in Coquille.  She advised that she and two other girls were in the bathroom of the apartment when they overheard a conversation between Nick McGuffin and David Jenkins about David strangling Leah.

Kim stated that she and about seven or eight other female runaways were at Michelle's apartment, the same night that the cops got called next door to Jessica Smith's apartment.  She advised that also at Michelle's apartment was Jessica and Shelley Baker, Daniel and Kimberly Albert, David and Richard Bryant, David Jenkins and Nick McGuffin.

Kim stated that David Jenkins and Nick McGuffin, along with two other guys that she did not know, were in one of the bedrooms talking, and that she and two other runaway girls were in an adjacent bathroom when they overheard this conversation.  Kim advised that she heard David Jenkins state to Nick that "he got a little on the creative side", and ask "what nick strangled Leah with".  Nick replied "well she was my girlfriend, what did you expect".

REPORTING OFFICER  [ Det. Pat Downing/510 ]          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

PAGE 6

001338                              001338                              001338

Exhibit 5044 at 50

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours  By: JPD

Kim advised that at this point in the conversation, Jessica Smith, who lives next door, had called the cops and they showed up and it broke up the gathering at Michelle's.  Kim advised that she does not know the names of the two girls that were with her in the bathroom, but that she believes that they even overheard more than she did, and that these two girls got a ride to North Bend/Coos Bay from David Bryant.

RICHARD AND DAVID BRYANT made the following in substance statement:

Both advised that they did remember being at Michelle's but did not remember seeing Kim Peet there nor did they give a ride to anyone that night.  They advised that they never left the gathering at Michelle's to go to Coos Bay or North Bend, nor did they give anyone a ride there.  They both advised that they did not know why anyone would say they did this.

EVA STEWART made the following in substance statements:

She advised that near the end of June of this year she and her husband, Ronald Robinson, were living at apartment #15 at the Park Grove Apartments in Coquille.  She advised that she and her husband were in the process of separating.

Ms. Stewart advised that she works dayshift, Monday through Friday at Tubby's in Myrtle Point, and that at that time her husband was working for Price-N-Pride in Bandon, usually in the evenings.  She advised that her husbands brother, Daniel Robinson lives in the Norway area.  She advised that her husbands brother was never around her husband very much because they do not get along with each other.

Ms. Stewart stated that in her job, working at Tubby's, she would normally get up in the morning, early, usually around 5:00 or 5:30 am to be to work by 7:00 am.  She stated that she worked at the restaurant until 3:00 pm and then would return home.  She advised that she was usually in bed by 8:00 or 9:00 pm so that she could get enough sleep to get up early to go to work.

Ms. Stewart advised that she and her husband were usually at home in the evenings, when he was not working.  She advised that they did not have a lot of money to go out and do things.  Ms. Stewart

REPORTING OFFICER  [ Det. Pat Downing/510 ]   ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                              ]

PAGE 7

Exhibit 5044 at 51

001340                                     001340                                     001340

# COOS COUNTY SHERIFF'S OFFICE

52

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours   By: JPD

advised that her husband had a drinking problem and that was why he would call in sick or ask for time off from work. She advised that he would make up excuses to his boss about why he could not come to work, but in was only because he had a drinking problem and would not admit it. Ms. Stewart advised that her husband was a quiet drinker usually and drank alone almost all of the time.

Ms. Stewart stated that the information that we had about her husband being involved with Leah Freeman's death was not true, and that there was no way her husband had anything to do with Leah Freeman's disappearance or death.

AMIE RALPH made the following in substance statement:

Ms. Ralph advised that she is dating Daniel Robinson, on again off again. Ms. Ralph advised that she has no idea why anyone would say that either Daniel or Ronald would have anything to do with the death of Leah Freeman.

Ms. Ralph advised that there was a lady that Daniel knew from when he was living in Myrtle Point, her name was Chelsea Frye. Ms. Ralph stated that Ms. Frye had told them that the cops were going to talk with Daniel because the cops were speaking to everyone that worked in the gravel pits along Lee Valley. Amie advised that she believed that Chelsea had some gripe against Daniel and was doing something to get him into trouble.

CHELSEA FRYE made the following in substance statement:

Ms. Frye advised that she was at Daniel Robinson's house in Norway, approximately 1 week after Leah Freeman came up missing. She advised that she overheard a conversation between Daniel, his brother, and Amie, about how "the girl rolled so evenly down the hill, and how easy it was to pull the girl off of the street".

Ms. Frye advised that she believed these people were referring to Leah Freeman's disappearance and death. Chelsea stated that Daniel told her about how he had pulled out the girls teeth, and how hard it was because of how she had braces. She also advised that Daniel stated that this girl had gotten pregnant.

