**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian                    Case No. 6:20-cv-01163-MK
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,
           v.
Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,          **Exhibit 5046**
Shelly Mcinnes, Raymond Mcneely,             Webley Report
Kip Oswald, Michael Reaves, John              Hamilton June 1, 2010
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.



**City of Coquille**
**POLICE**
*People Serving People Since 1885*

Mark J. Dannels
Chief of Police

COPY

| Distribution: | | | | |
|---|---|---|---|---|
| CR ✓ DA | Juv | SCF | Mental | |
| P&P | Animal | Med Exam | | |
| other ( ) | | | | |

## Incident Report: Q20001905

*Current As Of:* Tuesday, June 01, 2010

Approved By:
_Signature_
6o1  Badge

---

## Single Continuation Report

---

### Summary

Supplemental Report: In January of 2010 the Coquille Police Department began actively working this case again. As part of the team I participated in interviewing Dennis Hamilton, Thomas Bounds, Michael Tulles, and Quinn Cannon-Myers. This report documents those interviews.

### Mentioned

### Action Taken
DENNIS HAMILTON:

On January 25, 2010 at approximately 1855 hours, Officer McNeely and I met with Dennis Hamilton at the police station for an interview. Hamilton came in voluntarily and was extremely cooperative throughout the interview.

Hamilton told me that he had been friends with Nick McGuffin and Leah Freeman in high school. Hamilton said he was dating Melissa Smith and that he and Smith had double dated with McGuffin and Freeman during the senior prom. Hamilton said that he and McGuffin were pretty good friends and that he has maintained somewhat of a friendship with him. Hamilton said that last time he actually was around McGuffin was approximately two years ago when he helped McGuffin replace a transmission in McGuffin's Dodge Stratus at Bruce McGuffin's home.

Hamilton told me that he remembered McGuffin driving a blue Mustang as a senior in high school. Hamilton said that he did not ever help McGuffin do any work, interior or otherwise on the Mustang. Hamilton commented that the only people that ever helped him work on that car was his dad or brother, Wayne McGuffin.

While helping with the Stratus, Hamilton said he asked McGuffin about the Mustang. Hamilton said McGuffin showed him the Mustang stored on a flat spot above Bruce McGuffin's home. Hamilton said the car was being overgrown with blackberry bushes and he asked McGuffin what he was going to do with it. McGuffin told Hamilton that they planned to fix it up someday. Hamilton said he looked over the car and noticed that the passenger side front light area had damage. Hamilton described the damage as the "front lip around the light being rolled back". He said he teased McGuffin about the bondo in the fender he could see as a result of the damage.

When asked about his circle of friends and activities around the time of Freeman's disappearance Hamilton shared that while dating Smith, he was "cheating" on her by having sex with Kristin Steinhoff.

**DEPO EXHIBIT**
McNeely 2022-04-26
**2**
exhibitsticker.com

5046 at 1

Hamilton said that McGuffin and Steinhoff also knew each other and sometimes spent time together. According to Hamilton both McGuffin and Steinhoff used methamphetamine as well as smoking pot. Hamilton said that he sometimes wonder if they had a "thing" but that he didn't know or care.

Hamilton said that McGuffin would sometimes get "huffy" over "stupid shit" in his relationship with Freeman. He said McGuffin was jealous and would get mad when Freeman talked to other guys.

Hamilton said that on the night of June 28, 2000 he was in town and planning to go over to Steinhoff's house. Hamilton said that she would leave a bedroom window open and he would come in through the window. Hamilton said that as best he could remember it was around 2100 - 2200 hours, when he arrived and noticed McGuffin's blue Mustang parked up the block.

Hamilton said he approached Steinhoff's window quietly and could hear McGuffin's voice talking with her. Hamilton said they were talking in low tones and he could only make out part of the conversations. Hamilton said that he heard McGuffin say, "What am I supposed to do?" Hamilton also said that McGuffin whispered and asked Steinhoff to "help him". Hamilton said that a short time later, Steinhoff and McGuffin came out of the house and left in McGuffin's car.

Hamilton said that he later confronted Steinhoff about the incident. Hamilton said Steinhoff "blew him off" without giving a specific answer telling him she was "just helping him do something".

Hamilton told me that approximately two weeks prior to Freeman's body being found he recalls McGuffin saying that Bill Sero was responsible for her disappearance. Hamilton said that it seemed like he was "throwing it out there because everyone was looking at him". Hamilton did not recall McGuffin giving any details, just mentioning it.

