**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5047**
Crook Interview
by Looney

1116

72

Interview w/ (Ricky) Rich and Troy Crook ▮▮▮▮
57357 Gateway Rd.          541-294-2983 cell!
Coquille, OR              541-396-1786 home.

went swimming at 10-11 hrs. (may have to sent the day) she
disappeared). W/ mike Pizzola + unknown others. Ricky
did hang out w/ Nick a lot during that time period. Nick
lived w/ me around that time.
   I remember when he came to my the next day. Nick
came in and asked if he knew where Leah was + if he had
seen her. Rick said no, (he didid even hang out w/ his girlfriend)
(Daniel LaPine + Brent Bartley) she was a couple years
younger than me.
"Did you check her house, he said No." We bull shitted
(wrote)
about it (what had happened). We went out (unk, if same day
wee looked at Wallace Dement Park, River Road. Would
assume we went looking in the mustang, he only used the
T-Bird when the mustang was broke down. Last saw
mustang past dad's on right.
   Then he got w/ megan. Now they are supposedly
not together. but Rick saw her in bar recently + she
said they were not together but they are still texting each
other.

                                        Kristen Steinhoff
Nick's friends: Ricky, mike Pizzola, mark kern,
we were all stoners + the older group were the drinkers.
   Daniel LaPine, Brent Bartley, Bill Sero,

- Rumor was that Kristen supposedly hit her w/ a grey car
full of people.                                    WAS IN A GREY CAR?

Bonk_000126

Exhibit 5047 at 1

002209　　　　　　　　　002209　　　　　　　　　002209

7}

-Went to pick up his sister rehab in Baker City. Alisha mackaint was there & freaked out. She said she said it was Bill Sero, Rowdy Howard & Tom Stemmerman. She got ran over & they took her to Tom's house, they threw a shoe out to show people she was alive.

(There is a landing above Nick's parents house on a landing is where the store the old cars)

who do you think did it?　(Prob. Bill, Rowdy & Tom)
Nick started acting weird (a few years afterward) back then, with drew from friends. Nick may have met meagan through me, I was going w/ her friend Nicky Desker (Rbg cousin)

Read on the internet.

Before it happened: me, Nick & Kristen would go to the gravel pit (by where they found her) & smoked pot & crank. 4 or 5 times before she was found but not after she was found.

-Months after she was found (at least a month) Nick that he had gone out there where she was found. He broke down & was lying there crying. He said he could not understand how someone could throw a little girl away like that. Said he stayed for a little bit & was crying.

002209　　　　　　　002209　　　　　　002209

Bonk_000127
Exhibit 5047 at 2

74

was a party that night at his parents shop (D+H logging) Brett Bartleys
may be not. may have been at Bartley's moms house.
Scott Hamilton was reportedly setting off fireworks.

Rick said he can't remember what happened that night
He asked his mother & she said he came home & passed
out 7:00-8:00 p.m. He remembers waking up on the
couch & shortly after Nick came on (we had just recent
together we were hanging out a lot together.

Kristen & I started hanging out when we were 17 or so.
We were basicly drug users together. I had a job back
then & only came home on the weekends & saw her then

I did not get the drugs mostly Kristen was the hookup
we really only did drugs when we wer around Kristen.

Had been to Daniel LaPine's parents property next
drive after the mtn. house by road next drive on left
was a landing + a camp trailer there. Just took
Daniel there or wer with people taking people there

One time a few weeks (before or after finding) he and
Nick saw Kristen parked across from the cop in middle
school. We stopped + Nick got in with her & they
Blocked now.

Bonk_000128

Exhibit 5047 at 3

002211                        002211                        002211

75

talked for 5 min or so while I waited on the other car. (we were all sad at that time.) I think it was after she was found because Nick was teary all that day or both of he + Kristen were sad acting.

Do you know who killed Leah? No but it I had to quess it would say the Bill seros, Rowdy + Tom Stemoveum.

Rick does not think Nick acted any different after then he did before. Nick saved his "old ladies" (Leah) footy on the window of his car (unk. which ear) on the pass. side for ever.

226  Done

Bonk_000129

Exhibit 5047 at 4