**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>          Plaintiffs,<br>               v.<br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>          Defendants. | Case No. 6:20-cv-01163-MK<br><br><br><br><br>**Exhibit 5048**<br>Crook Polygraph Report<br>2/3/2010 |

002215                              002215                              002215

OSP Case # 10-047260   79
Date:  2/3/2010
Time:  2:00pm

# Oregon State Police Polygraph Examination

TO:  Investigative Services Division

RE:  Richard Crook Polygraph Examination

DATE EXAMINATION REQUESTED:  2/3/2010

EXAMINATION REQUESTED BY:  Coos County Sheriffs Office-Sgt. Dan Looney

EXAMINATION CONDUCTED AT:  Coos Bay PD

EXAMINER:          Michael Tabor, Detective #1177-37
                   Oregon State Police-Roseburg
                   761 NE Garden Valley
                   Roseburg, Oregon 97470
                   541-440-3315
                   Michael.tabor@state.or.us

NAME:      Crook, Richard
DOB:       ████████

REFER:     Advice of Rights Form           (copy attached)
           Polygraph Consent Form          (copy attached)

VICTIM:

Page 3 of 6
002215                              002215                              002215

Bonk_000099
Exhibit 5048 at 1

002216                                          002216                                          002216

                                                                                               *80*

**DATE OF OCCURRENCE:** Refer to officer's report for this information.

**ISSUE:**

The issue in this polygraph examination is whether or not Richard Crook is being truthful when he denies being involved or concealing information about Leah Freeman's death.

**PRETEST INTERVIEW:**

I advised Crook of his Miranda rights by reading to him from an Oregon State Police Advised of Rights Statement Form. Crook told me that he understood his rights and he signed the form.    I also advised Crook of his rights relating to the polygraph examination. I read to him from an Oregon State Police Polygraph Information Sheet. Crook told me he understood his rights and he signed the form.   Both forms are attached with this report.

Crook told me in substance that:

- He only knew Leah through Nick.
- The only time he was around Leah, Nick was there also.
- His memory is very fuzzy concerning the days around Leah's disappearance.
- He was using a lot of Methamphetamine and Marijuana during that time.
- He thinks he went swimming that day Leah went missing.
- He came home that night and fell to sleep on the couch around 8pm.
- He slept until the next morning when Nick woke him up asking if he had seen Leah.
- He has no knowledge about Leah's death or involvement with her murder.

**INSTRUMENTATION:**

Lafayette Polygraph System LX4000 with LXSoftware Version 9.9.7.   Also used with this system is a Lafayette Instrument Activity Sensor Pad.  This accessory to the LX 4000 is designed to detect subtle movements as well as gross movements of a subject during a polygraph examination.

Scoring software by PolyScore for Windows Version 6. PolyScore® is a sophisticated software system developed by The Johns Hopkins University Applied Physics Laboratory for aiding in the evaluation of polygraph examinations. It is designed for use with data collected on the Lafayette digital polygraph instruments. The concept is based on classification and pattern-recognition techniques to detect critical events developed at APL as part of a Navy FBM test and evaluation program. Polygraph testing is a widely used tool that helps law enforcement, national security, and other interests

002216                                          002216                                          002216

**Bonk_000100**

Exhibit 5048 at 2

002217                          002217                          002217

*8|*

discover instances of deception in test subjects. The accuracy of PolyScore® is directly influenced by the quality of the polygraph examination as well as the proper use of the software. PolyScore® contains special algorithms to assess signal quality and detect movement artifacts. These are not a substitute, however, for collecting the best data possible. For those reasons the final call or decision is based on the numerical evaluation performed by the polygraph examiner.

## RELEVANT QUESTIONS:

(R-5)  Question:  "Did you participate in any way in Leah's death?
       Answer:    "No"

(R-7)  Question:  "Did you participate in any way in Leah's death that summer?
       Answer:    "No".

(R-10) Question:  Are you withholding any information about Leah Freeman's death?
       Answer:    "No"

All relevant questions were thoroughly discussed prior to the examination. The intent of relevant Question R-5 R-7 and R-10 is to determine whether or not Crook is being truthful when he denies participating or withholding any information about Leah Freeman's death. Crook demonstrated to my satisfaction that he understood the intent of the questions.

## RESULTS & CONCLUSIONS:

It is my opinion that Crook **is not being truthful** in answering the relevant questions.

The results of the polygraph chart show physiological responses, which are consistent with a deceptive answer to the relevant questions. Other questions were used during this test to evaluate responses, but no decision as to the truth or deception is made on those questions.

Evaluation of the polygraph charts and my resulting opinion are based on computer analysis, and my own numerical scoring of the charts obtained.

The overall validity or "accuracy" of the polygraph examination has been the subject of various research projects. The finding of these studies vary with specific type of tests administered as well as other factors. Research reveals an overall accuracy of 85% to 99%

Page 5 of 6
002217

002217                          002217

**Bonk_000101**

Exhibit 5048 at 3

002218                                    002218                                    002218

                                                                                    82

Polygraph is an investigative tool. It should never be relied on as the sole determining factor in making decision as to a person's truthfulness in an issue.

