**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,
          v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK


**Exhibit 5049**
Looney Incident Reports
February 2010

002138                    002138                    002138
                                                    COPY

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

```
INCIDENT REPORT [ ]   RPT'D DATE/TIME [ 2000          ]
SUPPLEMENTAL     [X]   OCC'D DATE/TIME [               ]
CONNECT NUMBERS  [ S2008-05029                         ]
```

```
OFFENSE(S)     [ Homicide                              ]
VICTIM'S NAME  [ Freeman, Leah                         ]
LOCATION       [ Coquille & Lee Valley Rd.             ]
```

```
DISTRIBUTION   [ District Attorney & Coquille P.D.     ]
```

SUMMARY: On 01-25-10 I began assisting a team of investigators with the investigation into the death due to homicidal violence of Leah Freeman. The following details the persons I helped to interview and the information we gathered.

PERSONS INFORMATION:

V)   Freeman, Leah; dob: ▮▮▮▮▮; Address: 1173 N. Knott Street, Coquille, Oregon 97423.

W)   Steinhoff-Ramsey, Kristen Nikole; dob:▮▮▮▮▮▮; Address: 1780 Grant Street, North Bend, Oregon; Phone: 541-404-0082.

W)   Shelton, Brandon; dob: ▮▮▮▮▮; Address: 1742 B Arch Lane, Brookings, Oregon; Address: 541-251-1969.

W)   Shelton, Sharee Diane; dob: 06-26-80; Address: 1742B Arch Lane, Brookings, Oregon; Phone: 541-251-1969.

W)   Boynton, Jean; dob: ▮▮▮▮▮; Address: 759 N. 9th Street, Coos Bay, Oregon; Phone: 541-267-2693.

W)   Crook, Richard (Ricky) Troy; dob: ▮▮▮▮▮; Address: 57357 Gateway Road, Coquille, Oregon 97423; Cell: 541-294-2983; Home: 541-396-1786.

W)   Burch, Seth Vessel; dob: ▮▮▮▮▮; Address: 1090 Montgomery Street, Coos Bay, Oregon 97420; Phone: 541-888-6142.

```
REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791 ]
SHIFT [ 02 ]  DISTRICT [  ]      APPROVAL [             ]
                         PAGE 1
```

002138                    002138                    002138

Bonk_000037
Exhibit 5049 at 1

002139                          002139                          002139



## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

W)  Armstrong, Angie D.; dob: ███████ Address 1090 Montgomery Street, Coos Bay, Oregon 97420; Phone: 541-888-6142.

W)  Woosley, Timothy M.; dob: ███████ Address: 1364 Hampton Road, Brookings, Oregon: Phone: 541-254-1289.

W)  York, Salina; dob: unknown; Address 655 Goodpasture Island Road #230, Eugene, Oregon; Phone: 541-517-9914.

W)  Elderkin, Zachary David; dob: ██████; address 20312 (906) Big Lodge Road, Rollins, Montana; Phone: 406-844-2027. (Wife is Shannon Elderkin.)

W)  Carver, Gayle; dob: ██████; Address: 19852 Sheppard Road Clatskanie, Oregon; Phone: 503-728-3948.

W)  Carver, Rachael Ann; dob: ██████ Address: 19852 Sheppard Road Clatskanie, Oregon: Phone: 503-308-3769.

W)  Uncle Steve Burleson; cell: 503-871-5848; Home: 503-304-1516 (Purchased the KIA for Rachael Carver.)

W)  Stemmerman, Thomas Marvin; dob: ██████; Address: 16205 S.E. Kreader Road, Dayton, Oregon; Phone: 503-507-5411; e-mail: tstkarter@gmail.com; vehicle: (OR) 877-EFP.

AO)  Det. Teresa Bowersox; Oregon State Police - Roseburg

AO)  Det. John Riddle; Oregon State Police - Coos Bay

AO)  Det. Mike Tabor; Oregon State Police - Roseburg

AO)  Det. Dan Yonkin; Lake County, Montana, Sheriff's Office; Phone: 406-883-7329 or 406-249-3011; e-mail: detective1511@gmail.com

AO)  Sgt. Pat Downing; CCSO; 541-756-2020 x332.


EVIDENCE/PROPERTY INFORMATION:

REPORTING OFFICER [Det. Daniel Looney   509 ] DPSST [ 16791 ]
SHIFT [ 02 ] DISTRICT [   ]        APPROVAL [                    ]
                        PAGE 2

002139                          002139                          002139

Bonk_000038
Exhibit 5049 at 2

002140                    002140                    002140

# COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

**N/A**


**VEHICLE INFORMATION:**

N/A


**OBSERVATIONS:**

On 01-25-10 Det. Teresa Bowersox and I were assigned to locate and interview Kristen N. Steinhoff-Ramsey. We learned from other investigators that Ms. Steinhoff was last known to be living at 1780 Grant Street, North Bend, Oregon.

At approximately 1012 hours, Det. Bowersox and I drove to 1780 Grant Street and knocked on the door. An adult male answered the door, we later learned the adult male is John "JJ" Farley III who is Ms. Steinhoff's husband either by marriage or common-law. Mr. Farley retrieved Ms. Steinhoff for us; we identified ourselves and asked her if we could speak to her about the Leah Freeman case. Ms. Steinhoff was reluctant to talk about Leah Freeman and immediately became choked up saying she did not want to think about Leah Freeman.

