**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>        Plaintiffs,<br>         v.<br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>        Defendants. | Case No. 6:20-cv-01163-MK<br><br><br><br><br><br>**Exhibit 5050**<br>Emler, Jenkins, West,<br>and Sero Polygraph Reports |

## OREGON STATE POLICE
## POLYGRAPH EXAMINATION

GHQ Case #00-255176

Captain Ed Mouery, Investigative Services

E: 07-27-00

ARDING: MISSING PERSON INVESTIGATION

MINATION
UESTED BY: Officer David Hall, Coquille Police Department

MINATION
DUCTED AT: Coos County Community Corrections

MINER/I.D.#: Mark D. Ranger, 1285-37

IE: EMLER, JOSHUA D.    DOB: ▇▇▇
454 N. Irving Street
Coquille, OR 97423

ER: Coquille Police Department Case No. 00-1905

TIM: FREEMAN, LEAH    DOB: 10-29-84
1173 N. Knott Street
Coquille, OR 97423

TE OF
CURRENCE: 06-28-00

UE: On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Joshua Emler is a friend of Leah's and Leah's boyfriend, Nick McGuffin. Joshua Emler agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

E-TEST
ERVIEW: At 4:30 p.m. on 07-27-00, Joshua Emler contacted me at Coos County Community Corrections

Joshua Emler stated in substance that he was present to take a polygraph about Leah's disappearance. He denies any involvement or knowledge in Leah's disappearance.

1

Exhibit 5050 at 1

OREGON STATE POLICE
POLYGRAPH EXAMINATION

GHQ Case #00-255176

TO:                          Captain Ed Mouery, Investigative Services

DATE:                        07-27-00

REGARDING:                   MISSING PERSON INVESTIGATION

EXAMINATION
REQUESTED BY:   Officer David Hall, Coquille Police Department

EXAMINATION
CONDUCTED AT:   Coos County Community Corrections

EXAMINER/I.D.#:   Mark D. Ranger, 1285-37

NAME:            EMLER, JOSHUA D.        DOB:
                 454 N. Irving Street
                 Coquille, OR 97423

REFER:           Coquille Police Department Case No. 00-1905

VICTIM:          FREEMAN, LEAH      DOB:
                 1173 N. Knott Street
                 Coquille, OR 97423

DATE OF
OCCURRENCE:      06-28-00

ISSUE:           On the morning of 06-29-00, Leah Freeman was reported missing
                 from the City of Coquille. Leah Freeman was last seen alive shortly
                 after 9:00 p.m. on 06-28-00. Joshua Emler is a friend of Leah's and
                 Leah's boyfriend, Nick McGuffin. Joshua Emler agreed to submit to
                 a polygraph examination at the request of Officer David Hall of the
                 Coquille Police Department.

PRE-TEST
INTERVIEW:       At 4:30 p.m. on 07-27-00, Joshua Emler contacted me at Coos
                 County Community Corrections.

                 Joshua Emler stated in substance that he was present to take a
                 polygraph about Leah's disappearance. He denies any
                 involvement or knowledge in Leah's disappearance.

1

Exhibit 5050 at 2

Emler further related that on the day Leah disappeared, he was at the Fast Stop in Coquille with some friends. Aaron West came by and picked him up and they drove out to the millpond around 7:00 to 7:30 p.m. Nick came out to the millpond and was in his Mustang. Around 8:00 to 9:00 p.m., Nick left to go pick up Leah. Later that night he saw Nick at the Fast Stop and a second time he saw Nick in town Nick was driving the T-Bird.

**INSTRUMEN-TATION:** Joshua Emler was examined on an Axciton Computer Polygraph.

**RELEVANT QUESTIONS:**

#1 Did you have any direct involvement in Leah's disappearance?

No.

#2 Has anyone told you that they are responsible for Leah's disappearance?

No.

#3 Are you deliberately concealing information about Leah's disappearance to protect someone?

No.

**RESULTS AND CONCLUSIONS:** There were consistent truthful responses to the previously listed relevant question. Therefore, it is this examiner's opinion that Joshua Emler is being truthful in his responses to the relevant questions.

