**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

      Plaintiffs,

      v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

      Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5053**
Interview of Heather McMullen
by Officer McNeely

City of
**Coquille**
POLICE
People Serving People Since 1885

Mark J. Dannels
*Chief of Police*

Distribution:

___ DA · Juv SCF Mental

___ P&P Animal Med Exa

___ other ( _____ )

**Incident Report:** Q20001905

*Current As Of:* Thursday, September 30, 2010

Approved By:

Signature

_____ Badge

═══════════════════════════════════════════════════

## *Single Continuation Report*

═══════════════════════════════════════════════════

### Summary

During the months of July and August, 2010, Officer McNeely and I interviewed the following people: Heather McMullen, Pamela Smith, Polly Parks, Daniel Lapine, Stacy Williams, Zack Elderkin, Cynthia Jones, Dawn Potter, Tosha Ekblad, Jesse Smisek, Carmen Bastendorf-Conn, Joe Clifton, Martha Brugnoli, David Breakfield, Ashley Slagle, Taycee Amelung, John Gatzke and Doobie Marbut. This report documents those interviews.

### Mentioned

### Action Taken

HEATHER MCMULLEN:

( July 26, 2010 at approximately 1435 hours, Officer McNeely and I spoke with Heather McMullen at 1403 Dover Rd. in Myrtle Point. McMullen is the mother of Kristin Steinhoff, a person of interest in this case. We asked McMullen what she recalled from the night of Leah's disappearance.

McMullen said she had met Leah at some point but didn't know her well. McMullen said she did know Nick McGuffin, Ricky Crook, Stephanie Toff and Hidey Crook. McMullen said she was seeing Zack Elderkin at the time of Leah's disappearance.

McMullen said she specifically recalled the night Leah went missing because Kristin had borrowed Elderkin's purple Kia car that night. McMullen said Elderkin stayed at her house with her after taking home his child with Kristin. According to McMullen, Elderkin had to be to work in Eugene in the morning and told Kristin to bring back the car in time for him to get to work. McMullen said Elderkin began worrying about his car in the early morning hours.

McMullen said she recalls Kristin coming home in Elderkin's car at "the crack of dawn" with Nick McGuffin and Ricky Crook. McMullen said Kristin told Elderkin she was late because they had been out all night looking for Leah.

McMullen said some time later she asked Kristin about Leah and if she had been involved in any way. McMullen said Kristin broke down and started crying but denied any involvement.

PAMELA SMITH:

On July 27, 2010 at approximately 1105 hours, Officer McNeely and I spoke with Pamela Smith at the Coos Bay Police department. Smith is the daughter of Polly Parks and she recalls the time period around when Leah went missing and knew Ricky Crook, Nick McGuffin and others hanging

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD018355

Exhibit 5053 at 1