**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,
          v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5057**
Bartley Polygraph Reports

7

# OREGON STATE POLICE INCIDENT REPORT    PAGE _1_ of _4_

**REPORT TYPE:**

☒ INITIAL REPORT
☐ SUPPLEMENTAL

| DISTRIBUTION: | ☒ GHQ Criminal | ☐ GHQ F&W | ☐ GHQ Patrol |
|---|---|---|---|
| ☐ ID Documents | ☐ ID Prints | ☐ District_____ | ☐ Explosives |
| ☐ Lab _____ | ☐ DA _____ | | |
| ☒ Other _Coquille PD_ | | | |

INCIDENT # [CAD#] SP 00-255176

DES
MDT
MCT
SOR
HITS
Polygraph _Yes_
CCFU
AES
Misc. Flag
Misc. Flag
Other DE (For Field Office Use)
OSP DE Date/Initial _7-12-00 SK_
UCR OK Date/Initial

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ _Coquille PD # 00-1905_

OFFENSE/ORS/ _Polygraph Exam / Missing Person_ Occr/ _1_ Co/ _Coos_ Status/ _Comp_
STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION  CLOS/A -CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED
SERVICE COMPLETE  INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION  UNFD-CLOSED UNFOUNDED  NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSED PROSECUTION  DTH-OFFENDER DECEASED

ADDITIONAL OFFENSES/ _____

_____ Occr/____ Co/_____ Status/_____

_____ Occr/____ Co/_____ Status/_____

_____ Occr/____ Co/_____ Status/_____

(SEE NARRATIVE FOR ADDITIONAL OFFENSES: ☐ YES ☐ NO)

LEAD/ORIG. AGENCY/ _Coquille PD_      DATE/TIME REPORTED TO OSP/ _070500_

DATE/TIME OF THIS REPORT/ _070500_      DATE/TIME OF OCCURRENCE/ _070500/12P_

IF SUPPLEMENTAL:     DATE/TIME ORIGINAL REPORT/_____

ORIGINAL SUBJECT OF REPORT/_____

SUBJECT OF THIS REPORT/_____

VICTIM/SUSPECT/ _Bartley,   BRENT   W._
                      Last,          First          Middle      (ADDITIONAL VICTIMS: ☐ YES ☐ NO)
                                                                (CO-DEFENDANTS: ☐ YES ☐ NO)

LOCATION OF INCIDENT/ _Coquille PD_      COUNTY/ _Coos_

LOCATION TYPE (Premise)/ _Police Dept-_

METHOD OF ENTRY/_____
                      (list for each appropriate offense)

TOTAL LOSS/_____     TOTAL DAMAGE/_____

DOMESTIC VIOLENCE? ☐ YES          THEFT BY COMPUTER? ☐ YES

GANG INVOLVEMENT? ☐ YES describe_____

BIAS MOTIVATION? ☐ YES describe_____

WEAPON USED? ☐ YES describe_____

UNDER INFLUENCE OF:
Alcohol? ☐ YES   Drugs? ☐ YES describe_____     ☐ UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party.

Subject/_____          Reporting Party/_____
        (PRINT ONLY) Last,  First  Middle                (PRINT ONLY) Last,  First  Middle

Signature/_____          Date/_____

Exhibit 5057 at 1

REPORTING OFFICER/ _Mark Ranger_      BPSST#/ _20480_  DATE/ _070500_

# OREGON STATE POLICE
## POLYGRAPH EXAMINATION

**GHQ Case #00-255176**

**TO:** Captain Ed Mouery, Investigative Services

**DATE:** 07-05-00

**REGARDING:** MISSING PERSON INVESTIGATION

**EXAMINATION REQUESTED BY:** Officer David Hall, Coquille Police Department

**EXAMINATION CONDUCTED AT:** Coquille Police Department

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:** BARTLEY, BRENT W.    DOB: ███████
440 E. Ninth Street
Coquille, OR 97423

**REFER:** Coquille Police Department Case No. 00-1905

**VICTIM:** FREEMAN, LEAH    DOB: ███████
1173 N. Knott Street
Coquille, OR 97423

**DATE OF OCCURRENCE:** 06-28-00

**ISSUE:** On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Brent Bartley is a friend of Leah's and of Leah's boyfriend, Nick McGuffin. Brent Bartley agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST INTERVIEW:** At 12:00 p.m. on 07-05-00, Brent Bartley contacted me at the Coquille Police Department.

