**Robert E. Franz, Jr.**    OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail: shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5058**
McGuffin Indictment
& Arrest Warrant

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR THE COUNTY OF COOS**

FILED

2010 AUG 23  PM 1:09

COOS COUNTY COURT
COQUILLE, OREGON

| | | |
|---|---|---|
| STATE OF OREGON, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Court No. 10CRO782 |
| NICHOLAS JAMES MCGUFFIN, | ) | |
| Defendant | ) | |

NICHOLAS JAMES MCGUFFIN,  DOB: 4/25/1982

_____

The Defendant is accused by the Grand Jury for Coos County, State of Oregon, by this Indictment of the crime(s) of:

Count 1:  MURDER (FSG=11; U Life; ORS 163.115)

Committed as follows:

COUNT 1:
The defendant, on or about June 28, 2000, in Coos County, Oregon did unlawfully and intentionally cause the death of Leah Freeman, another human being.

Said offense(s) are contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon.

**Witnesses examined before the Grand Jury:**
**See attached list**

Dated: _August 23, 2010_____, at Coquille, Coos County, Oregon.

____ FAMILY COURT

District Attorney/ ~~Deputy~~
Oregon State Bar No. _842235_

____ CONDITIONAL DISCHARGE
COUNT NO. ____
RESIDUE ____
CONFIDENTIAL __X__

____Yes____ A TRUE BILL

_____
Grand Jury Foreperson

Arresting Agency Case #: CQP   2000-1905
District Attorney Case #: 10-1729
CONTROL #:

IDENTIFIERS: /M Ht:  Wt:  Hair:  Eyes:    DOB: 04/25/1982        SS#:
Page 1 – INDICTMENT (STATE  v. NICHOLAS JAMES MCGUFFIN; DA Case No. 10-1729 )

*Coos County District Attorney*
*250 N. Baxter, Coquille, OR  97423*
*Phone· (541) 396-3121  Fax  (541) 396-2991*

Verified Correct Copy of Original 4/29/2016.

Exhibit 5058 at 1

– 1 –

Verified Correct Copy of Original 4/29/2016.

**Witnesses examined before the Grand Jury:**

Cory Courtright
Denise Bertrand (Freeman)
Cheri Mitchell
Peggy Mitchell
Corey Bryant
Dan Lee
David Zavala
Ashley Patton (Hutchinson)
Mark Kirn
Mike McAdams
Raymond Lewis
Mary Fuller
Alicia Hartwell
Thomas Bounds
David Jenkins
Darla Baker
Art Jones
Heidi Crook
Josh Emler
Robert Hall
Heather Reid
Aaron West
Dave Hall
Kip Oswald
Craig Zanni
Pat Smith
Kris Karcher
Tony Wetmore
Amanda Landmark
Tony Messerle
Lyndee Stidham (Kindred)
Daniel Lapine
Quinn Cannon-Myers
Mike Baumer
Dustin Graham
Damon Mason
Jennifer Storts
Brent Bartley
TJ Greaves
Crystal Wright
Alicia Lambert (Michaud)

Nikki Webber-Holling
Sherre Bolger-Shelton
Thomas Stemmerman
Ricky Crook
Nicole Nelson (Price)
Wayne McGuffin
Ashley Slagle (Amelung)
Angela Haga
Brandon Mayfield
Jaime Thurman
Sarah Noah
Bradley Michaud
Heather McMullen
Kim Cornwall
Zack Elderkin
Bill Sero
Tina Mims (Lehman-Post)
Kristen Steinhoff-Ramsey
Christy Diane Cagley
Andrew Ousley
Dr. James Olson
Richard Bryant (By video conferencing)
Stacy Napier-Haight
Zack Wilson
Kathleen McGuffin
Bruce McGuffin
Huey Delbert Knight
Scott Simons
Bill Middleton
Megan Edgerton
Nicole Demain
Kimberly Peet;
Melissa Beebe
Adam Shinar (Brewer)
Melissa Brugnoli
John Lindegren
Hjordis Lindegren
Ray McNeely
Chris Webley
Darius Meade
Lisa Coleman-Cook

Exhibit 5058 at 2

Verified Correct Copy of Original 4/29/2016.

