**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' FRCP 56 Motion for Summary Judgment **(Exhibits 5060-5072)** |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County, | |
| Defendants. | |

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

        Plaintiffs,

    v.

Oregon State Police,

        Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5060, is a true and correct copy of some of State's Trial Exhibits used at the criminal trial;

Attached hereto as Exhibit 5061, is a true and correct copy of Steinhoff Polygraph Report;

Attached hereto as Exhibit 5062, is a true and correct copy of Reaves Supplemental Report;

Attached hereto as Exhibit 5063, is a true and correct copy of Hall's Report 7/5/00;

Attached hereto as Exhibit 5064, is a true and correct copy of Zavala DPSST Transcript;

Attached hereto as Exhibit 5065, is a true and correct copy of Zavala Report of the Traffic Stop of McGuffin;

Attached hereto as Exhibit 5066, is a true and correct copy of Card-Lock Gas Records;

Attached hereto as Exhibit 5067, is a true and correct copy of McGuffin Phone Records;

Attached hereto as Exhibit 5068, is a true and correct copy of Zanni DPSST Transcript;

Attached hereto as Exhibit 5069, is a true and correct copy of Zanni DA Investigator Appointment;

Attached hereto as Exhibit 5070, is a true and correct copy of the Evidence Accountability Record - Coquille Police Department; and,

Attached hereto as Exhibit 5071, is a true and correct copy of the Coquille Police Department Property Request.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, January 7, 2025.

By:    /s/ Robert E. Franz, Jr.
       FRANZ & HENDERSON
       **Robert E. Franz, Jr.**
       OSB #730915
       **Attorneys for Municipal Defendants**