**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5061** Steinhoff Polygraph Report |
| Defendants. | |

10-25924S

008196    008196    008196

# OREGON STATE POLICE INCIDENT REPORT

**REPORT TYPE**
☑ INITIAL REPORT
☐ SUPPLEMENTAL

**DISTRIBUTION:** ☑ GHQ Criminal  ☐ GHQ F W  ☐ GHQ Patrol
☐ ID Documents  ☐ ID Prints  ☐ District  ☐ Explosives
☐ Lab  ☐ DA:
☑ Other  *Coquille PD: Chief Dannels*

APR 29 2011

**INCIDENT# [CAD#]  SP/0-25924S**

ASSOCIATED OSP #s/

OTHER AGENCY #s/

**OFFENSE/ORS/** *Polygraph Examination  163.115*     **Ocr/** *1 Col Coos*     **Stat/** *COMP*

**STATUS/**
ACTI - OPEN/ACTIVE INVESTIGATIO     CLOS/A - CLOSED BY ADULT ARREST     CLOS/J - CLOSED BY JUVENILE ARREST
COMP - CLOSED  SERVICE COMPLTE     INAC - OPEN/INACTIVE/NO FURTHER INVESTIGATION     UNFD - CLOSED UNFOUNDED
NODA - NO PROSECUTION BY DA     OTH - OFFENDER DECEASED     RFSE - VICTIM REFUSED PROSECUTION

**ADDITIONAL OFFENSES/**

| | Ocr/ | Col/ | Stat/ |
|---|---|---|---|
| | Ocr/ | Col/ | Stat/ |
| | Ocr/ | Col/ | Stat/ |

(SEE NARRATIVE FOR ADDITIONAL OFFENSES ☐ Yes  ☐ No)

**LEAD/ORIG AGENCY** *Coquille PD*     DATE/TIME REPORTED TO OSP/ *06/17/2010*

**RPT DATE/TIME/** *07/01/2010    10:13 AM*    **OCCUR'd DATE/TIME** *06/17/2010*

**IF SUPPLEMENTAL:** DATE/TIME OF ORIGINAL REPORT/

ORIGINAL SUBJECT OF REPORT/

SUBJECT OF THIS REPORT/

**SUSPECT:** *Steinhoff, Kristen*

(ADDITIONAL VICTIMS: ☐ YES  ☑ NO)
(CO-DEFENDANTS: ☐ YES  ☑ NO)

**LOCATION OF INCIDENT/** *OSP-Coos Bay*     **COUNTY/** *Coos*

**LOCATION TYPE** (Premises)/ *State Police Office*

**METHOD OF ENTRY/**

(list for each appropriate offense)

**TOTAL LOSS/**  $0.00     **TOTAL DAMAGE/**  $0.00

**DOMESTIC VIOLENCE?** ☐ YES     **THEFT BY COMPUTER?** ☐ YES

**GANG INVOLVEMENT?** ☐ YES  describe

**BIAS MOTIVATION?** ☐ YES  describe

**WEAPON USED?** ☐ YES  describe

**UNDER INFLUENCE OF:** ☐ UNKNOWN
Alcohol? ☐ YES     and/or     Drugs? ☐ YES  describe

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party.

**Subject/**  (Print ONLY) Last,    First    Middle
**Reporting Party/** (Print ONLY) Last,    First    Middle

**Signature/**     **Signature Date/**

**REPORTING OFFICER/** *M. Tabor*     DPSST#/ *31614*  DATE/ *7/23/10*
**STN/** *Roseburg*     **ASSGN** 400     APPROVED/    DATE/ *7-23-10*

Form #155     Revised 4/1/2000

**Side labels:** DES, MDT, MCT, SOR, HITS, Polygraph yes, AES, CCFU, Misc Flag, Misc Flag, OTHER DE (For Field Office Use), OSP DE Date/Initial, UCR OK Date/Initial

008196    008196    008196

Exhibit 5061 at 1

10-259245
008197

# OREGON STATE POLICE PERSON PAGE

008197

PAGE 2 of 6
008197

CODES/ V-VICTIM   C-COMPLAINANT   MP-MISSING PERSON   R-RUNAWAY   S-SUSPECT   PI-PERSON OF INTEREST   ARR-ARRESTED BY OTHER AGEN
PB -PUBLIC SAFETY OFFICER   M-MENTIONED   W-WITNESS   D-DRIVER   P-PASSENGER   OWN-OWNER   OT-OTHER

