**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

      Plaintiffs,
         v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

      Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5063**
Hall's Report – 7/05/00



# SUPPLEMENTAL REPORT

Page 1

**Agency:** **Coquille Police Department**

| INCIDENT NO. |
|---|
| 00001905 |

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| *Missing Person Investigation* | THU | 06/29/2000 | 10:00 | *Missing Person* |

| Primary Charge | | UCR/NCIC Code |
|---|---|---|
| | | / |

| Additional Charges | | Estimated Total Property Loss |
|---|---|---|

**Officer Involved**

*Chief Reaves, Dave Zavala, Randy Ulmer*

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| G-1 | **Courtright, Cory** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
| | *1173 N Knott , Coquille, OR 97423* | | *396-4027* | |
| Place of Employment/School/Address | | Occupation | Business Phone | Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| W-1 | **Middleton, Bill Gene** | M | *White/Caucasian* | ▮1947 53 |
| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
| | *1180 W 10th ST , Coquille, OR 97423* | | *396-5463* | |
| Place of Employment/School/Address | | Occupation | Business Phone | Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-1 | **McGuffin, Nick J** | M | *White/Caucasian* | ▮982 18 |
| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
| | *100 Baker RD , Coquille, OR 97423* | | *396-4983* | |
| Place of Employment/School/Address | | Occupation | Business Phone | Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| W-2 | **Bartley, Brent W** | M | *White/Caucasian* | ▮980 20 |
| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
| | *1040 E 13th ST , Coquille, OR 97423* | | *(541) 396-4602* | |
| Place of Employment/School/Address | | Occupation | Business Phone | Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| W-3 | **Lewis, Raymond** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
| Place of Employment/School/Address | | Occupation | Business Phone | Ext. |

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 605 Hall, David E. | 07/05/2000 19:10 | Reaves, Michael W. | 07/15/2000 10:55 | D.A. |

Exhibit 5063 at 1

001883                          001883                          001883

## SUPPLEMENTAL REPORT CONTINUED

Page **2**

| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |
|---|---|---|

| Code **W-4** | Name: Last, First, Middle **Mitchell, Cheri** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **444 1/2 N Elm , Coquille, OR 97423** | | | Home Phone / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

| Code **W-5** | Name: Last, First, Middle **Mitchell, Peggy** | Sex **F** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age ▮ **1967  33** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **4441/2 N Elm ST , Coquille, OR 97423** | | | Home Phone **(541) 396-3155** / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

| Code **W-6** | Name: Last, First, Middle **Grisham, Georgia** | Sex **F** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age ▮ **1919  81** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **3520 Fairview Road , Coquille, OR 97423** | | | Home Phone **396-2829** / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

| Code **W-7** | Name: Last, First, Middle **Thomason, Cheryl** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **1222 Minnesota , Coos Bay, OR 97420** | | | Home Phone / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

| Code **W-8** | Name: Last, First, Middle **Johnson, Elton** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age ▮ **1959  41** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **249 S Broadway , Coos Bay, OR 97420** | | | Home Phone / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

| Code **W-9** | Name: Last, First, Middle **Rudder, Joe** | Sex **M** | Race/Ethnicity | Date of Birth/Age ▮ **1976  23** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **353 S 5th Street , Coos Bay, OR 97420** | | | Home Phone / Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone / Ext. |

001883                          001883                          001883

CONTINUED NEXT PAGE

Exhibit 5063 at 2

001884                                    001884                                    001884

3

## SUPPLEMENTAL REPORT CONTINUED

Page **3**

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

| Code O-2 | Name: Last, First, Middle **Oswald, Kip** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **C.C.S.O., Coquille, OR 97423** | | | Home Phone **396-2106** Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

| Code O-3 | Name: Last, First, Middle **Kiander, V** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **County Health Clinic, North Bend, OR 97459** | | | Home Phone Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

| Code O-4 | Name: Last, First, Middle **Soule, Bill** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **P.O. Box 687, Eugene, OR 97440** | | | Home Phone **(541) 343-5222** Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

| Code O-5 | Name: Last, First, Middle **Ranger, Mark** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **OSP Headquarters, Roseburg, OR** | | | Home Phone Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

| Code O-6 | Name: Last, First, Middle **Freeman, Denise** | Sex **F** | Race/Ethnicity | Date of Birth/Age ██ 1982 17 |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **1173 N Knott , Coquille, OR 97423** | | | Home Phone Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

| Code O-7 | Name: Last, First, Middle **Wilson, Dick** | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **P.O. Box 687, Eugene, OR 97440** | | | Home Phone **(541) 343-5222** Ext. |
| Place of Employment/School/Address | | | Occupation | Business Phone Ext. |

