**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5064**
Zavala DPSST Transcript



# Oregon Criminal Justice Information Records Inquiry System (CJ IRIS)

| Zavala, David | ID: 37549 | Rank: | Police Officer |
|---|---|---|---|
| Keizer Police Department | | Level: | |
| Status: Active | | Class: | |
| | | Assign: | |

Transcript

| Employment | | | | | |
|---|---|---|---|---|---|
| **Date** | **Agency** | **Action** | **Rank** | **Classification** | **Assignment** |
| 10/3/2000 | Keizer Police Department | Hired | Police Off | | |
| 9/24/2000 | Coquille Police Department | Resigned | Police Off | | |
| 6/8/1999 | Coquille Police Department | Hired | Police Off | | |

| Certification | | | | | | |
|---|---|---|---|---|---|---|
| **Status Date** | **Certificate** | **Level** | **Status** | **Certificate Date** | **Expiration Date** | **Probation Date** |
| 6/19/2009 | Police Officer | Advanced | Granted | 6/19/2009 | | |
| 6/16/2004 | Police Officer | Intermediate | Granted | 6/16/2004 | | |
| 5/12/2000 | Police Officer | Basic | Granted | 5/12/2000 | | |

| Training | | | | | |
|---|---|---|---|---|---|
| **Date** | **Course** | **Title** | **Status** | **Score** | **Hours** |
| 12/3/2024 | KZP1377A | Domestic Violence Protocols | Passed | 0.0 | 4.00 |

Exhibit 5064 at 1

| | | | | | |
|---|---|---|---|---|---|
| 12/3/2024 | KZP2459A | Marion County Gang Presentation | Passed | 0.0 | 1.50 |
| 12/3/2024 | KZP4137A | Diversity, Equity and Inclusion | Passed | 0.0 | 3.00 |
| 12/3/2024 | KZP1765A | Annual Ethics/Bias Training | Passed | 0.0 | 1.00 |
| 11/12/2024 | KZP3094A | Defensive Tactics / Kimura | Passed | 0.0 | 0.50 |
| 9/10/2024 | KZP0209A | KPD Q3 In-Service Firearms | Passed | 0.0 | 4.00 |
| 9/10/2024 | KZP4515A | Use of Force and Less Lethal Refresher Training | Passed | 0.0 | 1.00 |
| 9/10/2024 | KZP0575A | CIT/Mental Health Refresher Training | Passed | 0.0 | 3.00 |
| 5/14/2024 | KZP0193A | Pistol & Rifle Quals / Combat Ranges | Passed | 0.0 | 7.00 |
| 3/7/2024 | KZP0919A | 2024 Annual Qualifications | Passed | 0.0 | 2.00 |
| 2/13/2024 | KZP0080A | IST/DT's/Records/P&E/Traffic Topics | Passed | 0.0 | 5.50 |
| 2/13/2024 | KZP2512A | SFST Refresher Training | Passed | 0.0 | 4.00 |
| 1/24/2024 | KZP2802A | EVOC / Pinning Technique | Passed | 0.0 | 0.75 |
| 1/15/2024 | KZP0480A | TruNarc Basic Operator Course | Passed | 0.0 | 2.50 |
| | | | **2024 Hours** | | **39.75** |
| 12/18/2023 | MISCMAIN | 2023 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 12/5/2023 | KZP2035A | Ethics: Principled Policing | Passed | 0.0 | 1.00 |
| 12/5/2023 | KZP1174A | Pistol/Rifle Maint Class / P/R/S Low Light Range | Passed | 0.0 | 7.00 |
| 12/5/2023 | KZP0476A | Sexual Assault Nurse Examiner (SANE) Program | Passed | 0.0 | 0.50 |
| 11/1/2023 | KZP2439A | Illicit Drug Manufacturing | Passed | 0.0 | 2.50 |
| 9/28/2023 | KZP1824A | OSINT 101 Training | Passed | 0.0 | 1.50 |
| 9/12/2023 | KZP2370A | Defense Testimony, LEAD, Safe Families | Passed | 0.0 | 4.00 |
| 9/12/2023 | KZP2088A | Adult/Juvenile CPR & First Aid | Passed | 0.0 | 4.00 |
| 9/12/2023 | KZP3981A | Airway Circulatory Anatomy and Physiology | Passed | 0.0 | 2.00 |
| 6/21/2023 | KZP1692A | Burglary - South American Theft Groups | Passed | 0.0 | 1.00 |
| 5/23/2023 | KZP4203A | 2nd Qtr Range/Quals and Active Shooter Training | Passed | 0.0 | 9.00 |

Exhibit 5064 at 2

| 4/26/2023 | GVP15122 | North County Intel Meeting | Passed | 0.0 | 0.45 |
|---|---|---|---|---|---|
| 3/27/2023 | KZP10106 | Cyber Sec. / Fire Ext. / Bloodborne Pathogens | Passed | 0.0 | 0.50 |
| 3/14/2023 | KZP27424 | Optional Range Day | Passed | 0.0 | 4.00 |
| 2/21/2023 | KZP15229 | In-Service/DT's/Fallen Badge/Records/Evidence/IT | Passed | 0.0 | 9.50 |
| 1/25/2023 | KZP11635 | Glock 43X/RDS Qualification | Passed | 0.0 | 2.50 |
| 1/17/2023 | KZP30480 | Building High Performance Organizations | Passed | 0.0 | 24.00 |
| 1/6/2023 | MISCMAIN | 2022 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| | | | **2023 Hours** | | **73.45** |
| 12/13/2022 | KZP25474 | Ethics | Passed | 0.0 | 1.00 |
| 12/13/2022 | KZP07062 | In-Service | Passed | 0.0 | 8.00 |
| 11/29/2022 | KZP09973 | Voluntary Range / Glock 43X Qualification | Passed | 0.0 | 2.00 |
| 11/2/2022 | KZP02164 | Firearms Range | Passed | 0.0 | 1.50 |
| 10/5/2022 | KZP41670 | Snapchat Investigations Course | Passed | 0.0 | 4.00 |
| 9/20/2022 | KZP16793 | Range / Red Dots / Qualifications | Passed | 0.0 | 5.00 |
| 9/20/2022 | KZP34937 | Threat Assessment Refresher | Passed | 0.0 | 1.00 |
| 9/20/2022 | KZP09937 | K9 Handling for Patrol Officers | Passed | 0.0 | 1.50 |
| 7/14/2022 | HDA16104 | 2022 ONEA Training Institute | Passed | 0.0 | 20.00 |
| 7/6/2022 | KZP25824 | July Vountary Firearms Training | Passed | 0.0 | 2.50 |
| 5/17/2022 | KZP27350 | Pistol-Rifle-Shotgun Quals/DT's/Team ConSim/Shield | Passed | 0.0 | 8.00 |
| 3/8/2022 | KZP16551 | Confrontational Simulation | Passed | 0.0 | 0.75 |
| 2/23/2022 | KZP41968 | Ghost Guns Overview | Passed | 0.0 | 2.00 |
| 2/22/2022 | KZP16562 | Animal Abuse Investigations | Passed | 0.0 | 2.00 |
| 2/22/2022 | KZP13400 | 40mm Update / Refresher / Firing | Passed | 0.0 | 1.00 |
| 2/22/2022 | KZP22867 | TLC/Financial/Records/Property/BM110/Veh Maint/DTs | Passed | 0.0 | 7.00 |
| 1/31/2022 | KZP16659 | Fentanyl Safety, Investigations and Decon | Passed | 0.0 | 3.00 |
| | | | **2022 Hours** | | **70.25** |

