**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,
          v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5065**
Zavala Report
Traffic Stop of McGuffin

#11    6

# SUPPLEMENTAL REPORT

Page 1

Agency:  **Coquille Police Department**

INCIDENT NO. **00001905**

| Report Purpose | | Reported On | Date | Time | Incident Classification | | |
|---|---|---|---|---|---|---|---|
| | | THU | 06/29/2000 | 10:25 | **Missing Person** | | |

| Primary Charge | | | | | | UCR/NCIC Code / |
|---|---|---|---|---|---|---|

| Additional Charges | | | | | | Estimated Total Property Loss |
|---|---|---|---|---|---|---|

Related Case No.'s
**00001911**

Officer Involved
**Hall, Ulmer, Lee, Zavala**

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | **McGuffin, Nicholas James** | M | White/Caucasian | ███/1982  18 |

| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
|---|---|---|---|---|
| | **100 Baker RD , Coquille, OR  97423** | | **396-4983** | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

Alias Names (Monikers)
**McGuffin, Nick (AKA)**

Gang Affiliations

## Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | **Freeman, Leah** | F | White/Caucasian | ███  5 |

| Confidentiality | Address: Street, City, State, ZIP | | Home Phone | Ext. |
|---|---|---|---|---|
| | **1173 N Knott , Coquille, OR  97423** | | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| **Coquille High School /499 W Central BLVD , Coquille, OR  97423** | | **(541) 396-2163** | |

| Height | Weight | Build | Hair | Eyes | Descriptors | |
|---|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | | |

| Driver's License | | State | Social Security No. | | Other I.D. | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| Short | | | | | Braces |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Speech | |

Tattoos

Clothing

## Narrative

On 28 June 2000, I was in uniform, displaying a badge and operating a marked patrol car.  At about 2230 hours I had casual contact with Nick McGuffin.

I was driving west bound on Highway 42  and observed a vehicle driving east bound on Hwy 42 with only one operating headlight.  The left headlight was not operating.  Once the vehicle passed me, I made a u-turn on Hwy 42.  I recognized the vehicle, once I was behind it, as Nick McGuffin's.

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| **607 Zavala, David** | **07/12/2000 18:32** | **Reaves, Michael W.** | **07/13/200007:41** | **File** |

RECORDS         DISTRIBUTION DATE ——— BY———

Supervisor

CPD013509

Exhibit 5065 at 1          Exhibit 6065 at 1

## SUPPLEMENTAL REPORT CONTINUED

Page  2

| AGENCY: Coquille Police Department | Incident Classification | Incident No. |
|---|---|---|
| | Missing Person | 00001905 |

Nick made a right turn onto Hwy 42S and pulled off into an open area (shoulder)on the right side of Hwy 42S, prior to the entrance to Sturdivant Park.

I approached Nick's car (a blue mustang) and saw him light a cigarette. I asked why he was driving around with only one headlight. Nick told me in substance:

He said he knew it is out, but was looking for his girlfriend. He then asked if I had seen her.

I told Nick, I had not, but would keep an eye out for her. I looked down at my watch and saw it was about 2235 hours. I told Nick he better make it quick because the graveyard shift was coming on in about 20 min and you know how they are. Nick said he knew and would make it quick.

I went back to my patrol car and saw Nick drive over the bridge, which at the time struck me odd. I was trying to figure out why Nick drove over the bridge if he was looking for Leah, when Nick knew she was last seen in town.

Officers Note:

Nick appeared a little nervous, yet calm through out my contact with him. I did observe him light a cigarette when I approached his car. Nick did not show any signs of being upset or signs that he had been crying. I also observed Nick did not have any passengers with him.

At about 2250 I was out on a traffic stop 940 N. 5th St.

