**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs,<br>v. | |
| Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly Mcinnes, Raymond Mcneely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police, | **Exhibit 5066**<br>Card-Lock Gas Records |
| Defendants. | |

BASSETT-HYLAND ENERGY COMPANY
P.O. BOX 689
COOS BAY, OREGON 97420
541-267-2107    bhec@ucinet.com

date: 06/30/00        acct#: 203335        invoice#: 98014

LS DIESEL SOLD ON THIS INVOICE DOES NOT CONTAIN VISIBLE EVIDENCE OF DYE.

Terms: NET 10TH PROX.

BRUCE R. MCGUFFIN                    All invoiced prices include
56246 BAKER ROAD                     all applicable taxes
COQUILLE, OR    97423

| date | time | site | driver | keyboard | mpg | odom | prod | units | price | amount |
|------|------|------|--------|----------|-----|------|------|-------|-------|--------|
| -- Vehicle: | 0004205-TRUCK | | | | | | | | | |
| 06/01 | 1445 | COQ | TRUCK | | * | 888 | UNLEA | 17.50 | 1.60400 | 28.07 |
| 06/03 | 1444 | COQ | TRUCK | | 52.0 | 4200 | UNLEA | 5.08 | 1.60400 | 8.15 |
| 06/03 | 1457 | COQ | TRUCK | | 93.0 | 888 | UNLEA | 16.00 | 1.60400 | 25.66 |
| 06/04 | 1443 | COQ | TRUCK | | 84.8 | 4200 | UNLEA | 4.22 | 1.60400 | 6.77 |
| 06/08 | 0648 | COQ | TRUCK | | 70.3 | 666 | UNLEA | 13.75 | 1.60400 | 22.06 |
| 06/08 | 1517 | COQ | TRUCK | | 13.9 | 888 | UNLEA | 15.99 | 1.60400 | 25.65 |
| 06/12 | 2130 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.27 |
| 06/15 | 2316 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.27 |
| 06/17 | 1215 | COQ | TRUCK | | 10.5 | 666 | UNLEA | 17.00 | 1.60400 | 27.27 |
| 06/19 | 2257 | COQ | TRUCK | | 13.1 | 888 | UNLEA | 17.00 | 1.60400 | 27.27 |
| 06/22 | 2241 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.27 |
| 06/23 | 1615 | COQ | TRUCK | | * | 888 | UNLEA | 14.00 | 1.61400 | 22.60 |
| 06/25 | 2023 | COQ | TRUCK | | * | 888 | UNLEA | 5.52 | 1.61400 | 8.91 |
| 06/26 | 2226 | COQ | TRUCK | | * | 888 | UNLEA | 6.00 | 1.63400 | 9.80 |
| 06/27 | 1405 | COQ | TRUCK | | * | 888 | UNLEA | 16.50 | 1.63400 | 26.96 |
| 06/27 | 1858 | COQ | TRUCK | | * | 888 | UNLEA | 7.00 | 1.63400 | 11.44 |
| 06/28 | 1136 | COQ | TRUCK | | * | 888 | UNLEA | 6.00 | 1.65400 | 9.92 |
| 06/28 | 2219 | COQ | TRUCK | | * | 888 | UNLEA | 4.01 | 1.65400 | 6.63 |
| 06/29 | 0212 | COQ | TRUCK | | * | 888 | UNLEA | 3.42 | 1.67400 | 5.73 |
| 06/29 | 0848 | COQ | TRUCK | | * | 888 | UNLEA | 5.00 | 1.67400 | 8.37 |
| 06/29 | 2359 | COQ | TRUCK | | * | 888 | UNLEA~ | 5.00 | 1.67400 | 8.37 |
| -- Vehicle Summary: | | | CPM | .418 | 3.9 | 888.0 | | 229.99 | | 371.44 |

INVOICE SUMMARY

| PRODUCT | TOTAL UNITS | AVERAGE PRICE | SUBTOTAL | FEDERAL ETAX | STATE ETAX | TOTAL |
|---------|-------------|---------------|----------|--------------|------------|-------|
| OREGON UNLEADED | 229.990 | 1.1910 | 273.92 | 42.33 | 55.19 | 371.44 |

INVOICE TOTAL        $371.44

MCCREA_028350

Exhibit 5066 at 1