**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5067**
McGuffin Phone Records

\* \* \* A C C O U N T  S U M M A R Y  R E P O R T \* \* \*

| 07/18/2000 | | | LONG DISTANCE CALL DETAIL | | | PAGE | 2 |
| 9804957923 | BRUCE MCGUFFIN | | | | | | 980495792316 |

| DATE | TIME | RATE | TO | | NUMBER * | MINUTES | AMOUNT |
|------|------|------|-----|---|----------|---------|--------|
| AUTH CODE: 888-396-4983 | | | | | | | |
| P 06/23/00 | 05:55 PM | E | COOS BAY | OR | 541 756-6117 | 10.6 | 1.43 |
| P 06/23/00 | 07:46 PM | E | COOS BAY | OR | 541 756-4061 | 4.7 | 0.63 |
| P 06/24/00 | 07:43 PM | N | COQUILLE | OR | 541 396-9901 | 0.3 | 0.04 |
| P 06/28/00 | 10:44 PM | E | COQUILLE | OR | 541 396-9977 | 0.9 | 0.12 |
| P 06/30/00 | 04:16 PM | D | COQUILLE | OR | 541 396-9977 | 2.5 | 0.34 |
| P 06/30/00 | 09:32 PM | E | COQUILLE | OR | 541 396-9977 | 2.6 | 0.35 |
| P 07/01/00 | 11:54 PM | N | COQUILLE | OR | 541 396-9977 | 1.8 | 0.24 |
| P 07/04/00 | 11:07 PM | N | CRESCENTCY | CA | 707 465-9831 | 0.5 | 0.05 |
| | | | | | | | |
| TOTAL FOR 888-396-4983 | | | | | CALLS:  8 | 23.9 | 3.20 |
| | | | | | | | |
| TOTAL FOR SERVICE | | | | | CALLS:  8 | 23.9 | 3.20 |

Exhibit 5067 at 1