**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

          Plaintiffs,

            v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

          Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5068**
Zanni DPSST Transcript



# Oregon Criminal Justice Information Records Inquiry System (CJ IRIS)

**Zanni, Craig S.**          **ID: 08614**
Coos County Sheriff's Office
Status: **Active**

Rank:                 Sheriff
Level:
Class:
Assign:

Transcript

| Employment | | | | | |
|---|---|---|---|---|---|
| **Date** | **Agency** | **Action** | **Rank** | **Classification** | **Assignment** |
| 1/1/2011 | Coos County Sheriff's Office | Hired | Sheriff | | |
| 4/16/2007 | Coos County Sheriff's Office | Resigned | Director | | |
| 3/1/2004 | Coos County Sheriff's Office | Hired | Director | | |
| 2/29/2004 | Coos County Sheriff's Office | Retired | Sergeant | | |
| 6/15/1981 | Coos County Sheriff's Office | Promotion | Sergeant | | |
| 2/15/1977 | Coos County Sheriff's Office | Hired | Dpty Shrf | | |

Exhibit 5068 at 1

| Certification | | | | | | |
|---|---|---|---|---|---|---|
| **Status Date** | **Certificate** | **Level** | **Status** | **Certificate Date** | **Expiration Date** | **Probation Date** |
| 4/29/2011 | Police Officer | Advanced | Granted | 4/29/2011 | | |
| 4/29/2011 | Police Officer | Basic | Granted | 4/29/2011 | | |
| 4/29/2011 | Police Officer | Intermediate | Granted | 4/29/2011 | | |
| 4/29/2011 | Police Officer | Supervisory | Granted | 4/29/2011 | | |
| 7/16/2007 | Police Officer | Advanced | Lapsed | 2/17/1987 | | |
| 7/16/2007 | Police Officer | Basic | Lapsed | 11/14/1977 | | |
| 7/16/2007 | Police Officer | Intermediate | Lapsed | 1/4/1984 | | |
| 7/16/2007 | Police Officer | Supervisory | Lapsed | 11/30/1995 | | |

| Training | | | | | |
|---|---|---|---|---|---|
| **Date** | **Course** | **Title** | **Status** | **Score** | **Hours** |
| 11/12/2021 | CQS40088 | FirstAid / CPR | Passed | 0.0 | 8.00 |
| 10/31/2021 | CQS40137 | Legal Updates 2021 | Passed | 0.0 | 2.00 |
| 10/28/2021 | MISCMAIN | 2021 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 10/18/2021 | CQS39016 | Defensive Driving | Passed | 0.0 | 4.00 |
| 10/13/2021 | CQS13382 | Hand Gun Qualification | Passed | 0.0 | 4.00 |
| 8/15/2021 | CQS33724 | Heat Illness Prevention Training | Passed | 0.0 | 0.50 |
| 7/30/2021 | CQS24023 | Legal Updates HB 4301-3265 | Passed | 0.0 | 3.00 |
| 3/17/2021 | CQS31383 | Annual hand gun Qualification | Passed | 0.0 | 2.00 |
| 3/11/2021 | F6D35356 | Enhanced ("Closer") Supervision | Passed | 0.0 | 1.50 |
| 3/11/2021 | F6D35320 | Goal Setting and Recognition Systems | Passed | 0.0 | 1.50 |
| 3/11/2021 | F6D40778 | Proactive Disaplinary Tools/ Methods of Influence | Passed | 0.0 | 1.50 |
| 3/11/2021 | F6D23144 | Testing and Early Warning Systems | Passed | 0.0 | 1.50 |
| 2/28/2021 | CQS43298 | Slips, Trips and Falls | Passed | 0.0 | 1.00 |
| 2/11/2021 | CQS37026 | Measure 110 PCS Decriminalization | Passed | 0.0 | 1.50 |

