**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Exhibit 5069** Zanni DA Investigator Appointment |
| Defendants. | |

# R. PAUL FRASIER
## DISTRICT ATTORNEY
### COOS COUNTY OREGON

**Deputy District Attorneys**
Karen R. McClintock
Richard Tovey
Oubonh White
Shani Krumholz
Robert Manske



**Office of the District Attorney**
Coos County Courthouse
250 North Baxter
Coquille, Oregon 97423
(541) 396-3121 ext. 257
FAX (541) 396-2991
TDD 1-800-735-2900

October 8, 2008

Mr. Craig Zanni
Sgt. (Retired) Coos County Sheriff's Office
Coquille, Oregon

Re:    Appointment as volunteer investigator for the Coos Count District
       Attorney's Office

Greetings:

Please be advised that I hereby appoint you, on a volunteer basis and without remuneration (except for incurred and approved expenses), as an investigator for the Coos County District Attorney's Office. By this appointment you shall have all powers granted to District Attorney Investigators as provided by Oregon law.

This appointment shall be in effect until revoked by this office. Thank you for your willingness to assist this office.

Sincerely

R. Paul Frasier

DistrictAttorney_000243

Exhibit 5069 at 1