**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5070**
Evidence Accountability Record --
Coquille Police Department

006684     006684     #102     006684

# EVIDENCE ACCOUNTABILITY RECORD
## COQUILLE POLICE DEPARTMENT

| EVIDENCE # | ITEM | QTY. | CASE # | DATE | OFFICER | REMARKS | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 224 | Video Tape of Crime Scene | 1 | 00-1905 | 8-7-00 | Hall Received f/Zanni | Evidence of Crime Scene | 13 Release to Cfofficer 3-22-01 |
| 225 | Written Poem | 1 | 00-1905 | 8-11-00 | Grant | Leah Freeman - Evidence | 13 |
| 226 | X (1) Sock (2) Photographs | 3 | 00-1905 | 8-14-00 | Return 3-13-0 Brenden to til Brdz | Possibly missing Sock belonging to Freeman | 13: Put Request sent to Crime Lab for Analysis 8/15/00 UC 55/to Ptld Crime Lab 8/16/00 by D. Bergard |
| 227 | (1) Pacific Power Statement (3) Photographs | 4 | 00-2517 | 8-14-00 | Brenden | Dumping within 100 yds. off state waters. | #7 Destroyed 6-9-03 |
| 228 | 1 - Blk Kani Jeans "Bill Sero" | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | Items Siezed from Bill Sero  B-16 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 229 | 1 - Pr Film Shoes "Bill Sero" | 2 | 00-1905 | 8-14-00 | " " | "  B-13 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 230 | X 1 - Faded Levi Jeans (Bill Sero) | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-16 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 231 | X 1 - Tan Shirt Bill Sero | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-13 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 232 | 1 - Blk Nite Shirt Bill Sero | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-16 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 233 | X 1 - Blue/Gry/White Jacket Bill Sero | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-13 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 234 | 1 - Blue Levis with Belt Bill Sero | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-16 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 235 | 1 - Mens Boxer Shorts Bill Sero | 1 | 00-1905 | 8-14-00 | Cal Mitts to Hall | "  B-13 | To Crime Lab 8-15-00 / Return from lab 9/14/00 |
| 236 | 1 - Audio Tape 1 - Video Tape | 2 | 00-2538 | 8-17-00 | Brenden | DUII Tapes | 14 Cay C2303 |

006684     006684     006684

Exhibit 5070 at 1