**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

        v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MK

**Exhibit 5071**
Coquille Police Department
Property Request

# COQUILLE POLICE DEPARTMENT
## PROPERTY REQUEST

Case Number: __00-1905__                    Date Requested: __3-21-01__
Requesting Officer: __HALL__                Date and Time needed: __3-22-01__

I request the items listed below for: __KRIS KARCHER__ Approved By: __?__    __3-22-01__
                    (State Reason)
                                            **Property Controller Use Only:**

| Item # | Description |
|--------|-------------|
| 1 224 | VIDEO TAPE CRIME Scene |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

### PROPERTY TRANSFER

Date: __03/22/01__                          Case Number: __CO-1905__
The following item(s) was released to: __Kris Karcher__ For Deposit With

Court: _____

District Attorney: __Kris Karcher - DME__
                    (Department/Divison)
                    (Name/Title)

Laboratory: _____
                    (Name of Laboratory)

Item Number:
(from above): _____ Description of Property _____

_____
_____
_____
_____
_____
_____
_____
_____

Signature of person with whom property is deposited : _____
Date and time property is transferred or returned to property room: _____

Exhibit 5071 at 1