DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
        Todd.Marshall@doj.oregon.gov
        kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Case No.  6:20-cv-1163-MTK (Lead Case)<br>          3:21-cv-1719-MTK (Trailing Case)<br><br>DECLARATION OF JOHN RIDDLE IN SUPPORT OF STATE DEFENDANTS MOTION FOR SUMMARY JUDGMENT |

Page 1 -   DECLARATION OF JOHN RIDDLE IN SUPPORT OF STATE DEFENDANTS
           MOTION FOR SUMMARY JUDGMENT
           JBD/db5/978872900

VIDOCQ SOCIETY,

        Cross-Claimant.

RICHARD WALTER,

        Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

I, John Riddle, declare:

1.      On August 23, 2010, during a felony stop, Nicholas McGuffin was arrested pursuant to a warrant for the Leah Freeman murder.  During this felony stop, I pointed my service weapon at Nicholas McGuffin.  In a felony stop, officers typically exercise a higher degree of caution due to the potential risk associated with the stop.  This often involves the officer staying back, drawing their weapon, and using a loudspeaker to issue commands, especially if the stop is related to a serious crime like a murder.

2.      At no time have I ever had knowledge that McGuffin was or is innocent of the crimes of which he was charged.

3.      At no time during the Freeman investigation, or after, did I fabricate any evidence or solicit any false evidence.

4.      At no time during the Freeman investigation, or after, did I withhold or destroy any evidence favorable to McGuffin.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

5. At no time during the Freeman investigation, or after, did I avoid or attempt to avoid developing evidence favorable to McGuffin.

6. At no time during the Freeman investigation, or after, did I withhold evidence about conversations I had with other defendants, investigators, or prosecutors about the investigation.

7. At no time during the Freeman investigation, or after, did I become aware of evidence that was false or fabricated or that such evidence was used or would be used against McGuffin.

8. At no time during the Freeman investigation, or after, did I become aware of evidence favorable to McGuffin that had been withheld from him by anyone else.

9. At no time during the Freeman investigation, or after, did I fail to intervene in the deprivation of McGuffin's rights by others.

10. At no time during the Freeman investigation, or after, did I make an agreement with anyone to withhold exculpatory evidence, to fabricate incriminating evidence, to avoid developing evidence favorable to McGuffin, or otherwise to do anything unlawful or improper with respect to the investigation.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January _7_, 2025.

_____
JOHN RIDDLE

Page 3 -    DECLARATION OF JOHN RIDDLE IN SUPPORT OF STATE DEFENDANTS
            MOTION FOR SUMMARY JUDGMENT
        JBD/db5/978872900