DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
       Todd.Marshall@doj.oregon.gov
       kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Case No.  6:20-cv-1163-MK (Lead Case)<br>           3:21-cv-1719-MK (Trailing Case)<br><br>DECLARATION OF MARY KRINGS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Page 1 -   DECLARATION OF MARY KRINGS IN SUPPORT OF STATE DEFENDANTS'
            MOTION FOR SUMMARY JUDGMENT
            JBD/db5/978872915

VIDOCQ SOCIETY,

     Cross-Claimant.

RICHARD WALTER,

     Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

     Plaintiff,

     v.

OREGON STATE POLICE,

     Defendant.

I, Mary Krings, declare:

     1.     I was a forensic scientist for the Oregon State Police DNA laboratory from approximately 1999 to 2003. I was qualified and approved to perform forensic DNA analysis.

     2.     After I left OSP in 2003, I did a small amount of DNA consulting and then left the industry entirely.

     3.     After I left OSP, I was unaware of any developments in the status of the Freeman investigation or any efforts to prosecute Nicholas McGuffin after I left OSP.

     4.     I was not asked by either the prosecution or defense to testify about the DNA analysis that I did at Mr. McGuffin's criminal trial. Had I been asked to testify about my analysis, I would have testified.

     5.     I do not recall having any significant knowledge about the Freeman investigation on subjects other than the DNA analysis that was performed. I was not aware of the evidence presented at grand jury or trial. At no time have I ever had knowledge that McGuffin was or is innocent of the crimes of which he was charged.

Page 2 -    DECLARATION OF MARY KRINGS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
JBD/db5/978872915

6.    At no time during the Freeman investigation, or after, did I fabricate any evidence.

7.    At no time during the Freeman investigation, or after, did I withhold or destroy any evidence favorable to McGuffin.

8.    At no time during the Freeman investigation, or after, did I avoid or attempt to avoid developing evidence favorable to McGuffin.

9.    At no time during the Freeman investigation, or after, did I withhold evidence about conversations I had with other defendants, investigators, or prosecutors about the investigation.

10.    At no time during the Freeman investigation, or after, did I become aware of evidence that was false or fabricated or that such evidence was used or would be used against McGuffin.

11.    At no time during the Freeman investigation, or after, did I become aware of evidence favorable to McGuffin that had been withheld from him by anyone else.

12.    At no time during the Freeman investigation, or after, did I fail to intervene in the deprivation of McGuffin's rights by others.

13.    At no time during the Freeman investigation, or after, did I make an agreement with anyone to withhold exculpatory evidence, to fabricate incriminating evidence, to avoid developing evidence favorable to McGuffin, or otherwise to do anything unlawful or improper with respect to the investigation.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January 7, 2025.

MARY KRINGS

Page 3 -    DECLARATION OF MARY KRINGS IN SUPPORT OF STATE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
JBD/db5/978872915

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000