**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,
        v.
Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MTK

**Exhibit A -
Declaration Raymond
McNeely**

| JUL 21,2015<br>07:14AM | DPSST Public Safety<br>Employee Profile | Page:    1 |
|---|---|---|

## McNeely, Raymond L.   (46177)

### Certification

| Date | Status | Certified | Expires | Probation | Cert # |
|---|---|---|---|---|---|
| **Police Officer / Basic** | | | | | |
| 9-25-2012 | Lapsed | 10-31-2006 | | | |
| **Police Officer / Intermediate** | | | | | |
| 9-25-2012 | Lapsed | 11-23-2010 | | | |
| **CPR** | | | | | |
| 4-26-2011 | Completed | | 4-26-2013 | | |
| **First Aid** | | | | | |
| 4-26-2011 | Completed | | 4-26-2013 | | |
| **CPR** | | | | | |
| 5-15-2009 | Completed | | 5-15-2011 | | |
| **First Aid** | | | | | |
| 5-15-2009 | Completed | | 5-15-2011 | | |

### Employment History

**Coquille Police Department**

**Date:**   6-25-2012  **Action:** Resigned                                    **Status:** Inactive

| | |
|---|---|
| **Assignment:** | **Pos/Rank:** Police Officer |
| **Level:** | **Class:** |
| **Shift:** | : |
| **Function:** Police | |

**Coquille Police Department**                                    **Service:**   6 Years    258 Days

**Date:** 10-10-2005  **Action:** Hired                              **Status:** Active

| | |
|---|---|
| **Assignment:** | **Pos/Rank:** Police Officer |
| **Level:** | **Class:** |
| **Shift:** | : |
| **Function:** Police | |

### Training

| Course | Title | Date | Hours | Score | Status |
|---|---|---|---|---|---|
| 11-0662 | Outlaw Motorcycle Gang Investigation | 12-01-2011 | 2.00 | 0.00 | Passed |
| 11-0804 | Narcotics Investigations | 11-18-2011 | 2.00 | 0.00 | Passed |
| 11-1061 | Drug Field Kit Testing | 11-18-2011 | 2.00 | 0.00 | Passed |
| 11-1116 | Legal/Legislative Update | 11-18-2011 | 2.00 | 0.00 | Passed |
| 11-0804 | Narcotics Investigations | 11-17-2011 | 4.00 | 0.00 | Passed |
| 11-1120 | Search & Seizure | 11-17-2011 | 4.00 | 0.00 | Passed |
| 11-0804 | Narcotics Investigations | 11-16-2011 | 4.00 | 0.00 | Passed |
| 11-0830 | Investigative Interviews | 11-16-2011 | 4.00 | 0.00 | Passed |
| 11-0776 | Evidence Collection | 11-15-2011 | 2.00 | 0.00 | Passed |
| 11-1053 | Clan Labs | 11-15-2011 | 4.00 | 0.00 | Passed |

Exhibit A
Page 1

| | | | | | |
|---|---|---|---|---|---|
| JUL 21,2015 07:14AM | | **DPSST Public Safety Employee Profile** | | | Page: 2 |

