Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB No. 244161
eandrus@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

Laura E. Coffin, OSB No. 075825
lauracoffin@coffin.law
COFFIN LAW
541 Willamette Street, Ste. 211
Eugene, OR 97401
Telephone: 541-325-8080

Attorneys for Defendant Richard Walter

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Civil No. 6:20-cv-01163-MK<br><br>DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT |

1 - DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT

1     I, Eric S. DeFreest, hereby declare as follows:

2     1.     I am one of the attorneys for defendant Richard Walter in the above-captioned
3  proceeding and I make this declaration of my own personal knowledge and/or based upon my
4  review of the records in this matter. On January 20, 2025, I conferred by telephone with Janis
5  Puracal regarding disputed issues and planned motion for summary judgment, but the disputed
6  issues remain for consideration by the court.

7     2.     Attached hereto as Exhibit 1 are true and accurate copies of excerpts and exhibits
8  taken from the transcript Robert Paul Frasier's deposition taken on August 29, 2023.

9     3.     Attached hereto as Exhibit 2 are true and accurate copies of excerpts taken from
10  the transcript of the trial held in *State of Oregon v. McGuffin*; Coos County, Case No. 10CR0782
11  in July 2011.

12     4.     Attached hereto as Exhibit 3 are true and accurate copies of excerpts and exhibits
13  taken from the transcript of Police Chief Mark Dannels' deposition taken on September 1, 2023.

14     5.     Attached hereto as Exhibit 4 are true and accurate copies of excerpts and exhibits
15  taken from the transcript of Barbara Cohan-Saavedra's deposition taken on February 14, 2024.

16     6.     Attached hereto as Exhibit 5 are true and accurate copies of excerpts taken from
17  the transcript of Adam Bercovici's deposition taken on November 11, 2024.

18     7.     Attached hereto as Exhibit 6 are true and accurate copies of excerpts taken from
19  the transcript of Richard Walter's deposition taken on June 30, 2022.

20     8.     I ask the court to take judicial notice of the scanned file materials in *State of
21  Oregon v. Nicholas James McGuffin;* Coos County Case No. 10CR0782 marked as "converted
22  case docs" on OJIN.

23     9.     Attached hereto as Exhibit 7 are true and accurate copies of excerpts taken from
24  the transcript of S.M.'s deposition taken on July 17, 2023.

25     10.    I ask the court to take judicial notice to the Post Conviction Relief case on OJIN
26  filed as *McGuffin v. Nooth;* Malheur County, Case No. 15CV1030.

2 - DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD
    WALTER'S MOTION FOR SUMMARY JUDGMENT

11. Attached hereto as Exhibit 8 is a true and accurate copy of the Third Amended Petition for Post-Conviction Relief filed in *McGuffin v. Nooth*, Malheur County, Case No. 15CV1030 on May 25, 2018.

12. Attached hereto as Exhibit 9 is a true and accurate copy of an excerpt taken from Petitioner McGuffin's Opposition to State's Motion for Partial Summary Judgment filed in *McGuffin v. Nooth,* Malheur County, Case No. 15CV1030 on March 21, 2019.

13. Attached hereto as Exhibit 10 is a true and accurate copy of the Fourth Amended Petition for Post-Conviction Relief filed in *McGuffin v. Nooth*, Malheur County, Case No. 15CV1030 on March 22, 2019.

14. Attached hereto as Exhibit 11 is a true and accurate copy of excerpts taken from the General Judgment in *McGuffin v. Nooth*, Malheur County, Case No. 15CV1030, signed on November 26, 2019.

15. Attached hereto as Exhibit 12 is a true and accurate copy of excerpts taken from the Fifth Amended Petition for Post-Conviction Relief filed in *McGuffin v. Nooth*, Malheur County, Case No. 15CV1030 on June 21, 2019.

16. Attached hereto as Exhibit 13 is a true and accurate copy of Plaintiffs' Response to Defendant Vidocq Society's First Set of Requests for Admission dated September 30, 2024.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 21st day of January, 2025.

LUVAAS COBB

By: /s/ Eric S. DeFreest
Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
777 High Street Ste. 300
Eugene, OR 97402
Telephone: 541-484-9292
Attorneys for Defendant Richard Walter

3 - DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT