Adam Bercovici
November 11, 2024

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NICHOLAS JAMES MCGUFFIN, as an       )
individual and as guardian ad       )
litem, on behalf of S.M., a         )
minor,                              )   Civil No.
                                    )   6:20-cv-01163-MK
            Plaintiffs,             )
                                    )
        vs.                         )
                                    )
MARK DANNELS, PAT DOWNING, SUSAN    )
HORMANN, MARY KRINGS, KRIS          )
KARCHER, SHELLY MCINNES, RAYMOND    )
MCNEELY, KIP OSWALD, MICHAEL        )
REAVES, JOHN RIDDLE, SEAN           )
SANBORN, ERIC SCHWENNINGER,         )
RICHARD WALTER, CHRIS WEBLEY,       )
ANTHONY WETMORE, KATHY WILCOX,      )
CRAIG ZANNI, DAVID ZAVALA,          )
ESTATE OF DAVE HALL, VIDOCQ         )
SOCIETY, CITY OF COQUILLE, CITY     )
OF COOS BAY, COOS COUNTY, and       )
OREGON STATE POLICE,                )
                                    )
            Defendants.             )
                                    )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

DEPOSITION OF ADAM BERCOVICI
APPEARING REMOTELY FROM
BEND, OREGON

CONDUCTED VIA VIDEOCONFERENCE
November 11, 2024
10:03 A.M. MST

Reported by:
Kristi K. Week, RPR
AZ Certified Court Reporter # 50886
CA Certified Shorthand Reporter # 14522
OR Certified Shorthand Reporter # 21-0024
WA Certified Court Reporter # 21004996

EXHIBIT 5
Page 1 of 4

Adam Bercovici
November 11, 2024

to a lot of different people that have a lot of different experience, right, whether it's FBI, ATF.  We have people in our own behavioral sciences group in Los Angeles that worked this stuff, right, so many times in a complex investigation, if investigators felt that they were, you know, at a dead end or needed some insight, they would seek other people out.  You know, they would -- maybe they would send a witness to a hypnotist.  Maybe they would send -- or even the victim to a hypnotist or maybe they would seek out somebody that was a profiler.  We did seek out profilers.  We had a good relationship with the FBI in Los Angeles and they had profilers.  Sometimes -- as I remember in one case I think they actually flew somebody in, right, from DC, from Quantico.  So yeah, there's -- and I guess in terms of malfeasance there's no -- it's not underhanded.  You're not trying to hide anything.  There's no -- it doesn't -- it doesn't affect the integrity of the investigation.  It's simply a way to get new ideas and to, you know, sometimes you come up against a stone wall so it helps you get over it or break some new ideas; there's nothing wrong with that.

Q. Okay.  So it's your opinion that it would be consistent with established police practices to reach out to find experts to help you in the course of an

EXHIBIT 5
Page 2 of 4

Adam Bercovici
November 11, 2024

investigation, including creating profiles; right?

A. If you needed it.

Q. Sure.

A. If you felt it was necessary.

Q. Would you -- now are you familiar with Richard Walter personally in any way?

A. No.

Q. Are you -- before this case were you familiar with the Vidocq Society in any way?

A. I had heard about them.

Q. Okay.

A. Anecdotally years ago.

Q. What did you hear about them -- sorry.  Go ahead.

A. But nothing definitive; I just heard of them.

Q. Got it.  When you say anecdotally, what do you mean?

A. I just heard they existed, you know.  I think that's it.  That's it.  I mean, I had no experience with them, but you know, I knew that -- I knew that they existed, but we had never used them in my experience in Los Angeles.  I know they were certainly around back then so we had never used them.

Q. Got it.

Would you say that even if it's not generally

EXHIBIT 5
Page 3 of 4

Adam Bercovici
November 11, 2024

C E R T I F I C A T E

I, KRISTI WEEK, RPR NO. 75901, Certified Shorthand Reporter, certify:

The foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was requested;

That the foregoing transcript is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th of November, 2024.

Kristi K. Week, RPR
AZ Certified Court Reporter # 50886
CA Certified Shorthand Reporter # 14522
OR Certified Shorthand Reporter # 21-0024
WA Certified Court Reporter # 21004996

EXHIBIT 5
Page 4 of 4