IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS JAMES MCGUFFIN, as    ) (Lead Case)
an individual and as guardian ) Case No. 6:20-cv-1163-MK
ad litem, on behalf of S.M.,   ) (Trailing Case)
a minor,                       ) Case No. 3:21-cv-1719-MK
                               )
          Plaintiffs,          )
                               )
     v.                        )
                               )
MARK DANNELS, PAT DOWNING,     )
SUSAN HORMANN, MARY KRINGS,    )
KRIS KARCHER, SHELLY MCINNES,  )
RAYMOND MCNEELY, KIP OSWALD,   )
MICHAEL REAVES, JOHN RIDDLE,   )
SEAN SANBORN, ERIC             )
SCHWENNINGER, RICHARD WALTER,  )
CHRIS WEBLEY, ANTHONY WETMORE, )
KATHY WILCOX, CRAIG ZANNI,     )
DAVID ZAVALA, ESTATE OF        )
DAVID E. HALL, VIDOCQ SOCIETY, )
CITY OF COQUILLE, CITY OF      )
COOS BAY, and COOS COUNTY,     )
                               )
          Defendants.          )
_____)

(Continued on next page)

VIDEOTAPED DEPOSITION OF S.M.

Taken on behalf of the Defendants

July 17, 2023

***TAKEN VIA VIDEOCONFERENCE***

--oOo--

Page 1

EXHIBIT 7
Page 1 of 4

deposition on my summer break, but here we are.  So thanks for taking the time.

All right.  So our firm represents Richard Walter in this case, so I just have a few questions.  Do you know who Richard Walter is?

A.    I do not know who he is personally.

Q.    Okay.  Have you ever interacted with him?

A.    No.

Q.    No letters --

A.    No.

Q.    -- emails, texts?

A.    No.

MS. GERSCH:  All right.  Well, then that was easy.  That's all of my questions.

MS. PURACAL:  Anyone else for the defendants?

MS. SAWYER:  I just have a few questions.

/////

EXAMINATION

BY MS. SAWYER:

Q.    Good morning, S.M.  My name is Meredith Sawyer.  I represent Vidocq Society.

Do you have any knowledge or information as to who Vidocq Society is?

A.    No.

Page 65

Q.   Okay.  And do you have any knowledge or     10:36:00
information as to whether Vidocq Society played any role
in the investigation, prosecution or incarceration of
your father, Nick McGuffin?

A.   I know -- I have heard of that, yes.     10:36:18

Q.   What is your understanding of the role they
played?

A.   I'm not too sure of the role that was
played, but I do know that anyone that did have anything
to do with my father being put in jail is pretty --     10:36:32
pretty -- affected me.

Q.   And do you have an understanding of what
role Vidocq Society played with respect to your father
being incarcerated?

A.   No.     10:36:45

MS. SAWYER:  Okay.  Those are all the
questions I have.  Thank you for your time.

MS. PURACAL:  Anyone else for the
defendants?

Okay.  Maureen, I think we are done.     10:36:58

THE VIDEOGRAPHER:  Should I take us off the
record?

MS. PURACAL:  Yes, we can go off the
record.

THE VIDEOGRAPHER:  We are off the record at     10:37:11

Page 66

EXHIBIT 7
Page 3 of 4

C E R T I F I C A T E

I, Maureen Kelly, Oregon CSR No. 00-0364, Washington CSR No. 3401, do hereby certify that prior to the commencement of the examination, S.M. was duly remotely affirmed by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Witness my hand at Portland, Oregon, this 24th day of July, 2023.

*Maureen Kelly*

MAUREEN KELLY - RPR
Certified Shorthand Reporter
Oregon CSR No. 00-0364
Washington CCR No. 3401

Page 68