3/21/2019 5:31 PM
15CV1030



IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MALHEUR

NICHOLAS MCGUFFIN,

        Petitioner,

    v.

MARK NOOTH, Superintendent, SRCI,

        Defendant.

No.: 15CV1030

PETITIONER MCGUFFIN'S OPPOSITION TO STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PETITIONER MCGUFFIN'S OPPOSITION TO STATE'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

Forensic Justice Project
333 S.W. Taylor St., Suite 403
Portland, OR 97204
Tel:  (503) 664-3641

EXHIBIT 9
Page 1 of 4

## I.  RELIEF REQUESTED / INTRODUCTION

Petitioner Nicholas McGuffin requests that the court deny in its entirety the motion for partial summary judgment filed by Defendant Mark Nooth.[1]

The State has moved for summary judgment on some, but not all, of Mr. McGuffin's claims for post-conviction relief.  Of those claims on which the State has moved, Mr. McGuffin has voluntarily dismissed Claim Nos. 8(B)(13), 8(G)(7), 8(H)(1), 8(H)(2), 8(H)(3), 11(B), 11(C)(1), 11(D)(1), 11(D)(2), 11(D)(6), 11(D)(7), 12(A), 12(B)(1), 12(C)(1), 12(C)(3), 12(D), 12(E)(1), 12(E)(2), and 12(F)  from his post-conviction petition, and the only claims at issue on summary judgment are Claim Nos. 8(A)(13), 8(A)(14), 8(B)(14), 8(C)(1), 8(C)(2), 8(C)(11), 8(E)(2), 8(E)(10), 8(H)(5), 8(H)(7), 8(H)(8), 10, 11(A), 11(C)(2), 11(C)(3), 11(D)(3), 11(D)(4), 11(D)(5), 11(E), 12(B)(2), 12(C)(2), 12(E)(3), 12(E)(4), and 13, as alleged in the Third Amended Petition.[2]

In its motion for summary judgment, the State does not challenge the sufficiency of Mr. McGuffin's allegations in his post-conviction proceedings and does not argue that Mr. McGuffin lacks evidence to prove his claims at trial.

Instead, the State argues, first, that Mr. McGuffin did not satisfy the requirement under ORS 138.580 that he attach sufficient evidence in support of his post-conviction petition.  Mr. McGuffin has satisfied the attachment requirement.  In this brief, Mr. McGuffin discusses each of the challenged claims and the evidence offered to support them.

The State argues, second, that Mr. McGuffin failed to state a claim for violations of Due Process, including violations under *Brady v. Maryland*, because he did not allege that he did not have the opportunity to raise the violations before trial or that his trial counsel was ineffective.

---

[1] For sake of clarity, Mr. McGuffin will refer to Defendant Mark Nooth in this post-conviction proceeding as the "State" and will refer to the Coos County District Attorney in the underlying criminal matter as the "Prosecution."

[2] In order to reflect the claims voluntarily dismissed and those still at issue, Mr. McGuffin has filed a Fourth Amended Petition.  The claim numbers referenced in this brief follow the Third Amended Petition for clarity in comparison to the State's motion for partial summary judgment.

Page 1– PETITIONER MCGUFFIN'S OPPOSITION TO STATE'S
    MOTION FOR PARTIAL SUMMARY JUDGMENT

Forensic Justice Project
333 S.W. Taylor St., Suite 403
Portland, OR 97204
Tel:  (503) 664-3641

EXHIBIT 9
Page 2 of 4

## VI.  CONCLUSION

Mr. McGuffin requests that the court deny the motion for partial summary judgment in its entirety.

DATED:  March 21, 2019

Attorneys for Petitioner Nicholas McGuffin

FORENSIC JUSTICE PROJECT

By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jpuracal@forensicjusticeproject.org

OREGON INNOCENCE PROJECT

By  /s/Steven T. Wax
    Steven T. Wax, OSB #850120
    Email:  swax@oregoninnocence.info

O'CONNOR WEBER

By  /s/Ryan T. O'Connor
    Ryan T. O'Connor, OSB #053353
    Email:  ryan@oconnorweber.com

Page 110– PETITIONER MCGUFFIN'S OPPOSITION TO STATE'S
    MOTION FOR PARTIAL SUMMARY JUDGMENT

Forensic Justice Project
333 S.W. Taylor St., Suite 403
Portland, OR 97204
Tel:  (503) 664-3641

EXHIBIT 9
Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2019, I served the foregoing OPPOSITION TO STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT on the following party at the following address:

> Paul E. Reim
> Department of Justice
> Trial Division
> 1162 Court St. NE
> Salem, OR 97301
> Email:  paul.reim@doj.state.or.us

by the court's electronic filing service and by emailing *and* mailing a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

FORENSIC JUSTICE PROJECT


By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jpuracal@forensicjusticeproject.org

Attorneys for Petitioner Nicholas McGuffin

Page 1–    CERTIFICATE OF SERVICE

Forensic Justice Project
333 S.W. Taylor St., Suite 403
Portland, OR 97204
Tel:  (503) 664-3641

EXHIBIT 9
Page 4 of 4