Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA 98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br>PLAINTIFFS' RESPONSE TO DEFENDANT VIDOCQ SOCIETY'S FIRST SET OF REQUESTS FOR ADMISSION |

Page 1– PLAINTIFFS' RESPONSE TO VIDOCQ SOCIETY'S FIRST SET OF REQUESTS
FOR ADMISSION



MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

EXHIBIT 13
Page 1 of 6

VIDOCQ SOCIETY,
                    Cross-Claimant,

            v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY
                    Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an             Civil Case No. 3:21-cv-01719-MK
individual and as guardian *ad litem*, on behalf   (Trailing Case)
of S.M., a minor,
                    Plaintiffs,

            v.

OREGON STATE POLICE,

                    Defendant.

TO:    Defendant Vidocq Society and its counsel of record

## GENERAL RESPONSE

1.    Any statement that responsive information will be provided is not a representation that any such information exists.

2.    No requested information that embodies material that is private, business, confidential, proprietary, trade secret, or otherwise protected from disclosure will be produced without the prior entry of any appropriate protective order against unauthorized use or disclosure of such information.

3.    All objections or other questions are reserved as to the competency, relevance,

Page 2– PLAINTIFFS' RESPONSE TO VIDOCQ SOCIETY'S FIRST SET OF REQUESTS
    FOR ADMISSION

MALONEY | LAUERSDORF | REINER ᴘᴄ
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

EXHIBIT 13
Page 2 of 6

materiality, privileged nature, or admissibility in evidence of any documents or information produced in this or any other action.

4.      The right to object to such other supplemental requests for admission as may be later propounded involving or relating to the same subject matter of these requests is reserved.

5.      This Response to Vidocq's First Set of Requests for Admission is made to the best of Plaintiffs' knowledge, information, and belief. This Response is at all times subject to such additional or different information that discovery or further investigation may disclose and, while based on the present state of recollection, is subject to such further recollection and such additional knowledge and facts as may result from further discovery or investigation. The right is reserved to make use of, or to introduce at any hearing and at trial, documents and information responsive to these requests located, discovered, or obtained subsequent to the date of this Response.

## GENERAL OBJECTIONS

1.      Plaintiffs object to the definitions and instructions set forth in Vidocq's First Set of Requests for Admission to the extent they impose obligations beyond those set forth in the Federal Rules of Civil Procedure, including, but not limited to, any implication that the requests for admission are "continuing" to any extent beyond the scope of FRCP 26.

2.      Plaintiffs object to the definitions in Vidocq's First Set of Requests for Admissions to the extent the definitions are inconsistent with FRCP 26 and 36, and to the extent that the definitions so expand the information requested that the requests are unduly burdensome. *See Diversified Products Corporation v. Sports Center Co.*, 42 F.R.D. 3, 4 (D.C. Md. 1967).

3.      Plaintiffs object to any request for admission to the extent it seeks or requires the production of any documents or information outside of Plaintiffs' possession, custody, or control.

4.      Plaintiffs object to any request for admission to the extent that it seeks documents or information protected by the attorney-client privilege, work product doctrine, or FRCP 26. Any

Page 3– PLAINTIFFS' RESPONSE TO VIDOCQ SOCIETY'S FIRST SET OF REQUESTS
FOR ADMISSION

MALONEY | LAUERSDORF | REINER rc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417 EXHIBIT 13
Page 3 of 6

inadvertent disclosure of such privileged documents or information is not to be deemed a waiver of any privilege with respect to such documents or information.

These General Objections are incorporated into each and every answer, response, and/or objection set forth below.

## RESPONSE

**REQUEST NO. 1:**    Please admit that the Fifth Amended Petition for Post-Conviction Relief, attached hereto as **Exhibit 1**, does not contain any allegations concerning Vidocq Society and/or its members, with respect to the  conviction of Nicholas McGuffin at the trial in the Criminal Case.

**RESPONSE:**  Plaintiffs object to this request on the grounds the phrase "concerning Vidocq Society and/or its members" is vague, ambiguous, and undefined.  Plaintiffs further object to this request to the extent it seeks information that is protected by attorney-client privilege and/or the work product doctrine, and is in violation of the Court's orders in docket nos. 218 and 235. Subject to and without waiving any objection, Plaintiffs deny.

**REQUEST NO. 2:**    Please admit that no member of Vidocq Society testified in the grand jury proceedings concerning the Criminal Case.

**RESPONSE:**  Plaintiffs admit.

**REQUEST NO. 3:**    Please admit that no member of Vidocq Society testified at the trial in the Criminal Case.

**RESPONSE:**  Plaintiffs admit.

**REQUEST NO. 4:**    Please admit that none of the statement analyses prepared by Mark McClish were admitted as exhibits at the trial in the Criminal Case.

**RESPONSE:**  Plaintiffs admit.

Page 4– PLAINTIFFS' RESPONSE TO VIDOCQ SOCIETY'S FIRST SET OF REQUESTS
    FOR ADMISSION

MALONEY | LAUERSDORF | REINER rc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

EXHIBIT 13
Page 4 of 6

**REQUEST NO. 5:**    Please admit that none of the statement analyses prepared by Gerald R. Brown were admitted as exhibits at the trial in the Criminal Case.

**RESPONSE:** Plaintiffs admit.

**REQUEST NO. 6:**    Please admit that none of the statement analyses prepared by Patrick J. Kelly were admitted as exhibits at the trial in the Criminal Case.

**RESPONSE:** Plaintiffs admit.

DATED: September 30, 2024

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By /s/ Janis C. Puracal<br>Janis C. Puracal, OSB #132288<br>E-Mail: jcp@mlrlegalteam.com<br>Andrew C. Lauersdorf, OSB #980739<br>E-Mail: acl@mlrlegalteam.com | By /s/ David B. Owens<br>David B. Owens, WSBA #53856<br>E-Mail: david@loevy.com<br>*Pro hac vice* |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

EXHIBIT 13
Page 5 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, the foregoing PLAINTIFFS' RESPONSE TO DEFENDANT VIDOCQ SOCIETY'S FIRST SET OF REQUESTS FOR ADMISSION was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br>    *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br><br>Laura E. Coffin<br>Coffin Law<br>541 Willamette Street, Ste. 211<br>Eugene, OR 97401<br>lauracoffin@coffin.law<br>    *Attorneys for Defendant Richard*<br>    *Walter* |

☒ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC


By  /s/Janis C. Puracal
     Janis C. Puracal, OSB #132288
     E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

EXHIBIT 13
Page 6 of 6