Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB No. 244161
eandrus@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

Laura E. Coffin, OSB No. 075825
lauracoffin@coffin.law
COFFIN LAW
541 Willamette Street, Ste. 211
Eugene, OR 97401
Telephone: 541-325-8080

FILED 22 JAN '25 14:47 USDC-ORE

**Court Copy**

Attorneys for Defendant Richard Walter

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE.<br><br>Defendants. | Case No.: 6:20-cv-01163-MK (Lead Case)<br><br>**CONVENTIONALLY FILED VIDEOS AS PART OF EXHIBIT 3 TO THE DECLARATION OF ERIC S. DEFREEST** |

**CONVENTIONALLY FILED VIDEOS AS PART OF EXHIBIT 3 TO THE DECLARATION OF ERIC S. DEFREEST - 1**

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>**OREGON STATE POLICE.**<br><br>    Defendant. | Case No.: 3:21-cv-01719-MK (Trailing Case) |
| **VIDOCQ SOCIETY,**<br><br>    Cross-Claim Plaintiff,<br><br>    v.<br><br>**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY,** and **OREGON STATE POLICE,**<br><br>    Cross-Claim Defendants. | |
| **RICHARD WALTER,**<br><br>    Cross-Claim Plaintiff,<br><br>    v.<br><br>**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, VIDOCQ SOCIETY, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY,** and **OREGON STATE POLICE,**<br><br>    Cross-Claim Defendants. | |

**CONVENTIONALLY FILED VIDEOS AS PART OF EXHIBIT 3 TO THE DECLARATION OF ERIC S. DEFREEST - 2**

