# EXHIBIT 2

[FILED CONVENTIONALLY]