RECEIVED

FEB 1 2 2001

Medical Examiner's Division

NAME: Freeman, Leah

A-60-00

DATE OF BIRTH: 10/29/84, last seen alive 06/28/00, between 9:00 and 9:15 p.m.

DATE FOUND: 08/03/00 at 3:30 p.m.

LOCATION OF AUTOPSY: Douglas County Morgue, Roseburg, OR

DATE AND TIME OF AUTOPSY: 08/04/00 at 2:30 p.m.

MEDICAL EXAMINER: James N. Olson, M.D., Deputy State Medical Examiner

AUTOPSY PHYSICIAN: James N. Olson, M.D., Deputy State Medical Examiner

ATTENDING AUTOPSY: From the Coos County District Attorney's office: Deputy District Attorney, Paul Frasier, Deputy District Attorney Amanda Marshall, Deputy District Attorney Beth Irwin, Deputy District Attorney Ladd Wiles. Attending from the FBI office in Salem: Agents Don McMullen and Mike Morrow. Attending from the Coquille Police Department is Officer David Hall. Assisting in the autopsy is Douglas County Chief Deputy Medical Examiner Detective Rick Bennewate.

## MEDICAL LEGAL AUTOPSY

HISTORY: The decedent was a 15-year-old white female who resided in Coquille with her mother. She was last seen alive, walking through the center of the town of Coquille between 9:00 and 9:15 p.m. on 06/28/00. Her mother filed a missing person's report on 06/29/00, at approximately 8:00 a.m. She was found by officers from the Coos Bay Police Department on 08/03/00, at approximately 3:30 p.m. The location was Lee Valley Road in the Coquille area. She was found down a steep embankment approximately 10 - 20 feet from the road. Prior to discovery of the body, both of her Nike tennis shoes were found. One was found within 4 - 5 blocks of the location in Coquille where she was last seen. The second was found on July 5th on Hudson Ridge. A small amount of blood was seen on the sole of the shoe, which was subsequently tested in Portland at the State Police Crime Lab. The blood was compared to cells obtained from her toothbrush and the DNA that was identified was consistent with origin from the decedent. The blood that was seen on the sole of the shoe was described as high to

1

A TRUE COPY
Office of Medical Examiner
by_____
STATE_ME_000018

NAME: Freeman, Leah                                    A-60-00

medium velocity blood spatter. One sock was missing and is yet to be found. When she disappeared she was wearing a white tank top, blue jeans, and Nike tennis shoes. With the exception of the shoes, the same clothing appears to be present on the body of the decedent when found.

When she was last seen, she was walking by herself.

X-RAY EXAMINATION: X-rays of the body were obtained on 08/04/00, under the supervision of Detective Bennewate at Mercy Medical Center in Roseburg. The x-rays are examined and show no obvious skeletal trauma. There are braces on both the upper and lower dentition, consistent with the decedent.

The photograph used on the missing person's flyers that were distributed throughout the Coquille area, is from a picture taken of the decedent on the last day she was seen.

EXTERNAL DESCRIPTION:

The body is submitted in a black plastic body bag with an inner white body bag. There are several strips of red evidence tape across the body bag. Within the bags is a piece of plywood on which the decedent has been placed. The body is that of a badly decomposed Caucasian person appearing to be female. There is residual identifiable Caucasian skin over the right foot. The body is essentially in the position in which it was found. The right arm is twisted or bent in an awkward position at the shoulder. It extends posteriorly with the head resting against the shaft of the humerus it then is sharply bent at the elbow and sharply bent at the wrist joint, the hand coming to rest beneath the right shoulder. The left arm is extended to approximately the mid-abdomen level. The forearm bends at approximately 90 degrees and rests on the volar surface across the upper abdomen and lower chest. The hand is acutely flexed. The decedent has medium length, slightly curly, blonde hair which matches photographs of the decedent. The skin over the face is dried and dark brown to almost black. Both eyes are completely decomposed. The nasal structures are mummified. The lips are badly decomposed. The upper and lower dentition are present in their entirety. Braces are present on both upper and lower dentition. The skin over the right side of the head and back of the head is completely decomposed, exposing the neurocranium. The skin is extensively missing on the upper body. The skin that remains is mummified and has assumed a dark brown to almost black color. The clothing that is present consists of a white tank top, possibly an undershirt, beneath which is a brassiere, the color of which is difficult to determine

