003025   003025   003025

Ex 2
OON481
7/17/00
KW

p. 4

34



003025   003025   003025