

Right shoe – looking from heel towards front – sole only