| | |
|---|---|
| From: | R Mcneely [rmcneely@cityofcoquille.org] |
| Sent: | 2/5/2010 9:48:37 AM |
| To: | Assmus, Brian [Brian.Assmus@state.or.us]; Riddle, John [John.Riddle@state.or.us]; Bowersox, Teresa [Teresa.Bowersox@state.or.us]; Webb, Bob [bwebb@ci.bandon.or.us]; Webley, Chris [cwebley@cityofcoquille.org]; Holderfield, Kim [kholderfield@cityofcoquille.org]; Dannels, Mark [mdannels@cityofcoquille.org]; Smith, Pat [psmith@cityofcoquille.org]; Sanborn, Sean [ssanborn@cityofcoquille.org]; Looney, Dan [dlooney@co.coos.or.us]; Andrews, Kelly [kandrews@co.coos.or.us]; Karcher, Kris [coosme@co.coos.us]; Frasier, Paul [pfrasier@co.coos.us]; McOwen, Lisa [lisa.r.mcowen@doj.state.or.us]; Zanni, Craig [knizzi@mycomspan.com]; Schwenninger, Eric [eschwenninger@police.coosbay.org]; Kirby, Michelle [mkirby@police.coosbay.org]; Rogers, Scott [srogers@police.coosbay.org]; Tabor, Mike [mike.tabor@state.or.us]; Leader, Larry [sueleader@verizon.net]; Cook, Mike [mktcook@webenet.net]; Kinney, Patrick [pkinney314@yahoo.com] |
| Subject: | Updates |

Just some new information to keep everyone in the loop.

Pat Kinney found out that Nick McGuffin is dating a new girl by the name of Kyla Danae Stevens, DOB 2-23-90.

John Riddle found an old document from June 29, 2000 at 0212 am from Bruce McGuffin's gas card being used at the pumps off 42 by 42 S..  Lisa can we add this to the time line please.

We did find some records on the phone booth that was located across from the high school, looking into that.

The briefing from 2-4-10 went over the following stuff for the people that could not make it.

Ricky Crook did do the polygraph, but did not pass, sort of.  Dan Looney can tell you about the sort of.  Denise Freeman told her mom that the two officers who talked to her changed her outlook on police and the case, they were very nice and professional.  Vehicle processing is 2-5-10 at 1000 hours.  Micheal Tulles interview turned out to no notable new leads.  Dan Looney found out some new info. on Zach Elderton, purple Kia owner, that may lead to some good stuff.  Daniel Lapine did do an interview, but must his info. was on Bill Sero, except he did say Brent Bartley was not telling the truth about his time line back on June 28th and 29th, which is the same thing Lapine told detectives back in 2000.

Sean Sanborn will be in charge of any new tips and the current tip sheets.  Chris Webley will be in charge of anything related to the Bill Sero angle.  All other stuff can continue to go to Chief, LT, or I.

Next briefing is February 26th at 0900 hours.

Pat Smith and I will be out of town from Feb. 9th thru the 12th for the major crimes team conference in Eugene.  Sean Sanborn will be out of town from Feb. 6th thru the 12th.  Any info. needs to go to Chief during this time.

THANKS FOR ALL YOUR HARD WORK!!!!!