

(SEE PAGE 13 OF DAVIS'S REPT)

Per Jim Davis, OSP-Klamath Falls

07/28/00 — Nick McGiffin said he talked to Nick Beckman (poss. Backman) who claimed to have seen Leah on the night of her disappearance @ 9:00 pm near the Smoke Shop; then a few minutes later near the Credit Union.

• It does not appear that he was ever interviewed.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020867

Exhibit 13, Page 1 of 1