**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
 Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
 Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
 Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
 David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
 and the Estate of David E. Hall

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

               Plaintiffs,

     v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric Schwenninger,
Richard Walter, Chris Webley, Anthony
Wetmore, Kathy Wilcox, Craig Zanni,
David Zavala, Joel D. Shapiro as Administrator
of the Estate of David E. Hall, Vidocq Society,
City of Coquille, City of Coos Bay, and Coos County,

               Defendants.

Case No. 6:20-cv-01163-MK

**Response to Plaintiffs' First
Set of Requests for Admission
and Interrogatories
to Defendant Raymond McNeely**

Exhibit 14, Page 1 of 34

Nicholas James McGuffin, as an                     Case No. 3:21-cv-01719-MK
Individual and as guardian ad litem,               (Trailing Case)
on behalf of S.M., a minor,

          Plaintiffs,

     v.

Oregon State Police,

          Defendant.


      Defendant Raymond McNeely hereby submits his response to Plaintiffs'
First Set of Requests for Admission and Interrogatories as follows:

## <u>REQUESTS FOR ADMISSION</u>

**<u>REQUEST FOR ADMISSION NO. 1</u>**:  Admit that your handwriting
appears on the document attached as Attachment 1.

      **ANSWER**:  Deny.


      **<u>REQUEST FOR ADMISSION NO. 2</u>**:  Admit that you created the
handwritten notes and colored highlighting on the document attached as
Attachment 2.

      **ANSWER**:  Deny as requested. Admit as to only the handwritten "Sunday
the 16th" appearing at CPD020607; specifically deny as to the remaining markup,
handwriting, and highlighting.


      **<u>REQUEST FOR ADMISSION NO. 3</u>**:  Admit that your handwriting
appears on the document attached as Attachment 3.

      **ANSWER**:  Admit.

      /

      //

**REQUEST FOR ADMISSION NO. 4**:  Admit that your handwriting appears on the document attached as Attachment 4.

    **ANSWER**:  Admit.

**REQUEST FOR ADMISSION NO. 5**:  Admit that your handwriting appears on the document attached as Attachment 5.

    **ANSWER**:  Admit.

## INTERROGATORIES

**INTERROGATORY NO. 1**:  Is it your position that there was probable cause to arrest and charge Nicholas McGuffin with the murder of Leah Freeman? If so, state the factual basis for your position.

    **ANSWER**:  Yes; this position is based upon the fact that a Grand Jury for Coos County returned a true bill on charges involving the death of Leah Freeman, which was the basis of the indictment and arrest of Nicholas McGuffin.

Dated:  August 30, 2024.

                Respectfully submitted,

        By:    /s/ Sarah R. Henderson
                FRANZ & HENDERSON
                **Sarah R. Henderson**
                OSB #153474
                (541) 741-8220
                **Of Attorneys for Defendants Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,**

**David Zavala, and City of Coquille, City of Coos Bay, Coos County, Oregon, and the Estate of David E. Hall**

## VERIFICATION

I declare under penalty of perjury that the foregoing answer is true and correct to the best of my knowledge and belief.

DATED this 30th day of August 2024.

/s/ Raymond McNeely
Raymond McNeely

Page 4 of 4 – Response to Plaintiffs' First Set of Requests for Admission and Interrogatories to Defendant Raymond McNeely

ATTACHMENT 1

Hjördis A. Lindegren    5-19-10  @ library
    7-8-58    541-396-2258    390-6216
    551 W. 4th Pl.    22 yrs.

1300   - Avid survivor fan.

- Watching survivor on TV. - Brosler over w/ dog.
  ~~Night Rudy got voted off. Upset~~ wrong episode
  · Watched till end of show. Brosler got up -
  took dog for walk. Got back.
    - Returned ½ hr. later.
    · Left around 2100 - returned app. 2130.
      - May have left a few minutes before end but after Rudy voted off.

- Recall John commenting about "uncontrollable juveniles"
after coming back. Leah yelling at somebody.
    - Neighbor, Dez, told Hjördis Leah in fight w/ people in back.

* Neighbor
- Dez (Couch) wife Barbara - daughter lives @ house now
    - daughter:
    · Elm/ W.4th pl. facing Elm.    446 N. Elm.
    ~~410-63~~    91063 N. Bark - Crockett

- John stopped / talked w/ Dez for while. Continued walk
& passed people in front of house (Leah/Nick).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD018981

ATTACHMENT 2

# Survivor: Borneo

From Wikipedia, the free encyclopedia
(Redirected from Gretchen Cordy)

***Survivor: Borneo*** is the first season of the United States reality show *Survivor*. It was originally broadcast under the name *Survivor* but its official title has been changed to *Survivor: Borneo* to distinguish it from subsequent installments of the series. Before the change to *Survivor: Borneo*, the season was known universally as *Survivor: Pulau Tiga*, but it was changed again to its present title to avoid confusion with the tenth season, *Survivor: Palau*.[1] The show began filming on March 13, 2000 and ended on April 20, 2000. It aired later that year on CBS. It was set in the South China Sea on the remote Malaysian island of Pulau Tiga in the state of Sabah, about 6 miles (9.7 km) off the north coast of Borneo, Malaysia. The show was released on DVD on May 11, 2004.[1][2]

The sixteen contestants were initially separated into two tribes, named Tagi and Pagong, which represented the names of their beaches.[1] When ten players remained, the contestants merged into one tribe, named Rattana. While Tagi and Pagong's names and makeups were picked by the producers, Rattana was named by contestants Sean Kenniff and Jenna Lewis, because of the large amount of Rattan wood on the island. After 39 days of competition, corporate trainer Richard Hatch was named the Sole Survivor, defeating whitewater rafting guide Kelly Wiglesworth in a 4–3 jury vote. In 2006, it was revealed that Hatch failed to declare his winnings, among other earnings, in his tax return and was sentenced to 51 months imprisonment.[3]

| *Survivor: Borneo* | |
|---|---|
| **Filming location** | Pulau Tiga, Sabah, Borneo, Malaysia |
| **Winner** | Richard Hatch (4–3) |
| **Original run** | May 31, 2000 – August 23, 2000 |
| **Filming dates** | March 13, 2000[1] – April 20, 2000 |
| **No. of episodes** | 13 |
| **No. of days** | 39 |
| **No. of survivors** | 16 |
| **Tribes** | Tagi<br>Pagong<br>Rattana |
| **All-Stars** | Richard Hatch, Rudy Boesch, Susan "Sue" Hawk, Jenna Lewis |
| **Season chronology** | |
| **Next** | Survivor: The Australian Outback |

*(handwritten annotation: 3 Wednesday nights)*

On August 23, 2000, the *Survivor: Borneo* finale received the highest ratings of any *Survivor* episode to date.[4] Richard Hatch, Jenna Lewis, Rudy Boesch, Susan Hawk and Colleen Haskell were invited to participate again in the eighth season of *Survivor*, *Survivor: All-Stars*. Haskell was the only one to turn down the opportunity,[5] while Hatch, Lewis, Boesch and Hawk placed 14th, 3rd, 17th and 13th respectively.

