```
PD0123     SO20011351   HERMANN,DAVID              ,         (C) D.C.S.,Inc.,1991
CALL TAKER           HEADER INFORMATION  DEATH INVESTIGATION                      003247
DISPATCHER               COOS COUNTY SO     REPORT
Between the dates of: 071900  and  071900    Time Between   1453 and   1453
TIME RECV  1453  *  TIME DISP  1453  *  TIME ARIV  1458  *  TIME CLR  1602
  "UAL:  REPORT DATE  071900     REPORT TIME  1453     DAY OF THE WEEK   WED
 _GINAL OFFENSE CODE   5700     ACTUAL OFFENSE CODE/UCR CODE  5700  /  999
********************************************************************
FORCED ENTRY        STRUCTURE OCCUPANCY  0    LOCATION/PREMISE TYPE   20
ATTEMPT CODE   C    AGGRAVATED ASSAULT CIRCUMSTANCE       PRIORITY    3
NUMBER:  OFFENSES  01   VICTIMS  01   OFFENDERS  00   PREMISES ENTERED  00
         VEHICLES  00   DRUG Y/N  N   ALCOHOL Y/N  N   WEAPON TYPE  00
********************************************************************
MP1            LEE VALLEY RD                              MYR  A12  08
HOUSE#    DIR          NAME OF STREET         BLDG#  APT#  CITY ZONE GRID
SUBDIV          RPT#  0803         ESN#  1       $ ARSON DAMAGE $  000000000
********************************************************************
Method of Reporting  R    SHIFT  2   SUPERVISOR  11946    CONFIDENTIAL Y/N  N
 RIMARY OFFICER  22108  IN-HOUSE DISPOSITION  R   CASE NO. MASTER  SO20011351
COMMENTS    KLJ    POSSIBLE DECEASED SUBJECT AT LOC NFI. B/C: AMLING
            SCHROEDER REQ. V/ANGLIN,ROBERT W 032656    DR BRAZIER TO
            SIGN. KARCHER NOTIFIED.
CMD 1 = PERSONS    CMD 2 = RETURN    CMD 3 = PROPERTY    CMD 4 = VEHICLE
CMD 5 = TEXT       CMD 6 = W/P       CMD 7 = PRINT       CMD 8 = M.O.   CMD 9 = MEMO
```