```
 1                IN THE CIRCUIT COURT OF THE STATE OF OREGON
 2                            FOR THE COUNTY OF COOS
 3                            GRAND JURY PROCEEDINGS
 4
 5   Dates and times not provided on recording.
 6
 7              UNIDENTIFIED PROSECUTOR:  Okay.  Go ahead.
 8              MALE SPEAKER:  Would you raise your right hand, please?
 9              Do you solemnly swear that your testimony in the case now pending
10   shall be the truth, the whole truth, and nothing but the truth, so help you God?
11              THE WITNESS:  Yes.
12              MALE SPEAKER:  Thank you.
13                            CHRISTY KRISTOFFERSON (phonetic),
14   A witness called by the state, having been first duly sworn was examined, and
15   testified under oath as follows:
16                              DIRECT EXAMINATION
17   BY UNIDENTIFIED PROSECUTOR:
18       Q      To start off with, could you tell us your name, please?
19       A      Christy Kristofferson (phonetic).
20       Q      Okay.  Christy, this is the grand jury for Coos County and I think
21   you've probably figured out that we're looking into the disappearance of Leah
22   Freeman.  Okay.  And I need to tell you first off, it's kind of obvious, but we are
23   recording the proceedings here today.
24       A      Okay.
25       Q      All right.  First of all, could you tell us how old you are?
```

1     A     I'm 16.

2     Q     Okay. And you go to school?

3     A     Yes.

4     Q     And you go out to Coquille High School?

5     A     Yes.

6     Q     What grade will you be next year?

7     A     A junior.

8     Q     Junior. How long have you lived in Coquille?

9     A     Pretty much my whole life. I've, like, lived in (indiscernible) for a

10 while.

11     Q     All right. As you talk, your voice kind of --

12     A     I'm sorry.

13     Q     -- gets soft and we need to speak up loud for the camera. Okay?

14 (No audible response recorded.)

15     Q     Do you know Nick McGuffin?

16     A     Yes, I do.

17     Q     How well do you know Nick?

18     A     Not very well. I've talked to him (indiscernible).

19     Q     All right. How long have you known him?

20     A     (Indiscernible.)

21     Q     Were you, are you close?

22          Just knew him at school?

23     A     I just knew him in school.

24     Q     Did you have classes together?

25     A     No.

1  Q   No. Just in the hallway passing type of thing?

2  A   Yeah (indiscernible).

3  Q   You need to really speak up.

4  A   Sorry.

5  Q   How about Leah Freeman?

6  A   I didn't really know her. I've talked to her once or twice, but I didn't
7  know her.

8  Q   Okay. Did you know if Nick and Leah were boyfriend and girlfriend?

9  A   Last I knew they were.

10 Q   (Indiscernible.)

11 A   The last I knew they were.

12 Q   They were. Okay. Do you ever see them together?

13 A   Yes.

14 Q   At school?

15 A   Yes.

16 Q   How close were they?

17 A   I saw them together every day (indiscernible) like they were pretty
18 close.

19 Q   Okay. If you saw Leah, would you expect Nick to be there?

20 A   Yes.

21 Q   If you saw Nick, you'd expect to find Leah?

22 A   Yes.

23 Q   Okay. Did you ever see if they had any problems, you know, if they
24 argued or anything like that?

25 A   Yeah, quite often. A couple times I saw them arguing even in the hall.

1  Q   And their arguments, were they -- how bad did they get?
2  A   I didn't really stay around for them.  I saw Leah a couple times
3  (indiscernible).
4  Q   Okay.  Did you ever see one hit the other or anything like that?
5  A   No, I never saw that.
6  Q   Okay.  So as far as you could tell, if they had a dispute it would be
7  verbal?
8  A   Yes.
9  Q   Okay.  I want to direct your attention to the day that Leah
10 disappeared.  That would have been three weeks ago yesterday, okay, June 28th.
11 Do you remember that day?
12 A   Yes, I (indiscernible).
13 Q   Okay.  Did you see Leah that day at all?
14 A   No.
15 Q   Okay.  Did you ever see Nick that day?
16 A   Yes.
17 Q   How many times did you see Nick?
18 A   Once.
19 Q   Okay.  And where did you see Nick?
20 A   (Indiscernible) Park.
21 Q   Okay.  And about what time of the day was it that you saw him?
22 A   11:30 p.m.
23 Q   How do you know it was 11:30?
24 A   Because we asked him what time it was.
25 Q   Oh, you asked Nick?

