Jul-21-00 12:00P Bassett-Hyland Energy Co. 5412697768          P.01

P.O. BOX 569
COOS BAY, OR 97420
541-267-2107  1-800-452-3206
FAX 541-269-7768

**BASSETT-HYLAND ENERGY COMPANY**

# Fax

To: Coquille P.D.         From: L. Wood
Fax: 396-2113             Pages: 2
Phone:                    Date: 7/21/00
Re:                       CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

ATTN: OFFICER Hall

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD007221

Exhibit 18, Page 1 of 2

```
Jul-21-00 12:01P Bassett-Hyland Energy Co. 5412697768                P.02
                        BASSETT-HYLAND ENERGY COMPANY
                              P.O. BOX 625
                          COOS BAY, OREGON 97420
                       541-267-7107   bhenco@ncn.com

     date: 06/30/00       acct#: 203535           invoice#: 98014

     IS DIESEL SOLD ON THIS INVOICE DOES NOT CONTAIN VISIBLE EVIDENCE OF DYE

  Terms: NET 10TH PROX.

          BRUCE E. MCGUFFIN                    All invoiced prices include
          56246 BAKER ROAD                     all applicable taxes
          COQUILLE, OR  97423
```

| date | time | site | driver | keyboard | mpg | odom | prod | units | price | amount |
|---|---|---|---|---|---|---|---|---|---|---|
| — Vehicle: 0004205-TRUCK | | | | | | | | | | |
| 06/01 | 1445 | COQ | TRUCK | | * | 898 | UNLEA | 12.50 | 1.65400 | 20.6 |
| 06/03 | 1444 | COQ | TRUCK | | 52.0 | 4204 | UNLEA | 5.00 | 1.60400 | 8.0 |
| 06/03 | 1452 | COQ | TRUCK | | -93.0 | 882 | UNLEA | 16.00 | 1.60400 | 25.6 |
| 06/04 | 1443 | COQ | TRUCK | | 04.8 | 450 | UNLEA | 4.22 | 1.60400 | 6.7 |
| 06/08 | 0648 | COQ | TRUCK | | 70.3 | 676 | UNLEA | 13.75 | 1.60400 | 22.0 |
| 06/08 | 1517 | COQ | TRUCK | | 13.9 | 888 | UNLEA | 15.99 | 1.60400 | 25.6 |
| 06/12 | 2130 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/15 | 2316 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/17 | 1215 | COQ | TRUCK | | 10.5 | 666 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/19 | 2252 | COQ | TRUCK | | 13.1 | 888 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/22 | 2241 | COQ | TRUCK | | * | 888 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/23 | 1615 | COQ | TRUCK | | * | 888 | UNLEA | 14.00 | 1.61400 | 22.6 |
| 06/25 | 2033 | COQ | TRUCK | | * | 888 | UNLEA | 5.52 | 1.61400 | 8.9 |
| 06/26 | 2226 | COQ | TRUCK | | * | 888 | UNLEA | 6.00 | 1.63400 | 9.8 |
| 06/27 | 1405 | COQ | TRUCK | | * | 888 | UNLEA | 16.50 | 1.63400 | 26.9 |
| 06/27 | 1858 | COQ | TRUCK | | * | 888 | UNLEA | 7.02 | 1.63400 | 11.4 |
| 06/28 | 1136 | COQ | TRUCK | | * | 888 | UNLEA | 6.00 | 1.65400 | 9.9 |
| 06/28 | 2219 | COQ | TRUCK | | * | 888 | UNLEA | 4.01 | 1.65400 | 6.6 |
| 06/29 | 0212 | COQ | TRUCK | | * | 888 | UNLEA | 5.42 | 1.67400 | 9.0 |
| 06/29 | 0848 | COQ | TRUCK | | * | 888 | UNLEA | 5.00 | 1.67400 | 8.3 |
| 06/29 | 2259 | COQ | TRUCK | | * | 888 | UNLEA | 5.00 | 1.67400 | 8.3 |
| — Vehicle Summary: | | | CPM | .418 | 5.9 | 808.0 | | 222.99 | | 371.4 |

```
                              INVOICE SUMMARY

                TOTAL   AVERAGE             FEDERAL    STATE
   PRODUCT      UNITS   PRICE    SUBTOTAL   ETAX       ETAX              TOTAL

  OREGON
  UNLEADED      229.990  1.1910   273.92    41.33      55.19             371.4

                                                   INVOICE TOTAL        $371.4
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD007222

Exhibit 18, Page 2 of 2