

Subpoena Compliance
500 Clinton Center Drive
Clinton, MS 39056

601-460-8902
800-844-1001
601-460-7625 fax

Date:   August 15, 2000

To:     R. Paul Frasier — Andrew McClary
        Special Prosecutor / Coos Bay, OR    SCINT

Fax:    541-267-5450

From:   Pat Griffith
        Subpoena Administrator

Re:     Grand Jury Subpoena / 888-396-4983

Pages including this page  7

---

In response to the above referenced subpoena, following is subscriber information and phone tolls on all calls made to 888-396-4983 from June 28th, 2000 until August 3, 2000.

The most recent invoice is on pages 3 – 5. Page 6 shows rated calls. These are all calls made since the most recent invoice.

A (888) number is for inbound traffic only, therefore, there can be no calls made out of this number.

If you have any questions, please feel free to call me at 601-460-8902.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                CPD000199

Exhibit 19, Page 1 of 7

```
LCS020.20                    ALTERNATE CHANNELS - X18                 8/15/00
UALPRG2C                                                             13:29:18
                               Customer Master Inquiry

   Customer Number . . . . . 9804957923    BRUCE MCGUFFIN
   Service Address . . . . . . . . . . .   56246 BAKER RD.

                                           COQUILLE                OR   97423

   Telephone . . . . . . . 541 396-4983    Contact:
   Group Number. . . . . . .                PAC IND . N      Mag Grp
   Tax Locations: State: 38 OR  Cnty: 011   City: 0120   Geo Ovr: N  ODS RC: 82
   Location: A06  Cycle: 16  Switch:  20    Product Type . 534  Pymt Type . M
   Entry: 5/07/1997  Contract:              Account Type . . R   Sub Acct .
   Cancel Date . .           Code:          Credit Limit      49   Deposit
   Billing Name  . . . . . . . . . .
   Billing Address . . . . . . . . . .

   Total Balance . . . . .       5.39

F1-Note F2-More F3-Exit F5-Auth F6-Ani F7-Inet F8-Cnf F10-Txn F12-Prev F13-Grp
F14-Unbill F16-Tax F18-Bill Sum F20-Pricing F21-Print F23-Prods F24-More Func
Press HELP for assistance
4-©            1 A Box    159.98.154.20                                   1/1
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        CPD000200

| 08/15/2000 13:52 | 6014607625 | SUBPOENA COMPLIANCE | PAGE 03/07 |

```
                                                    20855 STONE OAK PARKWAY
                                                    SAN ANTONIO TX 76258

BILL DATE              07/18/00                     PREVIOUS BALANCE              $8.22
ACCOUNT NO.            9804957923                   PAYMENTS RECEIVED THANK YOU   8.22CR
GROUP ACCT NO.         N/A                          ADJUSTMENTS                   0.00
INVOICE NO.            9804957923316
REGION/LOC             MAG/A06
9804957923             X18 C16       00000 R        BEGINNING BALANCE             $0.00
                                                    NEW USAGE CHARGES              5.28
J9742300005!                                        RECURRING CHARGES              0.00
BRUCE MCGUFFIN                                      NON-RECURRING CHARGES          0.00
56246 BAKER RD.
COQUILLE OR  97423              MINIMUM USAGE SURCHARGE                           0.00
                                                    FEDERAL EXCISE TAX            0.10
                                                    STATE AND LOCAL TAXES         0.00
                                                    FED, ST & LOCAL SURCHARGES    0.01
                                                    FED UNIVERSAL SERVICE FEE     0.00
                                                    SERVICE CHARGE                0.00

                                                    SUBTOTAL NEW CHARGES         $5.39

                     24 HOUR CUSTOMER SERVICE 1-800-949-1241

                                                    PLEASE PAY THIS AMOUNT       $5.39

                              PIC CHARGE TO BE REMOVED
        For several years, local telephone companies have charged each long
   distance carrier, including MCI WorldCom(SM), a flat fee for every customer
   line presubscribed to the carrier. To recover costs associated with these
   charges, MCI WorldCom implemented a charge known as a Presubscribed
   Interexchange Carrier Charge or PIC Charge. As a result of a new FCC ruling,
   local telephone companies have now been directed to stop charging a flat fee
   for presubscribed lines. MCI WorldCom will no longer charge the PIC Charge to
   our residential customers in monthly billing periods beginning on or after
   July 1, 2000.

          PLEASE RETURN THIS PORTION UPON RECEIPT TO ENSURE PROPER CREDIT

   ACCOUNT           9804957923
   INVOICE NO.       9804957923316       TOTAL            AMOUNT
                                         DUE    $5.39     ENCLOSED

   PLEASE MAIL CORRESPONDENCE TO:
   MCI WORLDCOM
   20855 STONE OAK PARKWAY
   SAN ANTONIO TX 78258

   BRUCE MCGUFFIN                        !28296000301
   56246 BAKER RD.                       MCI WORLDCOM COMMUNICATIONS, INC.
   COQUILLE OR  97423                    PO BOX 96003
                                         CHARLOTTE NC  28296-0003


                         9804579215 20D00715 000000539018000
```

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD000201

