<u>01/28/10 Debriefing 1500 hrs</u>

**Pretext Calls:**
Bruce-Scott asks for Nick's number
"why are they bothering you too?"
S-"Yeah"
"They're bothering everybody"
541-252-1034

Nick-Tells Scott
-say whatever you want
-in reference to the trip to Lee Valley "As far as that part, they don't need to know that"
-They're fucking with me pretty hard
-has told attorney
-re-interates don't need to know about that (trip to Lee Valley)
-you don't have to talk to them
-dropped her off at Cherie's for a couple of hours
-she didn't come back
-Cherie giving her a guilt trip (only reason she went over there)
-not getting along with Cherie
-Cherie talking shit about her
**left early because Cherie & her mom got in an argument**
**Cherie & her mom telling Leah not to date Nick
-references that he's aware of several people cops have already talked to
-says he's in the Mustang all night (unsolicited)
-didn't have the T-Bird, grounded from it, Dad had the Jeep
-smoked a bowl w/West right before I got Leah

John working on Ricky Crook polygraph

Chief & Lt looked at car:
Jim Pex willing to go over car again
Pros & cons: Pex doesn't have great relationship with crime lab
        He's a blood splatter expert, but how is he at trace?
        Credibility w/courts???check w/Paul

Umpqua Forensic Evidence-see what this guy can offer (from the Lt)
-need Paul's imput

Lt:phone records
-need a subpoena before they'll even look at the records

??How did Nick contact Dad that night??

Previous subpoena records shows only the 2244hrs call from Fast Mart payphone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002161

John talked to Nylander just before Brent did. Nylander wants to review his files first and get back to us next week
-mom still protective

Sean: Paul Davis thinks Bruce is involved
-"Wouldn't surprise me if he dumped the body"

Need to know how Nick & Bruce communicated that night
-how do we get dad there to accomplish the vehicle switch?

T-Bird:
-why are they disassociating themselves from the T-Bird?
-1 hour period Nick is in the T-Bird

Lt: Aaron West interview, July 7th
-1830-1900hrs driving around with Nick
-then at Johnson Mill Pond
-around 2100 hrs enr to pick up Leah, advises he's running late because she made him late
-supposed to pick her up at 2000 hrs

Steinoff interview, July 10th
-notes
-stopped to talk to Zach
-got some cd's
-Nick at turn out, talking about Leah
-got an air freshener
-Nick says got into fight with Dad that's why he's driving the Mustang instead of the T-Bird-Nick brought this up
-quotes from Nick:"I hope she didn't do anything stupid" "was throwing rocks at Leah's window trying to get her attention" (tells her this before he's doing it on his timeline)
-Nick was weird, not as usual. There have been times when Leah didn't show up & it didn't bother him.

**Need to go through the evidence**

July 15th-Heidi Crook & Heather Reid
-see's Leah 2100 hrs
-See's Nick @ Fast Mart in T-Bird

Briefing 01/29/10 @ 0800 hrs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD002162