003321   003321   Form 469 (Rev. 8/88)

H-42

WHITE — MASTER
YELLOW — WORKSHEET
CARD — FILE

**OREGON STATE POLICE**

PRIORITY: (A)  B  C

## SUBJECT INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | DEPT. | DEPT. # | SID |
|---|---|---|---|---|---|
| LINDEGREN | JOHN | JAMES | | | |

NICKNAME OR ALIAS:

| | | | | SOC. SEC. # | FILE NUMBER |

HOME ADDRESS: 79 W Central #14    CITY: COQ    STATE:    ZIP:    HOME PHONE:    FBI #:

OLD ADDRESS(ES): 985 W 17TH, COQ.

EMPLOYER/ADDRESS:    CITY:    STATE:    WORK PHONE:    OCCUPATION:    GLASSES:    FACIAL HAIR:

| RACE | SEX | D.O.B. 7-08-58 | PLACE OF BIRTH | | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPL |

DR. LIC. #:    STATE:    VEH. YR.:    MAKE:    MODEL:    COLOR(S):    BODY STYLE:

VEH. LIC. #:    STATE:    CONDITION/EQUIP.:    OTHER VEH/PLATE(S):

SOURCE NAME/XREF:

(left margin notes): Knew Leah, went to school w/ her, best friend 6 mos ago

**CONCISE TIP INFORMATION**

Says he saw Leah talking to Nick (in Brown Pickup) — NICK
about 9:15pm — 9:30pm on Elm

## SOURCE INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | A.K.A.s |

| RACE | SEX | D.O.B. | HEIGHT | WEIGHT | HAIR | EYES | OCCUPATION/EMPLOYER |

ADDRESS:    CITY:    STATE:    ZIP:

HOME PHONE:    WORK PHONE:    DEPT.:    DEPT. #:    SID:

**ADDITIONAL INFORMATION**    SUSPECT NAME:

Was at sister's house — 590 W 4th Pl
doing concrete work — left @ 2120 — Saw
FMD speaking to w/m — 6'2" — lean/muscular short
hair — near Brn P/u (crew or extended cab) — w/m
was unfriendly — @ W 4th Place + Elm —

RECEIVED BY:    DATE:    TIME:    COMPUTER CHECK BY:    DATE:    TIME:

ASSIGNED TO: Reeves / Young    DATE: 8/7/00    SUSPENSE DATE:

CCH ____    CRISS ____    NCIC ____    003321

Exhibit 23, Page 1 of 1