#15 13

# SUPPLEMENTAL REPORT

Page 1

**Agency:** Coquille Police Department

**INCIDENT NO.** 00001905

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| Further investigation | THU | 06/29/2000 | 10:25 | Missing Person |

**Primary Charge:**

**UCR/NCIC Code:** /

**Additional Charges:**

**Estimated Total Property Loss:**

**Related Case No.'s**
00001911

**Officer Involved**
Hall, Ulmer, Lee, Zavala

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | McGuffin, Nicholas James | M | White/Caucasian | 04/25/1982 18 |

Confidentiality | Address: 100 Baker RD, Coquille, OR 97423
Home Phone: 396-4983
Alias Names (Monikers): McGuffin, Nick (AKA)

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-29 | Crook, Richard Troy | M | White/Caucasian | 12/30/1982 17 |

Address: 956 N Elliot, Coquille, OR 97423
Home Phone: (541) 396-7146

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-67 | Lovell, Amanda M | F | Unknown | 04/05/1985 15 |

Confidentiality: ✓
Address: 3387 Sherman AVE, North Bend, OR 97459
Home Phone: (547) 756-1705

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-68 | Duval, Lindsey Joanna | F | White | 12/02/1984 15 |

Address: 175 E 6th ST, Coquille, OR 97423
Home Phone: (541) 396-7210

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-69 | Moore, Casandra Raylene | F | White/Caucasian | 03/16/1985 15 |

Address: 837 N Dean ST, Coquille, OR 97423
Home Phone: 396-7127

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 608 Ulmer, Randy J. | 07/16/2000 21:59 | Reaves, Michael W. | 07/17/2000 07:30 | File |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Coquille 001043

14

## SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-70 | Dennis, Michael | | | |

Confidentiality | Address: Street, City, State, ZIP: 550 W 4th PL, Coquille, OR 97423
Home Phone: (541) 396-4894
Place of Employment/School/Address | Occupation | Business Phone

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-71 | Hunter, Justin Steve | M | White | 11/08/1980  19 |

Confidentiality | Address: 3552 SE West View RD #22, Portland, OR 97267
Home Phone: (503) 794-9089

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'08" | 125 | | Bald | Blue | |

Driver's License: 9118509 | State: OR

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-72 | Briggs, Dennis JR | M | White/Caucasian | 01/23/1993  7 |

Confidentiality | Address: 1485 N Ivy ST, Coquille, OR 97423
Home Phone: 396-7197

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-73 | Nick, Morgen NMN | M | White | 01/28/1975  25 |

Confidentiality | Address: 442 N Dogwood ST, Coquille, OR 97423
Home Phone: (541) 267-8597

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-74 | Lindegren, John James | M | White | 07/08/1958  42 |

Confidentiality | Address: 79 W Central BLVD #14, Coquille, OR 97423

Alias Names (Monikers): John, Big (AKA)
Gang Affiliations:

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 6'05" | 280 | Stocky | Gray | Hazel | |

Driver's License: 2205680 | State: OR | Social Security No.: 543805672 | Other I.D.: State ID 06035816, FBI No. 638077X10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        Coquille 001044

15

**SUPPLEMENTAL REPORT CONTINUED**  Page 3

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-30 | McGuffin, Bruce Richard | M | White/Caucasian | 03/31/1957  43 |

Confidentiality | Address: Street, City, State, ZIP: 56246 Baker RD, Coquille, OR 97423
Home Phone: (541) 396-4983

Place of Employment/School/Address:
Occupation:
Business Phone:

### Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | Freeman, Leah | F | White/Caucasian | 10/29/1984  15 |

Confidentiality | Address: 1173 N Knott, Coquille, OR 97423
Home Phone:

Place of Employment/School/Address: Coquille High School / 499 W Central BLVD, Coquille, OR 97423
Business Phone: (541) 396-2163

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

Driver's License: | State: | Social Security No.: | Other I.D.:

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| Short | | | | | Braces |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | Speech | |

Tattoos:
Clothing:

### Vehicles

| Code | Stolen/Stored Evidence | Impound/Abandoned/Seized | Victim/Suspect [X]/Hold | Recovered | License No. | License State | License Year | License Type | VIN/HIN |
|---|---|---|---|---|---|---|---|---|---|
| V-1 | | | | | WXY-300 | OR | 06/2001 | Passenger Car | 1FTZR15V7XPA72533 |

| Year | Make | Model | Body Style | Color | Special Features/Description |
|---|---|---|---|---|---|
| 1999 | Ford | Ranger | 2 Door | Copper Copper | |

Registered Owner Name: Same as Person # O-30
McGuffin, Bruce Richard
Home Phone: (541) 396-4983

