**Paul Frasier**

_2# 23_

---

| | |
|---|---|
| **From:** | Mark Dannels [mdannels@cityofcoquille.org] |
| **Sent:** | Wednesday, May 19, 2010 8:09 AM |
| **To:** | Paul Frasier |
| **Subject:** | RE: Wish List #2 |

Groundhog day again??  LOL

By the way, we spoke to Big John yesterday and he advised and showed us that he went to his sister's residence on Elm, less than a block from Sherri Mitchell's residence and watched Survivor till 9:00 pm on June 28, 2000. He left minutes later and saw Nick McGuffin and Leah together on Elm Street.  (he knows both of them)  In the original report/information, he thought the Mitchell house was Leah's house and after showing us exactly where he was talking about, he was confused between Leah and Mitchell.  It appears he observations were not given much credit due to the mix up?

In brief, that puts Leah and Nick together after 9:00 pm supporting Scott Hamilton too and putting doubt in Nick's story??

Also, most if not all of the names we have spoken to have either said sorry, I can't provide anything to help the case (Nick) or it was a rumor they heard with no merit!!

Thanks,

Mark

---

**From:** Paul Frasier [mailto:pfrasier@co.coos.or.us]
**Sent:** Tuesday, May 18, 2010 8:41 PM
**To:** mdannels@cityofcoquille.org
**Subject:** Wish List #2

The continuing saga.....This is not as bad as the first.

R. Paul Frasier
District Attorney for Coos County Oregon
250 North Baxter
Coquille, Oregon 97423
541-396-3121 x 307

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 003474

Exhibit 25, Page 1 of 1