


Distribution: DA ___ Juv ___ SCF ___ Mental ___ P&P ___ Animal ___ Med Exam ___ other (______)

**Incident Report:** Q20001905

*Current As Of:* Tuesday, June 01, 2010

Approved By: ______ Signature 601 Badge

## *Single Continuation Report*

**_Summary_**

On May 18, 2010 around 1352 hours, I met with John James Lindegren at the Coquille Police Department. This interview was in regards to a July 16, 2000 report by Coquille Officer Randy Ulmer.

**_Mentioned_**

**_Action Taken_**

On May 18, 2010 around 1352 hours, OSP Detective Teresa Bowersox and I met with John James Lindegren at the Coquille Police Department.

In a report from Coquille Officer Randy Ulmer it states," I also spoke with John Lindegren, who told me he was walking his dog on North Elm around 2115 hours on June 28, 2000 and walked past Freeman and Nick McGuffin standing outside in front of 444 North Elm." This contact was on July 16, 2000.

I asked Lindegren if he remembered anything about the night of June 28, 2000. Lindegren heard from someone that Freeman was missing and he knew he had just seen Freeman with McGuffin the night before by his sister's house. Lindegren told me that he remembers that night because he was watching the TV show Survivor with his sister. Lindegren's sister still currently lives at 551 W. 4th Street in Coquille and did live at the listed residence on June 28, 2000. Lindegren told me he left his sister's house around 2100 hours or so and saw Leah Freeman and Nick McGuffin around 2115 hours on June, 28 2000. John told me that Freeman and McGuffin were standing about five feet a part in front of the second house on the right from N. Elm, that house is 444 North Elm Street. Lindegren told he knew them both from around town, just like he knows almost everyone in a small town like Coquille.

A check did confirm that the TV show Survivor aired on the night of June 28, 2000 from 2000 hours to 2100 hours.

On May 19, 2010 around 1200 hours, Officer Webley and I met Lindegren on W.4th Street in Coquille, by North Elm. Lindegren placed traffic cones where he had seen Freeman and McGuffin on June 28, 2000 around 2115 hours. Lindegren placed two traffic cones in front of 444 North Elm Street and stood where he was that night he passed them. Lindegren put himself around five to seven feet from where Freeman and McGuffin were standing. Lindegren remembers saying hi to Freeman and McGuffin as he pasted them. Lindegren walked in between a pick-up that was parked off the side of the road and Freeman and McGuffin. Lindegren had me stand in the photo were the pick-up was parked that night.

002861 002861 002861 38

11

444 1/2 North Elm is the residence that Freeman left from the night of June 28, 2000. The residence of 444 North Elm blocks the view from 444 1/2 North Elm where Lindegren saw Freeman and McGuffin on the street that night.

.ficer Webley took photographs of the cones that Lindegren put down marking Freeman's and McGuffin's place, me marking the pick-up, Lindegren standing where he was, and the surrounding area. Webley placed the photographs into evidence.

***Statements***

***Evidence/ Property***

***Action Recommended***

DA's office

*Date/ Officer:* **6/1/2010 McNeely Jr** *Incident:* Q20001905

**Officer's Signature:** [signature] **Date:** 6-1-10

002862 002862 002862 12

Coquille P.D. John James Lindegren
1352 hours. 7-8-58
5-18-10 cell 541-260-0021
115 Ash street
M.P Oregon 97458
working at Sawdust Theater.

OSP Detective Teresa Bowersox with me

It was reported by someone he heard or he just heard from someone that Freeman was missing. John remembers seeing Freeman & McGuffin the night before / June 28, 2000 / wed night on Elm. the house would have been the second house on the right from W 7th st. going down Elm toward his sisters on W. 4th Pl. John remember it was around 915 because his sister, who live's at 551 W. 4th Pl, & him had just got done watching Survivor on TV Survivor ran 8-9 & his sister & him were big fans. (Mare his sister) He left his sisters house & saw Freeman & McGuffin standing about five feet apart talking. He remembers walking close by them & saying hi, because there was a pickup parked off the side of the road. He walks in between the truck & Leah & Nick. John said he knew Freeman & McGuffin because he knows lots of people in a small town like Coquille, just like I probably do. John was not a 100% sure but thought he was interviewed by a FBI guy around 10 am back in 2000.

