



**DEPO EXHIBIT**

Wilcox 2022-05-03

**8**

**MCCREA_002164**

Exhibit 31, Page 1 of 22



MCCREA_002165

Exhibit 31, Page 2 of 22



MCCREA_002166



MCCREA_002167



MCCREA_002168



MCCREA_002169



MCCREA_002170



**MCCREA_002171**



MCCREA_002172



MCCREA_002173



MCCREA_002174



**MCCREA_002175**



MCCREA_002176



MCCREA_002177





**MCCREA_002179**

Exhibit 31, Page 16 of 22



MCCREA_002180



MCCREA_002181



**MCCREA_002182**

Exhibit 31, Page 19 of 22



MCCREA_002183



**MCCREA_002184**

Exhibit 31, Page 21 of 22



MCCREA_002185