002121　　　　　002121　　　　　#10 002121 2

# SUPPLEMENTAL REPORT

Page 1

**Agency:** *Coquille Police Department*

**INCIDENT NO.** 00001905

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| *Additional Information* | *THU* | *06/29/2000* | *10:25* | *Missing Person* |

**Primary Charge:**

**UCR/NCIC Code:** /

**Additional Charges:**

**Estimated Total Property Loss:**

**Related Case No.'s**
*00001911*

**Officer Involved**
*Hall, Ulmer, Lee, Zavala*

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-36 | McGuffin, Nicholas James | M | White/Caucasian | 04/25/1982  18 |

Confidentiality | Address: 100 Baker RD, Coquille, OR 97423
Home Phone: 396-4983
Place of Employment/School/Address: 
Occupation:
Business Phone:

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-37 | Dragoo, Jeffrey M | M | White | 01/09/1983  17 |

Address: 571 W 8th AVE, Eugene, OR

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-38 | McKay, Michael A | M | White | 03/10/1979  21 |

Address: Unknown

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-39 | Tyler, Justin S | M | White | 08/19/1981  18 |

Address: Unknown

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-40 | King, Johanna K | F | White | 07/31/1985  14 |

Address: Unknown

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 603 Lee, Danny P. | 07/12/2000 09:00 | Reaves, Michael W. | 07/13/2000 07:27 | File |

RECORD 002121　DISTRIBUTION DATE ——BY——　　002121　Supervisor　002121

002122　　　002122　　　002122

3

## SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-41 | Kessler, Robert Leland | M | White | 11/22/1980  19 |
| Confidentiality | Address: Unknown | | | Home Phone |
| | Place of Employment/School/Address | | Occupation | Business Phone |
| O-42 | Davidson, Ryan J | M | White/Caucasian | 10/16/1981  18 |
| Confidentiality | Address: HC84 Box 1070, Arago, OR | | | Home Phone 396-4126 |
| | Place of Employment/School/Address | | Occupation | Business Phone |
| O-43 | Pizzola, Michael Edward | M | White/Caucasian | 05/21/1983  17 |
| Confidentiality | Address: 1171 N Collier ST, Coquille, OR 97423 | | | Home Phone 396-4653 |
| | Place of Employment/School/Address | | Occupation | Business Phone |
| O-44 | McNair, Skylar D | M | White/Caucasian | 06/13/1982  18 |
| Confidentiality | Address: Rt.1 Box 199 #"A5", Coquille, OR 97423 | | | Home Phone 396-3866 |
| | Place of Employment/School/Address | | Occupation | Business Phone |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| | | | | | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 9295932 | OR | | |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-45 | Thurman, William Jacob | M | White | 04/22/1982  18 |
| Confidentiality | Address: 94040 Highway 42 South, Coquille, OR 97423 | | | Home Phone |
| | Place of Employment/School/Address | | Occupation | Business Phone |
| O-46 | Hamilton, Scott | M | White | 09/28/1981  18 |
| Confidentiality | Address: | | | Home Phone |
| | Place of Employment/School/Address | | Occupation | Business Phone |

002122　　　002122　　　002122

**CONTINUED NEXT PAGE**

002123　　　　　002123　　　　　002123 4

## SUPPLEMENTAL REPORT CONTINUED

Page 3

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-47 | Brown III, Leslie John | M | White | 12/08/1980  19 |
| Confidentiality | Address: 2100 Shelley RD, Coquille, OR 97423 | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-48 | West, Aaron | M | White/Caucasian | 08/27/1979  20 |
| Confidentiality | Address: 58862 Old Beaver Hill RD, Coquille, OR 97423 | | | Home Phone  Ext. (541) 396-7309 |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-49 | Jenkins, David Jerome | M | White/Caucasian | 11/07/1977  22 |
| Confidentiality | Address: Unknown #4, Coquille, OR 97423 | | | Home Phone  Ext. (541) 396-3474 |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'00" | 190 | Normal | Black | Brown | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 9067061 | OR | 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 | State ID 13506621 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-50 | Emler, Josh David | M | White/Caucasian | 07/24/1983  16 |
| Confidentiality | Address: 455 N Irving, Coquille, OR 97423 | | | Home Phone  Ext. (541) 396-5779 |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-51 | Rogers, Cheri | F | White | 11/25/1966  33 |
| Confidentiality | Address: | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-52 | Adams, Earl Eugene III | M | White/Caucasian | 03/26/1949  51 |
| Confidentiality | Address: 760 E 2nd, Coquille, OR 97423 | | | Home Phone  Ext. 396-2298 |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

002123　　　002123　　　002123

**CONTINUED NEXT PAGE**

## SUPPLEMENTAL REPORT CONTINUED

Page **4**

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'08" | 230 | Heavy | | | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 1025159 | OR | 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 | |

**Narrative**

During the course of my shift I contacted five persons in a vehicle at FastMart, which had made an improper left turn. I contacted the persons on Wednesday, June 28, 2000 at 2338 hours. The persons were identified as Jeffrey M. Dragoo, born January 9, 1983, Michael A. McKay, born March 10, 1979, Justin S. Tyler, born Auguest 19, 1981, Johanna K. King, born July 31, 1985 and Robert L. Kessler, born November 22, 1980. All persons said they were from the Eugene, Oregon area.

On Thursday, June 29, 2000, at 0000 hours I was on patrol, wearing a badge on patrol in a patrol car. I contacted Scott Hamilton in his Primer Grey El Camino in the 1000 block of North Dean Street, we spoke briefly.

At 0003 hours I was West bound on East 12th Street near North Collier. As I crossed the intersection I saw a vehicle traveling toward me with one headlight out. The vehicle was a 60's model Ford Mustang being operated by Nick McGuffin.

I stopped the patrol car after crossing Collier and spoke with McGuffin. McGuffin appeared upset and his eyes were somewhat glassy. He asked if I would keep an eye out for "Leah" as she was out walking in the neighborhood and he could not find her. He asked me if I would take her home if I located her. I agreed and told him I had not seen her.

At 0025 hours I contacted Ryan Davidson, born October 16, 1981, Michael E. Pizzola, born May 21, 1983 and Skylar D. McNair, born June 13, 1982. They were walking on East 11th near North Collier.

On Thursday, June 29, 2000, at 0137 hours I conducted a traffic stop on North Baxter, near East 3rd Street. I contacted the driver, William Jacob Thurman and warned him about a defective equipment problem.

At 0217 hours I contacted Cheri Rogers, born November 25, 1966 and Earl Adams III, born March 26, 1949. Rogers and Adams were sitting in a parked car on the River Road behind Roseburg Lumber Mill.

At 0338 hours I contacted Leslie J. Brown III, born December 8, 1980, Skylar McNair, born June 16, 1982, and Ryan Davidson, born October 16, 1981, who was on a bicycle. Brown, McNair and Davidson just turned East onto East 9th Street from North Dean Street and were headed to Daniel LaPine's residence located at 440 East 9th Street. While I was speaking with the boys, LaPine joined us to see what was happening. I gave Davidson a warning for not having a headlight on his bicycle at night and left the area.

The above activity accounts for my personal contacts during the evening of Wednesday, June 28, through Thursday, June 29, 2000.

**END OF SUPPLEMENTAL REPORT**