½

7/6/00   HIT mtg   9-9:30 AM @ Cog. P.D.

Leah Freeman
Last seen
June 28th @
9:15p - 9:30p   Chief Reeves, Dave Hall, Craig Zanni
Young

FBI - 2nd agent
Wm. Soules

[Business card: Federal Bureau of Investigation — DAROLD M. HESSEL, Special Agent, 530 Center Street N.E., P.O. Box 511, Salem, OR 97308, (503) 362-6601, Fax: (503) 585-5667]

[Business card: Federal Bureau of Investigation — WILLIAM M. SOULE, Special Agent, Post Office Box 687, Eugene, Oregon 97440, (541) 343-5222, Fax: (541) 349-2388, 24HR: (503) 224-4181]

7/7/00   10A   HIT mtg @ 10A Cog. P.D.
Full mtg, case history, investigator's
reports - time line of Leah

→ RE: car   Dave Hall will return s.w.
  "clean" car, not wiped
  - mentioned on T.V.
  - would Leah accept ride w/ stranger

when did they clean car
esp. trunk

KW000254

CONFIDENTIAL

Exhibit 34, Page 1 of 1