001289

# COOS COUNTY SHERIFF'S OFFICE



INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

```
INCIDENT REPORT[ X ] RPT'D DATE/TIME [ 07-05-00                      ]
SUPPLEMENTAL    [   ] OCC'D DATE/TIME [ 06-28-00                     ]
CONNECT NUMBERS[ COQUILLE PD CASE #00-1905.                          ]
```

| | |
|---|---|
| OFFENSE(S) | [ ASSIST POLICE/MISSING PERSONS ] |
| VICTIM'S NAME | [ FREEMAN, LEAH. ] |
| LOCATION | [ CENTRAL AVENUE, COQUILLE OREGON ] |
| DISTRIBUTION | [ COQUILLE PD ] |
| | [ ] |

## SUMMARY:

On the morning of 07-05-00, I was assigned to assist the Coquille Police Department, as a member of the Coos County Major Assault/Death Investigation team, in the investigation of a missing person. The missing person is fifteen year-old Leah Freeman, who was last seen in the city limits of Coquille on 06-28-00 at approximately 2100 hours.

Due to Coquille Police Departments need for additional investigators to assist in this investigation, the Major Assault/Death Investigator Team was activated.

## PERSONS INFORMATION:

(V) FREEMAN, Leah: DOB 10-29-84.
    1173 N. Knott St. Coquille, Oregon.
    (541) 396-4027.
    15 YOA, WFJ, 502/105, BLM/GRN.
    LSW white tank top and blue jeans and has dental braces.

(IP) McGUFFIN, Nicholas James: DOB 04-25-82.
    100 Baker Rd. Coquille, Oregon.
    56246 Baker Rd. Coquille, Oregon. (911 address)
    (541) 396-4983.
    18 YOA, WMA.

---

REPORTING OFFICER  [ Det. P. Downing (510)    ]  DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 1

001290

# COOS COUNTY SHERIFF'S OFFICE

### INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

---

(P)   FREEMAN, Dennis W.: DOB 03-1-47.
      95742 Hwy 42 South Coquille, Oregon.
      (541) 396-2246.
      Father of Leah Freeman.
      53 YOA, WMA.

(IP)  RICE, Jason Lee.: DOB 07-05-79.
      290 West 4th #1 Coquille, Oregon.
      WMA.

(IP)  BRADLEY, Marjie L.: DOB 11-27-81.
      HC 83 Box 203 Coquille, Oregon.
      (541) 396-2666.
      WFA, 18 YOA.
      Works at Hunter's Restaurant in Coquille.

(IP)  DEGARLAIS, Roy.
      Employed at Coos County Road Department/County Shops in
      Coquille, Oregon.
      (541) 396-3121 ext. 358 (work#)

(IP)  KIRN, Mark Eric: DOB 06-13-82.
      587 North Collier Coquille, Oregon.
      (541) 396-6041.
      Employed at Bandon Dunes Golf Course.
      18 YOA, WMA.

(IP)  RAMSEY, Kristen N.: DOB 06-03-82.
      AKA/STEINHOFF.
      1026 North Dean Coquille, Oregon.
      18 YOA, WFA.

(IP)  KINDRED, Lyndee Jo.: DOB 01-01-83.
      1223 West 9th Street Coquille, Oregon.
      (541) 396-3445.
      17 YOA, WFJ.

---

REPORTING OFFICER [ Det. P. Downing (510)    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                         ]

PAGE 2

001291

# COOS COUNTY SHERIFF'S OFFICE

001291

001291

3

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

---

(IP) CHRISTOFERSON, Kristy D.: DOB 07-05-84.
110 West 17th Coquille, Oregon.
(541) 396-5804.
16 YOA, WFJ.

(IP) ELBERT, Kimberly L.: DOB 12-24-84.
Currently in custody at the Coos County Juvenile Detention Ctr.
15 YOA, WFJ.

(IP) FULLER, Mary.
1849 Cedar St. Myrtle Point, Oregon.
(541) 572-2233.
WFA.

