005428    005428    #19 005428 /0

# SUPPLEMENTAL REPORT

Page 1

| Agency: | **Coquille Police Department** | INCIDENT NO. 00001905 |
|---|---|---|

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| | THU | 06/29/2000 | 10:25 | Missing Person |

Primary Charge

UCR/NCIC Code: /

Additional Charges

Estimated Total Property Loss

Related Case No.'s
**00001911**

Officer Involved
**Hall, Ulmer, Lee, Zavala**

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-7 | **McGuffin, Nicholas James** | M | White/Caucasian | 04/25/1982  18 |

Confidentiality | Address: Street, City, State, ZIP
**100 Baker RD, Coquille, OR 97423**
Home Phone: 396-4983

Place of Employment/School/Address | Occupation | Business Phone Ext.

Alias Names (Monikers)
**McGuffin, Nick (AKA)**

Gang Affiliations

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-24 | **West, Aaron** | M | White/Caucasian | 08/27/1979  20 |

Confidentiality | Address: Street, City, State, ZIP
**58862 Old Beaver Hill RD, Coquille, OR 97423**
Home Phone: (541) 396-7309

Place of Employment/School/Address | Occupation | Business Phone Ext.

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-25 | **Jenkins, David Jerome** | M | White/Caucasian | 11/07/1977  22 |

Confidentiality | Address: Street, City, State, ZIP
**1164 N Grape ST #4, Coquille, OR 97423**
Home Phone: (541) 396-3474

Place of Employment/School/Address | Occupation | Business Phone Ext.

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'6" | 190 | Normal | Black | Brown | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 9067061 | OR | 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 | State ID 13506621 |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-29 | **Crook, Richard Troy** | M | White/Caucasian | 12/30/1982  17 |

Confidentiality | Address: Street, City, State, ZIP
**956 N Elliot, Coquille, OR 97423**
Home Phone: (541) 396-7146

Place of Employment/School/Address | Occupation | Business Phone Ext.

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 607 Zavala, David | 07/14/2000 19:04 | Reaves, Michael W. | 07/15/2000 10:19 | File |

RECORDS 005428 | DISTRIBUTION DATE —— BY —— | 005428 | Supervisor | 005428

005429                     005429                     005429

## SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No.: 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-43 | Pizzola, Michael Edward | M | White/Caucasian | 05/21/1983  17 |
| Confidentiality | Address: 1171 N Collier ST, Coquille, OR 97423 | | | Home Phone: 396-4653  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-56 | Crawford, Brent | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-57 | Simmie, Megan | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-58 | Denain, Randy | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-59 | Ring, Zack | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-60 | Ring, Brian | | | |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone  Ext. |
| | Place of Employment/School/Address | | Occupation | Business Phone  Ext. |

005429                     005429                     005429

CONTINUED NEXT PAGE

005430   005430   005430

## SUPPLEMENTAL REPORT CONTINUED

Page 3

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |
|---|---|---|

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-61 | Burt, Jarred | | | |

Confidentiality | Address: Street, City, State, ZIP | Home Phone | Ext.

Place of Employment/School/Address | Occupation | Business Phone | Ext.

### Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | Freeman, Leah | F | White/Caucasian | 10/29/1984  15 |

Confidentiality | Address: Street, City, State, ZIP: **1173 N Knott, Coquille, OR 97423** | Home Phone | Ext.

Place of Employment/School/Address: **Coquille High School / 499 W Central BLVD, Coquille, OR 97423** | Occupation | Business Phone: **(541) 396-2163**

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| Short | | | | | Braces |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| | | | | Speech | |

Tattoos

Clothing

### Narrative

On 7 July 2000, I was in plain clothes, displaying a badge and operating a marked patrol car. At about 1400 hours I made casual contact with Richard Crook.

I asked Richard if he could tell me about the night of the 28th of June. Richard gave me the following in substance statement:

Richard went to Sugar Loaf with Brent Crawford and Megan Simmie sometime during the day. They went to Sugar Loaf to go swimming. Richard remembers meeting up with Mike Pizzola and Randy Derain at Sugar Loaf. Richard could not recall the rest of his day after swimming. Richard thinks he was at home by 2000 hours that night asleep.

Later the same day I made contact with Aaron West at about 1500 hours. West seemed to be more aware of his contact with Nick the night of 28 June.
Aaron gave me the following in substance statement:

Aaron said he was in his vehicle with David Jenkins when they where approached by Nick. Aaron said it was between 1830 and 1900 hours when Nick met up with him. Nick told Aaron and David to follow him out to Johnson Mill Pond because he "wanted to get away".

005430   005430   005430

CONTINUED NEXT PAGE

005431    005431    005431  13

## SUPPLEMENTAL REPORT CONTINUED

Page **4**

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |
|---|---|---|

While at the pond Aaron said Nick told him and David, he was very upset with Leah. Nick said he was going to make Leah wait because Leah made him wait earlier in the day. Nick told them he had to pick up Leah at 2000 hours. Nick took three hits of Marijuana off a pipe. After the pipe hits and three cigarettes later they all left the pond.

Aaron said he was following Nick back into town and saw Nick make a right hand turn by the post office. Aaron said he turned onto N. Adams on his way to Fast Mart. After being at Fast Mart for about 15 minutes, Nick showed up and asked about Leah.

Aaron said Nick asked him and David if they had seen Leah. I asked Aaron about the time when Nick showed up at Fast Mart and he said it was about 2020 hours. Aaron had just looked at his pager to get the time just prior to Nick's arrival.

After Nick talked to Aaron and David, he went to talk to the other guys at Fast Mart. Aaron could remember seeing Zack and Brian Ring, Jarred Burt, and Josh Emler at Fast Mart while he was there. Aaron was almost certain it was not past 2100 hours when Nick arrived at Fast Mart asking about Leah.

Aaron said he left Fast Mart just after dark to take David home. Aaron remembers seeing a strange man walking in front of Fast Mart as he pulled out onto N. Central. Aaron did not remember seeing anyone else on his way to taking David home.

13

**END OF SUPPLEMENTAL REPORT**

005431    005431    005431