003859

# OREGON STATE POLICE INCIDENT REPORT

AUG 28 2000    PAGE 1 of 49

**REPORT TYPE:**
☐ INITIAL REPORT
☒ SUPPLEMENTAL

**DISTRIBUTION:** ☒ GHQ Criminal  ☐ GHQ F&W  ☐ GHQ Patrol
☐ ID Documents  ☐ ID Prints  ☐ District  ☐ Explosives
☐ Lab _____  ☒ DA Coos County
☒ Other Coquille Police Department, ATT: Chief Mike Reeves

INCIDENT # [CAD#] SP00-255176

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ Coquille Police Department 00-1905

OFFENSE/ORS/ MURDER 163.115    Occr/ 1   Co/ COOS   Status/ INAC

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION  CLOS/A-CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED SERVICE COMPLETE   INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION   UNFD-CLOSED UNFOUNDED   NODA-NO PROSECUTION BY DA
RFSE-VICTIM REFUSED PROSECUTION    DTH-OFFENDER DECEASED

**ADDITIONAL OFFENSES/**

_____ Occr/___ Co/___ Status/___

_____ Occr/___ Co/___ Status/___

_____ Occr/___ Co/___ Status/___

(SEE NARRATIVE FOR ADDITIONAL OFFENSES: ☐ YES ☐ NO)

**LEAD/ORIG. AGENCY/** Coquille Police Department  **DATE/TIME REPORTED TO OSP/** 07-05-2000

**DATE/TIME OF THIS REPORT/** 08-15-2000 10:00 AM  **DATE/TIME OF OCCURRENCE/** 06-28-2000 9:00 PM

**IF SUPPLEMENTAL:**  DATE/TIME ORIGINAL REPORT/ 07-05-2000

ORIGINAL SUBJECT OF REPORT/ Polygraph Examination

SUBJECT OF THIS REPORT/ Outside Agency Assist, Additional Invest.

**VICTIM/SUSPECT/** FREEMAN, LEAH NICOLE   (ADDITIONAL VICTIMS: ☐ YES ☒ NO)
                                              (CO-DEFENDANTS: ☐ YES ☐ NO)

**LOCATION OF INCIDENT/** Coquille, Oregon    **COUNTY/** Coos

**LOCATION TYPE** (Premise)/ Unknown

**METHOD OF ENTRY/** Unknown
(list for each appropriate offense)

**TOTAL LOSS/** _____    **TOTAL DAMAGE/** _____

**DOMESTIC VIOLENCE?** ☐ YES     **THEFT BY COMPUTER?** ☐ YES

**GANG INVOLVEMENT?** ☐ YES describe _____

**BIAS MOTIVATION?** ☐ YES describe _____

**WEAPON USED?** ☐ YES describe _____

**UNDER INFLUENCE OF:**
Alcohol? ☐ YES   Drugs? ☐ YES describe _____    ☒ UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party.

Subject/ _____ Last, First, Middle    Reporting Party/ _____ Last, First, Middle

Signature/ _____    Date/ _____

REPORTING OFFICER/ Kevin P. Roach, Det 240-36  BPSST#/ 20455   DATE/ 08-15-2000

STA/ Klamath Falls    ASSGN/ 418   APPROVED/ _____   DATE/ 8-16-00

003859

003904    003904    003904

SP00-255176
MURDER
V) FREEMAN, LEAH NICOLE
PAGE: 46

WITNESS STATEMENT

WEST, AARON DAVID

On 07-27-2000 at 2:40 PM this person was interviewed in front of the Coquille Police Department and gave the following in substance statement.

On the day Leah disappeared, we went out driving around and stopped at Fast Mart. I was with Josh Embler and David Jenkins. Nick was at Fast Mart and asked us if we wanted to go out to Johnson Mill pond to get high, to smoke some marijuana. Nick was in his red Thunderbird. He must have changed to the Mustang later in the night.

Nick wanted to go. It was 7:30-8:00 PM. We were there for a half hour to forty-five minutes.

I talked to Nick and he said that Leah made him wait for her for three hours by not showing up somewhere and that he was going to make her wait for him. Nick was real upset that Leah made him wait for her.

We left one time at about 8:00 PM. We were in my car and Nick was in his car, the Thunderbird. We drove back to Johnson mill pond and Nick wasn't there.

We left the mill pond at about 9:00 PM. We came in to town by

003904    003904    003904

003905　　　　　　　　　003905　　　　　　　　　003905

SP00-255176
MURDER
V) FREEMAN, LEAH NICOLE
PAGE: 47

Safeway and we saw Nick in his red Thunderbird. Nick was by Safeway. We drove to Fast Mart and talked to Nick. Nick said that he left the mill pond because he was supposed to go pick up Leah.

We were at Fast Mart for 10-20 minutes. Nick drove up and asked if we had seen Leah walking because she wasn't where she was supposed to be. Nick then asked a few other people if they saw Leah. Nick then took off driving in his Thunderbird.

Nick was back 20-30 minutes later. It was dusk, it was 9:45 PM - 9:50 PM.

I took David home, then I took Josh home, and then I drove back to town one time before I went home.

(Did somebody tell you directly what happened to Leah?) "No".

(Did anyone tell you where Leah's body is?) "No".

(Do you know who is responsible for Leah not being alive?) "No".

003905　　　　　　　　　003905　　　　　　　　　003905