| 002269 | 002269 | 002269 |

## OREGON STATE POLICE INCIDENT REPORT

PAGE 1 of 3

17

**REPORT TYPE:**
☐ INITIAL REPORT
☑ SUPPLEMENTAL

**DISTRIBUTION**
☑ GHQ Criminal ☐ GHQ F&W ☐ GHQ Patrol
☐ ID Documents ☐ ID Prints ☐ District ☐ Explosives
☐ Lab ☐ DA
☑ Other  CPO

INCIDENT # [CAD#] SP00-25576

AUG 0 9 2000

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ Coquille PD # 00-1905

OFFENSE/ORS/ Polygraph/missing person Inv-  Occr/ 1  Col Coos  Status/ Comp

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION   CLOS/A-CLOSED BY ADULT ARREST   CLOS/J-CLOSED BY JUVENILE ARREST   COMP-CLOSED SERVICE COMPLETE   INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION   UNFO-CLOSED UNFOUNDED   NODA-NO PROSECUTION BY OA
RFSE-VICTIM REFUSED PROSECUTION   DTH-OFFENDER DECEASED

**ADDITIONAL OFFENSES/**

_____ Occr/____ Col/____ Status/____

_____ Occr/____ Col/____ Status/____

_____ Occr/____ Col/____ Status/____
(SEE NARRATIVE FOR ADDITIONAL OFFENSES ☐YES ☐NO)

LEAD/ORIG AGENCY/ Coquille PD  DATE/TIME REPORTED TO OSP/ 070500

DATE/TIME OF THIS REPORT/ 072700  DATE/TIME OF OCCURRENCE/ 072700

IF SUPPLEMENTAL·  DATE/TIME ORIGINAL REPORT/ 070500

ORIGINAL SUBJECT OF REPORT/ Polygraph

SUBJECT OF THIS REPORT/ Polygraph

VICTIM/SUSPECT/ WEST  AARON  D.
                Last  First  Middle
(ADDITIONAL VICTIMS ☐YES ☐NO)
(CO-DEFENDANTS ☐YES ☐NO)

LOCATION OF INCIDENT/ Coos Co. P&P  COUNTY/ Coos

LOCATION TYPE (Premise)/ P&P office

METHOD OF ENTRY/_____
(list for each appropriate offense)

TOTAL LOSS/_____  TOTAL DAMAGE/_____

DOMESTIC VIOLENCE? ☐YES   THEFT BY COMPUTER? ☐YES

GANG INVOLVEMENT? ☐YES describe_____

BIAS MOTIVATION? ☐YES describe_____

WEAPON USED? ☐YES describe_____

UNDER INFLUENCE OF
Alcohol? ☐YES  Drugs? ☐YES describe_____  ☐UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party

Subject/ Last  First  Middle     Reporting Party/ Last  First  Middle
(PRINT ONLY)                     (PRINT ONLY)

Signature/_____  Date/_____

REPORTING OFFICER/ Mark Ranger  BPSST#/ 20488  DATE/ 072700

STN/ RSBG  ASSGN/ 41  APPROVED/ Rc  DATE/ 8-3-00

Polygraph ✓
8-2-00 pc

002270                                     002270                                     002270

                                                                                          18

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

                                                        GHQ Case #00-255176

**TO:** Captain Ed Mouery, Investigative Services

**DATE:** 07-27-00

**REGARDING:** MISSING PERSON INVESTIGATION

**EXAMINATION REQUESTED BY:** Officer David Hall, Coquille Police Department

**EXAMINATION CONDUCTED AT:** Coos County Community Corrections

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:** WEST, AARON D.  DOB 08-27-79
58862 Old Beaver Hill Road
Coquille, OR 97423

**REFER:** Coquille Police Department Case No. 00-1905

**VICTIM:** FREEMAN, LEAH  DOB 10-29-84
1173 N. Knott Street
Coquille, OR 97423

**DATE OF OCCURRENCE:** 06-28-00

**ISSUE:** On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Aaron West is an acquaintance of Leah's and Leah's boyfriend, Nicholas McGuffin. West agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST INTERVIEW:** At 2:50 p.m. on 07-27-00, Aaron West contacted me at Coos County Community Corrections.

Aaron West stated in substance that he was present to take a polygraph examination because the police want to know if he knows anything about what happened to Leah. He denies any involvement or knowledge as to what happened to Leah.

1

002270                                     002270                                     002270

002271  002271  002271

West further related on the day that Leah disappeared he was at the Fast Stop Market in Coquille between the hours of 7 00 p m and 7 30 p m From there he drove out to the millpond with Emler and Jenkins Nick McGuffin went out there also in his Mustang Around 9 00 p m McGuffin said he had to go pick up Leah Later that evening he saw McGuffin at the Fast Stop and McGuffin had asked him if he'd seen Leah Later that evening he saw McGuffin driving around in a Thunderbird

**INSTRUMEN-TATION:** Aaron West was examined on an Axciton Computer Polygraph

**RELEVANT QUESTIONS:**

#1 Did you have any direct involvement in Leah's disappearance?

No

#2 Has anyone told you that they are responsible for Leah's disappearance?

No

#3 Are you deliberately concealing information about Leah's disappearance to protect someone?

No

**RESULTS AND CONCLUSIONS:** There were consistent truthful responses to the previously listed relevant questions Therefore, it is this examiner's opinion that Aaron West is being truthful in his responses to the relevant questions

*Mark D. Ranger*
Mark D Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc  Officer David Hall, Coquille Police Department
MDR pc

2

002271  002271  002271