# Mr. McGuffin's Cars

## Ford Thunderbird — T



## Ford Mustang — M



# Timeline of Alleged Vehicle Sightings – June 28-29, 2000

**Mr. McGuffin would have switched cars at least 10 times over a 3-hour period**

### Pickup Truck

- **9:10 pm** — J. Lindegren — *D4 133:23-134:17, 136:11-14, 140:20-22, 139:20-140:16*
- **Shortly after 12:05 am** — J. Storts — *D5 169:12-170:18, 173:16-21*

### Thunderbird

- **Before 9:00 pm** — A. Patton — *D4 147:1-7, 149:5-18*
- **Between 9:15 and 11:00 or 12:00 pm** — A. West — *D4 123:5-23, 124:8-24, 127:16-22*

### Witness Uncertainty

- **Later in the evening** — J. Emler — *D4 114:4-12, 117:16-119:2*
- **After 9:00 pm** — M. Kirn — *D4 153:2-4, 154:6-155:9*
- **Around 10:00 pm** — M. McAdams — *D4 162:2-5, 164:2-16, 166:21-25*
- **10:00 or 11:00 pm** — B. Bartley — *D4 19:7-21:11*
- **Night of June 28** — L. Reid — *D4 180:13-181:8*

### June 28, 2000 *(Afternoon/Evening)* — June 29, 2000

### Mustang

- **4:00 pm** — C. Courtright — *D3 73:13-74:1*
- **Early afternoon** — B. Bartley — *D4 15:11-16:6*
- **6:00 or 7:00 pm** — B. Bartley — *D4 17:2-13*
- **7:00 or 8:00 until around 9:00 pm** — A. West — *D4 121:3-19, 123:3-9*
- **Before 9:00 pm** — A. Patton — *D4 147:1-7, 149:5-18*
- **Evening** — J. Emler — *D4 111:14-19*
- **Night of June 28** — A. Hyatt — *D4 229:1-13, 232 9-233:1*
- **9:40 pm** — B. Mauro — *D5 10:1-7*
- **10:00 or 10:45 pm** — R. Lewis — *D4 218:11-219:10*
- **10:30 pm** — Officer Zavala — *D5 108:2-9, 113:5-7*
- **Night of June 28** — S. Hamilton — *D5 66:7-24*
- **12:03 am** — Officer Lee — *D4 249:24-250:2, 251:20-24*
- **Later than 12:00 am** — K. Steinhoff — *D5 27:24-28:3, 35:5-9, 38:23-39:19*
- **June 29, Morning** — C. Courtright — *D3 80:4, 23*