### 01/28/10 Briefing 0800 hrs

Chief:
Doing the pretext call right now
-no surveillance on Nick yesterday
-copies of Radio logs from CQPD gotten from Kelly
-Bartley not with Nick during contact w/Zavala
*dropped Bartley off @ Fast Mart
-get/try to get gas credit card records
**Bruce's credit card
**gas @ Haley Bldg
-Get/try to get phone records from that night-incoming to McGuffin house

The Mustang:
-got it last night, given to us by current owner
-Letter of Understanding to current owner
-in garage storage shed near the Shell Station
-Talked to Kathy (Wilcox) last night
**very clean in trunk
**? If she swabbed deck lid
**luminol & light
**inspection interior
**welded area over gas tank in trunk
****standard that year of Mustang***
Lt-2x3ft panel in trunk, screws removed or out
-check other conditions described
-can get pictures of car day received by the Brandts

Chief:Press
-keep the press active
-bring in ViDuc
-discovered new trace evidence
-have id'd a suspect(s)-maybe go with primary suspect
-working on press release today

After pretext call interview Kristen

Poly on Ricky Crook-told Dan that he'd do it
John will set it up through Taber (OSP)
-has Kathy Wilcox's report on search of the car

Bob-Melissa Brugnoli interview
-couple of things
-worked with Nick at Taco Time after Leah's body found
-drove her to work, black car w/bird on the hood
-one night pulled over for fail to signal "They're always out to get me"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002158

-Megan had a RO against Nick at this time
-one time while with him at Fast Gas someone yelled "murderer" at him
**very upset, took off right away
-morning after missing, Nick went to Melissa's grandpa's house & asked if Leah there
-thought at time, he's covering his tracks
-Melissa's sister saw the note
**Alisa Michaud sent a letter
**Nick said no one would look at it
**took it to Taco Time in a paper bag
We have this note-means nothing
-says she (Alisa) doesn't believe Nick did it

Pat-got the letters
-corroborated what we already know
-Leah cared about Cherie & what she thought about her
-letter from Nick rambles
-last letter prior to the one we have
**doesn't know what to about Nick or what to believe
**talks about still going to prom regardless
-one note corroborated the swimming @ Powers story
-Stacy Lyons @ Cheries' last night
**will call on her lunch break today & set up interview time

Lt-Zalava July 7-Richard & Josh Emler
-saw Leah walking around with Tim Woosley
-they were west bound 2nd & Central
Maggie Dieu-tall guy with glasses in T-Bird also looking for Leah

Eric:
Scott this morning, still on board
-called Bruce first
**gave up Nick's number
**"Cops are messing with you too?"
-Calls Nick & wakes him up
**detectives here, but put them off until Friday
-Remember drive out to Lee Valley?
**police don't need to know about that
McKays argument story:
-I didn't drop her off @ McKays, I dropped her off at Cherie's
**talked about the argument with Cherie Mitchell "thought I was bad news, I told her to know who her real friends are"
-Tell them whatever you want, but I don't think you have to talk to them
-Nick expecting a call back from Scott Friday "after the cops talk to him"
-discussion about next pretext
-burn conversation to disc

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002159

-go with Larry up Lee Valley & compare actual site where Leah dumped to where Scott Hamilton took them

Wait some more until re-interview Steinoff

Go through files & see who's left & who is important

Assignments:
Brent Bartley-
Kelly/John-still working him
-John will contact Nick Nylander before his appt w/Brent
-then meet with mom, probably there
-show immunity letter

Joshua Emler-no need
Stemmerman & Sero-done
Willie Teel-need interview, Bruce mentions him
Billie & Theresa Middleton-no need
Alisha Hartwell-done
Ray brought up Ashley Olsen-Nick's girlfriend before Leah
James Bryant & Davis-done
Raymond Lewis-done
Brian Ring-done
Ashley Patton-maybe
Sharon Camaretta-maybe
Sherie Shelton (Bolger)-interview needed, told Kristen the story
Zack Elderkin-still trying to contact in Montana
  -Kristin w/him
  -owner of the purple Kia
Donna Wilson-done
Michael Tulles-need interview
Polly Parks-no need
Heather Reid-done
Attempt interview with Wayne McGuffin

Debriefing @ 1500 hrs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   CPD002160

### 01/28/10 Debriefing 1500 hrs

**Pretext Calls:**
Bruce-Scott asks for Nick's number
"why are they bothering you too?"
S-"Yeah"
"They're bothering everybody"
541-252-1034

Nick-Tells Scott
-say whatever you want
-in reference to the trip to Lee Valley "As far as that part, they don't need to know that"
-They're fucking with me pretty hard
-has told attorney
-re-interates don't need to know about that (trip to Lee Valley)
-you don't have to talk to them
-dropped her off at Cherie's for a couple of hours
-she didn't come back
-Cherie giving her a guilt trip (only reason she went over there)
-not getting along with Cherie
-Cherie talking shit about her
**left early because Cherie & her mom got in an argument**
**Cherie & her mom telling Leah not to date Nick
-references that he's aware of several people cops have already talked to
-says he's in the Mustang all night (unsolicited)
-didn't have the T-Bird, grounded from it, Dad had the Jeep
-smoked a bowl w/West right before I got Leah

John working on Ricky Crook polygraph

Chief & Lt looked at car:
Jim Pex willing to go over car again
Pros & cons: Pex doesn't have great relationship with crime lab
    He's a blood splatter expert, but how is he at trace?
    Credibility w/courts???check w/Paul

Umpqua Forensic Evidence-see what this guy can offer (from the Lt)
-need Paul's imput

Lt:phone records
-need a subpoena before they'll even look at the records

??How did Nick contact Dad that night??

Previous subpoena records shows only the 2244hrs call from Fast Mart payphone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD002161

John talked to Nylander just before Brent did. Nylander wants to review his files first and get back to us next week
-mom still protective

Sean: Paul Davis thinks Bruce is involved
-"Wouldn't surprise me if he dumped the body"

Need to know how Nick & Bruce communicated that night
-how do we get dad there to accomplish the vehicle switch?

T-Bird:
-why are they disassociating themselves from the T-Bird?
-1 hour period Nick is in the T-Bird

Lt: Aaron West interview, July 7th
-1830-1900hrs driving around with Nick
-then at Johnson Mill Pond
-around 2100 hrs enr to pick up Leah, advises he's running late because she made him late
-supposed to pick her up at 2000 hrs

Steinoff interview, July 10th
-notes
-stopped to talk to Zach
-got some cd's
-Nick at turn out, talking about Leah
-got an air freshener
-Nick says got into fight with Dad that's why he's driving the Mustang instead of the T-Bird-Nick brought this up
-quotes from Nick:"I hope she didn't do anything stupid" "was throwing rocks at Leah's window trying to get her attention" (tells her this before he's doing it on his timeline)
-Nick was weird, not as usual. There have been times when Leah didn't show up & it didn't bother him.

**Need to go through the evidence**

July 15th-Heidi Crook & Heather Reid
-see's Leah 2100 hrs
-See's Nick @ Fast Mart in T-Bird

Briefing 01/29/10 @ 0800 hrs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD002162