Jul-21-00 12:00P Bassett-Hyland Energy Co. 5412697768    P.01

P.O. BOX 569
COOS BAY, OR 97420
541-267-2107  1-800-452-3206
FAX 541-269-7768

**BASSETT-HYLAND ENERGY COMPANY**

# Fax

To: Coquille P.D.    From: L. Wood
Fax: 396-2113    Pages: 2
Phone:    Date: 7/21/00
Re:    CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

ATTN: OFFICER Hall

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD007221

Exhibit 43, Page 1 of 2

```
Jul-21-00 12:01P Bassett-Hyland Energy Co. 5412697768                P.02
                         BASSETT-HYLAND ENERGY COMPANY
                                 P.O. BOX 625
                             COOS BAY, OREGON 97420
                         541-267-3107  bhenergy@harborside.com

     date: 06/30/00        acct#: 203535         invoice#: 98014

     IF DIESEL SOLD ON THIS INVOICE DOES NOT CONTAIN VISIBLE EVIDENCE OF DYE

     Terms: NET 10TH PROX.

         BRUCE E. MCGUFFIN                    All invoiced prices include
         56246 BAKER ROAD                     all applicable taxes
         COQUILLE, OR    97423


  date    time  site   driver   keyboard   mpg    odom  prod    units    price      amount
  - Vehicle: 0004205-TRUCK
  06/01  1445  COQ    TRUCK                 *      898  UNLEA    12.50   1.65400    20.6
  06/03  1444  COQ    TRUCK                52.0   4204  UNLEA     5.00   1.60400     8.0
  06/03  1452  COQ    TRUCK               -93.0    682  UNLEA    16.00   1.60400    25.6
  06/04  1443  COQ    TRUCK                04.8    429  UNLEA     4.22   1.60400     6.7
  06/08  0648  COQ    TRUCK                70.3    676  UNLEA    13.75   1.60400    22.0
  06/08  1517  COQ    TRUCK                13.9    859  UNLEA    15.99   1.60400    25.6
  06/12  2130  COQ    TRUCK                 *      898  UNLEA    17.00   1.60400    27.2
  06/15  2316  COQ    TRUCK                 *      858  UNLEA    17.00   1.60400    27.2
  06/17  1215  COQ    TRUCK                10.5    666  UNLEA    17.00   1.60400    27.2
  06/19  2252  COQ    TRUCK                13.1    889  UNLEA    17.00   1.60400    27.2
  06/22  2241  COQ    TRUCK                 *      888  UNLEA    17.00   1.60400    27.2
  06/23  1615  COQ    TRUCK                 *      888  UNLEA    14.00   1.61400    22.6
  06/25  2023  COQ    TRUCK                 *      889  UNLEA     5.52   1.61400     8.9
  06/26  2226  COQ    TRUCK                 *      889  UNLEA     6.00   1.63400     9.8
  06/27  1405  COQ    TRUCK                 *      886  UNLEA    16.50   1.63400    26.9
  06/27  1858  COQ    TRUCK                 *      888  UNLEA     7.00   1.63400    11.4
  06/28  1136  COQ    TRUCK                 *      888  UNLEA     6.00   1.65400     9.9
  06/28  2219  COQ    TRUCK                 *      888  UNLEA     4.01   1.65400     6.6
  06/29  0212  COQ    TRUCK                 *      888  UNLEA     5.42   1.67400     9.0
  06/29  0848  COQ    TRUCK                 *      888  UNLEA     5.00   1.67400     8.3
  06/29  2259  COQ    TRUCK                 *      888  UNLEA     5.00   1.67400     8.3
  - Vehicle Summary:      CPM   .418    5.9   806.0     229.99              371.8

                                    INVOICE SUMMARY

                      TOTAL    AVERAGE               FEDERAL   STATE
  PRODUCT             UNITS    PRICE    SUBTOTAL     ETAX      ETAX                TOTAL
  OREGON
  UNLEADED           229.990   1.1910   273.92        42.33    55.19              371.44

                                                          INVOICE TOTAL          $371.44
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        CPD007222