

AUG 10 2000

000668

**Oregon**
John A. Kitzhaber, M.D., Governor

Department of State Police
Forensic Laboratory
333 South 4th Street
Coos Bay, OR 97420
(541) 269-2967
FAX (541) 269-2007

August 8, 2000

Coquille Police Department
99 E. 2nd Street
Coquille, Oregon 97423

**Attention: Detective Dave Hall**

FREEMAN, LEAH (VICTIM-DECEASED)
Agency Case 00-1905
Lab No. 00N-481     **SUPPELEMENTAL REPORT** - REQUEST #12

On August 3, 2000, at 4:50 p.m., Evidence Technician Bonnie Bertak and I met with representatives of the Major Crime Team on Lee Valley Road near Coquille, Oregon. Officers present were Sergeant Craig Zanni and Deputy Rod Summers; Coos County Sheriff's Office and others. Chief Deputy Medical Examiner Kris Karcher was also present. The body of a female tentatively identified as Leah Freeman was located in the underbrush on the North side of the road. This site was approximately 7.9 miles from Coquille and 1.2 miles from the junction of Fairview Road and Lee Valley Road.

Close examination of the site revealed the deceased was twenty feet over the embankment. The roadside plants were matted near the body with a narrow trail leading to the gravel roadway. The deceased was lying parallel to the road with her head slightly lower than her feet. A sock was visible on one foot and the other foot was bare. Other clothing consisted of a pair of blue denim pants that were buttoned and a grey colored shirt. The shirt color may not have been original. Her left arm was across her chest and the right arm was folded under her. Her legs were also crossed. Decomposition and mummification were advanced. Some small animal activity was evident by missing muscle mass in the bicep region of the left arm. Adhesive tape lifts for trace evidence was collected before the body was removed.

Several photos were obtained and the body was removed at 6:00 p.m. The deceased was carefully placed on a segment of plywood and placed in a body bag for transport to Roseburg for autopsy.

The area under the body was sifted for trace evidence but nothing of apparent significance was detected. A search of the surrounding area was conducted. The roadway and hillside were composed of a hard surface. No shoe or tire impressions were visible.

Several beverage cans were seized during the search and will be examined at a later date.
We cleared from the scene at 7:15 p.m.

Approximately one hundred feet west of the body were portions of a deer carcass and a flattened cardboard box with blood and deer hair. The blood was tested and found to be non-human in origin.

000668    000668    000668



000669            000669            000669

Agency Case No. 00-1905
Lab No. 00N-481 - REQUEST #12
August 8, 2000
Page 2

At 9:00 a.m. on August 4, 2000, I returned to the scene with Deputy Summers. The foliage between the roadway and the body site was removed and the area searched. A few beverage containers were collected for subsequent examination. I cleared from the scene at 10:30 a.m.

In the course of this search, no blood was detected on the roadway or on the steep embankment between the road and the body site.

James O. Pex, Lieutenant
1266-90

JOP:clw

cc: Coos County District Attorney
    Forensic Services Division
    Coos County SO. - 11545 - Detective C. Zanni
    OSP - Coos Bay - Detective Dale Oester
    OSP - Roseburg - Detectives Perske and Carlton

This is certified to be a true copy of the original report prepared by the undersigned.

by _____

000669            000669            000669