10-13-09          Q20001905
Bruce McGuffin - report

Susp: Nick McGuffin / Brent Bartley

Loc: N. McGuffin - Church Rd, CB
56246 Baker Rd, Coquille (McGuffin's rent)
B. Bartley - 1155 N Anderson, CB

Veh.: ZTA378 Sil Dodg Stratus (N.M.)
D10958 '94 Ford F35 PU (B.M.)
HND386 Blu '77 Chev PK (B.B.)

mtg:
Pictures - still missing some (Crime Lab) → Brad
Kris K - no response on the clothing
    was sent to England, trouble getting
    it back

ViDuct - retired L.E.
Present to them for ideas & suggestions
2 going  Nov. 19, 2009

Mike Stupfel did a diagram - looking for
    his work. has located a case
    file - 5 reports, but not his work
* Google Earth or go to site & reconstruct
VanZey helped Stupfel w/ the diagram
Dale Oester did a report / Oester has a
    hand diagram

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020539

Exhibit 46, Page 1 of 18

Riddle will make a copy?
- Nothing @ his o/e
Sean will check thru the case files again for the missing diagram
Pat - Contact Dave Hall see what he has
Pat D - Will Check CCSO file

FBI - Analyst for Nick
    Tips Management

Web Page - one central tip line off the city web page
Stay away from private Leah Freeman Page - More Control

Greenacres Auto Wreckers -
    67 Ford Mustang - 4 (one has been eliminated)
    Other 3 don't match color concept
    1 title still reg to original owner doesn't remember name
Greenacres will hold the cars

OPS Plan -
    Focus - Nick McGuffin
    Branches to Father - Report w/ his thoughts (2005)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020540

Exhibit 46, Page 2 of 18

Kelly met w/ Bruce & he turned in report. Also turned in a letter from someone in jail

Tap on phones - Still waiting when go public

2 people to interview Nick
Dad + Mom Approached Chief hoping he will Clear Son - Invited to their home this week
"Hi, I'm here to help"
If Nick is there - Taking Pat w/ him
Get a feeling where they are at

Brent Bartley - Bonnie Chamley G.F.
No longer best buds → Paranoid Dopers
Goes to jail

Interview Chamley



Safeway employee ex of Bartley - Cop friendly

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER           CPD020541

Exhibit 46, Page 3 of 18

Megan Edgerton - Nick's Current G.F.
living w/him since 18 yoa
Interview

Wayne McGuffin - In Hawaii
- Anti-Cop

Faye & Ray Johnston - Campers who
witnessed car pull up in
area where body was found

Nick & Brent failed Poly

Brent weak link

Nicole Marie Nelson (Price) ex. of Brent

Mom left out of loop

Kristin Steinhoff Ramsey → Same Circle / Same Stories
Alecia Michaud → Spread rumors

Driving Nick around part of night
Nick tried to sleep w/her? *Claim*

Sara Swenson
~~Mindy~~

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020542

Denise Freeman (Bertrand) Sister
Cory Courtwright
uncle

444 Elm — Where Leah last seen by
  Sherrie Ann Mitchell
  Corey Brigant (BF @ time)

Johnson Mill Pond (Nick + Brent)
  Witnessed by:
Fast Mart

Bill Sero
Stemmerman } poss Susps)

Leah's shoe found on Elm — Near CHS
  poss last seen per witnesses walking
  → there
Found by Tony Messerle

9:30 - 9:45 Nick seen in T-Bird

Mary Fuller + Alecia Hartwell 9:30 saw
Leah @ CHS

Nick never mentions changing cars — Called
his mom @ 10:30 to see if Leah

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020543

Exhibit 46, Page 5 of 18

10 pm back in Mustang

Never looked for Leah @ house
   light in bedroom @ 2am
   threw rock & no response

No explanation of changing cars

Mom's red T-Bird

Upset frantic point of crying

Other shoe (left) found on Hudson ridge

Nick has never been locked into a story
  — Always said she was missing
    — never that she was just around someplace

Trunk Cutton — Shiny metal no carpet
  — remove leaking gas tank

Willberger — Joel Courtney sus poss in the area during time of Leah's death
Get hold of Paul Foster & see why he looked @ Courtney

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD020544

Exhibit 46, Page 6 of 18

Body kept in car only to transport to dump site — Lee Valley

- Leah poss enr to Bartley Grandparents place

Poss Dumped by Dad — reason why Nick switched to T-Bird?

Wit. heard 2 voices (male)

Leader thinks 2 people dumped body from car — Zanni believes he's right
Not spot in Road to get out chat or take a leak
Vegetation not broke down by road

Mustang not driving around after 9:30pm

Rt shoe found by CHS
 — Planted
 — Lost when trying to get out of car

Left shoe on Hudson Ridge had blood
Rt shoe no blood

Brent inv in helping dad dump body?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD020545

Exhibit 46, Page 7 of 18



### *Interviews*

Mike Tulles - Worked w/ Nick @ Bandon Dunes

<u>Mike Cook</u> {

Bon Fire on Baker Rd - People who were afraid to come forward
Bentley talked w/ some of them
Someone told a little kid you didn't see anything

~~Gloria~~ <u>Kerry L</u> Torres - Ex of Brent
6-10-64
ODL 3464320

1st - Phone Tap
- Nick
- Diff to get one on Dad

Nanny Cams in interview Room - 2 @ CQPD
Myrtle Point has one set up
OSP has one

Chief & Pat - Informal mtg w/ McGuffin Family this week

Hit Bartley ~~Gold~~ Gold - Not until gone Public
Day we go, before it hits media

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020546

Exhibit 46, Page 8 of 18

<u>Interviews</u>

Bartley - Riddle & Kelly Andrews
Torres - Ray & Bob ※ before Bartley ※ Day B4 get perspective
Johnstons - Sean
Charnley - Day of also: Rogers + Schwen

※ Prepared Grand Jury Subpoenas before going to interviews - Zanni

Frasier - Immunity Letter (Statute of limitation) Passed
 - not to Active participant
 - only helped Cover up some way

Tap - Equip ready in Salem & Available

Bill Fugate - OSP Det Sgt in Roseburg

※ Me - Do Packets on Inv

✱ 67 Mustang Cp — Trunk linings
   — get types of options

Stemmerman & Sero's Cars
Stacey Napier Car
Heather Steinhoff's Car     Ple ~~Geo~~/Kia
Crook's Car?

Stemmerman's house in Libby  backhoe
back yard — Tomorrow 10/14/09
2 places to dig

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020548