LAB # _OON481_
PAGE # _3_
INITIAL _P_
DATE _8/7/00_

# 00N481 – F.I.
## August 3 and 4, 2000

It is August 3, 2000, at 4:50 p.m. Bonnie Bertak and I arrived at scene approximately 1 mile east of the Lee Valley Fairview Road turnoff and we are meeting with Detectives at this location.

This is Lt. James Pex and I am going to record information on the scene.

The roadway is a gravel road that is headed Eastbound.  We are probably 1-½ miles from the junction where Lee Valley Road connects with the main road that goes between Coquille and Four Corners.

The site exists of a very timbered area, tall grass along the roadway, overhanging trees.  The area was secured by a BLM Ranger and members of Coos County Multi-agency search team.

The body is located off the bank, I would say 20 to 30 feet down a steep embankment.  From the roadway the only thing that is visible is blue jeans, there is an odor of decay obviously apparent.  Beside the roadway we have observed a bottle cap, a beer can and cloth.   These items are spread along the roadway, not unusually for a well traveled area.  These will be seized.

A path will be prepared along the side hill going to the body and we will extract the body in a body bag and transport it for autopsy.  Several photographs will be obtained using 35-mm and video film prior to that extraction.

AT 6:00 p.m. we created a trail at a diagonal angle down below the bodies, we took photographs and extracted.

The area surrounding the body and below is all covered with leaves and detritus not readily applicable to shoe impressions at this point.  The roadway up above is not also applicable to shoe impressions or tire tracks.  Very hardway with gravel shoulders and dusty at this time.  Our own shoe impressions from walking along the roadway and walking in the designated trail to the body do not show up.  Therefore I wouldn't expect any others from an earlier date and time to show up either.

After the body was removed the area underneath the body was searched and then a methodical search was conducted up the upgrade leading to the roadway.  Grass was pushed aside, the soil there is very hard and rocky and did not lend itself to shoe impressions again.  No evidence was found coming up the hill.  A distance was measured between the edge of the roadway and the body was 20 feet.  One old beer can and some broken glass were noted near the body, these were also seized.

00N-481 – FI - August 3 - 4, 2000
Freeman, Leah
Page 2

LAB # OON481
PAGE # 4
INITIAL P
DATE 8/4/00

In a continuation of the search, screens were used and the area under the body was sifted for trace evidence and particulates. Several items and evidence were seized from along the roadway and these packaged, sealed and transported back to the laboratory.

We cleared at 7:15 p.m.

The distance between the junction of Fairview Road in Coquille and the scene was 7.9 miles. The distance between the Fairview Road Junction in Coquille to the turnoff at Lee Valley Road is 7 miles. The distance from the junction of Lee Valley Road and Fairview Road to the scene is just under 1.2 miles.

On August 4, 2000, at approximately 9 a.m. I returned to the scene. Deputy Summers had taken a brush cutter and cleared away all the brush and weeds beside the roadway close to where the body went over the embankment. He also cleared away all of the leaves all the way down to the body, and approximately 20 feet on each side of where the body was lying. We did a detailed search of the area and came back with a metal detector, covered the area.

Walked approximately 100 yards in each direction on the roadway scanning the area with a medical detector along the side of the roadway on the north side. A couple of beer cans were located in the underbrush near where the body was found. These were seized. A 7-up pop can was also located about 50 feet east of where the body was found that was also seized.

LAB # 00N481
PAGE # 5
INITIAL P
DATE 8/4/00

on scene 4 $\frac{50}{p}$

5 $\frac{pm}{}$ on scene, body down over the hill to north off roadway. hood was gravel plate crushed next to roadway above her. difficult to see her, she is in the shadows. Barely see blue jeans

2 M ft

24 ft          19 ft          → RAC    South Side

Body
North Side

88 ft
88 ft

23 ft          17.5 ft
beer can

19 ft

BOTTLE CAP
← 9½ ft    ↑ 159 ft.
NORTH SIDE

24 ft.

LAB # __OON481__
PAGE # ____6____
INITIAL __P__
DATE __8/4/00__

Get distance from junction to site

going down to get body At 6pm
8·3·00

Body placed on plywood inside body Bag + sealed
c̄ evidence tape on the zipper.

Body – blonde hair, one sock, Blue denim pants
cotton top.
    Did adhesive tape lifts on pants + shirt
at scene prior to removal.
    dug dirt under body + sifted it
    searched hillside above body by hand
    no blood, shoe prints or other evidence

8/4   9^A returned to scene, grass + weeds cut by
Ron Summers(so) from road down to body
site. Searched again, then went over it c̄
metal detector.
    Some cans were sleeved.

Parts of deer + bloody cardboard ≃ 100' west of
body on roadway. Sample obtained to be sure
it was deer blood.
10³⁰/A cleared from scene