**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>         Plaintiffs,<br>    v.<br><br>Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County,<br><br>         Defendants. | Case No. 6:20-cv-01163-MK<br><br>**Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille** |

Page 1 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for
        Production to Defendant City of Coquille

| | |
|---|---|
| Nicholas James McGuffin, as an Individual and as guardian ad litem, on behalf of S.M., a minor, | Case No. 3:21-cv-01719-MK (Trailing Case) |
| Plaintiffs, | |
| v. | |
| Oregon State Police, | |
| Defendant. | |

Defendant City of Coquille hereby submits its response to Plaintiffs' First as follows:

## INTERROGATORIES

**INTERROGATORY NO. 12**: Identify the author(s) of the document attached as Attachment 1. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD000302-303 were created by Sean Sanborn.

CPD000304: Despite reasonable inquiry, the author of the form document is unknown; however, the handwritten portion of the document speaks for itself as to the attendees who signed in to the referenced meeting.

CPD000305: Despite reasonable inquiry, the author of the document is unknown.

CPD000306 – CPD000312 was authored by Mike Reaves (See Reaves Deposition at 134).

CPD000313: No independent knowledge of authorship; however, the document speaks for itself and was apparently created by David Hall.

CPD000314 – CPD000322 was authored by Shelly McInnes (See McInnes Deposition at 105).

CPD000323 – CPD000324: Despite reasonable inquiry, the author is

Page 2 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 2 of 16

unknown.

CPD000325 – CPD000330 was authored by Shelly McInnes.

CPD000331 – CPD000335: Despite reasonable inquiry, the author is unknown.

CPD000336: The City of Coquille has no independent knowledge of authorship; however, the document speaks for itself and was apparently created by Kathy Wilcox.

CPD000337 – CPD000338: No independent knowledge of authorship; however, the document speaks for itself and was apparently created by David Hall.

CPD000339 was authored by Pat Smith.

**INTERROGATORY NO. 13**: Identify the author(s) of the document attached as Attachment 2. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD006182 was authored by Sean Sanborn with exception of the handwritten "1050 N. Collier" at bottom of document, which is of unknown authorship.

CPD005709 – CPD005711: Despite reasonable inquiry, the creator of the typed document is unknown; the contents of the handwritten portions speak for themselves.

CPD020539 – CPD020559: Despite reasonable inquiry, the author is unknown.

CPD011820: Despite reasonable inquiry, the author is unknown.

CPD020571 – CPD020575: Despite reasonable inquiry, the author is unknown.

CPD020576 – CPD020580: Despite reasonable inquiry, the author is

Page 3 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 3 of 16

unknown.

CPD020560 – CPD020570: Despite reasonable inquiry, the author is unknown.

CPD002124 – CPD002175: Despite reasonable inquiry, the author is unknown.

CPD020479 – CPD020535: Despite reasonable inquiry, the author is unknown.

CPD020646 – CPD020647 were authored by Ray McNeely.

CPD020536 – CPD020538: Despite reasonable inquiry, the author is unknown.

CPD020445 – CPD020478: Despite reasonable inquiry, the author is unknown.

**INTERROGATORY NO. 14**:  Identify the author(s) of the document attached as Attachment 3.  If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD002092 – CPD002113: Despite reasonable inquiry, the author is unknown.

**INTERROGATORY NO. 15**:  Identify the author(s) of the document attached as Attachment 4.  If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**:  CPD020691 – CPD020698: The typed notes were authored by Eric Schwenninger; the handwritten notes were authored by Ray McNeely.

**INTERROGATORY NO. 16**:  Identify the author(s) of the document

Page 4 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 4 of 16

attached as Attachment 5. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD004825 – Despite reasonable inquiry, the author is unknown.

**INTERROGATORY NO. 17**: Identify the author(s) of the document attached as Attachment 6. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD018981 was authored by Chris Webley.

**INTERROGATORY NO. 18**: Identify the person(s) who created the handwritten notes and colored highlighting on the document attached as Attachment 7. If there was more than one person, identify the portion of the notes and highlighting created by each person.

**ANSWER**: The handwritten "Sunday the 16th" appearing at CPD020607 was created by Ray McNeely; despite reasonable inquiry, the creator of the remaining markup, handwriting, and highlighting is unknown.

