10CR0782

1  R. Paul Frasier, OSB #842235
2  Coos County District Attorney
3  Coos County District Attorneys Office
4  Coos County Courthouse
5  Coquille, Oregon 97423
6  Telephone: (541) 396-7555
7  FAX: (541) 396-1015
8
9              **IN THE CIRCUIT COURT OF THE STATE OF OREGON**
10
11                   **FOR THE COUNTY OF COOS**
12
13  STATE OF OREGON,                          )
14                                            )
15          PLAINTIFF,                        )    No. 10-CR-0782
16                                            )
17      vs.                                   )
18                                            )
19  NICHOLAS JAMES MCGUFFIN,                  )
20                                            )
21          DEFENDANT.                        )
22  _____)
23
24         **ORDER/JUDGMENT IN RE PLAINTIFF'S MOTION TO DISMISS**
25
26         This matter came before the Court on motion of the plaintiff to dismiss this case

27  and to order the Oregon Department of Corrections to release the defendant forthwith.

28  The Court, after being duly advised in all of the particulars, hereby orders:

29         1. That this case is dismissed for the reasons as set forth in the plaintiff's motion

30         to dismiss; and

31         2. As the Court had previously ordered on this matter that the defendant be

32         committed to the physical and legal custody of the Oregon Department of

Page 1 – Order in re Plaintiff's Motion to Dismiss
R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555

1    Corrections, the Oregon Department of Corrections is ordered to immediately

2    release the defendant from that previously ordered term incarceration.

3                    Dated this _____day of December, 2019.

4

5                                        Signed: 12/17/2019 02:06 PM

6                                        MArtu E STone

7                    _____

8                                        Circuit Court Judge Martin E Stone

9

10

11

12

13

14   **************************************************************************************************

15   I certify that I served a true copy of this document on Janice Puracal, attorney for the

16   defendant herein, in compliance with the applicable rules of the Oregon Rules of Civil

17   Procedure on the ____day of December, 2019.

18

19

20

21                    _____

22                    R. Paul Frasier OSB # 842235

23                    District Attorney

Page 2 – Order in re Plaintiff's Motion to Dismiss
R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555