

MARK J. DANNELS
Chief of Police

## Operation Plan
### (CONFIDENTIAL)

Leah Freeman Homicide Investigation
Case #Q20001905
WORKING DOCUMENT

### Situation:

**Type of Operation:**
Unsolved Cold Case Homicide Investigation
Revitalization of the Leah Freeman Homicide Investigation

**Suspect(s):**
Nicholas McGuffin, Brent Bartley

**Location of Suspect(s):** *66165 Church RD.*
N. McGuffin-Church Road, Coos Bay, *OR 97420*
56246 Baker Road, Coquille (Residence of N. McGuffin's parents)
B. Bartley-1155 W. Anderson, Coos Bay

*(- Terry Springer @ mill will get number through Riddle)*

**Suspect's Associated Vehicles:**
McGuffin-Silver Dodge Stratus (OR ZTA378)
Bruce McGuffin-1994 Ford 350 PU (OR D10958)
Bartley-Blue 1977 Chevy Pickup (OR HND386)

*- Need to add Vidocq case summary -*

**Person's of Interest:**
McGuffin, Bruce (N. McGuffin's father, possibly involved)
McGuffin, Kathy (N. McGuffin's mother, may have knowledge)
Edgerton, ~~Mindy~~ *Missy* (N. McGuffin's girlfriend, may have knowledge)
McGuffin, Wayne (N. McGuffin's brother, may have knowledge)
Chamley, Bonnie (B. Bartley's girlfriend, may have knowledge)
Kristen Plew
Josh Fraley
Morgan Bresco
Janet and Rayann Johnston (Campers who heard voices, observed vehicle at body dump site refer to case #20-10627C from the CCSO)

*Thunderbird & Mustang in 8/1/am*

*Any person who heard and/ or saw L. Freeman, N. McGuffin, or B. Bartley on June 29, 2000. Refer to tip sheets maintained at the Coquille Police Department.*

City Hall: 851 N. Central Blvd., Coquille, Oregon 97423 • Bus. Phone: (541) 396-2114 • 24 hour Fax: (541) 396-2113

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD005716

Exhibit 66, Page 1 of 5

(CONFIDENTIAL)

*Problem Information:*
The Crime occurred in 2000, resulting in the death of Leah Freeman. At the time of the initial investigation, McGuffin had a lawyer on retainer. Physical evidence is being re-evaluated. Specific C.O.D. is unknown, listed only as "Homicidal Violence". There is much rumor and innuendo surrounding the investigation. Based upon less than adequate case management at the time of the investigation by the Coquille Police Department, this case deserves to be re-evaluated and reassessed.

## Mission:

*Statement:*
To bring closure to the family of Leah Freeman by determining the specific circumstances surrounding Leah's death. To seek prosecution and retribution from the suspect(s) involved through the criminal justice process.

*Background Information:*
Original case files and reports are available at the Coquille Police Department to include current, up to date information and follow up reports. The State of Oregon Justice Department has also been assisting in preparing background information. From September, 2008 until now, the case files have been reorganized, reports and files updated, evidence re-examined with support from a cold case team, and the Oregon Department of Justice. See attached packet for further information.

## Execution:

*Plan:*
The plan will consist of four phases with a focus on re-evaluating lead sheets for follow up interviews. Emphasis will be placed on locating N. McGuffin's Ford Mustang. In the last year, the Coquille Police Department and Cold Case team have organized case files, and followed up on new leads. Unfortunately, most of the leads have not yielded any results. The goal is to formally and publicly re-open the case. There have been many changes in the associated person's lives in the past ten years, allegiances' have been changed, and new events have occurred. Using every available resource, we would like to highlight and emphasize these changes to generate new information. Additionally, forensic science has advanced. The evidence we have is being re-evaluated to help determine what occurred.

*Phase I:*
Phase I consists of planning and refining of the operation plan to include the determination of person's of interest, lead follow up, and evaluation of evidence. Personnel will be identified as investigators. Facilities will be determined for use, and prepared. Chain of Command, and evidence will be established. Coordination for the investigation will be under the direction of the Coquille Police Department in partnership

(CONFIDENTIAL)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD005717

**(CONFIDENTIAL)**

with the Coos County District Attorney's Office. During this phase, Chief Dannels and LT Smith are laying groundwork with the McGuffin's to illicit cooperation. - Possible interview w/ B McGuh

*Phase II:*
Phase II consists of the execution of the plan, and collection of evidence. The re-opening of the case will be made public knowledge during this phase. During this phase, Brent Bartley will be interviewed by Detective Riddle and Deputy Andrews. Detective Schwenniger and Officer McNeely will interview past girlfriends of Brent Bartley. Chief Webb and Officer Sanborn will interview the Johnston's. Sherry Mitchell and Corey Bryant will be interviewed by Detective Schwenniger and Detective Rogers. Further follow up will be conducted as required and/ or directed.

*Phase III:*
Phase III consists of follow up on necessary leads, and evaluation of new evidence.

*Phase IV:*
Phase IV will consist of prosecution if needed.

## Key Personnel and Commuication:

*Investigative Chain of Command:*
District Attorney R. Paul Frasier
Chief of Police Mark Dannels, Coquille P.D.
Lieutenant Patrick Smith, Coquille P.D.

*Support Personnel:*
Case Officer Sean M. Sanborn
DOJ Analyst Lisa McOwen
Investigator Craig Zanni
Investigator Mike Cook
Investigator Larry Leader
Investigator Tom Benz
HRD K9 Handler Jim Giambrone
HRD K9 Handler John C. Lee-Thiem
Dispatcher Michelle Kirby

*Investigators:*
Chief Bob Webb
Officer Ray McNeely
Detective Scott Rogers
Detective Eric Schwenniger
Deputy Kelly Andrews

**(CONFIDENTIAL)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD005718

(CONFIDENTIAL)

*Communication:*
All forms of communication will be used to include Email, Cellular phone, landline, and radio as needed. Use your agency resources as necessary, coordinate needs through the Coquille Police Department.

## Service and Support:

*Legal Support:*
Legal Support, advice and services will be obtained through the Coos County District Attorney's Office.

*Reports:*
Reports will be completed in a timely manner to be submitted to the District Attorney's Office and the Coquille Police Department. Reports will be typed using a preformatted word document. Please ensure reports are signed prior to submission to the District Attorney, and the Coquille Police Department. - Need to make form.

*Facilities:*
Facilities used for interview and interrogation purposes must be equipped with audio and visual recording devices. Spaces will be prepared for use at the Coquille Police Department. Other facilities may be used at the investigator's discretion with approval from the chain of command. The Coquille Police Department will be used as the primary meeting, briefing and Command Post location. The Coquille Police Department is located at 851 North Central Boulevard, Coquille OR 97423.

*Special Requests:*
Special Requests made by investigators will be honored as resources are available.

## Risk Analysis:

Overall risk for this operation is low. Many of the players involved are known users of illicit drugs.

**(CONFIDENTIAL)**

Prepared by:
Sean M. Sanborn
Officer
Coquille Police Department
ssanborn@cityofcoquille.org
Cell: 541-217-0343


Approved by:
Mark J. Dannels
Chief of Police
Coquille Police Department
mdannels@cityofcoquille.org
Cell: 541-294-1542

**(CONFIDENTIAL)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD005720