1700 hrs(ish)-Chris/Ray stop Nick, give ticket for traffic violation

01/25/10-Debriefing @ 1530 hrs
Brian & Sean-
-interview Aaron West:timeline slightly off, but the where is consistent
-added:talked about relationship. Nick demanding of Leah, has explosive behavior ie balled fists, wild eyes
-Leah did everything Nick wanted her to do
-Nick quit driving Mustang after Leah. Said frame rails rusted out & leaf springs broken???
"The story he made up" re:Mustang story

Sean-
Interview Mike Reeves
-"case never closed"
-told Frasier where Mustang was-"Nope, no idea what happened to it after release from search warrant"

**find the Mustang**

Interview Denise Freeman tomorrow

Theresa & Dan-
Interview Kristen Steinoff
-at first reluctant, finally rehashed
-saw Nick pacing back & forth @ turnout by Econo Rooter, seemed nervous & agitated

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD002128