AUG 02 2004
DA
53

# COOS COUNTY SHERIFF'S OFFICE

INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours   By:JPD

```
INCIDENT REPORT [ ]  RPT'D DATE/TIME [ 08-02-04             ]
SUPPLEMENTAL    [X]  OCC'D DATE/TIME [ 05-27-04             ]
CONNECT NUMBERS [ 04-09118                                  ]

OFFENSE(S)      [ HOMICIDE / ASSIST POLICE                  ]
VICTIM'S NAME   [ FREEMAN, LEAH                             ]
LOCATION        [ BANDON DUNES                              ]

DISTRIBUTION    [ DA                                        ]
                [ COQUILLE PD                               ]
```

## SUMMARY:
On 05-27-04 I assisted in follow-up in Corvallis Police Department's homicide investigation of Brooke Wilberger. I assisted a member of the FBI contact and interview Nick McGuffin regarding the death of Brooke Wilberger.

## PERSONS INFORMATION:
(V) FREEMAN, Leah; DOB 10-29-84, deceased, DOD 06-28-00.
    Mentioned in previous reports.

(S) MCGUFFIN, Nicholas James; DOB 04-25-82, 22 YOA, WMA.
    Mentioned in previous reports.
    Employed as a Ranger at Bandon Dunes Golf Course.

(IP) WILBERGER, Brooke; 20 YOA, Deceased WFA.
     Victim in Corvallis Police Department homicide.

(AO) SOULE, Bill; Special Agent
     FBI Field Office, Eugene, OR

## EVIDENCE/PROPERTY INFORMATION:
N/A

REPORTING OFFICER  [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                ]

PAGE 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 000053

## COOS COUNTY SHERIFF'S OFFICE

55

### INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours   By:JPD

Our contact with Mr. McGuffin concluded at 1250 hours. As of this date neither Nick McGuffin or his Attorney has contacted me regarding this information that Mr. McGuffin stated he had.

**STATEMENTS:**
**NICK MCGUFFIN** stated in substance that he did not have anything to do with the death of Brooke Wilberger. He advised that he was at work on the date and time that Brooke Wilberger came up missing. Mr. McGuffin produced his time sheet to indicate that he was indeed at work at the Bandon Dune Golf Course at that time.

Mr. McGuffin did ask why we were looking at him for this and I advised him that because he had never been cleared in the Leah Freeman case that many other agencies would certainly consider contacting him in any similar investigations. Nick stated that he had a letter from Alisa Michaud that said who killed Leah, and asked why we were not looking into that information. I advised Mr. McGuffin that we were aware that he had legal representation in the Leah Freeman investigation and that we were not here to speak to him about Leah Freeman.

Nicholas McGuffin continued on stating that this letter he had told of how Alisa Michaud had been kidnapped with Leah and that she saw how Leah died. Mr. McGuffin advised that he was trying to get his life back on track and had a good job at the Bandon Dunes, and wanted to put all of this Leah stuff behind him.

Mr. McGuffin stated that the only reason that he quit talking to the police was because immediately after he reported Leah missing, the cops started saying he was responsible and that he killed Leah. Mr. McGuffin stated that he had a lot of information for the police and would like to talk to someone about it, fresh from the start. I advised Nick that I would sit down with him at any time and start straight from the beginning at any time he wanted. I did advise him again that because I knew that he had legal representation that he should contact them first and have them set up and appointment for our interview.

REPORTING OFFICER   [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                                    ]

PAGE 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 000054

## COOS COUNTY SHERIFF'S OFFICE

56

INCIDENT NARRATIVE / FILE NO: 20-10627

Date/Time Printed: August 2, 2004 / 11:10 Hours    By:JPD

ACTION(S) PENDING:
Pending.

1. Pending contact by Mr. McGuffin's Attorney.


1.5  hrs
5    npc


REPORTING OFFICER   [ DETECTIVE CPL. PAT DOWNING/510 ] DPSST [ 14699 ]
SHIFT [ 2 ] DISTRICT [ 6 ] APPROVAL [                              ]

PAGE 4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        Coquille 000055