IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF COOS

| STATE OF OREGON, | ) | |
|---|---|---|
| v. | ) | Case No.   10CR0782 |
| Nicholas James McGuffin | ) | |
| **Defendant.** | ) | |

FILED 2011 AUG -1 PM 3:02 COOS COUNTY OREGON

__X__ Judgment of Conviction/Sentence  __X__ Measure 11
____ Judgment on Probation Violation/Contempt/Sentence
____ Conditional Discharge

The above named Defendant _____ indigent coming before this court on    8/1/2011   , the State appearing by __P. Frasier & E. Soublet__, Assistant District Attorney; Defendant appearing in person and by attorney __Shaun McCrea__ (Court Appointed); Defendant being advised of the right to counsel and _____ waiving right to counsel; _____ pled __xx__ found __guilty__ by jury to and is convicted of the following offenses

Case Count                                    Offense
                    Manslaughter I (lesser included of Murder)
_____  _____
_____  _____

**IT IS HEREBY ORDERED:**

1. _____ **DRUG DIVERSION** – Defendant's guilty plea to PCS _____ Is accepted under ORS 475.245
   an adjudication of guilt _____ shall not be _____ is entered at this time
2. _____ Counts dismissed/acquitted: _____
   _____ Cases dismissed: _____
3. _____ Presentence report _____ received _____ waived

4. __XX__ **DEFENDANT IS SENTENCED TO:**
   _____ _____ Coos County Jail _____ concurrent/consecutive
   _____ _____ credit _____ no credit for time served
   __XX__ 120 months  Department of Corrections; followed by  36  months post-prison supervision
   _____ pay fines, costs, fees, assessments, restitution as set forth in the Money Judgment section
   _____ _____ months Dangerous Offender _____ months gun minimum

5. **PROBATION:**
   _____ _____ imposition _____ execution of sentence suspended _____ placed on
   _____ sentenced to _____ continued on probation for _____ from _____ to the
   _____ Department of Corrections (see attached sheet for conditions)
   _____ Court (see attached sheet for conditions)
   _____ Court finds jail space available and imposes: _____ sanction units
   _____ early release for drug/alcohol residential treatment
   _____ _____ hours community service work _____
   _____ comply with previously imposed conditions of probation
   _____ serve _____ Coos County Jail _____ credit _____ no credit for time served

6. _____ Driver's license suspended for _____ months.

TCF_000016

-714-