005880                          005880                          005880

# GRAND JURY SUBPOENA

STATE OF OREGON        )
                       ) ss.
County of Coos         )

JUL 0 8 2010

IN THE NAME OF THE STATE OF OREGON

TO: DENISE FREEMAN, 410 Bender Street, Myrtle Point, Oregon 97458
    AKA BERTRAND

You are hereby commanded to appear before the Grand Jury for the County of Coos at the Coos County Courthouse, 250 N. Baxter Street, in Coquille, Oregon on:

**JULY 14, 2010, at 1:30 p.m.**

To appear as a witness before the said Grand Jury.
Witness my hand on: 7/6/10.

R. PAUL FRASIER
District Attorney for Coos County

**TO THE WITNESS: PLEASE BRING THIS SUBPOENA WITH YOU TO GRAND JURY FOR PAYMENT OF WITNESS FEE AND MILEAGE. PLEASE COME A FEW MINUTES EARLY SO THAT WE CAN TALK TO YOU IF NECESSARY BEFORE THE HEARING.**

DISTRICT ATTORNEY: (541) 396-3121, Ext. 257, 465.
CRIME VICTIM ASSISTANCE OFFICE: (541) 396-3121, Ext. 468, 469.

STATE OF OREGON   ) ss.
County of Coos    )

I hereby certify that the above and foregoing is a true and correct copy of the original subpoena now in my hands for service.

ANDREW R. JACKSON, Sheriff

By: _____

STATE OF OREGON   ) ss.
County of Coos    )

I hereby certify that I served the within subpoena, within the said state and county on the ___7___ day of ___July___, 2010, on the within named ___Listed___ personally and in person by delivering a true copy thereof, prepared and certified to by me as Sheriff.

ANDREW R. JACKSON, Sheriff
By: _____
Deputy

005880                          005880                          005880