**Mark Dannels**

| | |
|---|---|
| **From:** | Mark Dannels [mdannels@cityofcoquille.org] |
| **Sent:** | Thursday, July 16, 2009 2:53 PM |
| **To:** | 'fborn@comcast.net' |
| **Cc:** | 'Paul Frasier' |
| **Subject:** | Leah Freeman Homicide |

Good afternoon Fred,

It was a pleasure to speak to you yesterday in regards to your organization and the possible assistance of your membership. I cc my District Attorney, Mr. Paul Frasier to keep him in the loop with our conversations. I did some research as you requested regarding your organization (Vidocq Society) and feel confident in the merit of your organization. As a tentative thought, I would be interested in discussing our partnership regarding this case with a potential in-person meeting in November, 2009.

Once again, thank you for the interest with this case and I (we) look forward to hearing from you.

Have a Safe Day,

Mark Dannels
Chief of Police
851 N. Central Blvd.
Coquille, OR. 97423

Fax    541-396-2113
Work   541-396-2114 x 210
Cell   541-294-1542

7/16/2009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPO EXHIBIT
Dannels 2022-07-14
10

CPD004603

Exhibit 95, Page 1 of 1