Anthony R. Scisciani III, OSB No. 070013
Meredith A. Sawyer, *pro hac vice*
Lisa Lear, OSB No. 852672
Kelsey L. Shewbert, OSB No. 221063
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
msawyer@hwslawgroup.com
llear@hwslawgroup.com
kshewbert@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor, <br><br> Plaintiffs, <br><br> V. <br><br> MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, <br><br> Defendants. | Civil Case No. 6:20-CV-01163-MTK (Lead Case) <br><br><br> DECLARATION OF MEREDITH A. SAWYER IN SUPPORT OF DEFENDANT VIDOCQ SOCIETY'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

DECLARATION OF MEREDITH A. SAWYER IN SUPPORT OF
DEFENDANT VIDOCQ SOCIETY'S MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF -Page 1

VIDOCQ SOCIETY,

          Cross-Claimant.

v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE,
SEAN SANBORN, ERIC
SCHWENNINGER, RICHARD WALTER,
CHRIS WEBLEY, ANTHONY WETMORE,
KATHY WILCOX, CRAIG ZANNI, DAVID
ZAVALA, JOEL D. SHAPIRO AS
ADMINISTRATOR OF THE ESTATE OF
DAVID E. HALL,  CITY OF COQUILLE,
CITY OF COOS BAY, and COOS COUNTY.

          Cross Defendants


NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

          Plaintiffs,

v.

OREGON STATE POLICE,

          Defendant.

Civil Case No. 3:21-cv-01719-MTK
(Trailing Case)

I, Meredith A. Sawyer, hereby declare as follows:

1.  I am counsel of record for Defendant Vidocq Society in the above-captioned matter and I make this declaration upon my personal knowledge.

2.  After experiencing significant pain over the past few weeks, I was diagnosed yesterday evening with a serious medical issue that needs immediate treatment which has been scheduled for Monday, March 10, 2025.  The symptoms before this diagnosis have been difficult and have affected my ability to concentrate or work.

DECLARATION OF MEREDITH A. SAWYER IN SUPPORT OF
DEFENDANT VIDOCQ SOCIETY'S MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF -Page 2

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

3. While other attorneys in my office have appeared in this matter, I am the lead attorney and responsible for the summary judgment briefing. My associated colleagues do not have the degree of familiarity with the file nor availability in their schedule that is necessary to complete the reply briefing in this case, given the current March 11, 2025 deadline for filing reply briefs.

4. The requested extension of time is for one week only, with the briefing to be filed no later than March 18, 2025.

5. I have conferred with all counsel pursuant to LR 7-1 in this matter they do not object to the requested extension of time.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED this 7th day of March, 2025, in Seattle Washington.

BY: */s/ Meredith A. Sawyer*

Meredith A. Sawyer, *pro hac vice*
msawyer@hwslawgroup.com
Attorney for Defendant Vidocq Society

DECLARATION OF MEREDITH A. SAWYER IN SUPPORT OF
DEFENDANT VIDOCQ SOCIETY'S MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF -Page 3

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248