**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>                  Plaintiffs,<br>        v.<br><br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly McInnes, Raymond McNeely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric Schwenninger,<br>Richard Walter, Chris Webley, Anthony<br>Wetmore, Kathy Wilcox, Craig Zanni,<br>David Zavala, Joel D. Shapiro as Administrator<br>of the Estate of David E. Hall, Vidocq Society,<br>City of Coquille, City of Coos Bay, and Coos County,<br><br>                  Defendants. | Case No. 6:20-cv-01163-MTK<br><br>**Declaration of<br>Robert E. Franz, Jr.**<br>in Support of Municipal<br>Defendants' Reply to FRCP 56<br>Motion for Summary Judgment<br>**(Exhibits 5072-5084)** |

Page 1 of 4 – Declaration of Robert E. Franz, Jr.

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

          Plaintiffs,

   v.

Oregon State Police,

          Defendant.

Case No. 3:21-cv-01719-MTK
(Trailing Case)

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

Attached hereto as Exhibit 5072, is a true and correct copy of the notes of Kathleen McGuffin, the mother of Nicholas McGuffin. This document has four pages of notes on one page, which are Bates stamped 004240 to 004243.  The first page of the document is the first page of a binder marked "State v McGuffin Discovery Items 101-150."  I found this binder in the files of attorney Shaun McCrea.  Ms. McCrea had Exhibit 5072 prior to the start of the criminal trial.

Attached hereto as Exhibit 5073, is a true and correct copy of a page from a spread sheet that was in the files of Joyce Bonk, the investigator for Shaun McCrea.  This page was produced to us on October 6, 2000, by the Plaintiffs in this case.  The page is Bates stamped Bonk 000007 to indicate to us that Bonk was in possession of this page prior to the criminal trial.

Attached hereto as Exhibit 5074, is a true and correct copy of a portion of the police report of Jim Davis in which Jim Davis and Detective Perske interviewed Plaintiff Nick McGuffin on July 26, 2000.  The interview is on page

Page 2 of 4 – Declaration of Robert E. Franz, Jr.

Bates stamped 001179.  This page is contained in a binder marked "State v McGuffin Discovery Items 1-50."  I found this binder in the files of attorney Shaun McCrea.  Ms. McCrea had Exhibit 5074 prior to the start of the criminal trial.

Attached hereto as Exhibit 5075, is a true and correct copy of a page from a spread sheet that was in the files of Joyce Bonk, the investigator for Shaun McCrea.  This page was produced to us on October 6, 2000, by the Plaintiffs in this case.  The page is Bates stamped Bonk 000013 to indicate to us that Bonk was in possession of this page prior to the criminal trial.

Attached hereto as Exhibit 5076, is a true and correct copy of a report about John Lindegren done by Joyce Bonk and provided to Shaun McCrea.  This report was provided to us by the Plaintiffs on October 6, 2000, and is contained in the files of Shaun McCrea.

Attached hereto as Exhibit 5077, is a true and correct copy of an email from Joyce Bonk to Shaun McCrea. The page is Bates stamped Bonk 000977 to indicate to us that Bonk was in possession of this page prior to the criminal trial. This email was provided to us by the Plaintiffs on October 6, 2000.

Attached hereto as Exhibit 5078, is a true and correct copy of a couple of pages from the deposition of Paul Frasier taken on August 29, 2023, where Frasier explains that any document Bates stamped means that he had possession of the document prior to the criminal trial.

Attached hereto as Exhibit 5079, is a true and correct copy of the Report of Randy Ulmer dated June 29, 2000.

Attached hereto as Exhibit 5080, is a true and correct of pages from the 2000 Coquille High School yearbook entitled "One Last Look."  The pages have the names of the students.  These pages are some of the same pages from the report

of Joyce Bonk, Exhibit 5076, in which Bonk does not have the names of the students.

Attached hereto as Exhibit 5081, is a true and correct copy of the deposition of John Lindegren.

Attached hereto as Exhibit 5082, is a true and correct copy of the Report of Officer Webley dated June 24, 2011.

Attached hereto as Exhibit 5083, is a true and correct copy of a couple of pages from the deposition of Paul Frasier which was taken on May 31, 2019.

Attached hereto as Exhibit 5084, is a true and correct copy of the training and employment records of David Hall that were on file with the DPSST.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, March 11, 2025.

By:    /s/ Robert E. Franz, Jr.
       FRANZ & HENDERSON
       **Robert E. Franz, Jr.**
       OSB #730915
       **Attorneys for Municipal Defendants**