**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

      Plaintiffs,

      v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

      Defendants.

Case No. 6:20-cv-01163-MTK

**EXHIBIT 5072**
**Declaration of Robert E. Franz, Jr.**
in Support of Municipal Defendants'
Reply in Support of their FRCP
Motion for Summary Judgment

# State v McGuffin

# Discovery

# Items 101-150

Part 2

126 – 150

Exhibit 5072 at 1

t. Kurt Bennett showed up at our house
I asked what he needed. He said he
ruce as they have a repour going. Gave me
Bruce came home and called. His question
ick's timeline when he was with the 3
ck left at 8 not 9. Bruce said was does
as supposedly seen between 9 and 9:30 by
left at that.

2000

house again asking for Bruce. Kathy
wanted to talk about Nick's timeline
n we were not speaking to them again. Lt.
ld we could talk to Nick without his
his parents were present. I said Nick
standing right here and I would ask him.
lthout my attorney. Lt. Young said, OK,
the phone.

)

l was returned from police.

)

by their neighbor (Lewis Wilson) that the
und 6 or 7 pm a Coquille Police car was
y. Lewis confronted him and told him if
he McGuffin's they lived up the other
im to leave the property.

0

: Hall (Coquille Police) and told him
property. He was out of his
a warrant. Hall told Bruce it
and he would check into it.

y's sister) called with information. A
Amber (works at Astro Gas Station in
sister named Heather Albers works with
mother (Peg Mitchell). Heather was told
had done or was doing a pregnancy test
going to Portland with friends. Bruce
Cory. Cory said no way and was not
io Kathy called Officer Hall and told him.
ems funny everything (rumors) keep
. Hall said they were working on several
A few hours later Cory visited Kathy and
we had left another woman came over to
ntioned Leah being pregnant and that she
ning she disappeared up by Safeway
.. This is opposite direction of where
after she left her friend's house.

⑥

and numerous others serve search warrant
house and property. They now take the
hey take Nick to police station for
ey start talking to Nick telling him his
nd 10 is vague. He does talk to them as
Jason Rice (Bo Manson), Quinn Cannon
that evening. They also tell him he
t the gas station, but Nick does not
that is to his advantage.

Nick. He just came from police station
They tell him to confess as Nick has
Leah and for him to come clean to
does not give in.

re of a psychiatrist and is on medication
is extremely lost. This is tearing him
e Leah is gone, but because they are
g responsible.

2000

ith Cory's father (Leah's grandfather)
is telling family that Nick is

ng.

⑧

---

Sunday July 23, 2000

Julie found out from Amber that no one from police had even
confronted her. When Kathy informed Officer Hall about
Amber, we did not have the sister's name of Heather Albers.
So, if police had followed up on this they would have had to
go to Amber first. So, Julie was able to get Heather's name
and phone number. Bruce called and left a message.
Bruce also calls and talks with Joe Forsberg (we know him) and
he says his was just a rumor.
Bruce calls Adele Sloan (friend of Nick's). Leaves message
with a woman for Adele to call. When he gives her his and
Nick's name, the woman seems very nervous. Adele does not
return call.

Monday July 24, 2000

Heather and Bruce talk. Heather states she does not know Peg
Mitchell and does not know who Leah is.
Peg Mitchell leaves message on Nick's phone for him to call
her as she wants to talk to him as a Mom to a child. Peg has
not called for Nick once throughout this whole situation.
She called and spoke to Kathy once on July 4 when she heard
of information regarding lady from Port Orford who thought
she had seen Leah. All she wanted to know if it was Nick who
had talked to the lady and how reliable it was. I told her
my husband, Bruce, was there and he is a very reliable
person along with Nick. Nick returned Peg's call and left
message on machine.

Ricky Crook, friend of Nick's, says his father saw a gray van
the night Leah disappeared. He had to swerve around them as
they were in his lane. There were two guys and a blond girl
in front. He saw them about 9:20 and they were heading out
of town towards Fairview. Supposedly, one of Leah's shoes
has been found across from High School and one has been found
on Hudson Ridge, which is out by Fairview. He notified
police.

Wednesday July 26, 2000

Candlelight vigil held for Leah. Several officers present.
The police have been questioning Ricky for the past few days
saying they believe Nick has confided in him. After vigil,
call Ricky over again and try to get him to call Nick over.
He refuses.

Thursday July 27, 2000

At Ricky's again wanting him to take a polygraph. Accusing
him and Nick of being too chummy at vigil. Tell him several
other kids are giving a polygraph today and someone is going
down for this today.

⑦

---

Various Rumors and Phone Numbers:

Joe Forsberg - knew guy who was in Coquille and saw Leah with
a purple car going to a party. 751-0511. Dan in Portland
where he use to live. 503-788-4278.

Justin Hunter and Dusty Doestch have purple car. Live in
Portland and were in Coquille June 28.

Adele Sloan - 503-537-3069. Told someone she saw Leah next
day and she was okay.

John Lundgren saw Leah talking to some one in a brown truck.

David Peterson (wife works at Mckay's), Mark Kirn saw Leah.

Supposedly party at Christine Steinhoff's. Mother is
Heather.

Alan Darnett - man who does searches. Nick called him, but
he never returned his call. 572-2350.

Heather Albers 751-0822 (home) and works at Surgi-Center in
Coos Bay 267-5211.

Peg Mitchell 396-3155.

Nick Backman saw Leah that evening and has not spoken to
police as far as we know.

Patti Martizia (English High School Teacher) - will speak on
Nick's behalf.

Attorney - Shawn McCray 541-485-1182 work. 541-686-2002
home of Eugene. Steve Wilgers 269-5566 Coos Bay.

Grantland Mayfield Gallery - Linda 246 6th Street, Port
Orford, OR 97465 541-332-6610.

Nancy Dettin - Bay Clinic 269-0333 x255 or home 888-8767.
Help with internet access for www.amw.com

Darlene Buckley - 541-751-7985. Wife of manager at
Albertson's who helped with flyers in Charleston, OR.

Guy's Computer - Eric 396-5334work or 396-6104 home if need
more flyers.

Gad@worldaccess.net.com(E-mail) - 360-696-8399 Barbara
Grover, Vancouver, WA.

www.missingkids.com/html/portal.html

Phone Calls:
June 29 4am - person hung up
July 11 8:13 - person hung up, Star 57'd, stated call from
out of service area.

⑨

---

Thursday August

6pm Attorney ca

Friday August 4,

Kenny Wilsey (fri
brothel, Ben, hac
Meyer). He was

Ben's family que
investigation. Ap
out to our house
Stimmerman. Sh
had seen someth
Kenny told him h
out to Tom's (po
into a trailer on T
a list of names (
people out as th
backpack with h
him. Interesting
Ben's family also
way the bullet e

Ben's parents h
drug dealers (M
were caught at
much done abo

Saturday Augu

4am Call from

10am Talked t

11am Young
Nick evidently
Bill Thursday n
her driveway (
talking crap on
(coming from t
night (day Lea
in Lee Valley
and said Nick
party, Pizzola

Now, isn't it iro
day Leah is fo

August 25, 200

Robin called u
test and to talk
helped beyond
to us.

Brent's attorne

Conversation
when did DNA
She told Frasi

September 6,

Nick wrecked
Driving".

September 14

Bill Sarrow re

September 15

put her in bac

September

Ricky's mom
bothering Nic
Kristen Stein
and Ricky co
where she w
that night, th

Nick said hi
Nick didn't w

September

Message on
They asked

October 5,

Conversatio
Michaud fro
disconnecte
was covere

Exhibit 5072 at 2