**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MTK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **EXHIBIT 5073** **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' Reply in Support of their FRCP Motion for Summary Judgment |
| Defendants. | |

Exhibit 5073 at 1
Bonk_000007

| LEAD # | DATE | ASSIGNED TO | ASSIGNED DATE | SUSPENSE DATE | SUBJECT LAST NAME | SUBJECT FIRST NAME | SUBJECT MIDDLE NAME | SUBJECT ADDRESS | SUBJECT CITY | SUBJECT STATE | HOME PHONE NUMBER | SUBJECT RACE | SUBJECT SEX | SUBJECT DATE OF BIRTH | LEAD | INFORMATION PROVIDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H14 | 8/2/2000 | Hall | 8/8/2000 | 8/8/2000 | Amelung | Ashley | D | 1268 N. Grape | Coquille | | 396-3267 | W | F | 5/3/1984 | Jarrod says he and Zack Ring were with Ashley in the Fast Mart parking lot when Nick drove up, jumped out of his car and SLAMMED Ashley against Jarrod's truck extremely hard. Jarrod jumped out to stop him & Nick drove off. Ask Ashley about incident. | Ashley states she dated Nick McGuffin from Nov '98 - Mar '99. There relationship was fair - THEY ARGUED A LOT. States he argues a lot with all girls. On May 3rd, 2000, Ashley was with friends at Fast Mart. Nick and Leah were there also, sitting in Nick's car. Ashley said she was arguing w/ Nick about anything. she then bumped his outside rear view mirror & this upset Nick a lot. He got out of car and walked over to Ashley. Several times he took the palm of his hand and pushed her forehead back. Nick then pushed her and backed her up against his car, where they continued to argue. Leah and Nick then got into an argument with Leah defending Ashley, Leah then walked off and Nick followed her. Nick returned a little later and apologized to Ashley and they left. |
| H44 | | | | | Amling | Cheryl | | 1682 N 19th St | Coos Bay | OR | 269-5212 | U | F | | Says a Zack Wilson and Candy Davis discussed reason for disappearance: Leah pregnant - boyfriend didn't want to pay | |
| H96 | | | | | Anglin | Matthew | | 1036 N Myrtle | Coquille | OR | 396-2696 | W | M | 5/28/1980 | Confidential Source from Kip Oswald's report. Says that Matt was @ party in Fairview on 6/28. (Party was suppose to be down road from where body was found). Also, Oswald found garbage on 8/21/00, that had been dumped in same location as he found shoe on Hudson ridge. Name inside was Robert Anglin (now deceased) who may be Matt's Uncle. Determine if relationship exists, and if Matt was the one who dumped garbage. | |
| H81 | | Davis | 8/11/2000 | | Backman | Nick | J | RT 1 Box 3645 (Hwy 42S) | Coquille | OR | | W | M | 11/24/1977 | Source: Nick McGuffin. Backman told McGuffin that he saw Leah on 6/28/00 by Oregon Federal CU. | |
| h93 | | | | | Backman | Sharon | | Sharon's Cut & Curl | Coquille | OR | | W | F | | Office Mgr Barb Thurman spoke w/ Sharon Backman and Donde Howard at Sharon's Cut & Curl and they told her a client of theirs told them that her son had stayed out with Nick McGuffin while his car was getting fixed and Nick and Wayne commented about Leah's shoe being found at the "gravel pit" (MAY HAVE BEEN BEFORE SHOE WAS ACTUALLY FOUND??) | |
| H34 | 8/4/2000 | | | | Baker | Lonnie | Loren | | | | | W | M | 1/29/1962 | Info from Hermann is that Baker fromerly worked at the Dee Mory Ranch on Lea Valley Road. - Recently arrested for VDA - Wife (unknown name) is in care of crisis center - Has been arrested for att. Murder in past. No Longer working for Dee Mory Ranch. | |
| H3 | 8/4/2000 | | | | Bartley | Brent | | 440 E. 9th | Coquille | OR | | W | M | 3/2/1980 | Concentrated investigation - verify all statements, timelines, complete background investigation. | |
| H54 | | Young | 8/8/2000 | 8/8/2000 | Belcher | Courtney | | 55097 Harrison Ave | Bandon | OR | 347-7097 | W | F | 7/22/1981 | Told co-worker "Feleak" that she knows who did this. A Bill Sero talked to courtney about getting rid of bloody clothes. Feleak resides with animal control officer Jessica Bentley. Info was provided to Britton on evening of 8/6/00. Said to be afraid of Sero and said to have seen Sero with bloody sweatshirt. | Courtney has known Sero for just over 1 year. She is not afraid of him. She has never seen any blood on one of Bill's sweatshirt. Sero has never asked about getting rid of bloody clothes. She does not know of Bill ever owning or having access to a Corvette. She has never seen Bill in possession of any knives or guns. Bill has never made any sexual suggestions or advances to her or seen him act out violently. She said she had talked to Sero about Freeman, but it was just general stuff from the newspaper. She has seen Nick McGuffin but have never made contact or talked to him. She knows nobody by the name of "Feleak". |