**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MTK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **EXHIBIT 5074** **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' Reply in Support of their FRCP Motion for Summary Judgment |
| Defendants. | |

# State v McGuffin

# Discovery

# Items 1-50

Part 2

26 – 50

Exhibit 5074 at 1

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 13

ACTION TAKEN:

He stated he went to Brent Bartley's house at about 11:20 PM that night thinking that Leah may have gone there looking for him. He said Brent wasn't there but several of their friends were. They included Ryan Davidson, Daniel Lapine, Mike Pizzola, Justin Shelton, Brandon Shelton, Tony Fowler, T.J. Greaves, Skyler McNair and Quinn Cannon. He said they told him that hadn't seen her that night.

He advised that he went home late that night with the idea that maybe Leah was mad at him and that she probably went home.

He advised that the next morning, at about 7:30AM, he got a call from Leah's mom, Cory, wanting to know if he knew where Leah was. He stated he immediately got dressed and drove to Leah's house and picked up Denise, Leah's sister. He stated they drove over to T.J. Greaves' residence to find out if maybe he had seen Leah. He said Greaves told him that he had not seen her, nor had she been at his residence the night before.

At this point in the interview Detective Perske took mouth swabs and hair samples from the person of Nick McGuffin.

In addition, McGuffin told us that he had talked with Nick Beckman, who told him that on the night Leah disappeared, he saw her in the parking lot of the Smoke Shop at about 9:00 PM, and again a few minutes later near the credit union, which is just down the street from the Smoke Shop.

It was decided that the interview would be terminated until such time additional information was available.

The mouth swabs and hair samples obtained by Detective Perske were transferred to the control of the Coquille Police Department.

On 07/31/00 I returned to Coquille to assist with the ongoing investigation of this case.

On 07/31/00 Chief Reaves and I contacted Tony Messerle on North Elm Street, the location where he found the victim's shoe on the night she disappeared.

After a brief conversation we asked him if he would be willing to take a polygraph. Messerle did, in fact, take a polygraph and passed.

---

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 14

ACTION TAKEN:

On 08/01/00 Sergeant Craig Zanni of the Coos County Sheriff's Department I met with the Lincoln County Major Crime team in reference to a series of unsolved homicides in the Newport area.

At 3:55 PM, 08/02/00 I interviewed Adam Brewer at the Coquille Police Department.

Mr. Brewer advised that he was aware of the fact that we were still investigat the Leah Freeman case and wanted to pass on some information.

He stated that at about 12:30 PM this date he was walking along Fairview Ro when he found a bone with some tissue attached. He advised that he felt tha was his duty to report it even though he didn't know the origin of the bone an tissue.

He said that in late April of this year he saw Leah and Nick get into a fight in parking lot of the Fast Mart in Coquille. They were shoving and pushing each other around and ended when Nick threw his keys across the parking lot. He said he also observed Leah and Nick get into an argument in Denny's Pizza. There was no pushing or hitting, just arguing

Chief Reaves and I eventually located the above mentioned bone fragment o Fairview Road and determined it to be of animal in origin.

On 08/03/00 Chief Reaves and I searched the vacant apartment formally occupied by Bill Sero and Erica Davidson. Nothing of evidentiary value was noted.

On 08/03/00 at 12:40 PM I conferred with Chief Tom Benz of the Myrtle Point Police Department.

Chief Benz advised that he was currently at the Debra Pierce residence in My Point, where he had learned that Bill Sero had been staying at that location a had left clothing there when he departed.

At 2:10 PM, Chief Reaves, Coos County Deputy District Attorney Paul Frasier and I contacted Chief Benz at the Pierce residence in Myrtle Point. Debra Pierce gave us permission to enter the residence and seize items belonging to Bill Sero.

---

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 15

ACTION TAKEN

Items, in plain view, and alleged to belong to Bill Sero, were seized for subsequent analysis. (See narrative page for items seized).

At 3:30 PM 08/03/00 we were notified that a search team had found the body of Leah Freeman adjacent to the Coquille River on Lee Valley Road.

At 3:40 PM Chief Reaves and I arrived at the crime scene on Lee Valley road. We observed that the scene had been secured, and were advised that the Oregon State Police Crime Lab had been notified.

At 4:45 PM Chief Reaves and I notified the victim's family

At 8:00 PM a briefing was held at the Coquille Police Department. Plans were made to interview the residents along Lee Valley Road.

At 10:10 PM Detective Tom Wetmore and I interviewed Alice Barber at her residence on Lee Valley Road.

Ms. Barber advised that she has not noticed anything unusual in the area until shortly after school was dismissed for the summer. She said she started noticing a "large, jacked up truck" green/white in color frequenting Lee Valley Road. She said that it appeared mostly in the daytime. She was unable to describe the occupant (s). She advised us that her neighbor, Kay Landmark, has seen the truck as well.

Subsequently, we contacted Kay Landmark at her residence on Lee Valley road.

Ms Landmark, who had already been interviewed prior to our arrival, confirmed the sighting of the truck. She advised that she thought it to be a late 70's to early 80's Ford pickup. She added that she hasn't seen the truck for the past two weeks.

At 4:05 PM, 08/04/00 FBI Special Agent Dick Miller and I contacted Matthew Sinnott at his residence on Fairview Road.

Information, prior to the interview with Matthew Sinnott, is that he had held a party at his residence on 06/25/00 that was allegedly attended by Nick McGuffin and several of his friends.

Matt stated that he did have a party at his residence but that Nick McGuffin and his friends were not invited. He stated that Nick and Wayne McGuffin and Brent

---

INCIDENT REPORT-ASSIST OUSIDE AGENCY-HOMICIDE INVESTIGATION
VICTIM: FREEMAN, LEAH
CASE# SP00-255176
COQUILLE POLICE DEPARTMENT #CPD-00-1905

PAGE 16

ACTION TAKEN:

Monroe showed up in his driveway "wanting to party". Nick McGuffin was v night vision goggles. Matt advised that he turned them away because they just troublemakers and drug users.

Matt offered that both Nick and Wayne McGuffin have "Short fuses" and th that Nick could be responsible for Leah's death. He said, "lots of people ar aware of Nick's temper".

At 6:00 PM, 08/04/00 a briefing was held at the Coquille Police Departmen discuss the autopsy findings.

At 10:30 AM, 08/05/00 Detective Dale Oester and I contacted Margaret An Mitchell, aka Peggy Mitchell, at her residence. Ms. Mitchell is mother of Cr Mitchell, who Leah Freeman visited on the night she disappeared. (Refer t report by Detective Oester for details).

At 11:25 AM, 08/05/00 we interviewed Cherie Mitchell at the Coquille Police Department. (Refer to Detective Oester's report for details).

At 1:20 PM, 08/05/00 I interviewed Daniel Lapine at the Coquille Police Department.

Lapine advised me that Alisa Michaud called his residence on this date. He advised that he didn't personally speak to her but his friend Skylar McNair He said McNair told him that Alisa told him "I know too much about the disappearance of Leah Freeman". He stated that is the sum total of what A said during the phone call.

Detective Perske and I attempted to make contact with a person identified Roger Lynn Green, who was rumored to be living in the Winston area, near Roseburg. Green served time in the Oregon State Penitentiary for a doublr murder he committed in 1973.

Green was convicted of shooting to death two 16-year-old females in the Fairview area in 1973. Green is currently wanted on a home invasion robb charge in Douglas County. His current whereabouts are unknown.

On 08/09/00 I attended the memorial services for Leah Freeman at Coquille School.

Exhibit 5074 at 2