**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

      v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MTK

**EXHIBIT 5075**
**Declaration of Robert E. Franz, Jr.**
in Support of Municipal Defendants'
Reply in Support of their FRCP
Motion for Summary Judgment

Exhibit 5075 at 1 — Bonk_000013

| LEAD # | DATE | ASSIGNED TO | ASSIGNED DATE | SUSPENSE DATE | SUBJECT LAST NAME | SUBJECT FIRST NAME | SUBJECT MIDDLE NAME | SUBJECT ADDRESS | SUBJECT CITY | SUBJECT STATE | HOME PHONE NUMBER | SUBJECT RACE | SUBJECT SEX | SUBJECT DATE OF BIRTH | LEAD | INFORMATION PROVIDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H40 | | Moore | 8/7/2000 | 8/7/2000 | Kennedy | Lynn | Louise | Rt 2 Box 805 (Hwy 42S) | Bandon | OR | 347-3636 | W | F | 12/28/1962 | Has info that Sero was with a Selena Parton, age 21, just prior to his arrest. Supposedly been staying with her over in Coos Bay on Kellogg St. Was driving a van, white in color, that belongs to Glen Mitchell. | States that a friend of hers, Selena Parton, stopped by with 2 male subjects, one: last of Shorb, other she did not know. Parton was driving f/s white van w/ NV plates. Parton stopped by another time and was scared. Said one of the males was just arrested @ Inn @ Face Rock. Parton believed that police wanted to talk to him about his actions regarding the death of Leah Freeman. Parton was afraid the police would come after her next because of her association w/ the male subj. Parton had driven the arrested male and another male around the Dora / Fairview area around the last week of July - the males told her they "Just wanted to look around". (Parton tells Kennedy that this is before the body was found). Parton recalls a conversation between the arrested male & another male the day after Leah turned up missing (6/29). He said "It's been 12 hours, I know she's dead." Parton said he had made other statements as well, that made her think he knew something about Leah's death. Arrested male was found to be William Sero, who went to Inn @ Face Rock to contact a Corey Kreutzer. Kennedy sta |
| H56 | | Downing | | | Kim | Mark | E. | 587 N Collier St. | Coquille | OR | 396-6041 | W | M | 6/13/1982 | Witness who was @ Hunter's w/ Mike McAdams @ approx. 9PM on 6/28/00, and saw Leah pass by. *** Re-interview regarding his & McAdams' whereabouts after seeing Leah. *** (Timeline) | Saw Leah walk by Hunter's about 9:00PM on 6/28/00. Says he and Mike McAdams left Hunter's at approx. 9:15 and Mike took him down to get a movie. Mark went home after getting the movie. Mark says sometime after that he was out driving around, and believes that approx 11PM and 12AM, he ran into Nick by McKay's and that Nick was in the 'Purple T-Bird'. He also advised that he thinks Leah's sister was with him and that they were looking for Leah. |
| H62 | 8/8/2000 | Young | 8/8/2000 | 8/8/2000 | Knight | Mikayla | | 99338 Lone Pine LN HC86 Box 75 (Sitkum Rt) | Coquille | OR | 572-3605 | W | F | | Said to be @ party night of 6/28/00. Jamie Thurman says Alisha Michaud told Mikayla everything. | Mikayla says that sometimes Alisha Michaud starts to tell her something, then catches herself and stops. She believes that Alisha may know more than what she's telling. Father Huey Knight "grilled" Mikayla. She said all she knows is what Alisha told her about dreams she had - nothing more. |
| H64 | | Mitts/Bennett | 8/8/2000 | 8/8/2000 | Landmark | Heather | | | | | | | | | Rumor that Leah was beaten & hit on left side of face & thrown into ditch. | |
