**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>        Plaintiffs,<br><br>        v.<br>Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,<br><br>        Defendants. | Case No. 6:20-cv-01163-MTK<br><br><br><br>**EXHIBIT 5076**<br>**Declaration of Robert E. Franz, Jr.**<br>in Support of Municipal Defendants' Reply in Support of their FRCP Motion for Summary Judgment |

## BONK & BONK INVESTIGATIONS

*Joyce Bonk*
*DPSST #33401*

*92094Cape Arago Highway . Coos Bay, Oregon 97420*
*1-541-888-6492*
e-mail: bonkpi@frontier.com

*Robert Bonk*
*DPSST #33402*

## INVESTIGATIVE REPORT

TO ATTORNEY : Shaun McCrea
FROM            : Joyce Bonk
DPSST/PSID # 33401

CASE        : Nick McGuffin
CASE NO    : 10CR0782
REPORT DATE: January 27, 2011
REPORT TIME : 0812 hours

Witness         : John Lindegren
Date Of Birth  : 07/08/1958
Address         : 115 N. Ash Street, Myrtle Point, Oregon
Telephone     : 541-250-0021
Employer       : Self/Carpenter
Criminal record: Unknown

I talked to John Lindegren on January 26, 2011, at 1150 hours. I identified myself, gave John a business card and advised I am working for Attorney Shaun McCrea, who is representing Nick McGuffin.

The following is an in substance report of the information offered by John Lindegren.

John started he remembers eleven years ago he had walked his dog and then he stopped at his sisters house, Hjordis Lindegren who still resides at 551 West 4th Place, Coquille, Oregon, where he always watched 'Survivors'. Stating he watched 'Survivors' and then he left. John stated he can't remember that long ago if he left before 9 p.m. shortly after they start showing the ads for the next 'Survivor's' or not. Stating he possibly could have left as soon as the main showing was over but he would have said his goodbye to his sister and then left. John stated he thinks he might have left 10 minutes or so after the main showing was over, which would have been over around 8:50 or so, but not sure. John stated he then left to walk back down to Bill's place where he lived in apartment #14, which was located on 2nd Street, across from what is now 'Mr. Zack's' on Second Street in Coquille, Oregon. John stated he left his sister's residence, walked past 444 ½ Elm to 4th Street, turned left walked down to Central, across from McKay's Market, turned right and went to 2nd Street, turned right and went to his apartment. Stating when John walked past 444 ½ Elm there was a pickup off to his right across the road from the residence. Stating he does not recall seeing any other vehicles around there. Stating John thinks he saw two people, a male and a female, but he heard other voices. John noticed the two people, a gal and a guy, were

Page 1 of 3

Exhibit 5076 at 1

Page 2 of 3
State v. Nick McGuffin 10CR0782
In-Substance Statement John Lindegren

standing on the grass area of the residence by the driveway across the road from the pickup as he walked by and John said hello, they said hello and John kept going. Stating they were about 10 feet away from John when they all said hello.

I asked John if they seemed happy or sad and John stated they just seemed like any other people. John stated he had seen them around town and got a good look at them. John stated he does not remember what they were wearing or the hair color of the guy. Stating he does not remember if the guy had short hair, long hair, or a shaved head. John stated he is 6'6" and the guy wasn't nearly as tall as John. Stating the guy was about medium height. John stated he knows who they were because John grew up around Coquille and knows a lot of families. Stating at the time he knew who the guy was. John stated he thinks the girls hair was pulled to the back of her head maybe. Stating he can't say for sure but from his recollection it seemed to have been pulled to the back of her head. Stating John had seen people at 444 ½ Elm before off and on. Stating they were young folks and he never paid attention in the past if they male or females.

John stated the police asked him if he knew what color the pickup was and John told them he didn't know. It was just a pickup and he has no idea what color. Stating the pickup was just parked along side of the road across from the residence and John had to walk around it so he knows it was there. John stated, could there have been another rig, yeah. Stating John had no idea that anything was going to happen or was happening and it was like another night. Stating the next day John mentioned to his sister when Leah Freeman disappeared or when they were looking for her, that he had seen her last night. Stating his sister said he had better tell somebody. Stating John was interviewed and they thanked him eleven years ago. Stating he never heard anything back from them and now they opened that case again and they call me in for another interview. Stating he told them they had already interviewed him once eleven years ago and it was the same interview they gave him before.

John stated he shopped at McKay's a lot back them.

John stated his sister has lived in the same house for 20 some years.

John stated he didn't know that there was anything that he should be paying attention to and he was minding his own business, was just walking by and didn't take everything in.

I turned the tape recorder off to retrieve four pages of student photos I had copied from Coquille High School year books with all names removed to see if John could identify any of the photos.

Exhibit 5076 at 2

Page 3 of 3
State v. Nick McGuffin 10CR0782
In-Substance Statement John Lindegren

2000 Coquille High School year book, pages 007. 8, 18 and 27. 1998 Coquille High School year book page 15. See attached. John was able to identify only the photo of Leah Freeman appearing on page 007 and said he might have seen the male on page 27 (Nick McGuffin) around town but is not for sure.

I showed John a discovery photo of him in front of 444 ½ Elm with two traffic cones in front of the residence. John pointed to the grass area in the photo right beside the driveway and said he saw the male and female standing by the residence driveway and the pickup was parked across the road from the driveway, which is not shown in the photo, and remembers walking around the pickup which put him closer, within 10 feet or so of the male and female when he said hello to them.

John said he felt the investigation had been flawed from the start and wanted to know what I thought. I told John I have read and head many things. John told me he had heard from an old man who passed away that Heather McMullen was the one responsible and wanted to know if I had heard that and I advised him I had heard that recently.

BONK & BONK INVESTIGATIONS
92094 Cape Arago Highway, Coos Bay, Oregon 97420
Telephone/541-888-6492

Exhibit 5076 at 3



Case 3:21-cv-01719-MTK    Document 226-5    Filed 03/11/25    Page 5 of 10

Exhibit 5076 at 4





Music a moral law-
gives wings to the mind,
soul to the universe, flight
to the imagination, charm
to sadness, life to everything.
Plato










You're just jealous
because the voices talk
to me.

"Some men see things as
they are and say 'why?' I
dream thingsthat never
were and say 'why not?'"
John F. Kennedy

Exhibit 5076 at 5

# *2000*

      

      

     

      

     

Exhibit 5076 at 6

# *Looking at the*

     

     

     

     

     

8

Exhibit 5076 at 7

# Just One

     

     

     

     

     

18

Exhibit 5076 at 8

# Class



Exhibit 5076 at 9

27