**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

       Plaintiffs,

    v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

       Defendants.

Case No. 6:20-cv-01163-MTK

**EXHIBIT 5077**
**Declaration of Robert E. Franz, Jr.**
in Support of Municipal Defendants'
Reply in Support of their FRCP
Motion for Summary Judgment

**Bonk  Bonk PI**

From:       Shaun McCrea [smccrea@callatg.com]
Sent:       Friday, January 28, 2011 9:50 AM
To:         bonkpi@frontier.com
Subject:    Re: Re" McGuffin

I did get the report on John. Very interesting. He does not ID Nick as with the girl he takes to be Leah.

Yeah we'll see if Heather calls. We'll also see if Dannels calls.

I spent an hour last night talking to Dad about all this. He was shaking his head.

I am going to call Steve Hebner to see if he will do an affidavit concerning Nick's polygraph and also whether he's willing to do a peer review on the polygraph of Bartley if they still have the charts.

Curiouser and curiouser as Alice says. . .

Shaun

On Jan 27, 2011, at 6:44 PM, Bonk & Bonk PI wrote:

> I found where Brent Bartley has given me statements on other cases in
> the past.
>
> Today has been most interesting.  It took some footwork but we were
> able to find where Heather McMullen has been staying in Myrtle Point
> (1403 Doborout, Myrtle Point). Spoke with Heather McMullen's on again
> off again boyfriend Fred Schnur who is a truck driver.  While at his
> residence, Dale Stanley, an elderly past client, who got all his
> Assault II charges dropped back in September 2010, drove up.  Seems
> Dear Heather has stayed off and on with Dale in the past and he
> considers her a friend.  Dale told me his son Zek who we have helped
> out of situations in the past has known Heather for many years and she
> might have told him something. Dale said he would try and find
> out what she knows, but she doesn't tell the truth.   Fred said
> Heather has
> told him that her daughter Kristin was involved with the Leah Freeman
> incident.  Said Kristin came in one evening crying and said she was
> involved.  He feels Heather was involved and knows more.  Said she's
> been hiding out from the police when they come around.  I told Dale
> and Fred the truth is going to come out and I want to talk to Heather.
> As we were driving back to Coos Bay, Heather calls me and says she
> will talk with me but it will have to be Monday.  I asked her how I
> could contact her and she said she would contact me.  We'll see if she
> calls.  In the meantime I'll find Zek and see what he can tell me.
> With Heather knowing these guys and they know me (and they owe me)
> this should be interesting.
> I think the cages are starting to rattle and it's CRAB for dinner
> tonight.
> Did you get my report on John Lindegren.  It came back to me and I
> resent it?
>
> Joyce
>
>
> -----Original Message-----
> From: Shaun McCrea [mailto:smccrea@callatg.com]
> Sent: Thursday, January 27, 2011 4:26 PM
> To: bonkpi@frontier.com
> Subject: Re" McGuffin

1

Bonk_000977

Exhibit 5077 at 1