**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MTK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **EXHIBIT 5078** **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' Reply in Support of their FRCP Motion for Summary Judgment |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | ) ) ) Civil No. ) 6:20-cv-01163-MK ) (Lead Case) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | ) DEPOSITION ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| VIDOCQ SOCIETY, | ) ) |
| Cross-Claimant, | ) ) ) |
| v. | ) ) |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO | ) ) ) ) ) ) ) ) ) ) |

Exhibit 5078 at 1

Robert Paul Frasier
August 29, 2023

AS ADMINISTRATOR OF THE ESTATE    )
OF DAVID E. HALL, VIDOCQ          )
SOCIETY, CITY OF COQUILLE, CITY   )
OF COOS BAY, and COOS COUNTY,     )
                                  )
                                  )
              Cross-Defendants.)
_____    )
                                  )
NICHOLAS JAMES MCGUFFIN, as an    ) Civil Case No.
individual and as guardian ad     ) 3:21-cv-01719-MK
litem, on behalf of S.M. a        ) (Trailing Case)
minor,                            )
                                  )
              Plaintiffs,         )
                                  )
      v.                          )
                                  )
OREGON STATE POLICE,              )
                                  )
              Defendant.          )
_____    )

DEPOSITION UPON ORAL EXAMINATION

OF ROBERT PAUL FRASIER

BE IT REMEMBERED THAT, pursuant to the Oregon Rules of Civil Procedure, the deposition of ROBERT PAUL FRASIER was taken on behalf of the Plaintiffs, before JEAN M. KOSTNER, a Certified Court Reporter for Oregon, on Tuesday, the 29th day of August, 2023, at the hour of 9:03 a.m., at the Coquille Community Center, 105 North Birch Street, in the City of Coquille, County of Coos, State of Oregon.

Exhibit 5078 at 2

A.    Yes.

Q.    Okay.  But nothing in his report -- there's nothing in his report about John Lindegren remembering who was voted off of Survivor on the night in question.  Right?

A.    Well, there's nothing in the report about it, no.

Q.    And there's nothing in his handwritten notes about it either?

A.    I can't hardly read the writing, so I don't know, but I'll take your word for it that it's not there.

Q.    Okay.  And this has all got your Bates -- if I understand correctly, your Bates numbering with the underscoring, right, at the top?

A.    Yes, that would be -- that would be my Bates numbering, yes.

Q.    Okay.  And is that -- I noticed that underscoring a lot.  Is that kind of your trademark that you underscore with the number?

A.    That's just the way that the Adobe Acrobat does it.

Q.    That's just the way it does it?  Okay.

And so that means that -- all of these things are Bates-labeled with your Bates numbers.  That means that these documents were all given to you and subsequently produced to Mr. McGuffin's defense counsel.

A.    Yes.

Q.    If I understand your --

Exhibit 5078 at 3

So one of those documents that was brought up in the post-conviction relief was the Nick Backman --

A.    Right.

Q.    -- tip sheet, right?

A.    Right.

Q.    So let's talk about that.

(Document marked for identification as Deposition Exhibit 15.)

BY MR. LAUERSDORF:

Q.    So this is the Nick Backman tip sheet that came up at the post-conviction relief hearing.  And I understand that you believe this was produced to the McCraes during Mr. McGuffin's prosecution.  Is that correct?

A.    Well, it's got a Bates number on it, so I was -- I would have sent it.

Q.    The Bates number there -- before we talked earlier about the Bates number being underscored.  And on this one the Bates number is not underscored.  Do you know why that would be?

A.    No.  I just didn't do any special settings on -- I was just learning how to use the Bates-numbering system in Adobe Acrobat, so I did not do anything special with it.

Q.    Okay.

A.    So whatever the computer program decided to do that day, that's what it was.

Exhibit 5078 at 4

HSI  003247                                003247                                Form #69 (Rev. 8/88)

WHITE — MASTER
YELLOW — WORKSHEET          **OREGON STATE POLICE**
CARD — FILE

| PRIORITY | A | B | C |
|---|---|---|---|

### SUBJECT INFORMATION          MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | DEPT. | DEPT. # | SID |
|---|---|---|---|---|---|
| Backman, | Nick | J. | | | |

| NICKNAME OR ALIAS | SOC. SEC. # | FILE NUMBER |
|---|---|---|
| | | |

| HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE | FBI # |
|---|---|---|---|---|---|
| RT 1 Box 3045 | Coq | OR | | | |

| OLD ADDRESS(ES) | GLASSES | FACIAL HAIR |
|---|---|---|
| (42 S toward Bandon) | | |

| EMPLOYER/ADDRESS | CITY | STATE | WORK PHONE | OCCUPATION |
|---|---|---|---|---|
| | | | | |

| RACE | SEX | D.O.B. | PLACE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ▮▮▮ | | | | | | | | |

| DR. LIC. # | STATE | VEH. YR. | MAKE | MODEL | COLOR(S) | BODY STYLE |
|---|---|---|---|---|---|---|
| 5913AIP | | 67 | Chev. | | Blue | |

| VEH. LIC. # | STATE | CONDITION/EQUIP. | OTHER VEH/PLATE(S) |
|---|---|---|---|
| | | | |

| CONCISE TIP INFORMATION | SOURCE NAME/XREF |
|---|---|
| | McGuffin |

Suppose to have seen
Leah @ Credit Union on night of 6/28

### SOURCE INFORMATION          MAKE NO MARKS IN THIS AREA

| LAST NAME | FIRST NAME | MIDDLE NAME | A.K.A.s |
|---|---|---|---|
| | | | |

| RACE | SEX | D.O.B. | HEIGHT | WEIGHT | HAIR | EYES | OCCUPATION/EMPLOYER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| HOME PHONE | WORK PHONE | DEPT. | DEPT. # | SID |
|---|---|---|---|---|
| | | | | |

| ADDITIONAL INFORMATION | SUSPECT NAME |
|---|---|
| | |

WAS INTERVIEWED @ 1352 ON 09-20-00. Believes he did see Victim on 06/28/00 at 2100 when using ATM at Credit Union. CHECKED with Credit Union and confirmed a 10.00 withdrawl on 6/28/00 at 9:04 P.M. RP believes LEAH walked by AT that time. He described her clothes accurately. He then went to FAST MART to get something to eat. He stated there was hardly ANYONE AROUND at FAST MART.

| RECEIVED BY | DATE | TIME | COMPUTER CHECK BY | DATE | TIME |
|---|---|---|---|---|---|
| Zanni | 9-20-00 | 1352 | | | |

| ASSIGNED TO | DATE | | CCH | |
|---|---|---|---|---|
| Zanni 003247 | | | CRISS | |
| | SUSPENSE DATE | 9/24/00 1352 | NCIC | |

EXHIBIT
0015
R. Paul Frasier
08.29.2023

Exhibit 507