**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MTK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **EXHIBIT 5080** <br> **Declaration of Robert E. Franz, Jr.** <br> in Support of Municipal Defendants' Reply in Support of their FRCP Motion for Summary Judgment |
| Defendants. | |

# Looking at the


Chris Luoto


Stacie Lyons


William Manning


Marisol Martinez


Dustin May


Kevin McGilvery


Lindy McNiven


Jennifer Miller


Cheri Mitchell


Cory Monroe


Cassandra Moore


Johanna Morgan


Anglina Morse


Jennifer Muntiffering


Angelina Murch


Andrew Nicholas


Amber Norton


Timothy Nunn


Ashby Olson


Lidsay Parker


Dustin Peterson


Matt Pizzola


Nick Prescott


Eva Rodriguez


Todd Sanders


Catherine Sibley


Josh Simmons


Ellen Skinner


Kim Smith


Megan Smith

8

Exhibit 5080 at 1

# 2000


LeAnne Fontaine


Karissa Frasier


Leah Freeman


Reo French


Sheena Fetwell


Nathan Fry


Robert Gangewer


Stephanie Gillillan


Rebecca Green


Megan Gretting


Chris Hager


Holly Hajdu


Daniel Harris


Heidi Heller


Jennifer Hermann


Jeffery Hill


Josh Holeman


Sean Howenyk


Sheena Hoskin


Zach Hougardy


Jamie Hughlett


Carrie Keller


Amanda Kilmer


Tyler Kinney


Richard Klein


Jennifer Kunders


Seth Kupersmith


Brian Ledden


Willie Lewis


Amanda Lovell

Exhibit 5080 at 2

# Class


Nicholas McGuffin


Christopher Miller


Eric Mitchell


Benjamin Morgan


Lacy Peterson


Jody Phillips


Kristen Plew


Randi Price


Trevor Riddle


Brian Ring


Dawn Russ


Salvador Sanchez


Micheal Scherado


Brandon Shelton


David Simmons


Jamie Sinnott

27

Exhibit 5080 at 3

# Just One


Tamara Arrotta


Heather Arrie


Darla Baker


Nicholas Boldwin


Sherry Banta


Geoffrey Barton


Jennifer Blackwell


David Blomquist


Scott Bready


Lindsay Brugnoli


Chris Bryant


Cory Bryant


Michelle Cannon


Jennifer Chambers


Dana Chavez


Carrie Conquest


Jubal Conquest


Deana Cornwell


Joe Cranston


Brent Crawford


Joshua Cumberland


J.D Dargis


Josh Dargis


Randy DeMain


Haley Dewhirst


Jonathan Dorland


Shaila Dorland


Jennifer Dyer


Aurdee Eby


Carl Eishler



18

Exhibit 5080 at 4