**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin,<br>as an individual and as guardian<br>*ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>   v.<br><br>Mark Dannels, Pat Downing, Susan<br>Hormann, Mary Krings, Kris Karcher,<br>Shelly McInnes, Raymond McNeely,<br>Kip Oswald, Michael Reaves, John<br>Riddle, Sean Sanborn, Eric<br>Schwenninger, Richard Walter,<br>Chris Webley, Anthony Wetmore,<br>Kathy Wilcox, Craig Zanni, David<br>Zavala, Estate of Dave Hall,<br>Vidocq Society, City of Coquille,<br>City of Coos Bay, Coos County,<br>and Oregon State Police,<br><br>    Defendants. | Case No. 6:20-cv-01163-MTK<br><br><br><br>**EXHIBIT 5081**<br>**Declaration of Robert E. Franz, Jr.**<br>in Support of Municipal Defendants'<br>Reply in Support of their FRCP<br>Motion for Summary Judgment |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | ) ) ) ) |
| | ) Case No. |
| Plaintiffs, | ) 6:20-CV-01163-MK |
| vs. | ) |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

DEPOSITION OF JOHN J. LINDEGREN

January 4, 2023

Wednesday

10:38 a.m.

Exhibit 5081 at 1

```
 1

 2              THE DEPOSITION OF JOHN J. LINDEGREN

 3   was taken at the Coos Bay Public Library,

 4   525 Anderson Avenue, in the City of Coos Bay, the

 5   State of Oregon, before Denise C. Zito Smith, CSR,

 6   Certified Shorthand Reporter, in and for the State

 7   of Oregon.

 8

 9                     A P P E A R A N C E S

10

     For the              MALONEY LAUERSDORF REINER,
11   Plaintiffs:          PC
                          1111 East Burnside Street
12                        Suite 300
                          Portland, Oregon 97214
13                        (503)245-1518
                          acl@mlrlegalteam.com
14                        BY:  ANDREW C. LAUERSDORF

15                        and

16                        MALONEY LAUERSDORF REINER,
                          PC
17                        1111 East Burnside Street
                          Suite 300
18                        Portland, Oregon 97214
                          (503)245-1518
19                        jcp@mlrlegalteam.com
                          BY:  JANIS C. PURACAL
20

21

22

23

24

25                            (Continuing)
```

Exhibit 5081 at 2

```
 1                         (Continuing)

 2

 3   For Defendants        LAW OFFICE OF ROBERT E.
     City of Coquille,     FRANZ, JR.
 4   City of Coos Bay,     PO Box 62
     Coos County, Craig    730 B Street
 5   Zanni, Chris          Springfield, Oregon 97477
     Webley, Eric          (541)741-8220
 6   Schwenninger, Sean    rfranz@franzlaw.comcastbiz.
     Sanborn, Ray          net
 7   McNeely, Kris         BY:   ROBERT E. FRANZ, JR.
     Karcher, Pat          (Appeared via telephone)
 8   Downing, Mark
     Dannels,
 9   Kip Oswald,
     Michael Reaves,
10   David Zavala,
     Anthony Wetmore,
11   Shelly McInnes:

12

13   For Defendants        WOOD SMITH HENNING &
     Vidocq Society and    BERMAN, LLP
14   Richard Walter:       12755 Southwest 69th Avenue
                           Suite 100
15                         Portland, Oregon 97223
                           (971)256-4023
16                         kschaffer@wshblaw.com
                           BY:   KARIN L. SCHAFFER
17                         (Appeared via telephone)

18

19   For Defendants        OREGON DEPARTMENT OF JUSTICE
     Oregon State          100 Southwest Market Street
20   Police, John          Portland, Oregon 97201
     Riddle, Susan         (971)673-1880
21   Hormann,              jesse.b.davis@doj.state.or.
     Mary Krings,          us
22   Kathy Wilcox:         BY:   JESSE B. DAVIS
                           (Appeared via telephone)
23

24   Also Present:         (None.)

25   Reported By:          Denise C. Zito Smith, CSR
```

Exhibit 5081 at 3

```
1

2                    I N D E X

3    WITNESS                                    PAGE

4    JOHN J. LINDEGREN

5         BY MR. LAUERSDORF                        5

6         BY MR. FRANZ                           219

7         BY MR. DAVIS                           230

8

9                  EXHIBIT INDEX

10   EXHIBIT          DESCRIPTION                PAGE

11   No. 1      Oregon State Police Report       151

     No. 2      Supplemental Report              156

12   No. 3      Incident Report                  172

     No. 4      Photocopies of Photographs       181

13   No. 5      Marked Photocopies of            190
                Photographs
14                                               193
     No. 6      Incident Report

17

18

19              REQUEST FOR PRODUCTION
                    DESCRIPTION                  PAGE

20                   (None.)

21

22           INSTRUCTION NOT TO ANSWER

23                  DESCRIPTION                  PAGE

24                   (None.)

25
```

Exhibit 5081 at 4

```
 1              JOHN J. LINDEGREN,
 2   having been first duly sworn or affirmed to
 3   testify the truth, the whole truth, and nothing
 4   but the truth, was examined and testified as
 5   follows:
 6
 7                  EXAMINATION
 8   BY MR. LAUERSDORF:
 9        Q.    Mr. Lindegren, my name is
10   Andy Lauersdorf.  You and I have met once before
11   today; is that right?
12        A.    That is right, sir.
13        Q.    And you understand that I'm an
14   attorney representing the plaintiffs in this
15   matter?  This is a lawsuit which is filed by
16   Mr. McGuffin against the City of Coquille and
17   former Police Chief Mark Dannels and a number of
18   other defendants; do you understand that?
19        A.    I do, sir.
20        Q.    And I represent Mr. McGuffin; do you
21   understand that?
22        A.    I do, sir.
23        Q.    Okay.  Can you please state your full
24   name as given at birth?
25        A.    John James Lindegren,
```

Exhibit 5081 at 5

1    L-i-n-d-e-g-r-e-n.

2         Q.    Okay.  Have you been known by any

3    other names or nicknames?

4         A.    None.  Well, yeah, a lot of nicknames

5    probably, but nothing that I can probably say.

6         Q.    How about Big John, does that count as

7    one?

8         A.    Yes.  Big John, Wedge.

9         Q.    Any others that if we were to ask

10   around about you they might not know you as

11   Big John, but they would know you as something

12   else?

13        A.    I don't think so.

14        Q.    Where were you born; place of birth?

15        A.    North Bend.

16        Q.    North Bend, Oregon?

17        A.    Yes, sir.

18        Q.    And what's your date of birth?

19        A.    ████████.

20        Q.    What's your current address?

21        A.    General delivery, Myrtle Point,

22   Oregon, is my mailing address.  I live up above

23   Powers right now.  No address.

24        Q.    And that's in a trapper shack?

25        A.    Yeah.  I'm up there trapping.

Exhibit 5081 at 6

1      Q.    And when you say general delivery, is
2   that a post office box or --
3      A.    Yes, in Myrtle Point, Oregon.  That's
4   where I get any of my mail.
5      Q.    Is there a PO box number there?
6      A.    No, sir.
7      Q.    Okay.  Are you currently employed?
8      A.    Yeah, for myself, I guess.  A trapper.
9      Q.    Just like as a general contractor or a
10   handyman?
11      A.    Yeah.  I'm a carpenter by trade, a
12   journeyman level, but right now I'm not pounding
13   nails.  I am catching coyotes for different
14   property owners that -- yeah, it keeps them away
15   from their livestock.
16      Q.    And journeyman level, are you union?
17      A.    Not now.
18      Q.    Okay.  So we're here today to conduct
19   your deposition; do you understand that?
20      A.    I do, sir.
21      Q.    And you are here to testify today in
22   response to a subpoena that you received?
23      A.    That is correct.
24      Q.    I'm going to show you this document.
25   If you can take a look at that and read it over

Exhibit 5081 at 7

JOHN J. Lindegren

8

```
1   and tell me if you recognize that at all?
2           A.    Yeah, I've seen it.
3           Q.    That's the subpoena that you were
4   served with?
5           A.    Yes, sir.
6           Q.    And that commanded you to appear at
7   the Coos Bay Public Library in Coos Bay, Oregon,
8   on January 4th at 10:30 a.m.; is that right?
9           A.    That is correct.
10          Q.    And today is Wednesday, January 4,
11  2023, and it's approximately 10:42 a.m.; do you
12  agree with that?
13          A.    I agree.
14          Q.    And you were on time.  It's 10:42, but
15  I'll just say for the record you were here --
16          A.    I was here at 10:00.
17          Q.    You were here early, that's right.
18                And this is the Coos Bay Public
19  Library; is that right?
20          A.    It is.
21          Q.    And that's in Coos Bay, Oregon?
22          A.    Yes, sir.
23          Q.    And your deposition today --
24                MR. LAUERSDORF:  Is it being broadcast
25  over the URL at all or just over the phone?
```

Exhibit 5081 at 8

```
 1            COURT REPORTER:  Over the phone.
 2   BY MR. LAUERSDORF:
 3       Q.    So your deposition today is also being
 4   broadcast over an iPhone that's sitting in front
 5   of you so that some of the other parties'
 6   attorneys can listen in on your deposition; do you
 7   understand that?
 8       A.    Sure.  I do.
 9       Q.    And that's one of the reasons we want
10   to be careful about speaking over each other,
11   because they have to be able to hear us too; okay?
12       A.    Yes, sir.
13       Q.    For the record, you're here by
14   yourself today and appearing without an attorney;
15   is that right?
16       A.    That is correct.
17       Q.    And do you understand that you have
18   the right to have an attorney present with you
19   today?
20       A.    Yeah, I guess.  Yeah.
21       Q.    If for any reason you feel like you
22   need to talk to an attorney at any time, just let
23   me know and we'll take a break; okay?
24       A.    I don't believe I do.
25       Q.    Okay.  Well, as we go on, if you feel
```

Exhibit 5081 at 9

1   like you do, just tell me.

2          And by the same token, if you need to

3   take a break for any other reason, you know, you

4   want to replace a dip, you want to use the

5   bathroom, you want to stretch your legs, just let

6   me know and we'll take a break; okay?

7          A.    Okay.

8          Q.    This is not an endurance contest.  I

9   want you to be comfortable the whole time you're

10  here; okay?

11         A.    (Witness nods head.)

12         Q.    You have to answer out loud.

13         A.    Yes, sir.

14         Q.    Okay.

15         A.    This technology is really weird to me.

16         Q.    I know.

17                So the court reporter is recording

18  your answers under an oath administered a few

19  moments ago; do you understand that?

20         A.    I do understand that.

21         Q.    And do you understand what it means to

22  be under oath?

23         A.    Yes, sir.

24         Q.    I know you've been under oath at least

25  once before, right, when you testified at

Exhibit 5081 at 10

1   Mr. McGuffin's trial?

2        A.     In my life, probably four times,

3   probably.

4        Q.     And one of those times is at

5   Mr. McGuffin's trial?

6        A.     Yes.

7        Q.     What about the grand jury that you

8   attended, were you sworn in for that?

9        A.     I can't remember.

10       Q.     Okay.  What are the other three

11  times --

12       A.     I can't even remember the grand jury.

13  I can only remember when I testified at the trial.

14       Q.     Okay.  What are the other three times

15  that you remember testifying under oath or being

16  placed under oath?

17       A.     I was -- I testified at the --

18  Gabriel Morris murder trial.

19       Q.     Where was that?

20       A.     In Coquille, Oregon.

21       Q.     When was that?

22       A.     About nine years ago.

23       Q.     So 2014 now?

24       A.     Yeah.

25       Q.     You were testifying in that trial as a

Exhibit 5081 at 11

1    witness for the State or for the defense or who?

2          A.    For the State.

3          Q.    Who was the prosecutor in that case?

4          A.    The one that they have now.

5          Q.    Mr. Frasier?

6          A.    Mr. Frasier.

7          Q.    Do you recall which police officers

8    you worked with on that case?

9          A.    They just had me come in and tell them

10   what I knew about the defendant.  And I don't

11   remember -- I remember talking to either the

12   Justice Department or the FBI about it, but I

13   don't remember any local officers that I talked

14   to.

15         Q.    Okay.  Was Mr. Morris a friend of

16   yours or an acquaintance or something?

17         A.    He was a stepson of mine for -- I

18   raised him up since he was about 12 years old up

19   until when he left home.

20         Q.    Okay.  So were they just asking you to

21   talk about him in general, or did you actually see

22   him do something?

23         A.    I didn't see him do anything.  They

24   just asked me, you know, how his demeanor was when

25   he was growing up and if he had any problems.

Exhibit 5081 at 12

 1     Q.    Were you asked to point him out in a

 2  courtroom?

 3     A.    Yeah.

 4     Q.    So you were asked to identify him?

 5     A.    Yeah.

 6     Q.    Okay.  And do you recall any of the

 7  police officers involved in that investigation?

 8     A.    I don't.

 9     Q.    Okay.  And that was in 2014?

10     A.    Yeah.

11     Q.    Were you ever deposed as part of the

12  Gabriel Morris investigation at all?

13     A.    What does that mean?

14     Q.    Like we're doing here today.

15     A.    No.

16     Q.    How long did your testimony in that

17  case last?

18     A.    15 minutes.

19     Q.    So you were on the stand and off

20  pretty quickly?

21     A.    Yes.

22     Q.    Do you remember who Mr. Morris's

23  attorney was?

24     A.    A woman from Portland.

25     Q.    From Portland?

Exhibit 5081 at 13

```
 1          A.    Yeah.

 2          Q.    Do you remember her name at all?

 3          A.    I don't.

 4          Q.    So that's the McGuffin trial and the

 5    Morris trial.  And you said there were two other

 6    times you were put under oath?

 7          A.    Yeah.

 8          Q.    What was the third time?

 9          A.    One was a car accident that I had

10    witnessed.  That was years ago.

11          Q.    More than ten years ago?

12          A.    Yeah.

13          Q.    More than 20 years ago?

14          A.    Yeah.

15          Q.    Okay.  Was that in Coquille?

16          A.    Yeah.

17          Q.    Was that for a criminal case or for a

18    civil case?

19          A.    Civil.

20          Q.    Civil case, okay.

21                Do you remember who any of the

22    attorneys were who were involved?

23          A.    I do not, sir.

24          Q.    How about the fourth time you were

25    placed under oath, when was that?
```

Exhibit 5081 at 14

John J. Lindegren

```
 1          A.    It was a job.  Somebody was -- I had
 2    worked on a job as a journeyman, and they were
 3    asking me some questions about -- there was some
 4    litigation towards the guy that I was carpentry
 5    for.
 6          Q.    Was that the general contractor?
 7          A.    Yeah.
 8          Q.    Do you remember who that was?
 9          A.    Bill -- I can't remember his last
10    name.  It was AMC Construction, and the guy's
11    name -- I can't right now remember his last name.
12          Q.    Okay.  Were you involved in the
13    lawsuit?  Were you suing him?
14          A.    No.  I was just -- they asked me about
15    what was going on on the job.
16          Q.    Okay.  So was it like an investigation
17    by the Bureau of Labor and Industries --
18          A.    Yeah.
19          Q.    -- or the State?  Okay.
20                So nobody was suing anybody.  It was
21    just an investigation?
22          A.    Yeah, an investigation.
23          Q.    Okay.
24          A.    Using substandard material on a
25    commercial job, I think is what it was.
```

Exhibit 5081 at 15

1    Q.    Okay.  And so you were placed under

2    oath in that matter?

3    A.    Yeah.

4    Q.    Was there a trial or something?

5    A.    I think it was a hearing through -- I

6    believe it was through the Oregon builders board.

7    Q.    Oh, okay.  So like a Contractors Board

8    proceeding?

9    A.    Yes.

10    Q.    Okay.  Have you ever had to go through

11    any Construction Contractors Board proceedings

12    because of your own work?

13    A.    Yeah, one.

14    Q.    When was that?

15    A.    About three years ago.

16    Q.    So 2019 --

17    A.    Yeah.

18    Q.    -- ish?

19          And what was that about?

20    A.    Working on a job without a

21    contractor's license.

22    Q.    What was the job?

23    A.    It was remodeling a bathroom.

24    Q.    Who was that for?

25    A.    Virginia, I can't remember what her

Exhibit 5081 at 16

John D. Lindegren

```
 1    last name was, out of Coquille, Oregon.
 2          Q.    Did something go south on the job?
 3          A.    She didn't want to pay me.
 4          Q.    Oh, okay.
 5                Did you ever end up settling up with
 6    her or --
 7          A.    Yeah.  She settled with me.  And then
 8    I had to pay a fine to the builders board for no
 9    license.
10          Q.    How much was the fine?
11          A.    $5,900.
12          Q.    Okay.  And then did you lose your
13    license or anything because of that?
14          A.    No, sir.
15          Q.    So you're still licensed?
16          A.    I'm not licensed.
17          Q.    Oh, you're not licensed?
18          A.    I work under other contractors' -- I
19    work under their license.
20          Q.    Okay.
21          A.    As an employee.
22          Q.    So there was just no need to renew
23    yours?
24          A.    None.
25          Q.    Okay.  But, otherwise, you're in good
```

Exhibit 5081 at 17

```
1   standing if you wanted to renew it?
2        A.    Right.  Yes.  I paid the fine and
3   everybody is happy.
4        Q.    Okay.  So other than those four times
5   we've talked about, is there any other time you
6   recall that you were placed under oath to testify
7   in any kind of proceeding?
8        A.    None that I can remember.
9        Q.    Okay.  But you have been under oath
10  before, and you understand what it means to be
11  under oath; is that right?
12       A.    Yes, sir.
13       Q.    And that means that you're expected to
14  give the same careful and considered answers that
15  you would give in a court of law; do you
16  understand that?
17       A.    You got it.
18       Q.    That means you're expected to give
19  complete answers and not hold anything back;
20  right?
21       A.    I won't hold anything back, sir.
22       Q.    Okay.  So if you've never testified in
23  a deposition before, I'll go over some of what's
24  going on here with all these computers and some of
25  the ground rules; okay?
```

Exhibit 5081 at 18

```
 1          A.    That would be fine.
 2          Q.    So the court reporter is creating a
 3    transcript of everything that you and I say,
 4    everything that's said during this process, and
 5    she's doing that in realtime.  And in order for
 6    her to do that well, we have to help her out a
 7    little bit; okay?
 8          A.    I understand.
 9          Q.    So she'll be creating the transcript,
10    but you are going to be responsible for the
11    information in that transcript and whether or not
12    it's accurate; right?
13          A.    It will be accurate.
14          Q.    Okay.  And so a couple things we have
15    to think about.  You have to answer all the
16    questions out loud; do you understand that?
17          A.    Yes.
18          Q.    And things like nodding your head or
19    shaking your head, there's no button on her
20    machine that will record that.
21          A.    I understand that.
22          Q.    Okay.  So you've got to articulate.
23          A.    Yeah.
24          Q.    And same thing with "uh-huh,"
25    "huh-uh" --
```

Exhibit 5081 at 19

John J. Dinegren

```
 1          A.    Yeah.
 2          Q.    -- things like that, they don't show
 3   up well.
 4          A.    You got it.
 5          Q.    So you wanna say yes, no, maybe,
 6   whatever; okay?
 7          A.    Yeah.  Got it.
 8          Q.    And you are responsible for expressing
 9   any confusion or misunderstanding; do you
10   understand that?
11          A.    Right.  If I don't understand, I will
12   ask for you to clarify it.
13          Q.    Perfect.  And if for some reason I ask
14   a question that doesn't make sense, say that on
15   the record so it's clear that there was a
16   misunderstanding and then I'll rephrase the
17   question; okay?
18          A.    Yes, sir.
19          Q.    Okay.  So it may be not only that
20   you're confused, it may be that I'm confused or
21   you think I'm confused.  And you should say that
22   so we can get it straight; okay?
23          A.    You got it.
24          Q.    Okay.  By the same token, you're
25   responsible for expressing uncertainty.  So if
```

Exhibit 5081 at 20

1    you're guessing about something, you need to tell

2    me it's a guess; okay?

3         A.    I won't guess.

4         Q.    Okay.  Well, that's great.

5         A.    But I'll let you know if I don't know,

6    either yes or no.  I don't guess.  This isn't

7    something I want to guess about.

8         Q.    Okay.  If we're talking about

9    distances or measurements and you're giving an

10   approximation, say approximately for the record;

11   okay?

12        A.    Yeah.

13        Q.    Then the last thing -- one of the last

14   things is if you're answering a question with

15   something that you believe to be true, rather than

16   a fact that you actually know to be true, I need

17   you to say that as well; okay?

18        A.    Yeah.

19        Q.    Okay.  And then, lastly, I'll say it

20   one more time, we've got to be careful --

21        A.    Like my opinion or something.  If I

22   think, well, you know, yeah.

23        Q.    Yeah.  If you're expressing an opinion

24   rather than something --

25        A.    What I for sure know.

Exhibit 5081 at 21

1          Q.     Right.

2          A.     Got you.

3          Q.     If you're expressing an opinion, say

4     this is an opinion and not something I actually

5     know.

6                And then, lastly, we got to be careful

7     to avoid speaking over each other.

8          A.     I won't.

9          Q.     She can't take us both down at the

10    same time.

11               Okay.  So the answers --

12               (Reporter inquires.)

13    BY MR. LAUERSDORF:

14         Q.     Your answers and the information you

15    provide during this deposition will likely be used

16    at a trial; do you understand that?

17         A.     That's fine.

18         Q.     And if you also testify at that trial

19    and there are inconsistencies between what you say

20    today and what you say at that trial, those

21    inconsistencies will be pointed out --

22         A.     Right.

23         Q.     -- do you understand that?  Okay.

24         A.     Got you.

25         Q.     Are you currently suffering from any

Exhibit 5081 at 22

John O. Lindegren

23

```
 1   type of illness?
 2        A.    None.
 3        Q.    Have you in the past been diagnosed by
 4   a medical professional with any kind of illness
 5   where they told you, Hey, this might affect your
 6   memory or your ability to understand people?
 7        A.    The only -- the last illness I had, I
 8   had the virus.
 9        Q.    Okay.  Did that affect your memory at
10   all that you know of?
11        A.    I couldn't tell you one way or
12   another.
13        Q.    Okay.
14        A.    It wasn't that bad.  I was in bed a
15   couple of days, and I was right back with it.
16        Q.    Okay.  Are you currently taking any
17   prescription medications that a medical
18   professional has told you might affect your memory
19   or your comprehension?
20        A.    Not a one.  I don't take pills.
21        Q.    Are you aware of any reason why you
22   might not be able to understand or answer the
23   questions asked of you today?
24        A.    Well, I'll do my best, sir.  That's
25   all I can say.  You know, I'm no attorney, so I'm
```

Exhibit 5081 at 23

 1   outclassed by you guys, but I'll definitely do my
 2   best.
 3        Q.    Okay.  You haven't had any
 4   conversations with people lately or any friends
 5   where they've said, Geez, John, you don't seem to
 6   be that sharp, anything like that?
 7        A.    I don't think they'd tell me that.
 8        Q.    Okay.  Fair enough.
 9              Did you review any documents to
10   prepare for your deposition today?
11        A.    None.
12        Q.    Have you ever made any notes about the
13   Freeman investigation?
14        A.    None.
15        Q.    Have you ever made any notes about any
16   of your contact with law enforcement?
17        A.    None.
18        Q.    Have you ever made any notes about the
19   McGuffin grand jury?
20        A.    None.
21        Q.    Have you ever made any notes about the
22   McGuffin trial?
23        A.    No, sir.
24        Q.    No, okay.
25              Other than me and my assistant, have

Exhibit 5081 at 24

1    you spoken to anyone about the subpoena you

2    received?

3         A.    None.

4         Q.    Have you spoken to anyone about this

5    deposition?

6         A.    None.

7         Q.    Have you spoken to anyone about

8    Mr. McGuffin's lawsuit?

9         A.    No.

10        Q.    Have you spoken with anyone about your

11   previous testimony in the McGuffin trial within

12   the past two years?

13        A.    I have not.

14        Q.    How about in the past five years?

15        A.    Have not.

16        Q.    Okay.  Have you spoken to anyone about

17   the Leah Freeman investigation or the McGuffin

18   trial within the past two years?

19        A.    No, sir.

20        Q.    How about in the past five years?

21        A.    None.

22        Q.    When the court reporter went through

23   and read through the names of the other attorneys

24   and they introduced themselves, did you recognize

25   any of those names?

Exhibit 5081 at 25

1      A.    I did not.

2      Q.    Do you recall if you've talked to any

3  of those people in the past?

4      A.    I probably haven't.

5      Q.    Okay.  Who's Paul Frasier?

6      A.    The DA.

7      Q.    Would you recognize him if you saw him

8  on the street?

9      A.    I would.

10      Q.    When did you first meet Paul Frasier?

11      A.    Years ago.

12      Q.    More than 20?

13      A.    Yeah.

14      Q.    Where would you have first met him?

15      A.    Well, this is a very -- a small area

16  and people know other people around here.  And I

17  knew he was the DA.  A friend of his that went to

18  his church I used to work for, I'd pound nails on

19  different houses that he owned.  I don't know

20  Mr. Frasier personally very well.

21      Q.    Okay.  So is it that you know of him

22  by reputation?

23      A.    I know what he looks like, I know who

24  he is, and I know he's a friend of Fred Eichler

25  (phonetic), who I used to work for.  He had

Exhibit 5081 at 26

John U. Bindegren

27

```
 1   numerous properties that I worked on.
 2          Q.    Mr. Frasier is in the public eye quite
 3   a bit; right?
 4          A.    He is.
 5          Q.    Okay.  So you would know him from
 6   newspaper or television or -- and you've met him a
 7   couple times and talked to him in person at least
 8   a few times; right?
 9          A.    I have.
10          Q.    When is the last time you spoke with
11   him?
12          A.    A couple years ago maybe.  Two years
13   probably, maybe longer.
14          Q.    Do you remember what you talked about?
15          A.    I seen him in a deli, and he said,
16   Hey, Big Guy, and I said, Well, hello,
17   Mr. Frasier.
18          Q.    Okay.  That was it?
19          A.    That was it.
20          Q.    Okay.  And have you spoken to him
21   about this case --
22          A.    No.
23          Q.    -- since the trial?
24          A.    No.
25          Q.    Who is Mark Dannels?
```

Exhibit 5081 at 27

1      A.    I believe he used to be or is the
2  chief of police in Coquille, Oregon.
3      Q.    Okay.  Do you know if he's still the
4  chief of police in Coquille?
5      A.    I don't know.
6      Q.    Would you recognize Mark Dannels if
7  you saw him on the street?
8      A.    I would not.
9      Q.    You wouldn't recognize him?
10      A.    (Witness shakes head.)
11      Q.    Did you ever meet him?
12      A.    Once or twice.
13      Q.    Do you recall the circumstances?
14      A.    Talking to him in the office.
15           I owned some property that I had
16  inherited from my sister, and there was a break-in
17  with some homeless people living in it, and I went
18  to talk to the cops about moving out the homeless
19  people.
20      Q.    Is that 551 West 4th Place?
21      A.    Yes, it is.
22      Q.    Have you been by that house recently
23  at all?
24      A.    A couple months ago.
25      Q.    Is that the house that -- it looks

Exhibit 5081 at 28

```
 1    like it's been gutted and it's being rebuilt.

 2          A.    Yeah.  They're remodeling it.

 3          Q.    And they took it down to studs, it

 4    looks like.

 5          A.    Yes.

 6          Q.    Are you involved in that remodel at

 7    all?

 8          A.    Not yet.  I'm going to do the drywall

 9    when it gets that far.

10          Q.    Okay.  So you met with him personally

11    about what was happening in the house with the

12    homeless folks?

13          A.    Yeah.  I went in there.

14          Q.    Did you meet with him any other time

15    that you recall?

16          A.    I don't believe so.

17          Q.    And where was that?  Was that in his

18    office?

19          A.    Yeah.  At the police station.

20          Q.    How about Mike Dennis, who is

21    Mike Dennis?

22          A.    Mike who?

23          Q.    Dennis, D-e-n-n-i-s.

24          A.    Michael Dennis?

25          Q.    Yeah.
```

Exhibit 5081 at 29

John U. Lindegren

```
 1          A.    He lived across the street from
 2   551 4th Place.  He's a young man.  I knew his dad,
 3   I knew his grandpa.
 4          Q.    When is the last time you saw
 5   Mr. Dennis?
 6          A.    Months.
 7          Q.    Months, okay.
 8                Do you know where he lives now?
 9          A.    I believe he's in that house.
10          Q.    In that same house?
11          A.    Yes.
12          Q.    And that house belonged -- who did
13   that house belong to?
14          A.    Penny Dennis and Loren Dennis.
15   Michael is his grandson.
16          Q.    Loren's grandson?
17          A.    Yeah.
18          Q.    And so was he living there at the time
19   that Ms. Freeman disappeared?
20          A.    Yeah.  He lived there since he was
21   just a little kid.
22          Q.    How old would he have been when
23   Ms. Freeman disappeared when he was living there?
24          A.    16, 17.
25          Q.    And how often would you run into him
```

Exhibit 5081 at 30

John J. Lindegren

1  at that time?

