**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

    Plaintiffs,

   v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

    Defendants.

Case No. 6:20-cv-01163-MTK

**EXHIBIT 5084**
**Declaration of Robert E. Franz, Jr.**
in Support of Municipal Defendants'
Reply in Support of their FRCP
Motion for Summary Judgment

| APR 18,2016 | **DPSST Public Safety** | Page: 1 |
|---|---|---|
| 08:07AM | **Employee Profile** | |

## Hall, David E.   (22967)

### Certification

| Date | Status | Certified | Expires | Probation | Cert # |
|---|---|---|---|---|---|
| Police Officer / Advanced | | | | | |
| 12-25-2010 | Lapsed | 3-09-2001 | | | |
| Police Officer / Basic | | | | | |
| 12-25-2010 | Lapsed | 5-21-1990 | | | |
| Police Officer / Intermediate | | | | | |
| 12-25-2010 | Lapsed | 3-09-2001 | | | |
| Police Officer / Supervisory | | | | | |
| 12-25-2010 | Lapsed | 11-17-2004 | | | |

### Employment History

**Black Butte Ranch Police Department**
**Date:** 9-25-2010 **Action:** Resigned                    **Status:** Inactive

**Assignment:**                                   **Pos/Rank:** Sergeant
**Level:**                                        **Class:**
**Shift:**                                        **:**
**Function:** Police

**Black Butte Ranch Police Department**                **Service:**  7 Years   315 Days
**Date:** 11-15-2002 **Action:** Hired                 **Status:** Active

**Assignment:**                                   **Pos/Rank:** Sergeant
**Level:**                                        **Class:**
**Shift:**                                        **:**
**Function:** Police

**Lakeview Police Department**
**Date:** 11-06-2002 **Action:** Resigned              **Status:** Inactive

**Assignment:**                                   **Pos/Rank:** Sergeant
**Level:**                                        **Class:**
**Shift:**                                        **:**
**Function:** Police

**Coquille Police Department**
**Date:** 4-26-2002 **Action:** Resigned               **Status:** Inactive

**Assignment:**                                   **Pos/Rank:** Police Officer
**Level:**                                        **Class:**
**Shift:**                                        **:**
**Function:** Police

**Lakeview Police Department**                         **Service:**  Years   199 Days
**Date:** 4-22-2002 **Action:** Hired                  **Status:** Active

**Assignment:**                                   **Pos/Rank:** Sergeant
**Level:**                                        **Class:**
**Shift:**                                        **:**

Exhibit 5084
Page 1

DPSST_000027

| APR 18,2016<br>08:07AM | DPSST Public Safety<br>Employee Profile | Page:  2 |
|---|---|---|

## Hall, David E.   (22967)

**Function:** Police

| **Coquille Police Department** | **Service:** 8 Years   300 Days |
|---|---|
| **Date:**   7-01-1993  **Action:** Hired | **Status:** Active |

| **Assignment:** | **Pos/Rank:** Police Officer |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **North Bend Police Department** | |
|---|---|
| **Date:**   9-15-1992  **Action:**  Resigned | **Status:** Inactive |

| **Assignment:** | **Pos/Rank:** Police Officer |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **North Bend Police Department** | **Service:** 1 Years   40 Days |
|---|---|
| **Date:**   8-07-1991  **Action:** Hired | **Status:** Active |

| **Assignment:** | **Pos/Rank:** Police Officer |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **Coquille Police Department** | |
|---|---|
| **Date:**   6-30-1991  **Action:** Layoff | **Status:** Inactive |

| **Assignment:** | **Pos/Rank:** Police Officer |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **Coquille Police Department** | **Service:** Years   326 Days |
|---|---|
| **Date:**   8-09-1990  **Action:** Hired | **Status:** Active |

| **Assignment:** | **Pos/Rank:** Police Officer |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **Lake County Sheriff's Office** | |
|---|---|
| **Date:**   6-30-1990  **Action:** Layoff | **Status:** Inactive |

| **Assignment:** | **Pos/Rank:** Deputy Sheriff |
|---|---|
| **Level:** | **Class:** |
| **Shift:** | **:** |

**Function:** Police

| **Lake County Sheriff's Office** | **Service:** Years   334 Days |
|---|---|
| **Date:**   8-01-1989  **Action:** Hired | **Status:** Active |

| **Assignment:** | **Pos/Rank:** Deputy Sheriff |
|---|---|

Exhibit 5084
Page 2

DPSST_000028

| APR 18,2016 08:07AM | DPSST Public Safety Employee Profile | Page: 3 |
|---|---|---|

