DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
         Todd.Marshall@doj.oregon.gov
         kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Case No.  6:20-cv-1163-MTK (Lead Case)<br>        3:21-cv-1719-MTK (Trailing Case)<br><br>THIRD DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Page 1 -   THIRD DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE
        DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
        JBD/ce1/984982845

VIDOCQ SOCIETY,

        Cross-Claimant.

RICHARD WALTER,

        Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

I, Jesse B. Davis, declare:

1.     I am a Senior Assistant Attorney General with the Trial Division of the Oregon, Department of Justice. I represent State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police in this matter. I have personal knowledge of the matters set forth herein.

2.     I executed two previous declarations in support State Defendants Motion for Summary Judgment. I execute this third declaration in support the Motion, this one to be filed with State Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment.

3.     Attached hereto are Exhibits labeled and described as follows, each of which are true copies of the originals to the extent described herein:

4.     Exhibit 154: Additional excerpts from deposition of John Lindegren taken in this matter. Other excerpts were previously filed as Exhibit 111 to my first declaration filed in support of the Motion (ECF 295, leading case).

5.     Exhibit 155: Oregon State Police DNA Quality Manual dated August 25, 2000, as obtained in discovery in this matter.

6.     Exhibit 156: Plaintiffs' Response to Defendant Riddle's First Set of Interrogatories.

Page 2 - THIRD DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
JBD/ce1/984982845

7.    Exhibit 157:  October 25, 2024, email from Plaintiffs' counsel re: dismissal of defendants

8.    Exhibit 158: Additional excerpts from deposition of Huma Nasir taken in this matter on December 10, 2024, and deposition Exhibit 3 from that deposition.  Other excerpts were previously filed as Exhibit 135 to my first declaration (ECF 295, leading case).

9.    Exhibit 159:  Excerpt from deposition of Huma Nasir taken June 17, 2019, in post-conviction relief case, Case No. 15CV1030.

10.   Exhibit 160:  Kathy Wilcox draft/handwritten note on September 25, 2000, memorandum to Defendant Reeves, referenced by Plaintiffs as bates number OSP000749.

11.   Exhibit 161:  March 16, 2018, Bode Cellmark Forensics Report, and email correspondence between counsel Janis C. Puracal and others, as obtained in discovery in this matter.

12.   Exhibit 162:  Additional excerpts from deposition of Kathy Wilcox taken in this matter. Other excerpts were previously filed as Exhibit 119 to my first declaration (ECF 295, leading case) and Exhibit 153 to my second declaration (ECF 310, leading case).

13.   Exhibit 163: Report by Oregon State Police Oester dated September 26, 2001, as obtained in discovery in this matter.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  11 , 2025.

_s/ Jesse B. Davis_____
JESSE B. DAVIS
Senior Assistant Attorney General

Page 3 -    THIRD DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
JBD/ce1/984982845