Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB No. 244161
eandrus@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

Laura E. Coffin, OSB No. 075825
lauracoffin@coffin.law
COFFIN LAW
541 Willamette Street, Ste. 211
Eugene, OR 97401
Telephone: 541-325-8080

Attorneys for Defendant Richard Walter

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>**MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,**<br><br>Defendants. | Civil No. 6:20-cv-01163-MTK (Lead Case)<br><br>**SUPPLEMENTAL DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S REPLY TO PLAINTIFFS' RESPONSE TO RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT** |

1 - SUPPLEMENTAL DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S REPLY TO PLAINTIFFS' RESPONSE TO RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor,<br><br>Plaintiffs,<br>v.<br><br>**OREGON STATE POLICE,**<br><br>Defendant,<br><br>**VIDOCQ SOCIETY,**<br><br>Cross-Claim Plaintiff,<br>v.<br><br>**MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE,**<br><br>Cross-Claim Defendants. | **Case No.: 3:21-cv-01719-MTK (Trailing Case)** |

I, Eric S. DeFreest, hereby declare as follows:

1. I am one of the attorneys for defendant Richard Walter in the above-captioned proceeding and I make this declaration of my own personal knowledge and/or based upon my review of the records in this matter.

2. Attached hereto as Exhibit 14 are true and accurate copies of excerpts taken from the deposition transcript Barbara Cohan-Saavedra taken on February 14, 2024.

3. Attached hereto as Exhibit 15 are true and accurate copies of excerpts taken from the deposition transcript Mark J. Dannels taken on September 1, 2023.

2 - SUPPLEMENTAL DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF DEFENDANT RICHARD WALTER'S REPLY TO PLAINTIFFS' RESPONSE TO RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT

4. Attached hereto as Exhibit 16 are true and accurate copies of excerpts taken from the deposition transcript of Richard Walter taken on June 30, 2022.

5. Attached hereto as Exhibit 17 are true and accurate copies of excerpts taken from the deposition transcript of Robert Paul Frasier taken on August 29, 2023.

6. Attached hereto as Exhibit 18 are true and accurate copies of excerpts taken from the deposition transcript of Shaun McCrea taken on December 4 and 5, 2023.

7. Attached hereto as Exhibit 19 are true and accurate copies of excerpts taken from the Jury trial held on July 6, 2011 in Case No. 10CR0782.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 11th day of March, 2025.

LUVAAS COBB


By:    /s/ Eric S. DeFreest
Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
777 High Street Ste. 300
Eugene, OR 97402
Telephone: 541-484-9292
Attorneys for Defendant Richard Walter

3 - SUPPLEMENTAL DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF
    DEFENDANT RICHARD WALTER'S REPLY TO PLAINTIFFS' RESPONSE TO
    RICHARD WALTER'S MOTION FOR SUMMARY JUDGMENT