Barbara Cohan-Saavedra
February 14, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION
*   *   *

NICHOLAS JAMES MCGUFFIN, as and   :
individual and as guardian        :
ad litem, on behalf of S.M., a    :
minor,                            :
        Plaintiffs,        : NO. 6:20-cv-01163-MK
      - vs -              :    (Lead Case)
MARK DANNELS, PAT DOWNING, SUSAN :
HORMANN, MARY KRINGS, KRIS         :
KARCHER, SHELLY MCINNES, RAYMOND :
MCNEELY, KIP OSWALD, MICHAEL       :
REAVES, JOHN RIDDLE, SEAN          :
SANBORN, ERIC SCHWENNINGER,        :
RICHARD WALTER, CHRIS WEBLEY,      :
ANTHONY WETMORE, KATHY WILCOX,     :
CRAIG ZANNI, DAVID ZAVALA, JOEL   :
D. SHAPIRO AS ADMINISTRATOR OF     :
THE ESTATE OF DAVE E. HALL,        :
VIDOCQ SOCIETY, CITY OF COQUILLE,:
CITY OF COOS BAY, COOS COUNTY,     :
and OREGON STATE POLICE,           :
       Defendants.         :

*   *   *

Oral deposition of BARBARA

COHAN-SAAVEDRA, taken at the law offices of STEVENS &

LEE, 1500 Market Street, 18th Floor, Philadelphia,

Pennsylvania, 19102, on Wednesday, February 14, 2024,

beginning at approximately 12:08 p.m. EST, before Lisa

M. Cooper, Court Reporter.


*   *   *
U.S. LEGAL SUPPORT
Northeast Processing Center
1818 Market Street, Suite 1400
Philadelphia, Pennsylvania  19103
(877)  479-2484

EXHIBIT 14
Page 1 of 7

Barbara Cohan-Saavedra
February 14, 2024

once we started using Event Bright.  And prior to that I would send e-mails to alert people that there were meetings coming up.  So I would have, in my personal records, the ones that I was involved in scheduling. Whether the Society retained financial documents reflecting payments to the Union League and the Downtown Club, and wherever they met before that, I'm not certain.

Q.        Okay.  If they did exist where would they be?

A.        Probably with our treasurer.  But I'm speculating.

Q.        And who is the current treasurer?

A.        The current treasurer is Jonathan Cohen, C-O-H-E-N.  And there were several treasurers who preceded him.

Q.        And so if those records still existed, is there a possibility that they would be with one of the preceding treasurers?

A.        Possibly.

Q.        Does the Vidocq Society have a -- any kind of written document retention policy?

A.        No.

Q.        Do they have any type of unwritten, or understood, document retention policy or protocol?

A.        As far as I know, no.  The Society -- we're a

EXHIBIT 14
Page 2 of 7

Barbara Cohan-Saavedra
February 14, 2024

volunteer organization.  To best of my knowledge, and going back as far as I do, we've never had centralized records.  Each person maintained whatever documents they needed to fulfill their duties.  So when I was membership chair, anything related to membership stayed with me.

Q.        Got it.

A.        The case manager kept the case manager's information.  The treasurer kept the treasurer's information.  I have never known the Society to have centralized records.

Q.        Okay.  Is there -- what was the -- the protocol for insuring continuity?  So what was -- what was the protocol, whether it was written or unwritten, for making sure that one case manager got his file to his successor?  Or her successor.

A.        I don't know that there was a standard protocol.  Fred Bornhofen, B-O-R-N-H-O-F-E-N, was the case manager for many, many years.  When he became ill, and incapacitated, and could no longer attend meetings, his successor, who was Bill Gill, went to Fred's house to retrieve records.

Q.        Okay.

A.        According to Bill Gill, those records were not in any organized form at all.

EXHIBIT 14
Page 3 of 7

Barbara Cohan-Saavedra
February 14, 2024

Q.        Okay.

A.        He described it as a room full of papers.

Q.        So hard copy?

A.        Hard copy only.

Q.        Okay.

A.        And not even in files.  Not even -- it was pieces of paper in stacks.

Q.        Okay.

A.        So he took what he felt he needed to fulfill his duties and he left the rest.

Q.        Okay.  When did Bill take over -- Mr. Gill take over for Mr. Bornhofen?

A.        I am not certain of the date.  It would have been -- no.  I'd be guessing if I gave you a date.

Q.        How about a year?

A.        I'm -- I'm -- that's what I'm grasping for. I would have it in my notes, but I don't have it here.

Q.        Okay.  So Mr. Gill took what he felt he needed to take over the role of case manager and left the rest.  What happened with the documents that he left behind?

A.        I would be speculating, but I'm certain that they were destroyed or discarded.

Q.        Okay.  And what happened with the records that he -- that Mr. Gill took with him?

EXHIBIT 14
Page 4 of 7

Barbara Cohan-Saavedra
February 14, 2024

Q.        Okay.  Is the synopsis a -- is that what the synopsis is?  Or no?

A.            Fred prepared this synopsis.  Because it covers the period when -- when Fred was our case manager.

Q.        In preparing for the deposition did you talk to Fred about his --

A.        Fred is dead.

Q.        Oh, I'm sorry.  Did you talk to anybody about the synopsis and what its purpose was?

A.        Yes.  I talked to Bill Gill and he said he had no clue.  He only knew that he had this document from Fred.

Q.        Okay.  And then -- so -- so why does the synopsis end in 2013?  Is that when Mr. Bornhofen --

A.        That's about when -- when Bill took over.

Q.        Okay.  So the Vidocq Society didn't have any kind of written or unwritten or understood policy about maintaining a synopsis like this?

A.        No.

Q.        Okay.  Was there any kind of policy, written or unwritten, about maintaining records of the cases that were currently under management with the Vidocq Society at any given point in time?

A.        No.  Because we weren't managing them.  I

EXHIBIT 14
Page 5 of 7

Barbara Cohan-Saavedra
February 14, 2024

mean, we were calling it managing.  The cases on which -- that had been brought to us for consultation, or to see if we could help, but I wouldn't call it managing.

Q.        Okay.  Do you know if these -- these terms under management appear in the current iteration of the constitution?

A.        I don't believe they do.  But I don't have that in front of me, so I couldn't tell you.

Q.        Okay.  So because -- because this is the only thing I have, or that I've been provided, I'm going to continue to use the term under management if that's okay.

A.        Go whatever suits you.

Q.        Okay.

A.        But, if I could just jump in to clarify my answer.  If you look at item number 121 on Exhibit-13, that was one of the cases that had been assigned to me.

Q.        Okay.

A.        And I was simply the liaison.  There was no investigation to be done.

Q.        That's the Martin M. Burkle?

A.        Yeah.  I agreed to work it.  Meaning, I would look at it, see if there appeared to be any way to revive it.  That's what's meant by work the case. Because that's all I was allowed to do.

U.S. Legal Support | www.uslegalsupport.com        93

EXHIBIT 14
Page 6 of 7

Barbara Cohan-Saavedra
February 14, 2024

C E R T I F I C A T I O N


I, Lisa M. Cooper, a Court Reporter and Notary Public, do hereby certify the foregoing to be a true and accurate transcript of my original stenographic notes taken at the time and place hereinbefore set forth.

Witness my hand and official seal this 14th day of February A.D. 2024.

_____
Lisa M. Cooper
Court Reporter and Notary Public


(The foregoing certification of this transcript does not apply to any reproduction of the same by any names, unless under the direct control and/or supervision of the certifying reporter.)