Mark Dannels
September 01, 2023

AS ADMINISTRATOR OF THE ESTATE        )
OF DAVID E. HALL, VIDOCQ              )
SOCIETY, CITY OF COQUILLE, CITY       )
OF COOS BAY, and COOS COUNTY,         )
                                      )
                                      )
Cross-Defendants.                     )
_____       )
                                      )
NICHOLAS JAMES MCGUFFIN, as an        )
individual and as guardian ad         ) Civil Case No.
litem, on behalf of S.M. a            ) 3:21-cv-01719-MK
minor,                                ) (Trailing Case)
                                      )
                 Plaintiffs,          )
                                      )
        v.                            )
                                      )
OREGON STATE POLICE,                  )
                                      )
                 Defendant.           )
_____       )

DEPOSITION UPON ORAL EXAMINATION

OF MARK J. DANNELS

        BE IT REMEMBERED THAT, pursuant to the Oregon Rules of Civil Procedure, the deposition of MARK J. DANNELS was taken remotely via videoconference on behalf of the Plaintiffs, before JEAN M. KOSTNER, a Certified Court Reporter for Oregon, on Friday, the 1st day of September, 2023, at the hour of 9:00 a.m., in the State of Oregon.

U.S. Legal Support | www.uslegalsupport.com        2

EXHIBIT 15
Page 1 of 4

Mark Dannels
September 01, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


NICHOLAS JAMES MCGUFFIN, as an    )
individual and as guardian ad     )
litem, on behalf of S.M., a       ) Civil No.
minor,                            ) 6:20-cv-01163-MK
                                  ) (Lead Case)
             Plaintiffs,          )
                                  )
      v.                          )
                                  )
MARK DANNELS, PAT DOWNING,        ) VIDEOCONFERENCE
SUSAN HORMANN, MARY KRINGS,        ) DEPOSITION
KRIS KARCHER, SHELLY MCINNES,     )
RAYMOND MCNEELY, KIP OSWALD,      )
MICHAEL REAVES, JOHN RIDDLE,      )
SEAN SANBORN, ERIC                )
SCHWENNINGER, RICHARD WALTER,     )
CHRIS WEBLEY, ANTHONY WETMORE,    )
KATHY WILCOX, CRAIG ZANNI,        )
DAVID ZAVALA, JOEL D. SHAPIRO     )
AS ADMINISTRATOR OF THE ESTATE    )
OF DAVID E. HALL, VIDOCQ          )
SOCIETY, CITY OF COQUILLE, CITY   )
OF COOS BAY, and COOS COUNTY,     )
                                  )
             Defendants.          )
                                  )
VIDOCQ SOCIETY,                   )
                                  )
             Cross-Claimant,      )
                                  )
      v.                          )
                                  )
MARK DANNELS, PAT DOWNING,        )
SUSAN HORMANN, MARY KRINGS,        )
KRIS KARCHER, SHELLY MCINNES,     )
RAYMOND MCNEELY, KIP OSWALD,      )
MICHAEL REAVES, JOHN RIDDLE,      )
SEAN SANBORN, ERIC                )
SCHWENNINGER, RICHARD WALTER,     )
CHRIS WEBLEY, ANTHONY WETMORE,    )
KATHY WILCOX, CRAIG ZANNI,        )
DAVID ZAVALA, JOEL D. SHAPIRO     )

EXHIBIT 15
Page 2 of 4

Mark Dannels
September 01, 2023

the ABC News program 20/20?

A.   I am.

Q.   And you have appeared on that program in the past. Is that correct?

A.   Correct.

Q.   Did you ever watch the episode -- ABC 20/20 episode "What Happened to Leah Freeman," which aired for the first time on October 15th, 2010?

A.   Yes.

Q.   When did you watch that for the first time?

A.   When it came out.  The night it came out.

Q.   Did anyone else from your team at that time watch the episode with you?

A.   I think I watched it with my family.  My wife and I, I believe.  I don't -- I'm just recollecting here.  It was no secret it was coming out, but I don't recall -- I mean, was, like, a team party with us?  Is that what you're asking?

Q.   Well, I guess I wouldn't have thought of it as a party, but like a major crimes team meeting where you all watched the episode together?

A.   Don't take "party" in a celebrating way, please. But what I mean is we all came together to watch this.  But -- but, no, not that I know of.  Everybody did their own thing.

Q.   Did anyone watch the episode before it aired?

A.   No.

EXHIBIT 15
Page 3 of 4

Mark Dannels
September 01, 2023

STATE OF OREGON          )
                         )          ss.  C E R T I F I C A T E
County of Douglas        )

I, JEAN M. KOSTNER, Certified Shorthand Reporter for the State of Oregon, do hereby certify that:

Pursuant to stipulation of counsel for the respective parties, hereinbefore set forth, MARK J. DANNELS appeared remotely before me at the time and place set forth in the caption hereof;

That, at said time and place, I reported in stenotype all testimony adduced and oral proceedings had in the foregoing matter, to the best of my ability;

That, thereafter, my notes were reduced to typewriting, and that the foregoing transcript, pages 1 through 108, both inclusive, constitutes a full, true, and correct transcript of all such testimony adduced and oral proceedings had and of the whole thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and CSR stamp this 13th day of September, 2023, in the City of Roseburg, County of Douglas, State of Oregon.

_____
JEAN M. KOSTNER
Certified Court Reporter
CSR No. 90-0051

EXHIBIT 15
Page 4 of 4