Shaun S. McCrea

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS JAMES MCGUFFIN, as     ) No. 6:20-cv-1163-MK

an individual and as guardian  ) (Lead Case)

ad litem, on behalf of S.M.,   ) No. 3:21-cv-1719-MK

a minor,                       ) (Trailing Case)

          Plaintiffs,          )

  v.                           )

MARK DANNELS, PAT DOWNING,      ) Deposition of:

SUSAN HORMANN, MARY KRINGS,     ) Shaun McCrea

KRIS KARCHER, SHELLY MCINNES,  )

RAYMOND MCNEELY, KIP OSWALD,    ) December 4, 2023

MICHAEL REAVES, JOHN RIDDLE,    ) December 5, 2023

SEAN SANBORN, ERIC             )

SCHWENNINGER, RICHARD WALTER,  )

CHRIS WEBLEY, ANTHONY WETMORE, )

KATHY WILCOX, CRAIG ZANNI,      )

DAVID ZAVALA, ESTATE OF DAVID  )

E. HALL, VIDOCQ SOCIETY, CITY  )

OF COQUILLE, CITY OF COOS       )

BAY, and COOS COUNTY,           )

          Defendants.          )

_____

EXHIBIT 18
Page 1 of 4

Shaun S. McCrea

2

VIDOCQ SOCIETY,                    )

      Cross-Claimant.           )

RICHARD WALTER,                    )

      Cross-Claimant.           )

_____

NICHOLAS JAMES MCGUFFIN, as an )

individual and as guardian ad  )

litem, on behalf of S.M., a    )

minor,                         )

          Plaintiff,       )

   v.                          )

OREGON STATE POLICE,              )

          Defendant.        )

DEPOSITION OF SHAUN MCCREA

December 4, 2023; 9:51 A.M.

December 5, 2023; 9:34 A.M.

THE VIDEO-RECORDED DEPOSITION OF SHAUN MCCREA was taken at the Oregon Department of Justice, 975 Oak Street, Suite 200, Eugene, Oregon, before Sara Fahey Wilson, CSR/CCR, Certified Shorthand Reporter in and for the State of Oregon and Washington.

EXHIBIT 18
Page 2 of 4

Shaun S. McCrea

212

A.    I remember Mr. Brakefield's testimony, yes.

Q.    Did you consider having Meagan Edgerton testify to counter the effect of Mr. Brakefield's testimony?

MS. PURACAL:  Objection.  Work product.  Privilege.

A.    Work product.  Yes.

BY MR. DAVIS:

Q.    Did you -- were you aware of the 20/20 episode that aired before Mr. McGuffin's trial?

A.    Before Mr. McGuffin's criminal trial?

Q.    Yes.

A.    Yes.

Q.    And had you seen it?

A.    Yes.

Q.    Did you -- did it present concerns for you from a defense perspective?

MS. PURACAL:  Objection.  Privilege.  Work product.

MR. DAVIS:  I don't see on this instance how that can really be a basis for it since I believe the defense filed a motion to change venue, and at least partially the basis for that was -- well, let me ask.

EXHIBIT 18
Page 3 of 4

Shaun S. McCrea

304

State of Oregon      )
                     )       ss.
County of Lane       )


    I, Sara Fahey Wilson, CSR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 303 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

    If any of the parties or the witness requested review of the transcript at the time of the proceedings, such correction pages are attached.

    IN WITNESS WHEREOF, I have set my hand this 15th day of December 2023, in the City of Eugene, County of Lane, State of Oregon.




Sara Fahey Wilson, CSR

CSR No. 06-0400

Expiration Date:  March 31st, 2026

ccreporting.com

EXHIBIT 18
Page 4 of 4