IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COOS

STATE OF OREGON,                    )
                                    )
            Plaintiff,              )      CASE NO. 10CR0782
                                    )
                                    )      JURY TRIAL
      vs.                           )       DAY 2
                                    )
 NICHOLAS JAMES McGUFFIN,           )
                                    )
            Defendant.              )
_____    )

TRANSCRIPT OF PROCEEDINGS

Volume 2, Day 2, Pages D2 2 to D2 37

BE IT REMEMBERED That, the above-entitled cause came on regularly for hearing beginning at 9:21 a.m., Wednesday, July 6, 2011 in the Circuit Courtroom of the Coos County Courthouse in the City of Coquille, County of Coos, State of Oregon, before the Honorable Richard L. Barron.

APPEARANCES

R. Paul Frasier, District Attorney for Coos County, representing the Plaintiff.

Erika Soublet, Assistant District Attorney for Coos County, representing the Plaintiff.

Robert McCrea, Attorney at Law, representing the Defendant.

Shaun McCrea, Attorney at Law, representing the Defendant.

Diane B. Walberg, Court Transcriber, XV Judicial District, 541-593-1664

EXHIBIT 19
Page 1 of 5

Precautionary Instructions        D2 24

JUROR:     (Not understandable.)

THE COURT:    The Jury View.

JUROR:    View?

THE COURT:    View.

JUROR:    Do you want us to read this now?

THE COURT:    I'll read it to you.  Read along with me if you would, please.  Okay?

Members of the jury, the law that applies to this case will be given to in part in these precautionary instructions.

After you've heard the evidence, and before the arguments from the lawyers, I will give you further instruction regarding the legal rules you must follow in deciding this case.

Your duty is to decide the facts from the evidence.  You and you alone are the judges of the facts.  You will hear the evidence, decide the facts, and then apply those facts to the law I will give you.  That is how you will reach a verdict.  In doing so, you must follow the law whether you agree with it or not.

To be an effective juror, you must also not be influenced to any degree by personal feelings, sympathy for, or prejudice against, any party, witness, or lawyer, or any other participant in the case.

The evidence you are to consider in this case

EXHIBIT 19
Page 2 of 5

D2 25                    Precautionary Instructions

consists of testimony of witnesses and exhibits received in evidence.

Exhibits are physical things, such as letters, photographs, charts, or physical objects.  You will be able to examine the exhibits while you deliberate.

You may draw any reasonable inferences from the evidence, but you must not engage in guesswork or speculation.

From time to time, a lawyer may make an objection.  I will decide whether or not it is proper under the law for you to consider such evidence.  Do not speculate about why the objection was made or about why I ruled as I did.

If I overrule on objection, the question may be answered or the exhibit received.  If I sustain an objection, the question cannot be answered or the exhibit cannot be received.  Whenever I sustain an object — an objection to a question, ignore the question and do not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record, and that you are to disregard it or ignore the evidence.  When you are deciding the case, you must not consider the evidence that I told you to disregard.

The opening statements and the closing arguments of the lawyers are intended to help you understand the evidence.  Although, their statements and arguments are

EXHIBIT 19
Page 3 of 5

Precautionary Instructions       D2 26

not part of the evidence.

You must not interpret — interpret any statement, ruling or remark I make during this Trial as any indication that I have formed any opinion about the facts or outcome of this case.  You and you alone are to decide the facts.  You must decide how believable that evidence is, and what weight or value you will give the evidence.

You may take notes if you wish during the trial.  However, please keep in mind that each party is entitled to the considered decision of each juror.  Therefore, during deliberations you should not give undue weight to other jurors notes if those notes conflict with your recollection of the evidence.

Do not allow your note-taking to interfere with your ability to observe, evaluate testimony.

Whenever you leave the courtroom, your notes should be left in the jury room.

Do not discuss this case during the trial with anyone, including any of the lawyers, parties, witnesses, your friends, or members of your family.  Do not discuss this case with any — any other jurors until you begin your deliberations and — at the end of the case.

Do not attempt to decide this case until you begin your deliberations.

Do not communicate with anyone, by any means,

EXHIBIT 19
Page 4 of 5

Certificate    1789

STATE OF OREGON        )
                       )    ss.
County of Coos         )


TRANSCRIBER'S CERTIFICATE


I, Diane B. Walberg, Court Transcriber for the State of Oregon, Fifteenth Judicial District, do hereby certify that I received the duly certified true copies of the audio record of the before-entitled cause, before the Honorable Richard L. Barron, Judge of the Circuit Court of the County of Coos, State of Oregon; and that I thereafter caused that record to be reduced to typewritten pages.

I further certify that the foregoing and hereto attached typewritten pages numbered 2 through 1788, inclusive, constitute a full, true and accurate record of the proceedings had upon the hearing of said cause, and of the whole thereof, to the best of my ability.


WITNESS my hand as Court Transcriber this 30th day of December, 2011.

Diane B. Walberg, Court Transcriber
South Coast Transcribing
PO Box 3414, Sunriver, OR    97707
541-593-1664, bdwalberg@aol.com

EXHIBIT 19
Page 5 of 5