**EXHIBIT - 35**

                          Robert Paul Frasier
                            August 29, 2023

```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF OREGON

                        EUGENE DIVISION




NICHOLAS JAMES MCGUFFIN, as an    )
individual and as guardian ad     )
litem, on behalf of S.M., a       ) Civil No.
minor,                            ) 6:20-cv-01163-MK
                                  ) (Lead Case)
              Plaintiffs,         )
                                  )
     v.                           )
                                  )
MARK DANNELS, PAT DOWNING,        ) DEPOSITION
SUSAN HORMANN, MARY KRINGS,       )
KRIS KARCHER, SHELLY MCINNES,     )
RAYMOND MCNEELY, KIP OSWALD,      )
MICHAEL REAVES, JOHN RIDDLE,      )
SEAN SANBORN, ERIC                )
SCHWENNINGER, RICHARD WALTER,     )
CHRIS WEBLEY, ANTHONY WETMORE,    )
KATHY WILCOX, CRAIG ZANNI,        )
DAVID ZAVALA, JOEL D. SHAPIRO     )
AS ADMINISTRATOR OF THE ESTATE    )
OF DAVID E. HALL, VIDOCQ          )
SOCIETY, CITY OF COQUILLE, CITY   )
OF COOS BAY, and COOS COUNTY,     )
                                  )
              Defendants.         )
                                  )
VIDOCQ SOCIETY,                   )
                                  )
              Cross-Claimant,     )
                                  )
     v.                           )
                                  )
MARK DANNELS, PAT DOWNING,        )
SUSAN HORMANN, MARY KRINGS,       )
KRIS KARCHER, SHELLY MCINNES,     )
RAYMOND MCNEELY, KIP OSWALD,      )
MICHAEL REAVES, JOHN RIDDLE,      )
SEAN SANBORN, ERIC                )
SCHWENNINGER, RICHARD WALTER,     )
CHRIS WEBLEY, ANTHONY WETMORE,    )
KATHY WILCOX, CRAIG ZANNI,        )
DAVID ZAVALA, JOEL D. SHAPIRO     )
```

```
 1  although you are convinced that Mr. McGuffin killed Leah
 2  Freeman, you don't have enough evidence to seek a true bill.
 3  Is that --
 4       A.   That's correct.
 5       Q.   -- fair?  Okay.  For that you need the police to
 6  investigate further and present you with evidence that you feel
 7  is sufficient to present the case to grand jury.  Correct?
 8       A.   That's correct.
 9       Q.   And generally speaking, a prosecutor relies on
10  police officers and sheriff deputies to find evidence and
11  identify witnesses, and once the prosecutor is convinced that
12  there's sufficient evidence to sustain an indictment, the
13  prosecutor presents the evidence to a grand jury.  Is that
14  right?
15       A.   On occasion, yes.
16       Q.   Isn't that generally how it works?
17       A.   Generally, but there are exceptions.
18       Q.   And isn't that -- that's how it worked in
19  Mr. McGuffin's case, though.  Correct?
20       A.   I would disagree with that to some degree when I
21  presented the second grand jury.
22       Q.   Okay.  How so?
23       A.   I approached the second grand jury from this
24  standpoint.  We had -- by that time we had other people that
25  were being named as potential killers of Leah Freeman.
```

1        Q.   Okay.
2        A.   And I took the position that we needed to examine
3   all avenues that this case had went down.  It was my position
4   at the grand jury that we should present everything we know
5   about this case, including these -- the issues about her being
6   run over by a car, the issues of her being held captive at a
7   cabin someplace, the issues of her body being buried for a
8   period of time at Tom Stemmerman's house and then moved to
9   where it was found.
10            I said we need to explore all of those things
11  because I wanted to find out what happened to Leah Freeman.
12  And that's the way I approached the grand jury.  I called
13  almost 120 witnesses, to my recollection, to that grand jury
14  panel.
15            And then when we had finished the presentation, I
16  did not present them with an indictment asking them to indict
17  Mr. McGuffin.  I asked them, "Okay, considering all of the
18  evidence you have heard, do you believe anyone should be
19  charged in this case?"
20            They came back and told me that they believed
21  Mr. McGuffin should be charged.  Then we discussed, "Well, what
22  do you want to charge him with?"  And we went over the various
23  degrees of homicide.
24            And it was their decision to indict him for murder.
25       Q.   Okay.  But you relied upon the police officers and

Robert Paul Frasier
August 29, 2023

|     |                    |   |                        |
|-----|--------------------|---|------------------------|
| 1   | STATE OF OREGON    | ) |                        |
|     |                    | ) | ss.  C E R T I F I C A T E |
| 2   | County of Douglas  | ) |                        |

3

4        I, JEAN M. KOSTNER, Certified Shorthand Reporter for the

5   State of Oregon, do hereby certify that:

6        Pursuant to stipulation of counsel for the respective

7   parties, hereinbefore set forth, ROBERT PAUL FRASIER appeared

8   before me at the time and place set forth in the caption

9   hereof;

10        That, at said time and place, I reported in stenotype

11  all testimony adduced and oral proceedings had in the foregoing

12  matter, to the best of my ability;

13        That, thereafter, my notes were reduced to typewriting,

14  and that the foregoing transcript, pages 1 through 251, both

15  inclusive, constitutes a full, true, and correct transcript of

16  all such testimony adduced and oral proceedings had and of the

17  whole thereof.

18        IN WITNESS WHEREOF, I have hereunto set my hand and CSR

19  stamp this 12th day of September, 2023, in the City of

20  Roseburg, County of Douglas, State of Oregon.

21

                                    *[signature: Jean M. Kostner]*

22

23                                  _____
                                    JEAN M. KOSTNER
                                    Certified Court Reporter
24                                  CSR No. 90-0051

25