DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
      kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>    Defendants.<br><br>VIDOCQ SOCIETY,<br><br>    Cross-Claimant.<br><br>RICHARD WALTER, | Case No.  6:20-cv-1163-MTK (Lead Case)<br>               3:21-cv-1719-MTK (Trailing Case)<br><br>NOTICE OF WITHDRAWAL |

Page 1 -   NOTICE OF WITHDRAWAL
    JBD/ce1/989942002

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

|  |  |
|---|---|
| Cross-Claimant. |  |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON STATE POLICE,<br><br>    Defendant. |  |

State Defendants hereby give notice that Todd Marshall is no longer counsel of record in this proceeding. Jesse B. Davis, Senior Assistant Attorney General, continues as lead counsel and Kristen E. Hoffmeyer, Senior Assistant Attorney General, continues as co-counsel in this proceeding. The address for the receipt of all correspondence and pleadings remain the same.

DATED May  22 , 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        *s/ Jesse B. Davis*
        JESSE B. DAVIS #052290
        KRISTEN E. HOFFMEYER #085338
        Senior Assistant Attorneys General
        Department of Justice
        100 SW Market Street
        Portland, OR 97201
        Telephone: (971) 673-1880
        Fax: (971) 673-5000
        Email: jesse.b.davis@doj.oregon.gov
              Kristen.hoffmeyer@doj.oregon.gov

        Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 2 -   NOTICE OF WITHDRAWAL
     JBD/ce1/989942002
                        Department of Justice
                        100 SW Market Street
                        Portland, OR 97201
              (971) 673-1880 / Fax: (971) 673-5000