DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
       kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>    Defendants.<br><br>VIDOCQ SOCIETY, | Case No.  6:20-cv-1163-MTK (Lead Case)<br>           3:21-cv-1719-MTK (Trailing Case)<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY APPEAL AS FRIVOLOUS |

Page 1 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
        APPEAL AS FRIVOLOUS
        JBD/ce1/991222108

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

|   |   |
|---|---|
| Cross-Claimant. | |
| RICHARD WALTER, | |
| Cross-Claimant. | |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | |
| Plaintiff, | |
| v. | |
| OREGON STATE POLICE, | |
| Defendant. | |

The State Defendants (Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and the Oregon State Police) file this response to Plaintiffs' Motion to Certify Interlocutory Appeals as Frivolous (ECF 370, hereinafter "Motion to Certify").

On the evening of May 28, 2025, at the judicial settlement conference ordered by the Court, the State Defendants and Plaintiffs reached a settlement in principle of all the claims between them. Plaintiffs reported that settlement to the Court in a Notice of Partial Settlement (ECF 376) filed today, May 29, 2025.

In light of that settlement, Plaintiffs' Motion to Certify may be moot, and State Defendants certainly expect that that motion will become moot when the settlement is fully executed and the State Defendants' appeal is dismissed. For that reason, the State Defendants respectfully decline to respond to the substance of the Motion to Certify, reserving the right to file a substantive response in the unlikely event that the Motion does not become moot. The

///

///

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
           APPEAL AS FRIVOLOUS
           JBD/ce1/991222108

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

State Defendants specifically express their full confidence that the settlement in principle will become a fully executed settlement reduced to writing.

    DATED May __29__, 2025.

                                  Respectfully submitted,

                                  DAN RAYFIELD
                                  Attorney General

                                  *s/ Jesse B. Davis*
                                  JESSE B. DAVIS #052290
                                  Senior Assistant Attorney General
                                  KRISTEN E. HOFFMEYER #085338
                                  Senior Assistant Attorney General
                                  Department of Justice
                                  100 SW Market Street
                                  Portland, OR 97201
                                  Telephone: (971) 673-1880
                                  Fax: (971) 673-5000
                                  Email: jesse.b.davis@doj.oregon.gov
                                                Kristen.hoffmeyer@doj.oregon.gov

                                  Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 3 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
             APPEAL AS FRIVOLOUS
       JBD/ce1/991222108

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000