Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>Defendants. | Civil No. 6:20-cv-01163-MTK (Lead Case)<br><br><br>PLAINTIFFS' EXHIBIT LIST |

Page 1– PLAINTIFFS' TRIAL EXHIBITS



MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

                    Cross-Claimant,

      v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

                    Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

                    Plaintiffs,

      v.

OREGON STATE POLICE,

                    Defendant.

Civil Case No. 3:21-cv-01719-MTK
(Trailing Case)

Pursuant to the Court's Trial Management Order [Dkt. No. 384], Plaintiffs anticipate

offering following trial exhibits:

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 101 | 2000-06-28 Lee Report of Traffic Stop | | | |
| 102 | 2000-06-28 Zavala Report of Traffic Stop | | | |
| 103 | 200-07-05 CCSO, Oswald Found Shoe | | | |
| 104 | 2000-07-05 McGuffin Consent to Search | | | |
| 105 | 2000-07-05 Polygraph of Nicholas McGuffin | | | |

Page 2– PLAINTIFFS' TRIAL EXHIBITS

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 106 | 2000-07-05 Roadblock Interview of Steinhoff | | | |
| 107 | 2000-07-06 CCSO, Zanni, Interview with K. Christopherson | | | |
| 108 | 2000-07-06 Dave Hall Affidavit for Search Warrant | | | |
| 109 | 200-07-06 OSP Lab Report | | | |
| 110 | 2000-07-06 US Bank ATM Pointing North | | | |
| 111 | 2000-07-06 Wilcox Handwritten Notes re HIT Meeting | | | |
| 112 | 200-07-07 CCSO, Oswald, Lewis receipt | | | |
| 113 | 200-07-11 CCSO, Downing, Interview of Alicia Hyatt (Hartwell) | | | |
| 114 | 200-07-11 US Bank Covering N. Central | | | |
| 115 | 200-07-12 US Bank Covered N. Central | | | |
| 116 | 2000-07-17 OSP Lab Report | | | |
| 117 | 2000-07-17 Photo of Left Shoe | | | |
| 118 | 2000-07-21 Fax to Hall with Gas Records | | | |
| 119 | 2000-07-27 Hall Affidavit for Search Warrant | | | |
| 120 | 2000-07-31 Cynthia Jones Tip Leah in Phone Booth | | | |
| 121 | 200-08-03 Pex Dictated Notes from Scene | | | |
| 122 | 2000-08-04 Autopsy Report | | | |
| 123 | 2000-08-05 Press Release with body location | | | |
| 124 | 2000-08-07 CPD Reaves re Lindegren | | | |
| 125 | 2000-08-07 Evidence Log – scene tape highlighted | | | |
| 126 | 2000-08-08 Lead Sheet – Mast | | | |

