UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor and S.M., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MICHAEL REAVES, <br><br> Defendant - Appellant, <br><br> and <br><br> MARK DANNELS; et al., <br><br> Defendants. | No. 25-2559 <br><br> D.C. Nos. 6:20-cv-01163-MTK 3:21-cv-01719-MTK District of Oregon, Eugene <br><br> ORDER |

The request (Docket Entry No. 12) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT