UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor and S.M., | No. 25-2544 |
| Plaintiffs - Appellees, | D.C. Nos. 6:20-cv-01163-MTK 3:21-cv-01719-MTK District of Oregon, Eugene |
| v. | ORDER |
| MARK DANNELS, | |
| Defendant - Appellant, | |
| and | |
| PAT DOWNING; et al., | |
| Defendants. | |

The request (Docket Entry No. 13) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT