UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, and S.M.,

Plaintiffs - Appellees,

v.

CHRIS WEBLEY,

Defendant - Appellant,

and

MARK DANNELS; et al.,

Defendants.

No. 25-2566

D.C. Nos.
6:20-cv-01163-MTK
3:21-cv-01719-MTK
District of Oregon,
Eugene

ORDER

The request (Docket Entry No. 12) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT