| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 2 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, and S.M.,

       Plaintiffs - Appellees,

 v.

SUSAN HORMANN; et al.,

       Defendants - Appellants,

and

MARK DANNELS; et al.,

       Defendants.

No. 25-2585

D.C. Nos. 6:20-cv-01163-MTK
3:21-cv-01719-MTK
District of Oregon, Eugene

ORDER

Appellants' motion to dismiss this appeal (Docket Entry No. 15) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen Liacouras
Chief Circuit Mediator