Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>    Defendants. | Civil No. 6:20-cv-01163-MTK (Lead Case)<br><br>STIPULATED MOTION TO DISMISS CERTAIN PARTIES PURSUANT TO FED. R. CIV. P. 21, OR, IN THE ALTERNATIVE, PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

Page 1– STIPULATED MOTION TO DISMISS CERTAIN PARTIES PURSUANT TO
    FED. R. CIV. P. 21

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

Cross-Claimant,

v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

Plaintiffs,

v.

OREGON STATE POLICE,

Defendant.

Civil Case No. 3:21-cv-01719-MTK
(Trailing Case)

## I.   LR 7-1 CERTIFICATION

Counsel for Plaintiffs certifies that the parties have conferred regarding the following,

and, as indicated by the stipulation and signatures set forth below, this Motion is unopposed.

## II.   RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 21, and stipulation of the parties, by and through their

attorneys of record as acknowledged by their signatures below, Plaintiffs Nicholas McGuffin and

S.M. hereby move for an order dismissing with prejudice and without any award of costs or

attorney fees to any party, all of Plaintiffs' claims against the following Defendants: Mark

Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean

Page 2– STIPULATED MOTION TO DISMISS CERTAIN PARTIES PURSUANT TO
         FED. R. CIV. P. 21

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, and Oregon State Police (collectively the "Settling Defendants").

Defendants Kris Karcher, Kip Oswald, Eric Schwenninger, Craig Zanni, and Coos County (collectively the "Non-Settling Defendants") are expressly excluded from this Motion, and the stipulation below does not apply in any way to any of them. Plaintiffs' claims against the Non-Settling Defendants are currently stayed pending appeal in United States Court of Appeals for the 9th Circuit Case No. 25-2548.

The parties anticipate that the cross-claims asserted by Defendants Walter and Vidocq Society will be dismissed shortly by separate stipulations. Following the dismissal of those cross-claims, the parties will request that the Court issue two judgments: 1) a limited judgment dismissing, with prejudice and without award of costs or attorney fees to any party, the Settling Defendants from the lead case, and 2) a general judgment dismissing, with prejudice and without award of costs or attorney fees to any party, the trailing case.

### III.    STIPULATION

Plaintiffs and the Settling Defendants have resolved all claims asserted by Plaintiffs against the Settling Defendants, and hereby stipulate to the dismissal from these actions, with prejudice and without any award of costs or fees to any party, of Defendants Mark Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 3– STIPULATED MOTION TO DISMISS CERTAIN PARTIES PURSUANT TO
FED. R. CIV. P. 21

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

the Estate of David E. Hall, Vidocq Society, City of Coquille, and Oregon State Police.  IT IS

SO STIPULATED:

MALONEY LAUERSDORF REINER PC

/s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB 980739
Janis C. Puracal, OSB 132288
    *Attorneys for Plaintiffs*

FRANZ & HENDERSON

*/s/ Robert E. Franz*
Robert E. Franz, OSB 730915
Sarah R. Henderson, OSB 153474
    *Attorneys for Defendants Mark*
    *Dannels, Kris Karcher, Raymond*
    *McNeely, Kip Oswald, Michael*
    *Reaves, Sean Sanborn, Eric*
    *Schwenninger, Chris Webley, Craig*
    *Zanni, David Zavala, Joel D.*
    *Shapiro as Administrator of the*
    *Estate of David E. Hall, City of*
    *Coquille and Coos County*

STATE OF OREGON

*/s/ Jesse B. Davis*
Jesse B. Davis, OSB 052290
Kristen E. Hoffmeyer, OSB 085338
    *Attorneys for Defendants Susan*
    *Hormann, Mary Krings, John Riddle,*
    *Kathy Wilcox, and Oregon State Police*

HWS LAW GROUP

*/s/ Meredith A. Sawyer*
Anthony R. Scisciani III, OSB 070013
Kelsey L. Shewbert, OSB 221063
Meredith A. Sawyer, *pro hac vice*
    *Attorneys for Defendant Vidocq*
    *Society*

LUVAAS COBB

*Eric S. DeFreest*
Eric S. DeFreest, OSB 920475
Erek Andrus, OSB 244161
    *Attorneys for Defendant Richard Walter*

## IV.    POINTS AND AUTHORITIES

Fed. R. Civ. P. 21 empowers the Court, upon motion or its own initiative, to add or drop a party from an action at any time.  In addition, Fed. R. Civ. P. 41(a)(1)(A)(ii) permits a plaintiff to dismiss an action, as to fewer than all defendants named in the action, upon filing of a stipulation of dismissal signed by all parties who have appeared in the action.  *See, Pedrina v. Han Kuk*

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

*Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

The settlement of all claims asserted by Plaintiffs against the Settling Defendants renders further litigation of any claims against the Settling Defendants unnecessary. It is reasonable and appropriate, and in the further interests of justice, that the Settling Defendants be dismissed from the above-captioned action accordingly.

## V.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order dismissing with prejudice, and without any award of costs or fees to any party, all claims asserted by Plaintiffs against Defendants Mark Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, and the City of Coquille.

DATED: November 26, 2025

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By */s/ Andrew C. Lauersdorf*<br>    Janis C. Puracal, OSB #132288<br>    E-Mail: jcp@mlrlegalteam.com<br>    Andrew C. Lauersdorf, OSB #980739<br>    E-Mail: acl@mlrlegalteam.com | By */s/ David B. Owens*<br>    David B. Owens, WSBA #53856<br>    E-Mail: david@loevy.com<br>    *Pro hac vice* |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025November 26, 2025, the foregoing STIPULATED MOTION TO DISMISS CERTAIN PARTIES PURSUANT TO FED. R. CIV. P. 21 was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>   *Attorneys for Defendants*<br>   *City of Coquille, City of Coos Bay, Coos*<br>   *County, Craig Zanni, Chris Webley, Eric*<br>   *Schwenninger, Sean Sanborn, Ray McNeely,*<br>   *Kris Karcher, Pat Downing, Mark Dannels,*<br>   *Kip Oswald, Michael Reaves, David Zavala,*<br>   *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Kristen Hoffmeyer<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>jesse.b.davis@doj.state.or.us<br>kristen.hoffmeyer@doj.state.or.us<br>   *Attorneys for Defendants Oregon State*<br>   *Police, John Riddle, Susan Hormann,*<br>   *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>   *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC

By  */s/ Andrew C. Lauersdorf*
    Andrew C. Lauersdorf, OSB #980739
    E-Mail:  acl@mlrlegalteam.com

Attorneys for Plaintiffs

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417