DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
         kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No.  6:20-cv-1163-MTK (Lead Case)<br>3:21-cv-1719-MTK (Trailing Case) |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | |
| Defendants. | |
| VIDOCQ SOCIETY, | |
| Cross-Claimant. | |

Page 1 -   JOINT STATUS REPORT
       JBD/ce1/1006129394

RICHARD WALTER,

        Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

The parties have conferred and now submit the following Joint Status Report in response to the Court's order (ECF 411).

The parties have fully resolved Plaintiffs' claims against the following Defendants: Mark Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, and Oregon State Police (collectively the "Settling Defendants"). Further, the Defendants have resolved the cross-claims asserted by Defendants Walter and Vidocq Society against each of the other defendants.

The parties anticipate filing stipulated motions requesting dismissal of Plaintiffs' claims against the Settling Defendants and dismissal of the cross-claims. The parties will then file a stipulated motion requesting entry of a limited judgment reflecting those dismissals in the leading case and requesting a general judgment of dismissal of the trailing case. Plaintiffs filed their stipulated motion on November 26, 2025 (ECF 413). The other motions will follow shortly, within seven days of this report.

Plaintiffs' claims against Defendants Kris Karcher, Kip Oswald, Eric Schwenninger, Craig Zanni, and Coos County (collectively the "Non-Settling Defendants") have not been

///

Page 2 -   JOINT STATUS REPORT
     JBD/ce1/1006129394

resolved.  Plaintiffs' claims against the Non-Settling Defendants are currently stayed pending appeal in United States Court of Appeals for the 9th Circuit Case No. 25-2548.

IT IS SO STIPULATED:

MALONEY LAUERSDORF REINER PC

_s/ Andrew Lauersdorf_____
Andrew C. Lauersdorf, OSB 980739
Janis C. Puracal, OSB 132288
    *Attorneys for Plaintiffs*

FRANZ & HENDERSON

_s/ Robert Franz_____
Robert E. Franz, OSB 730915
Sarah R. Henderson, OSB 153474
    *Attorneys for Defendants Mark*
    *Dannels, Kris Karcher, Raymond*
    *McNeely, Kip Oswald, Michael*
    *Reaves, Sean Sanborn, Eric*
    *Schwenninger, Chris Webley, Craig*
    *Zanni, David Zavala, Joel D.*
    *Shapiro as Administrator of the*
    *Estate of David E. Hall, City of*
    *Coquille and Coos County*

STATE OF OREGON

_s/ Jesse B. Davis_____
Jesse B. Davis, OSB 052290
Kristen E. Hoffmeyer, OSB 085338
    *Attorneys for Defendants Susan*
    *Hormann, Mary Krings, John Riddle,*
    *Kathy Wilcox, and Oregon State Police*

HWS LAW GROUP

_s/ Meredith A. Sawyer_____
Anthony R. Scisciani III, OSB 070013
Kelsey L. Shewbert, OSB 221063
Meredith A. Sawyer, *pro hac vice*
    *Attorneys for Defendant Vidocq*
    *Society*

LUVAAS COBB

_s/ Eric S. DeFreest_____
Eric S. DeFreest, OSB 920475
Erek Andrus, OSB 244161

    *Attorneys for Defendant Richard Walter*

Page 3 -    JOINT STATUS REPORT
       JBD/ce1/1006129394