Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB No. 244161
eandrus@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

      Attorneys for Defendant Richard Walter

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor,<br><br>      Plaintiffs,<br><br>   v.<br><br>**MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,**<br><br>      Defendants. | **Civil No. 6:20-cv-01163-MTK (Lead Case)**<br><br>**STIPULATED DISMISSAL OF CROSSCLAIMS AMONG VIDOCQ SOCIETY, WALTER AND STATE DEFENDANTS WITH PREJUDICE** |

1 - STIPULATED DISMISSAL OF CROSSCLAIMS AMONG VIDOCQ SOCIETY, WALTER AND STATE DEFENDANTS WITH PREJUDICE

|  |  |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor, | **Case No.: 3:21-cv-01719-MK (Trailing Case)** |
| Plaintiffs, | |
| v. | |
| **OREGON STATE POLICE,** | |
| Defendant, | |
| **VIDOCQ SOCIETY and RICHARD WALTER,** | |
| Cross-Claim Plaintiffs, | |
| v. | |
| **MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE,** | |
| Cross-Claim Defendants. | |

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Defendant Richard Walter, Defendant Vidocq Society, and Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and the Oregon State Police (The "State Defendants") hereby stipulate that contingent upon the Court's entry of Orders of Dismissal of all Plaintiffs' claims against each of Defendant Vidocq Society, Defendant Walter, and the State Defendants, that by and through this stipulation Defendant Vidocq Society and Defendant Walter each thereupon dismiss

2 - STIPULATED DISMISSAL OF CROSSCLAIMS AMONG VIDOCQ SOCIETY, WALTER AND STATE DEFENDANTS WITH PREJUDICE

(i) their Crossclaims pled against each other, and (ii) their Crossclaims against the State Defendants, in the above-entitled actions with prejudice. These parties each further stipulate that each party will bear their own attorney fees, costs and disbursements, with none to be awarded to any party.

DATED this 12th day of December, 2025.

LUVAAS COBB

OREGON OFFICE OF ATTORNEY GENERAL

By: /s/ Eric S. DeFreest
Eric S. DeFreest, OSB #920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB #244161
eandrus@luvaascobb.com
777 High Street Ste. 300
Eugene, OR 97402
Telephone: 541-484-9292
*Attorneys for Defendant Richard Walter*

By: /s/ Jessie B. Davis
Jessie B. Davis, OSB #052290
jesse.b.davis@doj.oregon.gov
Kristen E. Hoffmeyer, OSB #085338
kristen.hoffmeyer@doj.oregon.gov
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 503-856-2342
*Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police*

HWS LAW GROUP

By: /s/ Meredith A. Sawyer
Anthony R. Scisciani III, OSB #070013
ascisciani@hwslawgroup.com
Kelsey L. Shewbert, OSB #221063
kshewbert@hwslawgroup.com
Meredith A. Sawyer, *pro hac vice*
msawyer@hwslawgroup.com
HWS Law Group
101 SW Main Street, Suite 1605
Portland, OR 97204
Telephone: 503-542-1200
*Attorneys for Defendant Vidocq Society*

3 - STIPULATED DISMISSAL OF CROSSCLAIMS AMONG VIDOCQ SOCIETY, WALTER AND STATE DEFENDANTS WITH PREJUDICE