Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Erek J. Andrus, OSB No. 244161
eandrus@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

      Attorneys for Defendant Richard Walter

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor,<br><br>      Plaintiffs,<br><br>  v.<br><br>**MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,**<br><br>      Defendants. | **Civil No. 6:20-cv-01163-MTK (Lead Case)**<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL OF CROSS-CLAIMS AGAINST MUNICIPAL DEFENDANTS WITH PREJUDICE** |

1 - STIPULATED MOTION FOR ORDER OF DISMISSAL OF CROSS-CLAIMS AGAINST
   MUNICIPAL DEFENDANTS WITH PREJUDICE

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem*, on behalf of **S.M.**, a minor, | **Case No.: 3:21-cv-01719-MK (Trailing Case)** |
| Plaintiffs, | |
| v. | |
| **OREGON STATE POLICE,** | |
| Defendant, | |
| **VIDOCQ SOCIETY and RICHARD WALTER,** | |
| Cross-Claim Plaintiffs, | |
| v. | |
| **MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE,** | |
| Cross-Claim Defendants. | |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Richard Walter, Defendant Vidocq Society and Defendants Mark Dannels, Pat Downing, Kris Karcher, Shelley McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, City of Coquille, City of Coos Bay, and Coos County (The "Municipal Defendants") hereby stipulate and jointly move for the Court to enter an Order of

2 - STIPULATED MOTION FOR ORDER OF DISMISSAL OF CROSS-CLAIMS AGAINST
  MUNICIPAL DEFENDANTS WITH PREJUDICE

Dismissal providing that Defendant Vidocq Society and Defendant Walter each hereby dismiss their Cross-claims pleaded against the Municipal Defendants in the above-entitled actions with prejudice and without award of attorney fees, costs or disbursements to any party.

DATED this 18th day of December, 2025.

LUVAAS COBB

By:  /s/ Eric S. DeFreest
    Eric S. DeFreest, OSB #920475
    edefreest@luvaascobb.com
    Erek J. Andrus, OSB #244161
    eandrus@luvaascobb.com
    777 High Street, Ste. 300
    Eugene, OR 97402
    Telephone: 541-484-9292

    *Attorneys for Defendant Richard Walter*

LAW OFFICE OF ROBERT E. FRANZ, JR.

By:  /s/ Robert E. Franz, Jr.
    Robert E. Franz, Jr., OSB #730915
    rfranz@franzlaw.comcastbiz.net
    Sarah R. Henderson, OSB #153474
    shenderson@franzlaw.comcastbiz.net
    P.O. Box 62
    Springfield, OR 97477
    Telephone: 541-741-8220

    *Attorneys for Municipal Defendants City of Coquille, City of Coos Bay, Coos County, Craig Zanni, Chris Webley, Eric Schwenninger, Sean Sanborn, Ray McNeely, Kris Karcher, Pat Downing, Mark Dannels, Kip Oswald, Michael Reaves, David Zavala, Anthony Wetmore, Shelly McInnes*

HWS LAW GROUP

By:  /s/ Meredith A. Sawyer
    Anthony R. Scisciani III, OSB #070013
    ascisciani@hwslawgroup.com
    Kelsey L. Shewbert, OSB #221063
    kshewbert@hwslawgroup.com
    Meredith A. Sawyer, *pro hac vice*
    msawyer@hwslawgroup.com
    101 SW Main Street, Suite 1605
    Portland, OR 97204
    Telephone: 503-542-1200

    *Attorneys for Defendant Vidocq Society*