DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
      kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>    Defendants.<br><br>VIDOCQ SOCIETY,<br><br>    Cross-Claimant. | Case No. 6:20-cv-1163-MTK (Lead Case)<br>         3:21-cv-1719-MTK (Trailing Case)<br><br>STIPULATED MOTION FOR ENTRY OF JUDGMENT DISMISSING CERTAIN PARTIES |

Page 1 -   STIPULATED MOTION FOR ENTRY OF JUDGMENT DISMISSING CERTAIN PARTIES
        JBD/ce1/1006122921

| | |
|---|---|
| RICHARD WALTER,<br><br>        Cross-Claimant. | |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>        Plaintiff,<br><br>        v.<br><br>OREGON STATE POLICE,<br><br>        Defendant. | |

## LR 7-1 CERTIFICATION

Undersigned counsel certifies that the parties have conferred and, as indicated by the stipulation and signatures set forth below, this Motion is unopposed.

## II.    RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 21, and stipulation of the parties, by and through their attorneys of record as acknowledged by their signatures below, the State Defendants (Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and Oregon State Police) respectfully request entry of judgments as described herein, reflecting the resolution of certain claims and cross-claims asserted in this matter.

Specifically, by previously filed stipulation, all of Plaintiffs' claims against the following Defendants have been fully and conclusively resolved: Mark Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, and Oregon State Police (collectively the "Settling Defendants"). Further, by previously filed stipulations, the cross-claims asserted by Defendants

Walter and Vidocq Society against the other defendants have been fully and conclusively resolved.

Accordingly, because all claims asserted against the Settling Defendants and all claims asserted by the Settling Defendants have been resolved, the State Defendants, on behalf of Plaintiffs and the Settling Defendants, respectfully request the Court enter judgments as follows:

1. A limited judgment of dismissal, dismissing with prejudice and without award of attorney fees or costs to any party Defendants Mark Dannels, Susan Hormann, Mary Krings, Raymond McNeely, Michael Reaves, John Riddle, Sean Sanborn, Richard Walter, Chris Webley, Kathy Wilcox, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, and Oregon State Police from the leading case (6:20-cv-1163-MTK); and

2. A general judgment of dismissal, dismissing the trailing case (3:21-cv-1719-MTK) in its entirety with prejudice and without award of attorney fees or costs to any party.

Defendants Kris Karcher, Kip Oswald, Eric Schwenninger, Craig Zanni, and Coos County (collectively the "Non-Settling Defendants") are expressly excluded from this Motion, and the stipulation below does not apply in any way to any of them. Plaintiffs' claims against the Non-Settling Defendants are currently stayed pending appeal in United States Court of Appeals for the 9th Circuit Case No. 25-2548.

### III.    STIPULATION

All claims asserted by Plaintiffs against the Settling Defendants in the leading case have been fully and conclusively resolved, all cross-claims asserted by any party in the leading case have been fully and conclusively resolved, and all claims asserted by any party in the trailing case have been fully and conclusively resolved. Further, there is no just reason to delay entry of judgment dismissing these parties from these actions. Accordingly, the parties stipulate to the

///

Page 3 -   STIPULATED MOTION FOR ENTRY OF JUDGMENT DISMISSING CERTAIN PARTIES
           JBD/ce1/1006122921

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

entry of judgment in these actions as described above.

IT IS SO STIPULATED:

MALONEY LAUERSDORF REINER PC

 s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB 980739
Janis C. Puracal, OSB 132288
  *Attorneys for Plaintiffs*

FRANZ & HENDERSON

 s/ Robert E. Franz
Robert E. Franz, OSB 730915
Sarah R. Henderson, OSB 153474
  *Attorneys for Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, City of Coquille and Coos County*

STATE OF OREGON

 s/ Jesse B. Davis
Jesse B. Davis, OSB 052290
Kristen E. Hoffmeyer, OSB 085338
  *Attorneys for Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and Oregon State Police*

HWS LAW GROUP

 s/ Meredith A. Sawyer
Anthony R. Scisciani III, OSB 070013
Kelsey L. Shewbert, OSB 221063
Meredith A. Sawyer, *pro hac vice*
  *Attorneys for Defendant Vidocq Society*

LUVAAS COBB

 s/ Eric S. DeFreest
Eric S. DeFreest, OSB 920475
Erek Andrus, OSB 244161
  *Attorneys for Defendant Richard Walter*

Page 4 -   STIPULATED MOTION FOR ENTRY OF JUDGMENT DISMISSING CERTAIN PARTIES
           JBD/ce1/1006122921

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## IV.  POINTS AND AUTHORITIES

Fed. R. Civ. P. 21 empowers the Court, upon motion or its own initiative, to add or drop a party from an action at any time.  In addition, Fed. R. Civ. P. 41(a)(1)(A)(ii) permits a plaintiff to dismiss an action, as to fewer than all defendants named in the action, upon filing of a stipulation of dismissal signed by all parties who have appeared in the action.  *See Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

In the leading case, all claims asserted by Plaintiffs against the Settling Defendants, and all cross-claims asserted by any defendant, have been resolved.  In the trailing case, all claims asserted by any party have been resolved.  Accordingly, it is reasonable and appropriate and in the further interests of justice, that the Settling Defendants be dismissed from the above-captioned actions as requested herein.  The parties stipulate that there is no just reason to delay entry of judgment.  For the foregoing reasons, Plaintiffs respectfully request that the Court enter judgment as requested herein.

DATED February 17, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
       Kristen.hoffmeyer@doj.oregon.gov
Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 5 -   STIPULATED MOTION FOR ENTRY OF JUDGMENT DISMISSING CERTAIN PARTIES
JBD/ce1/1006122921

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000