REPORTING OFFICER  [ Det. Pat Downing/510    ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

001340                                     001340                                     001340

Exhibit 5044 at 52

001341                           001341                                    001341

# COOS COUNTY SHERIFF'S OFFICE

53

## INCIDENT NARRATIVE / FILE NO: 20-10627b

Date/Time Printed: October 12, 2000 / 16:31 Hours  By: JPD

Ms. Frye stated that Daniel's brother stated that the little girl put up a good fight. Ms. Frye advised that Daniel stated that "this girls boyfriend pays really good money". That Daniel also stated that the "stupid little bitch should not have gotten pregnant".

RONALD ROBINSON made the following in substance statement:

He stated that he did not have any idea why anyone would say he or his brother had anything to do with Leah Freeman's death. Mr. Robinson stated that neither he or his brother had anything to do with her death and would at anytime take a lie detector test if needed to show that they were not involved.

## ACTION(S) PENDING: Investigation continuing.

1.  Further follow-up investigation will be conducted as further leads develop.

23 npc
32 hrs

REPORTING OFFICER  [ Det. Pat Downing/510 ]          ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 9

001341                           001341                                    001341

Exhibit 5044 at 53

001342                                    001342                                    001342

54

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627c

Date/Time Printed: March 22, 2001 / 14:06 Hours    By: JPD

```
INCIDENT REPORT[  ] RPT'D DATE/TIME [ 03-22-01              ]
SUPPLEMENTAL   [X ] OCC'D DATE/TIME [ 03-09-01              ]
CONNECT NUMBERS[ CQPD #00-1905                              ]

OFFENSE(S)      [ ASSIST POLICE / HOMICIDE                  ]
VICTIM'S NAME   [ FREEMAN, LEAH                             ]
LOCATION        [ COOS COUNTY                               ]

DISTRIBUTION    [ COQUILLE PD                               ]
                [                                           ]
```

**SUMMARY:**
On 03-09-01 I contacted David J. Jenkins who is incarcerated at the Coos County Jail and obtained a buccal swab sample from him for comparison testing in this investigation.

**PERSONS INFORMATION:**
(IP) JENKINS, David Jerome; DOB ████████, 22 YOA, WMA.
     Currently in custody at the Coos County Jail.

(IP) KARCHER, Kris;
     Coos County Chief Deputy Medical Examiner.

**EVIDENCE/PROPERTY INFORMATION:**
(E)  One buccal swab sample from David Jenkins.

     As received from Mr. Jenkins while at the Coos County Jail.

     Entered into evidence at CCSO.

**VEHICLE INFORMATION:**
N/A

---

REPORTING OFFICER  [ Det. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                         ]

PAGE 1

001342                      001342                      001342

Exhibit 5044 at 54

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627c

### Date/Time Printed: March 22, 2001 / 14:06 Hours   By: JPD

**OBSERVATIONS:**
On 03-09-01 I was advised that David Jenkins was currently in custody at the Coos County Jail and was requested to contact him and obtain a buccal swab sample from him for comparison in this case.

At 1023 hours myself and Kris Karcher, Chief Deputy Medical Examiner for Coos County, contacted David Jenkins in the booking area of the Coos County Jail.  I advised Mr. Jenkins of the reason for our contacting him and requested his consent to allow us to obtain a buccal swab sample from him.  Mr. Jenkins gave us his consent to obtain a sample from him and at that time Ms. Karcher obtained a swab sample from him.  Our contact with Mr. Jenkins concluded at 1025 hours.  That sample was then entered into evidence at the Coos County Sheriff's Office.

**STATEMENTS:**
N/A

**ACTION(S) PENDING: Investigation continuing.**
Further investigation will be conducted upon request.

2 npc
1 hr

REPORTING OFFICER  [ Det. Pat Downing/510 ]   ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                       ]

PAGE 2

Exhibit 5044 at 55

001344                          001344                          001344

# COOS COUNTY SHERIFF'S OFFICE

*56*

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: November 21, 2003 / 10:46 Hours   By: JPD

```
INCIDENT REPORT[   ] RPT'D DATE/TIME[  11-20-03              ]
SUPPLEMENTAL   [ X ] OCC'D DATE/TIME[  11-13-03 to 11-19-03  ]
CONNECT NUMBERS[                                              ]
```

```
OFFENSE(S)     [ HOMICIDE                                     ]
VICTIM'S NAME  [ FREEMAN, LEAH                                ]
LOCATION       [ COQUILLE                                     ]
```

```
DISTRIBUTION   [ DA                                           ]
               [ COQ.P.D.                                     ]
```

**SUMMARY:**
Between 11-13-03 at 11-19-03 I investigated information received through the Bandon Police Department that Matt Russell was talking about being involved in the death of Leah Freeman.

During this time I also received an anonymous call that Alisa Michaud was involved in the death of Leah Freeman.