Hamilton also recalled Sero hanging around Ron Slagle and a red headed girl possibly named Shiree at the time.

On another occasion Hamilton recalled Jason Lucas, Aaron West and Richard Bryant at a party in a Dean St. residence where West lived with Bryant. Hamilton said that he remembers "everybody saying Sero did it". Hamilton noted that McGuffin was not present at the party.

Also prior to the discovery of Freeman's body, Hamilton recalled an event with Smith. Hamilton said that he and Smith had broken up because Jesse Harden told Smith he was cheating with Steinhoff. Hamilton said that he and Smith still talked after breaking up and at one point she came over to his sister's house where he was living. Hamilton said Smith was upset and told them that she had been partying with McGuffin at his house. She confided that she had had sex with McGuffin and felt bad about it.

Hamilton said he "chewed her out" because he didn't see how McGuffin could sleep with someone when Freeman had not been found. Hamilton said that he believed that was the last time he had a conversation with Smith.

Hamilton said less than one week after Freeman was found, McGuffin asked him to go for a ride with him. Hamilton said McGuffin was sad and he wanted to help so he agreed to go with him. According to Hamilton, McGuffin took him out Lee Valley Rd. about 40-50 yards past a gravel pitt in a red Thunderbird car. Hamilton said McGuffin pulled over and parked on the left side of the road. According to Hamilton, McGuffin knew right where he was going and got out of the car, walking to a specific spot.

Hamilton said that McGuffin was "talking weird" like he could sense Freeman. Hamilton said that

Exhibit 5046 at 2

McGuffin told him, "it's like I can see her laying right there" as he pointed approximately 15-20 yards off the road and down the hill by a rock. Hamilton said McGuffin kept "talking about weird mumble jumble shit". Hamilton said McGuffin made the statements about "wishing he could have helped her" and "wishing he could find out who did it".

Hamilton said that at one point he began wondering if McGuffin might have had something to do with Freeman's disappearance. Hamilton said he came out and asked McGuffin to his face if he had anything to do with it. According to Hamilton, McGuffin denied anything and offered a brief explanation. Hamilton said McGuffin told him he was supposed to pick up Freeman at Cherie Mitchell's house but had been late and Freeman had already left. Hamilton said McGuffin told him that he found Freeman walking and picked her up in his car, then began arguing with her. According to Hamilton, McGuffin said that Freeman wanted out of the car and he let her out near McKay's Market.

Hamilton said McGuffin told him he then drove around the loop before coming back through town. At this time McGuffin told Hamilton he was unable to find Freeman. Hamilton said McGuffin told him the were fighting because she was supposed to be at Sherie's house and wasn't. Hamilton described McGuffin as a "jealous motherfucker" and said they were probably fighting over jealousy in his opinion.

THOMAS BOUNDS:

On January 29, 2010 at approximately 1440 hours, Officer McNeely and I spoke with Thomas Bounds at the Coquille Community Building. Bounds had informed me by email that he had some information on the Leah Freeman case he wished to share.

Bounds said on the night of June 28, 2000 he was living at 382 W. Central Blvd. According to Bounds, he and his wife, Jill bounds were going from their home to a relatives off N. Knott St. when he noticed Freeman standing in front of the high school on W. Central Blvd. Bounds said he knows Freeman because they are related by marriage and immediately recognized her. Bounds said Freeman was wearing a white top with "string" straps across the shoulder. Bounds said he remembers specifically noticing this because he did not approve of a young girl wearing a top like that and commented to his wife about it. Bounds said he waved at Freeman who waved back to him as they passed. Bounds said the time of day was evening ust around sunset.

Bounds said they were only at the relatives for a short time he estimated to be 15-20 minutes when they drove back by. Bounds said Freeman was now at the pay phone in the gas station parking lot across from the high school and appeared to be on the phone. Bounds said they went home and inside the house. Bounds said that he remembers it was getting dark at this time.

Upon going inside the house, Bounds said he heard a scream from the general direction of the street. Bounds said he stepped outside and listened so see if he could hear anything further but did not. Bounds said he dismissed the scream and continued about his business.

MICHAEL TULLES:

On January 29, 2010 at approximately 1550 hours, Officer McNeely and I talked with Michael Tulles at 93 S. 13th St. in Bandon. Tulles told me that he worked with Nick McGuffin approximately six ars ago at the Bandon Dunes golf course. Tulles said that he didn't know McGuffin very well and uidn't have much interaction with him. Tulles said he did have some interaction with another co-worker he only remembered as Matt.