**PolyScore Results:**   Deception indicated.


**POST-TEST INTERVIEW:**

Refer to Sgt. Det Dan Looney's report.

**Bonk_000102**

Exhibit 5048 at 4

002219                              002219                                    002219



# Oregon

Theodore R. Kulongoski, Governor

Department of State Police
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334

83

Case # jO-047260 ____ Purpose: Full Disclose. / Maint. / Specific Issue

Date: 2/3/10 ____ Time Start: 200p ____ Time of Break: 315p

Time End: 500p

**Cell Phones, Pager & Watch with Alarm

1. **Overview of exam**
   a.    No trick questions. All questions reviewed prior to test
2. **Consent forms Executed.**
3. **Biographical /Medical Data**
   a.    The form we are going to fill out will help make sure you are fit to take the examination and fully understand the questions on the exam.

Do you have any concerns about taking this test with me today? No Yes _____

Previous Polygraph Examination: No   Yes: _____

**Must be 100% truthful on all questions today. Won't pass test unless 100% honest.**

Name: Crook      Richard      Troy

DOB: 7▮▮▮▮▮ AGE: 27 HGT: _____ WGT: ____

Address: 57357 Gateway Rd City/State/Zip: Coquille Or

Phone #: 541 294-2983 ____ E-mail address: _____

SS #: 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 ____ State &DL #: OR DL 915 4412

POB: OR Marital Status/Children: Single    No children

Parents: Carol / Richard ____ Brothers/Sisters: 3 Sister

Education: GED

Employment History: Charlie Yates Ranching 3 years, Ridgeline Comm

Arrest History: Court Fines

On Probation or Parole: No Yes: _____

Probation Officer: ___—___      Therapist: No

Hearing: Good/Poor      Vision: Good/Poor

002219                              002219                                    002219

Bonk_000103

Exhibit 5048 at 5

002220                          002220                          002220

84

Physical Condition Now:    Good/Average/Poor _____

Major Injury/surgery with in the last 6 months: No    Yes: _____

Discomfort/Back Pain Now: No    Yes: _____
Pregnant:    No / Yes    Menstrual Cramps:  No / Yes

Recent Doctor's Visits:    No    Yes: _____

Prescription or Other medication: No    Yes: _____

Did you take all medicines that you were supposed to take today?    Yes    No

Any legal/illegal Drugs consumed in last 24/48 hours:    No    Yes! MJ - Pipe

Marijuana    Cocaine    LSD    Ecstasy    Methamphetamines  PCP

Alcohol -24 Hours: No Yes    how often/last time used alcohol/drugs:

_____

Heart Disease:    No    Yes: _____    Hi or Low BP: No    Yes

Diabetes:    No    Yes: _____    Seizures: No    Yes: _____

Lung Disease/Asthma: No  Yes: _____    Hours slept in last 24 hours: 8 hours (normal)

How slept: Good/Fair/Poor    Ate - 24 Hours: Yes No: _____

Ever Seen a Psychologist:    No    Yes: 7 or Y years old

Depression/Anxiety/Hearing Voices:    No Yes: _____

Can you sit still for about 5 minutes?    Yes    No: _____

What are you here for today?


How honest of a person are you?   (Scale of 1-10) (We all tell little lies)

8 . . . little lies.

Hang them


002220                          002220                          002220

Bonk_000104
Exhibit 5048 at 6



002221

002221

**Department of State Police**
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334



85

## POLYGRAPH CONSENT FORM

RC    You have the right to, or not to take a polygraph examination. Do you understand that?

YC    Although the examiner's opinion as to the polygraph examination results is not admissible in a criminal or civil trial, anything you say can be used against you in a court of law. Do you understand that?

RC    If you decide to take a polygraph examination, you can stop the examination anytime you wish. Do you understand that?

RC    Having these rights in mind, I agree to talk to you and take a polygraph examination?

Print name: _Crook_      _Richard_      _Troy_
                Last              First            Middle

Signature: _Richard T. Crook_

Witness: _M. Tabor_

Date: _2/3/11_                    Time: _22Y_ am/pm

002221

002221

002221

**Bonk_000105**

<span style="color:red">Exhibit 5048 at 7</span>



Theodore R. Kulongoski, Governor

002222

002222

Department of State Police
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334

*86*

## ADVICE OF RIGHTS STATEMENT
## MIRANDA WARNING

1. You have the right to remain silent.

2. Anything you say may be used against you in a court of law.

3. You have the right to talk to a lawyer and have him/her present with you while you are being questioned.

4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

5. If you do give a statement, you can stop talking any time you wish.

Do you understand each of these rights I have explained to you?

Yes _KC_ (Initial)    No _____ (Initial)

Print name: ___Crook___ ___Richard___ ___Troy___
                   Last         First         Middle

Signature: ___Richard T. ewt___

Witness: ___M. Tela___

Date: ___2/3/10___    Time: ___227___ am/pm

002222

002222

002222

**Bonk_000106**

<span style="color:red">Exhibit 5048 at 8</span>