After talking with Ms. Steinhoff a bit she agreed to talk with us. Mr. Farley stood nearby during the first part of the interview, but finally their small children were disturbing our conversation enough that he and the children left for a while.

Ms. Steinhoff gave us the following in-substance statement: The evening that Leah disappeared she was at her Grandmother's house at 1027 N. Dean Street in Coquille, where she was living. Her car was broken down in the driveway so she asked her mother's friend Zack (Elderkin) if she could borrow his vehicle, a purple KIA. Zack told her that yes, she could borrow his purple KIA but he needed her to drop him and his daughter off at his residence near Greenacres. Elderkin told Steinhoff that he needed to have the car back before 6:00 am or so in the morning because he had to get to his job in Eugene and the KIA was his only transportation.

REPORTING OFFICER [Det. Daniel Looney  509 ] DPSST [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]

PAGE 3

002140                    002140                    002140

Bonk_000039

Exhibit 5049 at 3

002141      002141      002141

**COOS COUNTY SHERIFF'S OFFICE**
**INCIDENT NARRATIVE / FILE NO: SO20-10627**

On the way to drop Zack off they saw Nick McGuffin pacing around the turnout near Highway 42 and the old Maytag Store (now Econo-rotor). They stopped and she got out of the car to talk with her friend, Nick. Nick was acting really weird; he said he was looking for Leah (his girlfriend at the time). Nick told Steinhoff that Leah was never coming back. Steinhoff said she did not know what Nick meant by that statement. Steinhoff said it was very strange that none of Nick's vehicles were anywhere around the area where he was pacing.

Steinhoff said that she thinks she later saw Nick and Ricky Crook at the Fast Mart in the Mustang. She believes Nick seemed calmer, but Ricky just sat there and seemed different. (Steinhoff said she used to be really close friends with Ricky Crook until after Leah went missing. After that Ricky started acting weird.)

Steinhoff said Nick came over to her grandma's house hours later. Nick was in different clothes than she had seen him in earlier and he had a different car. He was now in the Mustang and earlier she had seen him in the Thunderbird. (Steinhoff also commented that Nick used to hang out with Ricky Crook, Brent Crawford, Brent Bartley, Matt Angland, Brett Morrow and his brother Wayne.) Nick told her that night that he and Leah had been fighting. (Steinhoff said that Nick was possessive of his girlfriends and did not usually bring them around his other friends.) He said he went to Leah's house and threw pebbles at her bedroom window, but she didn't come. Nick told her he thought Leah was home but would just not come to the window. Steinhoff said Nick was acting very weird. She said they did some dope (meth) together and initially she said Nick was not there very long but she later changed her story.

Ms. Steinhoff said that she and Nick went out looking for Leah; they drove around in the purple KIA and left Nick's Mustang at her Grandmother's house. They drove around looking for an hour or two. They drove around town, past Scolari's (Dairy) looking for Leah; they had heard there was a party at (Jamie and Matt's) Sinnott's house. They drove into the Sinnott's driveway but there were no cars so they did not go down to the house. When they passed the stop sign at Fairview they saw a "chick" (that resembled Leah –

REPORTING OFFICER [Det. Daniel Looney 509 ] DPSST [ 16791 ]
SHIFT [ 02 ] DISTRICT [ ]     APPROVAL [     ]
PAGE 4

002141      002141      002141

Bonk_000040

Exhibit 5049 at 4

002142                                    002142                                    002142

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

until they got close) with her thumb out. When they drove back by the "chick" was gone. Steinhoff said she dropped Nick off at her Grandmother's house to get his Mustang and she does not know where he went from there.

Ms. Steinhoff said she then drove to the Coquille Fast Mart and picked up an air freshener because she had "smoked" in Zack's car and she was not supposed to. When she was at the Fast Mart she saw Ricky and Nick.

Ms. Steinhoff said she went out to Hernan's (Cortez) house on Finlay Loop to get some dope (meth). She said she drove Zack's car back to his house arriving around 5-6 a.m. in the morning. She gave Zack his purple KIA back and he gave her a ride back to her grandmother's house.

Ms. Steinhoff said that her boyfriend at the time of Leah's disappearance was Scott Hamilton. Scott told her that Nick had taken him out to near where they found Leah's body and that Nick said he could see where Leah's head was on a rock.

Steinhoff said that about one month after Leah went missing Ricky and Nick took her out to a dirt mound on Poe Road to Daniel LaPine's parent's property. They had a shotgun and a blowtorch and they told her not to talk to the cops about anything. They didn't really threaten her with anything but she felt it was implied.

Det. Bowersox asked Steinhoff what she thinks happened to Leah. Steinhoff said she thinks it is horrible and she thinks Nick had something to do with it because of how he was acting that night. Steinhoff also remembers, she thinks, seeing Nick and Ricky Crook driving the Thunderbird earlier in the night.

When we asked Steinhoff if she has heard any other stories about the Leah Freeman case she told us the following: She said Tom Stemmerman and Sharee Bolger told her that they along with Bill Sero had killed Leah (Alisha Mishaud and Rowdy Howard also had something to do with it). They told her they put Leah in the basement of Stemmerman's house. They said they put Leah's bloody clothes in a trash bag and they put it into a trailer that was parked in front of Stemmerman's house. Steinhoff said it seemed like they were joking at the time, but it creeped her out so she left.

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]
PAGE 5

002142                                    002142                                    002142

Bonk_000041

Exhibit 5049 at 5

002143                                  002143                                002143

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Ms. Steinhoff also said she has heard another story that indicates there was a party out near where the body was found. She heard that Kyle Slawson may have gotten some ACID and something happened that involved ACID. She said Kyle is now burned out from doing too many drugs.