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:   Officer David Hall, Coquille Police Department
MDR: pc

2

Exhibit 5050 at 3

PAGE: 3

OSP CASE NO:    00 255176

DATE:    7/27/00

## OREGON STATE POLICE
## POLYGRAPH EXAMINATION

TO:    Captain Ed Mouery, Investigative Services

RE:    MISSING PERSON INVESTIGATION

EXAMINATION REQUESTED BY:    Dean Perske, Detective
Oregon State Police, Roseburg

EXAMINATION CONDUCTED AT:    Coquille Office, Parole & Probation

EXAMINER/ID:    Det. Steven M. Hebner
General Licensed Polygraph Examiner – 1296  WD 411

NAME:    JENKINS, DAVID JEROME    DOB: ███
WMA, 5'4", 175 lbs., Brown Eyes, Brown Hair

ADDRESS:    1164 N. Grape, #4. Coquille, OR

REFER:    Oregon State Police, Case No. 00 255176
Coquille Police Dept., Case No. 00 1905

VICTIM:    FREEMAN, LEAH    DOB: ███
1173 N. Knott St., Coquille, OR   97425

DATE OF
OCCURRENCE:    6/28/00

LOCATION OF
OCCURRENCE:    Unk.

ISSUE:    On the morning of June 29, 2000, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 pm on June 28, 2000. David Jenkins is a friend and associate of Leah's boyfriend Nicholas McGuffin. He agreed to submit to a polygraph examination at the request of Det. Dean Perske.

PRE-TEST
INTERVIEW:    At about 3:00 pm on July 27, 2000, David Jenkins contacted me at the Coquille Office of Parole and Probation. Mr. Jenkins told me he was friends with Nick McGuffin and he knew Leah and her sister and he wants

Exhibit 5050 at 4

POLYGRAPH EXAMINATION
CASE NO:  00 255176
PAGE 4

to know what happened to her.  That he does not know what happened to Leah or where she is.  I asked him if he was suspicious of anyone who had done anything to Leah that resulted in her disappearance.  He told me he had no idea where she was because she was very popular and everyone liked her.  He told me on the evening that Leah disappeared he met Nick McGuffin early and this had occurred before dark.  When he met Nick he was with Aaron and Josh.  They were riding in Aaron's car.  They all met at the Fast Mart in Coquille.  At the time Nick was driving his car which was a blue Mustang.

After meeting they all went to the Mill Pond and smoked pot, returning to town at about 8:10 pm.  Again, they were at the Fast Mart.  Nick said he was late to go pick up Leah so he took off enroute to go get her.  He returned approximately three to five minutes later to the Fast Mart and asked if anyone had seen Leah.  They told him they had not seen her.  At that time he was still in the blue Mustang.  He had gone to pick up Leah at some girlfriend's house, either by the name of Shelly or Sherry, he was not sure of the first name.  Nick again left, this time to go look for Leah.  He came back in about fifteen or twenty minutes still in the Mustang and asked if they had seen Leah walking by.  They all told him no.  He left again for about forty-five minutes to an hour and returned in his mom's car which he described as a red Thunderbird.  Still looking for Leah.  Except this time Nick appeared very upset, almost frantic to the point of crying.  He asked if we had seen Leah.  He again left, stating he was going to go look for her.  That is the last time he saw Nick that evening.

Shortly after that, Aaron took him home.  He recalled arriving home at about 10:15 pm.  He remembered distinctly arriving home at around 10:30 pm.  He did comment he had seen Nick last night and said he was doing ok.

**INSTRUMENTATION:**    David Jenkins was examined on a computerized Axciton Polygraph.

**RELEVANT QUESTIONS:**

1.  Has anyone told you that they are responsible for Leah's disappearance?

    Answer:        No

2.  Are you deliberately concealing information about Leah's disappearance?

    Answer:        No

Exhibit 5050 at 5

POLYGRAPH EXAMINATION
CASE NO:  00 256764
PAGE 5

3.     Did you have any direct involvement in Leah's disappearance?

       Answer:          No

**RESULTS AND CONCLUSIONS:**

Based on evaluation of the polygraph charts, it is my opinion that David Jenkins is being truthful concerning his responses to his relevant questions asked.  Questions other than those listed were used on the test to evaluate responses, but no decision as to truth or deception is made on those questions.