Brent Bartley stated in substance that he was present to take a polygraph examination about Leah who was missing. He has no clue what happened to her. He doesn't believe she ran away and he doesn't suspect anyone in her disappearance.

Exhibit 5057 at 2

1

*9*

Bartley further related that on the night of the disappearance he and his friend, Nick McGuffin, dropped Leah off at her friend's house around 7:00 to 7:30 p.m. in Coquille.  Nick McGuffin is Leah's boyfriend.  From there they went and picked up his (Bartley's) girlfriend and they went to his grandparents' home.  At around 9:00 p.m. Nick left to pick up Leah at her friend's house.  Nick returned around 10:30 p.m. and said he couldn't find Leah and had searched all over town.  That evening he searched with Nick until about 2:00 a.m.

Bartley described Nick as being, "nervous as hell and scared shitless".

Bartley denies any involvement in Leah's disappearance.

**INSTRUMEN-
TATION:**     Brent Bartley was examined on an Axciton Computer Polygraph.

**P.O.T.**

**TEST #1**

**QUESTIONS:**     #1     Do you know if Leah left the United States?

No.

#2     Do you know if Leah is in Canada?

No.

#3     Do you know if Leah killed herself?

No.

#4     Do you know if Leah was killed by someone?

No.

#5     Do you know if Leah ran away and is in hiding?

No.

#6     Do you know if Leah is in California?

No.

**RESULTS AND
CONCLUSIONS:**     There were inconsistent responses to the previously listed questions.

<span style="color:red">Exhibit 5057 at 3</span>

2

*10*

**TEST #2**

**RELEVANT
QUESTIONS:**       #1       Did you physically do something to Leah that resulted in her death?

No.

#2       Did you have any direct involvement in Leah's disappearance?

No.

#3       Did you see Leah last Wednesday night after 9:00 p.m.?

No.

**RESULTS AND
CONCLUSIONS:**       There were consistent truthful responses to the previously listed relevant questions. Therefore, it is this examiner's opinion that Brent Bartley is being truthful in his responses to the relevant questions.

*Mark D. Ranger*

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:       Officer David Hall, Coquille Police Department
MDR: pc

Exhibit 5057 at 4

3

# OREGON STATE POLICE INCIDENT REPORT

**REPORT TYPE:**

☐ INITIAL REPORT
☑ SUPPLEMENTAL

**DISTRIBUTION:** ☑ GHQ Criminal  ☐ GHQ F&W  ☐ GHQ Patrol
☐ ID Documents  ☐ ID Prints  ☐ District _____  ☐ Explosives
☐ Lab _____  ☑ DA _Coos County_
☑ Other _CPD_

11

**INCIDENT # [CAD#]** SP 00-25576

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ _Coquille PD # 00 -25576 1905_

OFFENSE/ORS/ _Polygraph/missing person inv._ Occr/ _1_ Col _Coos_ Status/ _Comp_

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION  CLOS/A -CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED
SERVICE COMPLETE  INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION  UNFD-CLOSED UNFOUNDED  NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSED PROSECUTION  DTH-OFFENDER DECEASED

ADDITIONAL OFFENSES/ _____

_____ Occr/____ Col/____ Status/____

_____ Occr/____ Col/____ Status/____

_____ Occr/____ Col/____ Status/____

(SEE NARRATIVE FOR ADDITIONAL OFFENSES: ☐YES ☐NO)

LEAD/ORIG. AGENCY/ _Coquille PD_    DATE/TIME REPORTED TO OSP/ _070500_

DATE/TIME OF THIS REPORT/ _072700_    DATE/TIME OF OCCURRENCE/ _072700_

IF SUPPLEMENTAL:  DATE/TIME ORIGINAL REPORT/ _070500_

ORIGINAL SUBJECT OF REPORT/ _Polygraph_

SUBJECT OF THIS REPORT/ _Polygraph_

VICTIM/SUSPECT/ _BARTLEY_  _BRENT_  _W._
                  Last,        First       Middle