**Witnesses examined before the Grand Jury:**
Page Two

Kim Pugmire (Courtright)
Megan Davidson
Austin Fisher
Scott Hamilton
Melissa Smith
Janet Reab
Juliana Reab (Curran)
Polly Parks
Amber Heffner
Stacy Lyons
Brett Mauro
Pamela Smith
Heather Pizzola
Tosha Ekblad
Jesse Smisek
David Breakfield
Alicia Hartwell
Erika Davidson
Tom Mercer (By video conferencing)
Georgia Grisham
Lisa McOwen
Kyla Stevens
Troy Cooper
Sharon Nelson
Mark Nortness
Mark Dannels
Donna Dennis
Cynthia Jones
Magdalene A.Knight
Mark Shields

**Witnesses appearing by report:**
Kathy Wilcox by report
Traci Rose by report
Scott Hanna by report
Adam Fleischer by report
Mary H. Krings by report
Susan Torris Hormann by report
James O. Pex by report

Exhibit 5058 at 3

Verified Correct Copy of Original 4/29/2016.

FILED

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF COOS    2010 AUG 23  PM 1: 09

COOS COUNTY COURT
COQUILLE, OREGON

STATE OF OREGON,                    )
      Plaintiff,                     )    Court No. 10CR0782
                      )
      vs.                            )    MOTION / AFFIDAVIT
                      )
NICHOLAS JAMES MCGUFFIN,            )
      Defendant.                     )    DA No. 10-1729
                      )

The District Attorney's Office for Coos County, Oregon, herby moves that the Court issue a warrant for the arrest of the above-named defendant, based on the Affidavit below.

Dated: August 23, 2010.

R. PAUL FRASIER
District Attorney

By: _____
R. Paul Frasier          842235
District Attorney/Assistant

### A F F I D A V I T

State of Oregon       )
               ) ss.
County of Coos        )

I, the undersigned affiant, being first duly sworn on oath, do depose and say:

That I am an Assistant District Attorney and am familiar with the facts of the above-entitled case. On July 14, 2010 through August 23, 2010, the case was presented to the Coos County Grand Jury, sworn to hear such cases. That evidence and testimony was presented which conformed to the requirements of ORS 132.320. After deliberation, the Grand Jury returned a "true bill" and indicted the defendant. The Indictment is filed herewith and is made a part of this Affidavit. Based on the foregoing, probable cause exists to believe the defendant committed the crime(s) as listed in the Indictment, and I respectfully request that a warrant be issued for the defendant's arrest.

_____
R. Paul Frasier 842235
District Attorney/Assistant

Subscribed and sworn to before me on August 23, 2010.

_____
Notary Public for Oregon
My commission expires: 4-15-2014

OFFICIAL SEAL
LISA S MAST
NOTARY PUBLIC-OREGON
COMMISSION NO. 446978
MY COMMISSION EXPIRES APRIL 15, 2014

Page 1 - Order for Warrant on Indictment

Coos County District Attorney
250 N Baxter, Coquille, OR 97423
Phone. (541) 396-3121 Fax (541) 396-2991
-4-

Exhibit 5058 at 4

Verified Correct Copy of Original 4/29/2016.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF COOS

STATE OF OREGON,                    )
            Plaintiff,              )        Court No. 10CRO782
                                    )
    vs.                             )        WARRANT OF ARREST
                                    )
NICHOLAS JAMES MCGUFFIN,            )
            Defendant.              )        DA No. 10-1729

DOB:  04/25/1982
Address:   LKA: 95088 Access Rd, Coos Bay, OR 97420
Police Agency & Case no.: Coquille Police       2000-1905
Extradite: **ENTIRE U.S.**

COPY

To any peace officer in the State of Oregon, Greetings:

An Indictment having been found in the Circuit Court of Coos County, charging the above defendant with the crime(s) of:

Count 1:  MURDER (FSG=11; U Life; ORS 163.115)

You are hereby commanded to arrest the above-named defendant and bring said defendant before me at the Coos County Courthouse, Coquille, Oregon, or in case of my absence or inability to act, before the nearest and most accessible magistrate in the county.

The defendant is to be released upon posting security in the amount of $ _2,000,000._

Issued in Coos County, Oregon, on COPY _8-23-10_.