Person# *1*   NAME/ *Steinhoff, Kristen*

**CODE(S)**   AKA/NICKNAME/

**S**   ADDRESS/ *1780 Grant*

CITY/ *N. Bend*   STATE/ *OR* ZIP/   PH/ *(541) 404-0082*

DL#/   ST/ *OR* SOC/   FBI/

SID/   LOCAL ID#/   RES STATUS/ ☑ YES   ☐ NO   ☐ UNK

**SEX/ *F* RACE/ *white*   ETHNICITY/ *unk*   DOB** ███████   HGT/

WEIGHT/   HAIR/   EYES/   SKIN COLOR/

SCARS,MARKS,TATTOS/

EMPLOYER/   WRK HRS */   -

EMPLOYER ADDRESS/

CITY/   STATE/ *OR* ZIP/   PH/

KNOWN ASSOC/

RELTN TO ASSOC/   CLOTHING/

**CAUTIONS/**   **CORR STATUS/**   POB/

REMARKS/

**\*\*Victim/Missing Persons Only\*\***

INJURY TYPE/   INJURY LEVEL/

RELATIONSHIP TO OFFENDER/

MISSING PERSON: TYPE/   STATUS/

SUSPECTED FOUL PLAY? ☐ YES   ☐ NO   ☐ UNKNOWN   **MISSING PREVIOUSLY?** ☐ YES   ☐ NO

RCVRY CIRCUMSTANCES/

Form #157   Revised 4/1/2000

Exhibit 5061 at 2

OSP Case # 10-259245
Date: 6/17/2010
Time: 9:30am

# Oregon State Police Polygraph Examination

**TO:** Investigative Services Division

**RE:** Kristen Steinhoff Polygraph Examination

**DATE EXAMINATION REQUESTED:** June 17, 2010

**EXAMINATION REQUESTED BY:** Coquille PD

**EXAMINATION CONDUCTED AT:** OSP-Coos Bay

**EXAMINER:**  Michael Tabor, Detective #1177-37
Oregon State Police-Roseburg
761 NE Garden Valley
Roseburg, Oregon 97470
541-440-3315
Michael.tabor@state.or.us

**NAME:** Steinhoff, Kristen
**DOB:**

**REFER:**  Advice of Rights Form        (copy attached)
Polygraph Consent Form        (copy attached)

**VICTIM: Leah Freeman**

Page 3 of 6

Exhibit 5061 at 3

008199                                              008199                                              008199

**DATE OF OCCURRENCE:** Refer to officer's report for this information.


**ISSUE:**

The issue in this polygraph examination is whether or not Kristen Steinhoff is being truthful when she denies withholding any information concerning the death of Leah Freeman.


**PRETEST INTERVIEW:**

I advised Steinhoff of her Miranda Rights by reading to her from an Oregon State Police advice of rights statement form. Steinhoff told me that she understood her rights and she signed the form. I also advised Steinhoff of her rights relating to a polygraph examination. I read to her from an Oregon State Police polygraph information sheet. Steinhoff told me she understood her rights and she signed the form. Refer to the attached copies of the Miranda Rights and polygraph consent form.

Steinhoff told me in substance that:

- During the time Leah went missing, she and Nick did drugs such as Methamphetamine daily.
- On the night Leah went missing she saw Nick walking near SR 42 in a gravel parking lot.
- Nick said he couldn't find Leah.
- She dropped Zack off at his house and then went to her house.
- Nick then came to her house and asked for help to find Leah.
- She saw Nick in two different cars that night, his mustang and a Thunderbird.
- Nick told her that he and Leah got in fight that night and he couldn't find her now.
- Nick was acting weird and it scarred her.
- Nick didn't say what the fight was about.
- She had nothing to do with Leah's death and she was not withholding any information about her death.


**INSTRUMENTATION:**

Lafayette Polygraph System LX4000 with LXSoftware Version 9.9.7. Also used with this system is a Lafayette Instrument Activity Sensor Pad. This accessory to the LX 4000 is designed to detect subtle movements as well as gross movements of a subject during a polygraph examination.