001884                                    001884                                    001884

3

CONTINUED NEXT PAGE

Exhibit 5063 at 3

## SUPPLEMENTAL REPORT CONTINUED

Page 4

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | | Sex | Race/Ethnicity | | Date of Birth/Age |
|---|---|---|---|---|---|---|
| O-8 | **Wilcox, Cathy** | | | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | | | Home Phone          Ext. |
| | *Oregon State Police, Coos Bay, OR  97420* | | | | | |
| Place of Employment/School/Address | | | | Occupation | | Business Phone          Ext. |

### Suspects

| Code | Name: Last, First, Middle | | Sex | Race/Ethnicity | | Date of Birth/Age |
|---|---|---|---|---|---|---|
| M-1 | **Freeman, Leah** | | F | White/Caucasian | | ▮ 1984  15 |
| Confidentiality | Address: Street, City, State, ZIP | | | | | Home Phone          Ext. |
| | *1173 N Knott , Coquille, OR  97423* | | | | | 396-4027 |
| Place of Employment/School/Address | | | | Occupation | | Business Phone          Ext. |

### Narrative

On the afternoon of June 29, 2000, I was requested by Chief Reaves to participate in the investigation in the disappearance of Leah Freeman. It was reported to me that Freeman had failed to come home the night before and this was highly unusual behavior for her. It was also explained to me that the last person to see Freeman was a close friend named Cheri Mitchell.

I went to see Cory Courtright, Leah's mother, to obtain a list of friends and associates who she might have went to stay with. I asked Courtright to make a list with phone numbers and addresses and I would stop by later to retrieve this list. Also, while I was there, I asked Cory if she knew of any personal problems Leah may have been having or if she had any known problems with other kids, enemies etc. I was told by Cory that Leah was a stable child with no known personal problems and no enemies.

While I was at the Courtright home I saw Nick McGuffin, Leah's boyfriend, and asked him to briefly give me a time in which he saw Leah. McGuffin told me he had dropped Leah off at 7 PM the night before at Cheri Mitchell's home located at 444 1/2 N. Elm. McGuffin was supposed to return and pick up Leah at nine o'clock but when he arrived she had already left. Nick drove up and down Central looking for Leah but could never locate her. McGuffin stated he drove around until about 2:30 AM Friday morning and finally went home, thinking Leah went to a friend's home to stay and was possibly mad at him for being late to pick her up.

On Friday morning June 30, 2000 about 8:55 AM, I went to the Myrtle Point Post Office and interviewed Bill Middleton, Leah's uncle. Middleton told me the relationship between McGuffin and Leah could be at times volatile because McGuffin is very domineering and controlling of Leah. Middleton asked me to check with the Coquille High School because it was documented they had several problems in regard to their arguing and fighting. He went on to say that ever since Leah started to date McGuffin her grades went down in school and she quit participating in sports at school. Thursday night after the disappearance of Leah, Bill spoke with McGuffin about the previous night, when McGuffin dropped Leah off at Cheri Mitchell's house. Cheri Mitchell's mother, Peggy, would not let Nick come into their home and Bill asked McGuffin how he felt about this. McGuffin confided to Bill that this upset him and also he was upset that Leah wanted to stay and visit Cheri. Bill, at the conclusion of our interview, stated he felt McGuffin knew more about Leah's disappearance than he was telling everyone, including the police.

Chief Reaves received information the morning of June 30, 2000, from Cory Courtright of a possible

Exhibit 5063 at 4

## SUPPLEMENTAL REPORT CONTINUED

| | | Page 5 |
|---|---|---|
| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |

location of Leah. Cory explained to Chief Reaves she remembered Leah and McGuffin visiting Brent Bartley's grandparent's (Haga) house at the end of Fir street. Cory thought we should check to see if Leah might be staying at this location.