Exhibit 5064 at 3

| 12/21/2021 | KZP32432 | EVOC Training | Passed | 0.0 | 0.50 |
|---|---|---|---|---|---|
| 12/7/2021 | KZP41850 | Domestic Violence Investigations Refresher | Passed | 0.0 | 0.50 |
| 12/7/2021 | KZP42105 | Search and Seizure / Legal Updates | Passed | 0.0 | 2.50 |
| 12/7/2021 | KZP23946 | Human Trafficking Investigations | Passed | 0.0 | 2.00 |
| 12/7/2021 | KZP34360 | Night Range | Passed | 0.0 | 4.00 |
| 10/19/2021 | MISCMAIN | 2021 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 10/12/2021 | MISCMAIN | 2021 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 9/29/2021 | F6F14302 | Credit Card Frauds and Other Side Hustles. | Passed | 0.0 | 2.00 |
| 9/29/2021 | F6F27093 | Cellular Analysis Survey Team (CAST) | Passed | 0.0 | 2.00 |
| 9/29/2021 | F6F24219 | The Dark Net and Fatal Overdose - SA Guy Gino | Passed | 0.0 | 2.00 |
| 9/29/2021 | F6F14611 | Undercover Techniques and Survival for Narcotics. | Passed | 0.0 | 2.00 |
| 9/28/2021 | F6F02893 | Leadership During Adversity - Sergeant Barry Rag. | Passed | 0.0 | 4.00 |
| 9/28/2021 | F6F36318 | Oregon Legal Updates | Passed | 0.0 | 2.50 |
| 9/21/2021 | KZP15139 | Use of Force Update, DT's, OC, Asp, Taser | Passed | 0.0 | 4.00 |
| 9/21/2021 | KZP14641 | Annual CPR / First Aid / AED Training | Passed | 0.0 | 6.00 |
| 9/21/2021 | KZP23431 | Annual Ethics Training | Passed | 0.0 | 1.00 |
| 8/5/2021 | F6F41711 | Search and Seizure Case Law Updates | Passed | 0.0 | 3.00 |
| 4/27/2021 | KZP35029 | Annual Firearms Qualification / Bolo Wrap | Passed | 0.0 | 8.00 |
| 4/5/2021 | KZP34205 | In-Service MILO | Passed | 0.0 | 0.50 |
| 3/30/2021 | KZP04535 | In-Service: Responding to Calls with Firefighters | Passed | 0.0 | 2.00 |
| 3/30/2021 | KZP35706 | In-Service: Evidence Processing/Records Procedures | Passed | 0.0 | 3.00 |
| 3/30/2021 | KZP00482 | BM 110 & Crash Investigation Refresher | Passed | 0.0 | 1.00 |
| 3/30/2021 | KZP11591 | DUII Refresher | Passed | 0.0 | 4.00 |
| 1/27/2021 | MISCMAIN | 2021 LE Basic 3 Year Maintenance | Completed | 0.0 | 0.00 |
| 1/25/2021 | KZP15684 | Search Warrants: Not as Painful as You Think | Passed | 0.0 | 8.00 |

Exhibit 5064 at 4

| | | | **2021 Hours** | | **64.50** |
|---|---|---|---|---|---|
| 12/9/2020 | KZP16606 | In-Service--ASP, Taser, OC, Use of Force Policy | Passed | 0.0 | 3.00 |
| 12/1/2020 | KZP26778 | In-Service Range | Passed | 0.0 | 0.50 |
| 11/23/2020 | KZP18986 | Roll Call: Excited Delirium Protocol | Passed | 0.0 | 1.00 |
| 11/10/2020 | MISCMAIN | 2020 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 10/29/2020 | KZP39183 | In-Service Firearms Training | Passed | 0.0 | 4.00 |
| 9/8/2020 | KZP30023 | In-Service Ethics/Emotional Intelligence | Passed | 0.0 | 1.50 |
| 9/8/2020 | KZP17769 | In-Service Legal Update | Passed | 0.0 | 2.00 |
| 9/8/2020 | KZP16565 | In-Service Law Enforcement Assisted Diversion | Passed | 0.0 | 1.00 |
| 8/31/2020 | KZP27073 | LEDS and CJIS Security Recerts | Passed | 0.0 | 1.00 |
| 7/1/2020 | KZP09365 | In-Service Rifle and Shotgun | Passed | 0.0 | 2.00 |
| 6/3/2020 | KZP20658 | In-Service Pistol | Passed | 0.0 | 1.50 |
| 4/9/2020 | KZP00133 | Restorative Justice/Cyber Bullying & Sexting | Passed | 0.0 | 8.00 |
| 4/7/2020 | KZP10448 | Roll Call--Fentanyl Handling | Passed | 0.0 | 0.50 |
| 4/1/2020 | KZP32824 | High in Plain Sight--Webinar | Passed | 0.0 | 1.50 |
| 3/18/2020 | KZP34807 | In-Service MILO | Passed | 0.0 | 0.50 |
| 3/11/2020 | KZP11251 | In-Service ConSim | Passed | 0.0 | 0.75 |
| 1/7/2020 | KZP35669 | In-Service Below 100 | Passed | 0.0 | 4.00 |
| 1/7/2020 | KZP30916 | In-Service Domestic Violence Investigations | Passed | 0.0 | 5.00 |
| 1/7/2020 | KZP40631 | In-Service OSP Crime Lab Procedures | Passed | 0.0 | 1.00 |
| | | | **2020 Hours** | | **38.75** |
| 12/10/2019 | KZP41234 | In-service Officer Survival Training | Passed | 0.0 | 5.50 |
| 12/10/2019 | KZP21529 | In-Service Pistol Qualification | Passed | 0.0 | 0.50 |
| 12/10/2019 | KZP18393 | In-Service Pistol Training | Passed | 0.0 | 2.00 |
| 12/10/2019 | KZP20441 | In-Service Rifle Training | Passed | 0.0 | 0.50 |
| 11/29/2019 | KZP20008 | Bloodborne Pathogens, Fire Extinguisher Cert | Passed | 0.0 | 1.00 |