END OF SUPPLEMENTAL REPORT

Exhibit 5065 at 2          Exhibit 6065 at 2

#J9  8

# SUPPLEMENTAL REPORT

Page 1

**Agency:** Coquille Police Department

**INCIDENT NO.** 00001905

| Report Purpose | Reported On | Date | Time | Incident Classification | UCR/NCIC Code |
|---|---|---|---|---|---|
| Follow-up | THU | 06/29/2000 | 10:25 | Missing Person | |

| Primary Charge | | | | | |
|---|---|---|---|---|---|
| | | | | | / |

| Additional Charges | Estimated Total Property Loss |
|---|---|
| | |

**Related Case No.'s**
00001911

**Officer Involved**
Hall, Ulmer, Lee, Zavala

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-65 | Crook, Hidey Ellen | F | White/Caucasian | ▮ 1979  20 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 956 N Elliot ST , Coquille, OR  97423 | (541) 396-7148 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-66 | Reid, Heather | F | White/Caucasian | ▮ /1980  20 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 1201 N Shelly 6 , Coquille, OR  97423 | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | McGuffin, Nicholas James | M | White/Caucasian | ▮ /1982  18 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 100 Baker RD , Coquille, OR  97423 | 396-4983 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Alias Names (Monikers) | Gang Affiliations |
|---|---|
| McGuffin, Nick (AKA) | |

## Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | Freeman, Leah | F | White/Caucasian | ▮ /1984  15 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 1173 N Knott , Coquille, OR  97423 | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| Coquille High School /499 W Central BLVD , Coquille, OR  97423 | | (541) 396-2163 | |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| | | | |

8

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 607 Zavala, David | 07/16/2000 15:19 | Reaves, Michael W. | 07/17/200007:21 | File |
| RECORDS | DISTRIBUTION DATE —— BY —— | | Supervisor | |

CPD013511

Exhibit 5065 at 3          Exhibit 6065 at 3

q

## SUPPLEMENTAL REPORT CONTINUED

Page **2**

| AGENCY: **Coquille Police Department** | | | Incident Classification **Missing Person** | | Incident No. **00001905** |
|---|---|---|---|---|---|
| Hair Length **Short** | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth **Braces** |
| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
| | | | | Speech | |
| Tattoos | | | | | |
| Clothing | | | | | |

### Narrative

On 15 July 2000, I was in uniform, displaying a badge and operating a marked patrol car. At about 1955 hours, I pulled into the parking lot of the Valley Laundromat. While in the parking lot, I had casual contact with Heidi Crook and Heather Reid.

While having casual conversation with the two, Leah Freeman was brought up. Both Heidi and Heather wanted to give me information about seeing Leah on the night she was reported missing. I took the following in substance statement from both Heather and Heidi:

Heather said she was giving Heidi a ride home on the 28th of June. Heather and Heidi both said they saw Leah walking past Hunter's at about 2055 hours. Heather said Leah was wearing faded blue jeans and a white tank top with four kris-cross looking things on the upper back. Both Heather and Heidi said Leah looked as if she was very cold. Leah had her arms crossed over her chest giving them the impression she was very cold.

Heather drove up to 10th St. and made a right to take Heidi home. Heather came back on 10th and made a left on N. Central. I asked Heather how long it took her to drop off Heidi and she said only a couple of minutes. Heather said all she did was pull up to Heidi's house and Heidi got out of the car. Heidi mentioned she was home by 2100 hours that night.

Heather said did not see Leah as she drove south on N. Central, but she saw Nick in the Fast Mart parking lot talking to a guy who drives a long blue car. Heather said Nick was in the red Thunderbird with his head slumped over the steering wheel. Heather found it very odd that Nick was as Fast Mart and Leah was walking. Heather said she never has seen those two apart.

Nothing Further.

q

### END OF SUPPLEMENTAL REPORT

CPD013512

Exhibit 5065 at 4        Exhibit 6065 at 4

#19   10

# SUPPLEMENTAL REPORT

Page 1

**Agency:** Coquille Police Department

**INCIDENT NO.** 00001905

| Report Purpose | | Reported On | Date | Time | Incident Classification | | UCR/NCIC Code |
|---|---|---|---|---|---|---|---|
| | | THU | 06/29/2000 | 10:25 | Missing Person | | / |

| Primary Charge | | | | | | Estimated Total Property Loss |
|---|---|---|---|---|---|---|
| | | | | | | |