Exhibit 5068 at 2

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 2/11/2021 | CQS04313 | Search and Seizure Case Law | Passed | 0.0 | 1.50 |
| 2/11/2021 | CQS27809 | Ballot Measure 110 Policy Framework | Passed | 0.0 | 1.00 |
| 1/31/2021 | CQS03129 | De-Escalation and Minimizing Use Of Force | Passed | 0.0 | 2.00 |
| 1/31/2021 | CQS12916 | Ethics in Law Enforcement | Passed | 0.0 | 1.00 |
| | | | **2021 Hours** | | **37.50** |
| 12/20/2020 | CQS39568 | Covid 19 Exposure Prevention | Passed | 0.0 | 1.30 |
| 12/7/2020 | OSA30118 | OSSA Annual Meeting | Passed | 0.0 | 4.00 |
| 10/28/2020 | CQS36569 | Hand Gun Qualification | Passed | 0.0 | 2.00 |
| 8/18/2020 | MISCMAIN | 2020 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 8/12/2020 | CQS35858 | Hand Gun Training Shoot | Passed | 0.0 | 4.00 |
| 7/21/2020 | F6D26749 | Interacting with the Mentally Ill as a First | Passed | 0.0 | 1.00 |
| 7/20/2020 | F6D35946 | De-Escalation and Minimizing Use of Force | Passed | 0.0 | 2.00 |
| 6/17/2020 | CQS23810 | Annual Qualification | Passed | 0.0 | 2.00 |
| 4/17/2020 | F6D03173 | Lockdown Leadership Evolving Issues That Impact | Passed | 0.0 | 1.50 |
| 1/15/2020 | F6D00209 | Ethics | Passed | 0.0 | 1.00 |
| 1/15/2020 | F6D07243 | Use of Force | Passed | 0.0 | 2.00 |
| 1/14/2020 | F6D27448 | Foundational Leadership - On Line Training | Passed | 0.0 | 6.00 |
| 1/14/2020 | F6D08692 | What Great Bosses Do | Passed | 0.0 | 2.00 |
| | | | **2020 Hours** | | **28.80** |
| 12/12/2019 | MISCMAIN | 2019 LE Leadership 3 Year Required Maintenance | Completed | 0.0 | 0.00 |
| 12/9/2019 | F6D12111 | First Aid - CPR and AED | Passed | 0.0 | 8.00 |
| 12/4/2019 | OSA10517 | Becoming a Leader of Character | Passed | 0.0 | 8.00 |
| 12/3/2019 | OSA17558 | Protest Mgmt / In Custody Deaths / Homelessness | Passed | 0.0 | 6.00 |
| 12/3/2019 | OSA14468 | What is De-Escalation & How to Apply to LE | Passed | 0.0 | 2.00 |
| 10/14/2019 | MISCMAIN | 2019 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 10/9/2019 | CQS31975 | Percision Shooting/ Use of Force | Passed | 0.0 | 4.00 |
| 7/17/2019 | F6D36065 | Taser X26/X26p Annual Recertification | Passed | 0.0 | 2.00 |
| 6/13/2019 | F6D29425 | Public Agency Defensive Driving | Passed | 0.0 | 4.00 |
| 6/12/2019 | F6D05600 | MGT 312 Sr. Officials Workshop for All-Hazard | Passed | 0.0 | 6.00 |

Exhibit 5068 at 3

| 6/12/2019 | F6D40944 | Senior Officials Workshop All Haze & Preparedness | Passed | 0.0 | 6.00 |
|---|---|---|---|---|---|
| 2/24/2019 | CQS31297 | Annual Qualification | Passed | 0.0 | 2.00 |
| 1/30/2019 | F6D11022 | Records Law Update | Passed | 0.0 | 1.00 |
| 1/15/2019 | F6D18618 | Internet Security and You | Passed | 0.0 | 1.00 |
| 1/15/2019 | F6D03832 | Ethics | Passed | 0.0 | 1.00 |
| 1/15/2019 | F6D15689 | Use of Forc | Passed | 0.0 | 2.00 |
| | | | **2019 Hours** | | **53.00** |
| 12/5/2018 | OSA28838 | Domestic Violence / Why Teens Kill | Passed | 0.0 | 4.00 |
| 12/3/2018 | OSA21188 | Legal/Tactical Update | Passed | 0.0 | 2.00 |
| 12/3/2018 | OSA38451 | OSSA Annual Conference | Passed | 0.0 | 6.00 |
| 11/30/2018 | MISCMAIN | 2018 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 11/15/2018 | F6W23838 | Crisis Mgmt Assessment & Training | Passed | 0.0 | 6.00 |
| 9/10/2018 | F6W43185 | Firearms Qualifications | Passed | 0.0 | 2.00 |
| 7/27/2018 | F6B40950 | Ethics in Law Enforcement | Passed | 0.0 | 1.00 |
| 5/20/2018 | F6B28970 | Handgun Qualification PQC1 & PQC2 | Passed | 0.0 | 2.00 |
| 5/20/2018 | F6B23359 | Ethics - Case Reviews | Passed | 0.0 | 1.00 |
| 1/31/2018 | CQS20418 | Use of Force Refresher Course | Passed | 0.0 | 2.00 |
| 1/31/2018 | F6B19707 | Use of Force Refresher | Passed | 0.0 | 2.00 |
| 1/24/2018 | CQS08922 | Cascadia Preparedness | Passed | 0.0 | 2.00 |
| 1/12/2018 | F6W04913 | Infant-Child-Adult CPR/AED/First Aid | Passed | 0.0 | 6.00 |
| | | | **2018 Hours** | | **36.00** |
| 12/6/2017 | F6A10255 | Patron Saints of the Mexican Drug Underworld | Passed | 0.0 | 8.00 |
| 12/5/2017 | F6A10238 | OSSA Annual Conference | Passed | 0.0 | 16.00 |
| 11/8/2017 | CQS33833 | Lessons Learned From Malheur and DAPL | Passed | 0.0 | 8.00 |
| 10/24/2017 | CQS31936 | Handgun, Defensive Tactics, Steel Shoot Training | Passed | 0.0 | 3.50 |
| 8/16/2017 | F6C04276 | Moral Fitness Rule Changes | Passed | 0.0 | 0.50 |
| 7/17/2017 | F6A08621 | New & Revised marijuana Offenses Video | Passed | 0.0 | 1.00 |
| 7/12/2017 | F6B29836 | Handgun Qualification PQC1 & PQC2 | Passed | 0.0 | 2.00 |