## McNeely, Raymond L.   (46177)

| | | | | | |
|---|---|---|---|---|---|
| 11-1076 | Civil Rights Training | 11-15-2011 | 2.00 | 0.00 | Passed |
| 11-0707 | Internet for Investigators | 11-14-2011 | 4.00 | 0.00 | Passed |
| 11-0711 | Computer Training - Other | 11-14-2011 | 4.00 | 0.00 | Passed |
| 11-0801 | Homicide Investigation | 2-11-2011 | 4.00 | 0.00 | Passed |
| 11-0801 | Homicide Investigation | 2-10-2011 | 2.00 | 0.00 | Passed |
| 11-0801 | Homicide Investigation | 2-10-2011 | 2.00 | 0.00 | Passed |
| 11-1047 | Truth Verification | 2-10-2011 | 4.00 | 0.00 | Passed |
| 11-0833 | Terrorism Investigation | 2-09-2011 | 2.00 | 0.00 | Passed |
| 11-1035 | Human Trafficking | 2-09-2011 | 2.00 | 0.00 | Passed |
| 11-0826 | High Profile Crime Investigation | 2-09-2011 | 2.00 | 0.00 | Passed |
| 11-0801 | Homicide Investigation | 2-09-2011 | 2.00 | 0.00 | Passed |
| 11-0790 | Forensics - Other | 2-08-2011 | 1.00 | 0.00 | Passed |
| 11-0801 | Homicide Investigation | 2-08-2011 | 2.00 | 0.00 | Passed |
| 11-0778 | Crimes / Crime Scenes - Other | 2-08-2011 | 1.00 | 0.00 | Passed |
| 11-0826 | High Profile Crime Investigation | 2-08-2011 | 1.00 | 0.00 | Passed |
| 11-1122 | Law & Legal - Other | 2-08-2011 | 2.00 | 0.00 | Passed |
| | **2011 Pass/Complete:** | | **67.00** | | |
| 10-0114 | Defensive Tactics | 12-31-2010 | 5.00 | 0.00 | Passed |
| 10-0116 | Handcuffing | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-0274 | Taser - Other | 12-31-2010 | 4.00 | 0.00 | Passed |
| 10-0275 | Use of Deadly Force | 12-31-2010 | 8.00 | 0.00 | Passed |
| 10-0276 | Use of Force - Other | 12-31-2010 | 9.00 | 0.00 | Passed |
| 10-0634 | Report Writing | 12-31-2010 | 2.50 | 0.00 | Passed |
| 10-0132 | Firearms Qualification | 12-31-2010 | 4.00 | 0.00 | Passed |
| 10-0141 | Handgun Qualification | 12-31-2010 | 4.00 | 0.00 | Passed |
| 10-0795 | Domestic Violence Investigations | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-0796 | Missing & Abducted Child Investigations | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-0800 | Death Investigation | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-0804 | Narcotics Investigations | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-0808 | Fraud Investigations | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-0821 | Criminal Investigations | 12-31-2010 | 3.50 | 0.00 | Passed |
| 10-0833 | Terrorism Investigation | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-0851 | Explosive Device Training | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-0859 | Emergency Preparedness and Response - Other | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-0884 | Anti-Terrorism Training | 12-31-2010 | 2.50 | 0.00 | Passed |
| 10-0894 | HazMat & Weapons of Mass Destruction | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-0905 | Ethics | 12-31-2010 | 6.50 | 0.00 | Passed |

Exhibit A
Page 2

| JUL 21,2015 07:14AM | DPSST Public Safety Employee Profile | Page: 3 |
|---|---|---|

## McNeely, Raymond L.   (46177)

| | | | | | |
|---|---|---|---|---|---|
| 10-0907 | Ethics & Sexual Harassment | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-0909 | Misconduct & Power | 12-31-2010 | 3.50 | 0.00 | Passed |
| 10-0914 | Personal / Professional Development - Other | 12-31-2010 | 7.00 | 0.00 | Passed |
| 10-0915 | Agency Policies / Procedures | 12-31-2010 | 8.50 | 0.00 | Passed |
| 10-0916 | Domestic Violence | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-0917 | Email Etiquette | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-0921 | Pursuit Policy | 12-31-2010 | 5.50 | 0.00 | Passed |
| 10-0922 | Safety Committee Training | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-0923 | Safety Procedures | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-0928 | Workplace - Other | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-0964 | Bloodborne Pathogens | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-0972 | Health / Wellness - Other | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1020 | Responding to Missing & Abducted Children | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1025 | Domestic Abuse | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-1026 | Elder Abuse | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1038 | Interview & Interrogation | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1068 | Drugs - Other | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1086 | Patrol/Vehicle - Other | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-1100 | Courtroom Security | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-1110 | DUII Case Law & DMV Hearing | 12-31-2010 | 2.00 | 0.00 | Passed |
| 10-1120 | Search & Seizure | 12-31-2010 | 7.00 | 0.00 | Passed |
| 10-1122 | Law & Legal - Other | 12-31-2010 | 3.50 | 0.00 | Passed |
| 10-1124 | Search Warrant Procedures | 12-31-2010 | 1.50 | 0.00 | Passed |
| 10-1201 | Code Response | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-1202 | Defensive Driving | 12-31-2010 | 4.50 | 0.00 | Passed |
| 10-1226 | Vehicle / Foot Pursuits | 12-31-2010 | 3.00 | 0.00 | Passed |
| 10-1239 | Traffic Safety | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-1250 | Driving - Other | 12-31-2010 | 1.00 | 0.00 | Passed |
| 10-1276 | Evidence / Property Management | 12-31-2010 | 2.50 | 0.00 | Passed |
| 10-0800 | Death Investigation | 12-15-2010 | 8.00 | 0.00 | Passed |
| 10-1040 | Oregon Interviewing Guidlelines | 11-16-2010 | 12.00 | 0.00 | Passed |
| 10-0143 | Handgun Training | 10-01-2010 | 4.00 | 0.00 | Passed |
| 10-0167 | Rifle Qualification | 10-01-2010 | 1.00 | 0.00 | Passed |
| 10-0169 | Shotgun Qualification | 10-01-2010 | 1.00 | 0.00 | Passed |
| 10-0593 | Conference - Other | 9-17-2010 | 20.00 | 0.00 | Passed |
| 10-0105 | OC | 7-31-2010 | 1.00 | 0.00 | Passed |