2

STATE_ME_000019

NAME: Freeman, Leah                                    A-60-00

due to extensive discoloration from decomposition fluid. Several pupal casings are seen over the body. No current maggot activity is present. The decedent is wearing a pair of light blue denim jeans, which are badly discolored and soaked with decomposition fluid. The right leg is bent at the knee acutely and extends towards the left of the body. It is bent at 90 degrees. The left leg rests, at the knee, over the right foot. The left foot has a white sock on it, which is extensively soaked with decomposition fluid. The left leg extends vertically downward from the body and is resting on the outer surface of the foot. The position of the clothing is such that is appears to be in a relatively normal position. The shirt is pulled up slightly on the abdomen, to possibly the costal margin. The pants are across the hip at about the level of the anterior iliac spinous processes. The brassiere is still in place and in what appears to be a normal position. There is no other underwear. The internal organs appear to be almost completely, if not completely decomposed. At this time no pelvic structures are identifiable. Much of the internal surface of the hip is exposed, the sacrum and both iliac wings can be seen. What appears to be pubic hair remains on the skin that is left just above the sacral area. The body is turned onto the left side. There is extensive decomposition fluid soaking the garments. Residual maggots measuring approximately 1cm in length by 2 - 3 mm in the maximum diameter are seen. The pants can be seen to be Paris Blues Originals. The shirt extends to almost the waist level in the back. Adherent to the back is a clear wrapper, plastic or cellophane, in addition to multiple leaves and dried blades of grass. The body is placed in a supine position; the arms and legs are extended. The measured height is 62 inches. The weight will have to be estimated from the clothing size. There is nothing at this time that suggests that the weight is different from that described on the missing person's report or the photograph of the decedent. The first item of clothing to be removed will be the sock on the left foot. It is a white sock with black parallelogram designs on it. It appears to extend to the level of the ankle. There are several holes in the sock, which may be from postmortem animal depredation. The pants, while darkened with decomposition fluid, do retain a light blue color over the right lower leg and cuff. There is a hole to the right of the seam in the crotch of the pants, which may be from postmortem animal depredation. The frayed fibers extend outwards from the pants. The hole measures 7 cm in length from front to back by up to 3 cm in width. The waist of the pants is buttoned. The fly is fully zipped. The pants are removed. They are size 3. The pockets of the jeans are completely empty. There are no panties found. The tank top is removed. There is a tag in the back which is heavily soaked and discolored with fluid and is difficult to identify any insignia. In the front of the shirt are at least 6 holes, 4 are located above the waist near what would be the mid-abdominal area. They are located 12 cm above the waist and range from 5 - 10 mm in diameter. They have fraying in the fabric on the edges. There is no obvious soot or powder deposition or even blood around them. Two other holes are located in the left upper chest area near the armholes. They are separated by 1 cm and average 2 cm in diameter each. The final item to be removed is a sports bra, which