## Contents

- 1 Summary
- 2 Contestants
- 3 The game

 CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- 3.5 Episode 5: Pulling Your Own Weight
- 3.6 Episode 6: Udder Revenge
- 3.7 Episode 7: The Merger
- 3.8 Episode 8: The Name Is Duplicity
- 3.9 Episode 9: Old and New Bonds
- 3.10 Episode 10: Crack In the Alliance
- 3.11 Episode 11: Long Hard Days
- 3.12 Episode 12: Death of an Alliance
- 3.13 Episode 13: Season Finale
- 4 Voting history
- 5 Production
- 6 Reception
- 7 DVD release
- 8 References
- 9 External links

## Summary

The series premiere began with sixteen people split into two boats, divided into two tribes, Pagong and Tagi. During the first night, neither tribe had a completed shelter or a fire. On day two, after losing the combined reward and immunity challenge, Tagi was sent to Tribal Council, where Sonja Christopher was the first contestant voted out of the game. The tribes then continued to build their shelters and search for food. At the Tagi camp, former Navy SEAL, Rudy Boesch and openly homosexual corporate trainer Richard Hatch formed a strong friendship while B.B. Anderson became an annoyance at the Pagong camp. At the second immunity challenge, contestants were forced to eat a typical Malaysian food called Butok, which is the live larva of a beetle. Both tribes were in a tie after every castaway ate the Butok without refusing. In the tiebreaker, Stacey Stillman ate two Butok before Gervase Peterson, winning immunity for Tagi and sending Pagong to Tribal Council. At Tribal Council on day six, B.B. was sent home from the Pagong tribe. Tagi won the next reward challenge on day seven, winning fishing and diving gear. Richard used the tools to catch many fish and feed the Tagi tribe. Pagong caught and ate a rat, after roasting it first. Pagong won the next immunity challenge on day nine and Stacey was the third person voted out. Gretchen became the motherly tribe member of Pagong, and Rudy became the cook at Tagi, cooking the fish that Richard would catch. Tagi would win both the reward challenge on day ten and the immunity challenge on day twelve, sending Pagong to Tribal Council, where Ramona Gray was the next person voted out.

> Their walk through the jungle at night to the Tribal Council will be an hour trek punctuated by stops to wait for six-foot-long snakes to writhe off the trail. Their bodies will be covered with bug bites as they sleep on the sand or in the jungle. They will catch rats to supplement the diet of rice and water provided.
>
> Mark Burnett, *Survivor: The Ultimate Game* — Page 12

At the following reward challenge on day 13, Pagong won fresh fruit and three egg-laying chickens. Pagong also won the immunity challenge on day 15, as Dirk Been was voted off of the Tagi tribe. After winning the reward challenge on day 16, yet losing the immunity challenge on day 18, Joel Klug was voted off of the Pagong tribe. As the merge approached, Sean Kenniff and Jenna Lewis spent time creating guidelines for the new tribe. The merged tribe was named Rattana, and continued to live at the former Tagi beach. After the first individual immunity challenge on day 21, Greg Buis won immunity for Tribal Council. Gretchen Cordy was then voted out, being tagged as the "biggest overall threat." During the following episode on day 22, each castaway except Jenna was shown a one-minute video clip, that either a family member or friend recorded of themselves talking to the contestant.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD020604

Jenna's video was never received, so she was unable to view it. The winner of the reward challenge would get to watch the remainder of their five-minute video. Greg won, and was able to watch the rest of his video. Gervase Peterson won the immunity challenge on day 24, and Greg was voted off. During this episode, Sean developed his "alphabet strategy," where his vote would go in alphabetical order for the duration of his time in the game.

Colleen Haskell would win the next reward challenge on day 25, which was a barbecue dinner for two contestants, and would receive their letters sent by family members or friends at home. Colleen chose Jenna to come to the dinner with her, allowing Jenna to read her letter as well. At the dinner, Colleen and Jenna formed an alliance, and discussed getting Gervase to join them. Gervase agreed, but the three did not have enough votes on their side, as Jenna was the next to be voted off on day 27, with Rudy holding immunity. During the following episode, Gervase was informed that his first son, Gunnar was born. Coincidentally, Gervase won the following reward challenge on day 28, allowing him a phone call home. Richard, however, won immunity on day 30, and Gervase was voted out. Following this, Kelly Wiglesworth decided against working with her alliance of Sue Hawk, Richard, and Rudy anymore. The next reward challenge was won by Sean on day 31, who won a night on a luxury yacht. Little did Sean know until long after getting on the boat that the Captain was his father (Jim Kenniff) who would travel on the yacht with him. Richard joined Sean for breakfast on the yacht the next morning, as Richard was chosen by Sean after the reward challenge. After deciding that if Kelly failed to win immunity, she would be sent home by her former alliance. Kelly won the immunity challenge, and Colleen was voted off on day 33. Kelly continued to win the following reward challenge on day 34. Joined by the show's host, Jeff Probst, Kelly won a night at a bar with a hot meal, a cold beer, and a 5-minute screening of the first episode of *Survivor*. Kelly also won the immunity challenge on day 36, holding off her elimination again, as the tension between herself and Sue grew stronger. Kelly voted with her former alliance to vote Sean out of the game.

As the final three days at the island came, Kelly won immunity again on day 37. The immunity challenge involved the final four contestants being quizzed on how much they knew about their former tribe mates. At Tribal Council, Richard and Sue tied with two votes each. As Kelly and Rudy voted again, Kelly switched her vote to Sue, as Sue was the next voted out. At the final immunity challenge on day 38, Kelly, Richard, and Rudy had to place one hand on the immunity idol held on a pole in the middle of a small well, while the three stood on small stands surrounding the pole. Richard voluntarily stepped out of the challenge on the assumption that the other contestants would "be crazy not to take [him]" to the final Tribal Council. After four hours and eleven minutes, Rudy accidentally removed his hand when changing his position, giving Kelly another victory. Kelly chose Richard to take to the final two, as she voted Rudy off. After Kelly and Richard pleaded their cases with the jury, each jury member cast a vote for one of the final two contestants. The votes were read during the final Tribal Council on day 39, unlike in every season thereafter, when votes were read months later during a live finale. Richard won the first $1 million prize with four votes to Kelly's three.

> The victory was an extraordinary feeling-I think mostly of relief but certainly of exultation as well. Its surrealness was increased by how utterly depleted I felt. I was exhausted, mentally and physically, and starving. I remember walking around the wrap party thinking that it was done. I'd done what I'd come to do and I could relax. I couldn't wait to go to bed. It felt great and I slept like a baby.
>
> Richard Hatch, *Survivor: The Ultimate Game* — Page 227

## Contestants

There were sixteen contestants overall, divided into two tribes, Pagong and Tagi. After six contestants were eliminated, the tribes were combined, or merged, to form one tribe, Rattana. Seven contestants made up the jury, who ultimately decided who would win the game, and the $1 million grand prize.

| Contestant | Original Tribe | Merged Tribe | Finish | Total Votes[A] |
|---|---|---|---|---|
| **Sonja Christopher** <br> 63, Walnut Creek, CA | Tagi | | 1st Voted Out <br> Day 3 | 4 |
| **B.B. Andersen** <br> 64, Mission Hills, KS | Pagong | | 2nd Voted Out <br> Day 6 | 6 |
| **Stacey Stillman** <br> 27, San Francisco, CA | Tagi | | 3rd Voted Out <br> Day 9 | 6 |
| **Ramona Gray** <br> 29, Edison, NJ | Pagong | | 4th Voted Out <br> Day 12 | 6 |
| **Dirk Been** <br> 23, Spring Green, WI | Tagi | | 5th Voted Out <br> Day 15 | 4 |
| **Joel Klug** <br> 27, Sherwood, AR | Pagong | | 6th Voted Out <br> Day 18 | 4 |
| **Gretchen Cordy** <br> 38, Clarksville, TN | Pagong | Rattana | 7th Voted Out <br> Day 21 | 4 |
| **Greg Buis** <br> 24, Ridgewood, NJ | Pagong | | 8th Voted Out <br> 1st Jury Member <br> Day 24 | 6 |
| **Jenna Lewis** <br> 22, Franklin, NH | Pagong | | 9th Voted Out <br> 2nd Jury Member <br> Day 27 | 11 |
| **Gervase Peterson** <br> 30, Willingboro, NJ | Pagong | | 10th Voted Out <br> 3rd Jury Member <br> Day 30 | 6 |
| **Colleen Haskell** <br> 23, Miami Beach, FL | Pagong | | 11th Voted Out <br> 4th Jury Member <br> Day 33 | 7 |
| **Sean Kenniff** <br> 30, Carle Place, NY | Tagi | | 12th Voted Out <br> 5th Jury Member <br> Day 36 | 9 |
| **Susan "Sue" Hawk** <br> 38, Palmyra, WI | Tagi | | 13th Voted Out <br> 6th Jury Member <br> Day 37 | 5 |
| **Rudy Boesch** <br> 72, Virginia Beach, VA | Tagi | | 14th Voted Out <br> 7th Jury Member <br> Day 38 | 8 |
| **Kelly Wiglesworth** <br> 22, Las Vegas, NV | Tagi | | Runner-Up | 0 |
| **Richard Hatch** <br> 39, Middletown, RI | Tagi | | Sole Survivor | 6 |