| | | |
|---|---|---|
| 1 | | (No audible response recorded.) |
| 2 | Q | And he had a watch? |
| 3 | | (No audible response recorded.) |
| 4 | Q | And you say "we." Who was with you there? |
| 5 | A | My friend Jessica Hanover (phonetic). |
| 6 | Q | Okay. It's 11:30 at night and you're at the park. What are you doing at the park? |
| 8 | A | We got (indiscernible) her mom was home and we didn't want to wake her up, so she (indiscernible) and we asked if we could go for a walk. And we walked around (indiscernible) Sanford Heights to the park. |
| 11 | Q | Okay. |
| 12 | A | And we were swinging on the swings in the park. |
| 13 | Q | Energy rush? |
| 14 | A | Yeah. |
| 15 | Q | Okay. And while you're there at the park, you see Nick? |
| 16 | A | Yes. |
| 17 | Q | How -- how'd -- how did you meet up with him? |
| 18 | A | He was looking for Leah and he came to the park and asked us if we'd seen her. |
| 20 | Q | You drive into the park? |
| 21 | | Walk into the park? |
| 22 | A | He walked in. You can't drive in. |
| 23 | Q | Okay. And did you see a car he might have been using? |
| 24 | A | No. I heard some cars (indiscernible). |
| 25 | Q | So you don't know what he was driving? |

1     A     No.

2     Q     Okay.  How long did -- how much contact did you have with Nick in
3 the park?

4     A     We had about a five-minute conversation.

5     Q     All right.

6     A     That was about it (indiscernible).

7     Q     Could you tell us, the best you can recall, what Nick talked about
8 when he came in the park?

9     A     He came in and asked us if we'd seen a girl with short, blonde hair.
10 And I asked him if it was Leah, and he said, "Yeah."

11          And I said, "Well, did you guys get into another argument?"

12          He said, "We got in a minor argument, but she went over to Cherie's
13 and they got in a huge fight and I was supposed to pick her up and she left before I
14 could come over and pick her up."

15          And then I told him that if we saw her we would tell her you were
16 looking for her.

17     Q     Okay.  When you say you're at the park at Sanford Heights, Leah's
18 house is close by there, isn't it?

19     A     As far as I know --

20     Q     Okay.

21     A     -- it is.

22     Q     Did he say what their minor argument had been between her and him?

23     A     No, he didn't.

24     Q     Okay.  But there had been a huge fight at Cherie's place?

25     A     Yes.

1  Q   Do you know who Cherie is?

2  A   Yes.

3  Q   And that's Cherie?

4  A   Mitchell.

5  Q   Okay. Do you recall what Nick might have been wearing that night?

6  A   I think he was wearing khaki-colored jeans.

7  Q   Okay.

8  A   And I think it was a white or grey tee-shirt. That's all I can remember.

9  Q   Okay.

10 A   I'm not for sure if that (indiscernible) that's all I can remember.

11 Q   The best you can recall?

12 A   Yes.

13 Q   All right. Since Leah has disappeared, have you talked with Nick
14 about --

15 A   No.

16 Q   Okay. So you haven't seen him since the night in the park?

17 A   I've seen him, but I haven't talked to him.

18 Q   Okay. In your -- and I know you haven't talked with Nick a lot, but do
19 you know of any place that he likes to go, take his girlfriends or anything like that?

20 A   No. They hung out at Fast Mart --

21 Q   Okay.

22 A   -- I knew that. A lot of people do.

23 Q   Okay. Do you know if there was any place out by Fairview that he
24 liked to go or anything like that?

25 A   No.

1   Q   Okay. Well, I don't think I've got anything more to ask.

2       UNIDENTIFIED PROSECUTOR: Has the grand jury got anything
3   they want to ask?

4   (No audible response recorded.)

5   BY UNIDENTIFIED PROSECUTOR:

6   Q   Okay. Anything else you think we ought to know about?

7   A   No.

8   Q   Okay. And you have no idea what happened to Leah yourself?

9   A   I haven't the slightest clue.

10  Q   Okay. I need to remind you of that subpoena -- when you got the
11  subpoena there was an order attached to it.

12  A   Yeah.

13  Q   And it says you can't talk to anybody about what's happened here
14  today.

15  A   (Indiscernible.)

16  Q   You're not even supposed to tell anybody you were even here. Okay?

17  A   Okay.

18  Q   All right. And you understand what happens to people that do --

19  A   Yeah.

20  Q   -- that do talk? Okay. All right. Anything else?

21  (No audible response recorded.)

22  Q   Okay. I will call it -- you're excused.

23                              * * *

24

25

```
 1  STATE OF OREGON)
                    : ss.
 2  COUNTY OF UNION)

 3
         I, JANET C. PRYCE, a court-approved transcriber for the courts of the State
 4  of Oregon and the United States Federal Courts, do hereby certify:

 5       That I am a certified electronic court transcriber and that my certification
    with the American Association of Electronic Reporters and Transcribers is current
 6  and in good standing.

 7       I am not a relative, employee, attorney or counsel of any of the parties to said
    action, or a relative or employee of any such attorney or counsel.  I am not
 8  financially interested in the said action or the outcome thereof.

 9       Said transcript is a full, true and correct transcription, to the best of my
    ability.
10
         DATED this 13th day of May 2016.
11
                                  /s/ Janet C. Pryce
12                                Janet C. Pryce, CET, ICDT
                                  Certified Electronic Court Transcriber
13                                1417 Progress Loop
                                  La Grande, OR  97850
14                                (541) 805-1130
                                  jpryce@eoni.com
15

16

17

18

19

20

21

22

23

24

25
```

Christy Kristofferson Grand Jury Testimony
Date Unknown
Page 9 of 9