```
08/15/2000  13:52    6014607625           SUBPOENA COMPLIANCE              PAGE  04/07
```

07/18/2000
9804957923    BRUCE MCGUFFIN                    CURRENT ACCOUNT ACTIVITY                    PAGE    1
                                                                                            98049579231 6

LONG DISTANCE USAGE CHARGES:
  PRODUCT TYPE: 535 - VALUE CALL 800
    INTRALATA                                                           3.15
    INTERSTATE                                                          0.05
                                                                       -----
  TOTAL LONG DISTANCE USAGE:                                            3.20

  TOTAL PAYPHONE SURCHARGE:                                             2.08
                                                                       -----
TOTAL USAGE CHARGES:                                                               5.28

TAXES, GOVERNMENT FEES AND OTHER CHARGES:
  OREGON PUC FEE AS REQUIRED BY LAW                                     0.01
  FEDERAL EXCISE TAX                                                    0.10
                                                                       -----
TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:                                    0.11
                                                                                   -----
TOTAL CURRENT CHARGES                                                              5.39

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD000202

```
08/15/2000  13:52    6014607625           SUBPOENA COMPLIANCE                    PAGE  05/07
```

```
07/18/2000    BRUCE MCGUFFIN                                                      PAGE    2
9804957923                                                                        9804957923316

                     *** ACCOUNT SUMMARY REPORTING ***
                          LONG DISTANCE CALL DETAIL

   DATE       TIME      RATE    TO                    NUMBER    MINUTES    AMOUNT
                                        From
AUTH CODE: 888-396-4983

P 06/23/00   05:55 PM    B     COOS BAY         OR   541 756-6117    10.6       1.43
P 06/23/00   07:46 PM    B     COOS BAY         OR   541 756-4061     4.7       0.63
P 06/24/00   07:43 PM    N     COQUILLE         OR   541 396-9901     0.3       0.04
P 06/28/00   10:44 PM    E     COQUILLE         OR   541 396-9977     0.9       0.12
P 06/30/00   04:16 PM    D     COQUILLE         OR   541 396-9977     2.5       0.34
P 06/30/00   09:32 PM    E     COQUILLE         OR   541 396-9977     2.6       0.35
P 07/01/00   11:54 PM    N     COQUILLE         OR   541 396-9977     1.8       0.24
P 07/04/00   11:07 PM    N     CRESCENTCY       CA   707 465-9831     0.5       0.05
                                                                   =======    =======
TOTAL FOR 888-396-4983                                CALLS:  8      23.9       3.20

                                                                   =======    =======
TOTAL FOR SERVICE                                     CALLS:  8      23.9       3.20
```

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD000203

```
08/15/2000  13:52   6014607625           SUBPOENA COMPLIANCE                PAGE  06/07
```

*Rated Calls*

```
LCR160.20                    ALTERNATE CHANNELS - X18              8/15/00
UALPRG2C                                                          13:20:40
                         Rated Call Inquiry - Long Distance
Customer: 9804957923                  BRUCE MCGUFFIN
No. of Calls           8 Total Duration        5.40 Total Amount       .71
No. of Sum Calls       0 Sum Duration           .00 Sum Amount         .00
              TERMINATION                  ORIGINATION      Call
S             Auth/Ani       Date    Time  Destination ANI  Duration  Amount
_  00008883964983  7/26/2000 14:32   (541)396-9914    .10      .01
_  00008883964983  7/26/2000 14:33   (541)396-9914    .40      .05
_  00008883964983  8/04/2000 17:42   (541)396-9908    .10      .01
_  00008883964983  8/11/2000 22:15   (541)396-9902    .70      .09
_  00008883964983  8/12/2000 23:41   (541)396-9900   1.80      .24
_  00008883964983  8/13/2000 01:21   (541)396-7394    .60      .08
_  00008883964983  8/14/2000 20:57   (541)396-9901    .30      .04
_  00008883964983  8/14/2000 21:28   (541)396-9905   1.40      .19

                                                              Bottom

   F3-Exit  F10-Top  F11-Bottom  F12-Previous  F17-Subset  F21-Print
Press HELP for assistance
4-©            1 A Box     159.98.154.20                         10/2
```

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD000204

Tolls

STATE OF OREGON      )
                     )
COUNTY OF COOS       )

TO:   ATTN: KENNY
      WORLD COM
      FAX #303-305-1861

GRAND JURY SUBPOENA

AUG 10 2000

IN THE NAME OF THE STATE OF OREGON:

You are commanded to appear and testify before the Grand Jury of the County of Coos, at the Courthouse in Coquille, on 08-10-2000 at 1:30 p.m. and bring with you:

**REQUEST SUBSCRIBER & CREDIT INFORMATION, AND PHONE TOLL INFORMATION FOR ANY AND ALL CALLS INTO AND/OR OUT OF THE FOLLOWING PHONE NUMBER FROM JUNE 28TH, 2000 UNTIL TODAY, AUGUST 3RD, 2000:**

888-396-4983

In lieu of personal appearance, compliance can be made by mailing or delivering the records to:

RECEIVED
AUG 14 2000
MCI Worldcom
Network Security

R. Paul Frasier
SPECIAL PROSECUTOR
S.C.I.N.T.
333 S. 4TH STREET, SUITE B
COOS BAY, OREGON  97420

who is an agent of the Grand Jury in this pending criminal investigation.

THIS IS AN OFFICIAL CRIMINAL INVESTIGATION BEING CONDUCTED BY THE SOUTH COAST INTERAGENCY NARCOTICS TEAM OF A SUSPECTED FELONY KIDNAPPING/HOMICIDE INVESTIGATION. ANY DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.

Dated: 08-03-2000

Signature of District Attorney
or Assistant District Attorney

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD000205

Exhibit 19, Page 7 of 7