Vehicle Disposition: ☐ Left at Scene  ☐ Driven Away  ☐ Towed
Registered Owner's Address: 56246 Baker RD, Coquille, OR 97423
Value $:

| Locked | Keys in Vehicle | Delinquent Payment | Victim Consent | Drivable | Estimated Damage | Damage: ☐ Window ☐ Interior ☐ Top ☐ Underside | Shade in Damaged Area |
|---|---|---|---|---|---|---|---|
| ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☐No | | | |

Tow Company: | Hold Requested By: | Hold For:

Release Info | Date | Time | Release No. | Releasing Authority | Owner Notified | Date | Time | Operator's Name

### Narrative

On Saturday, July 15, 2000, and Sunday, July 16, 2000, while on duty, in uniform, displaying a badge and driving a marked patrol car, I preformed further investigation on the Leah Freeman case.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     Coquille 001045

CONTINUED NEXT PAGE

16

| SUPPLEMENTAL REPORT CONTINUED | | Page 4 |
|---|---|---|
| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

I began my investigaton by following up on a lead which was telephoned into me by Amanda Lovell, who wishes to remain anonymous. Amanda told me she had heard from a friend of hers, Lindsey Duval, someone had told Duval that Nick McGuffin was seen driving a brown in color pickup, the night Freeman disappeared. I received information of where to contact Duval, but was unable to reach her on July 15, 2000.

I then proceeded to do follow up on leads received earlier in this investigation, as directed by Chief Reaves. I first spoke with Dennis Briggs, at his residence. I asked Briggs if he has any information on the disappearance of Freeman. Briggs told me he knows Freeman and her family. Briggs said he was on his way to McKays Market on June 28, 2000, between 2030, and 2045 hours, heading south on West Central Blvd in his car, and saw Freeman at the West Central, Fairview Road junction. Briggs said, he was at the store for 10-15 minutes, and traveled back on West Central Blvd, and did not see Freeman again. Briggs could not provide further information.

I then spoke with Nick Morgen, who we have had a report of being seen talking to Freeman in the McKays parking lot, while in his car, some time just before 1900 hours. I explained to Morgen about the above information and asked if he could provide me with any information as to his whereabouts on the evening of June 28, 2000. Morgen told me he never goes to McKays until after 2000 hours on any given night due to a sale on burritos at that time in the evenings. He told me he does not know Freeman and does not recall talking to anyone at McKays that night. Morgen told me he wished he could help, but has only lived in the area for a few months. Morgen provided no other information.

On Sunday, July 16, 2000, I began following up on the information provided to me by Lovell. I rec. seeing Nick McGuffin driving an orange, brown, Ford Ranger in the past. I had dispatch run an all registered vehicles check, through DMV, on the vehicles, for a match on a late model Ford Ranger pickup. I received information from dispatch of a 1999, Ford Ranger, bearing Oregon registration plates, WXY-300, registered to Bruce McGuffin, Nick's father.

I located Lindsey Duval, and asked if she had any information on the pickup which Nick McGuffin had been seen driving, on June 28, 2000. Duval told me her friend Cassie Moore told Duval and Mike Dennis, Moore's boyfriend, that Nick McGuffin was seen in the area of 444 1/2 North Elm, speaking with Freeman from a brown pickup the night Freeman disappeared. Duval told me she heard it was just a rumor.

I located Moore at her residence, and asked if she was told anything about Nick McGuffin being seen driving a brown pickup on June 28, 2000. Moore told me her boyfriend, Dennis, was told by his grandmother (unidentified) of Freeman being last seen in front of 444 1/2 North Elm speaking to Nick McGuffin outside a brown pickup:

I attempted to locate Dennis with no results.

I also spoke with Ricky Crook during my investigative travels. Crook said he was told by Nick McGuffin that Nick had received information Freeman was seen at a party at Justin Hunter's house in Portland. I located an address and telephone number for Hunter in Milwaukee, Oregon, through dispatch and telephone information guides.

I also spoke with John Lindegren, who told me he was walking his dog on North Elm around 2115 hours on June 28, 2000 and walked past Freeman and Nick McGuffin standing outside in front of 444 North Elm. Lindegren said he saw a dark orange, late model, Ford Ranger parked near

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     Coquille 091046
CONTINUED NEXT PAGE

*17*

| SUPPLEMENTAL REPORT CONTINUED | | Page 5 |
|---|---|---|
| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

McGuffin and Freeman. Lindegren provided no other information.

### OFFICER NOTE:

I did not contact Hunter in Milwaukee, Or, so the lead investigator may make the contact. I was told by Moore that she will have Dennis contact me when I come on shift on July 17, 2000, due to him being out of the area today.

**END OF SUPPLEMENTAL REPORT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 001047