002862 002862 002862

13

# The Complete Directory to Prime Time Network and Cable TV Shows

## 1946–Present

Citation source

002864  002864

14

DO NOT CIRCULATE

791 .4575 BRO
2007, 9th ed.
The complete directory to
prime time network and cable
TV shows : 1946-Present

Compl
to Prime
and Cal

19

Call #



*al Life* that brought back ten former housemates mpete for a $100,000 grand prize contributed by nline gaming website GoldenPalace.net. Each 's competition was fame related with the win. being pampered and living in the fancier "A-list" of the house while the losers were subjected to nier accommodations and had to pretty much [illegible] mselves. At the end of each episode the [illegible] peted in a "Back to Reality" game show h, starting with the fourth episode, determined was eliminated. The competitors were Em- uel Lewis, Traci Bingham, Ron Jeremy, Rob illa Ice" Van Winkle, Brigitte Nielsen, Joanie [illegible] Lamer, Sandy [illegible] rey Lowell and Jordan Knight. When Knight left use of the death of a family member he was re- ed by Verne Troyer, originally Leach's cohost. the first episode the celebrities vied to get asked photographs by a group of people from the audi- . Challenges in subsequent episodes included rding "scandalous videos," trashing a hotel room, ing on a variety show, calling their celebrity nds and getting the most to call them back, being tographed by paparazzi and making a commer- for the sponsor's website. Former *Baywatch* babe ri Bingham defeated retired porn star Ron Jeremy l won the $100,000 prize.

RVIVAL—ANGLIA, LTD. SERIES (*Wildlife/ Nature*)
ST TELECAST: *June 24, 1976*
T TELECAST: *September 16, 1976*
ADCAST HISTORY:
*un 1976–Sep 1976*, NBC Thu 8:00-9:00

is summer series was composed of a collection of cumentaries on various animals. Some of them were ginals and others were repeats of [illegible] that had al- dy aired on network television. Included were "Go- a," narrated by David Niven, "Magnificent Monster the Deep," narrated by Orson Welles, and "Come Into y Parlor" (about spiders), narrated by Peter Ustinov.

R[illegible] L OF THE RICHEST (*Reality/Competition*)
ST TELECAST: *March 31, 2006*
ST TELECAST: *May 5, 2006*
OADCAST HISTORY:
*Mar 2006–May 2006*, WB Fri 8:00-9:00
ST:
Hal Sparks

is reality series matched the haves with the have- ots, seven young rich people whose families had a tal worth of more than $3 billion and seven poor lks whose collective debt exceeded $150,000. At the p of the food chain were whiny Yellow Pages heiress lizabeth and Afghan princess Sammy (families orth $1 billion each); most unusual, perhaps, was e Rev. Sun Myung Moon's rich but sullen daughter nt. The contestants were divided into teams of two ne spoiled and one needy) who lived together for six eeks while competing in assorted challenges to de- rmine the winners of a $200,000 cash prize. At the nd of each episode one of the teams was eliminated. wasn't hard to keep track of who was who since sub- tles were superimposed on the screen to show how uch each of the rich kids' families was worth or how much each of the poor kids was in debt. For the most part, the rich kids were pretty obnoxious and the poor kids resentful of the way the others lived.

On the first episode the challenge was to serve as waiters and kitchen staff at the Medieval Times restaurant. The owner graded each team and then the teams voted on who to eliminate. Challenges on subsequent episodes were cleaning up the stables at Del Mar Race Track, picking the most peppers at a homeless shelter after feeding the residents, catching fish, running a boot camp obstacle course and, in the fi nale, redesigning the lounge at an after-school center for poor children. The previously eliminated players [illegible] dent with $40,000 in debt, and T.R. Youngblood, whose family was worth a mere $20 million, declared the winners.