(IP) HARTWELL, Alycia: DOB 07-02-88.
431 23rd Street Myrtle Point, Oregon.
12 YOA, WFJ.
Cell telephone # 982-0114.

(IP) TODD, Dick.
1080 North Knott Street Coquille, Oregon.
(541) 396-3045.
WMA.

(IP) LaPINE, Daniel J.: DOB 01-07-80.
440 East 9th Street Coquille, Oregon.
(541) 396-6931.
20 YOA, WMA.

(IP) SLAWSON, Kyle E.: DOB 02-15-82.
1037 Crest Acres Rd. Coquille, Oregon.
(541) 396-4262.
18 YOA, WMA.

(IP) DURR, Helene.
1294 North Henry Street Coquille, Oregon.
(541) 396-7168.
WFA.

---

REPORTING OFFICER  [ Det. P. Downing (510) ]   ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                              ]

001292

# COOS COUNTY SHERIFF'S OFFICE

001292 001292

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

- (IP) **IRWIN, Michael R.**: DOB 02-23-61.
  876 North Knott Street Coquille, Oregon.
  (541) 396-5262.
  39 YOA, WMA.

- (IP) **IRWIN, Iva**.
  876 North Knott Street Coquille, Oregon.
  (541) 396-5262.
  Mother of Michael Irwin.

- (IP) **McADAMS, Mike J.**: DOB 06-08-80.
  94428 Rink Creek Lane Coquille, Oregon.
  (541) 396-7353.
  20 YOA, WMA.

- (IP) **BAKER, Darla M.**: DOB 03-15-82.
  57582 Crest Acres Road Coquille, Oregon.
  (541) 396-6939.
  18 YOA, WFA.
  Employed at Coos Bay Taco Time.

- (AO) **CHIEF REEVES, Michael**: Coquille Police Department.

- (AO) **OFFICER HALL, Dave**: Coquille Police Department Case Officer.

- (AO) **LIEUTENANT YOUNG, Buddy**: North Bend Police Department.

- (AO) **AGENT FERREIRA, John**: FBI Special Agent, Eugene Office.

- (AO) **AGENT SOULE, Bill**: FBI Special Agent Eugene Office.

- (AO) **SERGEANT ZANNI, Craig**: Coos County Sheriff's Office.

REPORTING OFFICER  [ Det. P. Downing (510) ]   ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                           ]

PAGE 4

001292    001292    001292

001293

# COOS COUNTY SHERIFF'S OFFICE

001293

001293 5

INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

---

**EVIDENCE/PROPERTY INFORMATION:**

N/A

**VEHICLE INFORMATION:**

(N)   A 1965 or 1968 blue Ford Mustang, Oregon License PEA840.

Owned and operated by Nick McGuffin.

Seized by Lt. Young and myself at 100 Baker Road, Coquille Oregon, also known as 56246 Baker Road.

**OBSERVATIONS:**

On the morning of 07-05-00 at 1000 hours, myself and Sgt. Zanni attended a meeting of the Coos County Major Assault/Death Investigation Team, called by the Coquille Police Department. This meeting was in the request for assistance from the Major Assault/Death Investigation Team to assist in the suspicious disappearance of a fifteen year-old girl from the Coquille area.

At 1000 hours, we attended the briefing at the Coquille Police Department in regards to Coquille Police Departments case thus far. Attending the briefing were members of the Coquille Police Department, Coos Bay Police Department, FBI, and the Coos County Sheriff's Office. In the briefing, we were advised that Coquille Police Department was investigating the suspicious disappearance of fifteen year-old Leah Freeman, who was last seen walking north on W. Central Blvd in Coquille on 06-28-00 at 9:30 p.m.

At the conclusion of the meeting, attendees were split up into teams and at that time I was teamed with Agent John Ferreira of the FBI and

---

REPORTING OFFICER  [ Det. P. Downing (510) ]   DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                              ]

PAGE 5

001294

# COOS COUNTY SHERIFF'S OFFICE

001294

001294 6

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

we were given tips to follow up which were assigned by case officer Dave Hall of the Coquille Police Department.