**INTERROGATORY NO. 19**: Identify the author(s) of the document attached as Attachment 8. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD020701 was authored by Ray McNeely.

**INTERROGATORY NO. 20**: Identify the author(s) of the document attached as Attachment 9. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD000019 – CPD000024: The City of Coquille has no

Page 5 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 5 of 16

independent knowledge of authorship of the typed document; the handwritten notes on the document were authored by Ray McNeely.

**INTERROGATORY NO. 21**: Identify the author(s) of the document attached as Attachment 10. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD020646 was authored by Ray McNeely.

**INTERROGATORY NO. 22**: Identify the author(s) of the document attached as Attachment 11. If there was more than one author, identify the portion of the document authored by each person.

**ANSWER**: CPD004828: Despite reasonable inquiry, the author is unknown.

**INTERROGATORY NO. 23**: Is it your position that there was probable cause to arrest and charge Nicholas McGuffin with the murder of Leah Freeman? If so, state the factual basis for your position.

**ANSWER**: Yes; this position is based upon the fact that a Grand Jury for Coos County returned a true bill on charges involving the death of Leah Freeman, which was the basis of the indictment and arrest of Nicholas McGuffin.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 49**: Produce all documents created, generated, or received since 2019 related to any investigation into the murder of Leah Freeman.

**ANSWER**: No such nonprivileged documents exist in the custody or control of the City of Coquille that have not been previously produced. In the event any

Page 6 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 6 of 16

reasonably responsive non-privileged documents are created, they will be produced.

Dated: September 6, 2024.

Respectfully submitted,

By: /s/ Sarah R. Henderson
FRANZ & HENDERSON
**Sarah R. Henderson**
OSB #153474
(541) 741-8220
**Of Attorneys for Defendants Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, and City of Coquille, City of Coos Bay, Coos County, Oregon, and the Estate of David E. Hall**

## VERIFICATION

I declare under penalty of perjury that the foregoing answers to interrogatories are true and correct to the best of my knowledge and belief.

DATED this 6th day of September 2024.

_Sean Sanborn_
Sean Sanborn

Page 7 of 7 – Response to Plaintiffs' Second Set of Interrogatories and Third Request for Production to Defendant City of Coquille

Exhibit 48, Page 7 of 16

# ATTACHMENT 4

# CASE NOTES

## P20100620  Leah Freeman Homicide

**NOTES:**

| | | |
|---|---|---|
| 012310 | 0830 | At PD to review case files. |
| | 0945 | At Coquille PD for meeting. |
| | 1245 | 131 and I responded to 95088 Access Road in an attempt to determine if Nick McGuffin is now living at that address. Unable to determine as gate across bottom of driveway is closed with No Trespassing sign. House is elevated and not visible. |
| | 1315 | 131 and I responded to 66165 Church Road in an attempt to determine if Nick McGuffin still living there. Man on tractor in driveway, Blaine Messerle, advised he is the landlord and McGuffin just moved out 1 ½ months ago. He described McGuffin as clean shaven and polite when he wanted to be. Once he was given the keys to the property, became extremely demanding. Messerle also advised that girlfriend had two fights with McGuffin during the three months at the property and moved out for approximately 1 ½ months during their three months there. Confirmed Nick is driving the gray Dodge Stratus with chrome wheels and girlfriend is driving a maroon Honda with chrome wheels. Also has a three year old little girl. |
| | 1420 | 1155 W. Anderson for drive-by of property to determine vehicles present. Three vehicles YDF400, 098EFL, 935CYE. |
| | 1440 | Returned 12-3 to run vehicles and determine property owners for 1155 W. Anderson…Prestige Property Management 541.751.9415. |
| | 1455 | P/C to Riddle to advise above info |
| 012410 | 0930 | Rogers and I met with Dannels and Smith at Confusion Hill. They drove to Nick's residence and Rogers and I set up surveillance of Nick's residence until ~1215 hours. Nick did not leave his residence but was seen standing in the yard talking on a cell phone several times (downpour). At Dannels' direction, we cleared for lunch at Figaros. |
| | 1315 | Coquille PD for search warrant with Frasier |
| | 1420 | Out with Judge Stone at Coos County Courthouse for review and signature. |
| | 1600 | Served search warrant at McGuffin residence on Baker Road. Cleared scene at approximately 1650 hour to work on 2nd search warrant for Nick's Access Road address for unlawful recording. Ultimately that warrant was not signed as there was not enough probable cause to believe the evidence of the recording was at Nick's house. |
| 012510 | 0730 | Coquille briefing. Initially assigned to interview Ricky Crook. Completed that review of his packet but ultimately his interview was passed off to Looney. Rogers and I interviewed Cory Courtwright. |
| | 1330 | Media release. |
| | ~1600 | Rogers and I responded to Leah's house at the time of the incident. Photos and contacted owners now. They allowed us into the residence to document the layout. Ultimately, it is exceptionally unlikely anyone saw any light in Leah's room that was emitting from her mother's television. ==Scale diagram?== → working on it. |