| H42 | | Reaves | 8/7/2000 | 8/7/2000 | Lindegren | John | James | 79 W Central #14  or  965 W 17th | Coquille | OR | | W | M | 7/8/1958 | Says he saw Leah talking to Nick about 9:15 - 9:20 pm on Elm St. Nick was driving a brown pickup. | Was at sister's house (590 W 4th Pl) doing concrete work- left at 9:20PM – Saw female matching description speaking to W/M - 6' 2", lean, muscular, short hair (near brown pickup- crew or extended cab)  W/M was unfriendly, saw @ W 4th PL and Elm |
| H66 | | | | | Martindale | Brandy | | 315 Mark PL | Coquille | OR | 396-4612 | W | F | 4/16/1982 | Source:  Confidential source in Kip Oswald's report. Says she was at party in Fairview on night of 6/28/00. | |
| H71 | | | 8/8/2000 | | Mast | Shawn | Paul | HC 86 Box 62 Lee Valley Rd, M.P. side | Myrtle Point | OR | | W | M | | Officer Hall had information that Shawn had been stopped and talked to out by where body was found. He was acting very nervous. Owns a lot of the property on Lee Valley and would be very familiar with the area. | Interviewed 8/10/00. Didn't know Leah. Only info on case is what he saw/heard on news. Pretty sure he was working in Bridge, OR with James Waterman (572-3143). Will Poly - set up for 8/11/00 @ 1:00PM |
| H55 | | Downing | | | McAdams | Mike | J | HC 83 Box 690 /Rink Ck 94428 Rink Creek Ln | Coquille | OR | 396-7353 | W | M | 6/8/1980 | Re-interview:  Was w/ Mark Kim @ Hunter's @ approx. 9PM & saw Leah pass by. ** Re-interview regarding his & Kim's whereabouts after seeing Leah. ** | Saw female walking by Hunter's and asked Mark Kim who it was. Mark told him it was Nick McGuffin's g/f Leah Freeman. Mike says that he and Mark stayed at Hunter's eating a little bit, then went to Video Hut. After that Mike says he drove home out to his residence on Rink Creek. |
| H1 | 8/4/2000 | Perske/Miller | 8/4/2000 | | McGuffin | Nicholas | James | 100 Baker Rd. | Coquille | OR | 396-4983 | W | M | 4/25/1982 | Concentrated Interview. Review time line, statements, and tips/leads. Background investigation. | |
| H57 | | Oester / Perske | 8/8/2000 | 8/8/2000 | McGuffin | Wayne | N. | 100 Baker Rd. 56246 Baker Rd | Coquille | OR | 396-4983 | W | M | | Nick's Brother. Need time-line and to verify Nick's time. | Wayne said he worked from 9:30AM to 2:00PM at Johnson Mill. Stayed with aunt - Julie Wilson @ 2175 Ohio, North Bend. Worked Thurs/Fri, stayed w/ Wilson each night, returning to Coquille on Sat. afternoon. Drives a 80's Datsun S/Wagon (was blue) now black. Julia Wilson (Aunt) confirms that Wayne was at her house on 6/28, 6/29 and 6/30/00. She says she remembers that he was there with her at 8:00PM on 6/28, because they were watching "Survivor" together. |
| H18 | 8/4/2000 | Barrett | 8/4/2000 | | McNair | Skyler | | Rt. 1 Box 199 #A-5 | Coquille | OR | 396-3866 | | M | 6/13/1982 | Interview.  Names given by Nick and Michaud as "Acid People" who were @ party night of 6/28. Where was party?  Who was there?  Brent?  Nick? Sero? | McNair was w/ Ryan Davidson - Mike Pizzola & Brandon Snelton drinking beer at soccer fields after dark until about 10:20 pm. They went to Pizzola's house and drank beer. No car - were walking - heard nothing - saw nothing - did not go to party at TJ Greve's house. |
| H21 | 8/4/2000 | Perske/Miller | 8/4/2000 | | Mercer | Tom | | 2740 Woodridge Ct | Placerville | CA | | | M | 7/5/1967 | Ask FBI in CA to interview. Teacher of Nick's. Nick has told people he didn't like Nick because of his brother Wayne. Any other reason? | |