2      A.   Oh, he was always around the house

3  being a kid, you know.  I ran into him around

4  there every time -- many times when I went over to

5  visit my sister he'd be across the street doing

6  something at his grandpa's.

7      Q.   Okay.  Do you recall him having

8  friends over at all?

9      A.   Oh, yeah, he had friends.

10      Q.   Do you recall if he had a girlfriend?

11      A.   Yeah, he had girlfriends.

12      Q.   Do you remember any of his girlfriends

13  in particular?

14      A.   I do not.

15      Q.   Who is Pat Downing?

16      A.   Pat Downing, I do not know.

17      Q.   Would you recognize anyone named

18  Pat Downing if you saw them on the street?

19      A.   Probably not because I don't recognize

20  the name.

21      Q.   Okay.  Who is Kris Karcher,

22  K-a-r-c-h-e-r?

23      A.   I could not tell you, sir.

24      Q.   Okay.  Do you know if you'd recognize

25  that person if you saw him on the street?

Exhibit 5081 at 31

1          A.     Probably not.

2          Q.     Make sure you let me finish.

3          A.     I'm sorry.

4          Q.     That's okay.  We'll get better at it.

5          A.     Yes.

6          Q.     How about Dez Couch; who is Dez Couch?

7          A.     He lived on the corner there, I

8     believe.  The Couch family.  There are several of

9     the Couches.  They live -- when you go down

10    4th Place and you turn right to go out to

11    4th Street, there's a house right there.  The

12    second house in from the corner, that's the Couch

13    residence.

14         Q.     Okay.  Are they on West 4th Place or

15    are they on North Elm Street?

16         A.     4th Place.

17         Q.     Okay.  So if you were leaving Jordie's

18    house, you'd walk up West 4th Place and walk

19    past --

20         A.     One block.  You'd walk up that short

21    block, you turn right, and it's the second house.

22    If you turn right, it would be on the left-hand

23    side.

24         Q.     Okay.  So you would walk past North

25    Elm Street?

Exhibit 5081 at 32

```
 1          A.     Yeah.
 2          Q.     Okay.  How did you know -- did you
 3    actually know Dez Couch, or did you just know the
 4    Couch family?
 5          A.     I know the Couch family.  His dad was
 6    my woodshop teacher in school, and the family's
 7    been local there for a lot of years.
 8          Q.     Okay.  Did you know Dez Couch
 9    personally?
10          A.     I know who he is.
11          Q.     Do you know who he is, or do you know
12    him personally?
13          A.     I don't know him personally.
14          Q.     Okay.  Do you recall ever speaking to
15    Mr. Couch?
16          A.     Oh, I probably did.  I don't remember
17    any instance that I did, but I'm sure I did.  I
18    waved at him when I was up there every time I
19    drove by his house, and he would be outside.
20          Q.     So would you recognize him if you saw
21    him on the street?
22          A.     I believe so.
23          Q.     Do you know when the last time was
24    that you saw him?
25          A.     It's been several years.
```

Exhibit 5081 at 33

```
 1          Q.    Do you know if he's still alive?

 2          A.    I have no idea.

 3          Q.    Who is Ray McNeely?

 4          A.    He's an officer, a detective or

 5    whatever from Coquille PD.

 6          Q.    Do you know if he's still with

 7    Coquille PD?

 8          A.    I don't know if he is, but I

 9    don't believe he is.

10          Q.    Okay.  Do you know where he is at this

11    point?

12          A.    I couldn't tell you anything about it.

13          Q.    How do you know Ray McNeely?

14          A.    He used to work at Coquille Supply

15    before he became -- before he went to the academy.

16    And I used to deal with him on materials when I'd

17    come into Coquille Supply.

18          Q.    Because that was one of the places you

19    shopped as a carpenter?

20          A.    Yes.

21          Q.    Okay.  And how often would you deal

22    with him?

23          A.    Once a week, once every two weeks.

24    Whenever I was supposed to pick up material for

25    jobs.
```

Exhibit 5081 at 34

John G. Lindegren

35

1     Q.     So relatively frequently?

2     A.     Yes.

3     Q.     Okay.  And would you recognize

4  Ray McNeely if you saw him on the street?

5     A.     I haven't seen him in a long time,

6  but, yeah, I probably would.  It's been years.  I

7  don't know if he -- he lost his hair or grew a

8  beard or got 400 pounds I wouldn't, but...

9     Q.     Right.  Okay.

10            Do you know when the last time was

11 that you saw him?

12    A.     It's been years.

13    Q.     How about Kip Oswald, who is

14 Kip Oswald?

15    A.     He's a county cop, I believe, isn't

16 he?  The name sounds familiar.

17    Q.     Would you know him if you saw him on

18 the street?

19    A.     No.

20    Q.     So when you say his name sounds

21 familiar, that's somebody you would know by

22 reputation?

23    A.     Yeah.

24    Q.     Do you know him personally or have you

25 ever spoken to him?

Exhibit 5081 at 35

```
1          A.     I do not.
2          Q.     Okay.  How about Michael Reaves, who
3    is Michael Reaves?
4          A.     I know Mike, yeah.
5          Q.     How do you know Mike?
6          A.     He's the chief of police in Coquille.
7    And then he had a coffee shop that he bought for
8    his wife, and I frequented it once in a while.  I
9    knew Mike and I knew one of his boys.
10         Q.     So you'd know him if you saw him on
11   the street?
12         A.     Yes, I would.
13         Q.     And he's no longer in Coquille though;
14   right?
15         A.     No.
16         Q.     Do you know where he is now?
17         A.     Well, only hearsay.  He moved back, I
18   think, to Massachusetts or something for a while,
19   and that didn't work out or something.  And I
20   heard that he -- from his daughter, because she
21   works at Myrtle Point Hardware.  She was the
22   bookkeeper.  She told me that the family moved
23   back to Louisiana.
24         Q.     Okay.  When is the last time you spoke
25   to Mr. Reaves?
```

Exhibit 5081 at 36

```
 1          A.    Years.
 2          Q.    Okay.  How about Chris Webley?  Who is
 3   Chris Webley?
 4          A.    He's an officer for Coquille, Oregon.
 5          Q.    A police officer?
 6          A.    Yeah.
 7          Q.    And is he still a Coquille PD officer?
 8          A.    He's the head of parole and probation.
 9          Q.    Would you recognize Mr. Webley if you
10   saw him --
11          A.    I would.
12          Q.    When did you first meet Mr. Webley?
13          A.    Years ago, when he was an officer.
14          Q.    Was it on the McGuffin case?
15          A.    No.  It was before that.
16          Q.    Before that, okay.
17                How long did you know him before you
18   first talked to him about the McGuffin case?
19          A.    A couple years, couple three years.
20          Q.    Was that just like a personal
21   relationship, or was it part of an investigation
22   or something of that nature?
23          A.    I don't know what you call it.  It was
24   over a bar fight I was in.
25          Q.    And he was investigating it?
```

Exhibit 5081 at 37

John U. Prindegren

38

```
 1          A.    Yeah.
 2          Q.    Who was the fight with?
 3          A.    A John Wilcox.
 4          Q.    What was the fight about?
 5          A.    I can't remember.  I think he hit me
 6   in the head with a beer bottle or something.
 7          Q.    Did he give you any indication why?
 8          A.    He was drunk.
 9          Q.    Oh, okay.
10          A.    I don't drink.  I haven't drank for
11   many years.
12          Q.    What happened?  Was he arrested?
13          A.    No.  I just whipped up on him a little
14   bit.
15          Q.    Okay.  And then Officer Webley came to
16   investigate?
17          A.    Yeah.  He asked what happened, I told
18   him, and he said, Well -- he wanted the address
19   and this and that, and if there's any litigation,
20   come.  Nothing ever happened over it.
21          Q.    Did he ask if you wanted to press
22   charges?
23          A.    Yeah.
24          Q.    What did you say?
25          A.    And I said, No.  It looks like he got
```

Exhibit 5081 at 38

1   enough.

2          Q.     And did he ask Wilcox if he wanted to

3   press charges?

4          A.     Yeah.

5          Q.     And what did he say?

6          A.     He had had enough of it too.

7          Q.     Okay.  How about Cheri Mitchell, who

8   is Cheri Mitchell?

9          A.     Doesn't ring a bell.

10         Q.     Would you know her if you saw her on

11  the street -- recognize her?

12         A.     No.

13         Q.     Who is Eric Schwenninger?

14         A.     Eric --

15         Q.     Schwenninger.  It's

16  S-c-h-w-e-n-n-i-n-g-e-r.  And I believe it's

17  pronounced Schwenninger, but it may be

18  Schwenninger.

19         A.     Swearinger?

20         Q.     I don't think it's Swearinger.

21         A.     Okay.

22         Q.     But do you know somebody named

23  Eric Swearinger?

24         A.     I know a family with that last name,

25  but I don't know who you're talking about --

Exhibit 5081 at 39

1      Q.    Okay.

2      A.    -- I'm pretty sure.

3      Q.    So would you recognize anyone named

4   Eric Schwenninger if you saw him on the street?

5      A.    I would not.

6      Q.    Who is David Zavala?

7      A.    Don't know.

8      Q.    So that's not a person you would

9   recognize if you saw him on the street?

10      A.    I don't believe so.

11      Q.    How about Scott Hamilton, who is

12   Scott Hamilton?

13      A.    The name sounds familiar, but I can't

14   place him.

15      Q.    So is that that you just know the

16   name, or would you --

17      A.    Yeah.  It's a small area, you know,

18   and I've been around here a lot of years and done

19   a lot of work for a lot of different people, a lot

20   of different jobs and a lot of different things.

21   The name sounds familiar to me, but I cannot place

22   it.

23      Q.    You can't picture a face at all?

24      A.    No, sir.

25      Q.    How about the Hamilton family, is

Exhibit 5081 at 40

```
 1   there a Hamilton family around?

 2         A.    I don't know.

 3         Q.    How about Dave Hall?  Who is

 4   Dave Hall?

 5         A.    I believe he was an officer of the

 6   law.

 7         Q.    For Coquille PD?

 8         A.    Yeah.  But I may be wrong on that.

 9   That's what I seem to remember.

10         Q.    Okay.  Did you know him personally?

11         A.    No.

12         Q.    Would you know him if you saw him on

13   the street?

14         A.    No.

15         Q.    So you just know him by reputation?

16         A.    Yeah.  Name.

17         Q.    Okay.  How about Teresa Bowersox, who

18   is Teresa Bowersox?

19         A.    Not a clue.

20         Q.    You don't recall ever meeting a person

21   named Teresa Bowersox?

22         A.    No.

23         Q.    Corey Bryant, who is Corey Bryant?

24         A.    Don't know.

25         Q.    Is that a name you're familiar with at
```

Exhibit 5081 at 41

1   all?

2        A.    Not the last name, no.

3        Q.    Anybody you recall --

4        A.    I know a lot of Coreys, but not a

5   Bryant.

6        Q.    Okay.  So Corey Bryant is not someone

7   you remember meeting at any point?

8        A.    I don't think so.

9        Q.    How about Craig Zanni, who's

10  Craig Zanni?

11       A.    I know Craig well.

12       Q.    Everybody knows Craig Zanni?

13       A.    Yeah.

14       Q.    Who is he?

15       A.    He's the head sheriff for Coos County.

16       Q.    Right.  And how long have you known

17  Mr. Zanni?

18       A.    Off and on for years.

19       Q.    When is the last time you spoke with

20  Sheriff Zanni?

21       A.    I saw him at a meeting a couple three

22  or four months ago.

23       Q.    What was the meeting about?

24       A.    It was about gun rights.

25       Q.    Okay.  Did you talk --

Exhibit 5081 at 42

1          A.     Second Amendment, yeah.

2          Q.     Did you talk to him about Mr. McGuffin

3    or Leah Freeman at all?

4          A.     No.

5          Q.     And, of course, you would recognize

6    Sheriff Zanni if you saw --

7          A.     Yes.

8          Q.     -- him on the street?

9          A.     Yes, sir.

10         Q.     You've got to let me finish.

11         A.     Yes, sir.

12         Q.     Who is Kristen Steinhoff?

13         A.     I know the name from Myrtle Point, the

14   Steinhoffs, and I knew a lot of them.  There are a

15   bunch of them.  I don't know if I could ID.

16         Q.     Is the name familiar to you as

17   somebody you've met before?

18         A.     I've met a lot of them.

19         Q.     Okay.  Do you know if you met

20   Kristen Steinhoff?

21         A.     I know Terri (phonetic) Steinhoff and

22   all the different Steinhoffs.  They lived outside

23   of Myrtle Point.

24         Q.     Okay.

25         A.     A known family.

Exhibit 5081 at 43

1     Q.    Do you recall meeting a person named
2  Kristen Steinhoff though?
3     A.    No.
4     Q.    And that's kind of one of the things I
5  want to make sure we're clarifying, is the
6  difference between knowing a name --
7     A.    Right.
8     Q.    -- or knowing somebody by reputation
9  and actually knowing them.  Do you understand the
10 distinction?
11    A.    I do.
12    Q.    Okay.  And so Kristen Steinhoff is not
13 somebody you would recognize if you saw her on the
14 street?
15    A.    No.
16    Q.    How about Ricky Crook, who is
17 Ricky Crook?
18    A.    I know his dad.
19    Q.    Do you know Ricky himself?
20    A.    Yeah, I know Rick --
21    Q.    Okay.
22    A.    -- his dad.
23    Q.    And would you recognize Rick Crook if
24 you saw him on the street?
25    A.    The dad or the boy?

Exhibit 5081 at 44

1        Q.    The boy.

2        A.    No.

3        Q.    Have you ever met Rick, the boy,

4    before?

5        A.    I'm sure I have, but it's been a lot

6    of years ago.

7        Q.    Okay.  How about

8    Christy Christofferson, do you know who that is?

9        A.    I know a Terri (phonetic),

10   Terri Christofferson.  And I think that's the

11   father, but I don't know.

12       Q.    Have you ever met

13   Christy Christofferson?

14       A.    No.

15       Q.    Would you be able to pick him or her

16   out of a crowd?

17       A.    Could not.

18       Q.    How about Josh Emler, do you know who

19   that is?

20       A.    No, I wouldn't be able to -- I have

21   heard of the family, but I do not know of the

22   individual.

23       Q.    Okay.  How about Nikki Price, do you

24   know who that is?

25       A.    No.

Exhibit 5081 at 45

1      Q.    How about Amanda Lovell, do you know
2   who that is?
3      A.    I do not.
4      Q.    How about Lindsey Duvall, do you know
5   who that is?
6      A.    No.
7      Q.    How about Cassie Moore, do you know
8   who that is?
9      A.    No.
10      Q.    How about Aaron West, do you know who
11   that is?
12      A.    I do not.
13      Q.    How about Amanda Landmark, do you know
14   who that is?
15      A.    Yeah.
16      Q.    Who is Amanda Landmark?
17      A.    I used to work a little bit with her
18   father, Dave Landmark, Landmark Construction.
19      Q.    Okay.  Are you pretty tied into most
20   of the people in the trades?
21      A.    Yeah.
22      Q.    So you probably know the Backman
23   family?
24      A.    Yes.
25      Q.    Do you know a Nick Backman?

Exhibit 5081 at 46

1          A.    Yes.

2          Q.    Do you know him personally?

3          A.    Yes.

4          Q.    So that's somebody that you know the

5    name, but you also know him personally?

6          A.    Yeah.  I know him, his dad, and all of

7    his uncles.

8          Q.    And you'd be able to pick Nick --

9          A.    I've elk hunted with the dad and all

10   the uncles.

11         Q.    So Nick Backman is a person that you

12   would be able to pick out of a crowd?

13         A.    I could.

14         Q.    Okay.  And so getting back to

15   Amanda Landmark, is she somebody you could pick

16   out of a crowd, or do you just know her dad?

17         A.    I just know her dad.

18         Q.    Have you ever met her personally or

19   spoken with her?

20         A.    I may have, but I wouldn't know.  It

21   would be a passing hello meeting.

22         Q.    And if you saw her on the street would

23   you recognize her?

24         A.    No, sir.

25         Q.    How about Lindee Kindred, do you know

Exhibit 5081 at 47

1    who that is?

2          A.    I do.

3          Q.    Who is Lindee Kindred?

4          A.    Lindee Kindred used to be a dancer at

5    the Sawdust Theatre in Coquille.  And I built all

6    the props and scenery for the Sawdusters, and did

7    maintenance on their building and did some work.

8    Her dad is a Realtor for Century 21.  He's the

9    head broker there.  And I've done some work there,

10   and I know her from when she was down at the

11   theatre.

12         Q.    At the Sawdust?

13         A.    Yeah.

14         Q.    So would you be able to pick her out

15   of a crowd?

16         A.    I could.  It's been a lot of years

17   since I've seen her.  She was just a young girl

18   when I knew her, 15, 16 years old.

19         Q.    Okay.  Do you think you'd recognize

20   her if you saw her today?

21         A.    Maybe, yeah.

22         Q.    But you would have recognized her for

23   sure if you saw her back then?

24         A.    Yeah.

25         Q.    Okay.

Exhibit 5081 at 48

```
 1              MR. DAVIS:  Would you repeat Lindee's
 2     full name and spell it, please?
 3              MR. LAUERSDORF:  Sure.  It's
 4     Lindee Kindred.  L-i-n-d-e-e, K-i-n-d-r-e-d.
 5              MR. DAVIS:  Thank you.
 6     BY MR. LAUERSDORF:
 7         Q.   Mr. Lindegren, how are you doing?  Do
 8     you need a break?
 9         A.   No.  I'm doing fine.
10         Q.   Did you graduate high school?
11         A.   No, sir, I did not.
12         Q.   Did you go to high school?
13         A.   Yes, sir, I did.
14         Q.   Where did you go to high school?
15         A.   Coquille High School.
16         Q.   And what would have been your
17     graduating class?
18         A.   1976.
19         Q.   Did you get a GED or anything like
20     that?
21         A.   I did.
22         Q.   When did you get your GED?
23         A.   About '84 at the local college here.
24     SWOCC.
25         Q.   Southwest Community College?
```

Exhibit 5081 at 49

1      A.     Yeah.

2      Q.     Have you attended any other classes at

3  Southwest?

4      A.     No, I haven't.

5      Q.     Have you attended any other classes at

6  any other college?

7      A.     No, sir.

8      Q.     How about any trade schools or

9  apprenticeships, have you completed anything like

10  that?

11      A.     No.

12      Q.     Have you ever served in the military?

13      A.     No.

14      Q.     Have you ever been arrested?

15      A.     Yes.

16      Q.     How many times?

17      A.     Oh, two or three times.

18      Q.     When was the last time you were

19  arrested?

20      A.     2000, maybe, or before.  It was before

21  2000.

22      Q.     Okay.  When was the first time you

23  were arrested?

24      A.     1982, '83.

25      Q.     Why were you arrested the first time?

Exhibit 5081 at 50

```
1          A.     Fighting.

2          Q.     And you were -- let's see.  I guess

3    you wouldn't have been a kid exactly; right?

4          A.     No.  I was probably 23, 24.

5          Q.     What happened when you were arrested

6    that time?

7          A.     Just the numerous bar fight.  Around

8    here, back in the '80s and stuff, logging was

9    still prominent, and them old loggers, they like

10   to fight.  And at the time I was in real good

11   physical condition, and I'm a good-sized guy, and

12   I'm a good wrestler and a good boxer, and so I've

13   been in a few.

14         Q.     Okay.  Did anything happen with that

15   arrest?  Were you charged with anything?

16         A.     No.

17         Q.     Was anybody else charged in this?

18         A.     No.

19         Q.     And how about the next time you were

20   arrested, what was that for?

21         A.     I've had two DUIs.

22         Q.     Okay.

23         A.     And then I quit drinking.  I haven't

24   drank in probably 27 years.

25         Q.     Okay.  Good for you.
```

Exhibit 5081 at 51

```
1                When was the first DUI?

2        A.    I can't remember.  You would have to

3   investigate it.

4        Q.    More than 20 years ago?

5        A.    Yeah.

6        Q.    When was the last DUI?

7        A.    It's been over 20.

8        Q.    Okay.  Were you charged?

9        A.    Yeah.

10       Q.    So did you have -- were you convicted

11  of those things?

12       A.    I just pled guilty and went through a

13  program that --

14       Q.    They called it a diversion?

15       A.    Diversion program.

16       Q.    Okay.

17       A.    Yeah.

18       Q.    So other than the DUIs and times when

19  you've been involved with fighting, have you been

20  arrested for anything else?

21       A.    No.

22       Q.    And other than the Construction

23  Contractors Board that we talked about earlier,

24  have you ever been involved in any disciplinary

25  action?
```

Exhibit 5081 at 52

```
 1          A.    No.

 2          Q.    Have you ever been sued by anyone?

 3          A.    No.

 4          Q.    Have you ever sued anyone?

 5          A.    No.

 6          Q.    Where were you employed in June of

 7   2000?

 8          A.    Sawdust Theatre probably.  I built all

 9   of their props, all of their scenery, maintenance

10   on the building inside and out.  Then I worked

11   other jobs, too.  When I wasn't working for them,

12   I'd do other jobs for other people in the area.

13          Q.    Okay.  How many hours per week would

14   you say you worked at the Sawdust during the year

15   2000?

16          A.    Probably 20.

17          Q.    And then where would you work for the

18   rest of the week?

19          A.    Just any jobs I had.  You know, if

20   they had a job to build a garage or a carport or

21   go do drywall.  I would pick up whatever, a few

22   extra hours every week.

23          Q.    Who did you answer to at the Sawdust

24   Theatre?

25          A.    The board of directors.
```

Exhibit 5081 at 53

1        Q.     And was Jordie on the board of

2    directors?

3        A.     She had been, but she wasn't at the

4    time.

5        Q.     She wasn't in June of 2000?

6        A.     No.

7        Q.     Okay.  Did she get back on the board

8    of directors at some point?

9        A.     No.

10        Q.     When did she leave the board of

11    directors?

12        A.     I have no idea.

13        Q.     After she left the board of directors,

14    did she stay engaged with the theatre?

15        A.     She worked backstage for a year or two

16    and then she retired from it.  She used to act.

17    She was in several of the plays, and then she did

18    a lot of things at the theatre, and then she

19    retired from it.

20        Q.     I saw somewhere that she had, I think,

21    written a play with some of the other folks, and

22    she --

23        A.     Yeah.  She wrote several plays.

24        Q.     And she directed some plays, too;

25    right?

Exhibit 5081 at 54

1      A.    Yes.

2      Q.    So you about the week of -- I want to

3  take you back and kind of narrow this down more

4  specifically.  How about the week of June 25,

5  2000, where would you have been working that week?

6      A.    I couldn't tell you.

7      Q.    Do you know who you were working with

8  at all?

9      A.    I couldn't tell you that either.

10      Q.    How about 2010, do you remember when

11  you were contacted about the Freeman case again in

12  2010?

13      A.    Yeah.

14      Q.    Where were you working then?

15      A.    I couldn't tell you.  You know, my

16  jobs last from two to three days to a couple of

17  weeks, and then I finish the job and then I go on

18  to another property owner.

19      Q.    Yeah.  I was just thinking that --

20  because the Freeman case was a big deal in

21  Coquille; right?

22      A.    Yeah.

23      Q.    The whole town was talking about it?

24      A.    Yeah.

25      Q.    And do you remember when Chief Dannels

Exhibit 5081 at 55

56

1    was hired, when he became the new chief?

2        A.    Yeah.

3        Q.    Do you remember him reopening the

4    case?  Did you see anything about his press

5    announcement, anything like that?

6        A.    I wasn't really interested.  I'm not

7    really into, you know, what's going on around and

8    what -- I don't know how to explain it.  I don't

9    care what they do, what the cops do.  I want to

10   keep away from them.

11       Q.    But when they contact you about --

12       A.    Yeah, that's all I can talk about, is

13   when they contact me.  I don't know what they did

14   or what their press conferences are.

15       Q.    Okay.  Fair enough.

16             But when they contact you about an

17   open investigation, that seems like it would be a

18   memorable event to me.

19       A.    Yeah.

20       Q.    So do you remember where you were

21   working or what you were doing when you were

22   contacted?

23       A.    I don't.

24       Q.    Do you remember who contacted you?

25       A.    I only remember one time they

Exhibit 5081 at 56

John O. Lindegren

57

1    contacted me.  I was working for a guy, and I was

2    framing in two dormers in his roof because he was

3    going to vault the ceiling of his house, and I was

4    working on that with two other guys.  And my

5    sister drove out and said that the police were

6    looking for me, because she knew where the job

7    site was.  And then I went -- after I finished up,

8    I went in and talked to the police.

9         Q.    Do you know who you talked to?

10        A.    I talked to a chief and then I talked

11   to the detective.

12        Q.    Which detective?

13        A.    A young man that we talked about

14   before.

15        Q.    McNeely?

16        A.    McNeely.

17        Q.    So that would have had to have been

18   around 2010; right?

19        A.    Yeah.

20        Q.    Do you know if Ray --

21        A.    I don't believe they talked to me

22   after they reopened the case.  I think -- I can

23   only remember them talking to me one time.

24        Q.    Okay.  Do you know if Ray McNeely was

25   on the police force in 2000?

Exhibit 5081 at 57

1    A.    I don't know.  But he was the one that
2    interviewed me.
3        Q.    Okay.  And you said you talked to a
4    chief as well.  Which chief?  Who was the chief?
5        A.    I can't remember.
6        Q.    Was it Chief Reaves?
7        A.    It could have been.  I do not know.
8        Q.    Okay.  You said you added a dormer.
9    So they were adding a second story?
10       A.    Yeah.  To open up the second floor,
11   they were going to take all the ceiling joists out
12   and -- a cathedral ceiling.
13       Q.    And structurally you have to add the
14   dormers to add height and light and make the
15   second story sound; right?
16       A.    Right.
17       Q.    Who was that job for?
18       A.    John -- I'll think of his last name
19   here in a second.  He lives outside of Coquille.
20   He used to work at Roseburg Lumber.  He retired
21   from there.  I can't remember his last name.  Nice
22   guy.
23       Q.    Okay.  And it was Jordie that came out
24   and told you the police were looking for you?
25       A.    Yes.

Exhibit 5081 at 58

John U. Lindegren

1    Q.    What did she say?

2    A.    She said, John, the police have been

3  looking for you.  They don't know how to get ahold

4  of you.  They need to talk to you.  And I said,

5  Okay.  When I get off work tonight, I'll go talk

6  to them.

7    Q.    Did she say why they needed to talk to

8  you?

9    A.    No.

10   Q.    She didn't say what it was about at

11  all?

12   A.    No.

13   Q.    I want to stay on the week of June 25,

14  2000.  And I understand that was a long time ago,

15  but you were asked about it about ten years ago

16  and you had some memory of it, so I'm hoping you

17  still do.  Do you remember anything about that

18  week in particular?

19   A.    My sister had me come over on a

20  Thursday night.

21   Q.    Okay.

22   A.    And I had been doing -- I made sure I

23  did some work on her place once in a while.  And

24  she cooked me dinner.  And she was watching a TV

25  program called Survivor --

Exhibit 5081 at 59

1     Q.     Hold on.  We're going to get to

2  Survivor in a minute.

3     A.     Okay.  I'm sorry.

4     Q.     Other than Survivor that night, do you

5  remember anything else about that week?

6     A.     No.

7     Q.     Where you were working, what you were

8  doing?

9     A.     Well, sure, I was either working at

10  the theatre or working somewhere else.

11     Q.     Okay.  And you said you were doing --

12  that you did jobs for your sister once in a while?

13     A.     Yeah.

14     Q.     What kind of jobs?

15     A.     Worked on her property.

16     Q.     Okay.  What did you do for her?

17     A.     Patched drywall holes, do electrical,

18  even mow her lawn once or twice, just to help her

19  out.  She was my twin.