## Hall, David E.   (22967)

**Level:**                                              **Class:**
**Shift:**                                                  **:**
**Function:**  Police

### Training

| Course | Title | Date | Hours | Score | Status |
|---|---|---|---|---|---|
| 10-0954 | CPR / First Aid / AED / Bloodbourne Pathogens | 6-10-2010 | 4.00 | 0.00 | Passed |
| 10-0371 | NW Leadership Seminar | 3-05-2010 | 20.00 | 0.00 | Passed |
| 10-1116 | Legal/Legislative Update | 2-01-2010 | 2.00 | 0.00 | Passed |
| | | **2010 Pass/Complete:** | **26.00** | | |
| 09-0276 | Use of Force - Other | 11-16-2009 | 2.00 | 0.00 | Passed |
| 09-0141 | Handgun Qualification | 9-24-2009 | 4.00 | 0.00 | Passed |
| 09-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | 6-30-2009 | 24.00 | 0.00 | Passed |
| 09-5000 | Instructor | 6-30-2009 | 24.00 | 0.00 | Instructed |
| 09-0954 | CPR / First Aid / AED / Bloodbourne Pathogens | 5-07-2009 | 2.00 | 0.00 | Passed |
| 09-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | 4-07-2009 | 2.00 | 0.00 | Passed |
| 09-0662 | Outlaw Motorcycle Gang Investigation | 3-18-2009 | 2.00 | 0.00 | Passed |
| 09-1213 | Rural Officer Safety | 2-08-2009 | 2.00 | 0.00 | Passed |
| 09-0141 | Handgun Qualification | 1-16-2009 | 2.00 | 0.00 | Passed |
| 09-5000 | Instructor | 1-16-2009 | 2.00 | 0.00 | Instructed |
| 09-0716 | LEDS Recertification | 1-06-2009 | 1.00 | 0.00 | Passed |
| | | **2009 Pass/Complete:** | **41.00** | **Instructed:** | **26.00** |
| 08-0104 | ASP / OC | 11-01-2008 | 2.00 | 0.00 | Passed |
| 08-0276 | Use of Force - Other | 11-01-2008 | 2.00 | 0.00 | Passed |
| 08-0141 | Handgun Qualification | 9-30-2008 | 2.00 | 0.00 | Passed |
| 08-0141 | Handgun Qualification | 3-17-2008 | 2.00 | 0.00 | Passed |
| 08-0153 | AR-15 Basic Operator / Qualification | 3-17-2008 | 3.00 | 0.00 | Passed |
| | | **2008 Pass/Complete:** | **11.00** | | |
| 07-0141 | Handgun Qualification | 11-12-2007 | 3.00 | 0.00 | Passed |
| 07-0167 | Rifle Qualification | 10-04-2007 | 4.00 | 0.00 | Passed |
| 07-0497 | Supervision / Management Training - Other | 6-20-2007 | 24.00 | 0.00 | Registered |
| 07-0497 | Supervision / Management Training - Other | 6-15-2007 | 40.00 | 0.00 | Passed |
| | | **2007 Pass/Complete:** | **47.00** | | |
| 06-0837 | Firearms - Policy Review | 11-15-2006 | 2.00 | 0.00 | Instructed |
| 06-0837 | Firearms - Policy Review | 11-15-2006 | 2.00 | 0.00 | Passed |
| 06-0047 | Defensive Tactics | 11-11-2006 | 2.00 | 0.00 | Passed |
| 06-1808 | Officer Involved Fatal Shooting Investigation | 9-21-2006 | 32.00 | 0.00 | Passed |