MALONEY | LAUERSDORF | REINER, PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 127 | 2000-08-09 Young Report re West | | | |
| 128 | 2000-08-10 CPD Shawn Mast file | | | |
| 129 | 2000-08-10 Perske Interview of Mast (Redacted) | | | |
| 130 | 2000-08-11 Handwritten Poem | | | |
| 131 | 2000-08-15 CPD Copy McGuffin Phone Records | | | |
| 132 | 2000-08-22 CCSO, Oswald, search shoe location – photo set 1 | | | |
| 133 | 2000-08-22 CCSO, Oswald, search shoe location – photo set 2 | | | |
| 134 | 2000-08-27 OSB Lab Report (Criminal Case Ex. 207) | | | |
| 135 | 2000-08-27 OSB Lab Report | | | |
| 136 | 2000-09-02 Backman Report | | | |
| 137 | 2000-09-19 Drawing of Hamilton Location (Redacted) | | | |
| 138 | 2000-09-21 Tip Sheet – Richard Bryant | | | |
| 139 | 2000-09-25 OSP Lab Memorandum (draft) | | | |
| 140 | 2000-xx-xx Messerle Report of Shoe Location | | | |
| 141 | 2001-03-21 Property Request | | | |
| 142 | 2001-10-03 FSS Report | | | |
| 143 | 2001-10-25- US Bank Tape Return | | | |
| 144 | 2002-01-21 OSP Lab Report (Criminal Case Ex. 210) | | | |
| 145 | 2004-05-27 CSCO, Downing Report | | | |
| 146 | 2008-07-17 Example Webley Photo Lineup | | | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 147 | 2008-09-24 Sanborn re Investigation | | | |
| 148 | 2009-xx-xx Dannels Operation Plan | | | |
| 149 | 2010-01-23 Schwenninger – Case Notes | | | |
| 150 | 2010-01-24 CPD Memo re Contact with McGuffins | | | |
| 151 | 2010-01-25 Dannels Press Conference | | | |
| 152 | 2010-01-29 McNeely Note re DNA and shoes | | | |
| 153 | 2010-02-05 Letter from Dannels to Lab re GJ | | | |
| 154 | 2010-02-025 McNeely Email Phone Booth and Gas Records | | | |
| 155 | 2010-02-27 Email from Webley to Dannels re Lab | | | |
| 156 | 2010-03-01 McNeely Nate re Gas and Backman | | | |
| 157 | 2010-03-04 OSP Riddle Interview of Steinhoff | | | |
| 158 | 2010-03-10 OSP Lab Report | | | |
| 159 | 2010-03-15 Hormann to Pat Smith | | | |
| 160 | 2010-03-25 OSP Lab Report | | | |
| 161 | 2010-03-30 Letter from Dannels to Hormann | | | |
| 162 | 2010-05-12 McNeeley Notes on Fraiser To Do List | | | |
| 163 | 2010-05-18 McNeely Report re Lindegren | | | |
| 164 | 2010-05-19 Email from Dannels to Fraiser | | | |
| 165 | 2010-05-19 Handwritten Notes re Hjordis Lindegren | | | |
| 166 | 2010-05-19 Webley Report re Hjordis Lindegren (Redacted) | | | |
| 167 | 2010-05-19 Wikipedia Printout | | | |
| 168 | 2010-05-24 OSP Lab Report re Kia | | | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 169 | 2010-05-25 CPD, Dannels Interview of D. Mason | | | |
| 170 | 2010-05-25 CPD, Dannels Interview of Damon Mason (Recording) | | | |
| 171 | 2010-06-11 CPD, Dannels, Adams' Email to Dannels re Zalvala | | | |
| 172 | 2010-06-26 Interview of Kristen Steinhoff | | | |
| 173 | 2010-06-30 CCSO, Zanni, re Richard Walter | | | |
| 174 | 2010-07-03 McNeely Email re Bartley | | | |
| 175 | 2010-07-06 Grand Jury Subpoena to Bertrand | | | |
| 176 | 2010-07-21 Grand Jury Subpoena I – Alicia Hyatt | | | |
| 177 | 2010-07-21 Handwritten Notes of Interview | | | |
| 178 | 2010-07-21 Webley (CPD) Interview of Alicia Hyatt (Redacted) | | | |
| 179 | 2010-08-21 Grand Jury Subpoena II – Alicia Hyatt | | | |
| 180 | 2010-08-24 Riddle Email re Gun | | | |
| 181 | 2010-10-15 Transcript of ABC New 20/20 | | | |
| 182 | 2011 Kip Oswald walking to where he found the shoe | | | |
| 183 | 2011 Discovery Log from Criminal Case | | | |
| 184 | 2011-04-06 Microtrace Report | | | |
| 185 | 2011-12-03 Blue to McNeely re Disciplinary Interview | | | |
| 186 | 2011-12-19 Investigative Report re McNeely DPSST Revocation | | | |
| 187 | 2011-12-27 Dufner to McNeely re Discipline | | | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 188 | 2011-xx-xx Vidocq Synopsis (Sealed) | | | |
| 189 | 2012-01-03 Email from Blue to Dufner re McNeely getting people to change story | | | |
| 190 | 2014-01-23 DPSST Memo on McNeely Revocation | | | |
| 191 | 2019-12-17 Order on Motion to Dismiss | | | |
| 192 | 2019-12-17 Release Video Nick and Parents | | | |
| 193 | 2020-02-28 Transcript of ABC News 20/20 | | | |
| 194 | Cards from S.M. in County Jail | | | |
| 195 | CCDA Brady List | | | |
| 196 | CPD Dannels Case Summary for Vidocq | | | |
| 197 | Criminal Discovery Bates 3247 | | | |
| 198 | Freeman Investigation Organization Chart | | | |
| 199 | Prosecutor's Exhibit List | | | |
| 200 | Karcher ID of Body Location | | | |
| 201 | 2000-07-06 Notes from HIT Meeting | | | |
| 202 | 2000-06 Graduation Card to Nick | | | |
| 203 | Photo (Maul) W. 4th & N. Elm | | | |
| 204 | Photo (Maul) June 29, 2025, 10.17.27 pm | | | |
| 205 | Photos – 2000-07 CPD Photo of Nick McGuffin | | | |
| 206 | Photos – 2000-07-06 Blue Mustang | | | |
| 207 | Photos – 2000-07-17 Left Nike Shoe | | | |
| 208 | Photos – 2000-07-28 Maroon Thunderbird | | | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 209 | Photos – 2000-08-03 Lee Valley Road Scene | | | |
| 210 | Photos – 200-08-04 Autopsy | | | |
| 211 | Photos – 2010 McNeely and Lindegren | | | |
| 212 | Photos – Freeman House | | | |
| 213 | Photos – Hwy. 42 and 42S | | | |
| 214 | Photos – Hwy. 42 and CFN | | | |
| 215 | Photos (Maul) Credit Union | | | |
| 216 | Photos (Maul) Fast Mart | | | |
| 217 | Photos (Maul) Hunters | | | |
| 218 | Photos (Maul) McKays | | | |
| 219 | Photos (Maul) N. Central & E. 10th | | | |
| 220 | Photos (Maul) N. Central & Fairview | | | |
| 221 | Photos (Maul) Time Lapse by High School | | | |
| 222 | Photos (Maul) June 29, 2025, 9.27.22 to 9.43.58 pm | | | |
| 223 | Photos (Maul) June 29, 2025, 9.50.32 to 10.07.45 pm | | | |
| 224 | Photos of Nick and Leah | | | |
| 225 | Photos in Prison | | | |
| 226 | Video (Maul) Time Lapse | | | |
| 227 | Video (Maul) June 29, 2025, 9.25.17 pm (start) | | | |
| 228 | Video (Maul) June 29, 2025, 9.29.25 pm | | | |
| 229 | Video (Maul) June 29, 2025, 9.30.40 pm | | | |
| 230 | Video (Maul) June 29, 2025, 9.34.37 pm | | | |
| 231 | Video (Maul) June 29, 2025, 9.35.24 pm | | | |
| 232 | Video (Maul) June 29, 2025, 9.40.20 pm | | | |
| 233 | Video (Maul) June 29, 2025, 9.43.42 pm | | | |
| 234 | Video (Maul) June 29, 2025, 9.50.41 pm | | | |