**PERSONS INFORMATION:**
(V)  **FREEMAN, Leah**; DOB ███████, deceased.

(IP) **FREEMAN, Corey**; Mother of Leah Freeman, Mentioned in previous reports.

(IP) **MCGUFFIN, Nicholas J.**; mentioned in previous reports.

(IP) **MCGUFFIN, Wayne**; mentioned in previous reports.

(IP) **TULLES, Michael Glen**; DOB ██████, 27 YOA, WMA.
     Unknown address on SW Baltimore at 17th Street, Bandon, OR
     541-347-6927.
     Employed bussing tables at Bandon Dunes.

(IP) **RUSSELL, Matt Allen**; DOB ██████, 23 YOA, WMA.
     115 SE 17th Street, Bandon, OR.
     541-347-1533.
     Employed as a caddy at Bandon Dunes.

```
REPORTING OFFICER  [ Det. Cpl. Pat Downing/510⑤ ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                          ]
```

PAGE 1

001344                          001344                          001344

Exhibit 5044 at 56

001345                    001345                    001345

57

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

---

(IP)  **MITCHELL, Ian;** NFI
Living with the Richard Jones Family, Vista CA.
760-758-9869.

(IP)  **MICHAUD, Alisa M.;** DOB ██████, 22 YOA, WFA.
Mentioned in previous reports.

(IP)  **FRASIER, Paul;** Chief Deputy D.A.
Coos County District Attorney's Office, Coquille.

(AO)  **MCBRIDE, Bob;** #701
Chief of Police, Bandon Police Department,

(AO)  **REEVES, Mike;** #601
Chief of Police, Coquille Police Department.

(AO)  **SIMPSON, Forest;** #711
Officer, Bandon Police Department.

(AO)  **WEBB, Bob;** #715
Officer, Bandon Police Department.

(AO)  **ZANNI, Craig;** #504
Detective Sgt., Coos County Sheriff's Office.

## EVIDENCE/PROPERTY INFORMATION:
N/A

## VEHICLE INFORMATION:
N/A

## OBSERVATIONS:
On 11-13-03 I was contacted by Officer Forest Simpson of the Bandon
Police Department who advised me that he had received information
through anonymous sources that Matt Russell was talking to people in
the Bandon area about being involved in the death of Leah Freeman.  I

---

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510  ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

001345                    001345                    001345

Exhibit 5044 at 57



# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

requested Officer Simpson obtain more details as to identifying the people involved and relay that information to me.

On 11-14-03 Sgt. Craig Zanni received a call from Chief McBride regarding the same information.

On 11-15-03 I was contacted by Sgt. Zanni at home and was requested to accompany him to Bandon where Chief McBride and Officer Simpson were speaking to a male subject that had information about the death of Leah Freeman. This subject was one of the subjects that Chief McBride and Officer Simpson had first contacted us about on the 13th and 14th.

On 11-15-03 at 1133 hours, Sgt. Zanni, D.A. Paul Frasier, and I arrived at Bandon Police Department and met with Officer Webb, Officer Simpson, Chief McBride, and Chief Reeves and was briefed by them about the male subject they had been speaking to. We were advised that they had obtained a taped interview with Mike Tulles, the subject they had been speaking to.

Sgt. Zanni, Mr. Frasier and I the spoke to Mr. Tulles about the information he had given the Bandon Officers. Mr. Tulles advised that a number of months ago he and his friend, Ian Mitchell were at a bar in Bandon and had been told by Matt Russell that Matt had been involved in the death of Leah Freeman. Both Mr. Tulles and Matt Russell live in the Bandon area and work at the Bandon Dunes Golf Course. It should be noted that Nick McGuffin and his current girlfriend also work at the Bandon Dunes.

Mr. Tulles advised that his friend Ian now lived in the San Diego area and that he would get a telephone number for us to get a hold of Ian. After we concluded speaking to Mr. Tulles he was allowed to leave.

On 11-19-03 at 1540 hours Sgt. Zanni and I met with Matt Russell at his residence in Bandon and obtained a statement from him. Mr. Russell advised that he has no information about the Leah Freeman death other than what he has heard from Corey Freeman, Leah's mom who he worked with at Denny's Pizza in Coquille. We concluded our conversation with Mr. Russell at 1610 hours.

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                        ]

PAGE 3

Exhibit 5044 at 58



# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours   By: JPD

On 11-17-03 at 0800 hours upon coming to work I listen to a voicemail message that was left on my telephone at work that was dated Friday night, at about 7:30 PM.   The message was left by an anonymous female who advised that she had information about the death of Leah Freeman, and only left a call back number.   I returned a call to that number and left a message for that person to call me back.

On 11-18-03 at 1340 hours I received a call from the anonymous female who advised that about 4 months ago Alisa Michaud made statements to this anonymous female while at a party, that Alisa Michaud was involved in the death of Leah Freeman.   The information I received from this anonymous source is the same as past information I have received concerning Alisa Michaud.