005100                         005100                         005100

Exhibit 5046 at 3

According to Tulles, he and Matt were drinking one time when Matt broke down and told him a story involving Freeman. Tulles said that Matt was known to lie but at the time of this story, he was very intoxicated and seemed to be genuine. Tulles said that Matt told him the night of Leah Freeman's disappearance he had been at a party with McGuffin and Freeman.

Tulles went on to say Matt told him McGuffin was doing "white drugs" at the party and began to fight with Freeman, who took off walking. According to Tulles, Matt said he got in a blue Mustang with McGuffin to look for Freeman and on the way McGuffin lost control of the car in a corner and hit Freeman.

Tulles said that Matt told him Freeman was not dead and he then stabbed her approximately 30 times before cutting her into pieces with a "sawzall" and burying her remains near Laverne Park. Tulles said that Matt referred to the car saying they reupholstered it and fixed the dents.

Tulles said he told Officer Boggs, Chief Webb and a Coquille officer this story long ago. According to Tulles, Matt and his brother cornered him in a bar and threatened him if he continued to talk about it. Tulles said he told his boss about the threats and never hear from Matt again.

QUINN CANNON-MYERS:

On January 31, 2010 at approximately 1411 hours, Officer McNeely and I spoke with Quinn Cannon-Myers at the police station. Myers had contacted us to provide some information regarding the Freeman case.

According to Myers on June 28, 2000 she was working at Clair's in Coos Bay and got off work at about 2030 hours. Myers said she dating Daniel LaPine who lived on E. 9th St. in Coquille and travelled to his house after work that day. Myers said LaPine also lived with Brent Bartley at the residence. Upon arriving at the home she found a group of five to seven people at the residence. Among the people was LaPine but Bartley was not present. Myers said the people were getting ready to go to a party at "TJ" Greve's house up E. 3rd St.

Part of the group included Mike McKay, who Myers said had arrived from Eugene. Myers said she was sitting inside the house about eight to ten feet from the door waiting for the others to leave so she and LaPine could go to dinner when Nick McGuffin arrived. Myers said she didn't know the exact time but that it was not quite dark out and she estimated 2115 or 2130 hours. Myers said she noticed McGuffin walk up the steps like he was going to come inside the house.

Myers said she has known McGuffin for some time and he looked at her and asked, "Is Leah here?" Myers said McGuffin seemed surprised when he was told Leah was not there stating, "She's not?" Myers said McGuffin then turned around quickly and walked away. Myers described McGuffin's demeanor as "completely coherent".

Myers described Freeman as a "really immature girl, really mouthy". Myers said she had seen Freeman "wail" on McGuffin at parties and "wasn't her biggest fan". Myers said she didn't understand why McGuffin would bring a 15 year old girl to parties when everyone was over 18 years old. Myers said when McGuffin had asked about Freeman that night, her feeling had been "why would she be at this house"?

Myers said she did not see what vehicle McGuffin was driving but assumed it was the red underbird because he often drove it. Myers said she believed that Ron Slagle had been outside at the time and may have also seen McGuffin and his vehicle.

Myers said that she and LaPine ended up going to eat dinner and that Bartley never showed up

Exhibit 5046 at 4

before they left the home.  Myers said that after eating she went home.                    005102      5

Myers said spoke with McGuffin the next day  and asked why he didn't tell her about Freeman being missing the night before.  Myers said McGuffin mentioned being late to pick Freeman up from Cherie Mitchell's house and driving around the loop looking for her and, when he didn't see her,
   ing to her mother's house and finding out she wasn't there.  Myers said that her impression was that McGuffin and Freeman were going hang out with Brent Bartley and his girlfriend at Bartley's grandparent's house.  Myers said she understood that McGuffin then came to LaPine and Bartley's house assuming that Freeman must have gone there.

According to Myers, McGuffin mentioned seeing Sero earlier that day in a car with Erica Davidson who Sero had two children with.  Myers said McGuffin told her the car stopped in the middle of the road and Sero got out, approached his car, and offered to help him look for Freeman.  Myers said McGuffin told her he didn't think much of it at the time but later reflected that not many people knew Freeman was missing at the time.

According to Myers, she and McGuffin talked about how it was odd Sero knew Freeman was missing considering he didn't know people from "that crowd of people".

Myers said she didn't even know on the night of the 28th that Freeman was missing but got a call at work from LaPine the next day around 1600-1700 hours, telling her Freeman was missing.  Myers said she asked LaPine if he remembered seeing McGuffin the night before and LaPine said he did not.  Myers said Lapine told her on the phone that rumors about Freeman's disappearance including a sex offender kidnapping her and running away with a boyfriend from Coaledo.