Ms. Steinhoff told us that she hasn't talked with Nick since she was 18 or 19 years old and left Coquille. She said she does not know who killed Leah and thinks it was horrible.

Ms. Steinhoff advised us that Heather Mullens is her mother and Zack was her mother's friend. Zack lived in a modular home across from Roderick Road near Greenacres.

At approximately 1325 hours, Det. Bowersox and I arrived back at the Coquille Police Department and attempted to locate Zachary David Elderkin dob: ▓▓▓▓▓ We found that he was last known to be living at 11823 Kenai S. in Kenai, Alaska. Det. Bowersox sent a letter head request to the Kenai Police Department asking them to locate Mr. Elderkin for us.

At approximately 1349 hours, I talked with a dispatcher at the Coos County Dispatch center regarding Sharee Diane Bolger dob: ▓▓▓▓▓ I learned that Ms. Bolger is now Sharee Diane Shelton and she lives at 1742 B Arch Lane, Brookings, Oregon. I learned that she has a recent DUII arrest out of Curry County.

At approximately 1407 hours, I placed a call to the Curry County Sheriff's Office and talked with a Corrections Deputy. I learned that Ms. Shelton had been picked up for DUII on January 22, 2010 but had been booked and released earlier today.

At approximately 1416 hours, we learned from the Kenai Police that Zachary Elderkin lives at the Anchor Trailer Court #54 near Kenai, Alaska. We asked them if they could make contact with Mr. Elderkin and have him call us.

On 01-26-10 I learned from Det. Rollins of the Kenai Police Department that Zack Elderkin moved out of the trailer park several months ago. He advised neighbors that he was moving back to Montana to get work. Mr. Elderkin was reported to

---

REPORTING OFFICER [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                          ]
PAGE 6

002143                                  002143                                002143

Bonk_000042

Exhibit 5049 at 6

002144          002144                                002144

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627



be a sheet metal worker.  Det. Rollins said that Zack has the following e-mail address: zackeryelderkin@yahoo.com.

On 01-27-10 at approximately 0800 hours, we had a case debriefing at the Coquille Police Department.

At approximately 1005 hours, Jean Boynton called the Coquille Police Department and I talked by phone with her. Ms. Boynton advised that she is a retired school teacher from Coquille and sometimes a physic and medium.  Several years ago she started having dreams/visions about the Leah Freeman case.  She told Chief Reaves but he just brushed her off.  Some of her visions have been so disturbing that she went to a physic friend about it.  Ms. Boynton advised that she has written a lot of this information down and she was willing to talk with me if I could come to her home.

At approximately 1116 hours, I interviewed Ricky Crook on Elk Creek Road (28-11-29.0) where he was working as a dump truck driver.  Mr. Crook gave me the following statement: It was a long time ago but recently he and his boss had been talking about the Leah Freeman case and both of them want it to be solved.

Mr. Crook said he went swimming at 10:00-11:00 a.m. on, he believes, the day Leah disappeared.  He went with Mike Pizzola and others to the swimming hole near Myrtle Point.

Mr. Crook said he did hang out a lot with Nick McGuffin around that time.  Nick had problems with his family and had been living off and on with Crook at the time.

Crook said that around 9:00 a.m., the morning after Leah disappeared; Nick came in and asked if Crook knew where Leah was.  He asked if Crook had seen her.  Crook told Nick no he did not know where she was and had not seen her.  Crook told me Nick knew he didn't hang out with his (Nick's) girlfriend, Leah because she was a lot younger then Crook. Crook said he asked Nick, "Did you check her house?"  Nick told him no he had not checked Leah's house yet.  Crook said he thought this was odd because that is usually the first place you look for someone is at their house.  Crook said they bull shitted about it (what had happened).  Crook said he doesn't remember if it was the same day but at one point he and Nick went out to look for Leah.  They went to

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]         APPROVAL [                    ]
PAGE 7

002144                    002144                         002144

Bonk_000043

Exhibit 5049 at 7

002145                002145                                002145

COOS COUNTY SHERIFF'S OFFICE
INCIDENT NARRATIVE / FILE NO: SO20-10627

Wallace-Dement Park and to River Road looking for Leah.
Crook said he would assume they went looking in the Mustang
because Nick only used the T-Bird when the Mustang was
broken down.  (Crook said he last saw the Mustang parked on
a flat that is accessed on the road that goes past Nick's
dad's house.  The car would not be visible from Nick's dad's
house.)

Ricky Crook said he was using a lot of dope (mostly pot)
back then and he can't remember a lot of what happened
during that time period.

Crook said that after Leah disappeared Nick's next
girlfriend was Megan.  Crook said Nick may have met Megan
through him because Crook was going with Megan's friend
Nicky Decker at the time.  Nicky now lives in the Roseburg
area.  Crook said he has not talked with Nick for a long
time but he heard that he and Megan are not together now.
However, Crook said he saw Megan recently and she said she
and Nick are not together but Crook said they were still
texting each other as if they were together.

Crook said Nick's friends at the time were him, Mike
Pizzola, Kristen Steinhoff, and Mark Kern.  Crook said they
were all the stoners while the older group that included
Daniel LaPine, Brent Bartley and Bill Sero were the
drinkers.

Crook said the rumor was that Kristen (Steinhoff) supposedly
hit Leah with a car full of people.