An Axciton computerized polygraph was used for this examination and the physiological responses were evaluated using a program developed at the Applied Physics Laboratory at Johns Hopkins University.  Conclusions reached from this test are the result of standard numerical scoring, in addition to computer analysis.

**POST-TEST INTERVIEW:**

David Jenkins was advised by me of the results of the polygraph examination after which time he left the Coquille Parole and Probation Department and I had no further contact with him.

Steven M. Hebner, Detective – 1296-25

cc:   Dean Perske, Detective, Oregon State Police, Roseburg

Exhibit 5050 at 6

## OREGON STATE POLICE INCIDENT REPORT

PAGE _____ of _____

**REPORT TYPE:**

☐ INITIAL REPORT
☒ SUPPLEMENTAL

**DISTRIBUTION:** ☐ GHQ Criminal ☐ GHQ F&W ☐ GHQ Patrol
☐ ID Documents ☐ ID Prints ☐ District_____ ☐ Explosives
☐ Lab _____ ☐ DA _____
☒ Other _Capt Ed Mowery - GHQ: Steve Hebner;_
_Dean Perske - Roseburg OSP_

INCIDENT # [CAD#] SP00-255/76

ASSOCIATED OSP #'s/_____

OTHER AGENCY #'s/_____

OFFENSE/ORS/ _Missing Person_ ____Occr/ _1_ Co/ _Doug_ Status/ _Comp_

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION / CLOS/A -CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED
SERVICE COMPLETE   INAC-OPEN/INACTVE/NO FURTHER INVESTIGAITON   UNFD-CLOSED UNFOUNDED   NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSED PROSECUTION   DTH-OFFENDER DECEASED

**DES**

ADDITIONAL OFFENSES/

_____Occr/____ Co/_____Status/_____

_____Occr/____ Co/_____Status/_____

_____Occr/____ Co/_____Status/_____

(SEE NARRATIVE FOR ADDITIONAL OFFENSES: ☐ YES ☐ NO)

**MDT**

**MCT**

**SOR**

LEAD/ORIG. AGENCY/ _OSP-Roseburg_ ____DATE/TIME REPORTED TO OSP/_____

DATE/TIME OF THIS REPORT/ _7/27/00_ _1500_ ____DATE/TIME OF OCCURRENCE/_____

**HITS**

IF SUPPLEMENTAL:      DATE/TIME ORIGINAL REPORT/_____

**Polygraph** ✗

ORIGINAL SUBJECT OF REPORT/_____

SUBJECT OF THIS REPORT/_____

**CCFU**

VICTIM/SUSPECT/ _Jenkins       David       Jerome_
Last,          First          Middle
(ADDITIONAL VICTIMS: ☐ YES ☐ NO)
(CO-DEFENDANTS: ☐ YES ☐ NO)

**AES**

LOCATION OF INCIDENT/ _1rst Coquille_ ____COUNTY/ _Doug_

**Misc. Flag**

LOCATION TYPE (Premise)/ _street_

**Misc. Flag**

METHOD OF ENTRY/_____
(list for each appropriate offense)

TOTAL LOSS/_____        TOTAL DAMAGE/_____

**Other DE** [For Field Office Use]

**DOMESTIC VIOLENCE?** ☐ YES        **THEFT BY COMPUTER?** ☐ YES

GANG INVOLVEMENT? ☐ YES describe_____

**OSP DE** Date/Initial

BIAS MOTIVATION? ☐ YES describe_____

WEAPON USED? ☐ YES describe_____

UNDER INFLUENCE OF:
Alcohol? ☐ YES ☐ UNKNOWN    Drugs? ☐ YES describe_____

The named child in this report is presently a runaway and I certify that I am the parent/legal guardian.