(ADDITIONAL VICTIMS: ☐YES ☐NO)
(CO-DEFENDANTS: ☐YES ☐NO)

LOCATION OF INCIDENT/ _Coos Co P&P_    COUNTY/ _Coos_

LOCATION TYPE (Premise)/ _P&P office_

METHOD OF ENTRY/ _____
(list for each appropriate offense)

TOTAL LOSS/ _____    TOTAL DAMAGE/ _____

**DOMESTIC VIOLENCE?** ☐YES    **THEFT BY COMPUTER?** ☐YES

**GANG INVOLVEMENT?** ☐YES describe _____

**BIAS MOTIVATION?** ☐YES describe _____

**WEAPON USED?** ☐YES describe _____

**UNDER INFLUENCE OF:**
Alcohol? ☐YES  Drugs? ☐YES describe _____  ☐UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party.

Subject/ _____ Reporting Party/ _____
(PRN ONLY) Last,  First  Middle      (PRN ONLY) Last,  First  Middle

Signature/ _____    Date/ _____

REPORTING OFFICER/ _Mark Ranger_    BPSST#/ _20488_    Exhibit 505 at 3 _072700_

STN/ _RSBG_    ASSGN/ _411_    APPROVED/ _LC_    DATE/ _8-3-00_

Form #155
Revised 10/20/97

Left margin labels: DES, MDT, MCT, SOR, HITS, Polygraph _Y_, CCFU, AES, Misc. Flag, Misc. Flag, Other DE (For Field Office Use), OSP DE Date/Initial, UCR OK Date/Initial

*12*

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

**GHQ Case #00-255176**

**TO:**            Captain Ed Mouery, Investigative Services

**DATE:**          07-27-00

**REGARDING:**     MISSING PERSON INVESTIGATION

**EXAMINATION**
**REQUESTED BY:**  Officer David Hall, Coquille Police Department

**EXAMINATION**
**CONDUCTED AT:**  Coos County Community Corrections

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:**          BARTLEY, BRENT W.      DOB: ██████
                   440 E. Ninth Street
                   Coquille, OR 97423

**REFER:**         Coquille Police Department Case No. 00-1905

**VICTIM:**        FREEMAN, LEAH    DOB: ██████
                   1173 N. Knott Street
                   Coquille, OR 97423

**DATE OF**
**OCCURRENCE:**    06-28-00

**ISSUE:**         On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Brent Bartley is a friend of Leah's and of Leah's boyfriend, Nick McGuffin. Brent Bartley agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST**
**INTERVIEW:**     At 8:50 a.m. on 07-27-00, Brent Bartley contacted me at Coos County Community Corrections. Present throughout the entire polygraph procedure was his attorney, Nick Nylander.

                   Brent Bartley stated in substance that he was present to take a polygraph examination to prove he is not involved in Leah's disappearance and that he doesn't have any more information than what he has already provided to the investigators.

1

<span style="color:red">Exhibit 5057 at 6</span>

*13*

I went over several hypothetical situations with Bartley. Bartley was still of the belief that he could be charged with a crime, even if he only has knowledge to who if anyone caused Leah's death. I attempted to clarify that with Mr. Bartley.

Bartley maintained that he has no idea what happened to Leah Freeman. He claimed that no one has told him that they had anything to do with Leah's disappearance. He denied that he was concealing information about Leah's disappearance to protect someone and he also denied having seen Leah since she was reported missing.

**INSTRUMEN-TATION:** Brent Bartley was examined on an Axciton Computer Polygraph.

**RELEVANT QUESTIONS:**

#1    Has anyone told you that they are responsible for Leah's disappearance?

No.

#2    Are you concealing information about Leah's disappearance to protect someone?

No.

#3    Have you seen Leah since the day she was reported missing?

No.

**RESULTS AND CONCLUSIONS:** There were consistent deceptive responses to the previously listed relevant questions. Therefore, it is this examiner's opinion that Brent Bartley is not being truthful in his responses to the relevant questions.

After the polygraph examination, I advised Nick Nylander of his client's results. No post-test interview.

*Mark D. Ranger*

Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc:    Officer David Hall, Coquille Police Department
       Coos County District Attorney's Office

MDR: pc

2

Exhibit 5057 at 7