_Martha E. Stone_
CIRCUIT COURT JUDGE

State of Oregon          ) ss.
County of Coos           )

I, the undersigned peace officer, Coos County, Oregon, State of Oregon, do hereby certify that I have arrested the within named defendant and have _____.

_____
PEACE OFFICER

I hereby certify that I have compared this copy with the original prepared by this office and delivered it to the _____.

Dated: _____          _____
                        TRIAL COURT ADMINISTRATOR

COPY

Page 2 -  Order for Warrant on Indictment

*Coos County District Attorney*
*250 N. Baxter, Coquille, OR 97423*
*Phone. (541) 396-3121 Fax (541) 396-2991*

-5-

Exhibit 5058 at 5

Verified Correct Copy of Original 4/29/2016.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF COOS

STATE OF OREGON,                    )
                Plaintiff,          )        Court No. 10CR0782
                                    )
        vs.                         )        WARRANT OF ARREST
                                    )
NICHOLAS JAMES MCGUFFIN,            )
                Defendant.          )        DA No. 10-1729

**COPY**

DOB:  04/25/1982
Address:  LKA:  95088 Access Rd, Coos Bay, OR 97420
Police Agency & Case no.:  Coquille Police      2000-1905
Extradite:  **ENTIRE U.S.**

To any peace officer in the State of Oregon, Greetings:

An Indictment having been found in the Circuit Court of Coos County, charging the above defendant with the crime(s) of:

Count 1:  MURDER (FSG=11; U Life; ORS 163.115)

You are hereby commanded to arrest the above-named defendant and bring said defendant before me at the Coos County Courthouse, Coquille, Oregon, or in case of my absence or inability to act, before the nearest and most accessible magistrate in the county.

The defendant is to be released upon posting security in the amount of $ 2,000,000.

Issued in Coos County, Oregon, on _____8-23-10_____.

_____Maria E Stone_____
CIRCUIT COURT JUDGE

State of Oregon   **COPY**
County of Coos    )ss.

I, the undersigned peace officer, Coos County, Oregon, State of Oregon, do hereby certify that I have arrested the within named defendant and have _____.

_____
PEACE OFFICER

I hereby certify that I have compared this copy with the original prepared by this office and delivered it to the _____.

Dated: _____        _____
                     TRIAL COURT ADMINISTRATOR **COPY**

Page 2 - Order for Warrant on Indictment

*Coos County District Attorney*
*250 N Baxter, Coquille, OR 97423*
*Phone   (541) 396-3121 Fax   (541) 396-2991*

-6-

Exhibit 5058 at 6



IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF COOS

FILED

2010 AUG 24 AM 9:59

COOS COUNTY COURT
COQUILLE, OREGON

STATE OF OREGON,                )
        Plaintiff,              )       Court No. 10CR0473OL
                    )
      vs.                       )       WARRANT OF ARREST
                    )
NICHOLAS JAMES MCGUFFIN,         )
        Defendant.              )       DA No. 10-1729

DOB: 04/25/1982
Address: LKA: 95088 Access Rd, Coos Bay, OR 97420
Police Agency & Case no.: Coquille Police    2000-1905
Extradite: **ENTIRE U.S.**

To any peace officer in the State of Oregon, Greetings:

An Indictment having been found in the Circuit Court of Coos County, charging the above defendant with the crime(s) of:

Count 1: MURDER (FSG=11; U Life; ORS 163.115)

You are hereby commanded to arrest the above-named defendant and bring said defendant before me at the Coos County Courthouse, Coquille, Oregon, or in case of my absence or inability to act, before the nearest and most accessible magistrate in the county.

The defendant is to be released upon posting security in the amount of $ _2,000,000._

Issued in Coos County, Oregon, on ___8-23-10___.

_____Mareta E. Stone_____
CIRCUIT COURT JUDGE

State of Oregon    ) ss.
County of Coos    )

I, the undersigned peace officer, Coos County, Oregon, State of Oregon, do hereby certify that I have arrested the within named defendant and have _lodged at the Coos County Jail_

_____
PEACE OFFICER

I hereby certify that I have compared this copy with the original prepared by this office and delivered it to the _____.

Dated: _____       _____
                            TRIAL COURT ADMINISTRATOR

Page 2 - Order for Warrant on Indictment

Exhibit 5058 at 7