Scoring software by PolyScore for Windows Version 6. PolyScore® is a sophisticated software system developed by The Johns Hopkins University Applied Physics Laboratory for aiding in the evaluation of polygraph examinations. It is designed for use

008199                                              008199                                              008199
Exhibit 5061 at 4

008200                              008200                              008200

with data collected on the Lafayette digital polygraph instruments. The concept is based on classification and pattern-recognition techniques to detect critical events developed at APL as part of a Navy FBM test and evaluation program. Polygraph testing is a widely used tool that helps law enforcement, national security, and other interests discover instances of deception in test subjects. The accuracy of PolyScore® is directly influenced by the quality of the polygraph examination as well as the proper use of the software. PolyScore® contains special algorithms to assess signal quality and detect movement artifacts. These are not a substitute, however, for collecting the best data possible. For those reasons <u>the final call or decision is based on the numerical evaluation performed by the polygraph examiner.</u>

## RELEVANT QUESTIONS:

(R-5)  Question:    Did you participate in the death of Leah?
        Answer:    "No"

(R-7)  Question:    Did you participate any way in the death of Leah that summer?

      Answer:    "No".

(R-10)  Question:    Are you withholding any information about the death of Leah?
       Answer:    "No"

All relevant questions were thoroughly discussed prior to the examination. The intent of Relevant Question # R-5 ,#R-7 and #R-10 is to determine whether or not Steinhoff is being truthful when she denies participating or withholding any information about the death of Leah Freeman. Steinhoff demonstrated to my satisfaction that she understood the intent of the questions.

## RESULTS & CONCLUSIONS:

It is my opinion that Steinhoff **is not being truthful** in answering the relevant questions.

The results of the polygraph charts show physiological responses, which are consistent with a deceptive answer to the relevant questions. Other questions were used during the test to evaluate responses, but no decision as to truth or deception is made on those questions.

008200                              008200                              008200

Exhibit 5061 at 5

Evaluation of the polygraph charts and my resulting opinion are based on computer analysis of the charts and my own numerical scoring of the charts.

The overall validity and "accuracy" of the polygraph examination has been the subject of various research projects. The findings of these studies vary with specific type of test administered as well as other factors. The research reveals an overall accuracy of 85% to 99%.

Polygraph is an investigative tool. It should never be relied on as the sole determining factor in making a decision as to a person's truthfulness in an issue.

**PolyScore:** Deception Indicated

**POST-TEST INTERVIEW:**

Steinhoff continually denied any further knowledge or involvement in Leah's death.

Detective Michael Tabor, Oregon State Police-Roseburg, 1177-37

Exhibit 5061 at 6

008202          008202          008202



# Oregon

Theodore R. Kulongoski, Governor

**Department of State Police**
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334

Case # 10-259245    Purpose: Full Disclose. / Maint. / Specific Issue

Date: 6/17/10    Time Start: 930A    Time of Break: 1040A

Time End: 400p

**\*\*Cell Phones, Pager & Watch with Alarm**
1. **Overview of exam**
   a.    No trick questions.  All questions reviewed prior to test
2. **Consent forms Executed.**
3. **Biographical /Medical Data**
   a.    The form we are going to fill out will help make sure you are fit to take the examination and fully understand the questions on the exam.

Do you have any concerns about taking this test with me today? (No) Yes _____

Previous Polygraph Examination: No    Yes: 2002

**\*\*Must be 100% truthful on all questions today. Won't pass test unless 100% honest.**

Name: Steinhoff, Kirsten

DOB: ██████  AGE: 2Y  HGT: _____  WGT: ___

Address: 1780 Grant    City/State/Zip: N. Bend or

Phone #: (541) 4██ ██████ ████████

SS #: 543 25 █████  State &DL #: Or 9421142

POB: OR  Marital Status/Children: Single  4 children

Parents: Heather Eddie  Brothers/Sisters: 1 sist 1 bro

Education: 9th grade

Employment History: Senior dbl services, 1-week, Goodwill, house mom

Arrest History: Assault, menacing

On Probation or Parole: (No) Yes: _____

Probation Officer: _____    Therapist: N/A

Hearing: (Good)/Poor    Vision: (Good)/Poor

008202          008202          008202

Exhibit 5061 at 7

Physical Condition Now:    Good/Average/Poor _have slight cold_

Major Injury/surgery with in the last 6 months: No    Yes: _____

Discomfort/Back Pain Now: No    Yes: _____
Pregnant:    No / Yes    Menstrual Cramps: No / Yes

Recent Doctor's Visits:    No    Yes: _____

Prescription or Other medication: No    Yes: _____

Did you take all medicines that you were supposed to take today?    Yes    No

Any legal/illegal Drugs consumed in last 24/48 hours:    No    Yes: _____

Marijuana    Cocaine    LSD    Ecstasy    Methamphetamines  PCP

Alcohol -24 Hours: No Yes    how often/last time used alcohol/drugs:


Heart Disease:    No    Yes: _____ Hi or Low BP: No    Yes

Diabetes:    No    Yes: _____ Seizures: No    Yes: _____

Lung Disease/Asthma: No  Yes: _____ Hours slept in last 24 hours: _7 L normal_

How slept: Good/Fair/Poor    Ate - 24 Hours: Yes No _____

Ever Seen a Psychologist:    No    Yes _when 15_

Depression/Anxiety/Hearing Voices:    No Yes: _____

Can you sit still for about 5 minutes?    Yes    No: _____

What are you here for today?