Chief Reaves and I drove to Bartley's grandparent's house. (Haga Residence) We rang the door bell but, received no response. We began to check the area around the house. In the carport area, next to a garbage compactor, found a man's white tank top shirt. Chief Reaves observations were that the shirt was soaked with beer because of the smell. We walked around the back of the house onto the deck area and saw several empty beer cans and on the bench a funnel with a long hose attached (A Beer Bong). The house seemed secure so we left.

We then went to Cory Courtright's home to speak with her and to establish a sequence of events for the day Leah disappeared. Cory told us the following:

Leah and McGuffin and spent most of the day at her home. In the afternoon the both of them worked together cleaning McGuffin's car. Leah appeared to be happy and both Leah and McGuffin were laughing and joking around. Around 4 PM, Leah and McGuffin left. Prior to leaving Leah reminded Cory she was going to visit Cheri Mitchell at 7 PM.

At 10:15 PM, Cory received a call from McGuffin asking her if Leah had come home. McGuffin told Cory he arrived at the Mitchell residence at 9:08 PM but Leah had already left. McGuffin told Cory he had looked up and down North Central, but could not find her. McGuffin said he would continue to look for her.

Cory said she went to bed and woke up around 3:30 AM and checked Leah's room and saw she was not home. She stayed awake thinking Leah would come home sometime soon. Finally around 8:00 AM she called McGuffin's home to see if he had found her and possibly she may have spent the night at his house. McGuffin explained to her he was unable to locate Leah.

On Friday, June 30, 2000, in the afternoon, Chief Reaves and I interviewed Nick McGuffin, Leah's boyfriend of about nine months, downstairs in the Coquille Police Department squad room. We asked McGuffin to give us a detailed description of what he and Leah did on the day she disappeared. (Interview Recorded) McGuffin gave us the following in-substance statement:

McGuffin told us he and Leah spent the afternoon at Leah's house cleaning his car and the both of them had been getting along extremely well the last few days. Around four o'clock in the afternoon they left and went to Brent Bartley's grandparent's home (Haga) and watched video's. About seven o'clock McGuffin and Bartley drove Leah over to Cheri Mitchell's home where they dropped off Leah. Leah told McGuffin to come back and pick her up in about two hours that she would not be long.

After dropping off Leah, McGuffin drove Bartley over to pickup his girlfriend, Nicki Price, and then they all went back over to Bartley's grandparents home. McGuffin stated he did not stay long, maybe twenty or thirty minutes, and left because he thought Bartley and Nicki wanted to be alone. After leaving Bartley and Nicki, McGuffin drove around town, stopping at Fast Mart and generally not doing anything of real importance.

A little after nine o'clock McGuffin said he went to Mitchell's home to pick up Leah, but when he arrived he found out she had already left a few minutes earlier. McGuffin told us he made several rips up and down Central looking for Leah but did not see her. He also stated he drove all over

Exhibit 5063 at 5

001887                                        001887                                        001887

## SUPPLEMENTAL REPORT CONTINUED

| | | Page 6 |
|---|---|---|
| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |

town looking by the Middle School and several different locations she might have walked to, but never found her. Around ten fifteen that night he called Cory Courtright from Cheri Mitchell's home to see if if Leah had arrived home, but was told no. At about ten thirty McGuffin called his home and spoke with his mother asking her if Leah had walked out to his house and once again was told no. Later, around eleven o'clock in the evening, McGuffin went to Bartley's grandparent's home and asked Bartley if he had heard from Leah and explained he could not find her. Bartley agreed to go with McGuffin to help look for Leah and they drove around together until two or two thirty in the morning Thursday morning at which time he dropped off Bartley.

McGuffin then drove to Leah's home and saw what appeared to be a light reflection coming from Leah's room. He attempted to throw rocks at her bedroom window to get her attention but she would not answer. McGuffin felt Leah was possibly mad at him, so he left and went home. Around eight o'clock Thursday morning when Cory Courtright called McGuffin at his home to find out if Leah was there and if she had spent the night. During our interview with McGuffin we showed him a picture of Leah we had obtained. McGuffin became extremely choked up, teary eyed, crying and had difficulty catching his breath. It was my opinion his reaction seemed to strong, given the fact she had only been missing for about a day and an half and we considered Leah as a possible runaway.