Exhibit 5064 at 5

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 11/29/2019 | KZP27800 | Work Place Harassment | Passed | 0.0 | 1.00 |
| 10/14/2019 | MISCMAIN | 2019 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 9/17/2019 | KZP04887 | In-service-OC, Taser, and Baton Training | Passed | 0.0 | 2.00 |
| 9/17/2019 | KZP34820 | In-service-Active Threat-Table Top Exercise | Passed | 0.0 | 1.00 |
| 9/17/2019 | KZP23968 | In-service-Defensive Tactics | Passed | 0.0 | 3.00 |
| 9/17/2019 | KZP35361 | In-service-First Aid/CPR | Passed | 0.0 | 3.00 |
| 9/17/2019 | KZP12310 | In-service-First Aid/CPR | Passed | 0.0 | 3.00 |
| 8/27/2019 | KZP11076 | School Resource Officer Training | Passed | 0.0 | 8.00 |
| 7/28/2019 | F6D30041 | Oregon School Safety Confrence | Passed | 0.0 | 22.00 |
| 6/18/2019 | KZP36467 | Handgun Qualification | Passed | 0.0 | 0.50 |
| 5/14/2019 | KZP09608 | AR 15 and Shotgun Training | Passed | 0.0 | 0.50 |
| 5/14/2019 | KZP15815 | Crisis Intervention Training | Passed | 0.0 | 4.00 |
| 5/14/2019 | KZP37211 | AR 15 qualification | Passed | 0.0 | 1.00 |
| 5/14/2019 | KZP31044 | Ethics | Passed | 0.0 | 1.00 |
| 5/14/2019 | KZP31230 | Outward Mindset | Passed | 0.0 | 1.00 |
| 5/14/2019 | KZP30087 | Shotgun qualification | Passed | 0.0 | 1.00 |
| 5/14/2019 | KZP15459 | Pistol Training | Passed | 0.0 | 2.00 |
| 3/12/2019 | KZP36911 | Confrontation Simulation | Passed | 0.0 | 0.50 |
| 1/8/2019 | KZP04265 | Outward Mindset Training | Passed | 0.0 | 3.00 |
| 1/8/2019 | KZP39130 | Legal Update/SB 111 Procedures/ Karly's Law | Passed | 0.0 | 3.00 |
| 1/8/2019 | KZP16748 | NICB Vehicle Theft Investigations | Passed | 0.0 | 1.00 |
| 1/8/2019 | KZP02911 | Crime Lab Procedures | Passed | 0.0 | 0.50 |
| 1/3/2019 | KZP01938 | Legislative Updates - 2018 | Passed | 0.0 | 0.50 |
| | | | **2019 Hours** | | **72.00** |
| 12/26/2018 | MISCMAIN | 2018 LE Annual Maintenance | Completed | 0.0 | 0.00 |

Exhibit 5064 at 6

| 12/10/2018 | KZP14559 | Statistical Transparency of Policing (STOP) | Passed | 0.0 | 0.50 |
|---|---|---|---|---|---|
| 12/4/2018 | KZP15075 | Pistol Training | Passed | 0.0 | 1.00 |
| 12/4/2018 | KZP15500 | Mental Health for Officers | Passed | 0.0 | 2.00 |
| 12/4/2018 | KZP11042 | Naloxone Training | Passed | 0.0 | 0.50 |
| 12/4/2018 | KZP01491 | Shotgun Training | Passed | 0.0 | 1.00 |
| 12/4/2018 | KZP24599 | Tactical Firearms Training | Passed | 0.0 | 1.00 |
| 12/4/2018 | KZP36839 | Ethics | Passed | 0.0 | 2.00 |
| 12/4/2018 | KZP36385 | AR-15 Training | Passed | 0.0 | 1.00 |
| 9/24/2018 | KZP09862 | LEDS/CJIS Training | Passed | 0.0 | 1.00 |
| 9/18/2018 | KZP02349 | Defensive Tactics | Passed | 0.0 | 3.00 |
| 9/18/2018 | KZP27665 | Building Searches | Passed | 0.0 | 3.00 |
| 9/18/2018 | KZP08430 | Traffic Stops | Passed | 0.0 | 3.00 |
| 8/22/2018 | KZP28870 | CIT - Traumatic Brain Injury | Passed | 0.0 | 0.50 |
| 8/20/2018 | KZP39529 | CIT - Traumatic Brain Injury | Passed | 0.0 | 0.50 |
| 8/17/2018 | F6B21970 | Interdiction - Human Smuggling TAT | Passed | 0.0 | 4.00 |
| 8/1/2018 | F6D03140 | OSROA School Safety Conference | Passed | 0.0 | 20.00 |
| 7/10/2018 | KZP39200 | AR Qualification | Passed | 0.0 | 0.50 |
| 7/10/2018 | KZP32549 | Pistol Training | Passed | 0.0 | 1.00 |
| 7/10/2018 | KZP38270 | AR Training | Passed | 0.0 | 1.00 |
| 6/18/2018 | KZP21110 | Forensic Experiential Trauma Interview Intro-FETI | Passed | 0.0 | 16.00 |
| 5/15/2018 | KZP39313 | SFST Refresher | Passed | 0.0 | 4.00 |
| 5/15/2018 | KZP08445 | Pistol Qualification | Passed | 0.0 | 0.50 |
| 5/15/2018 | KZP35041 | AR Training | Passed | 0.0 | 1.00 |
| 5/15/2018 | KZP11966 | AR Qualification | Passed | 0.0 | 0.50 |
| 5/15/2018 | KZP14435 | Pistol Training | Passed | 0.0 | 1.00 |
| 5/15/2018 | KZP34586 | Policing Philosophy | Passed | 0.0 | 0.50 |

Exhibit 5064 at 7

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 5/15/2018 | KZP31479 | Shotgun Qualification | Passed | 0.0 | 0.50 |
| 4/10/2018 | KZP26023 | Confrontation Simulation | Passed | 0.0 | 0.50 |
| 4/2/2018 | KZP35353 | Mandatory Reporting | Passed | 0.0 | 0.50 |
| 1/16/2018 | KZP08815 | Active Threat Response | Passed | 0.0 | 10.00 |
| | | | | **2018 Hours** | **81.50** |
| 12/27/2017 | KZP31699 | Legislative Update 2017 | Passed | 0.0 | 1.00 |
| 12/19/2017 | KZP35329 | MILO | Passed | 0.0 | 0.50 |
| 12/8/2017 | KZP11576 | Social Networking in Criminal Investigations | Passed | 0.0 | 16.00 |
| 12/5/2017 | KZP17204 | Death Investigations | Passed | 0.0 | 5.00 |
| 12/5/2017 | KZP39134 | Night Range - Pistol | Passed | 0.0 | 3.00 |
| 12/5/2017 | KZP25991 | Forensic Device Analysis Protocol | Passed | 0.0 | 0.50 |
| 12/5/2017 | KZP25841 | Serious Traffic Crash Protocol | Passed | 0.0 | 0.50 |
| 12/5/2017 | KZP29897 | Shotgun Qualification - Mossberg | Passed | 0.0 | 0.50 |
| 10/26/2017 | F6A10096 | Bridging the Gap | Passed | 0.0 | 4.50 |
| 9/25/2017 | KZP34616 | Bloodborne Pathogen Procedures | Passed | 0.0 | 1.00 |
| 9/25/2017 | KZP16014 | Workplace Harassment Prevention | Passed | 0.0 | 0.50 |
| 9/19/2017 | KZP12182 | Defensive Tactics | Passed | 0.0 | 3.00 |
| 9/19/2017 | KZP16432 | Confrontation Simulation | Passed | 0.0 | 0.50 |
| 9/19/2017 | KZP12227 | Use of Force Legal Update | Passed | 0.0 | 3.50 |
| 9/19/2017 | KZP38001 | First Aid/CPR | Passed | 0.0 | 3.00 |
| 9/19/2017 | KZP01366 | ASP/OC/Taser Recertification | Passed | 0.0 | 0.75 |
| 8/2/2017 | F6A08851 | OSROA School Safety Conference | Passed | 0.0 | 20.00 |
| 5/9/2017 | KZP29624 | Ethics | Passed | 0.0 | 2.00 |
| 5/9/2017 | KZP41217 | Commercial Sexual Exploitation of Children | Passed | 0.0 | 3.00 |
| 5/9/2017 | KZP17008 | Pistol Training and Qualification | Passed | 0.0 | 1.50 |