**Additional Charges**

**Related Case No.'s**

00001911

**Officer Involved**

Hall, Ulmer, Lee, Zavala

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | McGuffin, Nicholas James | M | White/Caucasian | ████/1982  18 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 100 Baker RD , Coquille, OR  97423 | 396-4983 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Alias Names (Monikers) | Gang Affiliations |
|---|---|
| McGuffin, Nick (AKA) | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-24 | West, Aaron | M | White/Caucasian | ████/1979  20 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 58862 Old Beaver Hill RD , Coquille, OR  97423 | (541) 396-7309 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-25 | Jenkins, David Jerome | M | White/Caucasian | ████/1977  22 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 1164 N Grape ST #4, Coquille, OR  97423 | (541) 396-3474 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'6" | 190 | Normal | Black | Brown | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 9067061 | OR | 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 | State ID 13506621 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-29 | Crook, Richard Troy | M | White/Caucasian | ████/1982  17 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | 956 N Elliot , Coquille, OR  97423 | (541) 396-7146 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

10

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 607 Zavala, David | 07/14/2000 19:04 | Reaves, Michael W. | 07/15/2000 10:19 | File |
| RECORDS | DISTRIBUTION DATE —— BY —— | | Supervisor | |

CPD013513

Exhibit 5065 at 5          Exhibit 6065 at 5

## SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification | Incident No. |
|---|---|---|
| | Missing Person | 00001905 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-43 | Pizzola, Michael Edward | M | White/Caucasian | ▉/1983  17 |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| | 1171 N Collier ST , Coquille, OR  97423 | | | 396-4653 |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-56 | Crawford, Brent | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-57 | Simmie, Megan | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-58 | Denain, Randy | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-59 | Ring, Zack | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-60 | Ring, Brian | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone          Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

CPD013514

Exhibit 5065 at 6          Exhibit 6065 at 6

12

## SUPPLEMENTAL REPORT CONTINUED

Page 3

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-61 | **Burt, Jarred** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |

### Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | **Freeman, Leah** | F | White/Caucasian | ▮/1984  15 |
| Confidentiality | Address: Street, City, State, ZIP  **1173 N Knott , Coquille, OR  97423** | | | Home Phone    Ext. |

Place of Employment/School/Address: **Coquille High School /499 W Central BLVD , Coquille, OR  97423**    Occupation    Business Phone: **(541) 396-2163**    Ext.

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

| Driver's License | | State | Social Security No. | Other I.D. | |
|---|---|---|---|---|---|

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| Short | | | | | Braces |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | Speech | |

Tattoos

Clothing

### Narrative

On 7 July 2000, I was in plain clothes, displaying a badge and operating a marked patrol car.  At about 1400 hours I made casual contact with Richard Crook.

I asked Richard if he could tell me about the night of the 28th of June.  Richard gave me the following in substance statement:

Richard went to Sugar Loaf with Brent Crawford and Megan Simmie sometime during the day.  They went to Sugar Loaf to go swimming.  Richard remembers meeting up with Mike Pizzola and Randy Derain at Sugar Loaf.  Richard could not recall the rest of his day after swimming.  Richard thinks he was at home by 2000 hours that night asleep.

Later the same day I made contact with Aaron West at about 1500 hours.  West seemed to be more aware of his contact with Nick the night of 28 June.
Aaron gave me the following in substance statement:

Aaron said he was in his vehicle with David Jenkins when they where approached by Nick.  Aaron said it was between 1830 and 1900 hours when Nick met up with him.  Nick told Aaron and David to follow him out to Johnson Mill Pond because he "wanted to get away".

12

CPD013515

CONTINUED NEXT PAGE

Exhibit 5065 at 7            Exhibit 6065 at 7

13

## SUPPLEMENTAL REPORT CONTINUED

Page **4**

| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |
|---|---|---|

While at the pond Aaron said Nick told him and David, he was very upset with Leah. Nick said he was going to make Leah wait because Leah made him wait earlier in the day. Nick told them he had to pick up Leah at 2000 hours. Nick took three hits of Marijuana off a pipe. After the pipe hits and three cigarettes later they all left the pond.

Aaron said he was following Nick back into town and saw Nick make a right hand turn by the post office. Aaron said he turned onto N. Adams on his way to Fast Mart. After being at Fast Mart for about 15 minutes, Nick showed up and asked about Leah.

Aaron said Nick asked him and David if they had seen Leah. I asked Aaron about the time when Nick showed up at Fast Mart and he said it was about 2020 hours. Aaron had just looked at his pager to get the time just prior to Nick's arrival.