Exhibit 5068 at 4

| Date | Code | Description | Status | | |
|---|---|---|---|---|---|
| 1/25/2017 | F6C08176 | Use of Force Legal Update | Passed | 0.0 | 3.00 |
| | | | **2017 Hours** | | **42.00** |
| 12/31/2016 | MISCMAIN | 2016 Police Maintenance Leadership | Completed | 0.0 | 0.00 |
| 12/7/2016 | F6A03826 | All-Hazards Preparedness Workshop | Passed | 0.0 | 8.00 |
| 12/6/2016 | F6A03825 | Annual Conference | Passed | 0.0 | 16.00 |
| 11/26/2016 | F6C24121 | Use of Force Legal Update | Passed | 0.0 | 3.00 |
| 10/25/2016 | F6C25785 | Firearms Training | Passed | 0.0 | 3.00 |
| 10/19/2016 | F6C26880 | Firearms Training | Passed | 0.0 | 4.00 |
| 9/12/2016 | F6A02386 | CIS Fall Supervisor Training: FMLA/ADA, Vets Pref | Passed | 0.0 | 3.50 |
| 9/9/2016 | F6A02421 | ICS Learsrship Roles/Unit Leader | Passed | 0.0 | 4.00 |
| 8/31/2016 | F6A02054 | Handgun Training | Passed | 0.0 | 2.00 |
| 8/3/2016 | F6A01741 | Protest Awareness Training | Passed | 0.0 | 4.00 |
| 7/14/2016 | F6C42583 | Securing your Social Media Privacy - Management | Passed | 0.0 | 1.00 |
| 6/10/2016 | F6A00888 | Cascadia Rising Functional Exercise | Passed | 0.0 | 18.00 |
| 5/18/2016 | F6C36429 | Incident Management principles for Operations | Passed | 0.0 | 3.00 |
| 2/24/2016 | 16-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| | | | **2016 Hours** | | **73.50** |
| 12/9/2015 | 15-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 8.00 |
| 12/4/2015 | 15-0175 | Tactical Firearms | Passed | 0.0 | 4.00 |
| 10/2/2015 | 15-0593 | Conference - Other | Passed | 0.0 | 12.00 |
| 4/16/2015 | 15-0953 | CPR / First Aid / AED | Passed | 0.0 | 6.00 |
| 4/7/2015 | 15-0447 | Organizational Change | Passed | 0.0 | 4.50 |
| 3/19/2015 | 15-0459 | Preventing Liability | Passed | 0.0 | 2.00 |
| 3/14/2015 | 15-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 3/11/2015 | 15-1096 | Civil Process | Passed | 0.0 | 1.00 |
| 1/12/2015 | 15-0497 | Supervision / Management Training - Other | Passed | 0.0 | 22.00 |
| 1/9/2015 | 15-0499 | Goal Setting / Probelm Solving | Passed | 0.0 | 1.00 |
| 1/7/2015 | 15-0275 | Use of Deadly Force | Passed | 0.0 | 3.00 |

Exhibit 5068 at 5

| | | | | 2015 Hours | 65.50 |
|---|---|---|---|---|---|
| 12/17/2014 | 14-0150 | Strategies of Low Light Engagements | Passed | 0.0 | 2.00 |
| 12/10/2014 | 14-0372 | Oregon State Sheriff's Association (OSSA) Workshop | Passed | 0.0 | 4.00 |
| 12/10/2014 | 14-0372 | Oregon State Sheriff's Association (OSSA) Workshop | Passed | 0.0 | 4.00 |
| 6/18/2014 | 14-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 3/19/2014 | 14-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 8.00 |
| 3/18/2014 | 14-0367 | Leadership Conference - Other | Passed | 0.0 | 8.00 |
| 3/15/2014 | 14-0141 | Handgun Qualification | Passed | 0.0 | 0.00 |
| 3/4/2014 | 14-1068 | Drugs - Other | Passed | 0.0 | 8.00 |
| 3/3/2014 | 14-1224 | Spike Strip / Stop Stick Use | Passed | 0.0 | 2.00 |
| 1/29/2014 | 14-0275 | Use of Deadly Force | Passed | 0.0 | 0.00 |
| | | | | **2014 Hours** | **38.00** |
| 12/31/2013 | 13-9997 | Firearm/Use of Force Make-up Training 2011-2013 | Passed | 0.0 | 5.50 |
| 12/31/2013 | MISCMAIN | 2013 Police Maintenance Leadership | Completed | 0.0 | 0.00 |
| 12/3/2013 | 13-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 8.00 |
| 12/2/2013 | 13-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 8.00 |
| 10/23/2013 | 13-0143 | Handgun Training | Passed | 0.0 | 2.00 |
| 10/23/2013 | 13-0143 | Handgun Training | Instructed | 0.0 | 4.00 |
| 6/12/2013 | 13-0168 | Rifle Training | Passed | 0.0 | 6.00 |
| 5/24/2013 | 13-0953 | CPR / First Aid / AED | Passed | 0.0 | 6.00 |
| 5/22/2013 | 13-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 4/6/2013 | 13-0132 | Firearms Qualification | Instructed | 0.0 | 4.00 |
| 3/15/2013 | 13-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 7.00 |
| | | | | **2013 Hours** | **44.50** |
| 12/5/2012 | 12-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 7.00 |
| 12/4/2012 | 12-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 1.00 |
| 11/7/2012 | 12-0275 | Use of Deadly Force | Passed | 0.0 | 3.00 |
| 9/21/2012 | 12-0141 | Handgun Qualification | Instructed | 0.0 | 2.00 |
| 7/23/2012 | 12-0447 | Organizational Change | Passed | 0.0 | 1.50 |