| | | | | | |
|---|---|---|---|---|---|
| JUL 21,2015<br>07:14AM | **DPSST Public Safety<br>Employee Profile** | | | | Page: 4 |

## McNeely, Raymond L.   (46177)

| | | | | | |
|---|---|---|---|---|---|
| 10-0126 | Firearms Basic | 7-31-2010 | 6.00 | 0.00 | Passed |
| 10-0131 | LEO Flying Armed | 7-31-2010 | 1.00 | 0.00 | Passed |
| 10-0140 | Armed While Off Duty | 7-31-2010 | 3.00 | 0.00 | Passed |
| 10-0262 | Barricaded Suspect | 7-31-2010 | 0.50 | 0.00 | Passed |
| 10-0264 | Contact / Cover Officer Safety Class | 7-31-2010 | 1.00 | 0.00 | Passed |
| 10-0801 | Homicide Investigation | 7-08-2010 | 24.00 | 0.00 | Passed |
| 10-0112 | Control Holds & Handcuffing | 6-30-2010 | 3.50 | 0.00 | Passed |
| 10-0117 | High Risk Vehicle Stops | 6-30-2010 | 1.00 | 0.00 | Passed |
| 10-0652 | Volunteers in Policing (VIPs) | 6-30-2010 | 2.00 | 0.00 | Passed |
| 10-0660 | Culture / Diversity - Other | 6-30-2010 | 2.00 | 0.00 | Passed |
| 10-0707 | Internet for Investigators | 6-30-2010 | 2.00 | 0.00 | Passed |
| 10-0742 | Inmate / Offender Training - Other | 6-30-2010 | 2.50 | 0.00 | Passed |
| 10-0100 | Active Shooter | 5-31-2010 | 2.00 | 0.00 | Passed |
| 10-0249 | Range 3000 | 5-17-2010 | 1.00 | 0.00 | Passed |
| 10-0763 | Sex Offenders Training - Other | 3-31-2010 | 8.00 | 0.00 | Passed |
| 09-1222 | Patrol Procedures | 3-01-2010 | 1.00 | 0.00 | Passed |
| 10-0697 | Youth/Juvenile - Other | 2-28-2010 | 1.00 | 0.00 | Passed |
| 10-0721 | Electronics - Other | 2-28-2010 | 0.50 | 0.00 | Passed |
| 10-0734 | Inmate Searches & Contraband Control | 2-28-2010 | 1.00 | 0.00 | Passed |
| 10-0609 | Major Crimes Conference | 2-12-2010 | 28.00 | 0.00 | Passed |
| 10-0166 | Patrol Rifle | 1-31-2010 | 1.50 | 0.00 | Passed |
| 10-0663 | Gang Training - Other | 1-31-2010 | 0.50 | 0.00 | Passed |
| 10-0677 | School / Child Training - Other | 1-31-2010 | 1.00 | 0.00 | Passed |
| 10-0685 | Special Needs Training - Other | 1-31-2010 | 1.50 | 0.00 | Passed |
| | | **2010 Pass/Complete:** | **289.50** | | |
| 09-1083 | SFST Refresher | 11-09-2009 | 4.00 | 0.00 | Passed |
| 09-0925 | Use of Force Policy | 10-30-2009 | 6.00 | 0.00 | Passed |
| 09-0618 | Media Relations | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0623 | Death Notification | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0625 | Interpersonal Communications | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0634 | Report Writing | 10-30-2009 | 3.00 | 0.00 | Passed |
| 09-0647 | Community Policing | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0657 | Cultural Diversity | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0656 | Bias-Based Profiling | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0658 | Racial Profiling | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0685 | Special Needs Training - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0686 | Suicide Intervention Training | 10-30-2009 | 1.00 | 0.00 | Passed |