3

STATE_ME_000020

NAME: Freeman, Leah                                              A-60-00

appears to have been a light color. It is badly discolored and is dark brown and heavily soaked with tissue fluid. The only damage to the sports bra is in the left side, where it would rest beneath the left arm. There are two holes, which communicate. The higher one measures 6 cm front to back, by 2 cm. Separated by approximately 1 cm, is a second hole measuring 3 cm x 2 cm. There is a label which cannot be read. All the remains appear to be present, with the exception of the metacarpal bone on the right side for the thumb, which is missing. The right ear is completely decomposed and is not present. The right side of the skull, the apex of the skull, and the base are completely exposed. The skin over the face is dark brown and mummified. It has a leather-like consistency. The right eye socket is completely devoid of tissue. The left has a small amount of dried, badly decomposed tissue remaining. The left ear is present. There is no evidence of an earring. The skin over the right side of the neck and posterior neck is completely decomposed and has a leather-like consistency. That over the front has dried completely and is light brown to dark brown and leather-like. The hands are examined for items of jewelry, none are seen. The nails of both hands are short. There does not appear to be evidence of damage to the nails of either right or left hands. There is no residual internal genitalia or external genitalia. The pelvis is separated at the sacroiliac joints and at the pubic symphysis, exposing the symphyseal joints, which have a markedly corrugated appearance, consistent with origin from a young individual. The appearance of the pelvis is consistent with origin from a female. Residual Caucasian skin is seen over both feet, predominantly over the dorsal and plantar surfaces as well as over the right lower leg and knee. All of the skin is dried and leather-like. Most of the skin on the body is dark brown and has a leather-like consistency. The scalp and residual skin over the face and neck are now completely removed. Hair samples are taken. There is no obvious traumatic injury, although the degree of decomposition and loss of flesh compromises the examination. The neurocranium is completely exposed. There is no evidence of fractures. No traumatic marks are seen, either blunt, sharp force, or from a gunshot wound. The nasal bones are intact. The bones around both eyes are fully intact. The cheekbones are intact. The maxilla is intact. The bones comprising the base of the neurocranium are intact. The jaw shows no significant injury. The jaw is small and consistent with a female. The bones comprising the neurocranium and face are also consistent with origin from a white female. Fourteen upper and fourteen lower teeth remain and as described earlier, braces are in place. The hyoid bone is recovered in three parts. The body and each cornu of the hyoid bone are unfused. No traumatic changes are identified. The soft tissue structures of the neck, including the cartilaginous larynx and trachea are completely decomposed. The cervical vertebral bodies are loosely articulated and show no obvious deformity or injury. The cervical spinal cord is completely decomposed. The sternum shows no evidence of injury. It is defleshed and examined in its entirety. Both clavicles are intact and without evidence of injury. All ribs are carefully defleshed and examined with no evidence of blunt, sharp force, or ballistic trauma.

4

STATE_ME_000021

NAME: Freeman, Leah

A-60-00

The thoracic and lumbosacral vertebral column is intact. It is curved due to the position the decedent was found in. Both shoulder blades are defleshed and carefully examined with no evidence of blunt force, sharp force, or ballistic injury. The thoracic and abdominal organs are completely decomposed. The residual tissue that remains is unidentifiable. No foreign bodies are identified within the thoracic and abdominal cavities or the pelvic cavity. The skin over the back of the body shows advanced decomposition. Multiple areas of loss of skin are present which are consistent with postmortem insect depredation and maggot activity. The skin over the proximal right thigh is missing. A birthmark, that was described in the missing person's report, on the decedent's right upper thigh cannot be identified. The femur bone is intact. The skin is removed along the leg. The muscle comprising the lower leg, notably the gastrocnemius muscle has a pink to red color and may be usable for toxicologic, as well as DNA studies. A section of the right femur will also be harvested and retained for DNA studies. One hundred and twenty grams of muscle from the right lower leg is obtained along with an approximately 6 inch long section of the midportion of the right femur. The right upper and lower leg, as well as the knee, show no obvious traumatic changes. The right foot is without traumatic changes. The toenails are closely cut and well groomed. The sole of the foot is unremarkable. The left femur is intact. The skin is intact. It is a dark brown in color. The knee shows no obvious trauma, there is no obvious trauma to the left thigh. The skin over the lateral lower leg, from approximately the tibial plateau to the midportion of the leg has been consumed. The foot shows drying and mummification of the skin, as well as considerable slippage over the planter surface. The toenails are closely cut and well groomed. There are no obvious gross traumatic changes. The skin and soft tissue over the right upper arm is almost totally missing, except for some small remnants of tendon. The right humerus is almost exposed in its entirety. The musculature of the forearm is completely decomposed. The skin over the forearm and dorsal hand is dried, leather-like, and has a dark brown color. There are no obvious incised or perforating wounds involving the skin. The skin is completely consumed and missing over the dorsum and radial surface of the hand and thumb exposing most of the metacarpals and the proximal phalanges. No obvious traumatic changes are identified. The skin of the left arm in its entirety is dried and mummified. It is light to dark brown in color. There are no obvious traumatic changes. The joints remain articulated. Examination of the arm and forearm shows no obvious incised or penetrating injuries. The volar surface of the arm is intact and unremarkable. The hand is mummified. The skin over the dorsum of the hand from the wrist to the mid-metacarpals is missing due to post mortem animal and insect depredation. The fingers are intact and identifiable. The skin has either sloughed or is mummified. The nails are well groomed, closely cut, and show no obvious injuries.