# The game

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020606

http://en.wikipedia.org/wiki/Survivor_Borneo

Survivor: Borneo - Wikipedia, the free encyclopedia                    Page 5 of 16

| Episode title[6] | Air date[6] | Challenges[B] | | Eliminated | Vote | Finish |
|---|---|---|---|---|---|---|
| | | Reward | Immunity | | | |
| "The Marooning" | May 31, 2000 | Pagong[C] | | Sonja | 4–3–1 | 1st Voted Out Day 3 |
| "The Generation Gap" | June 7, 2000 | Pagong [D] | Tagi | B.B. | 6–2 | 2nd Voted Out Day 6 |
| "Quest for Food" | June 14, 2000 | Tagi | Pagong | Stacey | 5–2 | 3rd Voted Out Day 9 |
| "Too Little, Too Late?" | June 21, 2000 | Tagi | Tagi | Ramona | 4–2–1 | 4th Voted Out Day 12 |
| "Pulling Your Own Weight" | June 28, 2000 | Pagong | Pagong | Dirk | 4–1–1 | 5th Voted Out Day 15 |
| "Udder Revenge" | July 5, 2000 | Pagong | Tagi | Joel | 4–2 | 6th Voted Out Day 18 |
| "The Merger" | July 12, 2000 | None[F] | Greg | Gretchen | 4–1–1–1–1–1–1 | 7th Voted Out Day 21 |
| "Thy Name Is Duplicity" | July 19, 2000 | Greg | Gervase | Greg | 6–3 | 8th Voted Out 1st Jury Member Day 24 |
| "Old and New Bonds" | July 26, 2000 | Colleen, [Jenna] | Rudy | Jenna | 4–3–1 | 9th Voted Out 2nd Jury Member Day 27 |
| "Crack In the Alliance" | August 2, 2000 | Gervase | Richard | Gervase | 5–2 | 10th Voted Out 3rd Jury Member Day 30 |
| "Long Hard Days" | August 9, 2000 | Sean, [Richard] | Kelly | Colleen | 4–2 | 11th Voted Out 4th Jury Member Day 33 |
| "Death of an Alliance" | August 16, 2000 | Kelly | Kelly | Sean | 4–1 | 12th Voted Out 5th Jury Member Day 36 |
| "Season Finale" | August 23, 2000 | None | Kelly | Susan[E] | 2–2 | 13th Voted Out 6th Jury Member Day 37 |
| | | | Kelly | Rudy | 1 | 14th Voted Out 7th Jury Member Day 38 |
| | | Jury Vote | | Kelly | 4–3 | Runner-Up |
| | | | | Richard | | Sole Survivor |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020607

Exhibit 14, Page 12 of 34

## Episode 1: The Marooning

- **Reward/Immunity Challenge:** Quest for Fire! The tribes swam to a raft where they had to pass and light their bamboo torch. Once they got to the beach they had to lift up their raft and run to the big statue. On the way, there were torches that needed to be lit. Once all of the torches are lit, teams had to light up a fire bowl. First tribe to light up the bowl wins immunity.
  - **Reward:** Water proof matches.

16 castaways began an adventure of a lifetime. There were already separated into two tribes. Both tribes made it to their beaches: Tagi in 2 hours, Pagong in 3. At the Tagi tribe, Rudy got on everybody nerves by taking command. No one at Tagi knew what to start doing until Richard spoke up. Richard was able to get everybody to get started on their camp. At the Pagong tribe, B.B. took leadership at camp. Colleen and Greg were wondering off alone. Back at Tagi, Sonja cut her leg but Sean was able to fix it up, and Stacey got annoyed with Rudy and wanted to get rid of him. At the immunity challenge, Pagong won after Sonja stumbled in the water. They voted out Sonja for being the weakest link 4–3–1.

## Episode 2: The Generation Gap

- **Immunity Challenge:** Each castaway was given a grub. If they refused to eat, their tribe would automatically lose.

At Pagong, people began to realize how they liked B.B., and everyone began to realize that Colleen and Greg were together. At Tagi, Richard told stories of him being gay. Richard didn't tell Rudy because he thought if he found out that he was gay Rudy wouldn't want to be near him. Greg kept everyone entertained with the All New Newly Stranded Survivor Game. The next day, B.B. got frustrated with his tribe because most of them were lazy and Ramona was sick. At the immunity challenge, each tribe member ate their grub, so Pagong picked Stacey and Tagi picked Gervase to represent the other team in a race to eat 2 grubs. Tagi won thanks to Stacey. Pagong went to their first tribal council where B.B. was voted out 6–2.

## Episode 3: Quest for Food

- **Reward Challenge:** Each tribe swam out to an inner tube attached to a sunken treasure chest. Once all of the tribe members are at their tube, they would dive down and drag their chest to shore.
  - **Reward:** Fishing supplies.
- **Immunity Challenge:** Each tribe built a stretcher, and raced into the woods to rescue one tribe member stuck in a tree. They then had to carry that tribe member back to the beach and to the first aid tent.

At the Tagi tribe, Stacey still wanted to get rid of Rudy and tried to create a girl alliance to do so, but Susan didn't want to be a part of the plan. At Pagong, Greg and Colleen found a big mud pit that the entire tribe was able to enjoy. At the reward challenge, Tagi won. Back at Pagong, everyone ate rats, including a hesitant Gervase and Ramona. At Tagi, Dirk annoyed everyone with his bible reading. Pagong won the immunity challenge. At tribal council, Tagi voted out Stacey 5–2. A surprised Stacey mentioned that people had changed their votes.

## Episode 4: Too Little, Too Late

- **Reward Challenge:** The castaways had to make a distress signal. the goal was to make the best

S.O.S. signal for the plane (with Jeff in it) to see.
  - **Reward:** Hammocks, towels and pillows, plus two additional items (one chosen by each tribe).
- **Immunity Challenge:** It was a five part relay race. The first member swam to a buoy, dove down and retrieved a map in a bottle. The second member ran across a floating bridge with the bottle to a waiting boat, where the second and third members would paddle to shore. The fourth member would break the bottle, check the map, and sprint into the jungle to find a rope ladder and a key. For the final leg, the two remaining tribe members had to locate a buried treasure chest and dig it up. The first tribe to unearth their treasure chest and bring it back to the start line and have the key inside the lock won.

At Pagong, Ramona started to feel better after having been sick and tried to put her work ethic to place, but Jenna said it might be too late for her. At Tagi, Sean and Dirk were busy fishing, but had no luck; Sean also tried to build a bowling alley. Kelly, Richard, Rudy and Susan created an alliance. At the immunity challenge, Gervase had problems on the sprint into the jungle and Pagong lost. They voted out Ramona 4–2–1.

## Episode 5: Pulling Your Own Weight

- **Reward Challenge:** Tribes would select three tribe members to shoot for the tribe in three rounds. The first one was a blow gun, the second round was a sling shot, and the third round was a spear toss.
  - **Reward:** Fruit and chickens.
- **Immunity Challenge:** One person from each tribe rowed their boat around the buoys, picking up their tribe members waiting in the water. The first tribe to get all members back to shore won.