SURVIVOR (*Adventure/Competition*)
FIRST TELECAST: *May 31, 2000*
LAST TELECAST:
BROADCAST HISTORY:
*May 2000–Aug 2000*, CBS Wed 8:00-9:00
*Feb 2001–May 2001*, CBS Thu 8:00-9:00
*Oct 2001–Jan 2002*, CBS Thu 8:00-9:00
*Feb 2002–* , CBS Thu 8:00-9:00 (Feb–May & Sep–Dec each year)
HOST:
Jeff Probst

*Survivor* was a combination game show, soap opera and real-life adventure—a mix of elements that had never before been tried on American TV. Sixteen people were deposited on a remote island, where they had to fend for themselves, fighting the elements and their fellow contestants for the chance to win $1 million. They were separated into two "tribes" that com- [illegible] challenges, mainly [illegible] physical games. Every three days the losing tribe had to vote one of its members off the island at a tribal council where tribe members assembled carrying torches and the ousted contestant's torch was symbolically extinguished. After six people had been eliminated the survivors were merged into a single tribe, and it was every contestant for him- or herself. The contests fell into two basic categories: reward challenges for some luxury item (flashlight, waterproof matches, mosquito netting, candy bars, canned tuna, etc.), and immunity challenges, which temporarily protected the winner from being voted off the island. When there were just two contestants left, the previous seven who had been voted out returned as members of a jury, at the last tribal council, to choose the winner of the $1 million. You can imagine the infighting, politics and alliances that led up to the final vote!

CBS began promoting *Survivor* in October 1999, eight months before its premiere. By March 16 contestants had been chosen from among more than 6,000 applicants. The original eight male and eight female survivors represented a diverse group, ranging in age from 22 to 72. They were B. B. Andersen, Colleen Haskell, Gervase Peterson, Gretchen Cordy, Jenna Lewis, Joel Klug, Ramona Gray, Greg Buis, Dirk Been, Stacey Stillman, Rudy Boesch, Sonja Christopher, Richard Hatch, Kelly Wiglesworth, Sean Kenniff and Susan Hawk.

The 16 were flown to the remote island of Pulau Tiga, in the South China Sea, and marooned in an environment that was—to be charitable—pretty hostile. A nature preserve off Borneo in Malaysia, the island abounded with rats, poisonous snakes, scorpions, sand fleas, lizards and mosquitoes. The contestants had no tents, blankets, sleeping bags or any other creature comforts, and rice was the only food provided by the producers—they had to forage for anything else to eat. They were divided into the Tagi Tribe and the Pagong Tribe and cameras recorded everything that happened, including the struggles, romances, bickering, alliance building, mind games and double crossing as the contestants fought to keep from being voted off the island. Sonja, a sweet older lady with a ukulele, was the first to be voted off; bossy B. B. was next. Among the highlights were the surprising alliance between Richard, a hard-driving corporate trainer who was gay, and grizzled Rudy, a 72-year-old very masculine ex-Navy SEAL; and Richard walking around naked to celebrate his thirty-ninth birthday. It all culminated in the final tribal council, at which the previous seven who had been voted off each got to comment on the final two—Richard and Kelly—before voting for the winner. Tough-as-nails Sue summed it up in an unforgettable speech in which she called Richard an arrogant, pompous (but hardworking) snake, and Kelly a two-faced, manipulative rat, then said, "I feel we owe it to the island spirits that we have come to know to let it be, in the end, the way Mother Nature intended it to be—for the snake to eat the rat." Richard walked away with the $1 million.

*Survivor* was the TV phenomenon of the summer of 2000. By its fourth week on the air it was attracting more viewers than the other five networks combined and was the most talked-about show on TV. Viewers were obsessed with the relationships and conflicts among the contestants on the island. *Newsweek* called it the most addictive TV show of the year, and the morning after the final episode aired winner Hatch was on the front page of many of the nation's newspapers. CBS milked *Survivor's* success for all it was worth, with contestants who had been voted off the island appearing on the next morning's CBS *Early Show*, as guests on *Late Show with David Letterman*, in promotional ads for the forthcoming CBS fall schedule and, in a few cases, in cameo roles on other CBS series.

Subsequent editions of *Survivor* were also highly successful. February 2001 brought *Survivor: The Australian Outback*. The two tribes for this incarnation were Ogakor and Kucha, and notorious episodes included fireman Michael Skupin gleefully slaughtering a pig and later passing out and falling face-first into the campfire. Despite his agony a nearby cameraman did not come to his aid, but rather recorded the event for viewers—a decision that was widely criticized, but staunchly defended by the show's producer, Mark Burnett. He was helicoptered to a hospital for treatment of second- and third-degree burns; that was the only episode without a tribal council. The eventual winner was Tina Wesson, a nurse from Knoxville, Tennessee.

The third edition, *Survivor: Africa*, premiered in October 2001 with its contestants marooned in the Shaba National Reserve in Kenya. The two tribes were the Samburu and the Boran. [illegible]