Agent Ferreira and I spent a better part of the afternoon attempting to located possible witnesses Marjie Bradley, Mark Kirn, and Jason Rice. We were unable to locate Mark Kirn and Marjie Bradley at their residences but left cards.

At approximately 1310 hours, while travelling through the Coquille area in search for Jason Rice, we observed him riding down W. Central Street on his bicycle near McKay's. At that time, we stopped Jason Rice and obtained a statement from him.

At approximately 1422 hours, I received a telephone call at my office from Marjie Bradley and I obtained a telephone statement from her.

At approximately 1500 hours on 07-05-00, I returned to the Coquille Police Department for an additional briefing and assignments and at that time I was assigned to assist Lt. Buddy Young to seize the blue Ford Mustang belonging to Nick McGuffin. Nick McGuffin is Leah Freeman's boyfriend and a person of interest in this investigation. We were advised that Nick McGuffin had consented to the seizure of his vehicle to be processed by the Crime Lab and Lt. Young and myself responded to 56246 Baker Road (also known as 100 Baker Road) the residence of Nick McGuffin and his parents, and seized a 1965 or 1968 blue Ford Mustang bearing Oregon License PEA840.

Lt. Young and I responded to the Baker Road address with Mast Towing and upon arrival at the residence on Baker Road observed that the vehicle was parked in the driveway of that residence. The vehicle was loaded onto a tow truck by Mast Towing and transported to the Oregon State Police Crime Lab where it was stored. Lt. Young and I followed that transport of that vehicle to the Crime Lab.

At approximately 2000 hours, I assisted the Coquille Police Department and members of the FBI in a road block along W.Central Blvd in Coquille at the Oregon Federal Credit Union in an attempt to identify possible witnesses that may have seen Leah Freeman walking along W. Central on the night of her disappearance.

---

REPORTING OFFICER   [ Det. P. Downing (510) ]   DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                           ]

PAGE 6

001294                          001294                          001294

001295                    001295                              001295

# COOS COUNTY SHERIFF'S OFFICE

7

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

During this roadblock, I contacted Roy Degarlais, an employee at the Coos County Road Department, who works at the Coos County Shop building at the north end of W. Central in Coquille. Mr. Degarlais gave me a statement that he observed a female matching Leah Freeman's description walking on the north end of W. Central at approximately 2335 hours on the night of her disappearance on 06-28-00.

While assisting in the roadblock, I was also contacted by Mark Kirn who advised he had received my card and at that time, I obtained a statement from him.

On 07-07-00 at approximately 1117 hours, Sgt. Craig Zanni and I contacted Kristen Ramsey, also known as Kristen Steinhoff, at her residence on North Dean and obtained a statement from her.

At approximately 1330 hours on 07-07-00, Sgt. Zanni and myself contacted Lyndee Kindred at her residence at West 9th in Coquille and obtained a statement from her.

At approximately 1458 hours, Sgt. Zanni and I contacted Dennis and Denise Freeman at their residence on Hwy 42 South and spoke with them briefly regarding Leah's disappearance.

At approximately 1547 hours, I assisted Sgt. Zanni in the search of Leah Freeman's room at 351 West 5th Street in Coquille during which time Sgt. Zanni seized a number of objects belonging to Leah Freeman. This residence is the residence of Jim Murphy who was the ex-boyfriend of Leah Freeman's mother, Corey Courtwright. We were advised that Mr. Murphy had given permission for us to go into the room that Leah had occupied while she was living there and searched that location for any possible evidence that may assist in our investigation. We concluded that search at approximately 1600 hours.

At approximately 1635 hours, Sgt. Zanni and I contacted Kristy Christoferson at her residence of West 17th Street and obtained a statement from her.

REPORTING OFFICER  [ Det. P. Downing (510) ]      ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                              ]

PAGE 7

001295                    001295                              001295

001296                    001296                                      

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

At approximately 1738 hours, Sgt. Zanni and I contacted Kimberly Elbert at the Juvenile Detention Center in Coquille and obtained a statement from her.