Page 1 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020691

| | | |
|---|---|---|
| 012610 | 0915 | Continued interview with Cory Courtwright. |
| | 1400 | Introduction to Denise Bertrand at her residence in Myrtle Point. Ultimately needed to leave interview for GJ. Which worked out well given Bertrand's husband and children were serving as significant distractions. |
| 012710 | 0700 | McNeeley and I met with Scott Hamilton at his residence. Hamilton guided us to Leah's dump site and showed us the spot that Nick pointed out to him. He also confirmed his earlier statement to McNeely and Webley. Hamilton also agreed to do a pre-text phone call the following morning. |
| 012810 | 0700 | McNeeley and I met with Scott Hamilton at his residence and transported him back to the Coquille Police Department where we conducted a pretext phone call. During that call, (1) Nick says he remembers taking Hamilton to the location where Leah's body was found; (2) Nick tells him, "They don't need to know about that…" and, "You can tell them whatever you want to tell them, umm (pause), they don't need to know we went out there though."; (3) Although Nick denied telling Hamilton he picked Leah up and got in an argument which she ultimately exited his vehicle near McKay's, he did admit to smoking bowls with Aaron and them just before picking up Leah. This is particularly relevant as he admitted drug use and used the words "picked up Leah"; not went to pick up or tried to pick up…; (4) I think Nick admits to tripping on Acid that night too but the particular comment was somewhat unintelligible; (5) Nick also names several people he saw throughout the night that ==could identify further potential interviews==.  *check that out* |
| | 1110 | Checked for witness Rayanne Johnston at CMI address of 151 Norman #28: no answer left card in door. Neighbor advised she works at the Mill Casino. |
| | 1220 | Det. Rogers and I responded to the Mill Casino and contacted Security Manager Mike Hurd. Hurd confirmed Johnston worked at the casino but was not working that day. He provided a phone number for her. P/C to number and LMTCB. Incidentally, Hurd mentioned that McGuffin and his friends have made complaints to Human Resources regarding Leah Freeman fliers. |
| | 1235 | Business card still in Rayanne Johnston's door at Norman address. |
| | 1245 | P/C to Red Lion looking for Maegan Edgerton (listed as employer in CMI). Learned Edgerton was terminated 1 ½ years earlier. |
| | 1305 | Rec'd call from Rayanne Johnston who advised…. |
| | 1400 | Attempted contact with ==Milissa Sapp== at 1375 Anderson…no one home. |
| | 1405 | P/C to sister Janet Johnston… |
| | 1415 | P/C to grandmother Janet Brown… |
| | 1500 | Debriefing in Coquille |
| | 1730 | Code 9 |
| 012910 | 0800 | Coquille briefing |
| | 0915 | Review of evidence: Sanborn/Bowersox compared evidence to evidence list, Webb opened evidence on butcher paper, Looney photographed, Rogers labeled each item for the photographs, Schwenninger completed the photo log, Assmus packaged the evidence and Kinney re-sealed the packaging. |