20     Q.     Yep.  You guys were close, I imagine?

21     A.     Yes.

22     Q.     And by that time your folks had moved

23  back to North Dakota; right?

24     A.     That is correct.

25     Q.     So you and your sister -- she was your

Exhibit 5081 at 60

1   only relative in town?

2       A.    That is correct.

3       Q.    Okay.  And so do you recall doing any

4   projects for her that week?

5       A.    I couldn't tell you.

6       Q.    Okay.  Do you remember any of the

7   local events that were occurring around that time?

8   Like Father's Day would have been right around

9   that time.  Do you remember talking to your dad at

10  all that Father's Day?

11      A.    Oh, sure.  I'm sure I called him on

12  Father's Day.  I always did.  Can I remember?  No.

13  But I called him, though, I'm sure.

14      Q.    That's what I'm asking about.  Are you

15  saying you called him because you have a memory of

16  that, or are you saying you called him because you

17  always did --

18      A.    I always called him.  Like I said, I

19  can't remember the telephone call or anything that

20  we talked about, but I'm absolutely relatively

21  positive that I called him.

22      Q.    Okay.  How about the 50 Million Round

23  March at the Myrtle Point Sportsman Club, do you

24  remember that happening?

25      A.    No.

Exhibit 5081 at 61

1      Q.     That was a Second Amendment rally?

2      A.     I've been to a lot of different Second

3   Amendment rallies.

4      Q.     But you don't remember what happened

5   around that time?

6      A.     I do not.  I have no idea.

7      Q.     How about Gay '90s Weekend, do you

8   know what that is?

9      A.     Yeah.  It's a big local celebration.

10      Q.     Like a festival?

11      A.     Yeah.

12      Q.     Do you remember that happening around

13   that time?

14      A.     Yeah.  That usually happens the first

15   weekend in June.

16      Q.     So that would have happened a few

17   weeks earlier?

18      A.     Yeah.

19      Q.     Okay.  Do you remember anything about

20   the Gay '90s celebration?

21      A.     I don't.  A couple times in the

22   celebrations over the years they have arm

23   wrestling, and I would enter that and arm wrestle.

24      Q.     Do you remember if you arm-wrestled --

25      A.     I didn't.

Exhibit 5081 at 62

1          Q.    -- the year that Ms. Freeman

2     disappeared?

3          A.    I did not.

4          Q.    There's a Kiwanis pancake breakfast

5     during the Gay '90s thing; right?

6          A.    Yeah.

7          Q.    And Jordie was active in Kiwanis;

8     right?

9          A.    She was.

10         Q.    Did she work the breakfast that year,

11    do you know?

12         A.    I don't know.

13         Q.    Were you at the breakfast that year?

14         A.    I don't know.  I went to several of

15    them, but I did not go to all of them.  And I

16    don't know if I went that year or not.

17         Q.    Okay.  And I'm just trying to place

18    you back in that place and try to figure out --

19         A.    I understand.

20         Q.    And I know that you --

21         A.    I understand.

22         Q.    -- you recall that Thursday night.  I

23    want to see if you recall anything else about that

24    time.

25         A.    Okay.

Exhibit 5081 at 63

1      Q.    That's why I'm asking these questions.

2            What about fishing, were you fishing

3    or hunting at that time --

4      A.    I would probably be fishing for shad,

5    because I fished for shad and that's when they run

6    in the local Coquille River.  But I fish, you

7    know, steelhead in the winter, salmon in the fall,

8    and striped bass.

9      Q.    How about sturgeon?

10     A.    I never did fish -- you can't keep

11   them now.  It's been a lot of years since you

12   could take one anyway.

13     Q.    Did you still have the boat at that

14   time?

15     A.    Yeah.

16     Q.    Do you remember being out in the boat

17   anytime around the time that you thought you saw

18   Ms. Freeman and Mr. McGuffin?

19     A.    No.  Because I only used my boat --

20   it's a drift boat, so I'd only use it for

21   steelhead fishing.

22     Q.    Okay.  How about ocean coho, do you --

23     A.    I never go out in the ocean.  I

24   usually fish in the river.

25     Q.    Okay.

Exhibit 5081 at 64

1          A.     The slough or ponds.

2          Q.     Do you recall any special plans for

3    the Fourth of July you had that year?

4          A.     No.

5          Q.     That would have been coming up around

6    that time; right?

7          A.     Yeah.

8          Q.     Do you recall helping Jordie put up

9    decorations for anything for that?

10         A.     Probably not.

11         Q.     Did you have a daily routine at that

12   time?

13         A.     In the evening sometimes if I didn't

14   go over to my sister's house, after work I'd go to

15   The Birdcage restaurant and eat dinner.

16         Q.     Okay.

17         A.     Then I'd go home.

18         Q.     How many times a week would you go to

19   The Birdcage?

20         A.     If I wasn't invited over to my

21   sister's house or -- probably just about every

22   night.

23         Q.     Okay.  Where was The Birdcage

24   restaurant located?

25         A.     Downtown Coquille.  It's been closed

Exhibit 5081 at 65

1    for a few years now.  It was a local restaurant.

2          Q.    Do you know the street it was on?

3          A.    I couldn't tell you what the name is

4    of the street.

5          Q.    And where were you living at that

6    time?

7          A.    Bill's Place, Oregon.  Bill's Place.

8    It was a tavern.  It had apartments up above, and

9    I lived in an apartment upstairs.

10         Q.    Do you remember the address?

11         A.    79 West Central.

12         Q.    Central Boulevard?

13         A.    Yeah.

14         Q.    Do you remember the apartment number?

15         A.    Number 12.

16         Q.    How long had you lived there at that

17   time?

18         A.    A couple years probably.

19         Q.    Where did you live before that?

20         A.    West 17th in Coquille, Oregon.

21         Q.    Do you remember the address there?

22         A.    I don't remember.

23         Q.    How about vehicles, what were you

24   driving back in June of 2000?

25         A.    Many old trucks.  I had a green

Exhibit 5081 at 66

1   Toyota SR5 pickup, I had a Ford Ranger.

2          Q.    What year was the SR5?

3          A.    '73.  It was a nice rig though.

4          Q.    That was green?

5          A.    Yeah.

6          Q.    And you said you had a Ford Ranger?

7          A.    Yeah.

8          Q.    What year was that?

9          A.    1985.

10         Q.    What color was that?

11         A.    White.

12         Q.    Was that just a standard cab or --

13         A.    Yeah.  A standard cab, a four-wheel

14  drive.

15         Q.    Okay.  Any other vehicles you were

16  driving at the time?

17         A.    Lots of them.  I had Jeeps and pickups

18  and trucks.

19         Q.    Were Jeeps for daily driving or for

20  off-roading?

21         A.    They're off-road and hunting.

22         Q.    Do you remember any specific vehicles

23  you would have been driving around the time of

24  June 28th --

25         A.    I had an old flat fender, 1946 CJ2A.

Exhibit 5081 at 67

1    Q.    What's a flat fender?  I'm not
2    familiar with it.
3    A.    Do you know what a military Jeep looks
4    like with the flat fenders?
5    Q.    Yes.
6    A.    This was the civilian model of the
7    military model.  One year after the war, they
8    called them a civilian, so their designation was
9    CJ2A.
10    Q.    V as in Victor?
11    A.    C.
12    Q.    C as in cat?
13    A.    Yeah.
14    Q.    CJ2A.  Who is the manufacturer?
15    A.    Willys.
16    Q.    Okay.  What color was that?
17    A.    Beer bottle brown.
18    Q.    What vehicle did you use most often
19    for work?
20    A.    The green SR5, long box.
21    Q.    So a typical evening would be either
22    at The Birdcage or at Jordie's?
23    A.    Yeah.
24    Q.    What about a typical morning?  What
25    time would you normally get up as your daily

Exhibit 5081 at 68

John U. Brindegren

69

```
1   routine?
2        A.    Get up by 7:00 in the morning, and I'd
3   be, by 8:00, on the job site wherever I'd be
4   working.
5        Q.    Would you eat breakfast daily?
6        A.    Usually not in the mornings.
7        Q.    What would a typical afternoon look
8   like?
9        A.    Work until, oh, 4:00, maybe 5:00
10  wherever I was working.  And then I'd drive back
11  to town, and I'd go to the restaurant and eat
12  dinner when I ate there.  And if I ate at my
13  sister's house, whenever she was off work, she
14  worked at the Coquille Public Library.  Whenever
15  her schedule was in the evening, sometimes she got
16  off at 5:00, sometimes 6:00, I'd meet her at her
17  house and --
18       Q.    Then when would you typically go to
19  bed?
20       A.    When I got tired.  Probably 10:30,
21  11:30, maybe.
22       Q.    Other than your sister, were there any
23  people that you would speak to daily at that time?
24       A.    No.  Just whoever I met on the street
25  that I knew or -- nobody I'd go hang out with.
```

Exhibit 5081 at 69

1      Q.    No friends that you would hang out

2  with?

3      A.    No.

4      Q.    Have you ever had any close friends

5  that you hung out with on a daily basis?

6      A.    No.  Not on a daily basis, no.

7      Q.    How about people that you hang out

8  with at least once a week?

9      A.    No.

10      Q.    And so you mentioned watching Survivor

11  with your sister on Thursdays.  Were there any

12  other days of the week that you had some kind of

13  specific routine, like a bowling league or a movie

14  night or anything like that?

15      A.    No, sir.

16      Q.    So it was just on Thursdays.  Was it

17  every Thursday that you'd go watch --

18      A.    Yeah.  I was over there every Thursday

19  for a month, probably, as it was going on.

20      Q.    Was there any other day of the week

21  that you almost always went to Jordie's?

22      A.    I would probably be over there two or

23  three times a week.  What day it was, I

24  wouldn't -- it would be whenever I got invited to

25  a home-cooked dinner.

Exhibit 5081 at 70

1    Q.    Would it always be for dinner, or were

2    you over there other times during the day?

3    A.    Watch football maybe.

4    Q.    So that will be a Sunday?

5    A.    Watch Oregon football.

6    Q.    Oh, Saturday?

7    A.    Yeah.

8    Q.    Okay.  So let's focus in more narrowly

9    on June 28, 2000.  What day of the week was that?

10    A.    Thursday.

11    Q.    Do you recall what the weather was

12    that day?

13    A.    No.

14    Q.    Do you recall it being particularly

15    hot?  Wet?  Humid?  Dry?

16    A.    I don't think it was wet.

17    Q.    Do you recall if it was hot or not?

18    A.    I don't know if it was hot.  It was

19    probably nice weather.

20    Q.    Do you recall what time you woke up

21    that morning?

22    A.    I have no idea.

23    Q.    Do you recall -- what did you do after

24    you woke up that morning?

25    A.    Probably got up, drank some coffee,

Exhibit 5081 at 71

1   and went to the job I was working at.

2          Q.    Okay.  So when you say you probably

3   got up and drank some coffee, do you remember

4   getting up and drinking some coffee?

5          A.    I drink coffee every morning.  Do I

6   remember that instance?  No, sir, I don't.

7          Q.    And so you got up, drank some coffee,

8   and went to the job.  Do you remember where the

9   job was?

10         A.    Do not.

11         Q.    So going back to your mind, before

12  going to Jordie's and before seeing who you

13  thought was Leah and Nick on Elm Street, do you

14  recall anything you did that day before Jordie's

15  house?

16         A.    Worked.

17         Q.    But do you recall where?

18         A.    No.

19         Q.    Do you recall who you were working

20  with?

21         A.    No.

22         Q.    Do you recall what you were doing?

23         A.    Carpentry.

24         Q.    Carpentry?

25         A.    Yeah, because that's what -- at the

Exhibit 5081 at 72

1    time that's all I did.

2         Q.    So carpentry as opposed to masonry?

3         A.    I could have been doing masonry.  I

4    laid block, I do stonework, I do drywall, I do

5    many things in the trades.

6         Q.    Okay.  Can you tell me every place

7    that you remember going that day before going to

8    Jordie's?

9         A.    (Witness shakes head.)

10        Q.    No recollection?

11        A.    No.  See, it's hard for me to remember

12   much about what I did before this, because I had

13   no idea there was a crime committed or anything or

14   was going to be a crime committed or anything.  So

15   I didn't put it in any mind.  I just went about my

16   everyday.

17        Q.    Right.  But for some reason, ten years

18   after the fact, when Ray McNeely came and

19   interviewed you, you had these memories about that

20   day that you hadn't shared with anybody before,

21   and so I'm trying to figure out --

22        A.    I can't remember.  I don't know.

23        Q.    Okay.  Even if you don't remember what

24   project you were working on or what kind of work

25   you were doing, do you have a memory of going to

Exhibit 5081 at 73

```
 1   work that day?
 2        A.    I do not.
 3        Q.    So for all you know, you could have
 4   been sitting around at home that day?
 5        A.    I hardly ever sat around home.
 6        Q.    You could have been walking around
 7   town --
 8        A.    I could have been.  I could have, yes,
 9   sir.
10        Q.    So at some point you go to Jordie's
11   house; is that right?
12        A.    Yes.
13        Q.    And Jordie is your twin sister?
14        A.    Yes, sir.
15        Q.    And she was working at the Coquille
16   Public Library at the time?
17        A.    Yes, sir.
18        Q.    On June 28, 2000?
19        A.    Yes, sir.  She worked there 29 years.
20        Q.    Did she have a regular schedule for
21   working at the library, like Monday through
22   Friday?
23        A.    Yeah.  When she first started she
24   would have to work Saturdays, but she had been
25   there long enough, I'm sure it was just Monday
```

Exhibit 5081 at 74

John J. Lindegren

75

1 through Friday.

2    Q.    So do you know if she worked that day,
3 June 28, 2000?

4    A.    I believe she did.

5    Q.    Did she have a set schedule of hours,
6 like 9:00 to 5:00 or 8:00 to 4:00?

7    A.    I don't know what her job
8 specifications would be.

9    Q.    Do you know if she was at the Sawdust
10 Theatre that day?

11    A.    I have no idea.

12    Q.    Do you know what time she got off work
13 at the library that day?

14    A.    I believe at 5:00.

15    Q.    When you went over there and had
16 dinner with her, did you talk to her about her day
17 at all?

18    A.    I don't know.  I probably did, but I
19 don't remember anything about it.  I probably
20 said, How did your day go or dah-dah-dah, but I
21 don't remember any of it.

22    Q.    Okay.  Do you recall her saying
23 anything about where she had been that day?

24    A.    No.

25    Q.    Or who she had seen that day?

Exhibit 5081 at 75

John J. Lindegren

```
 1        A.    No.

 2        Q.    Or who she had spoken with that day?

 3        A.    No.

 4        Q.    So that was at the time she was living

 5   at 551 West 4th Place in Coquille; right?

 6        A.    That is correct.

 7        Q.    Did anyone else live there with her?

 8        A.    No.

 9        Q.    Did she have pets?

10        A.    Yes.  Several little dogs of different

11   persuasions.

12        Q.    Do you recall any of the breeds?

13        A.    A Manchester terrier and the

14   long-haired Yorkshire terrier, and she had a Chow

15   dog.

16        Q.    And any cats?

17        A.    Probably a lot.

18        Q.    Feral --

19        A.    Yeah.

20        Q.    -- outdoor cats?

21        A.    That she fed, yeah.

22        Q.    You mentioned the Couch family and the

23   Dennis family.  Did you know any of her other

24   neighbors?

25        A.    Yeah.  I knew down at the end of the
```

Exhibit 5081 at 76

1    road there -- I know him.  I've known him for a

2    lot of years.  I used to log with him.

3        Q.    If you go out -- if you walk out

4    Jordie's house onto West 4th Place and you take a

5    left, there's a house down at the end of the

6    cul-de-sac; right?

7        A.    Yeah.

8        Q.    Is that who you're talking about?

9        A.    Yeah.

10       Q.    What was that neighbor's name?

11       A.    Oh, I should know.  I just sold him

12   that house.

13       Q.    Back in 2000 you had just sold him the

14   house?

15       A.    No.  I just sold it to him a year ago.

16   He's the one now who owns the house.

17       Q.    Okay.  Is that a property that Jordie

18   owned?

19       A.    Yes.

20       Q.    So she owned 551 West 4th Place and

21   the neighboring house?

22       A.    No.  I sold him the house, 551.

23       Q.    Oh, I see.  Okay.  So he owned the

24   house on the cul-de-sac, and then he bought her

25   old house?

Exhibit 5081 at 77

John U. Lindegren

```
 1          A.    Yes.

 2          Q.    Do you recall the name?

 3          A.    I'll think of it here in a minute.

 4   I've known him for a lot of years.  Brad Crawford.

 5          Q.    And he's somebody that you would be

 6   able to pick out of a crowd?

 7          A.    Oh, yeah.  He's my age.

 8          Q.    Okay.  Back in June 28, 2000, were

 9   there any members of the Couch family that you

10   knew personally and you would be able to pick out

11   in a crowd?

12          A.    Yeah, probably.

13          Q.    And who is that?

14          A.    I know a lot of the Couch family, but

15   I don't know which one I could pick out of a -- I

16   knew who they were.  I drove by and waved at them.

17          Q.    Did you know any of their names?

18          A.    No.  I know who Dez is.

19          Q.    Okay.

20          A.    And I knew the dad.  Spud Crouch,

21   that's what he went by.  He was a long-time

22   woodshop -- at the middle school and the high

23   school.

24          Q.    Was he living there?

25          A.    He was long past dead, I believe.
```

Exhibit 5081 at 78

1      Q.    In June of 2000?

2      A.    Yeah.

3      Q.    Okay.  So was Dez living there in June

4  of 2000?

5      A.    I believe he was.  I couldn't tell you

6  for sure.

7      Q.    Did you know any of the other people

8  who were living there with Dez?

9      A.    No.

10     Q.    How about the Dennis family, you said

11  Michael was living there?

12     A.    Yeah.

13     Q.    Who else?

14     A.    Penny and Loren, they were the grandma

15  and grandpa.  And Kenny was the dad of Michael.

16  And he was a pretty inept guy, and he couldn't

17  take care of Michael.

18     Q.    Okay.

19     A.    He had a severe drug problem, and he

20  had been in and out of the pen many, many times.

21     Q.    Okay.  Were Penny and Loren Kenny's

22  parents?

23     A.    Yeah.  Penny was his mother.  Loren

24  was the stepfather --

25     Q.    Okay.

Exhibit 5081 at 79

1    A.    -- of Kenny.

2    Q.    Do you know who Michael Dennis's

3    mother was?

4    A.    I did not know her, no, but I hear she

5    died in a car accident.

6    Q.    When he was young?

7    A.    Yes.

8    Q.    Okay.  Anybody else living at the

9    Dennis household besides Michael, Penny, and

10   Loren --

11   A.    I don't believe so.

12   Q.    -- on June 28, 2000?

13   A.    Yeah.  They had a daughter -- she had

14   a daughter that worked in the Coos County Jail.

15   Q.    Oh.  Do you remember her name?  What

16   was her name?

17   A.    I'll think of it here in a minute.  I

18   believe she retired there.  She worked there many,

19   many years.

20   Q.    Was she working there at the time that

21   Leah Freeman disappeared?

22   A.    Yes.

23   Q.    You don't remember her first name

24   though?

25   A.    I will.  It just don't come to mind

Exhibit 5081 at 80

```
1    right now.

2         Q.    Okay.  That would have been Michael's

3    aunt?

4         A.    Yes.

5         Q.    How about the Crawford household, who

6    all was living in there with Brad?

7         A.    Brad and Brad Jr., and Brad Sr.'s

8    wife, Becky, and Brad's dad.  And that's about all

9    I know.  It could have been more living there.

10        Q.    Okay.  So other than the Crawford

11   family, the Couch family, and the Dennis family,

12   did you know any of Jordie's other neighbors?

13        A.    Yeah.  Marlen Christensen lived in the

14   house with the brick wall with the two driveways.

15        Q.    Where is that?

16        A.    You've been up there.  It would be

17   across the street next door to Dennis's house.

18   There's a brick wall with a circle driveway and

19   two driveways.

20        Q.    Okay.  So if you go out Jordie's house

21   and stand on West 4th Place and look straight

22   across the street, you're looking at the Dennis

23   house?

24        A.    Yes.

25        Q.    If you look to the right of that,
```

Exhibit 5081 at 81

1   you're looking at the --

2        A.    Marlen Christensen.

3        Q.    The Christensen house, okay.  And the

4   owner there was named Marlen?

5        A.    Yes.

6        Q.    Who lived there with Marlen?

7        A.    His wife, Kay, who now teaches up at

8   Portland State University.

9        Q.    So they don't live there any longer?

10       A.    No.

11       Q.    Did they have any children?

12       A.    Yeah.  Two daughters and a boy.

13       Q.    Do you know any of the children's

14   names?

15       A.    Stacey, and I don't know the other

16   daughter's name.  It doesn't come to mind.  But I

17   know Stacey.  She lives in Portland now.

18       Q.    How about the son?

19       A.    He moved in there only for a short

20   period of time.  He was Marlen's boy, not Kay's,

21   and he lives up by Portland now.

22       Q.    And you say he moved --

23       A.    A big blonde-haired kid.  I can't

24   remember what his name was.

25       Q.    Okay.  And you said he moved in there

Exhibit 5081 at 82

```
 1   for a short period of time?
 2          A.    Yes.
 3          Q.    When was that?
 4          A.    2000, maybe, 1999.
 5          Q.    So was it around the time that
 6   Ms. Freeman disappeared?
 7          A.    It could be.
 8          Q.    How old would he have been at the
 9   time?
10          A.    22, 24.
11          Q.    Do you know where he lived before
12   that?
13          A.    No.  I think at Marlen's ex-wife's,
14   but she lived down in California.
15          Q.    Okay.  How about Stacey, how old would
16   she have been when Ms. Freeman disappeared?
17          A.    At that time, probably 20.
18          Q.    And how about her sister, how old
19   would she have been?
20          A.    Oh, 19.  They were real close together
21   in age.
22          Q.    Would you see them around the
23   neighborhood often?
24          A.    Yeah.
25          Q.    And were they folks you would be able
```

Exhibit 5081 at 83

1    to pick out of a crowd if you saw them?

2         A.    Yeah, I could.

3         Q.    So the Crawford family, the Dennis

4    family, the Couch family, the Christensen family,

5    your sister, of course.  Which other neighbors did

6    you know?

7         A.    Right next door to my sister's house,

8    Mrs. Chambers.  Vi Chambers, that's all I know her

9    by.  I guess she's in the old-folks' home now.

10        Q.    Do you know if it's short for Violet?

11        A.    Probably.

12        Q.    Probably, or you know?

13        A.    I don't know.  All I have ever known

14   her by is Vi.  All I know is she could talk and

15   talk and talk and talk, and you couldn't get away

16   from her.

17        Q.    Okay.  So she lived next --

18        A.    That modular home right across from

19   the driveway of my sister's property, same side of

20   the street.

21        Q.    So that would be on the corner of West

22   4th Place and North Elm; is that right?

23        A.    Yes, sir.  And she also owned that

24   house kitty-corner too.  I've known them for a lot

25   of years, that family.  Her and her husband

Exhibit 5081 at 84

1    originally lived in that house.  And her husband

2    was a master welder and a carpenter -- I mean,

3    mechanic.  And he would help me on my Jeeps when I

4    was a young guy.  He's a very good mechanic.  He

5    died of cancer.

6            Q.    Okay.

7            A.    So she moved out of that house, and

8    they put a modular home there, and she moved into

9    the modular home, and they used that house as a

10   rental.

11           Q.    So her husband died before Ms. Freeman

12   disappeared?

13           A.    Yes.

14           Q.    Do you know who was renting that house

15   at the time?

16           A.    I believe it was Jeff Osberg.

17           Q.    How do you spell that?

18           A.    Jeff, J-e-f-f, O-s-b-e-r-g.

19           Q.    So he would have been renting the

20   modular.  Would that have been --

21           A.    No.  The old house.

22           Q.    Oh, the old house?

23           A.    Vi lived in the modular.  She moved

24   into the modular home.

25           Q.    So is the modular the one on the

Exhibit 5081 at 85

1   corner or the kitty-corner one?

2        A.     Right on the corner.

3        Q.     Then where was the old house in

4   relation to the modular?

5        A.     Behind it, next down.

6        Q.     Okay.  So as you're walking down North

7   Elm Street from West 4th Place, it's on the right?

8        A.     Yes.

9        Q.     It's the next house from the modular?

10       A.     Yes.

11       Q.     Okay.  Who lived in with Jeff Osberg,

12  do you know?

13       A.     His wife.  She was related to the

14  Couches.

15       Q.     What was her name?

16       A.     I can't remember.  They've been

17  divorced for a lot of years now.

18       Q.     But they were married at the time

19  Ms. Freeman disappeared?

20       A.     Yeah.  And I knew Jeff because I

21  played football with his older brother.

22       Q.     Okay.  Any other families in the

23  neighborhood who you knew?

24       A.     There's an old Vietnam vet that lives

25  on the corner there.  A Mexican guy, nice guy.  I

Exhibit 5081 at 86

1    don't know what his name is, but he always talked

2    to me.

3          Q.    And I'm talking about in June of 2000.

4          A.    I think he lived there.

5          Q.    Okay.  Which corner was he on?

6          A.    Right as you left my sister's house

7    and went up the street and turned right, he was

8    right across the street on that corner.  There's

9    an empty lot there full of trailers and trash and

10   garbage and that stuff, and that's his property

11   there.

12         Q.    Okay.  So he would be -- as you're

13   turning the corner from West 4th Place onto North

14   Elm Street, he would be on the corner of West 4th

15   Place and North Elm on the left?

16         A.    Yes.

17         Q.    Okay.  Directly across from

18   Vi Chambers?

19         A.    Yes.

20         Q.    Okay.

21               MR. LAUERSDORF:  Let's take a break?

22               THE WITNESS:  If you're into it.

23               (Recess:  12:01 p.m. to 12:08 p.m.)

24   BY MR. LAUERSDORF:

25         Q.    So last we talked about was a Mexican

Exhibit 5081 at 87

1    guy that lived across the treat from Vi Chambers.

2    You don't recall his name at all?

3         A.    No.  He's a funny guy.  He'll come

4    down there and holler at me (making noise), and

5    then he'd give a big grin on his face and laugh

6    and go home.  And I'd drive by and he'd give me

7    the finger (making noise), and then he'd laugh,

8    and he'd talked to me.

9         Q.    Okay.

10        A.    A nice guy.  He's just, you know --

11   he's pretty ornery.

12        Q.    Other than the people we've talked

13   about, did you know anyone else in the

14   neighborhood at that time?

15        A.    No.

16        Q.    And this is back June 28, 2000?

17        A.    Yeah.

18        Q.    Okay.  So I don't know why I wanted to

19   ask this, but I wanted to ask this.  Did Jordie

20   have any rules about her house, when you came to

21   her house, anything like you had to take off your

22   shoes or --

23        A.    No.

24        Q.    What time -- on June 28, 2000, what

25   time did you arrive at Jordie's house?

Exhibit 5081 at 88

1          A.    I don't know for sure.  I'm saying I

2    was always there to eat, so whenever she had

3    dinner.  Probably 6:00, maybe.

4          Q.    Okay.  Was she home when you arrived

5    that night?

6          A.    Yes.  I never went by her house

7    without her being there.

8          Q.    Okay.  And how did you get there that

9    night?

10          A.    I walked.

11          Q.    Why did you walk?

12          A.    I like to walk.

13          Q.    As opposed to driving?

14          A.    Yeah.

15          Q.    How far a walk was it from your --

16    where you were living at that time?

17          A.    Less than a quarter of a mile

18    probably.

19          Q.    And where you were living from

20    Jordie's house, when you'd leave Jordie's house

21    you would go towards 42; right?

22          A.    Yeah.  You go down to 4th Street, and

23    then you'd go down 4th Street to Central, which is

24    Highway -- the old Highway 42.

25          Q.    Okay.

Exhibit 5081 at 89

1    A.    And then I'd turn right and go up two

2  blocks, and then I'd turn right again, and in the

3  middle of the block is where I lived.

4    Q.    Okay.  So when you leave there, you're

5  headed towards Denny's Pizza, downtown that way?

6    A.    Downtown.

7    Q.    All right.

8    MR. DAVIS:  This is Jesse Davis.  You

9  broke up when you were asking the question that

10  prompted Mr. Lindegren to discuss where he was

11  walking.  I just want to clarify whether the

12  question was how he -- just tell me what the

13  question was that prompted the answer, please.