Exhibit 5084
Page 3

DPSST_000029

## Hall, David E.   (22967)

| | | | | | |
|---|---|---|---|---|---|
| 06-0217 | Firearms | 9-07-2006 | 4.00 | 0.00 | Passed |
| 06-0288 | Supervisor Training | 6-09-2006 | 24.00 | 0.00 | Passed |
| | | **2006 Pass/Complete:** | **64.00** | **Instructed:** | **2.00** |
| 05-0060 | Firearms Training | 5-11-2005 | 4.50 | 0.00 | Passed |
| 05-0044 | ASP - Expandable Baton Training | 2-01-2005 | 2.00 | 0.00 | Passed |
| 05-0761 | OC (Oleoresin Capsicum) | 2-01-2005 | 2.00 | 0.00 | Passed |
| | | **2005 Pass/Complete:** | **8.50** | | |
| 04-0273 | Firearms - Training | 6-08-2004 | 6.00 | 0.00 | Passed |
| 04-0273 | Firearms - Training | 5-10-2004 | 6.00 | 0.00 | Passed |
| 04-0480 | Customer Service Training | 4-09-2004 | 2.00 | 0.00 | Passed |
| | | **2004 Pass/Complete:** | **14.00** | | |
| 03-0130 | Accreditation Manager | 9-18-2003 | 8.00 | 0.00 | Passed |
| 03-0710 | Organized Crime Conference | 4-04-2003 | 16.00 | 0.00 | Passed |
| 03-0482 | Multijurisdictional Counterdrug Task Force Trng. | 3-03-2003 | 24.00 | 0.00 | Passed |
| 03-0424 | On-line Lidar/Radar Operators Course | 1-01-2003 | 30.00 | 0.00 | Passed |
| | | **2003 Pass/Complete:** | **78.00** | | |
| 02CP458 | Firearms Skills | 7-13-2002 | 2.00 | 0.00 | Passed |
| 02CP457 | Firearms | 7-13-2002 | 2.00 | 0.00 | Passed |
| 02CP457 | Firearms | 4-27-2002 | 2.00 | 0.00 | Passed |
| 02CP458 | Firearms Skills | 4-27-2002 | 2.00 | 0.00 | Passed |
| | | **2002 Pass/Complete:** | **8.00** | | |
| 01U001 | Approved In-State Training | 12-31-2001 | 12.00 | 0.00 | Passed |
| 01CP088 | Three Flags Pre-Blitz Workshop | 6-07-2001 | 8.00 | 0.00 | Passed |
| 01CP206 | DPSST Supervision | 4-27-2001 | 80.00 | 0.00 | Passed |
| 01CP077 | Reid Method of Criminal Interviews & Interrogation | 2-28-2001 | 24.00 | 0.00 | Passed |
| 01CP181 | Background Investigations | 1-25-2001 | 24.00 | 0.00 | Passed |
| | | **2001 Pass/Complete:** | **148.00** | | |
| 00U001 | Approved In-State Training | 12-31-2000 | 1.00 | 0.00 | Passed |
| 01P020 | Major Crimes & Homicide Investigation Conference | 12-08-2000 | 34.00 | 0.00 | Passed |
| 00P151 | FIELD TRAINING & EVALUATION PROGRAM | 11-13-2000 | 40.00 | 0.00 | Passed |
| 00P126 | SLATT ANTI-TERRORISM TRAINING | 2-10-2000 | 20.00 | 0.00 | Passed |
| | | **2000 Pass/Complete:** | **95.00** | | |
| 99U001 | Approved In-State Training | 12-31-1999 | 37.00 | 0.00 | Passed |
| 99P081 | ROLL CALL; EXPLOSIVES, BOMBS, THREATS | 12-16-1999 | 2.00 | 0.00 | Passed |

Exhibit 5084
Page 4

DPSST_000030

## Hall, David E.   (22967)

| | | | | | |
|---|---|---|---|---|---|
| 99P558 | 1999 LEGISLATURE-NEW LAWS TRAINING | 12-15-1999 | 2.00 | 0.00 | Passed |
| 99P308 | LEGAL UPDATE HOUSE BILL 2433 | 12-15-1999 | 2.00 | 0.00 | Passed |
| | **1999 Pass/Complete:** | | **43.00** | | |
| 98U001 | Approved In-State Training | 12-31-1998 | 11.00 | 0.00 | Passed |
| | **1998 Pass/Complete:** | | **11.00** | | |
| 97U001 | Approved In-State Training | 12-31-1997 | 1.00 | 0.00 | Passed |
| | **1997 Pass/Complete:** | | **1.00** | | |
| 96U001 | Approved In-State Training | 12-31-1996 | 1.00 | 0.00 | Passed |
| | **1996 Pass/Complete:** | | **1.00** | | |
| 99U003 | APPROVED PURGED TRAINING | 9-13-1995 | 610.00 | 0.00 | Passed |
| | **1995 Pass/Complete:** | | **610.00** | | |
| | **Total Pass/Complete:** | | **1,206.50** | **Instructed:** | **28.00** |

### Education

| Date | Degree | Major | School | Hours | Q/S |
|---|---|---|---|---|---|
| 1-01-2001 | No Degree | | Chemeketa Community College | 38.0 | Q |
| 12-15-2000 | No Degree | | Clackamas Community College | 4.0 | Q |
| 6-15-1998 | No Degree | | Southwestern Oregon Comm Coll | 3.0 | Q |

Exhibit 5084
Page 5

DPSST_000031