MALONEY | LAUERSDORF | REINER rc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 235 | Video (Maul) June 29, 2025, 9.56.14 pm | | | |
| 236 | Video (Maul) June 29, 2025, 10.00.14 pm | | | |
| 237 | Video (Maul) June 29, 2025, 10.07.48 pm | | | |
| 238 | Video (Maul) June 29, 2025, 10.17.30 pm (end) | | | |
| 239 | 1994 CCSO Policy | | | |
| 240 | Certificate of Innocence | | | |
| 241 | Frasier Dep Ex 2 (for identification purposes only) | | | |
| 242 | Frasier Dep Ex 4 | | | |
| 243 | Frasier Dep Ex 5 | | | |
| 244 | Fraiser Dep Ex 6 (for identification purposes only) | | | |
| 245 | Fraiser Dep Ex 7 (for identification purposes only) | | | |
| 246 | Fraiser Dep Ex 10 | | | |
| 247 | Frasier Dep Ex 11 (for identification purposes only) | | | |
| 248 | Frasier Dep Ex 12 | | | |
| 249 | Frasier Dep Ex 13 | | | |
| 250 | Frasier Dep Ex 14 | | | |
| 251 | Frasier Dep Ex 15 | | | |
| 252 | Frasier Dep Ex 16 | | | |
| 253 | Frasier Dep Ex 21 | | | |
| 254 | Frasier Dep Ex 22 | | | |
| 255 | Frasier Dep Ex 23 | | | |
| 256 | Frasier Dep Ex 24 | | | |
| 257 | Frasier Dep Ex 25 | | | |
| 258 | Frasier Dep Ex 26 | | | |
| 259 | Frasier Dep Ex 27 | | | |
| 260 | Frasier Dep Ex 29 (for identification purposes only) | | | |
| 261 | Frasier Dep Ex 30 | | | |
| 262 | Hormann Dep Ex 1 (for identification purposes only) | | | |
| 263 | Hormann Dep Ex 5 | | | |
| 264 | Hormann Dep Ex 13 | | | |
| 265 | Hormann Dep Ex 16 | | | |
| 266 | Hormann Dep Ex 17 | | | |
| 267 | K. McGuffin Dep Ex 1 | | | |