The anonymous female advised that she had a party at her house in the Coos Bay area in which Alisa and her new boyfriend, Brandy (NFI) attended.   She advised that Alisa began talking about the death of Leah Freeman and how Alisa was in a vehicle with other people traveling through Coquille and they hit Leah with their car.   Alisa told how Leah was not dead so they put her in the trunk of the car, took her to one of the guy's house in Coos Bay, "had their way with her", then killed her.   They cut off her legs and took her back to Coquille where they dumped her body.

One of the specific things that the anonymous female stated that she remembered Alisa saying was that Alisa told the guys to "burn the mother fucking clothes because they have her (Leah's) blood all over them."   That Alisa stated that she was telling these guys that killed Leah to burn the clothes they were wearing because Leah's blood was all over them.

This information is the same as previous information I have received and checked coming from Alisa Michaud.   The other people involved with Alisa Michaud are Tom Stemmerman, and Bill Sero, and this information has been shown to be false.

## STATEMENTS:
**MICHAEL TULLES** stated in substance that about 4 or so months ago, he believes in the early summer, he was at a bar in the Bandon area with his friend, Ian.   He stated that they ran into Matt Russell who had

REPORTING OFFICER   [ Det. Cpl. Pat Downing/510   ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 4

Exhibit 5044 at 59

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

been drinking really hard and that they began to talk about Leah Freeman.  He stated that Matt began to become sullen and started crying and then proceeded to tell he and Ian how he, (Matt) was in a car with Nick and they ran over Leah in a car, and killed her.

Mike stated that Matt told them that he was at party with Nick and Leah and that there was white dope there.  That Leah did not like this so she left the party.  That Nick and Matt got into a car and chased Leah down, in Coquille.  That Leah was walking in the middle of the road, they hit her with the car and broke her legs.  That they then put her in the car and took her out near Laverne Park and dumped her.

Michael stated that not much more was said at this time but that it appeared as if Matt was very emotional about this and was crying as he was telling this.  He stated that Matt was drinking very heavy at this time and had been just before he began to tell them this stuff.

Mr. Tulles advised that Matt was working at the Bandon Dunes at the time Leah came up missing and that when Leah came up missing and her body later found, that Matt began to "wig" out at work and eventually was fired.

Mr. Tulles stated that he saw Matt around this last Halloween and just eluded to what Matt had told them a couple of months before, and Matt "wigged" out again and told Mike to never bring the subject up again.  Mike advised that he believed that Matt was totally serious about this stuff that he had told them.  He advised that Ian was present at the bar when Matt told them this and could confirm this information.

**MATT RUSSELL** stated in substance that he has no direct information about the death of Leah Freeman.  He advised that he did work with Leah's mother, Corey at Denny's Pizza after Leah's death and Nick McGuffin's brother Wayne roomed with him for a while.

Matt stated that Corey would talk sometimes about her daughter's death but she would get very emotional when talking about it so he would not talk much about it to Cory after a while.  He advised that it was the same way with Wayne, due to Wayne's brother being a primary figure in the case.

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510 ]  DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 5

Exhibit 5044 at 60

001349                                001349                                001349

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours   By: JPD

Mr. Russell advised that he has sat around with some people at parties and they have talked about the death, but he has never told anyone that he had any direct involvement with her death.

Matt stated that when he drinks he usually goes out to the bars and that on a couple of occasions he has gotten very intoxicated where he may not remember all of what occurred.  He advised that that has only happened about 3-4 times since he was about fifteen.  He stated that he does not recall when the last time was that he got that intoxicated.  He did advise that when he does get that drunk he becomes violent and has "crying jags".

Mr. Russell stated that he, to his knowledge has ever told anyone that he had some involvement with the death of Leah Freeman and would be willing to take a lie detector test about this if needed.


## ACTION(S) PENDING: Pending

1. Ian Mitchell needs contact to confirm Michael Tulles statement.
2. Polygraph date set for Matt Russell is 11-26-03.


9 npc
10 hrs

REPORTING OFFICER   [ Det. Cpl. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                      ]

001349                                001349                                001349

Exhibit 5044 at 61

DEC 0 3 2003

# COOS COUNTY SHERIFF'S OFFICE

### INCIDENT NARRATIVE / FILE NO: 20-10627a.

Date/Time Printed: December 2, 2003 / 16:53 Hours   By: JPD

```
INCIDENT REPORT[   ] RPT'D DATE/TIME[ 12-02-03              ]
SUPPLEMENTAL   [ X ] OCC'D DATE/TIME[ 11-13-03 to 11-19-03  ]
CONNECT NUMBERS[                                             ]

OFFENSE(S)    [ HOMICIDE                                     ]
VICTIM'S NAME [ FREEMAN, LEAH                                ]
LOCATION      [ COQUILLE                                     ]

DISTRIBUTION  [ DA  12-2-03                                  ]
              [ COQ.P.D.                                     ]
```

**SUMMARY:**
On 11-26-03 Matt Russell was given a polygraph exam regarding his possible involvement in the death of Leah Freeman.  Mr. Russell past the polygraph exam.