Myers said that on June 29, 2000 after getting off work she rented a movie, Deuce Biggalo Male Jiggalo, and went to LaPine's house to watch the movie.  Myers said she arrived and Bill Sero,
   'sa Michaud (now Lambert) and Lapine were the only ones present.

Myers said they talked about Freeman being missing and Sero brought up that he had helped McGuffin look for her earlier that day.  According to Myers, Sero said that he didn't even know Freeman or what she looked like.  Myers said about 45 minutes into the movie, McGuffin showed up and was crying and upset.  McGuffin told them he had just had a confrontation with Bill Middleton who had accused him of being a "15 year old woman abuser".

I asked Myers why Sero and Michaud were at LaPine's watching movies if they didn't know them. She replied that she knew Michaud better than Sero and thought they must had just stopped by that night.  Myers said the meeting was not preplanned and that she only knew who Sero was but did not know him personally.

Myers said that Sero questioned McGuffin again about what Freeman looked like.  Myers said McGuffin told Sero she had blonde hair, wearing a "wife beater" and had "big boobs".  Myers said that Sero responded, "What a way to describer her."

According to Myers,at this point Michaud broke into tears, began crying hysterically and ran outside.  Myers said Sero immediately got up and followed her outside, leaving the others inside. Myers said she thought it was odd because it would upset McGuffin more.  Myers said she talked with McGuffin, questioning him about where he looked and he told her he had looked everywhere and just didn't know what to do.

Myers said Michaud and Sero came back inside and she asked Michaud why she was crying. Myers said Michaud replied, "I'm sorry.  I just have a really bad feeling about this."

Exhibit 5046 at 5

Myers said that after the movie around 2330 hours, she left and went home. She said that Sero and Michaud were still there and were drinking beer. Myers said that when Sero and Michaud left, Sero got stopped by the police and was arrested and taken to jail for providing alcohol to a minor and a probation violation.

Myers then skipped ahead in time to after Freeman's body was found. Myers said LaPine told her investigators came to his house looking for Sero. Myers said she went to LaPine's house after talking with him and Davidson was there. Myers said Davidson stated, "I don't know why they were looking for Bill. If he did it they'd never find her body."

Myers said she mentioned to Davidson that she had seen McGuffin the night of Freeman's disappearance and didn't think he was even concerned or had time to do anything to cover his tracks. According to Myers, Davidson said, "The only thing I will say is that after he went to jail, Bill called my mom every day upset and wanting to know what she had heard about the Freeman case."

Myers said that after that among her group of friends people began talking and the word was that Sero did it. Myers said that at one point Sero called Brianna Arriola and threatened her if she didn't quit telling people he did it.

Myers said she had a couple other things to share with us. Myers then told us she used to date Dustin Graham and had spoken with him. Myers said Graham told her he was with Jesse Newman, Megan Walker and Katy Clemens a few years ago. Myers said Graham told her they ended up in an apartment in Sanford Heights next to Sero's apartment.

According to Myers, Graham related that early in the morning, Sero had come over to the apartment and invited them to come to his apartment and smoke some marijuana. Myers said Graham told her he and the others accepted and went over to Sero's where he proceeded to provide them with marijuana. Myers said Graham found it unusual because Sero did not participate or smoke any but was very quiet.

Myers said that upon reflection, she and Graham decided that the date of this occurrence would have been the early hours of June 29, 2000.

Myers additionally advised that we might want to talk to LaPine, Maggie Yoakum and Ann Yoakum stating that they might have information that could be useful.

Myers also recalled a time about a week after Freeman went missing when the police were doing a roadblock and contacting cars. Myers said she was walking down and noticed Kristin Steinhoff had parked her car near what is now City Hall and had got out of her car. Myers said Steinhoff was very intense and aggitated asking "what do you think they are talking about"?

Myers related that she did not know what actually happened but had heard a lot of rumors. Myers said what she believed happened was that Steinhoff and Sero hit Freeman in a car by accident, then took her to Tom Stemmerman's house where she late died.

**Statements**

**Evidence/ Property**

**Action Recommended**

005103                    005103                    005103

Exhibit 5046 at 6

005104                          *Date/ Officer:*    2/6/2010  Webley           *Incident:*  Q20001905        005104

**Officer's Signature:** _____        **Date:** _____

005104                          *Date/ Officer:*    2/6/2010  Webley           *Incident:*  Q20001905        005104

005104                          005104                          005104

Exhibit 5046 at 7