Crook said at one point after Leah was found they went to
Baker City to pick up his sister from rehab and Alisha
Mishaud was there.  Mishaud freaked out and said Bill Sero,
Rowdy Howard and Tom Stemmerman killed Leah.  She said Leah
got ran over and they took her to Tom's house (on Libby).
They threw a shoe out to show people that Leah was alive.

I asked Crook who he believed killed Leah Freeman?  Crook
thought that probably Bill Sero, Rowdy Howard and Tom
Stemmerman killed her.  A few years afterwards Crook said he
got to thinking that Nick started acting weird back then and
he withdrew from his circle of friends.  Crook said he has
read a lot about the Leah Freeman case on the internet.

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]          APPROVAL [                    ]
PAGE 8

002145                002145                                002145

Bonk_000044

Exhibit 5049 at 8

002146                                         002146                                         002146

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Crook said that before Leah was found he, Nick and Kristen would go to the gravel pit (by where Leah's body was found) and smoke pot and crank.  They went 4 or 5 times before she was found but not after she was found.

Crook said months after Leah was found (well at least a month) Nick said he had gone out to where Leah was found. Nick said he broke down and was lying there crying.  Nick said he could not understand how someone could throw a little girl away like that.  He told Crook he had stayed there for a little bit crying.  Crook said he heard there was a party that night at Brent Bartley's parents shop (D&H Logging) or it may have been at Bartley's mom's house. Scott Hamilton was reportedly setting off fireworks during the party.

Crook said he can not remember what happened that night he has asked his mother who tells him that he came home and passed out around 7:00-8:00 p.m.  Crook said he remembers waking up on the couch shortly before Nick came in.

Crook said that he and Kristen started hanging out together when they were 17 years old or so.  He said they were basically drug users together.  Crook said he had a job back then and only came home on weekends and that is when he saw Kristen.  Crook said he did not get the drugs that mostly Kristen was the hookup.  He commented that his group really only did drugs when they were around Kristen.

Crook told me he had been to Daniel LaPine's parent property a few times.  He said the property is located on Fairview Road just past the top of the mountain (eastbound) there is a house on the left next to the county road.  The LaPine property driveway is the next driveway to the left.  He said there was a camp trailer and a mound of dirt or gravel on the undeveloped property.  The only times he was there was when Daniel was there or he was taking someone there.

Crook said that one time a few weeks (before or after they found Leah) he and Nick were driving around and they saw Kristen parked across from the Coquille Middle School.  The driveway she was parked in is now blocked.  They stopped and Nick got out of the car and got in with Kristen and they talked for about 5 minutes or so while Crook waited in the other car.  Crook said he believes it was after Leah was

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]          APPROVAL [                ]
PAGE 9

002146                                         002146                                         002146

Bonk_000045

Exhibit 5049 at 9

002147                        002147                        002147

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

found because they all were sad at the time.  Nick was teary; he and Kristen were acting sad.

I asked Crook if he knew who killed Leah.   Crook told me no but if he had to guess he would say it was Bill Sero, Rowdy and Tom Stemmerman.

Ricky Crook said he does not think Nick acted any different after then he had before.  He said Nick saved his "old ladies" (Leah's) foot prints on the passenger side, inside window of his car (unknown which car) forever.

Ricky Crook advised me that he would be more then willing to take a polygraph regarding his knowledge in the Leah Freeman case.  I told him that I would talk with the detective who runs the polygraph and see if we could set up a date for one.

At approximately 1455 hours, I drove to 759 N. 9th Street, Coos Bay, Oregon and talked with Jean Boynton.  Ms. Boynton gave me the following information:  She was a school teacher in Coquille until she retired.  She does not want it known that she is a physic because she is not a crazy person she just has feelings and dreams about some things.  Ms. Boynton said she has done some readings since she retired and she knew Leah and her family through a cousin.  She believes M may be Matt Schull because he has that type of energy or it could be someone else.  She has seen this dream from Leah's point of view and from the point of view of the suspect.  She also feels the cabin may be past Fairview School towards Sumner.  In her dream she sees the following: *A van with two guys Leah knew slightly stopped and started joking, flirting with her.  She was mad at her boyfriend for not meeting her as planned so she joked a bit.  R. opened side door and invited her to come to a party with them.  She declined but he grabbed her and jerked her into the van with him.   She begged them (R and the driver M) to release her, thought of screaming, but no one was around to hear her. (Two versions of the dream:  In one they told her they were going to the party but would take her home after an hour. There were lots of kids laughing, drinking and doing drugs. They offered her a coke they had put ecstasy in.  When the drug took effect, she found her body responding which produced much pleasure and shame.  They messed around with*

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]          APPROVAL [                      ]
PAGE 10

002147                        002147                        002147

Bonk_000046

Exhibit 5049 at 10

002148                      002148                           002148

## COOS COUNTY SHERIFF'S OFFICE
### INCIDENT NARRATIVE / FILE NO: SO20-10627

*her getting her to do things she normally wouldn't do.  A few of the kids felt sorry for her but most enjoyed the show.  (The other version starts here.)  Then they drove her a ways away, stopped and got out the four wheeler which was in the back of the van, put her in-between the two of them and drove off.  The cool air partly revived her and she kicked off a shoe to leave a trail.*