**UCR OK** Date/Initial

Child/_____    Parent/Guardian/_____
(PRINT ONLY)  Last,    First    Middle    (PRINT ONLY)  Last,    First    Middle

Signature/_____    Date/_____

REPORTING OFFICER/ _____ BPSST#/ _20999_ DATE/ _8/4/00_
250
STN/ _Springfield_ APPROVED/ _____ DATE/ _8/7/00_

Exhibit 5050 at 7

INCIDENT # OO 255/76          **PERSON PAGE**          PAGE 2 of 5

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTERSET  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER _____

PERSON #____   NAME/ _____Jenkins_____David_____Jerome_____
                                   Last                   First                   Middle
CODE/ _S____   AKA/NICKNAME/ _____
               ADDRESS/ ___1164 N Grape # 4_____
               CITY/ST/ZIP/ __Coquille OR 97425__ PHONE/ _____

DL#/ _____ ST/ ____ SOC/ _____ FBI/ _____
SID/ _____ LOCAL ID#/ _____. RES STATUS/ ☐ YES  ☐ NO  ☐ UNK
SEX/ __M___ RAC/ _W___ ETHNICITY/ __U_____ DOB/ ██████ HEIGHT/ 504
WEIGHT/ _175___ HAIR/ BRO___ EYES/ BRO___ SKIN COLOR/ _____
SCARS, MARKS, TATOOS/ _____
EMPLOYER/ _____ WORK HOURS/ _____
ADDRESS/ _____ PHONE/ _____
KNOWN ASSOCIATES/ _____
RELATION TO ASSOC/ _____ CLOTHING/. _____
CAUTIONS/ _____ CORR. STATUS/ _____ POB/ _____

REMARKS/ _____

**\* \* Victim/Missing Persons Only \* \***

INJURY TYPE/ _____ INJURY LEVEL/ _____
RELATIONSHIP TO OFFENDER/ _____
MISSING PERSON TYPE/ _____ MISSING PERSON STATUS/ _____
SUSPECTED FOUL PLAY? ☐ YES  ☐ NO  ☐ UNKNOWN      MISSING PREVIOUSLY? ☐ YES  ☐ NO
RECOVERY CIRCUMSTANCES/ _____

CODES/ V - VICTIM  MP - MISSING PERSON  C - COMPLAINANT  S - SUSPECT  PI - PERSON OF INTERSET  ARR - ARRESTED BY OTHER AGENCY  PS - PUB SAFTEY OFCR
M - MENTIONED  W - WITNESS  P - PASSENGER  D - DRIVER  OWN - OWNER  OT - OTHER _____

PERSON #____   NAME/ _____
                                   Last                   First                   Middle
CODE/ _____   AKA/NICKNAME/ _____
               ADDRESS/ _____
               CITY/ST/ZIP/ _____ PHONE/ _____

DL#/ _____ ST/ ____ SOC/ _____ FBI/ _____
SID/ _____ LOCAL ID#/ _____ RES STATUS/ ☐ YES  ☐ NO  ☐ UNK
SEX/ _____ RAC/ _____ ETHNICITY/ _____ DOB/ _____ HEIGHT/ _____
WEIGHT/ _____ HAIR/ _____ EYES/ _____ SKIN COLOR/ _____
SCARS, MARKS, TATOOS/ _____
EMPLOYER/ _____ WORK HOURS/ _____
ADDRESS/ _____ PHONE/ _____
KNOWN ASSOCIATES/ _____
RELATION TO ASSOC/ _____ CLOTHING/ _____
CAUTIONS/ _____ CORR. STATUS/ _____ POB/ _____

REMARKS/ _____

**\* \* Victim/Missing Persons Only \* \***

INJURY TYPE/ _____ INJURY LEVEL/ _____
RELATIONSHIP TO OFFENDER/ _____
MISSING PERSON TYPE/ _____ MISSING PERSON STATUS/ _____
SUSPECTED FOUL PLAY? ☐ YES  ☐ NO  ☐ UNKNOWN      MISSING PREVIOUSLY? ☐ YES  ☐ NO
RECOVERY CIRCUMSTANCES/