How honest of a person are you?  (Scale of 1-10)  (We all tell little lies)

9    _forgetfully things_

_only saw Leah twice, new talked to him_

_go to jail if a person withhold info_

Exhibit 5061 at 8

008204                                                                                008204



Theodore R. Kulongoski, Governor

**Department of State Police**
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334

## POLYGRAPH CONSENT FORM

_KS_     You have the right to, or not to take a polygraph examination.  Do you understand that?

_KS_     Although the examiner's opinion as to the polygraph examination results is not admissible in a criminal or civil trial, anything you say can be used against you in a court of law.  Do you understand that?

_KS_     If you decide to take a polygraph examination, you can stop the examination anytime you wish.  Do you understand that?

_KS_     Having these rights in mind, I agree to talk to you and take a polygraph examination?

Print name:  _Steinhoff_    _Kristen_    _Nikole_
                   Last              First              Middle

Signature:  _Kristen Steinhoff_

Witness:  _M. Tabor_

Date:  _6/17/10_                    Time: _1006_ am/pm

008204                              008204                              008204

Exhibit 5061 at 9



008205                                               008205

# Oregon

Theodore R. Kulongoski, Governor

**Department of State Police**
761 NE Garden Valley Road
Roseburg, OR 97470
(541) 440-3334

## ADVICE OF RIGHTS STATEMENT
## MIRANDA WARNING

1. You have the right to remain silent.

2. Anything you say may be used against you in a court of law.

3. You have the right to talk to a lawyer and have him/her present with you while you are being questioned.

4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

5. If you do give a statement, you can stop talking any time you wish.

Do you understand each of these rights I have explained to you?

Yes  ⟍⟍  (Initial)        No _____ (Initial)

Print name: _Steinhoff    Kristen   Nikole_
                Last            First            Middle

Signature: _Kristen Steinhoff_

Witness: _M. Tate_

Date: _6/17/10_        Time: _1003_  am/pm

008205                    008205                    008205

Exhibit 5061 at 10

008206                                              008206                                              008206

## POLYGRAPH EXAMINEE GENERAL TRUTHFULNESS SURVEY

Examinee Name: Kristen Steinhoff    Date of Birth: ███████ 8▌

       A polygraph examination is ultimately a test of your character, integrity, and overall truthfulness. In order to assure the highest of accuracy on today's test, it is important to ascertain your overall general truthfulness, aside from any potential allegations in this specific investigation. Please read the following questions carefully and then answer each question **TRUTHFULLY** in regards to your *General Overall Truthfulness,* aside from this investigation.

1. In everyday situations, what percentage of the time do you tell the truth? (circle one)
(never) 0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100% (always)

If less than 100%, explain:


2. In dealing with your family, what percentage of the time do you tell the truth? (circle one)
(never) 0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100% (always)

If less than 100%, explain:


3. Wherever you work, what percentage of the time do you tell the truth? (circle one)
(never) 0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100% (always)

If less than 100%, explain:


4. With your spouse/significant other, what percentage of the time do you tell the truth? (circle one)
(never) 0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100% (always)

If less than 100%, explain:

008206                                              008206                                              008206

Exhibit 5061 at 11

5.  When faced with difficult situations, what percentage of the time do you tell the truth? (circle one)

(never)  0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%  (always)

If less than 100%, explain:

6.  In dealing with friends, what percentage of the time do you tell the truth? (circle one)

(never)  0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%  (always)

If less than 100%, explain:

7.  When confronted with a mistake or error you have made, what percentage of the time do you tell the truth? (circle one)

(never)  0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%  (always)

If less than 100%, explain:

8.  When given the opportunity, what percentage of the time have you lied to get yourself out of trouble? (circle one)

(never)  0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%  (always)

If less than 100%, explain:

_____

9.  In dealing with authority figures, what percentage of the time do you tell the truth? (circle one)

(never)  0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%  (always)

If less than 100%, explain:

SIGNED: _Kristen Steinhorn_  DATE: _6-17-10_

Exhibit 5061 at 12