At the conclusion of the interview Chief Reaves and I decided to go back to the Haga residence to retrieve the tank top we had seen earlier because of the description given to us by McGuffin. We thought there might be a possibility the tank top we had seen might be Leah's. When we arrived at the Haga residence we saw the tank top was missing and all the beer containers had been cleaned up. We found the kitchen sliding glass door was unlocked and partially open, so we did a check of the residence, but found it was empty.

In the late afternoon I had Brent Bartley come into City Hall to do a quick interview about his activities the night Leah disappeared. Bartley's mother, Leslie, accompanied him to the Department and was present during the interview. Bartley told me that McGuffin and Leah came over to his house sometime after 4 PM on Wednesday, June 28th. They all smoked some marijuana and decided to get some video's from McGuffin house and go to Bartley's grandparent's house (Haga). Around 7 PM McGuffin, Bartley and Leah left to take Leah to Cheri Mitchell's house and dropped her off. McGuffin then picked up Bartley's girlfriend, Nicki Price, and they drove back out to Haga's house. Bartley said McGuffin stayed with Nicki and him until around 9 PM then left to pick up Leah.

McGuffin returned a while later and stated he could not find Leah and was going to continue looking for her. About 11 PM, McGuffin returned and told Bartley and Nicki that he could not find Leah, so Bartley told McGuffin he would go and help him find her. They dropped Nicki off at her house and Bartley said he drove around with McGuffin until around 2 AM Thursday morning before McGuffin dropped him off at his house. At the end of the interview I was just listening to what Bartley had to say when Bartley, looked at me, turned, looked at his mother, then looked back at me and stated " I didn't do anything". I felt this response was some what odd at the time because no one making any accusations at this particular point in the investigation, we were just looking for a missing girl.

During the remainder of the day and evening Chief Reaves and I continued to track down leads and possible spots where Leah might have gone to but, were unsuccessful in locating her.

Over the weekend of July 1st and 2nd, I followed up leads which had been called to our Department but none of them produced any positive results.

On July 3, 2000, Officer Shelly Grant contacted the FBI field office in Eugene. Officer Grant

001887                                        001887                                        001887

**CONTINUED NEXT PAGE**

Exhibit 5063 at 6

SUPPLEMENTAL REPORT CONTINUED

Page    7

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

explained our situation that was ongoing and asked if they could offer any assistance. She was told by the FBI they were going to send a team of special agents to Coquille immediately and would arrive around noon. During the morning hours while waiting for the FBI to arrive, Chief Reaves, Officer Grant and I continued to track down leads coming into the office and collate data we had obtained so far. Around one o'clock in the afternoon four special agents from the FBI arrived at our Department.

The FBI agents were given a full case review by all of us involved and we discussed what should be done immediately and how best to proceed with the investigation. It was determined that I, along with Special Agent Bill Soule, would go and have an in depth interview with Cory Courtright, concerning Leah and her relationship with McGuffin, and also activities and friends. It was thought a more thorough interview might bring out additional information that could give us a better idea about where or what may have happened to Leah.

At 2:55 pm Special Agent Soule and I sat down with Cory Courtright. We explained what we wanted to do and began the interview. Cory stated that Leah enjoyed sports such as Volleyball, Basketball, and was a fair student in school with grades of B's and C's. We then moved on to Leah's relationship with McGuffin. Cory said the relationship Leah had with McGuffin started back in October of 1999. At first Cory did not approve of the relationship because of the age difference. It was not until around March 2000, did Cory start allowing McGuffin to come over to the house. Her reason for this was simple. Leah and Cory's relationship was suffering because Cory disapproved of Leah dating McGuffin and she wanted to regain that relationship she once had. Cory stated tha Leah and her were very close.

McGuffin and Leah spent alot of time together watching movies and swimming. They would spend time together talking in McGuffin's car at either Highway 42 and West Central or at the Caboose Lady Coffee parking area. The day of Leah's disappearance Cory said Leah was in an exceptionally great mood.

We had received information from Cory Courtright that Leah was scheduled for an appointment at County Health Clinic to try and obtain birth control. Cory stated that she had set up the appointment because she knew Leah and McGuffin were sexually active. We had enlisted the help of the District Attorney's Office in trying to ascertain if she made this appointment, but because of a privacy issue we were not able to obtain information. While I was talking to Cory, I received a call from Lt. King stating if I took Cory to the clinic and she signed a waiver we would receive the information we needed. I stopped the interview and took Cory in my patrol car to North Bend. At the North Bend Clinic after Cory had signed the wavier, we were informed by Mrs. Kiander that Leah did not make her appointment scheduled for June 29th.