Exhibit 5064 at 8

| | | | | | |
|---|---|---|---|---|---|
| 5/9/2017 | KZP36651 | Rifle Training and Qualification | Passed | 0.0 | 1.00 |
| 5/9/2017 | KZP39487 | Shotgun Training and Qualification | Passed | 0.0 | 1.00 |
| 5/9/2017 | KZP40015 | US Postal Inspector/Procedures | Passed | 0.0 | 0.50 |
| 4/6/2017 | KZP28062 | Less Lethal-40 MM | Passed | 0.0 | 1.00 |
| 3/7/2017 | KZP17153 | ConSim | Passed | 0.0 | 0.50 |
| 3/6/2017 | KZP31661 | Roll Call : Dangers of De-Escalation; AEDs | Passed | 0.0 | 0.50 |
| 2/22/2017 | KZP39721 | Statewide Student Threat Assessment & Tip Line | Passed | 0.0 | 2.00 |
| 1/26/2017 | KZP12083 | Combatting Sexual Exploitation of Children | Passed | 0.0 | 8.00 |
| 1/12/2017 | KZP30210 | Police & Minority Relations | Passed | 0.0 | 5.00 |
| 1/12/2017 | KZP32775 | De-escalation Techniques | Passed | 0.0 | 2.50 |
| 1/12/2017 | KZP05483 | Emotional Intelligence | Passed | 0.0 | 5.00 |
| | | | **2017 Hours** | | **97.25** |
| 12/13/2016 | KZP26423 | Night Range | Passed | 0.0 | 3.00 |
| 12/13/2016 | KZP03684 | BHO/Marijuana | Passed | 0.0 | 1.00 |
| 12/13/2016 | KZP40115 | Legal Update | Passed | 0.0 | 3.00 |
| 9/27/2016 | KZP18839 | CULTURAL DIVERSITY | Passed | 0.0 | 3.00 |
| 9/27/2016 | KZP34022 | ASP BATON RECERTIFICATION | Passed | 0.0 | 0.50 |
| 9/27/2016 | KZP20263 | TASER RECERTIFICATION | Passed | 0.0 | 0.50 |
| 9/27/2016 | KZP00435 | COMPREHENSIVE DEFENSE COUNTERMEASURES | Passed | 0.0 | 3.00 |
| 9/27/2016 | KZP11622 | CULTURE/DIVERSITY - OTHER | Passed | 0.0 | 1.00 |
| 9/27/2016 | KZP40472 | OC RECERTIFICATION | Passed | 0.0 | 0.50 |
| 8/19/2016 | KZP00728 | ATAP Threat Management Conference | Passed | 0.0 | 13.00 |
| 8/3/2016 | F6A01619 | Oregon School Resource Officer Safety Conference | Passed | 0.0 | 20.00 |
| 5/17/2016 | KZP41277 | HANDGUN TRAINING | Passed | 0.0 | 0.50 |
| 5/17/2016 | KZP18564 | SHOTGUN TRAINING | Passed | 0.0 | 0.50 |
| 5/17/2016 | KZP42387 | HANDGUN QUALIFICATION | Passed | 0.0 | 0.50 |

Exhibit 5064 at 9

| 5/17/2016 | KZP14411 | RIFLE TRAINING | Passed | 0.0 | 0.50 |
|---|---|---|---|---|---|
| 5/17/2016 | KZP09447 | SHOTGUN QUALIFICATION | Passed | 0.0 | 0.50 |
| 5/17/2016 | KZP27830 | DOMESTIC ABUSE INVESTIGATION PROTOCOL | Passed | 0.0 | 6.00 |
| 5/17/2016 | KZP15069 | RIFLE QUALIFICATION | Passed | 0.0 | 0.50 |
| 5/17/2016 | KZP38933 | RIFLE TRAINING | Passed | 0.0 | 0.50 |
| 5/13/2016 | F6A00588 | Strangulation Recognition & Response | Passed | 0.0 | 8.00 |
| 5/11/2016 | KZP2240O | Child Abuse Protocols | Passed | 0.0 | 0.50 |
| 4/27/2016 | F6C26137 | Digital Safety:Traing the Trainer | Passed | 0.0 | 8.00 |
| 4/20/2016 | F6C00041 | Child Abuse Protocol | Passed | 0.0 | 0.50 |
| 4/1/2016 | F6Y00280 | Crisis Intervention Training (C) | Passed | 0.0 | 40.00 |
| 3/1/2016 | F6Y00275 | ConSim | Passed | 0.0 | 0.75 |
| 1/12/2016 | 16-0101 | Active Shooter - Tactical Response | Passed | 0.0 | 10.00 |
| | | | **2016 Hours** | | **125.75** |
| 12/31/2015 | MISCMAIN | 2015 Police Maintenance Basic | Completed | 0.0 | 0.00 |
| 12/17/2015 | 15-0100 | Active Shooter | Passed | 0.0 | 16.00 |
| 12/8/2015 | 15-0915 | Agency Policies / Procedures | Passed | 0.0 | 0.50 |
| 12/8/2015 | 15-1083 | SFST Refresher | Passed | 0.0 | 4.00 |
| 12/8/2015 | 15-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 3.50 |
| 12/2/2015 | 15-0100 | Active Shooter | Passed | 0.0 | 4.00 |
| 11/24/2015 | 15-0100 | Active Shooter | Passed | 0.0 | 5.00 |
| 9/19/2015 | 15-1203 | EVOC | Passed | 0.0 | 4.00 |
| 9/2/2015 | 15-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 10.00 |
| 8/25/2015 | 15-0104 | ASP / OC | Passed | 0.0 | 0.50 |
| 8/25/2015 | 15-0111 | Comprehensive Defense Counter Measures | Passed | 0.0 | 3.00 |
| 8/25/2015 | 15-0272 | Taser Refresher Training | Passed | 0.0 | 0.50 |