After Nick talked to Aaron and David, he went to talk to the other guys at Fast Mart. Aaron could remember seeing Zack and Brian Ring, Jarred Burt, and Josh Emler at Fast Mart while he was there. Aaron was almost certain it was not past 2100 hours when Nick arrived at Fast Mart asking about Leah.

Aaron said he left Fast Mart just after dark to take David home. Aaron remembers seeing a strange man walking in front of Fast Mart as he pulled out onto N. Central. Aaron did not remember seeing anyone else on his way to taking David home.

13

**END OF SUPPLEMENTAL REPORT**

13

CPD013516

Exhibit 5065 at 8                    Exhibit 6065 at 8

# SUPPLEMENTAL REPORT

Page 1

Agency: **Coquille Police Department**

INCIDENT NO.
**00001905**

| Report Purpose | | Reported On | Date | Time | Incident Classification | |
|---|---|---|---|---|---|---|
| | | THU | 06/29/2000 | 10:25 | **Missing Person** | |

| Primary Charge | UCR/NCIC Code |
|---|---|
| | / |

| Additional Charges | Estimated Total Property Loss |
|---|---|
| | |

Related Case No.'s
**00001911**

Officer Involved
**Hall, Ulmer, Lee, Zavala**

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-62 | **Zachery, Elderkin** | | | |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-63 | **Steinhoff, Kristen N** | F | **White/Caucasian** | ▇/1982 18 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | **1026 N Dean ST , Coquille, OR  97423** | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Height | Weight | Build | Hair | Eyes | Descriptors | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Driver's License | State | Social Security No. | Other I.D. | |
|---|---|---|---|---|
| 9621143 | OR | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-9 | **Hamilton, Scott** | | | |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | **McGuffin, Nicholas James** | M | **White/Caucasian** | ▇/1982 18 |

| Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext. |
|---|---|---|---|
| | **100 Baker RD , Coquille, OR  97423** | 396-4983 | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| | | | |

| Alias Names (Monikers) | Gang Affiliations |
|---|---|
| McGuffin, Nick (AKA) | |

14

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 607 Zavala, David | 07/14/2000 20:01 | Reaves, Michael W. | 07/15/2000 10:27 | File |
| RECORDS | DISTRIBUTION DATE —— BY —— | | Supervisor | |

CPD013517

Exhibit 5065 at 9          Exhibit 6065 at 9

15

## SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

### Suspects

| Code | Name: Last, First, Middle | | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|---|
| M-1 | Freeman, Leah | | F | White/Caucasian | ████/1984 15 |

| Confidentiality | Address: Street, City, State, ZIP | | | | Home Phone | Ext. |
|---|---|---|---|---|---|---|
| | 1173 N Knott , Coquille, OR 97423 | | | | | |

| Place of Employment/School/Address | Occupation | Business Phone | Ext. |
|---|---|---|---|
| Coquille High School /499 W Central BLVD , Coquille, OR 97423 | | (541) 396-2163 | |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| | | | |

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| Short | | | | | Braces |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Speech | |

| Tattoos |
|---|
| |

| Clothing |
|---|
| |

### Narrative

On 10 July 2000, I was in plain clothes, displaying a badge and operating an unmarked car. At about 1700 hours I met with Kristen Steinhoff. I asked Steinhoff if she could tell me about her contact with Nick McGuffin on the night of 28 June.

Steinhoff gave me the following in substance statement:

Steinhoff said Zack and his daughter were at her house in the evening. Steinhoff said she asked Zack if she could borrow his car for a few hours and Zack told her yes. She just had to have the car back to him by 0300 hours that night/morning.

Officer Note: Steinhoff is not positive on the times

Between 2330-0030 hours Steinhoff took Zack and his daughter home. On the way to Zack's house, Steinhoff saw Nick walking around the Maytag Store. Steinhoff stopped and asked Nick jokingly, "if he was stealing flowers". Nick told Steinhoff he was looking for Leah. Steinhoff told Nick if you can not find her stop by her house later. Steinhoff said she did not notice a car in the area of the Maytag dealer. She then left to take Zack home.

Steinhoff said when she dropped off Zack and his daughter at his home (in Greenacres) she talked with him for about 15 minutes and left. Steinhoff came back into town and turned onto W. Central from Hwy. 42. Steinhoff did not see Nick at the Maytag dealer on her way back home. Steinhoff stopped at her house to get some C.D.'s and went to the Highway Deli.