Exhibit 5068 at 6

| Date | Course # | Course | Status | | Hours |
|---|---|---|---|---|---|
| 7/19/2012 | 12-0167 | Rifle Qualification | Passed | 0.0 | 2.00 |
| 7/18/2012 | 12-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 6/5/2012 | 12-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 3.50 |
| 3/12/2012 | 12-0478 | Budget | Instructed | 0.0 | 4.00 |
| 2/15/2012 | 12-0276 | Use of Force - Other | Passed | 0.0 | 2.00 |
| | | | **2012 Hours** | | **22.00** |
| 12/14/2011 | 11-0435 | Building Teams | Instructed | 0.0 | 2.50 |
| 12/6/2011 | 11-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 7.00 |
| 12/5/2011 | 11-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 0.50 |
| 11/30/2011 | 11-0443 | Leadership | Instructed | 0.0 | 2.00 |
| 11/9/2011 | 11-0443 | Leadership | Instructed | 0.0 | 2.00 |
| 10/10/2011 | 11-0964 | Bloodborne Pathogens | Passed | 0.0 | 2.00 |
| 7/29/2011 | 11-1122 | Law & Legal - Other | Passed | 0.0 | 8.00 |
| 6/15/2011 | 11-0645 | Working with Tribal Communities | Passed | 0.0 | 16.00 |
| 6/3/2011 | 11-0372 | Oregon State Sheriff's Association (OSSA) Workshop | Passed | 0.0 | 27.00 |
| 4/28/2011 | 11-0645 | Working with Tribal Communities | Passed | 0.0 | 3.00 |
| 4/19/2011 | 11-0004 | DPSST Basic Police COD Self-Study | Passed | 0.0 | 80.00 |
| 3/23/2011 | 11-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 4.25 |
| | | | **2011 Hours** | | **147.75** |
| 12/7/2010 | 10-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 7.00 |
| 12/6/2010 | 10-0363 | Oregon State Sheriff's Association Conference | Passed | 0.0 | 4.00 |
| | | | **2010 Hours** | | **11.00** |
| 3/8/2007 | 07-0276 | Use of Force - Other | Passed | 0.0 | 2.00 |
| 1/8/2007 | 07-0477 | Personnel Topics - Other | Passed | 0.0 | 1.00 |
| 1/4/2007 | 07-0928 | Workplace - Other | Passed | 0.0 | 1.50 |
| | | | **2007 Hours** | | **4.50** |
| 12/31/2006 | 06-PMB01 | 2004-2006 Police Maintenance Basic Cert. | Incomplete | 0.0 | 0.00 |
| 12/8/2006 | 06-1478 | Oregon Narcotics Enforcmnt Assoc (ONEA) | Passed | 0.0 | 20.00 |