Exhibit A
Page 4

**DPSST Public Safety**
**Employee Profile**

### McNeely, Raymond L.   (46177)

| | | | | | |
|---|---|---|---|---|---|
| 09-0763 | Sex Offenders Training - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0776 | Evidence Collection | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0778 | Crimes / Crime Scenes - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0779 | Fingerprinting | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0794 | Child Abuse Investigation | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0795 | Domestic Violence Investigations | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0797 | Sex Crimes Response & Investigation | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0800 | Death Investigation | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0804 | Narcotics Investigations | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0809 | Identity Theft Investigation | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0812 | Crash Investigations | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0821 | Criminal Investigations | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0822 | Digital Evidence | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0834 | Investigation Training - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0839 | Radio Procedures | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0859 | Emergency Preparedness and Response - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0883 | Critical Incident Response | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0884 | Anti-Terrorism Training | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0895 | Law Enforcement Response to WMD | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0904 | DPSST Revocation / Ethics Bulletin Review | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0905 | Ethics | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0907 | Ethics & Sexual Harassment | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0917 | Email Etiquette | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0911 | Customer Service | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0915 | Agency Policies / Procedures | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0921 | Pursuit Policy | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-0936 | Fire Extinguisher Training | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0964 | Bloodborne Pathogens | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0967 | Infectious Disease Control | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0968 | Lead Exposure | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0974 | Hazardous Materials | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-1026 | Elder Abuse | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-1038 | Interview & Interrogation | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0909 | Misconduct & Power | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1086 | Patrol/Vehicle - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-1093 | Civil Law | 10-30-2009 | 2.00 | 0.00 | Passed |

| JUL 21,2015<br>07:14AM | DPSST Public Safety<br>Employee Profile | Page: 6 |
|---|---|---|