5

STATE_ME_000022

NAME: Freeman, Leah                                                    A-60-00

**INTERNAL DESCRIPTION:**

HEAD: The final part of the autopsy will be to open the neurocranium in the usual fashion. The brain is completely decomposed. No foreign bodies are seen. There are no fractures involving the internal surface of the neurocranium, over the vault or base of the brain. The orbital plates are intact and unremarkable. All structures are unremarkable.

The autopsy is concluded.

At 4:15 on the same date Dr. Lee Sharp and Dr. Robert Pratt, his associate, came to the Douglas County Morgue and identified the decedent as Leah Freeman on the basis of dental x-rays provided by her orthodontist and dental record comparison.

**TOXICOLOGY SAMPLES**
1. Skeletal muscle, 120 grams, obtained from the right calf.
2. A six inch segment of femur. (The same samples may be used for alternative purposes by the crime lab as seen fit.)

**TISSUE SAMPLES:** See above.

**CAUSE OF DEATH:** Homicidal violence of undetermined type.

**MANNER OF DEATH:** Homicide.

James N. Olson, M.D., Pathologist

JNO/cs          d: 08/04/00          t: 08/09/00

6

STATE_ME_000023

JAN- 8-01 MON 16:39 KAISER_REGIONAL_LAB                    P.06

M0006768      ME
FREEMAN, LEAH
REQUEST# : 00-1520555
MDE

State of Oregon
TOXICOLOGY SHEET
MEDICAL EXAMINER DIVISION
Department of State Police

                                                12/22/00  TIME:    INIT:

County ____ Coos _____     Toxicology Number— ·· — · ··· ··     · ···—·———

Date of Death ___ Found 8/3/2000 _____     State Medical Invest. No. _____

Pathologist ___ James N. Olson, M.D. _____     Name ___ Freeman, Leah _____

Medical Examiner __ James N. Olson, M.D. ___     Age _____ M F  Occupation ___ Student _____

·HISTORY:

    Subject had been reported missing 6/2000.  She is believed to bbe the victim of homicidal violence.  Her
    body was badly decomposed when found.

Autopsy Findings:

    Body was very badly decomposed.

Agents Suspected:

    Please attempt toxicology on sample(s) submitted.

Tissues Sent:

    Muscle tissue and bone

COPY SENT TO

DA____  ME √

DATE _____

To State Office By _____     Time ____ am / pm  Date _____

Received By _Vicki Lucas_____     Time ____ (am) / pm  Date _12-22-00_

Phoned To _____By _____     Time ____ am / pm  Date _____

ORGAN                                    TESTS

:Signature _____     Date _12/21/00_

STATE_ME_000024

(08/95)

JAN- 8-01 MON 16:40 KAISER_REGIONAL_LAB                                      P.07

Kaiser Permanente                          Name: FREEMAN, LEAH
Kaiser Foundation                          Health Rec # M0006768
Health Plan of Northwest                   DOB: N/A              Sex:   F
10220 S.E. Sunnyside Road                  Location:    ME
Clackamas, Oregon  97015                   Dr. MEDICAL EXAMINER
503-571-6141                               Collected:  12/22/00 08:53

---

## OHSU MEDICAL EXAMINER TOXICOLOGY

### ME Demographic Panel

| | |
|---|---|
| Requesting County | Coos |
| Date of Death | Not available. |
| Age at Time of Death | Not available. |
| Pathologist/M.Examiner | James N Olson |
| Specimens Received | Bone and Muscle Tissue |

### Blood Amphetamines

| | | |
|---|---|---|
| Amphetamine | NEGATIVE | ng/mL |
| Methamphetamine | NEGATIVE | ng/mL |

Muscle tissue.