At Tagi, Dirk and Sean were still trying to fish (with no success) instead of helping around camp. Susan told them that it was a waste of time if they weren't catching anything. At Pagong, everyone felt vulnerable because their tribe was getting smaller. At the reward challenge, Joel helped Pagong win reward with his spear throwing after the first two rounds were tied. At Tagi, Dirk and Sean began to help around the camp but that didn't change their tribe members' minds. At Pagong they decided to let their chickens lay eggs. At the immunity challenge, Gervase help Pagong to victory and Kelly, the white water rafting guide, was upset that "she got beat by a guy who couldn't even swim". At Tagi's tribal council, Dirk was voted out 4–1–1.

## Episode 6: Udder Revenge

- **Reward Challenge:** One at a time, each tribe member raced to a barrack. There were three different items in there (a can opener, a knife, and an Army helmet). The first tribe to get all of their items (with no duplicates) back to the start won reward.
  - **Reward:** Canned foods and a chocolate bar.
- **Immunity Challenge:** Both tribes raced through an Army obstacle course. The first two tribe members raced through the first part and met up with two more members, then they had to go through a puzzle and race to the finish line.

Each tribes were wondering what the merge was going to be like. At Tagi they were afraid that they might get outnumbered after the merge. At Pagong, Joel felt confident because they had the numbers. Colleen thought Joel was an idiot because they weren't merging yet and still had a chance of going in even. Gervase offended the girls by telling them that they were dumber than a cow. At Tagi, Richard

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

began walking around camp naked. At the reward challenge, Richard brought back a duplicate knife instead of a can opener and Pagong won by default. At Pagong, Gervase tried to create an alliance with Joel to get rid of the girls, and Joel started to get a little bossy, which annoyed the girls. Tagi won the immunity challenge in a very close race. With help from Greg, the women of Pagong voted out Joel 4–2.

## Episode 7: The Merger

- **Immunity Challenge:** All ten castaways submerged themselves underwater to see how long they could hold their breath. The top three castaways then had another competition of releasing buoys along a ladder submerged underwater. The first castaway to release all of their buoys would win immunity.

The day after Pagong voted Joel out, one person from each tribe went to the opposite tribe's camp and would then convene to decide which camp to live on. Jenna went to Tagi and Sean went to Pagong. After a bit of time at camp, Jenna and Sean met with each other at a neutral site (the sandbar) to decide which camp they wanted to live on and what to name the new merge tribe. They were welcomed by a feast, including lobster and wine, and got to stay the night under a canopy shelter and on beds. The next day, Jenna and Sean decided to live at the Tagi beach and named their merged tribe Rattana. All ten castaways are now together and everyone celebrated, except Rudy, who got annoyed because the population doubled. Greg won immunity after a close battle with Sean. At tribal council, the Pagong 5 (as well as Sean) were completely split and voted individually, while the Tagi 4 of Kelly, Richard, Rudy and Susan stayed together and voted out Gretchen 4–1–1–1–1–1–1.

## Episode 8: The Name Is Duplicity

- **Reward Challenge:** Each tribe member was to shoot at an archery target with a bow and arrow. The closest mark to the bullseye won.
  - **Reward:** A video from home and the chance to send a video home to them.
- **Immunity Challenge:** Each member was connected to a piece of rope and needed to go to the checkpoints in number order (1–6) and collect the color carabiners at each check point and then cross the finish line.

At camp, the remaining members of the former Pagong tribe felt vulnerable because the Tagi tribe voted out their leader Gretchen. Susan thought Jenna was going to be really annoying, but after a while realized she wasn't that annoying. Richard started to worry about who voted for him at tribal council. At the reward challenge, Jeff showed everyone a sneak peek at the award challenge except for Jenna because they never received a video for Jenna. Greg went first and no one hit the mark closer, so he won reward and saw his home video from his sister and sent one back to her. Rudy thought there might be some incest behavior between Greg and his sister. Jenna was frustrated about losing the reward challenge and instead of watching Greg's video, continued to practice with the bow and arrow, continually hitting the target closer than Greg's mark. People began to realize that Richard liked Greg because of the way he was playing the game. Greg realized that Richard was a powerful player in this game. Gervase won immunity. At tribal council, the Tagi 4 and Jenna piggy-backed off Sean's alphabet strategy and voted out Greg 6–3.

## Episode 9: Old and New Bonds

- **Reward Challenge:** A rope course with 16 legs, each leg had a medallion with the castaways number on it. First castaway to receive all of their medallions and get back to the center won reward.

 CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- **Reward:** A barbecue and letters from home.
- **Immunity Challenge:** The castaways started on a square and moved one square at a time. As they moved, they had to flip over the square they were just on. Each castaway would go until they could no longer move. Last person standing wins immunity.

While Richard was catching fish, people began to realize that nobody voted him out because of it. Rudy didn't made the fire hot enough so the fish wasn't done when it got off the fire, and the attempt to recook it simply burnt it. At the reward challenge, Jenna wanted to win because she didn't hear anything from her family at the last challenge. It was a race between Colleen and Kelly, which Colleen narrowly won. When Colleen won, Jeff told her she could pick one other person and she instantly chose Jenna. After the reward challenge, it was Richard 39th birthday and he celebrated in his "birthday suit". Richard spent his entire birthday naked which disturbed some of his tribe mates, especially Colleen and Jenna. Rudy won immunity over Sean. Sean was convinced that his alphabet strategy of voting for people was the fairest way and that there was no alliance because he wasn't asked to be a part of it. He continued to vote that way and even told Jenna beforehand that he was voting for her but that he didn't think it would make a difference. At tribal council he was once again proven wrong, as Richard, Rudy, and Sue again piggy-backed off his vote and Jenna was voted out 4–3–1.

## Episode 10: Crack In the Alliance

- **Reward Challenge:** Each person started at one end of a balance beam. There were three rounds, where the first half to make it to the other end of the balance beam would move on. The first person to get to the end with both feet on the platform without falling off would win.
  - **Reward:** A slice of Pizza and a phone call home.
- **Immunity Challenge:'** Each castaway had a few minutes to grab all of the kindling necessary to build a fire. They then had to take their torch out to the water to floating woks, light their torch, and bring it back to their pile of wood to start their fire. The first person to burn through their rope won.

Some people were happy that Jenna was voted out because she was getting on everyone nerves. Everyone knew that Sean voted for Jenna and that Kelly didn't, so the remainder of the Tagi alliance felt betrayed by Kelly. The alliance thought about replacing Kelly with Sean because he might have been more valuable. Richard's plan was to catch more fish once Colleen and Gervase were gone. At tree mail, the castaways were surprised by cigars and a note saying that Gervase's son Gunner was born yesterday, which they celebrated. Gervase narrowly beat Richard at the reward challenge and had a chance to call his girlfriend and daughter to see how his baby was doing. He shared his slice of pizza with everyone. While he was making his phone call, Rudy questioned Gervase's life choices (having 4 children without being married) and said that having babies out of wedlock would have never happened when he was his age and that the girl would be "taken out of town" and dealt with. At the immunity challenge Richard easily won and at tribal council Gervase was seen as the biggest threat left from Pagong and was voted out 5–2.

## Episode 11: Long Hard Days

- **Reward Challenge:** Each castaway was given a questionnaire about Borneo. The person who answered the most correctly won.
  - **Reward:** The person will go on an overnight trip on a yacht and was given a Visa card.
- **Immunity Challenge:** Each person stood next to each other on a set of 5 planks. One plank would be removed over time until they got down to one plank. Whoever stayed on the longest

would win.

The Tagi alliance began to crumble because Kelly was always talking to the remaining enemy of the alliance, Colleen. Camp life started to take a toll on everyone. Sean won a reward and was surprised to see his dad on the yacht. Sean told Kelly he was going to take her for the feast, but chose Richard instead, which infuriated the women. Sean brought his dad back to camp to meet everyone, who attempted to update them on current events and the stock market (although Sue thought he didn't know anything), and before he left, he gave each person a care package from their loved ones, which rejuvenated their spirits. At the immunity challenge, Rudy fell off first. Rich attempted to annoy people off the planks by singing "99 bottles of beer on the wall"...until he fell off at 64 bottles of beer. On the beach, Rich thought it was funny that Colleen was really trying to win immunity when she had no chance of going home tonight because they were going to blindside Kelly. Sean was third to go, followed almost immediately by Sue. Colleen fell off after 2 hours and 54 minutes, giving immunity to Kelly and foiling the Tagi alliance plans. At tribal council, Sean was grilled for taking Rich on the reward instead of Kelly. Colleen, the last remaining member of Pagong, was voted out 4–2.