For statements from Lyndee Kindred, Dennis Freeman, Kristy Christoferson, and Kimberly Elbert, refer to Sgt. Zanni's report.

On 07-11-00 at approximately 1040 hours, I contacted Mary Fuller at her residence and obtained a statement from her. In that statement, she advised that a young female that was in her vehicle by the name of Alycia Hartwell might be a better witness and at that time, I obtained Alycia Hartwell's address.

At approximately 1045 hours, I contacted Alycia Hartwell and obtained a statement from her.

At approximately 1600 hours on 07-11-00, I contacted Dick Todd at his residence and obtained a statement from him.

At 1710 hours, Special Agent Bill Soule of the FBI contacted Daniel LaPine and Kyle Slawson at 440 E. 9th Street in Coquille and interviewed them.

On 07-12-00 at approximately 1010 hours, I was contacted by telephone at my office by Helene Durr and obtained a telephone statement from her.

At approximately 1248 hours on 07-12-00, Sgt. Zanni and I contacted Michael and Iva Irwin at 876 N. Knott Street in Coquille and obtained statements from them.

At approximately 1725 hours, Sgt. Zanni and I conducted a search of the old nursery off the intersection of Grape Street and W. Central but found nothing of evidentiary value.

At approximately 1555 hours on 07-12-00, I was contacted by telephone at my office by Mike McAdams and obtained a telephone statement from him.

REPORTING OFFICER   [ Det. P. Downing (510) ]       ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                              ]

PAGE 8

001297   001297   001297

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

At approximately 1712 hours on 07-12-00, I was contacted by telephone by Darla Baker and obtained a telephone statement from her.

All the above listed contacts were made in regards to tip sheets assigned out by the case officer for follow-up.

**STATEMENTS:**

(IP) **JASON RICE** stated in substance:

He is currently working for AG&M Logging and living at 290 W. 4th Street in Coquille.

Jason advised that he does not remember about the day of June 28, other than the fact he would have been logging up until approximately 3 p.m. He advised that he believes that he would be on the Internet from about 3-7 p.m. and that afterwards went out riding on his bike to Fast Mart where he remembers running into Erin West and David Jenkins.

Jason advised he does not know Leah Freeman personally and does not remember seeing her or Nick McGuffen that night.

(IP) **MARJIE BRADLEY** stated in substance:

She works at the Hunter's Restaurant on W. Central in Coquille and went to work that night at 6 p.m. She advised she was not even supposed to work that night but had gone into work.

Marjie stated that she does know Leah personally but has not seen Leah since school got out. She advised that she was closing up a little after 9 p.m. but did not see anybody walk by. She advised she believes she was probably busy in the back cleaning up and would not have noticed Leah walking by if she did.

Marjie advised that she does remember two guys that were kind of scroungy looking that came into the Hunter's Restaurant that caught

REPORTING OFFICER   [ Det. P. Downing (510) ]   ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                            ]

PAGE 9

001297   001297   001297

001298    001298    001298

# COOS COUNTY SHERIFF'S OFFICE

10

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

her eye but she does not know who they were or remember anything more about them. She advised she does know Mike McAdams and Mark Kirn and believes they could have been in there that same evening but does not remember exactly whether she saw them that evening or another evening in the restaurant.

**(IP) ROY DEGARLAIS** stated in substance:

He works on the evening shift at the County Shops and believes that he may have seen a girl matching Leah's description at approximately 11:35 p.m. Roy advised he closes up the shops with a couple of other guys, one being Tony Messerle and the other being Craig Tresiddor.

Mr. Degarlais advised he does remember closing up and being the last one to leave, heading North bound from the shops. He advised that Tony would have been on his motorcycle heading south to go home.

Mr. Degarlais advised he does remember a girl wearing blue jeans and a white tank top with blonde hair walking North along W. Central approaching the intersection onto the highway. He advised he saw her walking along in the area near the Myrtle Wood Shop.