Page **2** of **8**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020692

Exhibit 48, Page 10 of 16

|        | 1320  | Attempted contact with Courtwright at her residence: no answer at door. |
|--------|-------|--------|
| 020110 | ~1500 | P/C to Cory Courtwright at 541.404.9201: Courtwright confirmed that she is acquainted with Tom Bounds and may have talked with him during the period of time surrounding Leah's disappearance. However, she stated she did not remember him providing her with information about seeing her walking by the high school and later on the payphone at the Shell station on the night of her disappearance. Courtwright and I spoke for approximately 15 minutes about general rumors and speculation circulation around Coquille regarding the investigation. Courtwright did provide contact information for Mckayla Knight (the sister of a girl who dated a family member and had information about the burning of evidence at the McGuffin residence): 520.312.7881 |
| 020210 | ~1300 | Rec'd call from Cory Courtwright: Courtwright stated that a friend called her to notify her of an upcoming press release. As she had not been notified of a press release or any new information, she wanted to call to inquire. I explained the press release was scheduled by Chief Dannels during the initial release on Monday, January 25th. As such, it was intended to be a general release of information; not "late breaking news". Courtwright seemed appreciative of the response. |
|        | 1630  | P/C to Lt. Smith at 541.404.8226to relay McKayla Knight's contact info. |
|        | 1640  | P/C to Ray McNeeley at 541.290.4319: provided McKayla Knight's contact info. |
| 030110 | 1000  | Briefing at Coquille PD. During that meeting, I was assigned to contact Dave Hall for interview. |
| 030210 | ~1000 | P/ C to former Coquille Officer Jimmy Bryant at 541.297.6395: LMTCB |
|        | 1530  | Rec'd return call from former Coquille Officer Dave Hall: Hall stated he worked for Coquille for 12 years before he resigned in/about 2002. Hall explained he is not employed as a Sergeant for Black Butte, OR. Hall advised he was on light duty for four knee surgeries in 2000. He advised he returned to work and was directed by Reeves to assist with the investigation. Hall did not hide the fact that he and Reeves did not see eye to eye about how the case was handled. Hall explained he was Reeves' "gopher" and did what he was told to do. Specifically, Hall believed he played too much of a central role considering his lack of investigative training and availability of more senior officers. When asked if there was anything not in a report, Hall told me he "had a bad feeling" about McGuffin and Bartley. He explained McGuffin used the past tense occasionally saying for example, "I used to call her Angel." Also relayed story that Nick left failed poly, drove to Courtwright's and vomited; any loose strings? No, just thought the Major Crime Team should have been activated much earlier; anyone else that should be interviewed? His step-son ==Richard Bryant==. Hall explained Richard ran with many of the involved people back then and may have heard some "jailhouse talk" at one point. He stated Richard was not cooperative back then but has cleaned up since. Hall's contact info is at the Black Butte PD at 541.595.2191 (w) or 541.948.2048 (c). |
| 030310 | 0800  | Briefing at Coquille PD. Assigned to talk with Joshua Bundy (name provided by Nicki and D.R.), Hidey Crooks (Ricki Crooks' sister who saw necklace at Steinhoff's), and Danny Horrlacher's mother (Danny, who was dating Steinhoff's mother Heather allegedly told her Kristen confessed to mother and he was present) for interviews. |

*[Handwritten annotation "Dan" with arrow pointing to "Richard Bryant"]*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020693