14    MR. LAUERSDORF:  I'm not -- I asked

15  him if he walked towards Denny's Pizza; is that

16  the question?

17    MR. DAVIS:  The question before that.

18    MR. LAUERSDORF:  I asked him if to go

19  back to his house when he left Jordie's, would he

20  head towards Highway 42.

21    MR. DAVIS:  All right.

22  BY MR. LAUERSDORF:

23    Q.    That night, June 28, 2000, what time

24  did you leave your place to go to Jordie's house?

25    A.    I have no idea.  I went up there to

Exhibit 5081 at 90

1  eat dinner, and then I was there to watch

2  Survivor, and then when Survivor was over I left

3  her house.

4        Q.    Okay.  How long did it generally take

5  you to walk from your home to Jordie's house?

6        A.    Not long.

7        Q.    How many minutes?

8        A.    Ten minutes.

9        Q.    Do you remember that night when you

10  were walking from your home to Jordie's house, did

11  you stop anywhere along the way?

12        A.    I don't believe so.

13        Q.    You said she was home when you

14  arrived?

15        A.    Yeah.

16        Q.    Where in the home was she?

17        A.    I can't remember that.

18        Q.    Do you remember what she was doing

19  when you got there?

20        A.    No.

21        Q.    Was anyone else at her house when you

22  got there?

23        A.    Just me and her.

24        Q.    Were there any neighbors outside in

25  the neighborhood when you walked through the

Exhibit 5081 at 91

1    neighborhood to her house?

2        A.    I don't know.

3        Q.    Did you stop and speak to anybody

4    along the way?

5        A.    I don't believe so.

6        Q.    What's the first thing you did when

7    you arrived at Jordie's house on that night?

8        A.    Sat down in her recliner chair.

9        Q.    Then what happened?

10       A.    Probably -- don't know for sure, but

11   probably I greeted all of her dogs that come in

12   and tried to bite me.

13       Q.    What did you do after you greeted the

14   dogs?

15       A.    Talked to her, whatever she had to

16   say, I'd answer her questions or talk to her or

17   whatever.  I can't remember.  She probably asked

18   me what I wanted for dinner or asked me if I ate

19   or whatever.  I don't know.

20       Q.    When you say you greeted her dogs,

21   what's involved in greeting her dogs?

22       A.    I'd pet them.

23       Q.    Inside or outside?

24       A.    Inside.

25       Q.    Did you take them for a walk or

Exhibit 5081 at 92

1    anything or go outside in the yard?

2         A.    No.

3         Q.    Okay.  So you greeted her pets, you

4    greeted her, you talked to her a little bit.  What

5    happened next?

6         A.    I ate dinner, I'm sure.  I can't

7    remember what we had or anything, but I ate

8    dinner.

9         Q.    Did you help her prepare the meal?

10        A.    No.

11        Q.    What time did you start eating?

12        A.    Don't know.

13        Q.    Do you know how long it would have

14   been after you arrived that you started eating?

15        A.    I can't tell you.

16        Q.    Who cleaned up afterwards?

17        A.    It wasn't me.

18        Q.    What time did you finish eating and

19   cleaning up?

20        A.    Can't tell you.

21        Q.    Would it have been before you started

22   watching TV?

23        A.    Yes.

24        Q.    So who was Oca, O-c-a?

25        A.    Oca, that's the big Chow dog.

Exhibit 5081 at 93

1    Q.    That's the Chow, okay.  And whose dog

2    was that?

3    A.    Mine.  And she was having trouble --

4    she told me she had trouble of somebody coming in

5    her yard and peeking through the window or

6    something.  And I took my old Chow dog up there,

7    and she liked the dog so much she said, You're not

8    getting the dog back.

9    Q.    So how long had Oca been living with

10   Jordie at that point?

11   A.    Years.

12   Q.    Years?

13   A.    Yeah.

14   Q.    More than one?

15   A.    Yeah.

16   Q.    How many?

17   A.    I couldn't tell you.  I put her down

18   when she was 14, and my mother was still alive and

19   she died in 2008.  The dog lived to be 14 years

20   old.  I took her over there when she was two or

21   three years old.

22   Q.    Oh, okay.  So she lived with Jordie

23   for the --

24   A.    A lot of years.

25   Q.    For nine or more years?

Exhibit 5081 at 94

1        A.      Yes.

2        Q.      What was Oca's routine at the time?

3        A.      Just hang out in the yard, chase cats

4    and do whatever dogs do.  She was a pretty mild

5    dog for a Chow, but she was real protective of my

6    sister and wouldn't let anybody get close to her.

7        Q.      So if she had been living there for

8    several years at the time, Jordie was responsible

9    then for feeding her and walking her and

10   everything else?

11       A.      Yeah.  She took her away from me.  She

12   said, This is far too nice of a dog for you, so...

13       Q.      So basically she was Jordie's dog at

14   that point?

15       A.      Yes.

16       Q.      Okay.  So did you have any

17   responsibility for feeding her or walking her?

18       A.      I did not.

19       Q.      Did you take Oca for a walk that day

20   at all?

21       A.      I don't believe so.

22       Q.      Okay.  So you got over there, greeted

23   her pets, talked to Jordie a little bit, ate, and

24   then you watched some television with Jordie that

25   night?

Exhibit 5081 at 95

John D. Brindegren

96

1       A.     I did, sir.

2       Q.     What time did you start watching

3  television that evening?

4       A.     Before the major television program

5  that she wanted me to watch with her.  The program

6  came on at 8:00, so I started watching probably

7  7:30.

8       Q.     Okay.  What was on when you first

9  started watching?

10      A.     I don't know.

11      Q.     Were you watching live television or a

12  recording?

13      A.     It was live.

14      Q.     Did Jordie have a VCR or a way to

15  record television shows at that time?

16      A.     Yes, she did.

17      Q.     What kind of system did she have?

18      A.     I have no idea.

19      Q.     Do you know if it's a VCR or a DVR?

20      A.     It took the disks, I'm sure, whatever,

21  DVD or...

22      Q.     Or like a TVO.  Do you know what TVO

23  is?

24      A.     I don't think she had anything like

25  that.

Exhibit 5081 at 96

John J. Lindegren

1    Q.    Did she have satellite TV?

2    A.    No.

3    Q.    Just regular network TV?

4    A.    Yes.

5    Q.    Do you know if she had cable?

6    A.    Yes, she did.

7    Q.    What was on the TV when you first

8    started watching TV?

9    A.    I can't remember.

10   Q.    Did you watch any television before

11   dinner?

12   A.    I can't remember that either.

13   Q.    Was the television on during dinner?

14   A.    Probably.

15   Q.    What was on the television during

16   dinner?

17   A.    I don't know.

18   Q.    Do you remember anything about it?

19   A.    No.  The only thing I remember, that I

20   went over there to watch Survivor and have dinner.

21   And I'm sure I watched TV previous to it.

22   Q.    Okay.  What was on the television

23   after dinner?

24   A.    Well, I went over there to see

25   Survivor, and I watched it.

Exhibit 5081 at 97

1    Q.    So you don't remember anything else

2    you watched that night?

3    A.    No.  Just watched Survivor.

4    Q.    Do you know what show was on before

5    Survivor?

6    A.    I do not.

7    Q.    Do you know what show came on after

8    Survivor at that time?

9    A.    I do not.

10    Q.    Okay.  What channel was Survivor on?

11    A.    I have no idea.

12    Q.    What time did it start?

13    A.    At 8:00.

14    Q.    Which season of Survivor was it?

15    A.    I don't know.  With that Navy SEAL

16    guy, whatever his name was.  That older Navy SEAL

17    guy was going for the champ --

18    Q.    Rudy?

19    A.    Rudy.

20    Q.    Okay.  Who was the host of the show

21    that season?

22    A.    I have no idea who it was.

23    Q.    Where was the show filmed that season?

24    A.    Don't know.

25    Q.    So you remember, like, Survivor had,

Exhibit 5081 at 98

Conrad Lindegren

```
 1    like --
 2          A.    My sister liked me to watch it because
 3    I'd sit there and make comments about, That's not
 4    surviving.  It's a big TV joke.  They don't know
 5    about that stuff, you know.  I've worked for
 6    guides and different things.  I know how it really
 7    is out there.
 8          Q.    Do you remember they would name the
 9    seasons, like Survivor Thailand or Survivor Panama
10    or Survivor --
11          A.    Yeah.
12          Q.    Do you remember which Survivor this
13    was?
14          A.    I do not know.
15          Q.    What were the names of the different
16    tribes on the show that season?
17          A.    I do not know.
18          Q.    Do you remember the names of any of
19    the contestants other than Rudy on the show?
20          A.    I knew Rudy, and I can't remember any
21    of the others.  I thought it was a pretty hokey
22    show, but I'd watch it with my sister just to
23    spend time with her.
24          Q.    Did you have any favorite contestants
25    on the show?
```

Exhibit 5081 at 99

1          A.     I liked old Rudy.

2          Q.     How about Jordie, did she have any

3    favorites?

4          A.     I'm sure she did.

5          Q.     Do you remember who?

6          A.     I don't remember who.

7          Q.     How many contestants were still on the

8    show that night?

9          A.     On that night it was getting down real

10   close to the end.  So I don't know what the count

11   was, but...

12         Q.     Do you remember any of the contestants

13   who were still on the show at that time?

14         A.     No.

15         Q.     Who was voted off on that episode?

16         A.     Don't know.

17         Q.     Do you remember testifying at the

18   grand jury that it was the episode in which Rudy

19   was voted out?

20         A.     It probably was.  I can't remember

21   now.

22         Q.     Do you remember telling me last night

23   that it was the season finale and they were --

24         A.     I think so.

25                (Reporter inquires.)

Exhibit 5081 at 100

John B. Lindegren

101

```
1    BY MR. LAUERSDORF:
2         Q.    Do you remember telling me last night
3    that it was the season finale --
4         A.    Yeah.
5         Q.    -- the night that they were deciding
6    the final winner?
7         A.    I do.
8         Q.    And is that the episode it was?
9         A.    I believe so.
10        Q.    Who was the final winner?
11        A.    I can't remember.
12        Q.    Okay.
13        A.    I know that old Rudy didn't make it.
14        Q.    Okay.  So that was the one -- Rudy
15   didn't make it?
16        A.    Yeah.
17        Q.    So he was voted out that night?
18        A.    I think so.
19        Q.    So that was the one where the host
20   asked the final four contestants questions about
21   the people on the jury, and whoever got the most
22   answers right won immunity; is that right --
23        A.    I think so.
24        Q.    -- that episode?
25              Okay.  And then there was a final
```

Exhibit 5081 at 101

1    challenge where the final three contestants stood

2    on a log and held onto the immunity idol or

3    something until only one person was left standing?

4         A.    I can't say for sure.  I can't

5    remember much about the program.  It's been

6    22 years ago or so.  I know I watched it and --

7    but it never made that much of an impact.  I

8    thought that the show was kind of funny, and I'd

9    joke about it with my sister.

10        Q.    Do you remember telling me last night

11   that you sat down with someone from law

12   enforcement at some point and described the

13   episode to them in detail?

14        A.    I did.

15        Q.    Was that Ray McNeely?

16        A.    I believe so.

17        Q.    What did you tell him about the

18   episode?

19        A.    I can't remember what I told him.  I

20   told him years ago.  Whatever -- whatever he took

21   down, I don't know.

22        Q.    Okay.  Did you describe the episode to

23   him, or did he describe the episode to you?

24        A.    I couldn't tell you.

25        Q.    Because last night when we talked you

Exhibit 5081 at 102

1    were saying that the two of you were having a

2    conversation, and he was --

3         A.    Yeah.  He took me in the back room

4    there and he sat down.  I believe he -- it was

5    recorded.  And he asked me different questions,

6    why I was over at my sister's, what I was doing,

7    and I told him.  And I'm sure whatever I was doing

8    and stuff was fresh on my mind then, and it isn't

9    now.

10        Q.    And that interview was recorded?

11        A.    Yes.

12        Q.    What kind of questions did he ask you

13   about Survivor?

14        A.    I can't remember.  Just what was on

15   TV, what I was doing at my sister's house.  He

16   knew my sister, and he knew --

17        Q.    Yeah.  It sounds like --

18        A.    He wanted to talk to me.

19        Q.    When we talked last night, it sounded

20   more like it was a conversation where you were

21   talking about the show and he was telling you

22   things about the show --

23        A.    At that time I believe you're

24   absolutely correct.

25        Q.    Okay.  And you guys were kind of

Exhibit 5081 at 103

John G. Lindegren

104

```
1    agreeing about what happened on the show?
2         A.    I believe you're correct.
3         Q.    Okay.  So what time did Survivor end
4    that night?
5         A.    What?
6         Q.    What time did Survivor end that
7    night --
8         A.    9:00.
9         Q.    Let me finish.
10        A.    I'm sorry, sir.
11        Q.    It doesn't bother me, but we have to
12   make sure we're keeping her happy, because she's
13   the most important person in the room.
14             THE WITNESS:  I'm sorry, ma'am.
15   BY MR. LAUERSDORF:
16        Q.    Okay.  So what time did Survivor end
17   on June 28, 2000?
18        A.    9:00.
19        Q.    And did you watch the episode all the
20   way to the end?
21        A.    I did.
22        Q.    And did you watch any television after
23   Survivor --
24        A.    None.
25        Q.    None?
```

Exhibit 5081 at 104

John G. Lindegren

1          A.     None.

2          Q.     Okay.  Did Jordie continue watching

3     television after Survivor ended?

4          A.     I believe she did.

5          Q.     What was she watching?

6          A.     I have no idea.

7          Q.     Do you recall what show usually came

8     on after Survivor?

9          A.     I don't know.  I was making the big

10    exit pretty soon.

11         Q.     What's the big exit look like?

12         A.     (Making noise) out the door.

13         Q.     Okay.  So you stopped watching

14    Survivor.  What happened next?

15         A.     I said, Well, hey, thanks for dinner.

16    Thanks a lot.  I asked her, Are you working

17    tomorrow?  Yeah.  Well, you have a good day.  She

18    probably asked me where I was working, and I'd

19    tell her the same place or if I was going

20    somewhere else.  And I'd pet her dogs and (making

21    noise).

22         Q.     Do you recall where you worked the

23    next day?

24         A.     No.

25         Q.     And when you say you pet her dogs and

Exhibit 5081 at 105

1    you were out the door, is that outside?  Inside?

2         A.    Inside.

3         Q.    Okay.  And that's just a, kind of, pat

4    on the head and we'll see you later?

5         A.    Yeah.

6         Q.    Okay.  Do you remember playing with

7    the dogs for any period of time that night?

8         A.    No.

9         Q.    No?

10        A.    Probably not.  I was probably trying

11   to get out of there.  I probably had all I wanted.

12        Q.    Okay.  You got out the door, and what

13   happened next?

14        A.    I started walking to my house.

15        Q.    What time did you start your walk

16   home?

17        A.    It would be ten after 9:00, maybe

18   9:15.

19        Q.    Okay.  So --

20        A.    I left the house relatively pretty

21   quick right after it was over, and it was over at

22   9:00, so that's my best guess.

23        Q.    So you think -- so if we give you kind

24   of a broad window there, it would have been

25   sometime between 9:00 and 9:15?

Exhibit 5081 at 106

1     A.     Yes.

2     Q.     Okay.  And you said it takes you about

3 ten minutes to walk home?

4     A.     Yes.

5     Q.     So you would have been home by 9:25 at

6 the latest?

7     A.     Yeah.  I'm sure of it.

8     Q.     Okay.  What was the weather like at

9 that time?

10     A.     I don't know.  I can't remember.

11     Q.     Still light out?

12     A.     Yeah.

13     Q.     And you don't recall if it was hot or

14 cold or rainy or muggy?

15     A.     Nice weather probably.  I don't

16 remember it being hot or...

17     Q.     Okay.  So let's talk about the

18 specific path you took home.  When you left

19 Jordie's house and you started walking up West

20 4th Place toward North Elm Street, did you see

21 anyone around?

22     A.     Not until I turned to the right to go

23 out to 4th Street.

24     Q.     Okay.  When you left Jordie's house

25 and started walking up West 4th Place towards

Exhibit 5081 at 107

1    North Elm Street, did you hear anything?

2         A.    No.

3         Q.    So when you turned the corner from

4    West 4th Place onto North Elm Street, and you were

5    looking down North Elm Street towards West

6    4th Street --

7         A.    Uh-huh.

8         Q.    So West 4th Place and West 4th Street

9    run parallel to each other; right?

10        A.    Correct.

11        Q.    And North Elm Street runs

12   perpendicular to both of them?

13        A.    Correct.

14        Q.    Okay.  So when you turned the corner

15   on West 4th Place onto North Elm Street, and

16   you're looking towards West 4th Street, did you

17   see any vehicles?

18        A.    Yeah, I seen a pickup.

19        Q.    Any other vehicles on the street?

20        A.    Just a pickup, because I had to walk

21   around it.

22        Q.    Okay.  But I'm not talking about when

23   you walked down Elm right now.  I'm just --

24        A.    Just looking down it.

25        Q.    We're going to go real slow.

Exhibit 5081 at 108

John G. Lindegren

1         A.    Okay.

2         Q.    So I'm talking about when you just

3    return the corner on North Elm Street, and you're

4    looking down the street (unintelligible) --

5              (Reporter inquires.)

6    BY MR. LAUERSDORF:

7         Q.    We're talking about when you just

8    turned the corner on West 4th Place --

9         A.    I seen a pickup.

10        Q.    Any other vehicles?

11        A.    None that I remember.

12        Q.    Okay.  What did the pickup look like

13   when you first saw it there?

14        A.    It was a pickup setting there in the

15   middle of the road.

16        Q.    What make?

17        A.    I can't remember.

18        Q.    What model?

19        A.    I can't remember.

20        Q.    What vintage?

21        A.    In the '90s probably.

22        Q.    In the '90s?

23        A.    Yeah.

24        Q.    So newer?  Older?  Closer to 2000 or

25   closer to 1990?

Exhibit 5081 at 109

 1          A.      '90s.

 2          Q.      Closer to 1990?

 3          A.      Yeah.

 4          Q.      What color?

 5          A.      I can't remember anymore.

 6          Q.      Did you know at some point?

 7          A.      See, I didn't know anything was going

 8   on, so I kind of just walked on by and around the

 9   rig and looked up that long driveway and...

10          Q.      The long driveway towards 444 North

11   Elm Street or whatever it was?

12          A.      Yeah.  There's a house out on

13   Elm Street, and there's a gravel driveway that

14   goes back, and there's a house setting back behind

15   it there.

16          Q.      Let's take our time getting there.

17                  So other than the pickup, did you see

18   any other vehicles on North Elm Street?

19          A.      I don't believe so.

20          Q.      So when you turned the corner from

21   West 4th Place onto North Elm Street, and you're

22   looking down North Elm Street towards 4th Street,

23   did you see anyone around?

24          A.      Not until I got down to that gravel

25   driveway.

Exhibit 5081 at 110

1      Q.    So when you first turned the corner
2  and you're looking down the street, you don't see
3  anyone?
4      A.    No.
5      Q.    None of the neighbors out in their
6  yard, no kids out playing, anything like that?
7      A.    I don't believe so.
8      Q.    Okay.  And when you turned that corner
9  from West 4th Place onto Elm Street, and you're
10 looking down North Elm Street towards North
11 4th Street, did you hear anything?
12     A.    Yeah.  I could hear people talking.
13     Q.    Where was that noise coming from?
14     A.    From that gravel driveway.
15     Q.    So somewhere down on North Elm Street?
16     A.    Yes.
17     Q.    Towards West 4th Street?
18     A.    Yes, sir.
19     Q.    What did you hear?
20     A.    I heard voices.
21     Q.    What kind of voices?
22     A.    I just heard people talking.  I don't
23 know if they were hollering.  I could hear them.
24     Q.    Male voices?  Female voices?
25     A.    Male and a female.

Exhibit 5081 at 111

1      Q.    Did you recognize the voices?

2      A.    No.

3      Q.    Had you ever heard the voices before?

4      A.    No.

5      Q.    What did you think about the noise at

6  the time?  Did it sound like an argument?  Did it

7  sound like a fight?

8      A.    It sounded like people talking loudly,

9  but I don't know if they were arguing or not.

10      Q.    Okay.  Talking like, Hey, Mom, bring

11  me my car keys, or talking like --

12      A.    I never paid attention.  I'm just

13  walking home, minding my own business.

14      Q.    Okay.  So as you're -- now, as you're

15  walking down North Elm Street toward West

16  4th Street, did anything change in your view?

17      A.    Well, I had to walk around that pickup

18  because it was setting in the road that I was

19  walking down.  There's no sidewalks on Elm.  It

20  just goes into people's front yard.

21      Q.    Okay.

22      A.    And the truck was setting there, and

23  so I just walked around the truck.  And as I

24  walked around the truck I looked up the driveway

25  at a glance and I seen two people.

1      Q.    So how far down North Elm Street were

2    you when you saw these two people?

3      A.    I was right across from the gravel

4    driveway.

5      Q.    So the first time you see them is when

6    you're at the driveway?

7      A.    Yeah.

8      Q.    And where were they in relation to the

9    driveway?

10      A.    They were back in the driveway a ways.

11    I can't tell you how far.

12      Q.    Back towards the garage?

13      A.    Back towards the house back there.

14      Q.    Back towards the house, okay.

15            Did you see any other people around?

16      A.    None.

17      Q.    Any cars drive by while you were

18    walking down North Elm Street?

19      A.    None.

20      Q.    No?  Any neighbors out in the yard or

21    anything?

22      A.    None that I could see.  None that I

23    know.

24      Q.    Did you stop and talk to anyone while

25    you were walking home from Jordie's that night?

Exhibit 5081 at 113

Conry & Lindegren

114

1    A.    I don't believe so.

2    Q.    So you didn't see these two people

3    until you were right on them, essentially?

4    A.    Yeah.  They were 20 -- maybe 25 feet,

5    30 feet up that driveway.

6    Q.    Okay.  So about 25 or 30 feet away

7    from you?

8    A.    Yeah.  Yeah.

9    Q.    What where they doing when you saw

10   them?

11   A.    They were standing, oh, 6 feet apart

12   maybe.

13   Q.    Were they moving around at all?

14   A.    When I seen them -- I just walked by

15   and looked, and it looked like they were

16   stationary.

17   Q.    Okay.  Did they look like they were

18   arguing or anything?

19   A.    Didn't appear to be at the time.

20   Q.    Did they touch each other at any time?

21   A.    I have no idea.  I don't believe so.

22   Q.    How long were you watching them?

23   A.    As long as it took to walk across the

24   amount of that driveway.  I don't know.

25   Q.    So that's not very long, is it?

Exhibit 5081 at 114

John G. Lindegren

115

```
1          A.    Seconds.

2          Q.    A couple of seconds?

3          A.    Yeah.

4          Q.    Could you hear what they were saying?

5          A.    No.

6          Q.    Do you remember anything about their

7    demeanor?

8          A.    None.

9          Q.    Did they see you?

10         A.    I believe so.

11         Q.    Were they facing you at the time?

12         A.    Yeah.

13         Q.    Or facing each other?

14         A.    Facing me when I walked by.

15         Q.    Okay.  And what did you do as you

16   passed by them?

17         A.    I just kept on my way.

18         Q.    What specifically did you hear as you

19   passed by them?

20         A.    Well, nothing after they saw me and I

21   saw them.  I just kept on my trail, heading home.

22         Q.    So just two people?

23         A.    Yes.

24         Q.    What were their genders?

25         A.    One female, and one male.
```

Exhibit 5081 at 115

Conf'l - Lindegren

116

```
1          Q.    And as you're looking at them, is the
2    male on the left or the right?
3          A.    The left.  The male was on the left.
4          Q.    So the female is on the right?
5          A.    Yeah.
6          Q.    What age was the male?
7          A.    A young man, maybe 20.
8          Q.    He looked like a teenager or older
9    than a teenager?
10         A.    (Unintelligible) older.
11               COURT REPORTER:  Did you say "a little
12   bit older"?  Is that the words you used?
13               THE WITNESS:  Yeah.
14   BY MR. LAUERSDORF:
15         Q.    Did you say "a little bit older" or
16   did you say "he was older"?
17         A.    He was older than the female.
18         Q.    Okay.  Was he older than a teenager?
19         A.    Yeah.  Well, it appeared maybe a late
20   teens, early 20s.
21         Q.    What age was the female?
22         A.    Younger.
23         Q.    Approximately --
24         A.    Young.  Looked like a 15, 16 years
25   old.
```

Exhibit 5081 at 116

1     Q.    Okay.  How tall was the male?

2     A.    I have no idea.

3     Q.    How tall was the female?

4     A.    No idea.  I was 20, 30 feet.  They

5  weren't close to me.  I have no way of judging

6  somebody's height.

7     Q.    How about weight, any idea what

8  they --

9     A.    Slender.

10     Q.    Slender build?

11     A.    Yeah.

12     Q.    Okay.  How about as far as the male's

13  build goes, what do you recall about it?

14     A.    Good shape.

15     Q.    Good shape?

16     A.    Yes.

17     Q.    Muscular like a bodybuilder or --

18     A.    No, not a bodybuilder, but a

19  good-shaped young man.

20     Q.    Look like a football player or --

21     A.    No, he wasn't bulky, just in good

22  physical condition.

23     Q.    Just healthy?

24     A.    Yes.

25     Q.    What about the female, what kind of

Exhibit 5081 at 117

1   condition was she in?

2        A.    Looked like a young girl.  She wasn't

3   no beast.  She wasn't fat.  She wasn't real tiny.

4        Q.    Okay.  Not petite?

5        A.    No, wasn't petite.

6        Q.    Okay.  What was the male's hair color?

7        A.    Darker brown.

8        Q.    And what was the length of his hair?

9        A.    On his ears, but not long.

10        Q.    So not a crewcut or anything?

11        A.    I don't know what kind of haircut --

12   I'm not a connoisseur of somebody's haircut.

13        Q.    Okay.  How about the female, what was

14   her hair color?

15        A.    Kind of a -- a lighter brown.

16        Q.    And what was her hair length?

17        A.    I think it was longer, my remembering

18   it.

19        Q.    Okay.  Do you know if it was tied back

20   in a ponytail or anything like that?

21        A.    I've been asked that before in court.

22   I don't remember it as such.

23        Q.    Okay.  When you say long, do you mean

24   passed shoulder length?

25        A.    Yeah.

Exhibit 5081 at 118

1      Q.    Okay.  Were you able to tell the color
2    of either of their eyes?
3      A.    No.
4      Q.    Too far away for that?
5      A.    Yeah.
6      Q.    Were you able to tell anything about
7    their complexion?  Were they tan?  Were they --
8      A.    Couldn't tell.
9      Q.    Could you tell if the female was
10    wearing makeup at all?
11      A.    Couldn't tell.
12      Q.    What was the male wearing?
13      A.    Couldn't tell.
14      Q.    Could you tell if he was wearing
15    tennis shoes or boots?
16      A.    I have no idea.  I was just walking
17    by.  I didn't know I was supposed to watch.  I
18    didn't know anything was going to happen or had
19    happened or -- so I was just walking by, dah-dah,
20    dah-dah, dah, you know.
21      Q.    And you just walked by in a matter of
22    seconds?
23      A.    Yeah.
24      Q.    And it was over like that (making
25    motion) essentially?

Exhibit 5081 at 119

Conl G. Lindegren

```
 1        A.    Yeah.

 2               MR. LAUERSDORF:  For the record, I

 3    snapped my fingers.

 4               THE WITNESS:  You did.

 5    BY MR. LAUERSDORF:

 6        Q.    As far as the male goes, what was the

 7    expression on the male's face?

 8        A.    He just looked at me.

 9        Q.    What was his posture?

10        A.    He was upright, hands down to his

11    sides.

12        Q.    Did he look like he was in an

13    aggressive posture or --

14        A.    No, he was not at the time.

15        Q.    How about the female, can you tell me

16    anything about her?

17        A.    She was standing there a little

18    sideways to me, facing him a little bit, but it

19    was angling off to me, and I was walking down this

20    way (indicating).  He was facing me, and she was

21    at about a 45-degree, maybe a 22-and-a-half-degree

22    angle.

23        Q.    What was the expression on her face?

24        A.    I couldn't tell.

25        Q.    Could you tell if either of them had
```

Exhibit 5081 at 120

1    been crying?