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 268 | K. McGuffin Dep Ex 2 | | | |
| 269 | K. McGuffin Dep Ex 3 | | | |
| 270 | K. McGuffin Dep Ex 4 | | | |
| 271 | K. McGuffin Dep Ex 5 | | | |
| 272 | K. McGuffin Dep Ex 6 | | | |
| 273 | Krings Dep Ex 2 | | | |
| 274 | Krings Dep Ex 3 | | | |
| 275 | Krings Dep Ex 4 | | | |
| 276 | Krings Dep Ex 9 | | | |
| 277 | Krings Dep Ex 11 | | | |
| 278 | McNeely Dep Ex 1 | | | |
| 279 | McNeely Dep Ex 2 (for identification purposes only) | | | |
| 280 | McNeely Dep Ex 4 (for identification purposes only) | | | |
| 281 | McNeely Dep Ex 14 | | | |
| 282 | McNeely Dep Ex 23 | | | |
| 283 | McNeely Dep Ex 24 | | | |
| 284 | McNeely Dep Ex 26 | | | |
| 285 | McNeely Dep Ex 27 | | | |
| 286 | Reaves Dep Ex 5 (for identification purposes only) | | | |
| 287 | Reaves Dep Ex 6 | | | |
| 288 | Reaves Dep Ex 20 | | | |
| 289 | Reaves Dep Ex 23 (for identification purposes only) | | | |
| 290 | Riddle Dep Ex 1 | | | |
| 291 | Riddle Dep Ex 5 | | | |
| 292 | Riddle Dep Ex 6 | | | |
| 293 | Riddle Dep Ex 7 | | | |
| 294 | Riddle Dep Ex 9 | | | |
| 295 | Riddle Dep Ex 10 | | | |
| 296 | Riddle Dep Ex 24 (video) | | | |
| 297 | Riddle Dep Ex 25 (for identification purposes only) | | | |
| 298 | Riddle Dep Ex 26 (video) | | | |
| 299 | Webley Dep Ex 1 | | | |
| 300 | Webley Dep Ex 3 (for identification purposes only) | | | |
| 301 | Webley Dep Ex 4 (for identification purposes only) | | | |
| 302 | Webley Dep Ex 5 (for identification purposes only) | | | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| 303 | Webley Dep Ex 6 | | | |
| 304 | Webley Dep Ex 8 | | | |
| 305 | Webley Dep Ex 9 | | | |
| 306 | Webley Dep Ex 11 | | | |
| 307 | Webley Dep Ex 22 (video) | | | |
| 308 | Webley Dep Ex 23 (video) | | | |
| 309 | Webley Dep Ex 24 (video) | | | |
| 310 | Webley Dep Ex 26 (video) | | | |
| 311 | Webley Dep Ex 27 (video) | | | |
| 312 | Wilcox Dep Ex 3 | | | |
| 313 | Wilcox Dep Ex 4 | | | |
| 314 | Wilcox Dep Ex 6 | | | |
| 315 | Wilcox Dep Ex 7 | | | |
| 316 | Wilcox Dep Ex 8 | | | |
| 317 | Wilcox Dep Ex 9 | | | |
| 318 | Wilcox Dep Ex 11 | | | |
| 319 | Wilcox Dep Ex 13 | | | |
| 320 | Wilcox Dep Ex 15 | | | |
| 321 | Wilcox Dep Ex 16 | | | |
| 322 | Wilcox Dep Ex 18 | | | |
| 323 | Wilcox Dep Ex 19 | | | |
| 324 | Wilcox Dep Ex 20 | | | |
| 325 | Wilcox Dep Ex 25 | | | |
| 326 | Zavala Dep Ex 3 | | | |
| 327 | Zavala Dep Ex 4 | | | |
| 328 | Zavala Dep Ex 13 | | | |
| 329 | Zavala Dep Ex 15 | | | |
| 330 | Zavala Dep Ex 16 | | | |
| 331 | Zavala Dep Ex 17 | | | |
| 332 | 2000-08-04 HIT Notes | | | |
| 333 | 2000-08-19 HIT Notes | | | |
| 334 | 200-09-25 Memo Wilcox to HIT Team re DNA | | | |
| 335 | 2009-10-13 HIT Notes | | | |
| 336 | 2010-10-27 HIT Notes | | | |
| 337 | 2010-01-05 HIT Notes | | | |
| 338 | 2010-01-20 HIT Notes | | | |
| 339 | 2010-01-23 HIT Notes | | | |
| 340 | 2010-01-28 HIT Notes | | | |
| 341 | Pre Text to Nick | | | |
| 342 | Photos (Maul) Denny's Pizza | | | |
| | Map – Key Locations | | | |