**PERSONS INFORMATION:**
(V)   FREEMAN, Leah; DOB ███████, deceased.

(IP)  RUSSELL, Matt Allen; DOB ███████, 23 YOA, WMA.
      115 SE 17th Street, Bandon, OR.
      541-347-1533.
      Employed as a caddy at Bandon Dunes.

(IP)  MITCHELL, Ian; NFI
      Living with the Richard Jones Family, Vista CA.
      760-758-9869.

(AO)  RANGER, Mark;
      Detective, Oregon State Police, Roseburg Office.

(AO)  ZANNI, Craig; #504
      Detective Sgt., Coos County Sheriff's Office.

**EVIDENCE/PROPERTY INFORMATION:**
(IP) One polygraph report regarding polygraph given to Matt Russell
     on 11-26-03.

```
REPORTING OFFICER  [ Det. Cpl. Pat Downing/510  ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                           ]
```

PAGE 1

Exhibit 5044 at 62

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627a

### Date/Time Printed: December 2, 2003 / 16:53 Hours  By: JPD

Report received from Detective Mark Ranger.

Copy attached to this report.

**VEHICLE INFORMATION:**
N/A

**OBSERVATIONS:**
On 11-26-03 at about 1030 hours, Matt Russell was given a polygraph exam at the office of Coos County Community Corrections in Coquille, by Detective Mark Ranger and did not show any deception to the relevant questions asked in regards to the death of Leah Freeman.

A copy of Detective Ranger's report is attached.  Detective Sgt. Zanni was unable to contact Ian Mitchell to confirm the statements made to us by Mike Tulles.

**STATEMENTS:**
N/A

**ACTION(S) PENDING: No further action at this time.**

3 npc
3 hrs

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510      ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 2

Exhibit 5044 at 63

64 Rec 12-1-03

# OREGON STATE POLICE POLYGRAPH EXAMINATION

DATE: 112603                                  CASE #00-255176

SUBJECT: MURDER INVESTIGATION

REQUESTED BY: Detective Pat Downing, Coos County Sheriff's Office

NAME: RUSSELL, MATTHEW A.    dob: ███
155 East 17th
Bandon, OR

REFER: Coquille Police Department Case # 00-1905

VICTIM: FREEMAN, LEAH    dob: ███

DATE OF OCCURANCE: 062800

ISSUE: The Coos County Sheriff's Office is investigating the murder of Leah Freeman. Matthew Russell was an aquaintence of Leah and he agreed to submit to a polygraph exam at the request of Det. Downing.

PRE-TEST INTERVIEW: At 10:20am on 112603, Matt Russell contacted me at Coos County Community Corrections. He stated in substance that he was present to take a polygraph exam regarding the Leah Freeman Murder. He denies any involvement.

RELEVANT QUESTIONS:

#1: Did you cause Leah's death?  No

#2: Were present at Leah's death?  No

RESULTS & CONCLUSIONS:    No Deception Indicated

Mark D. Ranger, Detective  1285-37
Polygraph Operator – Roseburg

cc: Det. Downing, CCSO

Exhibit 5044 at 64

001353                          001353                              001353

NOV 24 2003

DAPF

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

```
INCIDENT REPORT[    ] RPT'D DATE/TIME[  11-20-03              ]
SUPPLEMENTAL   [ X ] OCC'D DATE/TIME[  11-13-03 to 11-19-03   ]
CONNECT NUMBERS[                                              ]

OFFENSE(S)      [  HOMICIDE                                   ]
VICTIM'S NAME   [  FREEMAN, LEAH                              ]
LOCATION        [  COQUILLE                                   ]

DISTRIBUTION    [  DA                                         ]
                [  COQ.P.D.                                   ]
```

**SUMMARY:**
Between 11-13-03 at 11-19-03 I investigated information received through the Bandon Police Department that Matt Russell was talking about being involved in the death of Leah Freeman.

During this time I also received an anonymous call that Alisa Michaud was involved in the death of Leah Freeman.

**PERSONS INFORMATION:**
(V)  FREEMAN, Leah; DOB ████████, deceased.

(IP) FREEMAN, Corey; Mother of Leah Freeman, Mentioned in previous reports.

(IP) MCGUFFIN, Nicholas J.; mentioned in previous reports.

(IP) MCGUFFIN, Wayne; mentioned in previous reports.

(IP) TULLES, Michael Glen; DOB 02-03██ ████ ████ at 17th Street, Bandon, OR 541-347-6927.
Employed bussing tables at Bandon Dunes.