*They took her to a reddish shack/cabin which is padlocked and seems deserted.  Only identifying landmark that I could see (Boynton says) was the huge power tower and lines cut through the woods.  They forced her to drink some more (with ecstasy).  They were drinking, taking that drug.  R got mean, very rough, did sick things, hurt her.  M raped her too but he kind of liked her and felt sorry for her so he was more gentle took time to keep R away from her.  He didn't want to hurt her but didn't know how to go against R and save his neck too.  It was a crazy sexual orgy.*

*It feels like the medium light van is parked behind a light blue house in Coquille, out of sight of the street.  They haven't used it lately and have cleaned it up.  They are now thinking about going back to the cabin, since it is feeling like the heat is off and they have gotten away with it.*

*It feels like they are local people.  Leah knew them; thought M was kind of cute, but thought they were both creepy, druggies, devil worshippers (black clothes?) R felt older, dark hair, good looking, maybe worked at Denney's, the police have arrested them before for some offenses.*

Ms. Boynton said in her dream: *Leah wants her family to know that she is o.k.  That she is whole and at peace, except for wanting the guys to be arrested so they won't hurt other girls and so her family can be at rest.  She feels so sad that her family and friends are feeling such pain.  She loves all of you so much.  She wants her sister to know that she always knew she loved her even when she was being mean...and not to feel guilty or worry.  It's O.K.  She wants her to have her favorite necklace.  She thanks mom for the rose and poem.  That was so touching.  Leah will do what she*

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]
PAGE 11

002148                      002148                           002148

Bonk_000047

Exhibit 5049 at 11

002149 002149 002149

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

*can to help you find her killer before moving on to the Light.*

Ms. Boynton gave me the above mentioned narrative on two sheets of paper and told me she had more information that she would write down and e-mail to me. On 01-28-10 at 1042 hours I received a two page continuation of Ms. Boynton's dream narrative. See the attached for more information.

At 1544 hours, I was asked to interview Seth V. Burch who was reported to be related in some fashion to the McGuffins. The report is that he had seen a burn pile at the McGuffins around the time of Leah's murder.

At approximately 1555 hours, I drove to 1090 Montgomery Street, Coos Bay, Oregon and talked with Seth Vessel Burch and his mother Angie D. Armstrong. I learned that Nick McGuffin is Seth's dad, Jeremy Burch's cousin. Seth said he was told by his dad that Nick was not involved that two other guys were. Seth said he was pretty young and does not remember much else. I asked Seth about the report that he had seen a burn pile at the McGuffins. He looked confused and said he does not remember a particular burn pile.

Angie said Kathy McGuffin called a few months ago because she wanted stuff regarding the case off of the internet. Angie said they have been helping with the Leah Freeman internet site. Angie said she remembers Seth coming home around the time of Leah's death saying Nick's girlfriend was killed in the woods by a "boogie man" but she did not know what that meant.

On 01-28-10 at approximately 0903 hours, I attended an investigators briefing at the Coquille Police Department regarding the Leah Freeman case. Det. Bowersox and I were assigned to locate and interview Sharee Diane Shelton at 1742 Arch Lane #B, Brookings, Oregon.

While driving down to Brookings Lt. Pat Smith called. He asked us to ask to interview Timothy Woosley. Woosley is now living at 96707 E. Harris Heights Road #A25, Brookings, Oregon. Mr. Woosley spent 20 years in prison for murder. In 1998 and 1999 he was reportedly involved in two rape cases but was not the suspect in either case. He had

REPORTING OFFICER [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]       APPROVAL [                        ]
PAGE 12

002149 002149 002149

**Bonk_000048**

Exhibit 5049 at 12

002150                                002150                              002150

13

## COOS COUNTY SHERIFF'S OFFICE
### INCIDENT NARRATIVE / FILE NO: SO20-10627

reportedly been seen with Leah near Farrs on the night she disappeared.

At approximately 1300 hours, we drove up to 1740 Arch Lane #B, Brookings, Oregon. No one was home at the Shelton residence so we drove to 96707 E. Harris Heights A25 to locate Mr. Woosley. We found that the two addresses are within a few hundred yards of each other although they are accessed from different roads. Mr. Woosley's son was home at this address and he advised that his dad is a caregiver at 1364 Hampton Road, Brookings, Oregon.

At approximately 1330 hours, we made contact with Brandon Shelton dob: █████████ at 1740 Arch Lane #B. Mr. Shelton said he is married to Shree Shelton and he is from Coquille. Mr. Shelton said he knows something about the Leah Freeman case and he would be glad to talk with us. We were able to get in touch with his wife, Shree who works at the Chase Bank. She said she would take her lunch break and drive home to talk with us.

Brandon Shelton gave the following in-substance statement: He remembers that there was a lot of acid in town (Coquille) that night. Leah went missing on his birthday, June 28th. Mr. Shelton said that he and four of his friends (Skyler McNair, Ryan Davidson) were at the Junior High hanging out. They did not see Leah or Nick that night. Nick came over at 8:00 a.m. the next morning. Nick did not look like he was anything but legitimately worried about Leah.

He was not with his wife back then she was from Coos Bay and he was from Coquille.

Nick pretty much hung out with Leah all of the time. Nick did have a temper.

He believes that Bill Sero, Alisha Mishaud and Tom Stemmerman may have had something to do with it.

Nick was hanging out with Brent Bartley at this time.

Nick was odd with his girlfriends, he was very controlling. After Leah he believes Nick was with a North Bend girl.

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]          APPROVAL [                    ]
PAGE 13

002150                                002150                              002150

Bonk_000049

Exhibit 5049 at 13



002151                                  002151                                  002151

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Mr. Shelton said Brent Bartley was really messed up after Leah came up missing.  He acted like something had changed in his life.