Exhibit 5050 at 8

## OREGON STATE POLICE
### POLYGRAPH EXAMINATION

GHQ Case #00-255176

**TO:** Captain Ed Mouery, Investigative Services

**DATE:** 07-27-00

**REGARDING:** MISSING PERSON INVESTIGATION

**EXAMINATION REQUESTED BY:** Officer David Hall, Coquille Police Department

**EXAMINATION CONDUCTED AT:** Coos County Community Corrections

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:** WEST, AARON D.  DOB: ▇▇▇▇
58862 Old Beaver Hill Road
Coquille, OR 97423

**REFER:** Coquille Police Department Case No. 00-1905

**VICTIM:** FREEMAN, LEAH  DOB: 1▇▇▇▇
1173 N. Knott Street
Coquille, OR 97423

**DATE OF OCCURRENCE:** 06-28-00

**ISSUE:** On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Aaron West is an acquaintance of Leah's and Leah's boyfriend, Nicholas McGuffin. West agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST INTERVIEW:** At 2:50 p.m. on 07-27-00, Aaron West contacted me at Coos County Community Corrections

Aaron West stated in substance that he was present to take a polygraph examination because the police want to know if he knows anything about what happened to Leah. He denies any involvement or knowledge as to what happened to Leah.

1

Exhibit 5050 at 9

West further related on the day that Leah disappeared he was at the Fast Stop Market in Coquille between the hours of 7:00 p.m. and 7:30 p.m. From there he drove out to the millpond with Emler and Jenkins. Nick McGuffin went out there also in his Mustang. Around 9:00 p.m. McGuffin said he had to go pick up Leah. Later that evening he saw McGuffin at the Fast Stop and McGuffin had asked him if he'd seen Leah. Later that evening he saw McGuffin driving around in a Thunderbird.

**INSTRUMEN-TATION:**  Aaron West was examined on an Axciton Computer Polygraph.

**RELEVANT QUESTIONS:**

#1  Did you have any direct involvement in Leah's disappearance?

No.

#2  Has anyone told you that they are responsible for Leah's disappearance?

No.

#3  Are you deliberately concealing information about Leah's disappearance to protect someone?

No.

**RESULTS AND CONCLUSIONS:**  There were consistent truthful responses to the previously listed relevant questions. Therefore, it is this examiner's opinion that Aaron West is being truthful in his responses to the relevant questions.

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:   Officer David Hall, Coquille Police Department
MDR: pc

2

Exhibit 5050 at 10

MAR 1 9 2002

5

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

**GHQ Case #00-255176**

**TO:** Captain Ed Mouery, Investigative Services

**DATE:** 03-12-02

**REGARDING:** MURDER INVESTIGATION

**EXAMINATION REQUESTED BY:** Detective Ray Nichols, Coquille Police Department

**EXAMINATION CONDUCTED AT:** Coos County Jail

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:** SERO, WILLIAM R.    DOB: █████
12440 Burchard Drive
Port Orchard, WA

**REFER:** Coquille Police Department Case No. 00-1905

**VICTIM:** FREEMAN, LEAH   DOB: ██████

**DATE OF OCCURRENCE:** 06-28-00

**ISSUE:** On the morning of 6-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Leah Freeman's remains were subsequently recovered in Coos County. William Sero was identified as a possible suspect in this investigation and he agreed to submit to a polygraph examination at the request of the investigators.

**PRE-TEST INTERVIEW:** At 11:45 a.m. on 3-12-02, I contacted William Sero at the Coos County Jail.

William Sero stated in substance that he was present to take a polygraph examination because he wanted to eliminate himself as a suspect in Leah Freeman's murder.

Sero denies any involvement in Leah's murder.

**INSTRUMEN- TATION:** William Sero was examined on an Axciton Computer Polygraph.

1

**RELEVANT
QUESTIONS:**    #1   Did you kill Leah?

No.

#2   Did you have any direct involvement in Leah's death?

No.

**RESULTS AND
CONCLUSIONS:**  No deception indicated.

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:    Detective Ray Nichols, Coquille Police Department
MDR: pc

2