During a briefing at the end of the day it was decided we would attempt on Wednesday July 5th, to get someone from an outside agency over to Coquille on Wednesday to administer a polygraph to both McGuffin and Bartley so we could eliminate them as possible suspects in Leah's diappearance.

Tuesday July 4, 2000, we received an anonymous call at the Department. The female caller stated we were to relay a message to the mother of Leah, that she was alright and staying with another boy in Coos Bay and then hung up. Dispatch traced the call with the help of GTE Phone Services and it came back to an address located at 1222 Minnesota, Coos Bay.

Chief Reaves and I left immediately for Coos Bay to the above mentioned address. We arrived and

Exhibit 5063 at 7

## SUPPLEMENTAL REPORT CONTINUED

| | | Page **8** |
|---|---|---|
| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |

spoke with an elderly woman who stated her daughter knew someone who had seen Leah. We found out the location where the daughter worked and drove to Cap'n Johns Motel in Charleston. We spoke to Cheryl Thomason in regard to her phone call to our office. She told us she had a friend whose name was Elton that lived upstairs in an apartment above the theatre in Coos Bay. She went on to say this friend had told her Leah was at his apartment on Monday.

After receiving this information we drove to 249 S. Broadway # 122, Coos Bay, in an attempt to contact this subject. At this location we contacted Elton Johnson and asked him to tell us about him seeing Leah. Elton told us a tall skinny guy with a girl that looked like Leah came to his door on Monday morning about 8:30 am. The guy stated he was looking for a person named Richard. Elton said there used to be a man named Richard who lived in his apartment but had moved several months earlier. Elton then pointed out his window toward a patch of trees several blocks away and said Richard had moved into a house located by the trees.

We went to two different homes where Elton pointed and finally at 353 S. 5th Street we located a subject who knew Richard. Joe Rudder told us Richard's last name was Hutchins. He told us Hutchins was in jail and had been evicted several months earlier and was doing time in jail for a probation violation. After exhausting all leads in this particular instance we cleared and went back to Coquille.

Later in the evening I was contacted by dispatch and requested to meet Officer Ulmer of my Department at the cemetery located near my house. I was told he had possibly located some items that could be pertinent to our case involving Leah. I responded and Ulmer showed me a jacket he had found but it was quickly determined that it belonged to a young man who was walking through the cemetery. Ulmer then showed me a shoe that was given to him by a citizen who had found it supposedly the night of Leah's disappearance. I told Ulmer to place it in evidence just in case it was Leah's.

On Wednesday morning July 5th, I contacted OSP Officer Mark Ranger, at his office in Roseburg, Oregon. I explained to him my case and requested his assistance in administering polygraph examination on Bartley and McGuffin. Ranger told me he would arrive later in the morning and to contact McGuffin and Bartley to arrange times for them to take the test. I contacted both the above mentioned subjects and arranged times for them to be interviewed and tested.

Agent Dick Wilson of the FBI and I first took Bartley downstairs and had him give us a written statement of his activities on June 28th. During the time Bartley was writing his statement he broke down and cried for several minutes and said he was very upset over Leah's disappearance. After finishing his statement Bartley was asked if he would consent to taking a polygraph exam and he agreed to do so, and was turned over to Ranger for the test. At the beginning of the test Agent Wilson and I were standing outside the office where Bartley was taking the test and heard Bartley break down and start crying once again. At the conclusion of the test Bartley was told he could go home. Ranger told me after the test that Bartley showed deception on one of the test questions. The question was, "Have you talked to Leah since last Wednesday night after 9 PM". Ranger felt Bartley may not have direct involvement in Leah's disappearance, but felt he might have some knowledge about it.

McGuffin was next brought down to the squad room and we had him give a detailed written statement about June 28th and 29th. I remembered our first interview with McGuffin and how he had problems remembering times, where he had been, who he had been with, but this time McGuffin was able to give precise times and state exactly where and who he had seen on that



Exhibit 5063 at 8

SUPPLEMENTAL REPORT CONTINUED

| | | Page 9 |
|---|---|---|
| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |

night. After his written statement McGuffin was asked if he would consent to a polygraph exam and he agreed to take the test. Before the test I asked McGuffin if he would be willing to give us consent to look through his car and McGuffin agreed. I had McGuffin write out in his own hand writing a statement granting us permission to search his car. I then contacted Mast Brothers towing and sent them along with investigator Lt. Buddy Young, to pick up McGuffin's car at his home, then transport it to the OSP crime lab in Coos Bay for processing.