Exhibit 5064 at 10

| | | | | | |
|---|---|---|---|---|---|
| 8/25/2015 | 15-0953 | CPR / First Aid / AED | Passed | 0.0 | 4.00 |
| 8/25/2015 | 15-0109 | Confrontational Simulation | Passed | 0.0 | 1.00 |
| 8/21/2015 | F6A03268 | Analytical Investigations | Passed | 0.0 | 16.00 |
| 5/21/2015 | 15-0663 | Gang Training - Other | Passed | 0.0 | 8.00 |
| 5/12/2015 | 15-0129 | Firearms Training | Passed | 0.0 | 2.50 |
| 5/12/2015 | 15-0132 | Firearms Qualification | Passed | 0.0 | 1.50 |
| 5/12/2015 | 15-1108 | Criminal Laws | Passed | 0.0 | 4.00 |
| 4/9/2015 | 15-0443 | Leadership | Passed | 0.0 | 8.00 |
| 3/4/2015 | 15-0109 | Confrontational Simulation | Passed | 0.0 | 0.50 |
| 1/13/2015 | KZP2177O | Homicide/Major Incident Initial Response Protocol | Passed | 0.0 | 2.00 |
| 1/13/2015 | KZP2193F | Weapons Retention | Passed | 0.0 | 0.50 |
| 1/13/2015 | KZP2217O | Gang Affiliate & Activity Documentation/Intel | Passed | 0.0 | 1.00 |
| 1/13/2015 | KZP2174F | Ground Fighting | Passed | 0.0 | 1.00 |
| 1/13/2015 | F6Y00279 | Crisis Intervention Training | Passed | 0.0 | 3.00 |
| 1/13/2015 | F6Y00334 | Weapons Retention | Passed | 0.0 | 0.50 |
| | | | | **2015 Hours** | **104.50** |
| 12/31/2014 | 14-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 2.50 |
| 11/24/2014 | 14-0763 | Sex Offenders Training - Other | Passed | 0.0 | 3.00 |
| 10/30/2014 | 14-0275 | Use of Deadly Force | Passed | 0.0 | 0.50 |
| 10/30/2014 | 14-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| 10/30/2014 | 14-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 4.00 |
| 10/8/2014 | 14-0109 | Confrontational Simulation | Passed | 0.0 | 0.50 |
| 9/16/2014 | 14-0114 | Defensive Tactics | Passed | 0.0 | 2.50 |
| 9/16/2014 | 14-0115 | Ground Fighting | Passed | 0.0 | 1.00 |
| 9/16/2014 | 14-0272 | Taser Refresher Training | Passed | 0.0 | 0.50 |
| 9/16/2014 | 14-1228 | Vehicle Stops | Passed | 0.0 | 6.00 |

Exhibit 5064 at 11

| Date | Course | Title | Result | | Hours |
|---|---|---|---|---|---|
| 8/26/2014 | 14-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 16.00 |
| 5/20/2014 | 14-0141 | Handgun Qualification | Passed | 0.0 | 1.50 |
| 5/20/2014 | 14-0167 | Rifle Qualification | Passed | 0.0 | 1.50 |
| 5/20/2014 | 14-0169 | Shotgun Qualification | Passed | 0.0 | 1.50 |
| 5/20/2014 | 14-0683 | Crisis Intervention | Passed | 0.0 | 1.50 |
| 5/20/2014 | 14-0703 | Data System | Passed | 0.0 | 2.00 |
| 4/17/2014 | 14-1029 | Workplace Harassment | Passed | 0.0 | 1.00 |
| 4/15/2014 | 14-0964 | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 3/31/2014 | 14-0101 | Active Shooter - Tactical Response | Passed | 0.0 | 8.00 |
| 3/12/2014 | 14-0111 | Comprehensive Defense Counter Measures | Passed | 0.0 | 0.50 |
| 3/12/2014 | 14-0109 | Confrontational Simulation | Passed | 0.0 | 0.50 |
| 2/18/2014 | 14-0100 | Active Shooter | Passed | 0.0 | 8.50 |
| 2/18/2014 | 14-0971 | Stress Management | Passed | 0.0 | 0.50 |
| 1/31/2014 | 14-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 2.00 |
| 1/31/2014 | 14-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.50 |
| | | | **2014 Hours** | | **71.00** |
| 11/14/2013 | 13-0114 | Defensive Tactics | Passed | 0.0 | 0.50 |
| 11/14/2013 | 13-0272 | Taser Refresher Training | Passed | 0.0 | 0.50 |
| 11/14/2013 | 13-0276 | Use of Force - Other | Passed | 0.0 | 1.00 |
| 11/14/2013 | 13-0113 | Counter Assaults | Passed | 0.0 | 2.00 |
| 11/14/2013 | 13-0115 | Ground Fighting | Passed | 0.0 | 1.50 |
| 11/14/2013 | 13-0703 | Data System | Passed | 0.0 | 0.50 |
| 11/14/2013 | 13-0785 | DNA | Passed | 0.0 | 3.00 |
| 10/31/2013 | 13-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.50 |
| 10/23/2013 | 13-0671 | Protecting Children | Passed | 0.0 | 2.00 |

Exhibit 5064 at 12

| Date | Code | Title | Status | | |
|------|------|-------|--------|---|---|
| 9/30/2013 | 13-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.50 |
| 9/12/2013 | 13-0132 | Firearms Qualification | Passed | 0.0 | 4.50 |
| 9/12/2013 | 13-0952 | CPR / First Aid | Passed | 0.0 | 3.00 |
| 8/31/2013 | 13-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.50 |
| 8/29/2013 | 13-1085 | Abused Substances | Passed | 0.0 | 1.00 |
| 8/29/2013 | 13-0673 | School Violence | Passed | 0.0 | 1.00 |
| 8/28/2013 | 13-0697 | Youth/Juvenile - Other | Passed | 0.0 | 1.00 |
| 8/28/2013 | 13-1107 | Criminal Law - Juvenile Law | Passed | 0.0 | 1.00 |
| 8/28/2013 | 13-0666 | Internet Crimes Against Children | Passed | 0.0 | 2.00 |
| 8/20/2013 | 13-0805 | Rural Patrol Drug Investigations | Passed | 0.0 | 16.00 |
| 8/8/2013 | 13-0673 | School Violence | Passed | 0.0 | 22.00 |
| 7/31/2013 | 13-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Instructed | 0.0 | 0.75 |
| 6/30/2013 | 13-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 1.00 |
| 5/9/2013 | 13-0267 | Tactical Movement | Passed | 0.0 | 1.00 |
| 5/9/2013 | 13-0139 | Simunititions | Passed | 0.0 | 3.00 |
| 5/9/2013 | 13-1223 | Patrol Tactics | Passed | 0.0 | 2.00 |
| 5/9/2013 | 13-1210 | Emotional Survival | Passed | 0.0 | 2.00 |
| 4/30/2013 | 13-0100 | Active Shooter | Passed | 0.0 | 8.00 |
| 2/21/2013 | 13-0649 | Crime Prevention | Passed | 0.0 | 1.00 |
| 2/21/2013 | 13-0677 | School / Child Training - Other | Passed | 0.0 | 0.50 |
| 2/21/2013 | 13-0740 | Sudden Custody Death | Passed | 0.0 | 0.75 |
| 2/21/2013 | 13-0823 | Eye Witness Evidence | Passed | 0.0 | 1.00 |
| 2/21/2013 | 13-0961 | Trauma Care | Passed | 0.0 | 2.00 |
| 2/21/2013 | 13-1112 | Officer Safety | Passed | 0.0 | 1.75 |
| 1/8/2013 | 13-0804 | Narcotics Investigations | Passed | 0.0 | 8.00 |
| | | | **2013 Hours** | | **96.00** |