Steinhoff said she went into the Highway Deli to get some food and Nick arrived. Nick was driving his blue Mustang. Nick mentioned to Steinhoff he was driving the Mustang because he and his Dad are arguing. Nick and Steinhoff talked about Leah for a few minutes and left the store. Steinhoff

15

CONTINUED NEXT PAGE    CPD013518

Exhibit 5065 at 10              Exhibit 6065 at 10

SUPPLEMENTAL REPORT CONTINUED

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Page 3  Incident No. 00001905 |
|---|---|---|

drove to the car wash to put air freshener in the car and she saw Nick drive away and make a left onto N. Birch.

Steinhoff went home after getting the air freshener and said Scott Hamilton was there waiting. Steinhoff told Scott, Nick was coming over to talk about Leah, so Scott left. Nick showed up at Steinhoff's a few minutes after Scott had left.

Steinhoff said Nick kept saying, "I hope she did not do something stupid" throughout his stay at Steinhoff's. Nick told Steinhoff he had thrown rocks at Leah's window just prior to him coming over to Steinhoff's. Nick also mentioned to Steinhoff, "When all my other girlfriends have done this in the past they have been out cheating on me". Steinhoff said she tried to reassure Nick that was not the case with Leah. She was not that type of a girl.

Nick and Steinhoff decided to drive out to the Sinnott residence to see if Leah was there. There had been rumors of a party at Sinnott's that night and thought maybe Leah would be there. They left in Zach's car (purple Kia) and went out to Sinnott's. On the way, Steinhoff saw a female wearing blue pants, a white top(short or long sleeve) not sure and had something wrapped around her waist. The female was hitchhiking near the corner on N. Collier and Fairview Rd.

Steinhoff commented to Nick, "Let's pick her up" and Nick replied in a aggressive voice, " No, let's not". They continued out to Sinnott's and did not see any cars in the driveway so she turned around and went back out to Fairview Rd. On the way back to N. Collier, Steinhoff did not see the female hitchhiker. Steinhoff commented she did not see any cars to and from the Sinnott residence.

Steinhoff said once they got into town she realized she needed gas. She drove to the Haley building to get gas because everything was closed. Steinhoff gave Nick $5.00 and Nick used his father's gas card to access the gas. Steinhoff said Nick did not put very much gas in the car but she did not say anything about it. After getting gas she drove back home.

Steinhoff said there has been other times when Leah has not shown up or met Nick at a specific time or place. Nick did not act similar as he did the other times Leah had not met him. She said there was something weird about Nick, he was not the same as usual.

Steinhoff gave me a list of some areas Nick likes to go to. They are as follows:

1. Park Creek
2. Gold Fish pond on Cherry Creek
3. Laverne Park
4. Wallace Denet Park
5. Maytag Dealer
6. 2nd house on parents property
7. Verona and Dora campgrounds
8. Johnson Mill Pond
9. China Flats (Powers)

END OF SUPPLEMENTAL REPORT

CPD013519

Exhibit 5065 at 11        Exhibit 6065 at 11

#82   17

OU-1905

# SUPPLEMENTAL REPORT

Page 1

**Agency:** **Coquille Police Department**

INCIDENT NO. **00001905**

| Report Purpose | | | Reported On | Date | Time | Incident Classification | |
|---|---|---|---|---|---|---|---|
| | | | THU | 06/29/2000 | 10:25 | Missing Person | |

| Primary Charge | | | | UCR/NCIC Code |
|---|---|---|---|---|
| | | | | / |

| Additional Charges | | | | Estimated Total Property Loss |
|---|---|---|---|---|
| | | | | |

**Related Case No.'s**

00001911

**Officer Involved**

Hall, Ulmer, Lee, Zavala

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-55 | **Bryant, Richard E** | M | White/Caucasian | ▓ 1982 18 |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext. |
| | 12 N Central BLVD #F, Coquille, OR  97423 | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |
| | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-8 | **Bartley, Brent** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext. |
| | 440 E 9th , Coquille, OR  97423 | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |
| | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-26 | **Emler, Josh David** | M | White/Caucasian | ▓ /1983 16 |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext. |
| | 455 N Irving , Coquille, OR  97423 | | | (541) 396-5779 |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |
| | | | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-34 | **Messerle, Tony John** | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext. |
| | 536 W 18th ST , Coquille, OR  97423 | | | (541) 396-7229 |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |
| | | | | |

## Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | **Freeman, Leah** | F | White/Caucasian | ▓ /1984 15 |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone    Ext. |
| | 1173 N Knott , Coquille, OR  97423 | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone    Ext. |
| Coquille High School /499 W Central BLVD , Coquille, OR  97423 | | | | (541) 396-2163 |

17

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 607 Zavala, David | 07/14/2000 18:02 | Reaves, Michael W. | 07/15/2000 10:14 | File |
| RECORDS    DISTRIBUTION DATE — BY — | | | Supervisor | CPD013520 |

Exhibit 5065 at 12                    Exhibit 6065 at 12

SUPPLEMENTAL REPORT CONTINUED                                                    Page  **2**

| AGENCY: **Coquille Police Department** | | | | | | Incident Classification **Missing Person** | Incident No. **00001905** |
|---|---|---|---|---|---|---|---|

| Height **5'02"** | Weight **105** | Build | Hair **Blond** | Eyes **Green** | Descriptors | | |
|---|---|---|---|---|---|---|---|
| Driver's License | | | State | Social Security No. | | Other I.D. | |

| Hair Length **Short** | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth **Braces** |
|---|---|---|---|---|---|
| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
| | | | | Speech | |

| Tattoos |
|---|
| Clothing |

**Narrative**

On 7 July 2000, I was in plain clothes, displaying a badge and operating an unmarked car. At about 1130 hours I made casual contact with Richard Bryant (DOB 02/23/82). I told Richard I wanted to talk to him about the night of 28 June, 2000.

Richard gave me the following in substance statement:

Richard said he started the evening by going to the night swim at the local pool. He thinks it ended around 2000 hours. Richard then met with his friend Josh Emler. He and Josh went walking around town, Richard thinks he might have seen Leah by Farr's.

Richard said he and Josh were walking south on N.Central and maybe saw Leah with a male( who he thinks was Tim Woosley). Richard said the male and Leah were walking west on E. 2nd and made a right on to N.Central. Richard could not recall the time when he might have seen Leah near Farr's.

Richard said later the same evening he saw Nick pull up in the Thunderbird and talk to Richard and Josh. Richard noted Maggie Downs and a tall male with a goatee and glasses where in the car with Nick. Richard said he had never seen the male around before. Nick mentioned he was looking for Leah and drove off.

Later in the evening Nick gave Richard and Josh a ride to Brent Bartley's house ( E. 9th). There Richard and Josh got out of the car and Nick stayed at Brent's.

Officer Note: I saw Richard and Josh walking near Brent's residence while on patrol. I did not note the time but it was after dark. I was using my headlights. I also remember telling Richard and Josh "they really get around". In regards to seeing those two all over town that evening.

Later the same day at about 1300 hours I made casual contact with Tony Messerle. I asked Tony if he could verify some of the times he had already given to our department in regards to finding a shoe.

Tony gave me the following in substance statement:

14

CONTINUED CPD013621

Exhibit 5065 at 13                    Exhibit 6065 at 13

SUPPLEMENTAL REPORT CONTINUED

Page 3

| AGENCY: Coquille Police Department | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|

Tony said he was on his way home from work(County Shops) at about 2235 hours on the 28th of June, when he found the shoe. Tony said he turned onto N. Elm of off W. Central and a reflection caught his eye. Tony stopped his motorcycle just passed the last apartment on the right. Tony walked his motorcycle back and saw a shoe near a hedge.

Tony said his first thought the shoe might belong to one of his kids or a neighbor child. So he picked the shoe up and went home. Tony said he placed the shoe on the kitchen floor and went to bed.

After a few days of finding the shoe Tony saw the posters of Leah. Tony thought the shoe might have some connection with Leah so he notified the police. Tony said he turned the shoe over to a Coquille Police Officer.

Nothing Further.

END OF SUPPLEMENTAL REPORT

CPD013522

Exhibit 5065 at 14          Exhibit 6065 at 14