Exhibit 5068 at 7

| Date | Course # | Course | Status | | Hours |
|---|---|---|---|---|---|
| 8/5/2006 | 06-0217 | Firearms | Passed | 0.0 | 2.00 |
| 7/27/2006 | 06-1478 | Oregon Narcotics Enforcmnt Assoc (ONEA) | Passed | 0.0 | 20.00 |
| 5/31/2006 | 06-1344 | WSIN Training | Instructed | 0.0 | 1.00 |
| 5/31/2006 | 06-1344 | WSIN Training | Passed | 0.0 | 1.00 |
| 3/28/2006 | 06-0021 | Active Shooter | Passed | 0.0 | 3.00 |
| 3/17/2006 | 06-0392 | Presumptive Drug Test Instructor Certification | Passed | 0.0 | 6.00 |
| | | | | **2006 Hours** | **52.00** |
| 12/9/2005 | 05-0961 | ONEA Conference | Passed | 0.0 | 20.00 |
| 11/29/2005 | 05-0060 | Firearms Training | Instructed | 0.0 | 3.00 |
| 11/15/2005 | 05-0434 | Clan Lab Recertification | Passed | 0.0 | 8.00 |
| 10/31/2005 | 05-2044 | Basic Narcotics Academy | Passed | 0.0 | 40.00 |
| 10/7/2005 | 05U001 | Approved In-State Training | Passed | 0.0 | 38.00 |
| 9/15/2005 | 05-0060 | Firearms Training | Passed | 0.0 | 4.00 |
| 7/22/2005 | 05U002 | Approved Out-of-State Training | Passed | 0.0 | 40.00 |
| 6/1/2005 | 05-0060 | Firearms Training | Instructed | 0.0 | 6.00 |
| 6/1/2005 | 05-0060 | Firearms Training | Passed | 0.0 | 6.00 |
| 4/23/2005 | 05-0361 | Drug & Paraphenalia Identification | Instructed | 0.0 | 2.00 |
| 4/23/2005 | 05-0361 | Drug & Paraphenalia Identification | Passed | 0.0 | 2.00 |
| 3/12/2005 | 05-0650 | Tactical Night OPS Training | Instructed | 0.0 | 8.00 |
| 3/12/2005 | 05-0650 | Tactical Night OPS Training | Passed | 0.0 | 8.00 |
| 3/12/2005 | 05-0833 | Tactical Supervisor Training | Instructed | 0.0 | 18.00 |
| 3/12/2005 | 05-0833 | Tactical Supervisor Training | Passed | 0.0 | 18.00 |
| | | | | **2005 Hours** | **184.00** |
| 12/27/2004 | 04-0373 | Use of Force | Passed | 0.0 | 1.00 |
| 12/10/2004 | 04-4777 | ONEA Winter Conference | Passed | 0.0 | 16.00 |
| 11/4/2004 | 04-4542 | Outlaw Motorcycle Gang Investigations - Basic | Passed | 0.0 | 8.00 |
| 9/8/2004 | 04-3019 | Tactical Building Entries | Instructed | 0.0 | 2.00 |
| 9/8/2004 | 04-3019 | Tactical Building Entries | Passed | 0.0 | 2.00 |

Exhibit 5068 at 8

| Date | Course # | Course | Status | | Hours |
|---|---|---|---|---|---|
| 8/6/2004 | 04-4358 | Firearms - 3rd Quarter | Instructed | 0.0 | 8.00 |
| 8/6/2004 | 04-4358 | Firearms - 3rd Quarter | Passed | 0.0 | 4.00 |
| 7/15/2004 | 04-4078 | ONEA 2004 Summer Conference | Passed | 0.0 | 16.00 |
| 6/12/2004 | 04-4357 | Firearms - 2nd Quarter | Instructed | 0.0 | 14.00 |
| 6/12/2004 | 04-4357 | Firearms - 2nd Quarter | Passed | 0.0 | 2.00 |
| 4/30/2004 | 04U001 | Approved In-State Training | Passed | 0.0 | 120.00 |
| 4/16/2004 | 04U001 | Approved In-State Training | Passed | 0.0 | 40.00 |
| 4/6/2004 | 04-0766 | Survelliance Training | Passed | 0.0 | 16.00 |
| 4/6/2004 | 04-0766 | Survelliance Training | Instructed | 0.0 | 16.00 |
| 3/17/2004 | 04-0381 | Use of Force - 1st Quarter 2004 | Passed | 0.0 | 2.00 |
| 2/25/2004 | 04-0706 | Medical Marijauna Enforcement | Passed | 0.0 | 1.00 |
| 2/19/2004 | 04-0253 | Crisis Leadership & Decision Making | Passed | 0.0 | 9.00 |
| 2/17/2004 | 04-0238 | Consular Notification | Passed | 0.0 | 1.00 |
| 1/31/2004 | 04-0185 | 2003 Legal Updates | Passed | 0.0 | 2.00 |
| 1/23/2004 | 04-0107 | Firearms - 1st Quarter Training | Instructed | 0.0 | 16.00 |
| 1/23/2004 | 04-0107 | Firearms - 1st Quarter Training | Passed | 0.0 | 2.00 |
| | | | | **2004 Hours** | **242.00** |
| 10/20/2003 | 03-0872 | OSIN Basic Criminal Intelligence Concepts Training | Passed | 0.0 | 4.00 |
| 7/23/2003 | 03-0513 | Amber Alert Training | Passed | 0.0 | 0.50 |
| 1/17/2003 | 03-0416 | Domestic Preparedness Wrkshp: DOJ Equipment Grant | Passed | 0.0 | 4.00 |
| 1/16/2003 | 03-0417 | Domestic Preparedness Workshop: FEMA Grant | Passed | 0.0 | 4.00 |
| | | | | **2003 Hours** | **12.50** |
| 6/21/2002 | 02J41 | ICS: Series | Passed | 0.0 | 40.00 |
| 1/31/2002 | 01CP763 | Oregon 2001 Legislative News Laws Training | Passed | 0.0 | 2.00 |
| | | | | **2002 Hours** | **42.00** |
| 12/7/2001 | 02CP003 | Major Crimes Conference | Passed | 0.0 | 7.00 |
| 11/6/2001 | 02CP040 | Meth Labs & Children | Passed | 0.0 | 8.00 |
| | | | | **2001 Hours** | **15.00** |
| 10/20/2000 | 00P549 | Police Background Investigations & Selection | Passed | 0.0 | 16.00 |