## McNeely, Raymond L.   (46177)

| Code | Course | Date | Hours | | Status |
|---|---|---|---|---|---|
| 09-1108 | Criminal Laws | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1113 | Case Law / Court Decisions | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1116 | Legal/Legislative Update | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1120 | Search & Seizure | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1201 | Code Response | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-1208 | Basic Officer Survival | 10-30-2009 | 2.00 | 0.00 | Passed |
| 09-1237 | Traffic Enforcement | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0697 | Youth/Juvenile - Other | 10-30-2009 | 1.00 | 0.00 | Passed |
| 09-0803 | Clandestine lab Investigations | 10-21-2009 | 2.00 | 0.00 | Passed |
| 09-0273 | Taser X26 Certification | 10-06-2009 | 2.00 | 0.00 | Passed |
| 09-0166 | Patrol Rifle | 8-21-2009 | 15.00 | 0.00 | Passed |
| 09-0153 | AR-15 Basic Operator / Qualification | 8-14-2009 | 12.00 | 0.00 | Passed |
| 09-0126 | Firearms Basic | 7-31-2009 | 2.00 | 0.00 | Passed |
| 09-0132 | Firearms Qualification | 7-31-2009 | 2.00 | 0.00 | Passed |
| 09-0141 | Handgun Qualification | 7-31-2009 | 2.00 | 0.00 | Passed |
| 09-0169 | Shotgun Qualification | 7-31-2009 | 1.00 | 0.00 | Passed |
| 09-0170 | Shotgun Training | 7-31-2009 | 1.00 | 0.00 | Passed |
| 09-0109 | Confrontational Simulation | 7-30-2009 | 2.00 | 0.00 | Passed |
| 09-0103 | ASP Baton | 7-28-2009 | 2.00 | 0.00 | Passed |
| 09-0105 | OC | 7-23-2009 | 2.00 | 0.00 | Passed |
| 09-0112 | Control Holds & Handcuffing | 7-21-2009 | 2.00 | 0.00 | Passed |
| 09-0114 | Defensive Tactics | 7-16-2009 | 2.00 | 0.00 | Passed |
| 09-0275 | Use of Deadly Force | 7-14-2009 | 2.00 | 0.00 | Passed |
| 09-0124 | Weapons Retention | 5-22-2009 | 4.00 | 0.00 | Passed |
| 09-1113 | Case Law / Court Decisions | 5-19-2009 | 1.00 | 0.00 | Passed |
| 09-0132 | Firearms Qualification | 5-18-2009 | 4.00 | 0.00 | Passed |
| 09-0953 | CPR / First Aid / AED | 5-15-2009 | 2.00 | 0.00 | Passed |
| 09-0554 | Detectives Academy | 4-17-2009 | 80.00 | 0.00 | Passed |
| 09-0820 | Criminal Intelligence Training | 4-16-2009 | 4.00 | 0.00 | Passed |
| 09-0721 | Electronics - Other | 4-02-2009 | 1.00 | 0.00 | Passed |
| 09-0141 | Handgun Qualification | 3-27-2009 | 4.00 | 0.00 | Passed |
| | | **2009 Pass/Complete:** | **232.00** | | |
| 08-1021 | Child Abuse Training - Other | 11-07-2008 | 4.00 | 0.00 | Passed |
| 08-0794 | Child Abuse Investigation | 10-17-2008 | 3.00 | 0.00 | Passed |
| 08-0435 | Building Teams | 10-15-2008 | 4.00 | 0.00 | Passed |
| 08-0275 | Use of Deadly Force | 7-05-2008 | 1.00 | 0.00 | Passed |
| 08-1202 | Defensive Driving | 5-26-2008 | 1.00 | 0.00 | Passed |

Exhibit A
Page 6

**DPSST Public Safety
Employee Profile**

## McNeely, Raymond L.   (46177)

| Code | Course | Date | Hours | | |
|---|---|---|---|---|---|
| 08-0132 | Firearms Qualification | 5-09-2008 | 2.00 | 0.00 | Passed |
| 08-0127 | Firearms Basic Classroom | 5-09-2008 | 2.00 | 0.00 | Passed |
| 08-0105 | OC | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0103 | ASP Baton | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0112 | Control Holds & Handcuffing | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0127 | Firearms Basic Classroom | 4-30-2008 | 2.00 | 0.00 | Passed |
| 08-0274 | Taser - Other | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0275 | Use of Deadly Force | 4-30-2008 | 2.00 | 0.00 | Passed |
| 08-1208 | Basic Officer Survival | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0924 | Sexual Harassment | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-1122 | Law & Legal - Other | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0821 | Criminal Investigations | 4-30-2008 | 0.80 | 0.00 | Passed |
| 08-0693 | Juvenile Procedures | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0795 | Domestic Violence Investigations | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0800 | Death Investigation | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-1026 | Elder Abuse | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0884 | Anti-Terrorism Training | 4-30-2008 | 0.80 | 0.00 | Passed |
| 08-1237 | Traffic Enforcement | 4-30-2008 | 0.80 | 0.00 | Passed |
| 08-1072 | DUII Update | 4-30-2008 | 0.80 | 0.00 | Passed |
| 08-0921 | Pursuit Policy | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0915 | Agency Policies / Procedures | 4-30-2008 | 2.50 | 0.00 | Passed |
| 08-1120 | Search & Seizure | 4-30-2008 | 2.00 | 0.00 | Passed |
| 08-1108 | Criminal Laws | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0830 | Investigative Interviews | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0774 | Crime Scene Investigation | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0964 | Bloodborne Pathogens | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-1222 | Patrol Procedures | 4-30-2008 | 0.80 | 0.00 | Passed |
| 08-0851 | Explosive Device Training | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0831 | Managing Criminal Investigations | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0806 | Undercover Drug Investigations | 4-30-2008 | 1.00 | 0.00 | Passed |
| 08-0917 | Email Etiquette | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0634 | Report Writing | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0667 | Missing & Exploited Children | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0905 | Ethics | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-0658 | Racial Profiling | 4-30-2008 | 0.50 | 0.00 | Passed |
| 08-1269 | Field Training & Evaluation Program | 4-18-2008 | 40.00 | 0.00 | Passed |