### Blood Cocaine Panel

| | | |
|---|---|---|
| Cocaine | NEGATIVE | ng/mL |
| Benzoylecgonine | NEGATIVE | ng/mL |
| Ecgonine Methyl Ester | NEGATIVE | ng/mL |
| Cocaethylene | NEGATIVE | ng/mL |

Muscle sample.

### Blood Opiates

| | | |
|---|---|---|
| Free Morphine | NEGATIVE | ng/mL |
| Total Morphine | NEGATIVE | ng/mL |
| Codeine | NEGATIVE | ng/mL |
| 6-Monoacetyl Morphine | NEGATIVE | ng/mL |

Muscle tissue sample.

Blood Organic Base          None detected.
                            Muscle tissue sample.

                                            _(signature)_ 1/8/01

L = Low    H = High    * = Abnormal

---

Report Type:                    Run : 8339    Printed:  01/08/01  15:31
Request Number:   00-1520555-I  Page:  1      Name:   FREEMAN, LEAH

STATE_ME_000025

1/29/04 - ORIG TO TERRIE BOLLINGER/VITAL STATS; CC COOS CO HD: COOS CO DME/KRIS KARCHER

OREGON DEPARTMENT
OF HUMAN RESOURCES
HEALTH DIVISION

**CENTER FOR HEALTH STATISTICS**
P.O. BOX 14050
Portland, Oregon 97293-0050

File # _____

Relo #_____

Z # _____

## AFFIDAVIT TO CORRECT A DEATH CERTIFICATE

| NAME OF DECEASED | Leah Nicole FREEMAN |
|---|---|
| DATE OF DEATH | August 3, 2000 |
| PLACE OF DEATH | Milepost 1.5 Lee Valley Road, Coquille, Coos County, Oregon |

Print/type information clearly.
If correcting name(s) please indicate if first, middle, or last name.

| Item # or Entry To Be Corrected | Original Record Now Shows: | Corrected Item Should Show: |
|---|---|---|
| #36 | Pending Investigation | HOMICIDAL VIOLENCE OF UNDETERMINED TYPE |
| #40<br>#41(a) | Pending Investigation<br>Blank | HOMICIDE<br>JUNE 28, 2000 |
| #41(b)<br>#41(c) | Blank<br>Blank | UNKNOWN<br>NO |
| #41(d)<br>#41(e) | Blank<br>Blank | UNDETERMINED HOW INJURY OCCURRED<br>ROAD EMBANKMENT |
| #41(f) | Blank | MILEPOST 1.5 LEE VALLEY ROAD<br>COQUILLE, OREGON |

If the informant is requesting this change, the informant's signature is required in the presence of a Notary Public.

I, (we) being duly sworn and upon oath do hereby declare that this, affidavit is made in order to provide a true and correct record of the above death. It is a Class C felony for any person to make any false statement or supply false information in an application for an amendment of a death record.

o Informant's Signature: _____ Date Signed: _____
   Address: _____
   Notary Signature: _____ My Commission Expires: _____

o Funeral Directors' Signature: _____ Date Signed: _____
   Address: _____

XX Physicians' Signature: _Karen Gunson MD_____ Date Signed: __1-28-04____

Please provide your telephone number in case we should need to contact you for further information.
(503) 280-6061

There is never a fee for correcting/adding information to the medical portion of the death certificate (i.e. cause of death, accident, information, etc.)

Within one year from the date of death there is no fee for correcting/adding information to the death certificate.

If you have received an incorrect copy of the death certificate (issued within the last 12 months) you may return that certificate for free replacement.

If you need to order a copy of the corrected death certificate you will need to enclose a fee of $15.00 for the first copy; $12.00 for each additional copy requested.

o   If the death occurred more than one year ago, a $40.00 fee must accompany this form. This fee includes a copy of the corrected death certificate.

o   If the death occurred more than one year ago, a $25.00 fee AND the return of the incorrect death certificate (issued within the last 12 months) must accompany this form. This fee includes a copy of the corrected death certificate.

STATE_ME_000045-27 (5/99)