## Episode 12: Death of an Alliance

- **Reward Challenge:** Under a time limit of five minutes, tribe members dove into a mud pit and covered their body with as much mud as they can, then raced back and scraped it off into a bucket. They could not carry mud in their arms or in their hands, only their body. The buckets are then weighed, and the heaviest bucket won.
  - **Reward:** A cold beer, then picked up, blindfolded and taken to a mysterious bar to watch the first five minutes of this season.
- **Immunity Challenge:** "Survivor Witch Project": Jeff told the castaways a story about Borneo folklore. Once he was done, the castaways went out to the woods (where the masks with questions on them were scattered) with a video camera to record their answers. The first person to get back to the start with all of the masks and the questions right on tape won immunity.

With only Tagi tribe members left, the two people that felt vulnerable were Kelly and Sean. Kelly mentioned that she didn't trust Rich, while Rich conspired to get Kelly off next. Sean thought he was stuck with the most conniving people ever. Tempers flared at camp as Kelly and Susan had a fight about their alliance since Kelly didn't vote with them again, and Sue said that Kelly made them all look like idiots. Richard attempted to smooth things over, although he said that the fight played to his advantage. Sue got hit by a ray and her hand swelled up. On day 34, all of the castaways talked about how they missed home. Kelly collected 15.9 lbs at the reward challenge, followed by Sean (15.4), Susan (15), Rich (12.4), and Rudy (10). After the reward challenge, Susan and Kelly rekindled their friendship. Kelly went with Jeff to watch the first 5 minutes of episode 1 and talked to Jeff about how the game was going for her. On day 36, Kelly and Susan agreed to keep civil with each other, although Susan told Kelly she didn't want her in the final 3 because she was such a threat. Sean knew he needed to win immunity and attempted to exploit the Kelly-Susan friendship. Kelly won her third challenge in a row. Sean said he was definitely winning this thing even though it would be an uphill battle. Rich tried to decide whether he would be voting for Sean or Rudy, although Rudy was confident that it would be him and Rich in the final 2. While everyone spoke of voting for different people, in the end the original Tagi 4 stuck together and Sean was voted out 4–1.

## Episode 13: Season Finale

- **First Immunity Challenge:** "Fallen Comrades": Jeff asked 10 questions about the jury members. The person who got the most the questions right won immunity.

The remaining 4 reflected on how much their bodies have changed, and how the game was played by them and by others. Kelly said she felt like the odd man out and was stressed because she didn't feel safe. She said that she was now playing for herself. Richard, Rudy, and Sue were planning to vote out Kelly if she didn't win immunity. At the challenge, Kelly and Sue were tied after 10 questions, but Kelly got the tiebreaker question correct, giving Kelly won her fourth challenge and third immunity in a row. Directly after at tribal council, there was a 2–2 tie between Richard and Susan. During the revote in which only Rudy and Kelly voted, Kelly changed her vote and Susan was voted out 2–0.

- **Second Immunity Challenge:** "Hands on the Immunity Idol": Each tribe member held on to the immunity idol while standing on a small log. The person who lasted the longest wins immunity.

At 4:00 am on day 38, the remaining 3 were awoken by Jeff, told to put on something comfortable, and took a long boat ride to their rite of passage and final immunity challenge. For their rite of passage, they covered themselves with mud, walked through palm fronds held by locals, passed the torches of their fallen comrades, then passed through a bamboo curtain and walked barefoot through a fire pit. After two hours of holding on the idol, Jeff tempted the three with oranges. After 2 1/2 hours, Richard gave a speech, said he wouldn't be able to outlast Kelly, and stepped down voluntarily. He said that it was a game of odds and he didn't know what the winner would actually do. After three hours, the two left switched positions while keeping their hand on the idol and were to do so every half hour. While the two were still standing on the pole, Rich addressed the alliance to Jeff and how he wasn't surprised that Kelly changed her vote. After 4 hours, 11 minutes, Rudy took his hand off the idol while switching spots, and Kelly won immunity yet again. Rich and Rudy both said it was in Kelly's best interest to keep themselves. At tribal council Kelly voted out Rudy because she thought she might have a better chance of winning against Richard.

At the final tribal council, Gervase asked if there was one, two or three things they would change about their time on the island, if anything at all (Rich said trusting people so easily; Kelly said making an alliance). Jenna asked who they would put in the final 2 and why (Rich said Rudy and Greg; Kelly said Sonja and Gretchen). Sean had no questions, but congratulated the two and thanked Kelly for being capable and keeping camp afloat, and told Rich that he enjoyed his company although he played the game differently. Colleen asked what three character traits got them where they are and are essential to get future players to the finals (Kelly said faith, strong will, and likability; Rich said self-awareness, observation of relationships, and ethics). Rudy said he had nothing to say to those two, but felt dumb after the mistake he made yesterday. Greg had them choose a number between 1 and 10 (Rich said 7; Kelly 3). Sue gave her famous "rat and snake" speech. In the end, Rudy, Sue, Sean, and Greg voted for Rich and Jenna, Gervase, and Colleen voted for Kelly. With that, Richard Hatch became Survivor's first millionaire by a vote of 4–3.

## Voting history

| | Original Tribes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Episode #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Eliminated: | Sonja 4/8 votes | B.B. 6/8 votes | Stacey 5/7 votes | Ramona 4/7 votes | Dirk 4/6 votes | Joel 4/6 votes | Gretchen 4/10 votes | Greg 6/9 votes | Jenna 4/8 votes |
| **Voter** | Vote | | | | | | | | |
| Richard | Stacey | | Stacey | | Dirk | | Gretchen | Greg | Jenna |

Exhibit 14, Page 18 of 34

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kelly | Rudy | | Rudy | | Dirk | | Gretchen | Greg | Sean |
| Rudy | Sonja | | Stacey | | Dirk | | Gretchen | Greg | Jenna |
| Susan | Sonja | | Stacey | | Dirk | | Gretchen | Greg | Jenna |
| Sean | Sonja | | Stacey | | Rudy | | Colleen | Greg | Jenna |
| Colleen | | B.B. | | Ramona | | Joel | Richard | Jenna | Richard |
| Gervase | | B.B. | | Colleen | | Jenna | Susan | Jenna | Richard |
| Jenna | | B.B. | | Ramona | | Joel | Gervase | Greg | Richard |
| Greg | | Ramona | | Jenna | | Joel | Jenna | Jenna | |
| Gretchen | | B.B. | | Ramona | | Joel | Rudy | | |
| Joel | | B.B. | | Ramona | | Jenna | | | |
| Dirk | Sonja | | Stacey | | Susan | | | | |
| Ramona | | B.B. | | Colleen | | | | | |
| Stacey | Rudy | | Rudy | | | | | | |
| B.B. | | Ramona | | | | | | | |
| Sonja | Rudy | | | | | | | | |

| Jury vote | | |
|---|---|---|
| Finalist: | Kelly 3/7 votes | Richard 4/7 votes |
| **Juror** | **Vote** | |
| Rudy | | Richard |
| Susan | | Richard |
| Sean | | Richard |
| Colleen | Kelly | |
| Gervase | Kelly | |
| Jenna | Kelly | |
| Greg | | Richard |

## Production

In 1998, CBS offered Mark Burnett the chance to present his idea of this reality show to producers. In October 1999, CBS held a casting call for a new reality show concept. The idea was *Survivor,* in which sixteen people would be stuck on an island 20 miles (32 km) away from the mainland of Borneo. Ten main cameras were set on the island that would film the castaways every day. Every three days, a Tribal Council would be held in which

The abandoned institute is on the island of the boomerang's open "V." This is the leeward side of the island. It faces west, and the South China Sea sunsets turn the sand orange-purple each evening at 6:30. One these shores we built a dock for offloading equipment, then living quarters with cold-water showers for sixty-five personnel-the camera crews, the production staff, and the assorted other individuals vital to producing thirteen hours of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD0020614

Exhibit 14, Page 19 of 34

one castaway would be voted off the island. The last castaway to be on the island would win $1 million.