Mr. Degarlais advised he remembers this female due to the fact she had her arms clenched up around her like she was cold and walking with her head down late that night.

**(IP) MARK KIRN** was interviewed and stated in substance:

He and Mike McAdams were at Hunter's that Wednesday night (06-28-00) at approximately 9 p.m. Mark advised that he and Mike were sitting in the restaurant when Mike saw a girl walk by and asked Mark who the girl was. Mark advised that he turned and looked and observed Leah Freeman walking by, and told Mike McAdam's that that was Nick's girlfriend, Leah.

Mark advised that Leah was walking north with her arms wrapped around her like she was cold and walking fast. He believes this was right around 9 p.m., and believes that they left around 9:15 p.m. Mark

REPORTING OFFICER  [ Det. P. Downing (510) ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                        ]

001299

# COOS COUNTY SHERIFF'S OFFICE

001299

001299

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours    By: CLM

advised that when they left did not see Leah and that Mike drove Mark down to get a movie and that Mark then went home.

Mark advised that sometime after he got the movie, he was out driving around and believes that approximately 11 p.m. and 12 a.m., he ran into Nick by McKay's. He advised he stopped and talked to Nick and that they parked side by side, and Nick was in the purple Thunderbird. He advised that he believes he saw Leah's sister in with Nick in the Thunderbird and that they were looking for Leah.

**(IP) KRISTEN RAMSEY** was interviewed and stated the following in substance:

She believes she was at her home all evening on Wednesday of 06-28-00. She stated that she believes she left her house at approximately midnight in her car that has a clutch problem and was driving around Coquille when she met Nick McGuffin at the Fast Gas Station. Kristen advised she remembers running into Nick and that he appeared to be panicking, advising he was looking for Leah and not seen her.

Kristen advised she talked to Nick for a few minutes, learning from him that Leah was missing and that she told Nick that if he did not find Leah to stop by her place and she would help him look.

Kristen advised that after she left the Fast Gas Station she drove around Coquille for approximately fifteen minutes and then went home.

Kristen advised that approximately half an hour later, Nick stopped by and advised he was still looking for Leah and had not found her. Kristen advised she and Nick spent approximately forty-five minutes at the residence and then Kristen went with Nick to go finish looking for Leah. Kristen advised one of her friends had a purple Kia parked at the residence and she offered to drive around town with Nick in the purple Kia looking for Leah.

Kristen advised that she and Nick spent approximately half and hour in the purple Kia, driving around Coquille but did not find Nick's girlfriend.

REPORTING OFFICER   [ Det. P. Downing (510) ]    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                    ]

PAGE 11

001300　　　　　　　　　　　001300　　　　　　　　　　　　　001300

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

Kristen advised she believes they drove by Leah's house a couple of times and then also out to the Sinnott's residence where there was party. Kristen advised that after approximately half-hour of driving around town, she then went and drove back with Nick to her residence. She advised she dropped Nick off at his car that was parked at her residence. She borrowed a CD from Nick and then Nick left in his car to go and finish looking for Leah.

**(IP) MARY FULLERS** was interviewed and stated the following in substance:

Mary stated that she does not know Leah Freeman but believes on the Wednesday night, 06-28-00, she was driving a number of kids home in her car from church. Mr. Fuller advised they were driving through town, coming from the Foursquare Church, going down to the middle of town. She believes that they probably drove around the area of the high school and the center of town sometime between 9 p.m. and 9:30 p.m.

Ms. Fuller advised that one of the young kids that was riding in her vehicle had later told her that she believes she may have seen Leah Freeman walking along the street. Ms. Fuller advised the young girl's name was Alycia Hartwell and lived a few blocks away in Myrtle Point. Ms. Fuller advised she does not exactly remember any female or seeing any female walking along the road.