| | | |
|---|---|---|
| | 1000 | Checked 1060 N. 12th for Bundy… not good address for more than 1 year. |
| | 1015 | Contacted Bundy at 1347 N. Dean Street and sat down with him in his living room. Bundy stated he didn't really know Leah but knew Nick, Brent, Steinhoff, etc. back then. Bundy advised he has heard all the rumors but specifically remembered that he was living with Maggie Knight when he was 18 and was into drugs at the time. Sometime after he moved in with Maggie, her sister McKayla Knight also moved in. While high, McKayla told them she was in a vehicle with Sero, Steinhoff, and another u/i male whose name he couldn't remember when they were all high on mushrooms. They saw Leah walking and jokingly swerved toward her but accidentally struck her. They loaded her into the trunk of their car and drove her to Coos Bay where they "did some morbid shit to her". Bundy stated he didn't know anything more. While talking, Bundy was clearly very emotional as his eyes teared up, his face flushed, and he was visibly shaking. Bundy said he was emotional because he considered it an injustice and was upset the people responsible weren't caught. He explained it could happen to anybody if it could have happened to Leah. During interview, Bundy's significant other, kids, and dog continued to interrupt and be a significant distraction. As a result, I ended the interview and provided him with my card requesting a return call. |
| | 1045 | Started looking for Hidey and checked 956 N. Elliott (listed in CMI), 756 N. Collier (left business card with u/i woman), 1164 N. Grape (dad's apartment ); and finally contacted her at 654 W. 11th Street. Hidey explained that she did a lot of dope back then and did drugs with Kristen Steinhoff. She stated they weren't particularly friends but hung out for drugs. Shortly after Leah's disappearance when the FBI was in town still; Kristen told her she drove McGuffin around on the night of her disappearance. While discussing McGuffin, Kristen showed her a necklace with Nick's name on it. Hidey didn't really remember the necklace but thought she remembered it was a "black rope necklace" with silver letters that said, "NICK". Hidey explained that she didn't know if the necklace was Leah's or Kristen's and remembered that Kristen had a crush on Nick. Either way, she said it "creeped [her] out". Discussed some of the usual rumors but ultimately had no other useful information. |
| | 1250 | Contacted Kristian Ford at 93092 Vida Prince Road. Kristian stated he is Danny Horrlacher's step-father and was present when Danny told he and his mother, Nona Ford, that he believed Kristen had something to do with Leah's death. Kristian said they talked about it shortly after the last pair of detectives contacted them approximately one month earlier too. Kristian did not provide any other info and instead referred us to his wife Nona. Contacted Nona at the residence and sat in her dining room. We told her we wanted to talk with Danny and incidentally talked with her for approximately 30 minutes. Nona told us Danny dated Kristen's mother for several years intermittently. During that time, Danny developed a suspicion that Kristen had something to do with Leah's death. However, as per Nona, Kristen never discussed it in front of him or made any confessions. Nona did mention "a purple car" during the conversation. Because this reference was out of context, I inquired further. Nona stated that Danny simply mentioned she was driving a purple car during that time. She stated she had no idea if it was relevant or not. |
| | 1500 | As we were pulling into Danny's North Bend address: Det Riddle returned a call to Kinney who confirmed he had been interviewed. No need to follow up with him further. |
| | 1515 | Passed on with Chief Dannels and Riddle in Eastside. |
| | 1600 | Back at CBPD. |

| | | |
|---|---|---|
| 030510 | 1000 | Briefing at Coquille PD |
| | 1230 | Met with Joshua Bundy at his residence with Det. Kinney.  Bundy got into my vehicle and we left the area for an interview.  Bundy exhibited similar emotional response.  He confirmed that he didn't know anything more than what he earlier told us.  However, after our initial contact, Bundy talked with his friend Brent (Morrow?) who told him he saw Nick McGuffin on the night of Leah's disappearance and smoked MJ with him.  During their contact, Nick repeatedly said, "Leah's gone."  The information Bundy provided was consistent with the information Brent provided to McNealy and Webley earlier that morning.  Joshua also suggested we talk with Joe Neumann (Nick's roommate in Bend).  No further information provided. |
| 051310 | 0900 | Coquille meeting for follow-up interviews. |
| 051510 | 0830 | Rec'd call from Denise Freeman who advised her husband has left her and her children approximately five days earlier.  Freeman believed her husband was using significant amounts of MJ and driving.  She stated he has bi-polar and off meds and staying with friend Travis (MJ dealer) in Bunkerhill.  Denise provided her husband's information, vehicle information, and Travis' information.  She explained she was concerned he may hurt himself or someone else if driving impaired.  Also asked her f/u questions regarding Leah's necklace.  She explained that she did give Leah a necklace that was a gold chain with a gold pendant that read "#1 sister".  Denise explained that she did later find the necklace in Leah's room and kept if for posterity.  When asked, Denise stated that Leah did have a necklace that was blue or purple with small dice that spelled the name "NICK" on it. She did not know where that necklace is currently. |
| 051610 | 2130 | Rec'd call from Denise who advised she found a spray bottle in her house that the lid smelled strongly of MJ.  She explained she is concerned there may be drugs located in her residence that she is unaware of and inquired about what she should do about them.  I explained that she should contact the Myrtle Point PD if she finds any illegal substances and turn them over to them for destruction or flush them immediately.  I further explained the possession law in Oregon. |
| 051710 | 0900 | Rec'd call from Cory Courtwright who advised McNeely and Webley talked with her on Friday and told her Det. Rogers and I would be re-contacting her and Denise on Tuesday.  Courtwright expressed concern that her daughter is going through a lot and was concerned further contact would cause her unnecessary stress as she is due to have her fourth child this week and husband recently left her.  I explained that we did not expect to need to talk with her further and that Courtwright herself should be able to answer any follow-up questions. |
| 051810 | 0900 | Coquille meeting for new assignments. |
| | 1000 | Interview with Courtwright with Det. Rogers. |
| | 1130 | Det. Rogers and I met with Fraiser who advised Wayne called him on 04/01/10 and advised Nick threatening/mean toward Nicole Edgerton; believes Matt Muenchrath is attorney for child custody case and the same person that Wayne turned a series of emails over to. |