2         A.    Couldn't tell.

3         Q.    Were either of them red-faced?

4         A.    No idea.

5         Q.    Okay.  Did you see anyone else in that

6    area as you passed by the two people?

7         A.    Nobody.

8         Q.    Were there any vehicles in your line

9    of sight as you passed by them?

10        A.    Just that truck I walked around.  And

11   I continued on my way to 4th Street.

12        Q.    And that truck was parked on the road;

13   is that right?

14        A.    Yeah.  No other place to park it.

15        Q.    Was it parked in the middle of the

16   road or on the side of the road?

17        A.    Over to the right.  It was facing --

18   when I was walking from 4th Place down to 4th, the

19   grille was facing me.

20        Q.    Okay.  So it was pointed up -- it was

21   pointed towards West 4th Place?

22        A.    Yes.

23        Q.    And it was on -- as you were walking

24   down the road --

25        A.    It was on the right side of the road,

Exhibit 5081 at 121

1    like you'd been driving on that side of the road.

2         Q.    So as you're walking towards West

3    4th Street --

4         A.    Yes.

5         Q.    -- it was on the right or the left?

6         A.    When I am facing 4th Street, it would

7    be on my left.

8         Q.    Okay.  So it was parked in the

9    direction of traffic?

10        A.    Yes.

11        Q.    It wasn't parked against traffic?

12        A.    It was not.

13        Q.    Okay.  And it wasn't in the driveway?

14        A.    No.

15        Q.    Okay.  And was there anything about

16   the position of that truck or the two people that

17   made you think that the vehicle belonged to either

18   of the people?

19        A.    No.  Didn't have any idea who belonged

20   to the truck.  I hadn't seen the truck up there

21   before.

22        Q.    Did either of the two people

23   acknowledge you?

24        A.    No.

25        Q.    Say hi or anything?

Exhibit 5081 at 122

```
1          A.    I don't believe so.

2          Q.    Did you wave to them?

3          A.    I may have, I may not have, I don't

4     know.  I don't remember anything about that.

5          Q.    After you passed the two people, did

6     you look back at them before turning the corner

7     from North Elm Street onto West 4th Street?

8          A.    No.

9          Q.    But even if you had, you wouldn't have

10    been able to see them because they weren't in the

11    road or anything?

12         A.    Right.

13         Q.    Okay.  When you turned the corner from

14    North Elm Street onto West 4th Street, and you

15    were looking down West 4th Street towards North

16    Central Boulevard, did you see anyone around?

17         A.    Nobody.  There may have been somebody

18    around, but I -- it didn't ring my bell to

19    anything, you know.

20         Q.    When you turned that corner --

21         A.    There could have been, because that's

22    a long road down to 4th Street there.

23         Q.    That goes all the way down past

24    McKay's?

25         A.    Yes.
```

Exhibit 5081 at 123

John G. Lindegren

124

```
1         Q.    Okay.  When you turned the corner on
2    North Elm Street onto West 4th Street, and you
3    were looking down West 4th Street towards North
4    Central Boulevard, did you hear anything?
5         A.    Didn't hear anything and didn't see
6    anything.  I was walking home.
7         Q.    Could you still hear the people
8    talking at that time?
9         A.    No.  I couldn't hear them talking past
10   the driveway.
11        Q.    Okay.  And where did you go after
12   turning the corner from North Elm Street onto West
13   4th Street?
14        A.    I walked down to where McKay's is and
15   I turned right.
16        Q.    Did you stop in at McKay's at all?
17        A.    I don't believe so.
18        Q.    Did you pass any other people while
19   you were walking down West 4th Street towards
20   North Central?
21        A.    If I did, it was uneventful.  Nobody
22   that...
23        Q.    Did any vehicles pass you while you
24   were walking down West 4th Street towards North
25   Central?
```

Exhibit 5081 at 124

1          A.     I cannot remember.

2          Q.     Okay.  And you walked all the way down

3     to North Central?

4          A.     Yes.

5          Q.     And you took a right?

6          A.     Yes.

7          Q.     Okay.  And we agree that you would

8     have arrived home no later than 9:25 p.m.?

9          A.     Right.

10          Q.     Okay.  Did you see anyone that you

11     believed to be Nick McGuffin at any other time

12     that night either before or after you walked past

13     the two people on North Elm Street?

14          A.     No.

15          Q.     Did you see anyone you believe to be

16     Leah Freeman at any other time that night either

17     before or after you walked past the two people on

18     North Elm Street?

19          A.     No.

20          Q.     Did you see -- and these questions are

21     kind of long, but I have to ask them, so let me

22     finish; okay?

23          A.     That's fine.

24          Q.     Did you see any vehicle that night at

25     any time either parked somewhere or on the road

Exhibit 5081 at 125

Conn v. Lindegren

126

```
 1    that you recognize as the vehicle belonging to
 2    Nick McGuffin or the McGuffin family?
 3          A.    No.
 4          Q.    Did you at any time that night see a
 5    blue late 1960s model Ford Mustang?
 6          A.    None.
 7          Q.    Did you speak to anyone between the
 8    time you left Jordie's house and the time you
 9    arrived home that evening?
10          A.    No.
11          Q.    Did you return to Jordie's house at
12    any time that night after turning the corner from
13    West 4th Place onto North Elm Street?
14          A.    No.
15          Q.    When is the next time you spoke with
16    Jordie after leaving her house that evening?
17          A.    Next couple days probably.
18          Q.    Do you remember if you spoke to her
19    the next day?
20          A.    I don't know.  I wouldn't know.  I'd
21    go into the library to get on the computer to
22    check my email.  I wouldn't do it every day.  I
23    don't know if I'd seen her the next day.
24          Q.    Okay.  Do you know if you would have
25    talked to her, like, by phone?
```

Exhibit 5081 at 126

Gührig Lindegren

```
 1          A.    The next day, probably not.
 2          Q.    Okay.  Did you talk to her by phone
 3  frequently or was it mostly in person?
 4          A.    I'd go into the library, I'd go in
 5  there and look at the magazines, read the
 6  newspaper, check my email, see her.  I'd probably
 7  be in there about three times a week maybe.
 8          Q.    Okay.  When did you first become aware
 9  that Leah Freeman was missing?
10          A.    My sister told me.
11          Q.    Okay.  When was that?
12          A.    Days later.
13          Q.    "Days," like as much as a week?
14          A.    It could have been.
15          Q.    Okay.  Do you remember the specific
16  date she told you that?
17          A.    I do not know.
18          Q.    Did you see any flyers posted around
19  town about Ms. Freeman's disappearance?
20          A.    There were posters.  I don't know if I
21  seen them before I talked to my sister or after.
22  I don't know.
23          Q.    Did you read about Ms. Freeman's
24  disappearance in the newspaper at all?
25          A.    Maybe.  I'm sure.  It was a big deal.
```

Exhibit 5081 at 127

1      Q.     Okay.  Yeah.  Were you aware there was

2   a reward offered for information?

3      A.     No.

4      Q.     So would Jordie have been the first

5   person you heard anything about it from?

6      A.     Yeah, probably.

7      Q.     Where were you when she told you about

8   it?

9      A.     Probably at the library.  If I wasn't

10  at her house or invited over, I would see her at

11  her job.

12     Q.     Okay.  Was there anyone else there at

13  the time that you remember?

14     A.     Don't know.

15     Q.     What specifically did she tell you?

16     A.     She said, Yeah, they're looking for

17  Leah and this and that.  I said, I think I seen

18  them when I left your house.

19     Q.     Okay.  And what did she say to that?

20     A.     Oh, really?  Yeah, I said, I believe I

21  did, and she said, Oh.

22     Q.     What happened next?

23     A.     Then I didn't -- that's all I said.

24  And she was the one who contacted the Coquille PD.

25  I didn't because I didn't think it was any big

1    deal.

2         Q.    Did you know when she contacted

3    Coquille PD?

4         A.    I have no idea.

5         Q.    Do you know how she contacted them?

6         A.    No idea.  I don't know if she drove up

7    there and talked to them, I don't know if she

8    talked to them down at her job site, I don't have

9    any idea.

10        Q.    Okay.  When you were talking to Jordie

11   for that first time when she told you that they

12   were looking for Ms. Freeman, was that the first

13   time that you mentioned to anyone that you had

14   seen --

15        A.    Yes.

16        Q.    -- who you believe to be Leah Freeman

17   and Nick McGuffin?

18        A.    Yes.

19        Q.    When was the first time you spoke to

20   police about Ms. Freeman?

21        A.    It was a month or two after that.

22        Q.    A month or two after Jordie told you

23   about it?

24        A.    Yeah.

25        Q.    Do you remember which month?

Exhibit 5081 at 129

1      A.    I don't know.

2      Q.    Do you know if it was --

3      A.    All she did is she drove out to a job

4   site and said that the officer wanted to talk to

5   me.  And I got off the job site and went in and

6   they interviewed me.

7      Q.    Do you know if that was after

8   Ms. Freeman's body was found?

9      A.    Don't know.  I don't know.  I never

10  paid much attention to it because it never

11  amounted to anything to me.  I didn't know

12  anything about it.

13     Q.    So the first time you ever spoke with

14  police about Leah Freeman was the time that Jordie

15  came up to the job site where you were putting in

16  the dormers?

17     A.    Yes, sir.

18     Q.    But you don't remember what month that

19  was?

20     A.    No.  It was in the summer.

21     Q.    And you don't remember what year it

22  was?

23     A.    It was after that.  It seemed like it

24  was a while.

25     Q.    Okay.  But you think the person you

Exhibit 5081 at 130

131

1    spoke to at that time was McNeely?

2         A.    It was.

3         Q.    Did you speak to Jordie before

4    speaking to the police about Ms. Freeman?

5         A.    I said I'd go talk to the police, and

6    she said, yeah, you better, and that's it.

7         Q.    Did you have a conversation with her

8    at all about that night and what you'd seen that

9    night?

10        A.    No.  I didn't think it was any big

11   deal.

12        Q.    Okay.  Where were you the first time

13   you spoke to police about Ms. Freeman?

14        A.    At the Coquille PD, because I went

15   over there to find out -- I didn't even know why

16   they wanted to talk to me.

17        Q.    Okay.  Where was the police station?

18        A.    There at the old bank building.

19        Q.    At the old Credit Union on North

20   Central Boulevard?

21        A.    Yes.

22        Q.    Was anyone else present there when you

23   spoke to McNeely?

24        A.    I went in, I think I talked to the

25   chief.  He made me sit out in the chair out there

Exhibit 5081 at 131

1   in the waiting room for 20, 30 minutes, and then

2   he says, Okay, come back here to the room, and I

3   went back to the room and they interviewed me.

4        Q.   Who was all in the room with you?

5        A.   I remember McNeely, and I don't know

6   if Mr. Ulmer was there or not, I don't know.

7        Q.   Was Mr. Ulmer still a Coquille police

8   officer at that time?

9        A.   Maybe.

10        Q.   Do you know if he --

11        A.   I don't know.  I know he lost his job

12   there.  I didn't know him all that well.  I knew

13   his dad real well, Jerry.  He died of cancer.  He

14   used to work at the tire shop, Coquille Tire shop.

15        Q.   And you said you're pretty good

16   friends with Randy; right?

17        A.   Yeah, I know Randy.  I purchased

18   through the years a couple firearms.

19        Q.   Okay.  Is he still around?

20        A.   I seen him a few months ago at a deli,

21   the highway deli.

22        Q.   So he's still living in the area?

23        A.   Yeah.

24        Q.   As far as you know?

25        A.   As far as I know.

Exhibit 5081 at 132

John G. Lindegren

133

1       Q.    Okay.  Do you know if Randy Ulmer and

2  Ray McNeely served at the Coquille Police

3  Department at the same time?

4       A.    I believe so.

5       Q.    Do you know how long --

6       A.    No idea.  You'd have to ask them.

7       Q.    Okay.  And that interview was

8  recorded?

9       A.    Yes.

10      Q.    Was anyone there besides McNeely and

11  possibly Ulmer?

12      A.    Not that I remember.

13      Q.    And what specifically did you tell

14  police at that time?

15      A.    I told him I was over at my sister's

16  house, and I watched the Survivor, and then I left

17  there and I came down.  I said I saw two people

18  there, I went home.  And they said, Do you know

19  who the people were?  And I says, Yeah, I'm

20  relatively absolutely sure it was Leah Freeman.

21      Q.    And how is it that you're absolutely

22  sure?

23      A.    I knew her mother and I knew

24  Rich Courtright.  I knew Rich, I'd hunted with

25  him, and I knew her mom, and I knew -- I knew

Exhibit 5081 at 133

Conni G. Lindegren

134

```
 1   quite a few people.
 2        Q.    And I get that, but this is another
 3   one of those places where I'm wondering about the
 4   distinction between did you know the name?  Did
 5   you know the family?
 6        A.    I hunted with Rich.  So, yeah, I knew
 7   him okay.  We cut firewood together, we elk hunted
 8   together.
 9        Q.    Okay.  But did you know her,
10   Leah Freeman?
11        A.    Are you talking about Leah?
12        Q.    Freeman.
13        A.    Oh, I thought you were talking about
14   Mr. Courtright.
15        Q.    No.
16        A.    I'm trying to explain to you how I
17   knew her.
18        Q.    Right.  And what you're explaining is
19   you knew her family members --
20        A.    Right.
21        Q.    -- and you knew of her?
22        A.    Yeah.  I met her and knew her.  I
23   never talked to her or anything, but I had seen
24   her.
25        Q.    When did you meet her?
```

Exhibit 5081 at 134

```
 1            A.    Oh, over the years several times, I'm
 2       sure, because I'd been around those people most of
 3       my life.
 4            Q.    Okay.  So you knew her family members.
 5                  How many times did you actually speak
 6       with Ms. Freeman?
 7            A.    Leah?
 8            Q.    Yes.
 9            A.    Probably once.
10            Q.    Where was that?
11            A.    Can't tell you.  I probably -- I
12       talked to her several years earlier.
13            Q.    So how old was she when you talked to
14       her?
15            A.    I don't know, 10, 11.  Young.
16            Q.    So by the time you saw the person on
17       North Elm Street, Leah Freeman would have gone
18       through puberty, she would have matured a lot, she
19       looked a little bit different than a ten-year-old;
20       right?
21            A.    Absolutely.
22            Q.    So how many times --
23            A.    But I'm sure I'd seen her around town,
24       not to talk to her, but I knew who she was.  I
25       knew who Cory was and knew...
```

Exhibit 5081 at 135

Conti v. Lindegren

136

1    Q.    By 2010 Leah Freeman's picture had
2    been in the paper a lot; right?
3    A.    I guess so.
4    Q.    And posters had been posted all over
5    town; right?
6    A.    Yeah.
7    Q.    So everybody in town probably knew
8    what Leah Freeman looked like by 2010; is that
9    fair?
10    A.    Yeah, absolutely fair.
11    Q.    Okay.  And probably same is true with
12    Nick McGuffin; right?
13    A.    Yeah.
14    Q.    By 2010 there were a lot of rumors
15    going around that Nick McGuffin had murdered
16    Leah Freeman?
17    A.    Yeah.  Well, I'll tell you just like I
18    told him, I says, I'm absolutely positive almost
19    that it was Leah Freeman that I saw.
20    Q.    Did you tell him that you were
21    absolutely positive that it was Nick McGuffin you
22    saw?
23    A.    I did not.
24    Q.    What did you tell him about --
25    A.    I said, I think it was.  It looked

Exhibit 5081 at 136

1    like him.  I said, Good chance of it.  I don't

2    know absolutely 100 percent.

3              MR. FRANZ:  Andy, could you speak a

4    little bit slower and closer?  It's hard to hear

5    your question.

6              MR. LAUERSDORF:  Okay.  I'm sorry.

7    BY MR. LAUERSDORF:

8         Q.    So you told McNeely that you weren't

9    sure that it was McGuffin?

10        A.    I said I wasn't absolutely positive.

11   I thought it was, but I don't know Mr. McGuffin

12   all that well.  And I described the individual I

13   saw, and I says, I believe it was, but I don't

14   know.

15        Q.    Okay.  You said you only spoke with

16   Leah Freeman once before she went missing?

17        A.    Yeah.

18        Q.    And that was when she was about ten

19   years old?

20        A.    Yeah.

21        Q.    Who was with you when you spoke to her

22   at that time?

23        A.    I don't know.  Probably either her

24   Uncle Rich or somebody, you know, somebody in the

25   family, because I just don't necessarily talk to a

Exhibit 5081 at 137

```
 1   young girl on her own.
 2           Q.    Did you and Ms. Freeman go to the same
 3   church?
 4           A.    No.  I doubt it.
 5           Q.    Can you tell me the names of some of
 6   her friends at that time?
 7           A.    I can't tell you.  I don't hang out
 8   with young girls, so I wouldn't know.
 9           Q.    Right.  You would have been, what, 42
10   at the time?
11           A.    Your guess is as good as mine.
12   Probably.
13           Q.    What was her mom's name?
14           A.    Corliss.  People called her Cory.
15           Q.    How did you know Cory?
16           A.    I've known her for a lot of years.  A
17   local family.  I knew who her dad was and brothers
18   were, I knew her sister.  It's a small area.
19           Q.    Cory's sister?
20           A.    Yeah.
21           Q.    When was the last time you talked to
22   Cory Courtright before Leah disappeared?
23           A.    What, sir?
24           Q.    When was the last time you spoke with
25   Cory Courtright before Leah disappeared?
```

Exhibit 5081 at 138

1          A.     I can't say.

2          Q.     What was Leah's dad's name?

3          A.     I don't know.  Oh, I do know.

4    Denny Freeman.

5          Q.     How did you know Denny Freeman?

6          A.     He owned Denny's Pizza.

7          Q.     Did you know him personally or did

8    you --

9          A.     I didn't know him personally.  I did

10   business with him, and he used to race four-wheel

11   drives.  So I knew he had a real hot international

12   Scout with a Pontiac big block in it that was

13   really fast.

14         Q.     Did you know anything about his

15   relationship with Leah Freeman?

16         A.     None.

17         Q.     Did you ever see them together?

18         A.     If I did, I can't remember.

19         Q.     What was Leah's sister's name?

20         A.     Her sister's name?

21         Q.     Yes.

22         A.     I have no idea.

23         Q.     How about her stepmother, what is her

24   stepmother's name?

25         A.     I have no idea.

Exhibit 5081 at 139

1      Q.    Do you know names of any of her step
2  siblings?
3      A.    Don't know.
4      Q.    How about her uncles, how many uncles
5  does she have?
6      A.    She has Rich Courtright, and then she
7  has old -- he was an airborne guy.  Vietnam.  He
8  used to work for the post office.  What was his
9  name?  Got himself in a little legal trouble,
10  purpose snatching at the --
11      Q.    Okay.
12      A.    What was his name?  A Vietnam.  101st
13  Airborne, Vietnam.  I'm trying to think of it.  A
14  referee, a football referee, high school football
15  referee also.
16      Q.    How about her aunts, do you know any
17  of the names of any of her aunts?
18      A.    I know a Terri.
19      Q.    Terri what?
20      A.    She was married to the guy who worked
21  at the post office who was the Airborne guy.
22      Q.    How often did you run into Terri
23  before Leah disappeared?
24      A.    I would see her whenever around town.
25  I didn't have a relationship with her in any way.

Exhibit 5081 at 140

1    I knew who she was because I knew her old man.

2         Q.    How many times did you see her with

3    Leah Freeman?

4         A.    Don't know.  I don't know if I ever

5    saw her with her.

6         Q.    How many times did you see

7    Rich Courtright with Leah Freeman?

8         A.    Maybe once.

9         Q.    Okay.  And how about the other uncle

10   who was in the Airborne, how many times did you

11   see him with Leah Freeman?

12        A.    I have no idea.

13        Q.    I'm trying to figure out -- because

14   when you're asked about how you know Leah Freeman,

15   you say that it's through her uncles.

16        A.    Yeah.  And then, see, they had an

17   antique store downtown named The Hoarder's

18   Hideout.  And Corliss was friends with the owner

19   of that place, and I knew the owners of that

20   place.  I frequented it quite a lot.  Her name was

21   Janet Townsend, or Janet Reab was her married

22   name.  R-e-a-b.

23        Q.    So did Leah Freeman frequent that

24   store?

25        A.    Probably not.

Exhibit 5081 at 141

1      Q.    So you don't recall seeing
2  Leah Freeman at that store?
3      A.    No.  I do remember seeing her around
4  town, just like I see everybody around town.  And
5  I knew who she was.  I knew who she was related
6  to.  Did I have any long-term relationship or
7  knowledge of her?  Absolutely not.
8      Q.    Do you remember speaking with any of
9  her uncles or any of her family members after she
10 disappeared?
11     A.    I believe it was -- I believe one of
12 them, yeah.
13     Q.    Which one?
14     A.    The Airborne guy.  What's his name?
15 You said his name last night when we were at the
16 restaurant.
17     Q.    I know his name, but this is your
18 deposition, so I need you to --
19     A.    Yeah.  I'm trying to think of it.
20     Q.    Okay.  Is it Bill Milton?
21     A.    Billy Milton, that's his name.
22     Q.    But you don't recall ever seeing
23 Leah Freeman with Bill Milton?
24     A.    No.
25     Q.    You also told police that you knew

Exhibit 5081 at 142

Conri U Lindegren

143

1   Nick McGuffin before Ms. Freeman went missing.

2   How did you know Mr. McGuffin?

3          A.    From knowing who he was.  You know,

4   it's a little tiny area, everybody knows everybody

5   else.

6          Q.    Yeah.  And I understand you keep

7   coming back to that, but I keep coming back --

8          A.    Did I know him well?  Absolutely not.

9          Q.    Did you ever speak to him before

10  Ms. Freeman went missing?

11         A.    I don't know if I ever have.  I doubt

12  it.  I would have no reason to.

13         Q.    Where do you think you saw him or ran

14  into him or interacted with him before Ms. Freeman

15  went missing?

16         A.    Just locally around whenever I would

17  see him.  I knew who he was.

18         Q.    How?  How did you know him?

19         A.    There's 2,500 population, and I work

20  around a lot of people and see a lot of people and

21  meet a lot of people, and everybody knows

22  everybody else.  You're from a big town and you

23  don't understand how the little town works.

24  Everybody knows everybody.  Everybody knows me and

25  I know pretty much everybody.

Exhibit 5081 at 143

1      Q.    Well, I'm actually from a smaller

2    town.

3      A.    Okay.

4      Q.    That's why I'm asking about the

5    difference between knowing of somebody by

6    reputation or knowing a name or actually knowing

7    that person?

8      A.    I didn't know him as a friend, I

9    didn't know him even as an acquaintance.

10      Q.    And we already talked about a lot of

11    people that are from that town that you've agreed

12    you couldn't pick out of a crowd.

13      A.    Absolutely right.

14      Q.    So I come back to --

15      A.    Okay.

16      Q.    -- did you actually know

17    Nick McGuffin?  Could you pick him out of a crowd

18    as of June 28, 2000, or had you --

19      A.    A good chance of it.

20      Q.    And how would you have been able to do

21    that?

22      A.    By his physical appearance, face

23    structure.

24      Q.    Okay.  So describe his physical

25    appearance on June 28, 2000.  What did he look

Exhibit 5081 at 144

1    like back then, in June of 2000?

2         A.    Boy, you ask some tough questions.

3         Q.    Well, because I --

4         A.    I understand there.  You're trying

5    to -- yeah.  You're trying to -- I'm going to tell

6    you the same thing I told old McNeely.  I am

7    absolutely -- I knew Leah Freeman much better than

8    I knew Mr. McGuffin.

9         Q.    Okay.

10        A.    And I am relatively pretty absolute

11   sure I saw her.  Whether I saw Mr. McGuffin there

12   or not, that's what I told Mr. McNeely, it looked

13   like him, I know who he is, but I can't say

14   100 percent.

15        Q.    Okay.  So I think I understand.  I

16   just want to make sure that I'm understanding.  So

17   I'm going to ask you a question, and it's going to

18   be a little bit longer so let me finish; okay?

19        A.    You can do that.

20        Q.    So as of June 28, 2000, you had spoken

21   to Leah Freeman once --

22        A.    Yes.

23        Q.    -- in her life when she was about ten

24   years old?

25        A.    Gotcha.

Exhibit 5081 at 145

1    Q.    And you knew her much better than you
2    knew Mr. McGuffin.  And the people you saw --
3    A.    Huh-huh.
4    Q.    That was a yes?
5    A.    Yes.
6    Q.    And the people you saw when you walked
7    down North Elm were 25 to 30 feet away from you,
8    and you only saw them for a matter of seconds; is
9    that right?
10   A.    Yeah.
11        MR. FRANZ:  I'm going to object to the
12   form of the question; it misstates what he
13   previously said.
14   BY MR. LAUERSDORF:
15   Q.    Is there anything you didn't
16   understand about the question I just asked you?
17   A.    No.
18   Q.    You said previously that you'd only
19   spoken to Leah Freeman once in the past; is that
20   right?
21   A.    Yes.
22   Q.    Okay.  That was when she was about ten
23   years old?
24   A.    Yes.
25   Q.    And --

Exhibit 5081 at 146

1          MR. FRANZ:  I'm going to object to the

2    form of the question; this has been asked and

3    answered over three times.  And I move to strike

4    any more of the same questions.  He's already

5    answered.

6          MR. LAUERSDORF:  Well, I'm not going

7    to get into speaking objections.  I'll just keep

8    asking the questions, and you can note the

9    objections.

10          THE WITNESS:  So what just happened?

11    BY MR. LAUERSDORF:

12     Q.    So what just happened is one of the

13    other attorneys objected and said that when I

14    asked you the question I was misstating what you

15    had said at some point in the past.  And so I went

16    back to reask the question and make sure that we

17    were clear with each other about my understanding

18    of what you had said in the past.

19     A.    Okay.

20     Q.    And then Mr. Franz objected that I was

21    asking the question more than once.

22     A.    Okay.

23     Q.    So what I'm doing is --

24     A.    Just legal stuff.

25     Q.    Yes.

Exhibit 5081 at 147

1      A.    It doesn't have anything to do with

2   me?

3      Q.    Right.  And I'm asking the question

4   more than once because I want to make sure that

5   your understanding and my understanding are

6   correct --

7      A.    Okay.

8      Q.    -- and that I'm not misstating

9   anything that you've said.

10      A.    Okay.

11      Q.    So if I understand correctly, and I

12   understand Mr. Franz will have an objection, but

13   I'm going to ask the question again, you said

14   earlier that you'd only spoken to Ms. Freeman once

15   before she disappeared?

16      A.    Correct.

17      Q.    Okay.  And that that was when she was

18   ten years old?  Approximately --

19      A.    Approximately.

20      Q.    Okay.  And that you knew

21   Ms. Freeman -- you said that you told McNeely that

22   you knew Ms. Freeman much better than you knew

23   Mr. McGuffin?

24      A.    Absolutely.

25      Q.    Okay.  And then you had also said

Exhibit 5081 at 148

Conry v. Lindegren

149

```
 1   earlier that when you walked past these two
 2   people, you walked past them in a matter of
 3   seconds; is that right?
 4        A.    Yes.   Three to five seconds average
 5   speed, probably a 14-foot-wide driveway.   I don't
 6   know how many seconds that would be.
 7        Q.    Okay.   And you said earlier that they
 8   were 25 to 30 feet away from you at the time you
 9   saw them; is that right?
10        A.    Correct.
11        Q.    I just want to make sure I understand
12   all of that correctly.
13             So we're getting back now to knowing
14   Mr. McGuffin.   Did you have friends in common with
15   Mr. McGuffin?
16        A.    Did I have what?   Friends?
17        Q.    Friends in common with Mr. McGuffin or
18   any of his family members?
19        A.    None that I know of.
20        Q.    Did you go to the same church by any
21   chance?
22        A.    No.
23        Q.    Did you frequent any of the same
24   businesses?
25        A.    No.   He probably didn't frequent any
```

Exhibit 5081 at 149

Conf G. Lindegren

1   places that I did or do.

2       Q.    Did you frequent any of the same

3   businesses that Leah Freeman frequented?

4       A.    Maybe Denny's Pizza.  That would be

5   the only one I can think of.  I don't know where

6   she hung out or anything.

7       Q.    Okay.  How often did you go to Denny's

8   Pizza?

9       A.    Fantastic pizza, so as often as I

10  wanted pizza.  I don't know, three times a month.

11      Q.    Do you recall seeing Leah Freeman at

12  Dennis's Pizza ever?

13      A.    No.

14      Q.    Did you know any of Mr. McGuffin's

15  family members?