MALONEY | LAUERSDORF | REINER rc
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| EXHIBIT NO. | DESCRIPTION | ADMITTED | RECEIVED | OBJECTION |
|---|---|---|---|---|
| | Map – Map of Freeman Sightings | | | |
| | Map – Overview of Shoes and Body Site | | | |
| | Map – Overview of Shoes and Body v. McGuffin House | | | |
| | Map – Timeline of McGuffin Sightings | | | |

Plaintiffs reserve the right to rely on additional documents for the purpose of impeachment and to offer additional demonstratives as necessary.  Plaintiffs also reserve the right to offer additional exhibits in rebuttal at trial.  Plaintiffs further reserve the right to rely on exhibits listed on the Defendants' exhibit list.  Plaintiffs specifically reserve the right to make objections to exhibits at trial.

DATED:  July 7, 2025

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By /s/Janis C. Puracal | By /s/David B. Owens |
| Janis C. Puracal, OSB #132288 | David B. Owens, WSBA #53856 |
| E-Mail:  jcp@mlrlegalteam.com | E-Mail:  david@loevy.com |
| Andrew C. Lauersdorf, OSB #980739 | *Pro hac vice* |
| E-Mail:  acl@mlrlegalteam.com | |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, the foregoing PLAINTIFFS' TRIAL EXHIBITS

was served on the following parties at the following address by sending to them a true copy

thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Kristen Hoffmeyer<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>jesse.b.davis@doj.state.or.us<br>kristen.hoffmeyer@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Lisa Lear<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>llear@hwslawgroup.com<br>    *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br><br>Laura E. Coffin<br>Coffin Law<br>541 Willamette Street, Ste. 211<br>Eugene, OR 97401<br>lauracoffin@coffin.law<br>    *Attorneys for Defendant Richard*<br>    *Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC


By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com

Attorneys for Plaintiffs



MALONEY | LAUERSDORF | REINER pc
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417