(IP) RUSSELL, Matt Allen; DOB 03-25-80, 23 YOA, WMA.
115 SE 17th Street, Bandon, OR.
541-347-1533.
Employed as a caddy at Bandon Dunes.

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510  ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                          ]

001353                          PAGE 1                              001353

Exhibit 5044 at 65

001354                                    001354                                    001354

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: November 21, 2003 / 10:46 Hours   By: JPD

---

(IP) MITCHELL, Ian; NFI
    Living with the Richard Jones Family, Vista CA.
    760-758-9869.

(IP) MICHAUD, Alisa M.; DOB ███████  22 YOA, WFA.
    Mentioned in previous reports.

(IP) FRASIER, Paul; Chief Deputy D.A.
    Coos County District Attorney's Office, Coquille.

(AO) MCBRIDE, Bob; #701
    Chief of Police, Bandon Police Department,

(AO) REEVES, Mike; #601
    Chief of Police, Coquille Police Department.

(AO) SIMPSON, Forest; #711
    Officer, Bandon Police Department.

(AO) WEBB, Bob; #715
    Officer, Bandon Police Department.

(AO) ZANNI, Craig; #504
    Detective Sgt., Coos County Sheriff's Office.


**EVIDENCE/PROPERTY INFORMATION:**
N/A


**VEHICLE INFORMATION:**
N/A


**OBSERVATIONS:**
On 11-13-03 I was contacted by Officer Forest Simpson of the Bandon
Police Department who advised me that he had received information
through anonymous sources that Matt Russell was talking to people in
the Bandon area about being involved in the death of Leah Freeman.  I

---

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510      ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                  ]

PAGE 2

001354                                    001354                                    001354

Exhibit 5044 at 66

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

requested Officer Simpson obtain more details as to identifying the people involved and relay that information to me.

On 11-14-03 Sgt. Craig Zanni received a call from Chief McBride regarding the same information.

On 11-15-03 I was contacted by Sgt. Zanni at home and was requested to accompany him to Bandon where Chief McBride and Officer Simpson were speaking to a male subject that had information about the death of Leah Freeman.  This subject was one of the subjects that Chief McBride and Officer Simpson had first contacted us about on the 13th and 14th.

On 11-15-03 at 1133 hours, Sgt. Zanni, D.A. Paul Frasier, and I arrived at Bandon Police Department and met with Officer Webb, Officer Simpson, Chief McBride, and Chief Reeves and was briefed by them about the male subject they had been speaking to.  We were advised that they had obtained a taped interview with Mike Tulles, the subject they had been speaking to.

Sgt. Zanni, Mr. Frasier and I the spoke to Mr. Tulles about the information he had given the Bandon Officers.  Mr. Tulles advised that a number of months ago he and his friend, Ian Mitchell were at a bar in Bandon and had been told by Matt Russell that Matt had been involved in the death of Leah Freeman.  Both Mr. Tulles and Matt Russell live in the Bandon area and work at the Bandon Dunes Golf Course.  It should be noted that Nick McGuffin and his current girlfriend also work at the Bandon Dunes.

Mr. Tulles advised that his friend Ian now lived in the San Diego area and that he would get a telephone number for us to get a hold of Ian. After we concluded speaking to Mr. Tulles he was allowed to leave.

On 11-19-03 at 1540 hours Sgt. Zanni and I met with Matt Russell at his residence in Bandon and obtained a statement from him.  Mr. Russell advised that he has no information about the Leah Freeman death other than what he has heard from Corey Freeman, Leah's mom who he worked with at Denny's Pizza in Coquille.  We concluded our conversation with Mr. Russell at 1610 hours.

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 3

Exhibit 5044 at 67

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

On 11-17-03 at 0800 hours upon coming to work I listen to a voicemail message that was left on my telephone at work that was dated Friday night, at about 7:30 PM. The message was left by an anonymous female who advised that she had information about the death of Leah Freeman, and only left a call back number. I returned a call to that number and left a message for that person to call me back.

On 11-18-03 at 1340 hours I received a call from the anonymous female who advised that about 4 months ago Alisa Michaud made statements to this anonymous female while at a party, that Alisa Michaud was involved in the death of Leah Freeman. The information I received from this anonymous source is the same as past information I have received concerning Alisa Michaud.

The anonymous female advised that she had a party at her house in the Coos Bay area in which Alisa and her new boyfriend, Brandy (NFI) attended. She advised that Alisa began talking about the death of Leah Freeman and how Alisa was in a vehicle with other people traveling through Coquille and they hit Leah with their car. Alisa told how Leah was not dead so they put her in the trunk of the car, took her to one of the guy's house in Coos Bay, "had their way with her", then killed her. They cut off her legs and took her back to Coquille where they dumped her body.