Shree Shelton arrived at the apartment; Det. Bowersox continued to talk with Mr. Shelton while I interviewed Ms. Shelton.  Ms. Shelton gave me the following information: Ms. Shelton said she was deep into drugs back in those days. She was hanging out with Denise -Leah's sister.

She remembers hearing a message from Alisha Mishaud on Tom Stemmerman's, voicemail saying "they are going to get you". Michelle, Tom Stemmerman's wife at the time played the message for her.  Ms. Shelton believes that Alisha Mishaud started the rumor that Tom Stemmerman had something to do with Leah Freeman's death.

Ms. Shelton said she was around Tom Stemmerman back then and he was violent and way into drugs.  Ericka Davidson was with Bill Sero back then.

Nick was doing pot back then; the way he acted was like she was just missing, he seemed to be over reacting.

Shree Shelton said that when she was hanging around with Kristen Steinhoff, Kristen told her that Leah had been run over and put in Stemmerman's attic.

Kristen told Shree that her uncle had killed a little boy - Jeremy Bright- and buried or threw him in a well.

Ms. Shelton said she and Kristen talked about the Stemmerman stories they had heard.  They think a couple of people walked down from Daniel LaPine's house on Dean Street looking for Leah.

Bill Sero was almost laughing at Nick for being out all night looking for Leah.

Ms. Shelton said from the stories she has heard she thinks that Kristen was involved along with Sero and Stemmerman. She has heard that Kristen's car was involved (a gray car). In all of the stories Nick was not involved.  But she is pretty sure Nick was involved.

---

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]
PAGE 14

002151                                  002151                                  002151

Bonk_000050

Exhibit 5049 at 14

002152                      002152                      002152

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Brandon Shelton said for the month Leah was gone, Nick was a mess.

Ms. Shelton said Kristen told her Leah was hit by a car and backed over again.  Later, she was told that Wayne McGuffin said his brother Nick was really acting weird the next night.

Mr. Shelton said that he heard Nick used to hit Leah.  He saw Nick and Leah together two days before at Daniel LaPine's house.  Nick usually drove the blue Mustang. Nick's dad would not let hardly anyone drive the T-Bird.

We asked Mr. and Ms. Shelton if they knew who had killed Leah Freeman.  They told us they do not know who killed her. We asked if they had been involved in killing Leah Freeman and they said no they had not.  They advised us to talk with Michelle Stemmerman, Bill Sero and Alisha Mishaud.

Ms. Shelton said she and Kristen injected drugs, did almost everything drug related.  They both went to school with Hernan Cortez's son Alberto Cortez.  Ms. Shelton said she got her meth from Tom Stemmerman.

Ms. Shelton said she called the police shortly after the incident and talked with an officer (unknown name) at Sturdivant Park in Coquille.

At approximately 1509 hours, I talked by phone with Timothy Woosley and he told me the following: He did not know Leah Freeman; he knows about the case but did not know the girl. He does not believe he was talking with her the night she disappeared.  Woosley said that Nancy Counts said that Jason Lucas (shot his self in the head) killed himself because of his part in the Leah Freeman murder.  He also heard that Kristen Steinhoff had something to do with the Leah Freeman case.  Mr. Woosley said we could contact him at any time in the future if we had more questions.

On 01-29-10 at approximately 0834 hours, I sent an e-mail to Zachary Elderkin at zacharyelderkin@yahoo.com asking him to contact me.

Investigators met at the Coquille Police Department to examine the evidence.  The evidence was taken into a room to

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791 ]
SHIFT [ 02 ]  DISTRICT [  ]      APPROVAL [                 ]
PAGE 15

002152                      002152                      002152

Bonk_000051
Exhibit 5049 at 15

002153                          002153                          002153

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

be removed from its packaging, examined and photographed.  I took digital photos of the evidence and they are attached to this report.  A copy of the photo CD is also attached to this report.

On 02-01-10 at approximately 0707 hours, I talked by phone with Ricky Crook.  I asked him if he was willing to submit to a polygraph examination on 02-03-10 at approximately 1400 hours.  Mr. Crook thought that was going to be okay and he would talk with his employers.

At approximately 1230 hours, I received Tom Stemmerman's phone number from Sgt. Toby Floyd.  The number is 503-507-5411.

On 02-02-10 at approximately 0900 hours, I left a message for Ricky Crook to advise him that the polygraph would take place at the Coos Bay Police Department.

At approximately 0924 hours, Det. John Riddle and I reviewed the Kristen Steinhoff video.

At approximately 1606 hours, I placed a telephone call to Tom Stemmerman at 503-507-5411 and left a message asking him to call me back.

On 02-03-10 at approximately 1314 hours, I met with Ricky Crook at the Coos Bay Police Department.  A polygraph of Mr. Crook was conducted by Detective Mike Tabor of the Oregon State Police.

At the end of the polygraph I learned from Det. Tabor that Mr. Crook was not being truthful about his answer to Det. Tabor's questions.  See Det. Tabor's attached report.  Mr. Crook was asked about the results of the test which indicated he was being deceptive; he insisted that he was being truthful.  (We later learned that Mr. Crook had sat outside prior to the polygraph and smoked some marijuana in order to face the polygraph.  It is unknown if this had something to do with his deceptive answers.)