After polygraph exam of McGuffin, I met with Ranger to discuss the results. Ranger told me that McGuffin showed a significant amount of deception on three key questions that I have listed below.

1. Did you physically do something that resulted in Leah's death?

2. Did you have any direct involvement in Leah's disappearance?

3. Have you talked to Leah since last Wednesday night after 9 PM?

It was decided that Ranger and I would interview McGuffin again and try to determine if he was hiding something. It should be noted that during the interview McGuffin was extremely defensive and agitated toward us. At one point during the interview, I told McGuffin that we had a witness that saw Leah in McGuffin's car after 10 PM. McGuffin after hearing this statement from me gasped, began looking up at the ceiling and all around as if searching for an answer. He never once said that it was impossible or called it a lie but only replied that he didn't know how that was possible. When the questioning became more intense McGuffin became more irate and finally McGuffin stated " This polygraph is inadmissable in court, you don't have any evidence, so you don't have shit ". He then stated he wanted to speak to his father and got up and walked out.

Later in the evening on this same date from about 9 PM till 10:15 PM, we conducted a roadblock on N. Central by the Credit Union. The reason for this was simple. Most people are creatures of habit and will travel by vehicle or walk the same route daily. We did this in an effort to possibly find someone who may have seen Leah walking up Central on the night of her disappearance. Anyone who may have seen something or thought they had seen something was interviewed. During the time of the roadblock Deputy Kip Oswald of the Sheriff's Office was on patrol in the Fairview area and found a shoe on Hudson Ridge. Oswald came up to me while I was working the roadblock and showed me the shoe he found. It looked very similar to the shoes that Leah was supposed to be wearing on the night of her disappearance. It also matched the shoe Officer Ulmer had located. Oswald said he would take it to his Department and log it in as found property.

On Thursday July 6th I obtained a search warrant for McGuffin's car and served it to Cathy Wilcox at the OSP Crime Lab. In the early part of the afternoon, we had Leah's sister Denise, come down to the Department. We wanted to see if she could identify the shoes that where found. We had siezed a pair of tennis shoes from Leah's room a couple of days earlier and we placed the two pairs of shoes on a table and asked Denise which pair Leah wore the most. Denise pointed to the shoes that were found and said she wore them all the time because the other pair had a faulty heel.

On July 10, 2000, I took the tennis shoes we had found along with other items to the crime lab and requested to have a DNA Test performed to determine if the shoes were, in fact, Leah's. While in Coos Bay I went to the Courthouse in North Bend and did a return of service for the search warrant I had obtained for McGuffin's car. At 2 PM we had a investigators meeting and collated any information received so far and try to determine what leads needed to be followed up. Various ssignments were given to detectives for follow-up.

Exhibit 5063 at 9

## SUPPLEMENTAL REPORT CONTINUED

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Page 10 Incident No. 00001905 |
|---|---|---|

On July 12, 2000 Chief Reaves scheduled for OSP Detectives from other parts of the state as well as Chief Gil Zacarro from North Bend P.D. to review our case cold. We wanted someone who had not worked on this case to be able to review, critique, and make recommendations to us on how best to proceed or to look at any area's that we may have missed.

During the early morning of July 14th, I had several Officers from my Department as well as Sheriff's Department Deputies conduct a road block on Fairview Road and Collier. It had been reported to our Department that a young woman was seen the night Leah's disappearance standing on the corner of North Collier and Fairview Road attempting to hitch-hike out to Fairview. The description of the woman given to investigators by witnesses closely resembled that of Leah. During the roadblock one of the Officers was able to get a lead in which, the woman who was seen on this night was a female that had been released from jail earlier in the evening and was trying to get ride to Cherry Creek.

As of the date of this report we are currently still following up leads as they come into the Department and collating and cataloging all in formation.

Investigation Continuing.

END OF SUPPLEMENTAL REPORT

Exhibit 5063 at 10