Exhibit 5064 at 13

| Date | Code | Course | Status | | |
|---|---|---|---|---|---|
| 12/31/2012 | MISCMAIN | 2012 Police Maintenance Basic | Completed | 0.0 | 0.00 |
| 12/28/2012 | 12-0272 | Taser Refresher Training | Passed | 0.0 | 1.50 |
| 12/5/2012 | 12-0109 | Confrontational Simulation | Passed | 0.0 | 0.50 |
| 11/15/2012 | 12-0699 | CAD / MDS / MDT System | Passed | 0.0 | 0.50 |
| 11/15/2012 | 12-0684 | Effective Contacts with Mentally Ill Citizens | Passed | 0.0 | 2.00 |
| 11/15/2012 | 12-0794 | Child Abuse Investigation | Passed | 0.0 | 0.50 |
| 11/15/2012 | 12-1102 | Courtroom Testimony | Passed | 0.0 | 0.50 |
| 11/15/2012 | 12-0783 | Computer Forensics | Passed | 0.0 | 0.50 |
| 11/15/2012 | 12-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 9/20/2012 | 12-0132 | Firearms Qualification | Passed | 0.0 | 3.50 |
| 9/20/2012 | 12-1285 | K-9 Tactical | Passed | 0.0 | 0.50 |
| 9/20/2012 | 12-0756 | Officer / Facility Training - Other | Passed | 0.0 | 1.50 |
| 9/20/2012 | 12-0276 | Use of Force - Other | Passed | 0.0 | 1.00 |
| 9/20/2012 | 12-0911 | Customer Service | Passed | 0.0 | 0.50 |
| 8/24/2012 | 12-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 40.00 |
| 8/8/2012 | 12-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 22.00 |
| 7/31/2012 | 12-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.75 |
| 7/12/2012 | 12-1012 | Child Abuse Interviews | Passed | 0.0 | 16.00 |
| 6/30/2012 | 12-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.75 |
| 5/14/2012 | 12-1120 | Search & Seizure | Passed | 0.0 | 6.00 |
| 3/21/2012 | 12-0699 | CAD / MDS / MDT System | Passed | 0.0 | 2.00 |
| | | | **2012 Hours** | | **104.50** |
| 12/31/2011 | 11-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.50 |
| 11/30/2011 | 11-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.75 |
| 11/9/2011 | 11-0951 | CPR / AED | Passed | 0.0 | 2.50 |

Exhibit 5064 at 14

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2011 | 11-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 0.75 |
| 9/6/2011 | 11-0132 | Firearms Qualification | Passed | 0.0 | 3.00 |
| 5/20/2011 | 11-0373 | Leadership Seminar / Workshop - Other | Passed | 0.0 | 8.00 |
| 2/23/2011 | 11-1203 | EVOC | Passed | 0.0 | 4.00 |
| 2/1/2011 | 11-1198 | Building Searches | Passed | 0.0 | 0.50 |
| 1/18/2011 | 11-0109 | Confrontational Simulation | Passed | 0.0 | 0.75 |
| | | | | **2011 Hours** | **20.75** |
| 12/16/2010 | 10-0111 | Comprehensive Defense Counter Measures | Passed | 0.0 | 2.50 |
| 12/16/2010 | 10-0276 | Use of Force - Other | Passed | 0.0 | 1.50 |
| 11/18/2010 | 10-0616 | Trauma intervention Programs | Passed | 0.0 | 1.00 |
| 11/18/2010 | 10-0795 | Domestic Violence Investigations | Passed | 0.0 | 4.00 |
| 10/12/2010 | 10-0952 | CPR / First Aid | Passed | 0.0 | 3.50 |
| 9/28/2010 | 10-0129 | Firearms Training | Passed | 0.0 | 2.00 |
| 9/1/2010 | 10-0691 | Juvenile Law Update | Passed | 0.0 | 1.00 |
| 9/1/2010 | 10-0696 | Youth Services | Passed | 0.0 | 3.50 |
| 9/1/2010 | 10-0853 | Enhanced Threat & Risk | Passed | 0.0 | 2.50 |
| 8/13/2010 | 10-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 8.00 |
| 8/4/2010 | 10-0672 | School Resource Officer (SRO) Training | Passed | 0.0 | 22.00 |
| 6/30/2010 | 10-0791 | Recovery of Human Remains | Passed | 0.0 | 1.00 |
| 6/11/2010 | 10-1021 | Child Abuse Training - Other | Passed | 0.0 | 12.00 |
| 5/27/2010 | 10-0129 | Firearms Training | Passed | 0.0 | 3.00 |
| 4/30/2010 | 10-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 1.50 |
| 4/28/2010 | 10-0109 | Confrontational Simulation | Passed | 0.0 | 1.00 |
| 3/31/2010 | 10-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 1.50 |
| 3/12/2010 | 10-1269 | Field Training & Evaluation Program | Passed | 0.0 | 40.00 |
| 1/19/2010 | 10-0850 | Explosive Device Recognition for First Responder | Passed | 0.0 | 1.00 |

Exhibit 5064 at 15

| 1/12/2010 | 10-0829 | Investigating Officer Involved Shootings | Passed | 0.0 | 1.50 |
|---|---|---|---|---|---|
| 1/12/2010 | 10-1120 | Search & Seizure | Passed | 0.0 | 1.00 |
| 1/8/2010 | 10-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 2.00 |
| 1/5/2010 | 10-0703 | Data System | Passed | 0.0 | 1.00 |
| | | | | **2010 Hours** | **118.00** |
| 11/17/2009 | 09-1083 | SFST Refresher | Passed | 0.0 | 4.00 |
| 11/5/2009 | 09-0210 | Street Survival (Calibre Press) | Passed | 0.0 | 16.00 |
| 10/6/2009 | 09-0950 | CPR | Passed | 0.0 | 3.50 |
| 10/6/2009 | 09-0147 | Firearms - Less Lethal | Passed | 0.0 | 0.50 |
| 10/6/2009 | 09-0276 | Use of Force - Other | Passed | 0.0 | 0.50 |
| 10/6/2009 | 09-0133 | Range | Passed | 0.0 | 4.00 |
| 10/2/2009 | 09-1224 | Spike Strip / Stop Stick Use | Passed | 0.0 | 0.50 |
| 2/9/2009 | 09-0139 | Simunitions | Passed | 0.0 | 1.00 |
| | | | | **2009 Hours** | **30.00** |
| 10/23/2008 | 08-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| 10/8/2008 | 08-0905 | Ethics | Passed | 0.0 | 4.50 |
| 9/23/2008 | 08-0126 | Firearms Basic | Passed | 0.0 | 4.00 |
| 4/29/2008 | 08-0156 | Glock Armorer's Course | Passed | 0.0 | 8.00 |
| 4/23/2008 | 08-0198 | Range 3000/MILO Instructor Development Course | Passed | 0.0 | 16.00 |
| 4/3/2008 | 08-0141 | Handgun Qualification | Instructed | 0.0 | 1.00 |
| 4/3/2008 | 08-0129 | Firearms Training | Instructed | 0.0 | 5.00 |
| 4/1/2008 | 08-0141 | Handgun Qualification | Instructed | 0.0 | 1.00 |
| 4/1/2008 | 08-0129 | Firearms Training | Instructed | 0.0 | 5.00 |
| 4/1/2008 | 08-0129 | Firearms Training | Passed | 0.0 | 5.00 |
| 4/1/2008 | 08-0141 | Handgun Qualification | Passed | 0.0 | 1.00 |