Exhibit 5068 at 9

| 10/6/2000 | 00P380 | Rave Culture, Ravers & Their Drugs | Passed | 0.0 | 8.00 |
|---|---|---|---|---|---|
| | | | | **2000 Hours** | **24.00** |
| 12/10/1999 | 99P661 | COMMUNITY RELATIONS/NARCOTICS | Passed | 0.0 | 16.00 |
| 8/20/1999 | 99P533 | SEX OFFENDER REGISTRATION UPDATE | Passed | 0.0 | 3.00 |
| 6/11/1999 | 99U002 | Approved Out-of-State Training | Passed | 0.0 | 20.00 |
| | | | | **1999 Hours** | **39.00** |
| 11/18/1998 | 98P505 | INTRODUCTION TO BOOBY TRAPS | Passed | 0.0 | 4.00 |
| 2/18/1998 | 98P185 | ICS FIELD OPERATIONS/ECC INTEGRATION COU | Passed | 0.0 | 8.00 |
| | | | | **1998 Hours** | **12.00** |
| 12/5/1997 | 98J007 | MASS FATALITIES-MANAGERS TRAINING PROGRA | Passed | 0.0 | 8.00 |
| 12/4/1997 | 98J006 | MASS FATALITIES-A MANAGED RESPONSE | Passed | 0.0 | 8.00 |
| 10/23/1997 | 97P548 | LANDLORD-TENANT TRAINING | Passed | 0.0 | 16.00 |
| 4/7/1997 | 97P265 | OPCA 1997 SPRING SEMINAR | Passed | 0.0 | 8.00 |
| | | | | **1997 Hours** | **40.00** |
| 11/15/1996 | 96P386 | CRIME SCENE & EVIDENCE PHOTOGRAPHY | Passed | 0.0 | 6.00 |
| 9/25/1996 | 96P311 | 1996 FALL SEMINAR | Passed | 0.0 | 24.00 |
| 4/12/1996 | 96U001 | Approved In-State Training | Passed | 0.0 | 1.00 |
| 4/2/1996 | 96P112 | 1996 SPRING CONFERENCE | Passed | 0.0 | 16.00 |
| | | | | **1996 Hours** | **47.00** |
| 11/29/1995 | 95K032 | HOMICIDE/DEATH INVESTIGATION | Passed | 0.0 | 8.00 |
| 9/20/1995 | 95X174 | FALL 95-WORKING DOG SEMINAR | Passed | 0.0 | 24.00 |
| 9/13/1995 | 95K106 | FORENSIC DNA-THE BOTTOM LINE | Passed | 0.0 | 2.00 |
| 9/7/1995 | 95X085 | STEP BY STEP | Passed | 0.0 | 5.00 |
| 6/1/1995 | 95P027 | 1995 OREGON CONFERENCE ON ELDER ABUSE | Passed | 0.0 | 12.00 |
| 5/3/1995 | 95X025 | FOREST PRODUCTS CRIME INVESTIGATION | Passed | 0.0 | 24.00 |
| 3/2/1995 | 95P005 | PRESERVATION & PROCESSING OF EVIDENCE | Passed | 0.0 | 24.00 |
| | | | | **1995 Hours** | **99.00** |
| 9/14/1994 | 94X020 | EVOC REFRESHER/ANTI-LOCK BRAKING SYSTEMS | Passed | 0.0 | 8.00 |