## McNeely, Raymond L.  (46177)

| | | | | | |
|---|---|---|---|---|---|
| 08-0915 | Agency Policies / Procedures | 4-03-2008 | 2.50 | 0.00 | Passed |
| 08-1116 | Legal/Legislative Update | 1-30-2008 | 2.00 | 0.00 | Passed |
| 08-1122 | Law & Legal - Other | 1-26-2008 | 2.00 | 0.00 | Passed |
| 08-1122 | Law & Legal - Other | 1-11-2008 | 1.00 | 0.00 | Passed |
| | | **2008 Pass/Complete:** | **94.00** | | |
| 07-1021 | Child Abuse Training - Other | 11-30-2007 | 1.00 | 0.00 | Passed |
| 07-1120 | Search & Seizure | 9-28-2007 | 3.00 | 0.00 | Passed |
| 07-0657 | Cultural Diversity | 9-28-2007 | 4.00 | 0.00 | Passed |
| 07-0915 | Agency Policies / Procedures | 9-18-2007 | 2.00 | 0.00 | Passed |
| 07-0275 | Use of Deadly Force | 9-13-2007 | 1.30 | 0.00 | Passed |
| 07-0276 | Use of Force - Other | 9-10-2007 | 1.00 | 0.00 | Passed |
| 07-0127 | Firearms Basic Classroom | 9-06-2007 | 1.00 | 0.00 | Passed |
| 07-0923 | Safety Procedures | 9-03-2007 | 1.00 | 0.00 | Passed |
| 07-0795 | Domestic Violence Investigations | 8-31-2007 | 1.00 | 0.00 | Passed |
| 07-1122 | Law & Legal - Other | 8-27-2007 | 0.80 | 0.00 | Passed |
| 07-0262 | Barricaded Suspect | 8-24-2007 | 0.50 | 0.00 | Passed |
| 07-0112 | Control Holds & Handcuffing | 8-21-2007 | 0.50 | 0.00 | Passed |
| 07-1026 | Elder Abuse | 8-17-2007 | 0.50 | 0.00 | Passed |
| 07-1021 | Child Abuse Training - Other | 8-14-2007 | 0.50 | 0.00 | Passed |
| 07-0851 | Explosive Device Training | 8-06-2007 | 0.50 | 0.00 | Passed |
| 07-0796 | Missing & Abducted Child Investigations | 8-02-2007 | 0.50 | 0.00 | Passed |
| 07-0658 | Racial Profiling | 7-30-2007 | 0.50 | 0.00 | Passed |
| 07-0657 | Cultural Diversity | 7-27-2007 | 0.50 | 0.00 | Passed |
| 07-0104 | ASP / OC | 7-24-2007 | 0.50 | 0.00 | Passed |
| 07-0114 | Defensive Tactics | 7-21-2007 | 0.50 | 0.00 | Passed |
| 07-1108 | Criminal Laws | 7-17-2007 | 0.50 | 0.00 | Passed |
| 07-1103 | Implied Consent - Officer Testimony | 7-14-2007 | 0.50 | 0.00 | Passed |
| 07-1099 | Restraining Orders | 7-10-2007 | 0.50 | 0.00 | Passed |
| 07-0974 | Hazardous Materials | 7-07-2007 | 0.30 | 0.00 | Passed |
| 07-0176 | Tactical Handgun | 7-06-2007 | 2.00 | 0.00 | Passed |
| 07-0972 | Health / Wellness - Other | 7-03-2007 | 0.30 | 0.00 | Passed |
| 07-0964 | Bloodborne Pathogens | 7-01-2007 | 0.80 | 0.00 | Passed |
| 07-0921 | Pursuit Policy | 6-27-2007 | 1.50 | 0.00 | Passed |
| 07-0895 | Law Enforcement Response to WMD | 6-20-2007 | 0.50 | 0.00 | Passed |
| 07-0907 | Ethics & Sexual Harassment | 6-20-2007 | 1.00 | 0.00 | Passed |
| 07-0884 | Anti-Terrorism Training | 6-16-2007 | 0.50 | 0.00 | Passed |
| 07-0887 | Homeland Security | 6-16-2007 | 0.50 | 0.00 | Passed |