> prime-time television.
>
> Mark Burnett, *Survivor: The Ultimate Game* — Page 11

Over 6,000 people applied for the show; 800 were then interviewed in sixteen cities. 48 people were then chosen, and after background checks and psychological evaluations done by the producers, the final sixteen contestants and two alternates were picked.[1]

As the survivors awaited the game's start, *Survivor* crews prepared the island for reward and immunity challenges, removing any harmful items, checking for any harmful animals in specific locations, and building a Tribal Council set. Camera and other crews were sent to the island three weeks in advance for testing. On the opposite side of the island from the tribes, headquarters were set up for the producers, and crew to live in on the island. This facility had many traditional trailers with running water, televisions, and one phone line. The Tribal Council set was built two hundred yards from the crew's facility. The Tribal Council set was 30 by 30 feet (9.1 by 9.1 m) with no walls and only a platform. In the middle of the set was a fire lava pit providing fire for the torches, which represented the castaways' life in the game.[1][7]

On March 7, 2000, the contestants were flown to Los Angeles, then to the city of Kota Kinabalu in Malaysian Borneo. From there, they were taken by boat to their island. Contestants were not allowed to speak to one another until they got on the boat headed towards their beaches.[1] The two tribes shared the island of Pulau Tiga, which was divided by over 20 miles (32 km) of forest. The castaways were surrounded by wildlife such as pythons, kraits, adders, monkeys, monitor lizards, and white-bellied sea eagles.[1][7] The show was set to air in the summer of 2000.[1][7]

## Reception

*Survivor: Borneo* received mixed reactions in the media. Bill Carter, a writer for *The New York Times* stated that *Survivor* has "clearly begun to emerge as part of the wider culture, with news and discussion about the show widespread on television and radio talk shows and coverage increasing in newspapers."[8] On the *Late Show with David Letterman*, David Letterman began a segment titled, "Top 10 Things That'll Get You Thrown Off the Survivor Island." During the first season, *USA Today* held coverage of the show as if it were a sporting event, listing which participant was voted off. *USA Today* also held a poll to see who viewers would have voted off. With 26 percent, Susan Hawk won the poll, although it had no effect on the game, as Sue made it to 4th place. CBS's *The Early Show* held an interview with each contestant the day after the episode in which they were voted off aired. By the second week, the show had already gained over 18 million viewers, beating out ABC's show *Who Wants to Be a Millionaire?* in ratings.[9] After the season finale, Carter said that *Survivor* "built over a 13-week run to what was expected last night to be the biggest single television audience ever assembled for a summer television series, far eclipsed every expectation the network had when it acquired the rights to the show last year." Leslie Moonves, the president of CBS Television said that "it has beaten our expectations by about double."[8] The finale of *Survivor* was watched by 51.7 million viewers, the second-highest viewership of any American television episode during the first decade of the 21st

> I always believed it was going to generate strong water cooler conversation. Nobody could have predicted the ratings success. But I knew that the premise — a group of people marooned on an island, where they had to survive by working together, and they had to work against each other to win a million-dollar prize-I knew that premise was superior.
>
> Mark Burnett, *The New York Times*[8]

century, exceeded only by the finale of *Friends*.[10] The finale had higher ratings than the World Series, N.B.A. finals, N.C.A.A. men's basketball finals, and Grammy Awards of that year. CBS was able to make the cost of commercial advertisers up to $600,000 during the season finale.[8]

*Survivor: Borneo* was criticized by the People for the Ethical Treatment of Animals (PETA) in response to footage showing the contestants trapping rats on the island, initially for fish bait but later for human consumption.[11]

> I plead to the jury tonight to think a little bit of the island we have been on. This island is full of, pretty much, only two things - snakes and rats. And in the end of Mother Nature, we have Richard The Snake, who knowingly went after prey; and Kelly, who turned into the rat that ran around like rats do on this island, trying to run from the snake. I believe we owe it to the island spirits we have come to know to let it end in the way that Mother Nature intended: For the snake to eat the rat.
>
> Susan Hawk, *Survivor: Borneo*, Episode 13[12]

Susan Hawk's "snakes and rats" speech given during the final Tribal Council has been considered one of the greatest and more memorable speeches in the show's history.[13][14]

## DVD release

The DVD release of season one was released by CBS Home Entertainment in the U.S. on May 11, 2004, after it had completed broadcast on television. As well as every episode from the season, the DVD release features bonus material including commentary, interviews and behind-the-scenes featurettes.[7][15]

| The Complete First Season | | |
|---|---|---|
| | **Set details**[15] | **Special features**[7] |
|  | <ul><li>Audio commentary</li><li>664 minutes</li><li>5-disc set</li><li>1.33:1 aspect ratio</li><li>Languages:<ul><li>English (Dolby Digital 5.1)</li></ul></li></ul> | <ul><li>Documentaries</li><li>Episode Summaries<ul><li>Highlights</li><li>Immunity Challenges</li><li>Reward Challenges</li><li>Voting Results</li></ul></li><li>Survivor Profiles</li><li>Survivor Favorite</li><li>Voting History</li><li>Final Words</li><li>The Island</li></ul> |
| | **Release dates**[2] | |
| | 🇨🇦 Canada / 🇺🇸 United States | |
| | May 11, 2004 / May 11, 2004 | |

## References

Notes

- [A] The **Total Votes** is the number of votes a castaway has received during Tribal Councils where the castaway is eligible to be voted out of the game. It does not include the votes received during the final Tribal Council.
- [B] In the case of multiple tribes or castaways who win reward or immunity, they are listed in order of finish, or alphabetically where it was a team effort; where one castaway won and invited others, the invitees are in brackets.
- [C] The first challenge was a combined reward/immunity challenge. The winning team received immunity and waterproof matches.
- [D] Sometime between day four and six, a reward challenge took place that was not aired. The challenge involved holding weight on poles. Richard held the weight for Tagi, as Joel for Pagong. The reward was a map to a closer water hole.
- [E] The final four vote was tied with Richard and Sue each receiving two votes. In the tie-breaker vote, Rudy continued to vote against Sue while Kelly changed her vote from Richard to Sue.
- [F] There was no reward challenge because of the tribal merge.
- [G] Richard and Susan were not eligible to vote in the second Tribal Council vote.

General

- "Survivor: Borneo contestants (Archived (http://web.archive.org/web/20051224192138/http://www.cbs.com/primetime/survivor/survivors/). CBS.com. http://web.archive.org/web/20051224192138/http://www.cbs.com/primetime/survivor/survivors/. Retrieved 2007-06-21.
- Burnett, Mark; Martin Dugard (2000). *Survivor: The Ultimate Game*. New York, New York: TV Books. pp. 237.