**(IP) ALYCIA HARTWELL** was interviewed and stated in substance:

Alycia stated that she was riding with Ms. Fuller and some other kids in Ms. Fuller's car, and does remember seeing a girl that appears to be the same as the girl in the pictures. She advised she remembers seeing this girl walking right near the high school and that the girl was a blonde-haired female wearing a white top and blue jeans. Alycia advised that she does not know Leah personally but her parents do, but does remember that the girl she saw was very similar to the girl in the photographs around town.

REPORTING OFFICER  [ Det. P. Downing (510) ]    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                         ]

PAGE 12

001301        001301        001301

# COOS COUNTY SHERIFF'S OFFICE

13

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

---

(IP) DICK TODD was interviewed and stated in substance:

Dick stated that he is not exactly sure whether he saw a girl on that Wednesday night or a different night, but believes he may have seen who he thinks was Leah Freeman walking in Coquille. Mr. Todd advised that he was coming back from checking charts at the hospital and he was heading to his residence on N. Knott Street. Mr. Todd advised he remembers seeing a girl matching the description of the girl in the picture going around town, and that girl was crossing the street from Fast Mart to Judy's Head Shed. He advised that he does remember that girl packing a brown paper bag and that she was crossing the street then heading North on West Central.

Mr. Todd again advised he is not exactly sure if that was Wednesday night or a different night but he can check his hospital charts if need be.

(IP) DANIEL LaPINE AND KYLE SLAWSON were interviewed and stated in substance:

Most of the day they were at TJ Greeves residence up at the end of 3rd Street in Coquille. Dan advised he was at TJ's from the time he woke up which would have been around noon or 3 p.m. and did not come back to their residence on E. 9th Street until about 7 p.m.

Dan advised he is roommates with Brent Bartley but did not see Brent all day.

Dan advised he left TJ's residence at approximately 7 p.m. and walked back to their house on E. 9th Street where he believes he ran into Kyle and Les Brown and then a short time later Dan, Kyle and Les all went back to TJ's.

Daniel advised they all stayed at TJ's, this time being until 1-2 a.m. on the morning of Thursday morning, 06-29-00 when they returned back to Daniel's residence on E. 9th Street at about 2 a.m. He advised at that time Brent was back at the house asleep. Daniel advised that he and Kyle were going to go sleep in the tent in the yard and they were making noise that woke Brent up. He advised that

---

REPORTING OFFICER   [ Det. P. Downing (510) ]        ] DPSST [ 14699 ]
SHIFT [ 02 ] DISTRICT [ 10 ] APPROVAL [                                ]

PAGE 13

001301        001301        001301

001302

## COOS COUNTY SHERIFF'S OFFICE

001302

001302 /14

### INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours  By: CLM

---

Brent came out and said something about being quiet and went back into bed.

Daniel LaPine stated that the next morning they woke up and Nick stopped by and that was the first time that they learned about Leah being gone. Daniel stated that he is more of an acquaintance of Nick and Leah and stated he does not know why Brent Bartley would be saying that Nick and Leah came over that Wednesday night because they didn't.

Dan advised that he has talked to Brent about what Brent has been saying and realizes there is a problem with Brent's statement but does not know why Brent is saying things happen when they didn't.

Dan advised he was not at home when Brent says they were, and there should be no reason why Brent would say he was at home smoking pot with Brent and Leah and Nick. Dan advised the first time he learned about Leah's disappearance was the next day when Nick stopped by still looking for Leah.


**(IP)HELENE DURR** was interviewed and stated in substance:

She was travelling home on the night of Wednesday 06-28-00 and believes she got into town at approximately 11:30 p.m. She advised she is exactly certain that is was 11:37 p.m. when she arrived at her house.

Ms. Durr advised she came in from the south entrance of Coquille and traveled towards 10th Street and when she approached the Faith Lutheran Church there on W. Central near 10th she observed a very attractive young girl with shoulder length blonde hair wearing white a T-shirt and either shorts or blue jeans. She advised she observed this girl run across the street to a car that was pulling down 10th Street approaching Central. Ms. Durr advised she observed the girl run over to the car but does not know for certain whether the girl got into the car or not.