| | | |
|---|---|---|
| | 1230 | 216 Leclair St, Coos Bay – Det. Rogers and I contacted adult male college student who advised no Arthur Jones living at that apartment but will find landlord contact info and re-call. *Done* |
| | 1245 | 2550 Oak Street, NB in attempt to contact A. Shradel. Realized I was familiar with the residence and know it to be empty. I further know the owners of the residence are Marty and Maggie Neulander and are all living in Eugene with their son, possibly Alex Shradel. P/C to the phone number on the "for rent" sign in the yard at 541.636.4161 and LMTCB. |
| | 1400 | Det. Rogers and I responded to 1076 Anderson Ave to attempt contact with Lisa Cook and contacted adult male resident who advised he and his wife are new tenants of 1 ½ months. Provided landlord info: Kirk and June Wilson |
| | 1410 | Det. Rogers and I attempted contact with Cheryl Coleman at 2521 Sherman Ave but received no answer at the door. *Need to contact.* |
| | | |
| 060310 | ~1400 | Talked with McNeely who had a list of follow-up to be completed from Frasier. On that list were several items associated or generated by interviews/report. I reviewed each of the items and provided responses to each. Of the items, Frasier mentioned that he believed I conducted a recorded interview with Josiah Adam Estabrook and wanted a copy of the interview. Initially, I was unfamiliar with the name and agreed to research CMI, my report, my voice recordings, my notes, and my notebook. I conducted that review intermittently over the next several hours and determined that Estabrook's name was mentioned during Joshua Bundy's second interview as a person Bundy thought was a confidant of McGuffin's. Incidentally, much of the confusion occurred because Josiah Adam Estabrook is the legal name for Joe Neumann, the roommate Bundy referred to. Bundy explained that Neumann was close with McGuffin and ultimately ended up being his roommate in Bend over previous years. Bundy guessed that Neumann would not cooperate with the investigation as Bundy believes he and McGuffin are still good friends. Additionally, during my search, I learned that Dispatcher Michelle ran Estabrook/Neumann's name on March 22nd at 1145 hours. |
| | 1630 | I called McNeely and explained the only mention of his name I was able to locate. I further explained that I did not contact Estabrook or Neumann during my investigation and did not conduct a recorded interview with him. |
| | | |
| 060410 | 1720 | At my request, McNeely emailed me a copy of the follow-up list so I could document my response to each of the items…<br>4. **Per Schwenninger's Report:**<br>   A. **He obtained a copy of rental agreement with Blaine Messerle and Nick McGuffin. Might I have a copy?** *Detective Rogers collected that rental agreement and forwarded it to Sean Sanborn that day or the next.*<br>   B. **Terry Middleton supposedly saw Nick shake Leah. Can we verify?** *As per Courtwright or Bertrand, I have not interviewed Terry Middleton or made attempts to do so. That interview will need to be scheduled by Coquille and assigned.* *Been contact x2*<br>   C. **Bill Middleton was victim of Nick driving reckless. Can we verify?** *As per Courtwright or Bertrand, I have not interviewed Bill Middleton or made attempts to do so. That interview will need to be scheduled by Coquille and assigned.*<br>   D. **Mikayla Knight says she was in car when Sero hit Leah. Need to interview Mikayla.** *Mikayla's information was forwarded to the* |