16      A.    I don't believe I do.

17      Q.    Can you tell me the names of any of

18  Mr. McGuffin's friends at that time?

19      A.    No.

20      Q.    Did you speak with anyone from the

21  McGuffin family after Ms. Freeman disappeared?

22      A.    No.

23      Q.    And you said earlier that you don't

24  know who Cheri Mitchell is; is that right?

25      A.    I don't think I know who

Exhibit 5081 at 150

1    Cheri Mitchell is.  Doesn't ring a bell.

2         Q.    Do you know who Adam Mitchell is?

3         A.    Don't ring a bell either.

4         Q.    Did you know who Peggy Mitchell is?

5         A.    Don't ring a bell.

6         Q.    How are you doing?

7         A.    Doing great.

8         Q.    Do you want to keep going?

9         A.    Yeah.

10        Q.    Okay.

11             MR. LAUERSDORF:  I'm going to ask you

12   to mark this as Exhibit 1.

13             (Deposition Exhibit No. 1

14             marked for identification.)

15             THE WITNESS:  Now, what is this?

16   BY MR. LAUERSDORF:

17        Q.    I'm going to represent to you that

18   this is an Oregon State Police document of some

19   sort.  Our understanding is that these were

20   referred to as tip sheets in the Freeman

21   investigation.  Have you ever seen this document

22   before?

23        A.    No.

24        Q.    Do you know what this document is?

25        A.    No.  I've never seen this document.

Exhibit 5081 at 151

John V. Lindegren

152

1    Q.    And I wouldn't necessarily expect that
2  you would have.
3    A.    Okay.
4    Q.    But there's some information in that
5  document, and your name is on that document;
6  right?
7    A.    I see it.
8    Q.    Up at the top it says, Subject
9  information, Lindegren, John, James?
10    A.    Yes.
11    Q.    And under home address it has your
12  address?
13    A.    At 79 West Central, Number 14.  That
14  was upstairs of Bill's Place tavern.  That's where
15  I lived.
16    Q.    And that was your address --
17    A.    And my old address, 985 West 17th.
18    Q.    And there it says -- there's a
19  handwritten note there that says, "Moved out six
20  months ago."  Any idea where that information
21  would have came from?
22    A.    I have no idea.
23    Q.    Is that something you recall ever
24  telling anyone?
25    A.    I don't know why it's there.  I don't

Exhibit 5081 at 152

Conrad Lindegren

153

1  know anything.  I might have moved out of there.

2  I was living there for -- in 985 for several

3  years, and then -- with a woman there, and we

4  split up.

5       Q.    Okay.

6       A.    So that might have something to do

7  with that, I have no idea.

8       Q.    Okay.

9       A.    I didn't write this.

10      Q.    Right.  And I understand that.  I'm

11 just trying to figure out where this information

12 came from, and I'm hoping you can help me with

13 that.

14      A.    Uh-huh.

15      Q.    So it has your date of birth there;

16 right?

17      A.    Yeah.  7/8/1958.

18      Q.    We've got to be careful not to speak

19 over each other.

20      A.    I'm so sorry.

21      Q.    There it says, "Says he saw Leah

22 talking to Nick.  Nick in brown pickup.  About

23 9:15 p.m. to 9:20 p.m. on Elm."

24      A.    Yeah.

25      Q.    Is that something you told the police?

Exhibit 5081 at 153

154

1          A.    I'd go with 9:15 because that's
2     what -- the original time I thought I went by
3     there.
4          Q.    Did you tell police that Nick was in a
5     brown pickup?
6          A.    Nobody was in a brown pickup.  A
7     pickup was sitting there unoccupied.
8          Q.    Did you ever tell anyone that you saw
9     Nick in a brown pickup that night?
10         A.    No.
11         Q.    And then down below it says, "Was at
12    sister's house, 590 West 4th Place."
13         A.    That's the wrong address.  It should
14    be 551.
15         Q.    Right.  And so do you think that
16    suggests that this information didn't come from
17    you?
18         A.    No, none of this information came from
19    me.
20         Q.    Okay.  It says there that you were at
21    your sister's house doing concrete work.  Were you
22    doing concrete work that night?
23         A.    No.  I wasn't working on her house, I
24    was working on somebody else's house.  And I was
25    probably doing concrete work because I do a lot of

Exhibit 5081 at 154

1    that, but at the time I was not working on my

2    sister's house.

3         Q.    Okay.  And it says there, "Left at

4    21:20," which is, do you understand, military

5    time?

6         A.    Yes.

7         Q.    Okay.  So that's 9:20.  (Reading):

8         "Saw FMD speaking to WM 6-foot,

9         two-inches, lean, muscular, short

10        hair, near brown PU, crew or extended

11        cab."

12             Do you recall telling police that the

13   person you saw was 6 foot 2, lean and muscular?

14        A.    Well, I figured -- well, the guy I

15   seen was lean, good physical shape, taller, but I

16   don't know how tall.  And I didn't tell him -- I

17   have no idea how tall.  Was not by the brown

18   pickup, and it was, I believe, an extended cab.

19        Q.    Okay.  Was it brown?

20        A.    I believe so now.  I don't know.  I

21   can't remember the color.

22        Q.    Okay.

23        A.    It's been 22 years.

24        Q.    Okay.  It says there (reading):  "WM

25   was unfriendly."  Did you tell the police at any

Exhibit 5081 at 155

156

1   point that either of the people you saw were

2   unfriendly?

3        A.   They never said anything to me, but I

4   can't remember if I said anything to them.  I

5   don't know.

6        Q.   Do you see the two names down there at

7   the bottom, Reaves/Young?

8        A.   I know Reaves, but I don't know who

9   Young is.

10        Q.   Were you ever interviewed by

11   Chief Reaves about Leah Freeman?

12        A.   No.

13        Q.   And you don't know who Young is?

14        A.   I have no idea who Young is.

15             (Deposition Exhibit No. 2

16             marked for identification.)

17   BY MR. LAUERSDORF:

18        Q.   The court reporter has handed you

19   what's been marked as Exhibit 2.  And I'm guessing

20   you've never seen that before either, but why

21   don't you take a look at it and tell me if you

22   have?

23        A.   Don't look like I've ever seen it.

24        Q.   Okay.  Do you recognize any of the

25   three names there at the bottom of page 1,

Exhibit 5081 at 156

John v. Lindegren

157

| | |
|---|---|
| 1 | Amanda Lovell, Lindsey Duvall, or Cassandra Moore? |
| 2 | A.    No. |
| 3 | Q.    Do you recognize the officer's name |
| 4 | down at the bottom? |
| 5 | A.    Randy Ulmer.  Yes, I do. |
| 6 | Q.    Okay.  And it says next to that that |
| 7 | this report was prepared on July 16, 2000; is that |
| 8 | right? |
| 9 | A.    That's what it says here. |
| 10 | Q.    Okay.  If you go to page 2, at the |
| 11 | bottom there your name is down there again; right? |
| 12 | A.    Lindegren, John, James, 79 West |
| 13 | Central Boulevard, Number 14, race, White, sex, |
| 14 | male, date of birth, 7/8/58.  I was 42 years of |
| 15 | age.  Big John, aka.  Six-five, 280, stocky, gray, |
| 16 | hazel, driver's license number is correct, social |
| 17 | security number is correct, state ID, FBI, that's |
| 18 | right. |
| 19 | Q.    Okay.  Is six-five right? |
| 20 | A.    Yeah. |
| 21 | Q.    Are you taller or shorter than that? |
| 22 | A.    I'm taller. |
| 23 | Q.    A little bit taller than six-five? |
| 24 | A.    I'm 6 foot 7. |
| 25 | Q.    Okay.  And then as you move on and go |

Exhibit 5081 at 157

1    to the page that's marked 16 at the top there.

2         A.    16?

3         Q.    Yes.

4         A.    There's 14, 15, 16.

5              MR. LAUERSDORF:  For the record, we're

6    on what's been marked as Exhibit 2.  The page that

7    we're on, at the bottom of the page it's

8    Bates-numbered 005026, the number at the top

9    right-hand corner of the page is 16 in

10   handwriting, and its printed number is page 4 of

11   the supplemental report.

12   BY MR. LAUERSDORF:

13        Q.    So at the top there, that first

14   paragraph, do you see where it says, "I began my

15   investigation"?

16        A.    Yes, I see that.

17        Q.    Can you read that paragraph to

18   yourself, and then I'll ask you a question about

19   it.

20        A.    I read it.

21        Q.    It says there (reading):  "Amanda told

22             me she had heard from a friend

23             of hers, Lindsey Duvall, someone

24             had told Duvall that Nick McGuffin

25             was seen driving a brown in color

Exhibit 5081 at 158

1      pickup the night Freeman disappeared."

2           You didn't see McGuffin --

3      A.    No.  I have no idea.

4      Q.    Let me finish the question.

5      A.    Got it.

6      Q.    You didn't see McGuffin driving a

7    brown pickup that night; is that right?

8      A.    That's correct.

9      Q.    And you never told anybody that?

10     A.    That's absolutely correct.

11     Q.    Okay.  If you go down to the fifth

12   paragraph, can you read that one?  It says, "I

13   located Lindsey Duvall."  Can you read that

14   paragraph to yourself, and then I'll ask you

15   questions?

16     A.    Yes.  Okay.

17     Q.    So it says there in the second

18   sentence, "Duvall told me her friend

19          Cassie Moore told Duvall and

20          Mike Dennis, who's Moore's boyfriend,

21          that Nick McGuffin was seen in the

22          area of 444-and-one-half North Elm

23          speaking with Freeman from a brown

24          pickup the night Freeman disappeared."

25               Did you talk to any of these people,

Exhibit 5081 at 159

1    Cassie Moore, Duvall, Mike Dennis --

2        A.    No.

3        Q.    -- around that time?

4        A.    No.

5        Q.    And other than Mike Dennis, you said

6    you didn't know --

7        A.    I do know Michael, but that's the only

8    name out of this that I know.

9        Q.    Do you remember ever telling

10   Mike Dennis that you'd seen who you thought to be

11   Nick McGuffin on --

12       A.    No.  I never talked to Mike about it.

13   Mike never talked to me about it.

14       Q.    Did you tell anyone other than Jordie?

15       A.    No.  I didn't think it was no big

16   thing.

17       Q.    Okay.  Was there anyone else in the

18   area who might have seen the people that you saw

19   there that night?

20       A.    I don't know.  I seen them.

21       Q.    Okay.

22       A.    But I don't know if anybody else did.

23   They would have to tell you.

24       Q.    Okay.  And then if you'll read the

25   next paragraph to yourself, I'll ask you a

Exhibit 5081 at 160

1    question about that.  It's the fourth one up from

2    the bottom.  It starts, "I located Moore at her

3    residence."

4          A.    Okay.

5          Q.    The second sentence there it says,

6          "Moore told me her boyfriend,

7          Dennis, was told by his grandmother

8          of Freeman being last seen in front

9          of 444-and-one-half North Elm speaking

10         to Nick McGuffin outside a brown pickup."

11              So Mike Dennis's grandmother would

12   have been --

13         A.    That's Penny.

14         Q.    That's Penny, okay.

15         A.    Penny Dennis.

16         Q.    Did you ever talk to Penny Dennis

17   about --

18         A.    No.  I didn't really care -- I'm

19   sorry.

20         Q.    Let me finish.  Did you ever talk to

21   Penny Dennis about what you had seen that night?

22         A.    No.  Me and Penny -- I didn't really

23   care for Penny, and Penny did not really care for

24   me.

25         Q.    Why is that?

Exhibit 5081 at 161

1    A.    Penny was a busybody and a mouth and
2  thought she knew everything and she didn't.
3    Q.    Okay.
4    A.    And I didn't care for her, and she
5  didn't really care for me.
6         Now, her husband and me were really
7  good buddies.
8    Q.    Okay.  Do you recall telling her
9  husband what you'd seen that night?
10    A.    No.
11    Q.    No, you don't recall or, no, you
12  didn't?
13    A.    I didn't.
14    Q.    Okay.  You didn't talk to him at all
15  about it?
16    A.    No.  I didn't even know that --
17         MR. FRANZ:  Sorry to interrupt, but is
18  it about time for a break?  We've been going
19  pretty good.
20         MR. LAUERSDORF:  Can you give me seven
21  more minutes?  We'll break at 1:30?
22         MR. FRANZ:  How much longer you got?
23         MR. LAUERSDORF:  Probably an hour,
24  hour and a half.
25         MR. FRANZ:  Okay.  So let's break at

Exhibit 5081 at 162

1    1:30.

2               MR. LAUERSDORF:  Okay.

3    BY MR. LAUERSDORF:

4        Q.    Okay.  So --

5        A.    I didn't even know that the Dennis

6    family had anything to do with this case or

7    witness or anything.  All I know is what I know.

8        Q.    Right.  Did Jordie ever mention to you

9    her telling anyone what you had told her?

10       A.    I don't know.

11       Q.    Okay.

12       A.    She never said anything to me that I

13   know of.

14       Q.    Okay.  Then if you read the last

15   paragraph on that page, it starts, "I also spoke

16   with John Lindegren."

17       A.    Okay.  (Reading):  "I spoke with

18   John Lindegren who told me" --

19       Q.    You can read it to yourself, and then

20   I'll ask you questions.

21       A.    No, I don't know how that ever got

22   there.

23       Q.    Hold on a second.  Let me ask the

24   questions; okay?  I think I know where you're

25   going, but I have to ask a question and then you

Exhibit 5081 at 163

```
 1   answer.

 2          A.    Okay.  Continue.

 3          Q.    So this is Randy Ulmer reporting, and

 4   he says, "I also spoke to John Lindegren."  Do you

 5   recall speaking with Randy Ulmer in July of 2000?

 6          A.    No, I don't recall it.  I didn't talk

 7   much to Randy, much about it.  He didn't have

 8   really much to do with me in this.  I talked to

 9   the undercover officer there, McNeely, a lot, but

10   I knew that Ulmer was around, and I know him, I

11   know who he is, and I've done business with him

12   before.

13          Q.    Do you think you would remember

14   talking to him in July of 2000?

15          A.    Yeah, I would remember if I did, I'm

16   sure.

17          Q.    Okay.  He says there --

18          A.    No, I was not walking my dog.

19          Q.    Okay.  That was my next question.  He

20   says, "I also spoke with John Lindegren

21          who told me he was walking his dog

22          on North Elm around 21:15 on

23          June 28, 2000."

24          Did you tell Randy Ulmer you were

25   walking your dog?
```

Exhibit 5081 at 164

Conf'l - Lindegren

165

```
1          A.    I don't remember talking to him about
2    it.
3          Q.    Did you ever tell anybody you were
4    walking your dog that night?
5          A.    No, because I wasn't.
6          Q.    Okay.  It says there, the next
7    sentence, "Lindegren said he saw a dark orange
8          late model Ford Ranger parked near
9          McGuffin and Freeman."
10         A.    I don't know anything about it.
11         Q.    Did you tell Randy Ulmer that?
12         A.    I don't know anything about it.
13         Q.    Do you have any recollection of
14   seeing --
15         A.    This is all new to me.
16         Q.    Do you have any recollection of seeing
17   a dark orange late model Ford Ranger parked near
18   the two people you saw there that night?
19         A.    On that night, no.
20         Q.    And you owned a Ford Ranger at the
21   time; right?
22         A.    Yeah, a white color.
23         Q.    But you knew a Ford Ranger when you
24   saw it?
25         A.    Oh, yeah.
```

Exhibit 5081 at 165

1          Q.     Okay.

2          A.     I don't remember anything about this.

3          Q.     And then he says, "Lindegren provided

4    no other information."

5                 So you don't remember having a

6    conversation in July of 2000, with Randy Ulmer at

7    all?

8          A.     I don't.

9                 MR. LAUERSDORF:  Okay.  That's a good

10   enough stopping place for us.  So it's a little

11   bit before 1:30, but let's go ahead and take a

12   break.

13                (Recess:  1:28 p.m. to 2:04 p.m.)

14                MR. LAUERSDORF:  For the record, what

15   we were referring to as that was Exhibit 2, and

16   the copy of the subpoena that I discussed with

17   Mr. Lindegren early on.

18   BY MR. LAUERSDORF:

19         Q.     Were you ever asked to appear for a

20   grand jury in 2000?

21         A.     (Witness shakes head.)

22                I can't remember ever going to a grand

23   jury.  I can only remember testifying one time in

24   the trial.  I can't...

25         Q.     Did you ever speak to Paul Frasier in

Exhibit 5081 at 166

Gohrt v. Lindegren

167

```
 1    2000?
 2          A.    One time.  He talked to me one time.
 3          Q.    In 2000?
 4          A.    I don't know if it was 2000 or 2010.
 5          Q.    What did he --
 6          A.    But I did talk to him one time.
 7                He asked me what I saw on TV, and he
 8    said, Yeah, I watched the same thing, and this is
 9    what happened in that -- after I told him, he
10    said, You're absolutely right, and he said okay.
11    Pretty much that's all he ever did.  He only
12    talked to me for just a few minutes.
13          Q.    Was that before the trial?
14          A.    I believe so.
15          Q.    Okay.  Do you know how long before the
16    trial that was?
17          A.    I have no idea.
18          Q.    Was it in the courthouse?
19          A.    Yeah.  It was in the DA's office, I
20    think.
21          Q.    Okay.  So at some point then
22    Ray McNeely comes looking for you.  He wants to
23    talk to you?
24          A.    I don't know if he was the one who
25    come looking for me.  After officer told my sister
```

Exhibit 5081 at 167

1    that they were looking for me, and she came out

2    and she told me on the job site, and then I went

3    into the police station.

4         Q.    But that was after you and Ray McNeely

5    had known each other for quite a few years --

6         A.    I'd known him because he worked at

7    Coquille Supply.

8         Q.    At the supply store, right.

9         A.    I knew who he was, I sure did.

10        Q.    So if it was him who was looking for

11   you, he knew exactly who you were.  He just didn't

12   know where to find you; is that right?

13        A.    Yeah.

14        Q.    Okay.  So that's where Jordie comes

15   in.  She comes and gets you, you go down to the

16   police station and you talk with Ray McNeely?

17        A.    Yeah.

18        Q.    Do you remember anything about that

19   conversation?

20        A.    He just asked me, like you're doing,

21   what I saw and what I did.  And I'm sure I was

22   recorded.  And he was writing stuff down and

23   talking to me and asking me questions.  And I

24   talked to him like I am talking to you, and he

25   said, Okay, that's all we need.  I never talked to

Exhibit 5081 at 168

John G. Lindegren

169

1    him ever again.  Only that one time.

2        Q.    Did he ask you any of the same

3    questions I'm asking you today?

4        A.    Somewhat, you know.

5        Q.    Do you remember any specific questions

6    that he asked you?

7        A.    I don't.

8        Q.    Do you remember anything specific he

9    told you?

10       A.    Don't you have a recording of the

11   interview?

12       Q.    We have a report, and we'll go over

13   that in a little bit.  I'm just wondering, as you

14   sit here now do you recall anything specifically?

15       A.    I don't.

16       Q.    Okay.  What happened next with you in

17   the Freeman investigation after you went down to

18   the police station and met with McNeely?

19       A.    They interviewed me, and then they

20   said, Okay, that's all we need to know, and we'll

21   let you go.  And I left, and I never talked to

22   another soul for a long time.

23       Q.    Did you go out to North Elm Street

24   with them at some point?

25       A.    No.

Exhibit 5081 at 169

1      Q.     You didn't go out and they asked you

2  to put some cones around and they took some

3  photos --

4      A.     Oh, maybe.

5      Q.     -- do you remember that?

6      A.     I remember something about that, I

7  don't remember a lot about it.  Yeah, I remember

8  something to do with some cones or something.

9      Q.     Okay.  What happened there?

10      A.     I can't remember much about it.

11      Q.     Do you remember being there?

12      A.     I do after you mentioned the cones.

13  But before you mentioned the cones, I didn't

14  remember about it at all.

15      Q.     Did McNeely ever explain to you why he

16  wanted you to come out there?

17      A.     No.

18      Q.     So you don't remember anything about

19  going out to North Elm Street with McNeely?

20      A.     No, I don't.

21      Q.     Do you remember anybody --

22      A.     I remember something to do with

23  highway cones, and I don't remember much about

24  that.

25      Q.     Okay.

Exhibit 5081 at 170

John G. Lindegren

1      A.     And didn't remember until you

2   mentioned the cones.  That brought me back.

3      Q.     Okay.  Now that I've mentioned the

4   cones and that brought you back a little bit, is

5   it bringing you back to what went on that day or

6   what you were asked to do or what you did?

7      A.     The day with the cones?

8      Q.     Yes.

9      A.     I don't remember much.  I think it was

10  in the afternoon.  I think I was at work, and they

11  contacted me and wanted me to come up there.

12     Q.     Okay.  So did you go meet them up

13  there?

14     A.     Yeah, I'm sure I did.  I'm sure I

15  didn't get a ride by them.

16     Q.     Okay.  That was going to be my next

17  question.  Do you know if you walked up there or

18  drove up there?

19     A.     I probably drove at the time.

20     Q.     Okay.  And do you remember anything

21  about what you did once you got there?

22     A.     No.

23     Q.     Do you remember telling McNeely that

24  you were interviewed by an FBI agent for

25  approximately ten minutes sometime in 2000?

Exhibit 5081 at 171

1      A.    No.

2      Q.    Do you remember testifying in grand

3   jury about being interviewed by FBI agents?

4      A.    No.

5      Q.    Do you remember being interviewed by

6   FBI agents?

7      A.    No.  I know an FBI or a justice

8   department interviewed me on another case that I

9   talked about.

10     Q.    That's the one we talked about earlier

11  with Mr. Morris?

12     A.    Mr. Morris.  But this one, no, I don't

13  remember.

14          MR. LAUERSDORF:  So let's go ahead and

15  mark this one Exhibit 3.

16          (Deposition Exhibit No. 3

17          marked for identification.)

18  BY MR. LAUERSDORF:

19     Q.    Okay.  So I had the court reporter

20  hand you what's been marked as Exhibit 3.  Can you

21  tell me if you remember seeing that document

22  before?

23     A.    Never have.

24     Q.    Okay.  So I'm going to represent to

25  you that that's a police report that we received

Exhibit 5081 at 172

1    in discovery from the City of Coquille Police.  If

2    you want to take a look at the date there under

3    the summary, it says May 18, 2010; is that right?

4          A.    That's what it says.

5          Q.    Okay.  If you look at the second page

6    of the report, there's an officer's signature

7    there.  And up above it it says, "date/officer:

8    6/1/2010, McNeely, Jr."  Do you see that?

9          A.    Right down here (indicating)?

10          Q.    That's the signature.  Up above it

11    there's a -- in print there's a --

12          A.    Yeah.  Date, officer, McNeely, Jr.,

13    and the incident number.  Yeah, I see it.

14          Q.    Okay.  And so in the report there --

15    so McNeely is saying -- if you look under "Action

16    Taken" he's saying, "On May 18, 2010, around

17          1352 hours, OSP Detective Teresa Bowersox

18          and I met with John James Lindegren

19          at the Coquille Police Department."

20                Does that refresh your recollection at

21    all about what year you met with McNeely?

22          A.    No.  I know I only met with McNeely

23    once or twice, and it was a long time in between.

24          Q.    Okay.  The next -- third paragraph

25    down there, see where it starts, "I asked

Exhibit 5081 at 173

1    Lindegren"?

2         A.    Yeah.   "If he remembered anything

3    about the night"?

4         Q.    Yeah.

5         A.    Yeah.

6         Q.    And then he says, "Lindegren heard

7              from someone that Freeman was missing,

8              and he knew he had just seen Freeman

9              with McGuffin the night before by

10             his sister's house."

11                  But if I understood you correctly

12    earlier, you said you told McNeely that you

13    weren't 100 percent sure it was McGuffin?

14         A.    Yeah.   I told him, I says, you know, I

15    know -- I can relatively say that I knew who

16    Freeman was, but I'm not absolutely positive it

17    was McGuffin.

18         Q.    Okay.   And then on the next line there

19    he says, "Lindegren told me he remembers that

20             night because he was watching the

21             TV show Survivor with his sister."

22                  Do you see that?

23         A.    Yeah.

24         Q.    So one of the things I was wondering

25    about is when you read what Randy Ulmer wrote --

Exhibit 5081 at 174

1    A.    I did.

2    Q.    -- he said you were walking the dog --

3    A.    I wasn't.

4    Q.    -- and there was nothing else.

5         And then on the tip sheet that we saw

6    that you said you didn't have anything to do with,

7    nothing was mentioned about Survivor there either.

8         So one of the things I'm wondering

9    about is this is now May 2010, this is ten years

10   later?

11   A.    Yeah.

12   Q.    What was it that triggered your memory

13   of watching Survivor in 2010?

14   A.    Something is up with this stuff here

15   that I don't understand.  I remember the night,

16   and I remember walking by there, and I remember

17   talking to the cops just a little time after they

18   come out -- my sister came out, I went in, around

19   2000 I remember talking to them.  I don't remember

20   talking to them in 2010.

21   Q.    Okay.  Okay.

22   A.    I only remember talking to them one

23   time, and that was just a week or two or three or

24   whatever, you know, after the disappearance.

25   Q.    Okay.

Exhibit 5081 at 175

Conf. v. Lindegren

176

```
 1          A.    I don't remember talking to them at
 2    any time after that.
 3          Q.    Okay.  And do you remember when you
 4    started talking to them if you -- or around that
 5    time if you actually remembered watching Survivor
 6    or if that's something that Jordie told you you
 7    guys had done?
 8          A.    I remember watching it.
 9          Q.    Okay.  All right.
10                So if you go down there, after that it
11    says, "Lindegren's sister still currently lives at
12    551 West 4th Street in Coquille," I guess that's
13    not right, right, because it's 4th Place in
14    Coquille?
15          A.    Yeah.  551 West 4th Place.
16          Q.    Right.  And she lived there on
17    June 28, 2000?
18          A.    Yes.
19          Q.    And then he says, "Lindegren told me
20          he left his sister's house around
21          2100 hours or so and saw Leah Freeman
22          and Nick McGuffin around 2115 hours
23          on June 28th."
24                But here's my question.  You said
25    earlier that it takes a total of ten minutes to
```

Exhibit 5081 at 176

1   get from your sister's house to your home --

2        A.    Yeah.

3        Q.    -- down on West Central.

4              So if you left at 2100 hours --

5        A.    Well, at the end -- what I said was I

6   left at the end of Survivor, which was 9:00.  I

7   pet the dog, I talked to my sister a minute.  I

8   didn't want to dine and dash.  So I probably left

9   at ten minutes after 9:00 or even 15 minutes

10  after.  And from where I saw these people from her

11  house is 100 yards.

12       Q.    Okay.  So it would have taken you

13  what, one, two minutes to go 100 yards?

14       A.    Yeah.

15       Q.    Okay.

16       A.    So just what I said -- 9:15 might have

17  been 9:12, might have been 9:13, might have been

18  9:14.

19       Q.    But when we spoke earlier you made

20  that noise, remember (making noise).

21       A.    Yeah.

22       Q.    You were (making noise) trying to get

23  out of there?

24       A.    Yeah.  I was trying to get out of

25  there, but I didn't -- I got out of there as fast

Exhibit 5081 at 177

```
1    as I could.
2         Q.    Okay.
3         A.    But I do believe that's a correct
4    time, 10 after to 15 after, around in there,
5    that's accurate.
6         Q.    Could it have been as early as 9:00?
7         A.    No.
8         Q.    But you said you just basically patted
9    the dogs on the head and then left.
10        A.    Yeah.  Wrestled around with them,
11   talked with my sister, asking her if she was going
12   to work the next day, and then (making noise), out
13   the door I went.
14        Q.    Then down there if you go -- see where
15   it starts, "May 19, 2010"?
16        A.    Yeah.
17        Q.    So there he says, "May 19, 2010,
18   around 1200 hours" --
19        A.    I don't even remember old Webley
20   having much to do with anything.
21        Q.    Do you remember meeting Webley up on
22   North Elm Street?
23        A.    I remember a woman maybe.  I don't
24   remember much about this incident right here.
25        Q.    Okay.  Well, he says there that
```

Exhibit 5081 at 178

1   (reading):  "Officer Webley and I met Lindegren on

2   West 4th Street in Coquille by North Elm."

3        A.    Which officer?

4        Q.    This is McNeely who's writing the

5   report.