One of the specific things that the anonymous female stated that she remembered Alisa saying was that Alisa told the guys to "burn the mother fucking clothes because they have her (Leah's) blood all over them." That Alisa stated that she was telling these guys that killed Leah to burn the clothes they were wearing because Leah's blood was all over them.

This information is the same as previous information I have received and checked coming from Alisa Michaud. The other people involved with Alisa Michaud are Tom Stemmerman, and Bill Sero, and this information has been shown to be false.

**STATEMENTS:**
**MICHAEL TULLES** stated in substance that about 4 or so months ago, he believes in the early summer, he was at a bar in the Bandon area with his friend, Ian. He stated that they ran into Matt Russell who had

REPORTING OFFICER  [ Det. Cpl. Pat Downing/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [ ]

PAGE 4

001356                            001356                            001356

Exhibit 5044 at 68

001357                                        001357                                        001357

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

**Date/Time Printed: November 21, 2003 / 10:46 Hours   By: JPD**

been drinking really hard and that they began to talk about Leah Freeman.  He stated that Matt began to become sullen and started crying and then proceeded to tell he and Ian how he, (Matt) was in a car with Nick and they ran over Leah in a car, and killed her.

Mike stated that Matt told them that he was at party with Nick and Leah and that there was white dope there.  That Leah did not like this so she left the party.  That Nick and Matt got into a car and chased Leah down, in Coquille.  That Leah was walking in the middle of the road, they hit her with the car and broke her legs.  That they then put her in the car and took her out near Laverne Park and dumped her.

Michael stated that not much more was said at this time but that it appeared as if Matt was very emotional about this and was crying as he was telling this.  He stated that Matt was drinking very heavy at this time and had been just before he began to tell them this stuff.

Mr. Tulles advised that Matt was working at the Bandon Dunes at the time Leah came up missing and that when Leah came up missing and her body later found, that Matt began to "wig" out at work and eventually was fired.

Mr. Tulles stated that he saw Matt around this last Halloween and just eluded to what Matt had told them a couple of months before, and Matt "wigged" out again and told Mike to never bring the subject up again.  Mike advised that he believed that Matt was totally serious about this stuff that he had told them.  He advised that Ian was present at the bar when Matt told them this and could confirm this information.

**MATT RUSSELL** stated in substance that he has no direct information about the death of Leah Freeman.  He advised that he did work with Leah's mother, Corey at Denny's Pizza after Leah's death and Nick McGuffin's brother Wayne roomed with him for a while.

Matt stated that Corey would talk sometimes about her daughter's death but she would get very emotional when talking about it so he would not talk much about it to Cory after a while.  He advised that it was the same way with Wayne, due to Wayne's brother being a primary figure in the case.

---

**REPORTING OFFICER  [ Det. Cpl. Pat Downing/510      ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]**

PAGE 5

001357                                        001357                                        001357

Exhibit 5044 at 69

001358                              001358                              001358

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: November 21, 2003 / 10:46 Hours  By: JPD

Mr. Russell advised that he has sat around with some people at parties and they have talked about the death, but he has never told anyone that he had any direct involvement with her death.

Matt stated that when he drinks he usually goes out to the bars and that on a couple of occasions he has gotten very intoxicated where he may not remember all of what occurred.  He advised that that has only happened about 3-4 times since he was about fifteen.  He stated that he does not recall when the last time was that he got that intoxicated.  He did advise that when he does get that drunk he becomes violent and has "crying jags".

Mr. Russell stated that he, to his knowledge has ever told anyone that he had some involvement with the death of Leah Freeman and would be willing to take a lie detector test about this if needed.


## ACTION(S) PENDING: Pending

1. Ian Mitchell needs contact to confirm Michael Tulles statement.
2. Polygraph date set for Matt Russell is 11-26-03.


9 npc
10 hrs

REPORTING OFFICER   [ Det. Cpl. Pat Downing/510        ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 6

001358                              001358                              001358

Exhibit 5044 at 70

# COOS COUNTY SHERIFF'S OFFICE

71

### INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours   By:JPD

```
INCIDENT REPORT[  ] RPT'D DATE/TIME [ 08-02-04          ]
SUPPLEMENTAL    [X ] OCC'D DATE/TIME [ 05-27-04          ]
CONNECT NUMBERS[ 04-09118                                ]
```

```
OFFENSE(S)      [ HOMICIDE / ASSIST POLICE               ]
VICTIM'S NAME   [ FREEMAN, LEAH                          ]
LOCATION        [ BANDON DUNES                           ]
```

```
DISTRIBUTION    [ DA                                     ]
                [ COQUILLE PD                            ]
```

## SUMMARY:

On 05-27-04 I assisted in follow-up in Corvallis Police Department's homicide investigation of Brooke Wilberger.  I assisted a member of the FBI contact and interview Nick McGuffin regarding the death of Brooke Wilberger.