At approximately 1518 hours, I learned from Det. John Riddle that Zachary Elderkin has a daughter, Page Elderkin who lives with her mother, Salina York in Eugene, Oregon.  They live at 655 Goodpasture Island Road #230, Eugene, Oregon;

REPORTING OFFICER  [Det. Daniel Looney  509 ]   DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]          APPROVAL [                  ]
PAGE 16

002153                          002153                          002153

Bonk_000052
Exhibit 5049 at 16

002154                                    002154                                    002154

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Phone: 541-517-9914.  I also learned that Mr. Elderkin may have an address of P.O. Box 32, Rollins, Montana (in Lake County).

On 02-04-10 at approximately 0814 hours, I placed a call to Salina York at 541-517-9914 regarding Zach Elderkin, I had to leave a message.  A short time later Ms. York called back to ask what I needed.  I advised her that I needed to find and talk with Zach Elderkin, the father of her daughter. Ms. York said she does not know his address but his phone number is 406-844-2027.  Ms. York told me that Zach said he couldn't come back to Oregon because he his afraid he will set into trouble about something that happened.  She does not know what happened but she does not want to be involved in any crimes he might be involved in.  She believes Elderkin is living in Montana.

On 02-05-10 at approximately 0706 hours, I placed a telephone call to the Lake County, Montana Sheriff's Office. I talked with Det. Dan Yonkin at 406-883-7329.  I asked Det. Yonkin if he could help me locate an address for Zachary David Elderkin or if they could locate his mother Wendy Nelson at 906 Big Lodge Road, in Rollins, Montana.  I advised Det. Yonkin that we were going to drive to Montana to locate and interview Mr. Elderkin.  I advised that everything we had found caused us to believe Elderkin is in the Rollins, Montana area.

On 02-06-10 at approximately 0616 hours, Sgt. Downing and I started for Rollins, Montana.  We arrived in the Lake County seat of Polson, Montana at approximately 2140 hours.

On 02-07-10 we met Det. Dan Yonkin at the Lake County Sheriff's Office.  While in the office talking with Det. Yonkin we learned from a Corrections deputy that he had recently observed Mr. Elderkin in the Rollins area driving a Gold in color mid 1990's Honda Accord.  He believed that Elderkin was probably living at 20312 Big Lodge Road.

At approximately 1327 hours, Sgt. Downing and I drove up the snow covered driveway to 20312 Big Lodge Road, Rollins, Montana.  We observed a person we recognized from photographs as Zachary Elderkin standing beside a small tin covered shed.  This shed we later learned is Zach and his wife Shannon's one room home.

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]
PAGE 17

002154                                    002154                                    002154

Bonk_000053

Exhibit 5049 at 17



## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Zachary Elderkin gave us the following in-substance statement:  He had owned a 1999 KIA Safia 4 door car that was blue in color but in some light it looked like it was purple.

Mr. Elderkin told us that Kristen Steinhoff had borrowed his KIA Safia the night that Leah Freeman disappeared.  He had his daughter that weekend and he was not partying because he had his daughter. Back then he was using drugs and hanging around with Heather Mullins.  Elderkin said he dated Heather for a couple of weeks and that is how he met Kristen and came to let her borrow his car.

Kristen asked to borrow his car and he said okay but he needed her to take him and his daughter home (near Greenacres corner).  Kristen was driving when they were at the gravel pullout (Near the old Maytag store) when Kristen pulled off because she saw Nick McGuffin.  McGuffin was pacing back and forth near a vehicle that he thought McGuffin belonged to (probably one of the vehicles that were normally parked there).  Kristen got out and talked with McGuffin while Elderkin and his daughter stayed in the car. Elderkin said he believes it was still daylight around 4:00-8:00 p.m. but he said it was a long time ago and he was not sure of the time.  When Kristen got back into the car she said McGuffin has not seen his girlfriend and he was worried about her.

Kristen took Elderkin and his daughter home.  Elderkin said he was living with his brother, Joe Clifton and his wife Carrie near Greenacres.  Elderkin said he told Kristen to have his car back to him by 1:00 a.m. but did not get it back until 3:00 or 4:00 a.m.  When Kristen brought his car back he was mad at her because she was going to make him late for his job in Eugene.  Elderkin said he did not remember that there was anything wrong with the car when he got it back and did not remember any odd smells or stains in or around the car. Elderkin said he did not ask Kristen why she was back late with the car.

I advised Elderkin that Kristen said she had to purchase and use an air freshener in his car because she had smoked in it.  Elderkin look surprised and commented that he smoked in

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]       APPROVAL [                    ]
PAGE 18

Bonk_000054

Exhibit 5049 at 18

002156                            002156                            002156

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

his car and even smoked pot in his car and she knew it so there was no reason to purchase air freshener.

Elderkin said that a couple of weeks after Leah Freeman came up missing he left the area to move to the Eugene/Springfield area. Elderkin said he did not know that Freeman had been found. Shortly after moving a girl named Rosanna had been driving his car on a road near the coast when she got into a minor accident. The car was repossessed and he has not seen it since. Elderkin said he still owes money on the KIA Safia even though it was repossessed.

Elderkin said he stayed in Eugene until September and over the space of the next few years he moved out of state to Montana, back to Coos Bay, to Montana, then to Alaska.

We asked Elderkin about his comment to his ex that he had to stay out of Oregon because of something that had happened in Oregon. Elderkin said he stayed out of Oregon because of his work and it had nothing to do with the Leah Freeman case.

Elderkin advised that we could have just called him although when asked he knew that the Kenai Police and Det. Bowersox had been trying to get in touch with him.