Exhibit 5064 at 16

| Date | Course # | Course | Status | | Hours |
|------|----------|--------|--------|---|-------|
| 3/13/2008 | 08-0184 | Firearms Instructor Update | Passed | 0.0 | 24.00 |
| 2/27/2008 | 08-0201 | Taser Instructor Course | Passed | 0.0 | 16.00 |
| 1/24/2008 | 08-0276 | Use of Force - Other | Instructed | 0.0 | 7.00 |
| 1/22/2008 | 08-0276 | Use of Force - Other | Instructed | 0.0 | 7.00 |
| 1/22/2008 | 08-0276 | Use of Force - Other | Passed | 0.0 | 7.00 |
| | | | | **2008 Hours** | **89.50** |
| 10/23/2007 | 07-0953 | CPR / First Aid / AED | Passed | 0.0 | 4.50 |
| 10/23/2007 | 07-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| 9/28/2007 | 07-1085 | Abused Substances | Passed | 0.0 | 40.00 |
| 9/18/2007 | 07-1025 | Domestic Abuse | Passed | 0.0 | 4.00 |
| 8/21/2007 | 07-0129 | Firearms Training | Instructed | 0.0 | 3.00 |
| 8/14/2007 | 07-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 1.00 |
| 7/17/2007 | 07-0129 | Firearms Training | Instructed | 0.0 | 3.00 |
| 5/3/2007 | 07-0129 | Firearms Training | Instructed | 0.0 | 4.00 |
| 4/12/2007 | 07-0129 | Firearms Training | Instructed | 0.0 | 8.00 |
| 4/12/2007 | 07-0129 | Firearms Training | Passed | 0.0 | 4.00 |
| 3/23/2007 | 07-0593 | Conference - Other | Passed | 0.0 | 16.00 |
| 3/3/2007 | 07-0153 | AR-15 Basic Operator / Qualification | Instructed | 0.0 | 10.00 |
| 3/3/2007 | 07-0153 | AR-15 Basic Operator / Qualification | Passed | 0.0 | 10.00 |
| 2/8/2007 | 07-0149 | Low Light / Night Shooting / Qualification | Instructed | 0.0 | 3.00 |
| 2/6/2007 | 07-0149 | Low Light / Night Shooting / Qualification | Instructed | 0.0 | 3.00 |
| 2/6/2007 | 07-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 3.00 |
| 1/17/2007 | 07-1122 | Law & Legal - Other | Passed | 0.0 | 3.00 |
| 1/3/2007 | 07-0100 | Active Shooter | Passed | 0.0 | 4.00 |
| | | | | **2007 Hours** | **93.50** |
| 12/9/2006 | 06-0217 | Firearms | Instructed | 0.0 | 4.00 |

Exhibit 5064 at 17

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2006 | 06-0217 | Firearms | Instructed | 0.0 | 4.00 |
| 10/31/2006 | 06-0361 | ConSim - Groundfight | Passed | 0.0 | 4.00 |
| 10/26/2006 | 06-0217 | Firearms | Instructed | 0.0 | 3.00 |
| 10/26/2006 | 06-0217 | Firearms | Passed | 0.0 | 3.00 |
| 9/19/2006 | 06-0076 | CPR/First Aid | Passed | 0.0 | 5.00 |
| 9/9/2006 | 06-0056 | Firearms - Qualifications | Instructed | 0.0 | 4.00 |
| 9/9/2006 | 06-0056 | Firearms - Qualifications | Passed | 0.0 | 4.00 |
| 8/30/2006 | 06-0023 | Bullet Proof Mind | Passed | 0.0 | 8.00 |
| 5/19/2006 | 06-1345 | Drug Investigation | Passed | 0.0 | 80.00 |
| 4/30/2006 | 06-0448 | Legislative Update | Passed | 0.0 | 2.00 |
| 4/4/2006 | 06-0355 | Less Lethal AR15 | Instructed | 0.0 | 4.00 |
| 4/4/2006 | 06-0355 | Less Lethal AR15 | Passed | 0.0 | 4.00 |
| 3/24/2006 | 06-0179 | Conference - Law Enforcement & Intelligence | Passed | 0.0 | 20.00 |
| 3/16/2006 | 06-0045 | EVOC | Passed | 0.0 | 12.00 |
| 1/17/2006 | 06-1927 | Firearms - Night Shoot Training | Instructed | 0.0 | 4.00 |
| 1/17/2006 | 06-1927 | Firearms - Night Shoot Training | Passed | 0.0 | 4.00 |
| | | | **2006 Hours** | | **146.00** |
| 12/17/2005 | 05-1226 | Defensive Tactics/ConSim | Passed | 0.0 | 4.00 |
| 12/10/2005 | 05-2011 | Firearms Range Qualification | Instructed | 0.0 | 4.00 |
| 12/10/2005 | 05-2011 | Firearms Range Qualification | Passed | 0.0 | 4.00 |
| 11/29/2005 | 05-1226 | Defensive Tactics/ConSim | Instructed | 0.0 | 6.00 |
| 11/3/2005 | 05-1226 | Defensive Tactics/ConSim | Passed | 0.0 | 4.00 |
| 9/30/2005 | 05-0725 | Firearms Instructor Training | Passed | 0.0 | 56.00 |
| 9/27/2005 | 05-5798 | Firearms - Patrol Rifle Instructor Course | Passed | 0.0 | 16.00 |
| 9/22/2005 | 05-1245 | Less Lethal Munitions | Passed | 0.0 | 8.00 |

Exhibit 5064 at 18

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2005 | 05-0167 | Clandestine Meth Labs | Passed | 0.0 | 8.00 |
| 9/1/2005 | 05-2593 | Firearms - AR15/Colt/M16 Armorer course | Passed | 0.0 | 24.00 |
| 8/11/2005 | 05-1384 | Defensive Tactics-In Service | Passed | 0.0 | 6.00 |
| 8/4/2005 | 05-0727 | Taser Instructor - X26/Advanced M26 | Passed | 0.0 | 16.00 |
| 7/14/2005 | 05-0961 | ONEA Conference | Passed | 0.0 | 16.00 |
| 6/17/2005 | 05-0934 | Clan Lab Safety Certification | Passed | 0.0 | 76.00 |
| 5/5/2005 | 05-0707 | Firearms - Glock Armorer's Course | Passed | 0.0 | 8.00 |
| 4/7/2005 | 05-0060 | Firearms Training | Passed | 0.0 | 4.00 |
| 4/1/2005 | 05-0538 | Surveillance Operations | Passed | 0.0 | 40.00 |
| 3/10/2005 | 05-0140 | Indoor Cannabis Cultivation | Passed | 0.0 | 16.00 |
| 3/5/2005 | 05-0750 | Firearms - Night Shoot Training | Passed | 0.0 | 4.00 |
| 2/25/2005 | 05-0147 | Drug Endangered Children Training Conference | Passed | 0.0 | 12.00 |
| 1/26/2005 | 05-0567 | Crime Scene Investigation | Passed | 0.0 | 4.00 |
| 1/26/2005 | 05-2999 | Mobile Command Vehicle Operations | Passed | 0.0 | 4.00 |
| 1/21/2005 | 05-0122 | Critical Incident Response | Passed | 0.0 | 16.00 |
| 1/13/2005 | 05-0106 | FLETC First Responder Training | Passed | 0.0 | 24.00 |
| 1/6/2005 | 05-0681 | Defensive Tactics - Groundfighting | Passed | 0.0 | 8.00 |
| 1/4/2005 | 05-0681 | Defensive Tactics - Groundfighting | Passed | 0.0 | 3.50 |
| | | | | **2005 Hours** | **381.50** |
| 12/31/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.00 |
| 11/30/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.50 |
| 11/23/2004 | 04-4358 | Firearms - 3rd Quarter | Passed | 0.0 | 4.00 |
| 10/31/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.00 |
| 9/30/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.00 |
| 9/28/2004 | 04-0385 | CPR | Passed | 0.0 | 4.00 |
| 8/31/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.50 |