Exhibit 5068 at 10

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 6/8/1994 | 94J053 | COMBATING CRIME THROUGH COMMUNITY INVOLV | Passed | 0.0 | 3.00 |
| 4/28/1994 | 94K059 | GANG AWARENESS | Passed | 0.0 | 4.00 |
| 4/6/1994 | 94Q006 | CRITICAL INCIDENT TRAUMA | Passed | 0.0 | 8.00 |
| 3/29/1994 | 94P015 | 1994 SPRING SEMINAR | Passed | 0.0 | 16.00 |
| | | | | **1994 Hours** | **39.00** |
| 9/30/1993 | 93K121 | INCIDENT COMMAND SYSTEMS: AN OVERVIEW | Passed | 0.0 | 4.00 |
| 9/15/1993 | 93W001 | HAZARDOUS MATERIALS AWARENESS | Passed | 0.0 | 4.00 |
| 9/1/1993 | 93J010 | INTOXILYZER 5000 | Passed | 0.0 | 2.00 |
| 5/21/1993 | 93K005 | COP TALK THE ART OF VERBAL COMMUNICATION | Passed | 0.0 | 8.00 |
| 5/20/1993 | 93K119 | CHILD SEXUAL ABUSE: THE VICTIM, THE PROF | Passed | 0.0 | 8.00 |
| 4/20/1993 | 93K036 | LAW ENFORCEMENT AND OLDER PERSONS | Passed | 0.0 | 16.00 |
| | | | | **1993 Hours** | **42.00** |
| 10/14/1992 | 92L005 | POLICING IN THE 21ST CENTURY | Passed | 0.0 | 3.00 |
| 10/5/1992 | 92K116 | RE-EMPOWERMENT OF MANAGEMENT | Passed | 0.0 | 8.00 |
| 8/12/1992 | 92L004 | ETHICS: DOING THE JOB RIGHT/RIGHT JOB | Passed | 0.0 | 3.00 |
| 6/5/1992 | 92N014 | DRUG UNIT COMMAND/SUPERVISION SCHOOL | Passed | 0.0 | 40.00 |
| 2/4/1992 | 92K035 | YOUTH GANGS IN OREGON | Passed | 0.0 | 3.00 |
| | | | | **1992 Hours** | **57.00** |
| 11/25/1991 | 91H011 | USE OF FORCE UPDATE | Passed | 0.0 | 4.00 |
| 8/27/1991 | 91U001 | Approved In-State Training | Passed | 0.0 | 7.00 |
| 6/6/1991 | 91P011 | HOMICIDE INVESTIGATION SEMINAR | Passed | 0.0 | 16.00 |
| 3/29/1991 | 91R001 | MANAGING SAR OPERATIONS | Passed | 0.0 | 24.00 |
| 1/9/1991 | 91K024 | CHILD ABUSE INVESTIGATION MULTIDISCIPLIN | Passed | 0.0 | 8.00 |
| | | | | **1991 Hours** | **59.00** |
| 12/4/1990 | 905035 | OMNI/PSYCHOLOGICAL TESTING WORKSHOP | Passed | 0.0 | 7.00 |
| 9/19/1990 | 905030 | O.P.C.A. FALL SEMINAR | Passed | 0.0 | 16.00 |
| 7/7/1990 | 909176 | CANINE SERVICES - REGION III | Passed | 0.0 | 20.00 |
| 5/3/1990 | 909111 | HOMICIDE INVESTIGATION | Passed | 0.0 | 16.00 |
| 3/20/1990 | 90P099 | Approved In-State Training | Passed | 0.0 | 150.00 |

Exhibit 5068 at 11

| Date | Number | Course | Status | | Hours |
|---|---|---|---|---|---|
| 3/12/1990 | 909101 | O.P.C.A. DETECTION DOG SEMINAR | Passed | 0.0 | 4.00 |
| | | | | **1990 Hours** | **213.00** |
| 12/14/1989 | 899302 | POLICE LIABILITY, INSURANCE & RISK MGMT. | Passed | 0.0 | 7.00 |
| 9/13/1989 | 899236 | OREGON POLICE CANINE ASSOC. FALL SEMINAR | Passed | 0.0 | 16.00 |
| | | | | **1989 Hours** | **23.00** |
| 5/6/1988 | 885033 | INJECTABLE NARCOTICS & DANGEROUS DRUGS | Passed | 0.0 | 7.00 |
| 2/19/1988 | 889085 | FIELD TRAINING OFFICERS SCHOOL | Passed | 0.0 | 24.00 |
| | | | | **1988 Hours** | **31.00** |
| 1/13/1987 | 87P099 | Approved In-State Training | Passed | 0.0 | 8.00 |
| 1/6/1987 | 879050 | INTOXILYZER MODEL 4011-A | Passed | 0.0 | 4.00 |
| | | | | **1987 Hours** | **12.00** |
| 12/31/1986 | 869049 | LEDS MANUAL--GENERAL LEVEL CERTIFICATION | Passed | 0.0 | 36.00 |
| 10/3/1986 | 869362 | IDENTIFYING THE PEDOPHILE | Passed | 0.0 | 6.00 |
| 4/10/1986 | 869109 | BOOBYTRAP SURVIVAL DURING BOMBS & THREAT | Passed | 0.0 | 4.00 |
| | | | | **1986 Hours** | **46.00** |
| 5/10/1985 | 855012 | INSTRUCTIONAL PROCESS WORKSHOP | Passed | 0.0 | 40.00 |
| 2/20/1985 | 859052 | TACTICAL WEAPONS TRAINING | Passed | 0.0 | 4.00 |
| 1/23/1985 | 85P099 | Approved In-State Training | Passed | 0.0 | 57.00 |
| | | | | **1985 Hours** | **101.00** |
| 7/24/1984 | 849028 | MARINE SAFETY & LAW ENF | Passed | 0.0 | 16.00 |
| 7/20/1984 | 849221 | DIVE RESCUE SEMINAR | Passed | 0.0 | 20.00 |
| 6/7/1984 | 845001 | NEW DUII & LICENSE SUSPENSION LAWS/PROCD | Passed | 0.0 | 3.00 |
| 6/1/1984 | 84E003 | INTERPERSONAL RELATIONSHIPS | Passed | 0.0 | 30.00 |
| 3/9/1984 | 845034 | LIABILITY REDUCTION WORKSHOP | Passed | 0.0 | 4.00 |
| | | | | **1984 Hours** | **73.00** |
| 11/4/1983 | 83Z006 | ADVANCED CRIMINAL INVESTIGATION | Passed | 0.0 | 42.00 |
| 10/12/1983 | 835045 | CRIMINAL & TRAFFIC LAW UPDATE | Passed | 0.0 | 7.00 |
| 7/29/1983 | 83P099 | Approved In-State Training | Passed | 0.0 | 127.00 |