Exhibit A
Page 8

**DPSST Public Safety
Employee Profile**

## McNeely, Raymond L.   (46177)

| Code | Course | Date | Hours | | Status |
|------|--------|------|-------|------|--------|
| 07-0274 | Taser - Other | 3-11-2007 | 6.00 | 0.00 | Passed |
| 07-0594 | Three Flags Safety Belt Training Conference | 1-11-2007 | 8.00 | 0.00 | Passed |
| | | **2007 Pass/Complete:** | **44.00** | | |
| 06-0032 | Intoxilyzer 8000 | 12-06-2006 | 4.00 | 0.00 | Passed |
| 06-0032 | Intoxilyzer 8000 | 12-06-2006 | 4.00 | 0.00 | Passed |
| 06-0083 | Use of Force | 11-29-2006 | 3.00 | 0.00 | Passed |
| 06-0056 | Firearms - Qualifications | 11-29-2006 | 5.00 | 0.00 | Passed |
| 06-0008 | DPSST Basic Police | 10-06-2006 | 400.00 | 0.00 | Passed |
| 06-0016 | Range 3000 | 10-06-2006 | 1.00 | 0.00 | Passed |
| 06-1606 | SFST & DID | 8-30-2006 | 0.00 | 0.00 | Passed |
| 06-0004 | Intoxilyzer 5000 | 8-18-2006 | 0.00 | 0.00 | Passed |
| 06-1989 | Use of Force/Safety/Marksmanship | 5-10-2006 | 4.00 | 0.00 | Passed |
| 06-0350 | Firearms - Handgun | 5-10-2006 | 2.00 | 0.00 | Passed |
| 06-0158 | Radar/Lidar | 3-31-2006 | 16.00 | 0.00 | Passed |
| 06-3009 | Fire Safety | 3-10-2006 | 0.50 | 0.00 | Passed |
| 06-0144 | Medical Marijuana | 2-26-2006 | 1.00 | 0.00 | Passed |
| 06-0778 | Case Officer in Person Crimes | 2-09-2006 | 20.00 | 0.00 | Passed |
| 06-1990 | Taser/Use of Force | 2-04-2006 | 2.00 | 0.00 | Passed |
| 06-0083 | Use of Force | 2-04-2006 | 2.00 | 0.00 | Passed |
| 06-0402 | Taser X26/M26 | 1-28-2006 | 4.00 | 0.00 | Passed |
| 06-0777 | Street Crimes | 1-27-2006 | 24.00 | 0.00 | Passed |
| 06-0018 | Legislative Update | 1-03-2006 | 2.00 | 0.00 | Passed |
| 06-0070 | Expandable Baton | 1-01-2006 | 4.00 | 0.00 | Passed |
| | | **2006 Pass/Complete:** | **498.50** | | |
| 05T001 | Police Field Training Manual | 12-22-2005 | 50.00 | 0.00 | Passed |
| 05-1106 | WMD Awareness | 12-08-2005 | 4.00 | 0.00 | Passed |
| 05-0699 | Firearms Qualifications | 10-18-2005 | 2.00 | 0.00 | Passed |
| 05-1284 | Firearms/Use of Force | 10-12-2005 | 4.00 | 0.00 | Passed |
| | | **2005 Pass/Complete:** | **60.00** | | |
| | | **Total Pass/Complete:** | **1,285.00** | | |

### Education

| Date | Degree | Major | School | Hours | Q/S |
|------|--------|-------|--------|-------|-----|
| 6-10-2010 | No Degree | | Southwestern Oregon Comm Coll | 56.0 | Q |

Exhibit A
Page 9