Specific

1. ^ *a b c d e f g h i* Burnett, Mark; Martin Dugard (2000). *Survivor: The Ultimate Game*. New York, New York: TV Books. pp. 237.
2. ^ *a b* "Survivor I — Season 1 (Canadian)" (http://www.tvshowsondvd.com/releases/Survivor-Season-1-Canadian/3527). *TVShowsOnDVD.com*. http://www.tvshowsondvd.com/releases/Survivor-Season-1-Canadian/3527. Retrieved 2008-11-21.
3. ^ "Richard Hatch Sentenced To 51 Months" (http://www.thesmokinggun.com/archive/0516061hatch1.html). The Smoking Gun. 05-16-2006. http://www.thesmokinggun.com/archive/0516061hatch1.html.
4. ^ "Variety: 'Survivor' Finale Racks Up Phenomenal Ratings" (http://groups.google.com/group/alt.tv.survivor/browse_thread/thread/1cc03d896fa831eb/9054cb6ca2952f77?lnk=st&q=%22Survivor+Finale+Racks+Up+Phenomenal+Ratings%22&rnum=1&hl=en#9054cb6ca2952f77). Variety. 2000-08-25. http://groups.google.com/group/alt.tv.survivor/browse_thread/thread/1cc03d896fa831eb/9054cb6ca2952f77?lnk=st&q=%22Survivor+Finale+Racks+Up+Phenomenal+Ratings%22&rnum=1&hl=en#9054cb6ca2952f77.
5. ^ Porter, Rick (2004-01-20). "Burnett Wasted Little Time Finding 'Survivor' Stars" (http://tv.zap2it.com/tveditorial/tve_main/1,1002,271|85851|1|,00.html). Zap2it. http://tv.zap2it.com/tveditorial/tve_main/1,1002,271|85851|1|,00.html. Retrieved 2008-11-11.
6. ^ *a b* ""Survivor" (2000) — Episode list" (http://www.imdb.com/title/tt0239195/episodes#season-1). IMDB. http://www.imdb.com/title/tt0239195/episodes#season-1. Retrieved 2008-11-25.
7. ^ *a b c d e* Mark Burnett and Charlie Parsons-Executive Producer, Jeff Probst-Host. (2004). *Never Before*

*Seen Footage*. [DVD]. Paramount Pictures.

8. ^ *a b c d* Carter, Bill (2000-08-24). "CBS Is Surprise Winner in Ratings Contest" (http://query.nytimes.com/gst/fullpage.html?res=9D00E6DB1431F937A1575BC0A9669C8B63). *The New York Times*. http://query.nytimes.com/gst/fullpage.html?res=9D00E6DB1431F937A1575BC0A9669C8B63. Retrieved 2008-11-22.

9. ^ Carter, Bill (06-08-2000). "'Survivor' Is a Strong Draw, Proving Itself a Hit for CBS" (http://query.nytimes.com/gst/fullpage.html?res=9C05E4DD113FF93AA35755C0A9669C8B63&sec=&spon=&pagewanted=1). *The New York Times*. http://query.nytimes.com/gst/fullpage.html?res=9C05E4DD113FF93AA35755C0A9669C8B63&sec=&spon=&pagewanted=1. Retrieved 2008-11-22.

10. ^ Hibbert, James (2009-12-02). "Top 10 most-watched shows of the decade" (http://www.hollywoodreporter.com/hr/content_display/news/e3i70088a26615e879a5897d303a348a7ec?pn=1). *The Hollywood Reporter*. http://www.hollywoodreporter.com/hr/content_display/news/e3i70088a26615e879a5897d303a348a7ec?pn=1. Retrieved 2009-12-05.

11. ^ "Fury at 'tasteless' TV rat barbecue" (http://news.bbc.co.uk/2/low/americas/796293.stm). BBC. 2000-06-18. http://news.bbc.co.uk/2/low/americas/796293.stm. Retrieved 2008-12-09.

12. ^ "Survivor: Endgame" (http://www.televisionwithoutpity.com/show/survivor/the_final_four.php?page=1). Television Without Pity. 2000-08-23. http://www.televisionwithoutpity.com/show/survivor/the_final_four.php?page=1. Retrieved 2008-12-09.

13. ^ Denhart, Andy (2007-05-14). "Broken promises abound on 'Survivor' finale" (http://www.msnbc.msn.com/id/18648076/). MSNBC. http://www.msnbc.msn.com/id/18648076/. Retrieved 2008-12-09.

14. ^ Probst, Jeff (2008-12-04). "Jeff Probst blogs 'Survivor: Gabon' (episode 12)" (http://popwatch.ew.com/popwatch/2008/12/jeff-probst-blo.html). *Entertainment Weekly*. http://popwatch.ew.com/popwatch/2008/12/jeff-probst-blo.html. Retrieved 2008-12-09.

15. ^ *a b* "Survivor I — Season 1" (http://www.tvshowsondvd.com/releases/Survivor-Season-1/3527). *TVShowsOnDVD.com*. http://www.tvshowsondvd.com/releases/Survivor-Season-1/3527. Retrieved 2008-11-21.

# External links

- Official CBS Survivor Borneo Website (http://www.cbs.com/primetime/survivor/recaps/?season=1)

Retrieved from "http://en.wikipedia.org/wiki/Survivor:_Borneo"
Categories: Islands of Sabah | Survivor seasons

- This page was last modified on 12 May 2010 at 15:52.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

- Privacy policy
- About Wikipedia
- Disclaimers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTACHMENT 3

Ricky Crook
396-1786
cell 294-2983
57357 Gateway RD

37-10

Fuel pump

gas card Mc Guffus
2219 6-30-00   68 gallon?

LT - Dave in Salem
Threat Ass.

Nick Backman

Heidi Crook told him that while
she was clean kroder's house "mom's"
(Heidi found necklace with "Nick's" name
on it. within a year after the
found Hall's body.

( Brett Morrow - Has info wants
to talk to cops.

works at Gordon Danes

Nita Decker - 24 lives in Roseburg
she was BF with Megan Egerter, Body
to Nita sit Nick + Megan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020701

ATTACHMENT 4



### R. PAUL FRASIER
**DISTRICT ATTORNEY**
COOS COUNTY OREGON

**Deputy District Attorneys**
Karen R. McClintock
Richard Tovey
~~Oubonh White~~
Shani Krumholz
~~Robert Manske~~
Ryan Hughes

**Office of the District Attorney**
Coos County Courthouse
250 North Baxter
Coquille, Oregon 97423
(541) 396-3121 ext. 257
FAX (541) 396-2991
TDD 1-800-735-2900

May 12, 2010

*[handwritten notes: Craig Bryant - OSP Policy, 503-731-3020 255, Rebecca Martin - OSP Policy Springfield Office, 541-726-2536 x888]*

### CONFIDENTIAL WORK PRODUCT
### NOT SUBJECT TO DISCOVERY

Leah Freeman Homicide

Things to Do

**To start off with, I really need to have all of the reports from all of the officers that have been working the case since we re-opened it. I cannot even think about presenting the case to the grand jury until I have those reports. As part of getting me the reports, I need to have given to me any and all audio files and photos that have been compiled in the investigation.**

Specifics from my review of the case to date:

 1. We need to have Lisa look at the timeline the McGuffins did as part of their investigation and make us a chart showing how it compares to the information we have.  *Lisa*

2. We need to add Lisa Coleman and Alicia Michaud to the associate chart.   *Lisa*

 3. I would like to have a suspect chart. See attached list. Based on what we did and what the McGuffins think, there are about 20 suspects. It would be nice to have on a chart their names and pictures. We need to show how we eliminate everyone but Nick.   *Lisa*

Coos County is an Affirmative Action/Equal Opportunity Employer and complies with Section 504 of the rehabilitation Act of 1973

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD000019



4. Sherrie Murray: Claims that Stemmerman, Sero, Michaud, Howard and Steinhoff hit Leah with a car and that she lived for two weeks and was hid at Stemmerman's home. She died and the body was dumped where it as located.

We need to:

      A. Interview her and confirm this is the story she is telling;
      B. Determine source of information;
      C. Run down the information and figure it is a true story.

5. Amber Patee: she is apparently telling people that Kristen Steinhoff confessed that Stienhoff killed Leah so she could have Nick. Need to interview her.

6. Sandra Miles: Claims she saw Leah walking in Port Orford on July 3. Need to interview her.

7. ~~Danny Hyatt, per Tom King, told the police in 2000 that Leah buried at Stemmerman place. Need to interview Hyatt.~~

8. Shelly Grant report states that per Cherie Mitchell, Corey Bryant saw Nick hit Leah. Need to interview Corey Bryant on this issue.

9. The tire iron found by Hermann near Hudson Ridge. No forensic evidence on it. However, could we see if it was stock equipment for the McGuffin's cars or the KIA?