Ms. Durr advised there were three guys in the car and they appeared to be partying fairly well. She advised that all she remembers about

---

REPORTING OFFICER  [ Det. P. Downing (510) ]    ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                            ]

PAGE 14

001302                         001302                         001302

001303    001303    001303 /15

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours    By: CLM

the car was it was a black shiny car. Ms. Durr advised she does not know for certain but does believe the girl got in the car with these guys.

Ms. Durr advised she also remembers the girl specifically because the girl waved at Ms. Durr as if she knew her and Ms. Durr got the impression that the girl had been partying really hard, also.

Ms. Durr advised she does remember the girl having short blonde hair with braces and a white tank top. She advises she is not certain about the pants the girl was wearing.

**(IP) MICHAEL AND IVA IRWIN** stated in substance:

They do not know anything about he girl missing other than what's been said around town. Michael advised he does walk downtown alot but does not remember seeing the girl on any of his walks. He advised that he usually gets home around 6 or so in the afternoon and does not believe he was out walking at the same time the girl was last seen.

**(IP) MIKE McADAMS** was interviewed and stated in substance:

He was with Mark Kirn at Hunter's but does not know exactly what time it was. He advised he remembered it being on Wednesday night and that it was around dusk. Mike advised that he does not know Leah Freeman but did see a girl walk by and asked Mark who the girl was. Mike advised that Mark told him that was Nick McGuffen's girlfriend. Mike McAdams advised that he observed a girl walking north in a white tank top and possibly shorts or blue jeans, he was not certain about that.

Mike advised that he and Mark stayed at Hunter's a little bit eating, and when they finished Mike drove Mark down to the Video Hut and dropped him off and he then drove home out to his residence on Rink Creek.

REPORTING OFFICER   [ Det. P. Downing (510) ]   DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                          ]

001304                     001304                    001304

# COOS COUNTY SHERIFF'S OFFICE

## INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

(IP) DARLA BAKER stated in substance:

She currently works at the Taco Time in Coos Bay and believes she saw a girl matching Leah Freeman's description walking around town at approximately 10:30 p.m. on Wednesday night. She advised she is not exactly certain as to whether it was Wednesday night or the night before on Tuesday.

Darla advised she does know both Leah and Nick.

Ms. Baker advised she got done at work at Taco Time at approximately 10:05 p.m. and it takes her approximately 20 minutes to drive to Coquille. She advised she remembers coming into Coquille at the north end of town on W. Central. She advised she believes she saw Leah walking northbound on W. Central near the Fairview turnoff. Darla advised she remembers driving down into town and later seeing Nick in his car on W. Central by the Smoke Shop. She advised that Nick was in his blue Mustang.

Ms. Baker advised that she ran into Nick and Denise Freeman the next day and that was when she told Nick that she may have seen Leah the night before. Darla stated that she told Nick, and is telling me, that she is not certain as to whether she saw Leah that Wednesday night or the night before.

Ms. Baker advised that Nick and Denise were out looking for Leah and remembers that that was Thursday morning when she talked to Nick and Denise and told them that she may have seen Leah the night before. Ms. Baker advised that she is certain of the date and time she ran into Denise and Nick but was uncertain and still is uncertain as to whether she saw Leah that night before or that it might have been another night.

REPORTING OFFICER  [ Det. P. Downing (510) ]   ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                          ]

PAGE 16

001304                     001304                    001304

Exhibit 35, Page 16 of 17

001305

COOS COUNTY SHERIFF'S OFFICE

001305

001305

17

INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 3, 2000 / 10:11 Hours   By: CLM

ACTION(S) PENDING:

Investigation continuing.

This Officer will be off and on assisting Coquille Police Department in further investigation as needed.

46 NPC 57.5 HOURS

REPORTING OFFICER   [ Det. P. Downing (510)      ] DPSST [ 14699 ]
SHIFT [ 02] DISTRICT [ 10] APPROVAL [                                    ]

PAGE 17