| | | |
|---|---|---|
| | | investigation team and, as I understand it, Chief Dannels conducted this interview in Arizona.<br>E. **Sean Sanborn supposedly recorded his contact with Bruce and H=Kathy McGuffin at search warrant execution in January 2010. Can I have a copy?** *Request would have to go to Coquille PD*<br>F. **Schwenninger apparently diagramed house or second floor of home where Leah lived at time of disappearance. Can I have a copy? Given that the question of lighting will be come up in a possible trial, do we want to see if we can get OSP to a scale diagram of that floor?** *Det. Rogers and I have suggested a total station diagram of the house on at least one of the debriefings. This is a good idea. I will forward a copy of the initial diagram and a secondary version as well.*<br>G. **Rogers took photos of second floor (see F). Can I get a copy?** *Already submitted by Det. Rogers.*<br>H. **Josiah Estabrook's interview was recorded. Can I get a copy?** *Initially, I was unfamiliar with the name and agreed to research CMI, my report, my voice recordings, my notes, and my notebook. I conducted that review intermittently over the next several hours and determined that Joe Neumann's name was mentioned during Joshua Bundy's second interview as a person Bundy thought was a confidant of McGuffin's. Incidentally, much of the confusion occurred because Joe Neumann's legal name is Josiah Adam Estabrook, the roommate Bundy referred to. Bundy explained that Neumann was close with McGuffin and ultimately ended up being his roommate in Bend over previous years. Bundy guessed that Neumann would not cooperate with the investigation as Bundy believes he and McGuffin are still good friends. Additionally, during my search, I learned that Dispatcher Michelle ran Estabrook/Neumann's name on March 22nd at 1145 hours.* |
| | 1740 | Drew a rough sketch of the upstairs layout of Leah's residence. |
| 060510 | 1710 | P/C to cell phone listed for Alex Shradel in CMI at 541.606.7540: talked with u/i female with Asian accent to advised wrong number. |
| | 1715 | P/C to Maggie Newlander at 541.636.4161: LMTCB. |
| 060610 | 1100 | Rec'd v/m from Maggie Newlander |
| 060810 | 1630 | P/C to Maggie Newlander at 541.636.4161and spoke with Shradel: Has heard rumors in jail that Bill Sero; heard that Nick McGuffin owed Sero money and that McGuffin said won't pay and that they took Freeman almost as a joke (not serious about it), but during course of time with Sero frying on acid and accidentally ran her over and put in the ditch. Rumors while in jail and also out of jail. Thinks that he remembers Eric Jenkins claiming to have more firsthand knowledge as he spent more time talking with inmates about the matter. Seemed to know Bill Sero . Knew Jenkins from H.S. and knew Sero as a low level drug dealer. Thinks rumor is possible and knew Sero to like acid, tough, and hard headed. Heard Jenkins was in AZ as of a few years ago. Brother Bryan Jenkins is a regular. |
| 061110 | ~2115 | Saw Courtwright at the Coquille Police Community Presentation meeting. Courtwright expressed appreciation for Det. Rogers and I and provided me with a |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020697

| | | |
|---|---|---|
| | | new telephone number for her… 541.260.4327. |
| 061710 | 2100 | Rec'd v/m from Shradel advising that he thought of more information to provide. |
| 062210 | 1040 | Returned call to Alex Shradel at 541.636.4161: spoke with his mother who agreed to LMTCB. |
| | 1240 | Rec'd return call from Shradel who stated he wanted the following information to remain anonymous: Shradel advised that he was a cell mate with Adam King during the Freeman investigation and that King told him he had a conversation with Eric Jenkins. As per Jenkins, Sero came into jail and broke down crying while saying he felt bad about striking Leah with his car. I also inquired about whether or not a deputy came into the jail and played a tape recorded message to his knowledge. Shradel denied any knowledge of that or anything like it during that time. |
| 062310 | 1020 | P/C to 541.636.4161 and spoke with Shradel: he confirmed that he knew Oswald from miscellaneous police contacts but doesn't specifically remember any significant contact. He further commented that he knew most of the deputies at that time through his time at the jail. Shradel said he is relatively certain Oswald never spoke with him about the Freeman case and does not remember him ever playing a tape for him or anyone else. Shradel further confirmed that he never met McGuffin and had no idea why the McGuffin's specifically named him. |