6        A.    Okay.

7        Q.    He says, "Officer Webley and I" --

8   meaning McNeely -- "met Lindegren on West 4th

9        Street in Coquille by North Elm.

10        Lindegren placed traffic cones

11        where he had" --

12        A.    I remember a woman.  I don't remember

13   McNeely.

14        Q.    Okay.  Do you remember placing traffic

15   cones where --

16        A.    I remember some traffic cones.  I

17   don't remember about what they wanted me to do

18   with them or anything.  I showed up, I did what

19   they wanted me to do and left.

20        Q.    Do you remember if you placed the

21   traffic cones or if they placed the traffic cones?

22        A.    I don't know.  I can't say for

23   absolute 100 percent.

24        Q.    Okay.  Do you see if you go on there

25   it says, "Lindegren placed traffic cones where he

Exhibit 5081 at 179

1            had seen Freeman and McGuffin on

2            June 28, 2000, around 2115 hours."

3                And there's one more sentence.  Then

4    after that it says, "Lindegren put himself around

5            5 to 7 feet from where Freeman

6            and McGuffin were standing."

7                Is that --

8            A.    No.  It was farther than that.

9            Q.    Accurate?  Because earlier you said

10    25 to 30 feet; right?

11            A.    It was longer than this room.  This

12    room is about 16 feet.

13            Q.    Okay.  And he says, "Lindegren

14            remembers saying hi to Freeman

15            and McGuffin as he passed them."

16            A.    I may have said hello.

17            Q.    Okay.  But you're not certain?

18            A.    I'm not sure now.

19            Q.    Okay.

20            A.    I know whoever was there never said

21    elbow to me.

22            Q.    Okay.  And then he says, "Lindegren

23            had me stand in the photo where

24            the pickup was parked that night."

25                Do you see that last sentence?

Exhibit 5081 at 180

1          A.     (Reading):  "Had me stand in the photo

2          where the pickup was parked that

3          night."  Okay.

4          Q.     Do you remember any of that?

5          A.     I don't.

6          Q.     Okay.

7          A.     This happened May 19, 2010.  I can

8     only -- just like I told you before, I can only

9     remember so much about anything that happened

10    earlier than that.  I only remember talking to

11    McNeely one time, when my sister said they were

12    looking for me and I went in and they interviewed

13    me, and then I took off and...

14         Q.     Okay.

15              MR. LAUERSDORF:  I'm going to have you

16    mark this as Exhibit 4.

17              (Deposition Exhibit No. 4

18              marked for identification.)

19    BY MR. LAUERSDORF:

20         Q.     So I've had the court reporter hand

21    you what's been marked as Exhibit 4.  And that's

22    the group of photos that we were provided in

23    discovery by I think the Coquille Police

24    Department.

25              Have you ever seen any of those photos

Exhibit 5081 at 181

1   before?

2        A.    I have not.

3        Q.    Do those photos refresh your

4   recollection about that day at all?

5        A.    No.

6        Q.    About the day you were out there with

7   McNeely?

8        A.    I see the pictures.  I don't remember

9   the incident.

10       Q.    Okay.

11       A.    On the top picture of number 4 here, I

12  see two cones here, that would be somewhat close

13  to where the pickup was parked.

14       Q.    Okay.

15       A.    And I don't know what they --

16       Q.    You're talking about page 1 of

17  Exhibit 4?

18       A.    Yes.

19       Q.    Who's in that photo?

20       A.    It's me, and I believe it's

21  Mr. McNeely.

22       Q.    Do you recognize that to be

23  Mr. McNeely?

24       A.    Yeah.

25       Q.    And so he says in his report there

Exhibit 5081 at 182

183

1          (reading):  "Lindegren had me stand
2          in the photo where the pickup was
3          parked that night."
4               Is he standing where the pickup was
5      parked that night?
6          A.    No.  I am standing where the pickup
7      was parked.
8          Q.    Was the pickup parked in the middle of
9      the road?
10          A.    It was parked right here on the road,
11      but on the right side of the lane with the grille
12      facing that way (indicating throughout).
13          Q.    Okay.  So the --
14          A.    I walked around the truck this way.
15          Q.    With the grille facing towards West
16      4th Place?
17          A.    Yes.
18          Q.    Okay.  And West 4th Place, that white
19      house near the center of the photo, that's on
20      West 4th Place; right?
21          A.    Yes.
22          Q.    Okay.  So the truck was facing that
23      way?
24          A.    Yes, sir.
25          Q.    And it was approximately where those

Exhibit 5081 at 183

1    two cones are?

2         A.    Yes.

3         Q.    Did you put those cones there, or did

4    somebody else put those cones there?

5         A.    I don't think I did.  I can't remember

6    much about this at all.  I remember something to

7    do with the cones, but I have no idea what.

8         Q.    Okay.  So if we go to page 2 there,

9    that's another photo of the same scene, just kind

10   of taken from further back; right?

11        A.    Yes.  It looks like it to me.

12        Q.    And is that the driveway you were

13   talking about on the --

14        A.    This one here, yes.

15        Q.    Behind the brown truck?

16        A.    Yeah.

17        Q.    That's the driveway where you saw the

18   two folks?

19        A.    When I saw the people.

20        Q.    And they were further down that

21   driveway?

22        A.    They were farther up this driveway.

23   They were almost to the end of this house.

24        Q.    Hold on, because that's a different

25   page.

Exhibit 5081 at 184

1          A.     I'm sorry.

2          Q.     I want to talk about page 2 right now.

3          A.     Okay.

4          Q.     Do you see that tan or beige pickup

5     truck there?

6          A.     I do.

7          Q.     Is that the truck?

8          A.     No.

9          Q.     Do you recall that truck being there

10    on that night?

11         A.     I don't.

12         Q.     How about that blue Buick there?

13         A.     Don't know.

14         Q.     Do you recall ever seeing that --

15         A.     I never paid attention.

16         Q.     Okay.  Do you recall any vehicles

17    being parked on the side of the road where McNeely

18    is standing in that photo?

19         A.     No, I don't.

20         Q.     Let's go to page 3.  That's a good

21    photo of the driveway?

22         A.     Right.

23         Q.     That's a carport down at the end of

24    the driveway?

25         A.     Actually, it's -- yeah, it's a --

Exhibit 5081 at 185

John G. Lindegren

```
 1   actually, that's a little rental house is what
 2   that is.
 3        Q.    Okay.
 4        A.    And that little cover over it is a
 5   mylar, a roof, a clear roof.  And I saw the people
 6   right here, pretty much at the end of the house or
 7   maybe a little bit in this direction.
 8        Q.    Okay.  At the end of the house toward
 9   where the mylar roof is, or at the end of the
10   house where the mailbox is?
11        A.    The front house here --
12        Q.    Yeah.
13        A.    -- within -- I don't know.  Within the
14   last window in the end of the house.  So that
15   would be about 30 feet.
16        Q.    Okay.  So not where the cones are?
17        A.    No.
18        Q.    Okay.  Then you go to the next page.
19   That is you and Officer McNeely again; is that
20   right?
21        A.    Yeah.
22        Q.    But this view is facing towards West
23   4th Street; right?
24        A.    Yes.  You're right.
25        Q.    And so where you're standing there, is
```

Exhibit 5081 at 186

1    that about where you saw these two folks for the

2    first time when you were walking down North Elm

3    Street on --

4         A.    No.  I seen them back in the driveway

5    on the last picture --

6         Q.    Right.  But I mean --

7         A.    Right there stationary.  They were

8    standing.  They weren't moving.  They were

9    stationary.

10        Q.    But where were you?

11        A.    Walking down this road.  I walked

12   around the truck where McNeely is, because the

13   truck was parked right here (indicating

14   throughout).

15        Q.    Okay.

16        A.    I went around this way, and went down

17   to 4th.

18        Q.    Okay.  So the truck was between you

19   and them?

20        A.    Yeah.

21        Q.    Okay.  And so then remember we talked

22   about this earlier and I said to you, Did you see

23   them while you were walking down North Elm Street?

24   And you said, No.  I didn't see them until I got

25   to the driveway --

Exhibit 5081 at 187

188

1        A.    Yeah.

2        Q.    -- and I looked down the driveway?

3              So where you're standing there is

4   about where the driveway is.  So is that about

5   where --

6        A.    Right.

7        Q.    So let me finish.

8              Is that about where you were the first

9   time you saw them?

10       A.    Yeah.  Right where I'm standing there,

11  yeah, probably really close.

12       Q.    Okay.  And then --

13       A.    I was a little more towards where --

14  probably where McNeely is.

15       Q.    Okay.

16       A.    Because the truck was parked here,

17  right up here.

18       Q.    Where the cones are?

19       A.    Yeah.

20       Q.    Okay.  And I'm going to have you

21  actually draw some things in on the same set of

22  photos, but I'm going to give you a different copy

23  because we're going to create a new exhibit.  So

24  I'm going to have you draw some things in in a

25  second, but right now I'm just trying to get a

Exhibit 5081 at 188

1    sense of if that's about where you were when you

2    first saw them, then another 10 to 15 feet they

3    would have been out of sight, right --

4         A.    Yeah.

5         Q.    -- by the time you're where that tan

6    pickup is in this photo?

7         A.    Yeah.  Absolutely right.

8         Q.    Okay.  And then the next photo is --

9    the last photo there -- no.  The next photo is --

10    that's just a photo of the front of the house at

11    444 North Elm Street; is that right?

12         A.    Yes.

13         Q.    You said at trial that -- I don't know

14    if this was one of the photos, but you said -- I

15    guess the next photo.  Go to the last page.

16         A.    (Witness complies.)

17         Q.    You said that photo was an accurate

18    depiction of the scene as you saw it on June 28,

19    2000.

20         A.    Yeah.

21         Q.    Was it overgrown with grass and trees

22    like that?

23         A.    Yeah, probably.

24         Q.    Okay.

25         A.    That's a good representation of that

Exhibit 5081 at 189

1    property.

2         Q.    Okay.

3         A.    Yeah.

4         Q.    Do you recall that property ever being

5    more manicured than that?

6         A.    No.

7         Q.    Okay.  So I want to --

8         A.    The people -- may I -- I see them here

9    (indicating).

10        Q.    Well, hold on a second.  I'm going to

11   have you mark on a different set.  That's already

12   an exhibit.  That's Exhibit 4.

13        A.    Oh, I'm sorry.

14        Q.    And now we're going to create

15   Exhibit 5.

16              (Deposition Exhibit No. 5

17              marked for identification.)

18   BY MR. LAUERSDORF:

19        Q.    This next one is going to be in the

20   same order.  So on that page 1 on Exhibit 5, if

21   you will, can you take this blue marker and draw

22   in where the pickup truck was on June 28, 2000,

23   when you saw it.

24        A.    Where the truck was?

25        Q.    Yes.  Or take a look at page 2.  Would

Exhibit 5081 at 190

John G. Lindegren

191

1    it be easier to put it on that page?

2         A.    They're both relatively close.

3         Q.    Okay.  So, yeah, where the truck was

4    on June 28, 2000, when you walked past on North

5    Elm.

6         A.    (Witness complies.)

7         Q.    Draw an arrow to indicate the

8    direction it was pointing.

9         A.    (Witness complies.)

10        Q.    So it was pointing with traffic?

11        A.    Uh-huh.

12        Q.    Okay.  And then from that photo,

13   page 1 on Exhibit 5, the place where you saw the

14   two people.  Can they be put on that photo, or do

15   you have to go to a different photo?

16        A.    They were up this driveway

17   (indicating).

18        Q.    And you're pointing to the driveway on

19   the right side of the photo; right?

20        A.    Yeah.

21        Q.    Okay.  So let's go to page 3 of that

22   exhibit.

23        A.    Okay.

24        Q.    Can you put the people -- where you

25   saw the people, can you mark that in red --

Exhibit 5081 at 191

1    A.    I can do that.

2    Q.    -- marker on page 3 of Exhibit 5.

3    A.    Okay.  And I'll put the M for male and

4  the F for female.

5    Q.    That would be great.

6    A.    (Witness complies.)

7    Q.    Before I thought you said they were

8  closer to the end of the house.  Are they --

9    A.    They were between the window and

10  probably back here (indicating).

11    Q.    Okay.

12    A.    That's just where I drew it.

13    Q.    Okay.  So for the record you just put

14  three red dots -- six red dots.  Three under the

15  window and three at the back of the house?

16    A.    I did.  In between these two, I'm

17  sure.

18    Q.    Okay.  So they were standing in

19  between those two sets of three red dots?

20    A.    With the male on my left and female on

21  my right if I turned and looked.

22    Q.    And when you were out there with

23  Officer McNeely, did you tell them that that's

24  where the male and the female were when you --

25    A.    Yeah, I'm sure of it.

Exhibit 5081 at 192

1      Q.   Okay.  Okay.  That is Exhibit 5.  And
2   we can be done with that one.
3      A.   Am I done with this red pen?
4      Q.   Yes.  Thank you.
5           MR. LAUERSDORF:  We'll mark that
6   Exhibit 6.
7           (Deposition Exhibit No. 6
8           marked for identification.)
9   BY MR. LAUERSDORF:
10     Q.   Mr. Lindegren, I've had the court
11  reporter hand you what's been marked as Exhibit 6.
12  Have you ever seen that document before?
13     A.   No.
14     Q.   Did Jordie ever tell you about being
15  interviewed by the police about Leah Freeman?
16     A.   No.
17     Q.   You never talked with her about that?
18     A.   No.  She never told me.
19     Q.   Okay.  If you'd take a look at -- I'll
20  submit to you that this is a police report written
21  by Officer Webley.  If you go to the last page
22  there, there's an officer's signature line, and
23  where that printing is up above it it says
24  "5/31/2010, Webley."  Do you see that?
25     A.   Yes, sir.  "By Webley."

Exhibit 5081 at 193

1      Q.    Yes.  And if you go to the second page
2   there, all the way down at the bottom you'll see
3   your sister's name?
4      A.    Second --
5      Q.    Second page of Exhibit 6.
6      A.    Yes, that's her name.
7      Q.    That's your sister's name.  And her
8   name is Hjordis, right, but she went by Jordie?
9      A.    Right.
10     Q.    So Officer Webley is saying that on
11  May 19, 2010, at approximately 1300 hours
12  (reading):  "Officer McNeely and I spoke with
13  Hjordis Lindegren at the Coquille Public Library."
14         She never mentioned anything to you
15  about that?
16     A.    No.
17     Q.    Okay.  If you go on to the next page,
18  she's talking about you being at her house on the
19  night of Leah's disappearance.  And that first
20  full paragraph there she says she's an avid fan of
21  the television show --
22     A.    Yeah.
23     Q.    -- that you and she always watched the
24  show together on Wednesday nights and enjoyed
25  looking forward to the time together each week.

Exhibit 5081 at 194

195

1    And then says -- he says, "Hjordis added that John

2    always brought his dog with him on those nights."

3         A.    Yeah.   Well, the dog lived up there.

4         Q.    Yeah.   I think you said earlier that

5    the dog had been living there for several years at

6    that point?

7         A.    Yes.

8         Q.    Okay.   So --

9         A.    I did not bring my dog up there.   At

10   that time I did not have a dog.

11        Q.    Okay.

12        A.    The only dog I had she confiscated.

13        Q.    Okay.   And Jordie passed in 2012?

14        A.    Yes.

15        Q.    Okay.   Do you recall her having any --

16   like any memory problems or comprehension problems

17   around 2010 or at any time before she passed?

18        A.    She wasn't in good health.   She had

19   sleep apnea.   That's what the doctor believes took

20   her life.   That caused a -- either a heart attack.

21   She had had one previous heart attack, the doctor

22   said, but he couldn't tell why or when.   It had

23   been previous that she didn't know of.

24        Q.    Okay.   Any time before she passed in

25   2012, for the two or three years before that do

Exhibit 5081 at 195

Conf'l - Lindegren

1   you recall her having any memory problems, any

2   kind of dementia, any fogginess?

3           A.    I can't say one way or another.

4           Q.    Okay.

5           A.    I don't know.  I talked to her.  She

6   didn't appear to with me, but I had heard a few

7   other people mention maybe.

8           Q.    Okay.  On the next paragraph there she

9   says, "On the night of June 28, 2000, she recalled

10          John leaving after the show ended

11          at 2100 hours to take his dog for

12          a walk.  Jordie said he might have

13          left just before the end because she

14          thought she remembered him being

15          upset about who was voted off."

16          A.    No.  No.

17          Q.    That's not accurate?

18          A.    I was upset because I had to watch it

19   with her.

20          Q.    Okay.  Then she says, "Hjordis said

21          that John returned about half an

22          hour later and commented on the

23          uncontrollable juveniles next door."

24                Do you remember anything about that?

25          A.    No.  No.  Don't know anything about

Exhibit 5081 at 196

1    that.

2         Q.    Do you recall --

3         A.    And I see something else here that's

4    weird.  (Reading):  "John told her that he stopped

5    and talked with Dez Couch, another neighbor."

6         Q.    Right.

7         A.    No.

8         Q.    That didn't happen?

9         A.    No.

10        Q.    Then she says, let's see, one, two,

11   three, four, I guess the fourth full paragraph it

12   says, "Hjordis said at a later time the neighbor

13   Dez Couch," do you see where I'm at?  I'll go

14   ahead and read it.  Why don't you read silently

15   with me; okay?

16        A.    Yes.

17        Q.    He reports, "Hjordis said at a later

18             time the neighbor, Dez Couch, told

19             her that Leah was fighting with people

20             in the Mitchell household that night.

21             Hjordis said that Dez was often outside

22             working in the yard of the home where

23             he lived with his wife, Barbara Couch.

24             Hjordis also mentioned their daughter,

25             Brenda Perry, who lived across the

Exhibit 5081 at 197

Conf'l - Lindegren

198

```
 1          street."
 2                  Do you remember Dez Couch being out
 3   there that night?
 4          A.    No.  He wasn't.
 5          Q.    He wasn't?
 6          A.    No.
 7          Q.    How about Barbara Couch or
 8   Brenda Perry?
 9          A.    I know Brenda.  Brenda was married to
10   Jeff Osberg.  That was her name.
11          Q.    Oh, okay.
12          A.    Yeah.
13          Q.    Do you recall her being out there that
14   night?
15          A.    No.
16          Q.    Did you see anybody out there?
17          A.    No.
18          Q.    Okay.  Then he also says there in the
19   next paragraph, the last sentence in the next
20   paragraph (reading):  "Hjordis said that the day
21          after Leah went missing, the police
22          came into the library and mentioned
23          Brent Bartley since they heard he
24          had seen Leah the night before."
25                  Do you know who Brent Bartley is?
```

Exhibit 5081 at 198

1      A.    I don't know him, but I know who he
2  is, just like -- yeah.
3      Q.    Would you be able to pick him out of a
4  crowd?
5      A.    Probably not.
6      Q.    Okay.  And so it sounds like Hjordis
7  learned about Leah's disappearance the day after?
8      A.    Yeah, I'm sure.
9      Q.    Would she have told you about it that
10  soon?
11      A.    I don't think I saw her the next day.
12  I think it was a couple days until I went into the
13  library.
14      Q.    Okay.  That's it for that one.  You
15  can hand that to the court reporter.
16          So one of the other things that was
17  produced to us in discovery was an email between
18  Mark Dannels and Paul Frasier on Wednesday,
19  May 19, 2010.  And in there Dannels says to
20  Frasier (reading):  "By the way, we spoke to
21          Big John yesterday, and he advised
22          and showed us that he went to his
23          sister's residence on Elm, less than
24          a block from Cheri Mitchell's residence,
25          and watched Survivor until 9 p.m. on

Exhibit 5081 at 199

John G. Lindegren

200

```
1          June 28, 2000.  He left minutes later
2          and saw Nick McGuffin and Leah together
3          on Elm Street.  He knows both of them."
4              And then he said (reading):  "In the
5          original report, he thought the
6          Mitchell house was Leah's house.  And
7          after showing us exactly where he
8          was talking about, he was confused
9          between Leah and Mitchell."
10     A.    Who was?
11     Q.    You were.
12     A.    Me?
13     Q.    Yeah.
14     A.    No.
15     Q.    And I understand from talking to you
16   earlier, that you don't know Cheri Mitchell and
17   wouldn't be able to pick her out of crowd?
18     A.    No.
19     Q.    But did you ever express to anybody in
20   law enforcement that you were confused between
21   Leah Freeman and somebody named Mitchell?
22     A.    No.  All I know is what I told them.
23   I said I'm reasonably positive that Leah was
24   there.  Mr. McGuffin, I believe it was him, but I
25   couldn't say 100 percent or even 50 percent.  I
```

Exhibit 5081 at 200

1    never really knew him or met him much.  I knew who

2    he was, and that's who it appeared to me.

3         Q.    Okay.  Back in June of 2000, did you

4    think that Leah Freeman lived in that house?

5         A.    I don't know where Leah lived.  I had

6    no idea.

7         Q.    Had you seen her at that house before?

8         A.    No.

9         Q.    Had you seen any young women at that

10    house?

11         A.    Yes.

12         Q.    What did the young women who you had

13    seen there before look like?

14         A.    Just young teenage girls.

15         Q.    Okay.

16         A.    I don't know what their names were or

17    anything.  I knew there was a woman living back

18    there who was a nurse --

19         Q.    Okay.

20         A.    -- and I had talked to her a little

21    bit.  She was my age probably.  I don't know -- I

22    knew that she lived back there.

23         Q.    Do you recall her name at all?

24         A.    I don't.

25         Q.    Do you know if she had any kids?

Exhibit 5081 at 201

1        A.    She did.

2        Q.    How many kids did she have?

3        A.    I don't know.

4        Q.    Did you ever meet any of her kids?

5        A.    No.  I probably seen them up and down

6   walking or something.

7        Q.    Would you have been able to pick them

8   out of a crowd?

9        A.    No.

10       Q.    Okay.

11       A.    I'd like to see the transcripts where

12   I was at the grand jury.

13       Q.    Okay.  Let's take a look at those.

14   We'll go ahead and --

15       A.    Because I don't remember even

16   testifying at a grand jury.

17       Q.    I don't think I need to mark those as

18   exhibits, but I can have you take a look at it.

19       A.    Now, what is this?

20       Q.    I'll represent to you that this is the

21   transcript of your testimony at the grand jury in

22   Coos County in 2010.

23       A.    Okay.

24       Q.    You've said you don't remember

25   anything about that?

Exhibit 5081 at 202

1      A.    I don't ever remember testifying at

2    it.

3      Q.    Okay.

4      A.    I only remember testifying one time.

5      Q.    Okay.  Do you see on the first page

6    there where it says, "Testimony of John Lindegren"

7    in bold letters and it's underlined?

8      A.    I do see that.

9      Q.    And then down there towards the bottom

10   at line 22 -- line 20 you're asked to state your

11   name, and at line 22 it says, "John James

12   Lindegren, 115 in Myrtle Point.  It's -- It's on

13   the Ash over there in Myrtle Point."

14     A.    Yeah.

15     Q.    And you say that you lived there two

16   and a half years?

17     A.    Yeah.

18     Q.    If you go to page 89, line 1,

19   Mr. Frasier asks you (reading):  "And was that the

20   night Rudy got voted off?"  And your answer was,

21   "I think it was."

22     A.    Yes.

23     Q.    Which is what you told us today;

24   right?

25     A.    Yes.

Exhibit 5081 at 203

Conf v. Lindegren

204

```
1          Q.    And he says, "Kind of upsetting that
2     Rudy got voted off," and you said you didn't
3     really care.  Sound about right?
4          A.    Yep.  And it also says on number A, I
5     says, "I didn't care.  My sister really was into
6     it, but I wasn't into it."
7          Q.    Right.
8          A.    Yeah.  And I wasn't.
9          Q.    Then at line 11 -- line 9 he asks you
10    (reading):  "Now, after the show got over, did you
11    go for a walk or walk out from your sister's
12    house?"  And you say, "Yeah.  I was walking to
13         my -- my residence.  I had been up
14         there.  She was taking care of my
15         big Chow dog I had up there, so I went
16         up and checked up on it.  And I was
17         up there for a couple of hours."
18              Do you recall how many hours you were
19    there before Survivor started?
20         A.    No idea.  And then I was up there for
21    a couple of hours, and then I watched that TV
22    program, after which I said goodbyes and I took
23    off.
24         Q.    Right.
25         A.    Yeah.
```

Exhibit 5081 at 204

John U. Lindegren

205

1    Q.    So then down at line 21, Mr. Frasier
2    asks you (reading):  "So it's after 9:00 when
3    you're out there walking towards your house?"  And
4    you say, "Yeah."
5         A.    Uh-huh.
6         Q.    And then at line 24 he says, "As
7              you're walking, do you -- well, did
8              you -- well, did you see a
9              person later identified to
10             you as Nick McGuffin?"  And you
11             said, "Yes."
12                   Who was it that later identified the
13    person to you as Nick McGuffin?
14        A.    This is all new to me.  I don't know.
15    I can't remember.
16        Q.    Okay.
17        A.    I don't know.  I don't know about
18    this.  I remember about the testimony at the
19    trial, but I don't remember ever -- this.
20        Q.    Okay.  Then line 5 he says, "Could you
21             tell us where -- where they were
22             when you saw them?"  And you say,
23             "Well, I walked around down the alley
24             where my sister is, and I made the
25             right-hand turn, and I walked down

Exhibit 5081 at 205

Conn v. Lindegren

1    that -- that -- the road going to

2    4th, and I saw them to my left.  They

3    were probably, I don't know, 6 feet

4    from me, maybe 8 feet from me, and

5    I said, you know, hello, and continued

6    up the road, and went down to McKay's

7    and then on home."

8    A.    Yeah.

9    Q.    Now, were you saying there you

10   actually went to McKay's or you just went past

11   McKay's?

12   A.    I can't remember if I stopped at

13   McKay's or not.  If it says here I did, I guess I

14   did.  Maybe I had some groceries to pick up.  I

15   can't remember.

16   Q.    Okay.  So then at line 16 there --

17   line 14 he says, "Were they by any particular

18   vehicle or anything like that?"  And

19   you say, "There was a pickup parked.

20   Like, for instance, there's a place

21   here, and then there's a place back

22   behind it, and then there's a little

23   alleyway, I don't know, you know,

24   18 feet wide or so.  Then there's a

25   place here, and there was a pickup

Exhibit 5081 at 206

```
1          parked here."

2                 And apparently you were demonstrating

3     something to the captain there.

4          A.    Uh-huh.

5          Q.    You say, "When I was walking down, I

6          walked beside the pickup, and they

7          were over here on the grass, and

8          I just said, Hello, guys."

9                 Do you remember them standing in the

10    yard somewhere?

11         A.    No.  I only remember them out there in

12    that gravel driveway.

13         Q.    And you said you don't remember the

14    grand jury, but --

15         A.    I don't at all.

16         Q.    -- do you remember talking to anybody

17    before going to the grand jury?

18         A.    I don't.

19         Q.    Do you remember who asked you to come

20    to the grand jury?

21         A.    I don't.

22         Q.    Do you remember if McNeely talked to

23    you before --

24         A.    I just remember the trial.

25         Q.    Okay.
```

Exhibit 5081 at 207

John V. Lindegren

208

```
1            A.     That's all I remember.
2            Q.     Okay.  If you go to the next page,
3    page 91 at line 3, Frasier asks you (reading):
4            "Within a day or two you became aware that
5            this girl that you saw there,
6            Leah Freeman, was missing," and you
7            say, "Yeah.  Yeah."
8            A.     Uh-huh.
9            Q.     And so that would have been when
10   Jordie told you?
11           A.     Yes.  I'm sure she told me a day or
12   two or three after.
13           Q.     Okay.
14           A.     Yeah.
15           Q.     And then on line 6 it says, "And did
16           you go to the police and talk to
17           the officer named Randy Ulmer and
18           tell him what you saw?"  And you
19           say, "Yeah.  And also I believe it
20           was two FBI officers also."
21                  Does that refresh your recollection?
22           A.     I don't remember -- I remember talking
23   to Randy Ulmer one time, and then I remember
24   talking to the other officer who took my
25   interview, and I can't remember about two FBI
```

Exhibit 5081 at 208

1    officers.  I do remember with the Gabriel Morris I

2    had an FBI officer.

3         Q.    Okay.  When you talked to Randy Ulmer,

4    did you go to him or did he come to you?

5         A.    I can't picture me going to go talk to

6    him.  He had to come talk to me.

7         Q.    But you don't remember where you were

8    when you talked to him?