## PERSONS INFORMATION:

(V)  FREEMAN, Leah; DOB ███████, deceased, DOD 06-28-00.
     Mentioned in previous reports.

(S)  MCGUFFIN, Nicholas  James; DOB ███████, 22 YOA, WMA.
     Mentioned in previous reports.
     Employed as a Ranger at Bandon Dunes Golf Course.

(IP) WILBERGER, Brooke; 20 YOA, Deceased WFA.
     Victim in Corvallis Police Department homicide.

(AO) SOULE, Bill; Special Agent
     FBI Field Office, Eugene, OR

## EVIDENCE/PROPERTY INFORMATION:

N/A

```
REPORTING OFFICER  [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]
```

PAGE 1

Exhibit 5044 at 71

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours  By:JPD

**VEHICLE INFORMATION:**
N/A

**OBSERVATIONS:**
On 05-27-04 at 1200 hours myself and Special Agent Bill Soule of the Eugene Field Office of the FBI, contacted and interviewed Nick McGuffin regarding the disappearance and death of a Corvallis female, Brooke Wilberger.  Nick McGuffin was being questioned regarding this investigation due to similarities between the death of Brooke Wilberger and Leah Freeman.

Nick McGuffin was contacted at his place of employment at the Bandon Dunes Golf Course and Agent Bill Soule interviewed him regarding Brooke Wilberger.  Information obtained from Mr. McGuffin indicates that he was at work at the time of Brooke Wilberger's disappearance. For further information refer to Corvallis Police Department's investigation.

While Agent Soule was speaking to Mr. McGuffin, Nick kept referring to his past contacts and involvement in the death of Leah Freeman. Both Agent Soule and I reminded Mr. McGuffin that we knew that he had retained an attorney in that investigation and that we were not there to speak to him about Leah Freeman.  Both Agent Soule and I did this numerous times during our contact with Mr. McGuffin because he would begin to speak about the death of Leah Freeman.

Mr. McGuffin did indicate that he had a letter from Alisa Michaud where she indicates that she had been kidnapped and tied up next to Leah Freeman and saw William Sero and Tom Stemmerman kill Leah.  Mr. McGuffin asked how come we were not looking into this information and I advised him that we had not received that exact information.  I also advised Mr. McGuffin that if he had such information, and any other information that he should contact his attorney and relay that information to us to follow-up on.  I did tell Mr. McGuffin that we were only interested in the Truth about the death of Leah Freeman and that if he had any information about her death we would still like to speak with him about it.  I advised Mr. McGuffin that he should contact his attorney and have him make an appointment for us to come back to speak with him.

REPORTING OFFICER  [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 2

Exhibit 5044 at 72

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

### Date/Time Printed: August 2, 2004 / 11:10 Hours  By:JPD

Our contact with Mr. McGuffin concluded at 1250 hours. As of this date neither Nick McGuffin or his Attorney has contacted me regarding this information that Mr. McGuffin stated he had.

**STATEMENTS:**

**NICK MCGUFFIN** stated in substance that he did not have anything to do with the death of Brooke Wilberger. He advised that he was at work on the date and time that Brooke Wilberger came up missing. Mr. McGuffin produced his time sheet to indicate that he was indeed at work at the Bandon Dune Golf Course at that time.

Mr. McGuffin did ask why we were looking at him for this and I advised him that because he had never been cleared in the Leah Freeman case that many other agencies would certainly consider contacting him in any similar investigations. Nick stated that he had a letter from Alisa Michaud that said who killed Leah, and asked why we were not looking into that information. I advised Mr. McGuffin that we were aware that he had legal representation in the Leah Freeman investigation and that we were not here to speak to him about Leah Freeman.

Nicholas McGuffin continued on stating that this letter he had told of how Alisa Michaud had been kidnapped with Leah and that she saw how Leah died. Mr. McGuffin advised that he was trying to get his life back on track and had a good job at the Bandon Dunes, and wanted to put all of this Leah stuff behind him.

Mr. McGuffin stated that the only reason that he quit talking to the police was because immediately after he reported Leah missing, the cops started saying he was responsible and that he killed Leah. Mr. McGuffin stated that he had a lot of information for the police and would like to talk to someone about it, fresh from the start. I advised Nick that I would sit down with him at any time and start straight from the beginning at any time he wanted. I did advise him again that because I knew that he had legal representation that he should contact them first and have them set up and appointment for our interview.

**REPORTING OFFICER  [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]**
**SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]**

Exhibit 5044 at 73

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours  By:JPD

**ACTION(S) PENDING:**
Pending.

1.    Pending contact by Mr. McGuffin's Attorney.

1.5    hrs
5     npc

REPORTING OFFICER   [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 4

Exhibit 5044 at 74