On 02-08-10 at 1549 hours, Det. Riddle called Sgt. Downing and I to tell us that he had located the current owner of the purple KIA Safia (OR) WZB143. It belonged to Gayle Carver at 19852 Sheppard Road, Clatskine, Oregon. Ms. Carver said he daughter Rachael drives the KIA and works at the Safeway store in Clatskine.

On 02-09-10 at approximately 1042 hours, Sgt. Downing and I met with Rachael Ann Carver at the Safeway store in Clatskine where she allowed us to take detailed photographs of the inside and outside of her car. She told that her uncle Steve Burleson had purchased the car in 2007 from a man in Salem, Oregon. It had 87,000 miles when it was purchased by her uncle and now it has 131,320 miles on it. We also noticed that there was a big stain in the back seat that Rachael said was there when she got the car. Rachael said there was damage to the left front of the car when she got it but a more recent accident had added to the damage there.

REPORTING OFFICER [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]        APPROVAL [                    ]

PAGE 19

002156                            002156                            002156

Bonk_000055

Exhibit 5049 at 19

002157                         002157                          002157

# COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

At approximately 1217 hours, I talked by phone with Tom Stemmerman (503) 507-5411 and we arranged to meet with him at his residence.

At 1503 hours, Sgt. Downing and I interviewed Tom Stemmerman at his residence in space #116 at 16205 S.E. Kreader Road, Dayton, Oregon. Mr. Stemmerman gave us the following in-substance statement: Stemmerman said during the time period when Leah Freeman was killed he was using methamphetamine heavily. He is now clean and is willing to answer any of our questions and when asked was more than willing to submit to a polygraph.

We asked Stemmerman if he had any direct knowledge regarding what had happened to Leah Freeman or who had killed her. He told us that the only information he has are the stories he has heard. One story was that Bill Sero had something to do with her death. About the time he heard this story he was hearing that his name was being bantered about as being involved in her death. Stemmerman said he had absolutely nothing to do with the disappearance or death of Leah Freeman.

Tom Stemmerman said he had heard that Leah was injured and had been hidden in his house but to his knowledge this was not true. Stemmerman assured us that if Leah had ever been hidden on his property he would have known about it. He said he was so loaded and paranoid all of the time back then that he did not stray far from his residence.

We asked Stemmerman if he remembered the following people: Kristen Steinhoff, Bent Bartley, Danny LaPine, or Leah Freeman. He said he did not know these people but said that Nick McGuffin may have been to his house once. He did know Bill Sero, Alisha Mishaud, Rowdy Howard, Shree Bolger, Hippy Mike and he met Leah's sister, Denise after he got into trouble. He said he saw Denise at someone's house and Denise accused him of having something to do with Leah's death.

Stemmerman said he heard from Bill Sero's ex-girlfriend or wife (they have a kid together) that Bill had gone out the next day (after her disappearance) looking for Leah Freeman.

REPORTING OFFICER  [Det. Daniel Looney  509 ]  DPSST  [ 16791  ]
SHIFT [ 02 ]  DISTRICT [  ]      APPROVAL [                    ]
PAGE 20

002157                         002157                          002157

Bonk_000056
Exhibit 5049 at 20

002158                    002158                    002158

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

Stemmerman said he has already been interviewed about Leah Freeman by Officer Cal Mitts. He said when he lived on Libby he had a trailer in front of his house which had Bill Sero's clothes stored in it. The clothes had weird stains on them and he had given the clothes to the police.

Stemmerman said he heard three or four rumors about what happened to Leah Freeman. 1) One rumor was that there was a fight between numerous people. 2) Another rumor was that there was a fight, Leah left and was hit by a car. 3) Another rumor was that McGuffin's dad was involved. 4) The last rumor was that there are two odd acting brothers living in Fairview and they may have done something to Leah.

Stemmerman said he believes Scott Hamilton might know something but did not elaborate about this comment.

Stemmerman said that Rowdy Howard and Hippy Mike were the type that beat someone up if there was a drug debt.

Stemmerman said he was considered the old person with the younger kids in Coquille and did not hang around with them much. He said he had his DNA taken at the same time Rowdy Howard did. Stemmerman again said he is more then willing to take a polygraph regarding the Leah Freeman case.

On 02-10-10 at approximately 1151 hours, I received a telephone call from Tom Stemmerman regarding the Leah Freeman case. He said he had been thinking about the case and he had heard something about a sweatshirt and that 3 or 4 people were involved, they had put her in a trunk after they all took shots at her (so they were all just as involved).

Stemmerman said that Alisha and Sero acted odd after Leah disappeared and was found dead. He said Alisha was normal when she was 17-18 years old but when she became involved in drugs she went off the deep end.


STATEMENTS:

See the observations section.


REPORTING OFFICER [Det. Daniel Looney 509 ]  DPSST  [ 16791   ]
SHIFT [ 02 ]  DISTRICT [   ]        APPROVAL [                        ]
PAGE 21

002158                    002158                    002158

Bonk_000057
Exhibit 5049 at 21

## COOS COUNTY SHERIFF'S OFFICE
## INCIDENT NARRATIVE / FILE NO: SO20-10627

ACTION(S) PENDING:

Refer to District Attorney R. Paul Frasier and to the
Coquille Police Department.

REPORTING OFFICER   [Det. Daniel Looney  509 ]   DPSST   [ 16791   ]
SHIFT [ 02 ]  DISTRICT [  ]           APPROVAL [                          ]
PAGE 22

Bonk_000058
Exhibit 5049 at 22