Exhibit 5064 at 19

| Date | Code | Description | Status | | Hours |
|---|---|---|---|---|---|
| 7/31/2004 | 04-4101 | In-Service Training | Passed | 0.0 | 1.00 |
| 7/29/2004 | 04-0273 | Firearms - Training | Passed | 0.0 | 5.00 |
| 6/30/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.50 |
| 6/5/2004 | 04-0561 | Reality Based Instructor Class | Passed | 0.0 | 40.00 |
| 5/31/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.00 |
| 5/18/2004 | 04-0271 | Firearms - Qualifications | Passed | 0.0 | 4.00 |
| 4/30/2004 | 04-4020 | Roll Call Training | Passed | 0.0 | 1.00 |
| 3/13/2004 | 04-0694 | Taser Certification & Training | Instructed | 0.0 | 4.00 |
| 3/13/2004 | 04-0694 | Taser Certification & Training | Passed | 0.0 | 4.00 |
| 2/27/2004 | 04-0254 | Firearms - Low Light | Passed | 0.0 | 3.00 |
| 2/4/2004 | 04-0139 | CISM: Basic Group Crisis Intervention | Passed | 0.0 | 14.00 |
| | | | **2004 Hours** | | **88.50** |
| 12/30/2003 | 03U001 | Approved In-State Training | Passed | 0.0 | 37.50 |
| 9/26/2003 | 03-1014 | X/M26 Taser Instructor | Passed | 0.0 | 12.00 |
| 4/15/2003 | 03-0528 | Rural Patrol Drug Investigations | Passed | 0.0 | 24.00 |
| 3/31/2003 | 03-0513 | Amber Alert Training | Passed | 0.0 | 0.50 |
| | | | **2003 Hours** | | **74.00** |
| 12/3/2002 | 02U001 | Approved In-State Training | Passed | 0.0 | 34.50 |
| 10/31/2002 | 02CP416 | Clandestine Laboratory II | Passed | 0.0 | 24.00 |
| 10/29/2002 | 02CP416 | Clandestine Laboratory II | Passed | 0.0 | 24.00 |
| 8/22/2002 | 02CP907 | DOJ Interview and Interrogation | Passed | 0.0 | 24.00 |
| 2/13/2002 | 02CP420 | Project Far from Home | Passed | 0.0 | 3.00 |
| 1/9/2002 | 02CP083 | Tactical Risk Management Conference | Passed | 0.0 | 8.00 |
| | | | **2002 Hours** | | **117.50** |
| 12/31/2001 | 01U001 | Approved In-State Training | Passed | 0.0 | 62.20 |

Exhibit 5064 at 20

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2001 | 01CP165 | Lidar Operators Course | Passed | 0.0 | 6.00 |
| 10/25/2001 | 01CP167 | Radar Operators Course | Passed | 0.0 | 24.00 |
| 4/3/2001 | 01CP399 | Marion Co Child Abuse Protocol Training | Passed | 0.0 | 8.00 |
| 1/26/2001 | 01CP091 | Tactical Risk Managment | Passed | 0.0 | 8.00 |
| | | | **2001 Hours** | | **108.20** |
| 12/31/2000 | 00U001 | Approved In-State Training | Passed | 0.0 | 14.70 |
| 5/12/2000 | 00T001 | Police Field Training Manual | Passed | 0.0 | 50.00 |
| 4/22/2000 | 00P326 | CORRECT USE OF CHILD SAFETY SEATS | Passed | 0.0 | 32.00 |
| | | | **2000 Hours** | | **96.70** |
| 12/23/1999 | 99P308 | LEGAL UPDATE HOUSE BILL 2433 | Passed | 0.0 | 2.00 |
| 12/16/1999 | 99P081 | ROLL CALL; EXPLOSIVES, BOMBS, THREATS | Passed | 0.0 | 2.00 |
| 12/15/1999 | 99P558 | 1999 LEGISLATURE-NEW LAWS TRAINING | Passed | 0.0 | 2.00 |
| 10/22/1999 | 99B001 | DPSST Basic Police | Passed | 0.0 | 376.00 |
| 10/12/1999 | 99P099 | FIREARMS | Passed | 0.0 | 4.00 |
| 10/6/1999 | 99P536 | SFST WET LAB WORKSHOP | Passed | 0.0 | 3.00 |
| 9/23/1999 | 99B010 | BP/SFST & DRUGS THAT IMPAIR DRIVING | Passed | 0.0 | 24.00 |
| 9/16/1999 | 99P294 | FATS TRAINING | Passed | 0.0 | 1.00 |
| 8/24/1999 | 99P115 | INTOXYLIZER 5000 CERTIFICATION | Passed | 0.0 | 4.00 |
| 6/18/1999 | 99P344 | WRONGWAY PURSUIT PROCEDURES | Passed | 0.0 | 2.00 |
| 6/18/1999 | 99P343 | DETECTING CONCEALED WEAPONS | Passed | 0.0 | 2.00 |
| | | | **1999 Hours** | | **422.00** |
| | | | **Total Hours** | | **2825.35** |

Exhibit 5064 at 21

| Attributes | | | |
|---|---|---|---|
| **Topic** | **Attribute** | **Effective Date** | **Expiration Date** |
| Maintenance Requirements | LE Annual | 1/1/2024 | 12/31/2024 |
| Certification Cards | First Aid and CPR | 9/12/2023 | 9/19/2025 |
| Maintenance Requirements | LE Basic 3 Year | 1/1/2022 | 12/31/2024 |
| Code of Ethics | Signed | 7/27/2000 | |

| Education | | | | |
|---|---|---|---|---|
| **Date** | **Degree** | **School** | **Major** | **Hours** |
| 6/15/2001 | No Degree | Chemeketa Community College | | 49.0 |
| 6/15/1989 | No Degree | Pacific University | | 19.5 |

May not reflect most current data

Copyright© 2002 - 2025 Blue Peak Logic, Inc. All Rights Reserved.
http://www.bluepeaklogic.com

Exhibit 5064 at 22