Exhibit 5068 at 12

| | | | | | 1983 Hours | 176.00 |
|---|---|---|---|---|---|---|
| 12/10/1982 | 82G002 | MIDDLE MANAGEMENT COURSE | Passed | 0.0 | | 100.00 |
| 1/8/1982 | 825013 | LEGAL DEVELOPMENTS | Passed | 0.0 | | 7.00 |
| 1/1/1982 | 825047 | RADAR TRAINING | Passed | 0.0 | | 16.00 |
| | | | | | 1982 Hours | 123.00 |
| 12/11/1981 | 815039 | BASIC CRIME PREVENTION COURSE | Passed | 0.0 | | 72.00 |
| 10/19/1981 | 819112 | RADAR TRAINING | Passed | 0.0 | | 12.00 |
| 9/18/1981 | 819035 | TRNG FOR DEP MEDICAL EXAMINERS | Passed | 0.0 | | 8.00 |
| 3/24/1981 | 81P098 | Approved Out-of-State Training | Passed | 0.0 | | 66.00 |
| 3/20/1981 | 81U001 | DPSST Supervision | Passed | 0.0 | | 80.00 |
| | | | | | 1981 Hours | 238.00 |
| 4/22/1980 | 80P099 | Approved In-State Training | Passed | 0.0 | | 46.00 |
| | | | | | 1980 Hours | 46.00 |
| 4/20/1979 | 79A028 | ADVANCED OFFICER COURSE #28 | Passed | 0.0 | | 40.00 |
| | | | | | 1979 Hours | 40.00 |
| 10/5/1978 | 785028 | SEX CRIMES INVESTIGATION | Passed | 0.0 | | 12.00 |
| | | | | | 1978 Hours | 12.00 |
| 10/27/1977 | 775021 | CYCLE GANG INTELLIGENCE | Passed | 0.0 | | 4.00 |
| 10/21/1977 | 771070 | OPA BASIC RECRUIT #7O | Passed | 0.0 | | 280.00 |
| 9/28/1977 | 77F070 | OPA BASIC FIRST AID #7O | Passed | 0.0 | | 8.00 |
| 7/27/1977 | 779014 | FATAL ACCIDENT INVESTIGATION | Passed | 0.0 | | 6.00 |
| 6/1/1977 | 77B067 | OPA BREATHALYZER #67 | Passed | 0.0 | | 16.00 |
| 1/1/1977 | 77M050 | FIELD TRAINING MANUAL | Passed | 0.0 | | 50.00 |
| | | | | | 1977 Hours | 364.00 |
| | | | | | Total Hours | 3107.55 |

Exhibit 5068 at 13

| Attributes | | | |
|---|---|---|---|
| **Topic** | **Attribute** | **Effective Date** | **Expiration Date** |
| Maintenance Requirements | LE Annual | 1/1/2022 | 12/31/2022 |
| Certification Cards | First Aid and CPR | 11/12/2021 | 11/12/2023 |
| Maintenance Requirements | LE Annual | 1/1/2021 | 1/1/1950 |
| Maintenance Requirements | LE Leadership 3 Year | 1/1/2020 | 12/31/2022 |
| Certification Cards | First Aid and CPR | 12/9/2019 | 12/12/2021 |
| Code of Ethics | Signed | 4/19/2011 | |

| Education | | | | |
|---|---|---|---|---|
| **Date** | **Degree** | **School** | **Major** | **Hours** |
| 3/20/1990 | No Degree | Southwestern Oregon Comm Coll | Corrections & Police Studies | 22.7 |
| 12/20/1983 | No Degree | Southwestern Oregon Comm Coll | Corrections & Police Studies | 10.0 |
| 3/20/1981 | No Degree | Southwestern Oregon Comm Coll | Corrections & Police Studies | 22.0 |
| 12/20/1976 | No Degree | All Other Education Institutes | Corrections & Police Studies | 9.0 |

May not reflect most current data

Copyright© 2002 - 2021 Blue Peak Logic, Inc. All Rights Reserved.
http://www.bluepeaklogic.com

Exhibit 5068 at 14