10. ~~Dave Hall Report covering his activities on August 14, 2000 mentions photos taken of the person of Nick. Do we have those photos?~~

11. Sara Noah claims that Stemmerman told her that Sero confessed to killing Leah. Need to interview Noah, Stemmerman and Sero on this issue.

12. Noah claims that Rowdy Howard told her that Kip Oswald visited him in jail and played a tape recoding of Sero and Stemmerman. True? False? If true, what is on the tape and where is it?

For 11 and 12, see Hall report with prep date of 08/03/2001.

13. We need to sit down and have a heart to heart with Denise and Melinda Freeman. The McGuffins believe those two will back up Nick. We need to find out what they know. They each apparently did their own investigation.

14. Jason Stockton and Kristen Steinhoff claim Bentley took at least Steinhoff to some location and played a tape with voices of Sero and Stermmerman. Is this true? Where is the tape?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



15. Per McGuffins, Ben Wilsey suicide was actually a murder by Sero/Stemmerman and that this is further evidence they killed Leah. We need to get the information/reports on this case and be able to show that it was in fact a suicide and that the McGuffins are full of crap. *Kris Kevteler*

16. Jennifer Storts interview of January 27, 2010. Where are the audio files? I need a copy. *Show us the specs.*

17. Nick and family seem to believe Zavala's DNA was on Leah's body. We probably better interview Zavala and eliminate him as a possible suspect. They also suspect he was involved with Kristen Steinhoff. We need to put this to rest.

18. McGuffins claim Chief Dannels told them that we have DNA off the body. Did he? If so, why?

19. McGuffin claims a Reuben Downs knows who killed Leah. We need to find and interview him. *Sean + Pat*

20. Quinn Cannon keeps coming up in the reports, but I can find no interview of him. We should locate and interview.

21. Delbert Knight also (according to the McGuffins) has information exonerating Nick. We need to find and interview him. *Sean*

22. Leslie Shorb is mentioned but again not interviewed. We need to find and interview.

23. Art Jones is supposed to have disposed of evidence in the case against Sero/Stemmerman. We need to find and interview.

24. I need a better copy of the letter Leak wrote Cheri Mitchell on 6/28/2000.

25. One of the tips in the case says that the Mitchells (Cheri and Peggy) know more than what they are saying. The tip claims that Leah was a drug dealer and used her walks/jogs with Cherie to pick up the dope. We need tot talk to both and specifically ask about this.

26. Do we have a handwriting exemplar from Nick? If not we should get one.

27. Ryan Coleman writes a letter from Rogue Valley Juvenile Corrections making an inference that he was involved in Leah Freeman's death. We need to interview.

28. In the materials taken from Nick's bedroom is a page with a note from Ashton Veator along with an Ann Landers column about anger management. Who is Ashton Veator? Need to find and interview.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD000021

The following is from the material seized from the McGuffin home this year. These are people that the McGuffins believe will show Nick did not do it. We need to check these people out.

29. Scott Simons is mentioned several times but no information is alleged.

30. The wife of Zachary, son of Lewis Wilson (McGuffin neighbor) claims a friend told her that the friend hit Leah with Mom's van. Need to ID and interview the wife and supposed friend.

31. Joey Russell claims a person he knows saw Leah at Stemmerman's place tied up. Need to interview.

32. Per McGuffins, Cory told them she had a witness that saw Leah crying at Safeway the night she disappeared. We need to find out about this form Cory. *Scott & Eric CBRD*

33. Heather Albers and Peggy Mitchell are quoted as saying that Leah was pregnant. Need to interview both. *Tracy & Briano SA — NO — Recs & Ins*

34. McGuffins are really interested in what Adele Sloan has to say. Need to interview her.

35. Rusty Duestch is another who is supposed to have info on what happened to Leah. Need to find and interview. *Rance*



36. Janet Hickman and Justin Hunter also are supposed to exonerate Nick. Need to find and interview. *cos cook — Portland*

37. Per the McGuffins, the day before the body was found, Kristen Steinhoff was showing Reaves the "party spots" including one near where the body was found. Implication is that Kristen led police to the body. Is it true that Reaves or any other police officer had Kristen show them the party spots at any time prior to the body being found? *Seen*



38. Sean Buchanon, Alex Schredell and Nikki Webber all are supposed to exonerate Nick. Ditto with Magige and Mikayla Knight and Josh McNair. *Tony Stevens GF at time*

39. Georgia Grisham, Cheryl Wallman, her son Josh and Mike Baumer all will exonerate Nick. *Done, Done*

40. McGuffins complain of harassing phone calls which they had traced with Verizon. This was all given to Reaves. Where is it? Who was making the calls? *Seen*

41. In the Leah Freeman blogs, a couple of years ago Cory claimed to have a "new informant" that would blow the lid off this case. She also stated that she *Scott & Eric CBRD*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                CPD000022

was not going to the police and was going to investigate this herself. What is this all about?

42. In the blogs, Cory claims Denise found Leah's necklace the Saturday after Leah disappeared. (Denise apparently told this to the McGuffins also). What is this all about? *Eric to Scott with ~~things~~ ~~cry~~*
*CBPD Done*

43. ~~Should we do mitochondrial DNA?~~ *NO*

44. In Coos Bay Lab report dated 9/29/2000, there are two exhibits mentioned, #25 and #38. These are apparently photos and negatives of pictures taken by the lab. Do we have these photos? The report says they were returned to Coquille PD.   *Lt*
*Req'd*

45. The clothing we seized from Sero in Myrtle Point. We should have it examined for blood evidence.   *Lt*

46. Given advances in behavioral analysis, should we have FBI look again at the handwritten notes of Bartley and McGuffin?   *Lt*

47. In Hall's report of 7/27/2001, he makes mention of notes he received from Denny Freeman. Where are they?   *Lt*

48. Big John puts Nick and Leah together outside of ~~Leah's~~ *Clay's* home on evening she disappeared. True or False?   *Ray & Teresa*
*C Brian*

49. Dan Lee interviewed Steve Lyons who said he saw McGuffin. No date was given. When was it that Lyons saw McGuffin?

50. Lee also interviewed Kristen Steinhoff on tape. Where is the recording? *– Lt*

51. Jim Davis did a recorded interview of Kristen Steinhoff. Where is the recording?   *– Lt*

52. The police supposedly received notes from Daniel Halstead. Where are they? *– Not Coquille*
*Davis OSP*
*K. Falls OSP*

53. Timothy Shannon supposedly took a polygraph test. I have no report. Do we know where it is at? *– Nevada – Lt*

54. In letter of December 24 Leah talks about Nick going to Anger Counseling. *– Lt* Do we know anything about this?

55. Who is the boy named Luke that went out with Leah and who Nick got very upset with? *Chris WRoy*
*> Req'd*

*Dr Russel's Ref*

56. According to McGuffins, Kip Oswald interviewed a jail inmate. The McGuffins *Sweet Home, OR* are not sure who the inmate was (Alex Schredell?) but Sean Buchanon is the source of the information. Oswald supposedly played a tape of Sero/Stemmerman. Hall's report of 8/3/2001 claims Sarah Noah tells same story but the inmate is Rowdy Howard. We need to run this down. If such a tape exists, we need to find it. (As an aside, I wonder if this is being confused with Bentley doing the same to Kristen Steinhoff.)

57. Oordi Lundgin — confirm Oob's story.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                CPD000024

ATTACHMENT 5

1209
1-29-10

briefing

Duck tape 1. Pts from mustang -
evidence - remexamen.

25 - Duck tape
214. plate copies of letters
192- letter, cards,

3. canisters from inside
of mustang.

If canisters exgovernt leave alone
for now if Not have the examined

Micro- trace to chicago. on Duck
tap & canisters,

DNA in fridge -

Leah's shoes - ? - exhibit 162 [England]
4- toothbrush.

Scraps - Rally food where Meg
at.

tooth brush, hair brush,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020646