9         A.    I have no idea, sir.

10        Q.    Then after you mentioned the FBI

11   officers, he says, "Okay."  And you say, "And I

12        told them, and they said, Well,

13        thank you very much.  We'll be

14        talking to you.  And that was about

15        ten years ago."

16             So if I understand correctly what

17   you're telling the grand jury there is that you

18   hadn't talked to anybody in the ten years between

19   when Randy Ulmer talked to you and you're at the

20   grand jury?

21        A.    Evidently.  Yeah, I had very little

22   contact with any cops of any kind, very little.

23   They never showed me pictures of the people, never

24   did a lineup.  I thought it was odd.

25        Q.    Okay.

Exhibit 5081 at 209

1      A.    I thought they would do a lineup so I

2  could prove I knew what I was talking about, and

3  never did anything like that.  Never did -- didn't

4  talk to me hardly much.

5      Q.    Did you ask them about that at all?

6      A.    No.  I just figured they know more

7  about cop work than I do.  But I'd have done it a

8  lot different.

9      Q.    Okay.  Okay.  Then he goes on, and he

10 says in line 14, "Now, earlier this year, the

11         police came back to you and talked

12         with you about that?"  And you say,

13         "Absolutely."

14              Line 17 it says -- do you see where

15 I'm at?

16     A.    I see it now.

17     Q.    I'm at line 17 now.  (Reading):  "And

18         did they ask you to go with them

19         and point out where you were?"

20         "Answer:  Yes."

21     A.    Yeah, I see that.

22     Q.    Line 20.  (Reading):  "And did you do

23         that, sir?"  And you say, "Yes, sir,

24         I did."  "And you showed them exactly

25         where this all occurred?"  And you

Exhibit 5081 at 210

1        say, "Absolutely."

2        A.     "Absolutely."  I see that.

3        Q.     Now, line 25 he says, "I'm going to

4        have one of those officers come

5        and tell the grand jury exactly

6        where that was at and so forth."

7               Did anybody ever explain to you -- did

8     Frasier ever explain to you why he didn't want you

9     to explain to the grand jury where they were at?

10        A.     No.  I can't even remember testifying

11     there.

12        Q.     Okay.  Do you remember him putting any

13     photos in front of you at the grand jury or

14     anything?

15        A.     No.

16        Q.     And nobody ever --

17        A.     This is the first time I saw any

18     photos.

19        Q.     Okay.  And nobody ever explained to

20     you why he wanted to have the officers explain

21     what you pointed out rather than have you explain

22     what you were pointing out?

23        A.     Again, I did not have hardly any

24     contact with them for, like, years and years and

25     years --

Exhibit 5081 at 211

John G. Lindegren

212

```
1          Q.    Okay.

2          A.    -- you know.

3          Q.    Then if you go down to line 20, one of

4    the grand jurors asks you a question.

5    Apparently --

6          A.    Number 20?

7          Q.    Yeah.  Apparently it's a female

8    because your answer was, "No, ma'am."  But she

9    says, "Do you know what color the pickup was?"

10         And you said, "No, ma'am.  See, I

11         had not known -- you know, if I

12         had known something was up, I

13         would have took, you know, mental

14         notes, but I was just heading home."

15         A.    Uh-huh.  I do believe it was brown

16   now, but I could not -- I could not even state

17   100 percent.

18         Q.    So you believe it's brown now, after

19   reading the police reports we discussed today?

20         A.    Yeah.

21         Q.    Okay.  But back when you were

22   testifying in front of the grand jury, you didn't

23   know what color it was?

24         A.    Yeah.  And I probably didn't -- to be

25   honest, because it was so -- so immaterial to me,
```

Exhibit 5081 at 212

John G. Lindegren

213

```
1    I just walked around it and went on my way,
2    minding my own business.
3         Q.    Okay.  Then next page, page 93, you
4    say, "I don't know," and the grand jury says --
5    this is right at the top, line 1 and line 2.  The
6    grand jury says --
7         A.    Understand, yeah.
8         Q.    Then line 3 you say, "I don't even
9         know.  You know, it's a pickup, but
10        I don't know if it was a Chevy or
11        Dodge or even what color it was.  I
12        just -- I just walked around it."
13        A.    Yep.  Mind my own business.  I didn't
14   know anything happened and I was supposed to watch
15   something.
16        Q.    Right.  And then the grand jury says,
17        "Do you know if it was a small
18        one or did it seem like full-size?"
19        And you said, "Yeah, it was a
20        full-sized pickup."
21        A.    It was.
22        Q.    It was, okay.
23             And then at line 21 another grand
24   juror asks you a question (reading):  "Were they
25        talking or saying anything or --"
```

Exhibit 5081 at 213

1          and you say, "Yeah.  Yeah.  No.

2          they weren't."  The grand juror

3          says, "Just talking?"  And you

4          say, "I didn't see any arguing

5          or anything.  There were other people

6          down the driveway at that little

7          house, but I never paid attention

8          to anybody there."

9                What other people were you telling the

10   grand jury about that --

11        A.    I don't remember seeing anybody down

12   there.

13        Q.    Just the two people?

14        A.    Yeah.

15        Q.    Okay.  That was your grand jury

16   testimony apparently.

17        A.    Yeah.  I don't remember, but they got

18   a transcript from it, so I guess I had to be

19   there.

20        Q.    I wasn't there, so I don't know and I

21   can't confirm or affirm for sure --

22        A.    I only remember testifying in a

23   courtroom one time.

24        Q.    Well, one time on the McGuffin case?

25        A.    Yeah.  On this case we're talking

Exhibit 5081 at 214

```
 1    about.

 2         Q.    Okay.

 3         A.    I only remember testifying one time.

 4               MR. LAUERSDORF:  Why don't we take a

 5    short break.  I think I'm just about finished.

 6    BY MR. LAUERSDORF:

 7         Q.    Oh, wait.  I want to ask you one other

 8    thing here for sure before I take a break, and

 9    that is, did you ever see the ABC 20/20 episode

10    that was shot in Coquille that was about the

11    Leah Freeman case?

12         A.    No.

13         Q.    Do you know if your sister ever saw

14    it?

15         A.    I'm sure.

16         Q.    Did she ever talk to you about it?

17         A.    No.  I got into it with them -- with

18    ABC.

19         Q.    Oh, why is that?

20         A.    I was -- I got up, went to work.  I

21    stopped at Reaves' -- Chief Reaves' coffee shop

22    that his wife run, and ABC come up.  I guess they

23    were trying to talk to Mr. Reaves.

24         Q.    Okay.

25         A.    And he didn't want anything to do with
```

Exhibit 5081 at 215

1    them.  They'd come up with a microphone and he'd
2    take off or whatever.
3          Q.    Okay.
4          A.    Well, I come walking out -- I guess
5    they'd been after Mr. Reaves for an interview or
6    something for a couple of days, and he'd give them
7    the rush.  I come walking out, and this guy come
8    running up to me with a camera, and I had no idea,
9    and I said, I don't even know who you are, and I
10   turned and he grabbed me by the arm.
11         Q.    Like physically put hands on you?
12         A.    Yeah.  So I turned around and I
13   wrist-locked him and pushed him out of the way
14   there, and I said, Don't touch me.  And he said,
15   Well, we'd like to interview you, this and that
16   and the other thing.  And I said, I'm not
17   interested in talking about anybody.
18         Q.    Did they know who you were?
19         A.    Yeah.  They found out somehow.
20   Somebody inside the coffee shop told them who I
21   was or something.
22         Q.    Did they call you by name?
23         A.    Yeah.
24         Q.    What did they say they wanted to talk
25   to you about?

Exhibit 5081 at 216

1      A.    They wanted to interview me.

2      Q.    Did they say about what?

3      A.    About the murder.

4      Q.    Oh.

5      A.    And I said, I don't want to talk to

6  you.

7      Q.    Any idea who gave them your name?

8      A.    No idea.

9      Q.    Any idea how they knew you were even

10  involved?

11      A.    No idea.

12      Q.    Okay.

13      A.    But I locked -- I locked his wrist and

14  pushed him off of me, and I said, Don't lay hands

15  on me again.  And there was a guy with a

16  microphone and a dude with a camera.

17           And then they went after -- as they

18  were trying to get to me, Reaves burned off in the

19  pickup.

20      Q.    I remember a little bit of that from

21  the episode.  So you never had a chance to watch

22  the episode?

23      A.    No, I never did.  At that time I was

24  so pissed off about the world that I didn't want

25  nothing to do with nothing anymore.  Enough is

Exhibit 5081 at 217

1    enough.

2          Q.    And that was in 2010?

3          A.    Yeah.

4          Q.    Okay.

5          A.    Enough is enough.

6          Q.    Any particular reason you were pissed

7    off at the world?

8          A.    Just -- just get it over with, boys,

9    you know.

10         Q.    The Freeman thing or just the world in

11   general?

12         A.    Yeah, the world.

13               Then, you know, I just didn't want

14   anything to do with it at that time.  It went on

15   for ten years, and that's enough.

16         Q.    Okay.

17               MR. LAUERSDORF:  So I want to take a

18   short break to look over my notes and make sure

19   I've covered what I need to cover.

20               THE WITNESS:  Sure.

21               MR. LAUERSDORF:  And then I'll be

22   done.  But I think the other attorneys that are on

23   the phone may want to ask you some questions;

24   okay?

25               THE WITNESS:  That's fine.

Exhibit 5081 at 218

1          MR. LAUERSDORF:  So let me meet with
2    my co-counsel here for a second and --
3          THE WITNESS:  Do you want me to leave?
4          MR. LAUERSDORF:  No.  No.  That's
5    okay.  But if you want to go out and get some
6    fresh air, you're welcome to.
7          THE WITNESS:  No need to.
8          MR. LAUERSDORF:  We'll go off the
9    record for a minute.
10         (Recess:  3:02 p.m. to 3:04 p.m.)
11         MR. LAUERSDORF:  Mr. Lindegren, I've
12   gone over my notes, and I don't have anything to
13   ask you right now.
14         THE WITNESS:  How about you, Ma'am, do
15   you have anything?
16         MS. PURACAL:  I do not, Mr. Lindegren,
17   but thank you for asking.
18         MR. LAUERSDORF:  Okay.  So folks on
19   the phone, if you have questions now is the time.
20
21                   EXAMINATION
22   BY MR. FRANZ:
23        Q.    So when you testified at the jury
24   trial, the criminal jury trial, did you testify
25   truthfully?

Exhibit 5081 at 219

Conn v. Lindegren

220

```
1           A.    I believe so.
2           Q.    And when you testified at the grand
3    jury, did you testify truthfully?
4           A.    I believe so.  I can't remember much
5    of it until I read it.
6           Q.    Yeah.  You don't remember much, but
7    you're not -- let me do it this way.  Do you still
8    have the transcript in front of you of the grand
9    jury?
10          A.    I don't.  I got it now, sir.
11          Q.    Okay.  Go to page 90.
12          A.    Okay.
13          Q.    And do you see line 10?
14          A.    Yeah.  I see line 10 and 11.
15          Q.    So do you see on line 9 where it says,
16   "And I saw them"?
17          A.    (Reading):  "And I saw them to my
18          left.  They were probably, I don't
19          know, 6 feet from me, maybe 8 feet
20          from me."
21          Q.    Okay.  Why did you tell the grand jury
22   that?
23          A.    I have no idea.  I believed it was
24   more like 15 to 20 feet.
25          Q.    Then why did you tell the grand jury
```

Exhibit 5081 at 220

```
 1   it was 6 feet, maybe 8 feet?
 2         A.    I don't know, sir.
 3         Q.    Did you know the grand jury was going
 4   to rely upon your testimony?
 5         A.    Yeah, probably.
 6         Q.    Okay.  Now --
 7         A.    I don't even remember -- oh, okay.
 8               MR. FRANZ:  So for the purpose of the
 9   other attorneys, I've got the jury trial
10   transcript of the witness.  And I'm at D4,
11   page 135.  I'm going to read a couple of lines,
12   and you probably don't have to dig it out.
13   BY MR. FRANZ:
14         Q.    Mr. Lindegren, I'm going to read parts
15   of your testimony in front of the jury.  So the
16   photographs, the pictures you're talking about are
17   the ones you just looked at?
18         A.    Okay.
19         Q.    Here's what was said, "Question:  Do
20               these pictures accurately portray
21               what you saw?"  Your answer.  "Yes."
22               "Question:  Now, there's some orange
23               cones in there.  What do they represent?"
24               "Answer:  That's where I saw these
25               people."
```

Exhibit 5081 at 221

John G. Lindegren

222

1       Do you remember that testimony?

2       A.    I do not remember that testimony, but

3   that must be what I said, because it's in the

4   transcript.  But I don't remember it as such.

5       Q.    All right.  So in the pictures it

6   shows --

7             MR. FRANZ:  Could the witness be shown

8   pictures again of the exhibit -- Exhibit 4.

9             THE WITNESS:  Okay.  I have it in my

10  hand now.

11  BY MR. FRANZ:

12      Q.    So the cones -- you told the grand

13  jury the cones are where the people were standing;

14  right?

15            MR. LAUERSDORF:  Objection; that

16  misstates his testimony.  You're in the trial

17  transcript, I think.

18      A.    Do you want me to answer you?

19  BY MR. FRANZ:

20      Q.    Yes, I do.

21      A.    Okay.  From Exhibit No. 4, the top

22  picture of me and the officer, and there's two

23  cones, those two cones there is where I remember

24  the pickup being.

25            I remember the people being up --

Exhibit 5081 at 222

Conf. v. Lindegren

223

```
 1   farther up the driveway to the right there before
 2   you get to the cones.  That's all I can tell you,
 3   sir.  That's what I remember.
 4        Q.   Were the people 4 to 6 feet from you?
 5        A.   No.  They were between the windows and
 6   the end of the house, up that driveway.
 7        Q.   Would your memory be better in 2010 or
 8   today?
 9             MR. LAUERSDORF:  Objection.
10        A.   I couldn't answer that question.
11   BY MR. FRANZ:
12        Q.   Now, so if I wanted to come and see
13   you, where do you physically reside?  How does
14   somebody get to your house?
15        A.   Well, they need to contact me and I'll
16   meet you in town.  You need to contact me by my
17   name, general delivery, Myrtle Point, Oregon.
18        Q.   Do you have a phone number?
19        A.   Yes, sir, I do.
20        Q.   Do you mind giving that to me?
21        A.   (541)260-0021.
22        Q.   Did you talk to the attorneys last
23   night?
24        A.   I did.
25        Q.   What attorneys did you talk to?
```

Exhibit 5081 at 223

Gunn v. Lindegren

1    A.    The gentleman that is in here with me

2    now.

3    Q.    So Andrew.  We'll just use the first

4    name to make it easy.  Was anybody else with

5    Andrew?

6    A.    No.  He was alone.

7    Q.    And where did you meet with him?

8    A.    The restaurant called the Kozy Kitchen

9    in Myrtle Point, Oregon.

10   Q.    Is that the one on the right-hand side

11   if you're heading for Coquille?

12   A.    Yeah.

13   Q.    And did you have anything to eat or

14   drink with him?

15   A.    Yes, I did.

16   Q.    What did you have?

17   A.    I had a cheeseburger and a cup of

18   coffee.

19   Q.    Did he pay for it?

20   A.    Yes, he did.

21   Q.    Then you should have gotten two

22   cheeseburgers.

23   A.    Well, I was thinking about that, but I

24   didn't know how hard I could push him.

25   Q.    Okay.  Tell us what you talked about

Exhibit 5081 at 224

Cornr u. Lindegren

1    with Andrew last night.  Did you tell Andrew that

2    you saw Leah and Nick on June 28th on North

3    Elm Street?

4         A.    Well, my recollection of last night,

5    we didn't really talk much about the case.  He

6    explained to me what a deposition was and how it

7    was done and how many hours it would take and how

8    to -- you know, not to -- to understand it might

9    take four to six hours in the deposition, and that

10   there would be several other attorneys on a

11   laptop.  And he told me about the different things

12   about a deposition, and pretty much that's about

13   what we talked about.

14        Q.    Did you tell him last night that you

15   saw Leah and Nick on June 28th?

16        A.    Yeah, I believe that was talked about.

17   And he said that, My stance about it is, is I

18   think you are mis -- what's the word for it?  That

19   you're wrong.

20        Q.    Right.  So did that bother you that an

21   attorney is telling you that your testimony was

22   wrong?

23        A.    He can say anything he wants to, you

24   can say anything you want to.  You have a job to

25   do, this gentleman has a job to do, and these

Exhibit 5081 at 225

Conf'l - Lindegren

226

1  people have a job to do.  It doesn't matter what

2  anybody tells me.  You guys are way above my pay

3  grade.

4      Q.    So did he tell you how he knows you're

5  wrong?

6      A.    No.  No, he didn't.

7      Q.    Would your testimony be different if

8  he had told you you were right?

9      A.    No.  This is -- this is what I

10  remember, sir.  I am a Christian.  I don't believe

11  in telling you a bullshit story.  I won't piss

12  down your back and tell you that it is raining.

13      Q.    Did Andrew give you any information as

14  to why you're wrong?

15      A.    No.  He just said that his stand was

16  that I had made a mistake.

17      Q.    Were you under oath when you testified

18  at the jury trial?

19      A.    Yeah, I must have been.

20      Q.    Does it bother you that Andrew told

21  you that you were not telling the truth under

22  oath?

23      A.    Well, he can tell me anything he wants

24  to.  You know, he's got a job to do such as -- and

25  you do too.  I understand that I'm under oath

Exhibit 5081 at 226

Conf'l - Lindegren

227

```
 1    right now, but I also understand that you guys
 2    aren't.
 3         Q.    Did he say that you were wrong about
 4    anything else?
 5         A.    No.  But he -- not that I know of.  We
 6    didn't really talk about it a whole bunch.  We
 7    didn't hang out there like -- as best buds for
 8    hours.  We hung out there about 45 minutes, and
 9    that's with ordering the food and eating it and
10    leaving.
11         Q.    Since he told you you were wrong, did
12    he tell you you were wrong about seeing two people
13    or you were wrong about who they were?
14              MR. LAUERSDORF:  I'm going to object
15    that that misstates his testimony.
16         A.    Do I answer that or not?
17              MR. LAUERSDORF:  Yes.  Go ahead.
18              THE WITNESS:  I answer it?
19    BY MR. FRANZ:
20         Q.    Yes.
21         A.    He thought that I had misidentified
22    the people.
23         Q.    And who did he say the people were?
24         A.    He did not tell me.
25         Q.    Weren't you curious to know --
```

Exhibit 5081 at 227

John G. Lindegren

228

1      A.    I figured that I'd find out.

2      Q.    Have you found out yet?

3      A.    No, because he hasn't mentioned it.  I

4   don't know what his angle is.  I don't know what

5   your angle is.  I don't know what -- anybody's

6   angle.  I know you got a job to do, and I know

7   that this gentleman does also.  And, you know, his

8   job is to discredit me if he can, and that's his

9   job.  I don't think he dislikes me.  I just think

10  he's got to do his job, just like you got to do

11  your job.

12     Q.    Well, have I ever told you you're

13  wrong?

14     A.    Not yet, but I'm waiting.

15     Q.    Do you know if your conversation with

16  Andrew was recorded?

17     A.    I don't know if it was recorded or

18  not.  Nobody told me anything about recording

19  anything.

20     Q.    Did Andrew show you any documents last

21  night?

22     A.    No, he did not.

23     Q.    He did not show you the transcript of

24  your grand jury testimony?

25     A.    No, he did not.

Exhibit 5081 at 228

Conf. v. Lindegren

1      Q.     Would you like to have seen that

2   before you testified today?

3      A.     Would I have liked to see it before I

4   testified?  No.  It doesn't matter.  You ask me

5   the questions now, and I will answer them to the

6   best of my ability.

7             I can't even remember testifying at

8   the grand jury.  I do remember testifying at the

9   trial.

10     Q.     Do you think that transcript is a fake

11  of your grand jury testimony, or do you think that

12  you just don't --

13     A.     Well, I don't think they're fake.

14  That would be kind of hard to believe, wouldn't

15  it?  I guess there's a possibility, like a 1 in

16  100 million, but I believe that I did go there,

17  but I just don't remember it.

18             MR. FRANZ:  Okay.  That's all the

19  questions I have.  Thanks a lot.

20             THE WITNESS:  Thank you, sir.

21             MR. DAVIS:  This is Jesse Davis.  Are

22  you able to hear me, Mr. Lindegren?

23             THE WITNESS:  I am, sir.

24             MR. DAVIS:  My voice may break a

25  little bit.  I've got a little bit of the cold and

Exhibit 5081 at 229

1   flu that's been going around, so I apologize for

2   that.  I'll try to talk slowly so that we don't

3   have any trouble with the transcript, and I'll ask

4   you to do the same.

5

6                        EXAMINATION

7   BY MR. DAVIS:

8        Q.    Going back to your conversation with

9   Andrew Lauersdorf, what else did you guys talk

10  about during your conversation?

11       A.    He liked to come down here because he

12  liked to take his pickup out in the mud and

13  squirrel around a little bit, he told me that he

14  had a case down here with the old World War II

15  hangar at the airport here, and we might have

16  talked a little about trapping from my side, and

17  that's about all I recall, sir.

18       Q.    All right.  Thank you.

19             Returning to your transcript that

20  you've been shown today, is it accurate to say

21  that it looks like from your grand jury transcript

22  and from what you were told about your testimony

23  at the criminal trial that you've said different

24  things today than what you've said during those

25  occasions where you've testified?  Does that

Exhibit 5081 at 230

John G. Lindegren

231

```
 1   question make sense?
 2        A.    From what I've read here in these
 3   transcripts and what I remember that you guys have
 4   talked to, yeah.  I told you what I remember when
 5   I was being interviewed earlier, and that's all I
 6   can -- that's all I can go by, sir, is what I
 7   remember.
 8        Q.    Understood.
 9              So it looks like there's been, you
10   know, at least three occasions where you've
11   testified under oath about what you saw; right?
12        A.    I believe you're right.
13        Q.    And they may not be perfectly
14   consistent with each other; right?
15        A.    I agree.
16        Q.    Is it the case that in each instance
17   you testified truthfully as best you remembered it
18   at that time?
19        A.    Yeah.
20        Q.    And that's true for today as well?
21        A.    Yes.  I'm not a bullshitter.
22        Q.    Right.  And it sounds like you
23   understand or believe that you're not a
24   bullshitter, but that still your memory might be
25   different at one different time than another, and
```

Exhibit 5081 at 231

Conti v. Lindegren

232

1    that's why the times when you've testified might

2    not be consistent with each other?

3          A.    Correct.   That's the only answer I

4    got.  It's been 22 years ago.

5          Q.    Understood.

6                And did you ever get the sense in

7    talking with any law enforcement officer that that

8    law enforcement officer was attempting to

9    influence or manipulate you in what you were going

10   to say or testify?

11         A.    I have no idea.  They asked me

12   questions.  I don't know the game.  Could I have

13   been led?  I probably could have, because I'm just

14   an old hillbilly.  I ain't none all that brilliant

15   when it comes to law work.  Could I have been led?

16   Yeah, probably.  But did anybody outwardly try

17   anything with me?  No.  They would never try that.

18   Anybody try to talk me into testifying some way, I

19   would never have done it, and I would whip their

20   ass.

21         Q.    Mr. Lindegren, you broke up when you

22   spoke, but that's okay as long as the court

23   reporter was able to get your testimony --

24         A.    Yeah, she's nodding her head.

25                I will repeat it, if you wish?

ccreporting.com

Exhibit 5081 at 232

Conf'l - Lindegren

233

```
1          Q.    That would be fine.
2          A.    Okay.  Yeah.  Could I have been led,
3    yeah, probably.  I'm just a darn hillbilly, you
4    know.  I ain't no law enforcement guru or no
5    attorney guru.  You know, you guys are way above
6    my pay grade.  But did anybody just come out and
7    say, This is what we want you to say or do or
8    anything?  No, they would never say that to me.
9    If they did, I'd whip their ass, I said.
10         Q.    Thanks, Mr. Lindegren.  It sounds like
11   it's the case that if someone asked you questions,
12   you answer those questions truthfully and then you
13   moved on.  Is that true?
14         A.    That's correct.
15         Q.    Before last night when you met with
16   Andrew Lauersdorf, had you had any contact with
17   anybody on what I would describe as Mr. McGuffin's
18   legal team, meaning, Mr. Lauersdorf or Ms. Puracal
19   who's there with you?  Did you have any
20   conversations or contact with anybody else from
21   their team?
22         A.    Yeah, I did.  I don't know -- a woman
23   kept sending me text messages and stuff.  Ramirez
24   maybe.  And she was trying to set up a meeting.
25   And then I contacted his law office several times
```

Exhibit 5081 at 233

Conrad Lindegren

234

```
 1    through her and the number and nobody ever got
 2    back to me, but I don't know if the attorney here
 3    ever got my message or not.  That's the only
 4    contact.
 5              This was going to happen at the Mill
 6    Casino months ago, and then it was -- she
 7    contacted me with a text message and said it was
 8    canceled.  That's the only contact I've had with
 9    any law office.
10         Q.   Okay.  Thank you.
11              And that person named Ramirez, that
12    was a woman, you said?
13         A.   Uh-huh.  Yeah.  Achez (phonetic) or
14    something.  That was her name.  Achaz or Chez
15    or -- real pretty voice, but I have no idea who it
16    is.  But I called and I sent text messages trying
17    to get a -- because I didn't want to have to drive
18    all the way over here to North Bend, 100 miles
19    from my house.  I get four miles to the gallon in
20    my old truck.  And I wanted to set it up some
21    other place, and we never could get together.  I
22    called this woman who was his secretary, I
23    believe, at his law office.  I sent her text
24    messages, plus I talked to her on the phone a
25    couple of times, but that didn't happen so here I
```

Exhibit 5081 at 234

1    am today.

2            Q.    Okay.  Thank you.

3                  Before today, did you ever have any

4    discussions with the person you described as

5    Ms. Ramirez or anybody else?  Did you ever just

6    talk about the substance of your -- of the things

7    you talked about today, your discussions with law

8    enforcement back in 2000 or 2010?  Did any of

9    those discussions occur before last night?

10           A.    Nothing.  No.

11           Q.    So all of those text messages or

12   contacts with Ms. Ramirez were just about setting

13   up times --

14           A.    Setting up dates and a place for the

15   deposition.

16           Q.    All right.  Thank you.

17                 MR. DAVIS:  One moment while I take a

18   quick look here.  I don't have any more questions.

19   Thank you.

20                 MR. LAUERSDORF:  Ms. Schaffer?

21                 MS. SCHAFFER:  This is Karin Schaffer.

22   I have no questions for this witness.

23                 MR. LAUERSDORF:  Let's take a break

24   for just a second.  I want to see if I have any

25   follow-up.

Exhibit 5081 at 235

John G. Lindegren

1              (Recess:  3:32 p.m. to 3:33 p.m.)

2              MR. LAUERSDORF:  I don't have any

3    follow-up, so from my perspective, we're done.

4              (Deposition concluded at 3:34 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 5081 at 236

Conf v. Lindegren

237

```
 1   State of Oregon      )
                           ) ss.
 2   County of Douglas    )

 3

 4              I, Denise C. Zito Smith, CSR, a

 5   Certified Shorthand Reporter for the State of

 6   Oregon, hereby certify that the witness was sworn

 7   and the transcript is a true record of the

 8   testimony given by the witness; that at said time

 9   and place I reported by stenotype all testimony

10   and other oral proceedings had in the foregoing

11   matter; that the foregoing transcript consisting

12   of 236 pages contains a full, true, and correct

13   transcript of said proceedings reported by me to

14   the best of my ability on said date.

15              If any of the parties or the witness

16   requested review of the transcript at the time of

17   the proceedings, such correction pages are

18   included.

19              IN WITNESS WHEREOF, I have set my hand

20   this 18th day of January 2023, in the City of

21   Canyonville, County of Douglas, State of Oregon.

22

23         Denise C. Zito Smith
     _____
24   Denise C. Zito Smith
     Oregon CSR No. 01-0375
25   Expires 9/30/2024
```

Exhibit 5081 at 237

McGuffin v. Lindegren

238

```
1    Case Name:   McGuffin vs. Dannels, et al.

2    Deponent:    John J. Lindegren

3
     Page         Line      Reason                Correction
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18            I hereby certify that I have read the
     deposition taken January 4, 2023, and that this
19   deposition, together with any corrections or
     additions, is a true and accurate record of my
20   testimony:

21

22   _____

23   Witness's Signature

24

25
```

Exhibit 5081 at 238