Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY
100 S. King Street, Ste. 100
Seattle, WA 98104-2885
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,
Plaintiffs,

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,
Defendants.

Civil No. 6:20-cv-01163-MK
(Lead Case)

JOINT STATUS REPORT

VIDOCQ SOCIETY,
Cross-Claimant,

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY
Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,
Plaintiffs,

v.

OREGON STATE POLICE,

Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

On October 2, 2026, the Court ordered the parties to submit a joint status report "advising the Court of proposed next steps in this case in light of the Ninth Circuit's decision." [Dkt. No. 428]

The parties agree that a trial date should be set on dates that work for the parties and the Court.

I. **Proposed Trial Dates:**

A. Plaintiffs propose trial be set in May or June (and that may extend into early July).

/ / /



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

B. Defendants propose trial be set beginning July 12, 2027, August 2, 2027, or September 13, 2027.

II. **Pretrial filings.**

The parties agree that there should be dates set for pretrial filings, but disagree about some issues related to trial length, timing of pretrial filings, and substance of those filings and other disclosures.

**A. *Plaintiffs' Position***

Length: Plaintiffs believe that trial should be set to proceed for three weeks.

Timing of pretrial filings: This Court should set pretrial filing deadlines that conform with the Court's standard trial management order (Dkt. 384). Plaintiffs disagree with Defendants' request to set pretrial filings beginning in the next few weeks and over the holidays.

Substance of filings and other disclosures: Plaintiffs position is that the substance of pretrial filings should adhere to the Court's standard trial management order and this Court's Local Rules. Plaintiffs object to the arbitrary deadlines proposed by Defendants, and further object to Defendants' proposals that would impose additional burdens on Plaintiffs beyond the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules. Plaintiffs additionally oppose any proposal to set a period for additional discovery or permit new or supplemental witness disclosures (including expert opinions or lay witnesses) other than as expressly required pursuant to Fed. R. Civ. P. 26(e).

**B. *Defendants' Position***

Length: Defendants believe trial should be set for six weeks.

Timing of pretrial filings: Defendants propose the pretrial filing dates begin in the next few weeks as follows:

/ / /



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**1. Pretrial Order.**

The Plaintiffs will submit a proposed pretrial order to the Defendants on November 2, 2026. On November 23, 2026, the Defendants will submit their objections, additions, and changes they believe should be made to the Plaintiffs' proposed pretrial order. On December 7, 2026, the proposed pretrial order will be submitted to the Court. If the Parties cannot agree on a final proposed pretrial order to be filed on December 7, 2026, the parties shall submit a joint statement of areas of disagreement to the Court on December 7, 2026. Thereafter, the Court will rule on the areas of disagreement, after which the Plaintiffs will submit a final proposed pretrial order for the signature of the Court within 7 days after the ruling by the Court.

**2. Supplementing Disclosures and Responses.**

No later than January 4, 2027, each party will supplement their previous disclosures and responses and those of their disclosed experts as required by FRCP 26(e).

**3. Witness List and Exhibit List.**

A. Witness List. On January 18, 2027, Plaintiffs will submit their witness list to the Court and the Defendants. As to each witness set forth, the Plaintiffs will state whether the witness is going to testify in person in the courtroom, live but remotely in the courtroom, by a video of the testimony of the witness which took place at a grand jury proceeding, by an audio of the testimony of the witness which took place at a grand jury proceeding, or by an audio of the testimony of the witness that took place at the criminal trial of Mr. McGuffin.

If the witness is going to testify other than live at the trial of this matter, the video or audio of the testimony of witness shall be produced to the Defendants on January 18, 2027.

On February 1, 2027, Defendants will submit their witness list to the Court and the Plaintiffs. As to each witness set forth, the Defendants will state whether the witness is going to testify in person in the courtroom, live but remotely in the courtroom, by a video of the testimony of the witness which took place at a grand jury proceeding, by an audio of the testimony of the witness which took place at a grand jury proceeding, or by an audio of the testimony of the witness that took place at the criminal trial of Mr. McGuffin.



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

If the witness is going to testify other than live at the trial of this matter, the video or audio of the testimony of the witness shall be produced to the Plaintiffs on February 1, 2027.

On February 15, 2027, the Plaintiffs and Defendants will file with the Court their objections to any witness listed by the opposing party.

On March 1, 2027, the Plaintiffs and Defendants will file with the Court their response to the objections made by the opposing party.

Thereafter, the Court will rule on the objections, after which the Plaintiffs will submit their final witness list to the Court and the Defendants will submit their final witness list to the Court within 7 days after the ruling by the Court.

B. Exhibit List. On January 18, 2027, Plaintiffs will submit their Exhibit List to the Court and the Defendants. The actual exhibits listed by the Plaintiffs will also be submitted to the Defendants in such a manner as they will arrive at the Springfield Office of the attorneys for the Defendants on January 18, 2027. The actual exhibits will be delivered electronically on a thumb drive. If it is not possible to put an exhibit on a thumb drive, a paper copy of the exhibit will be submitted to the Defendants in such a manner as it will arrive at the Springfield Office of the attorneys for the Defendants on January 18, 2027.

On February 1, 2027, Defendants will submit their Exhibit List to the Court and the Plaintiffs. The actual exhibits listed by the Defendants will also be submitted to the Plaintiffs in such a manner as they will arrive at the Portland Office of the Attorneys for Plaintiffs on February 1, 2027. The actual exhibits will be delivered on a thumb drive. If it is not possible to put an exhibit on a thumb drive, a paper copy of the exhibit will be submitted to the Plaintiffs in such a manner as it will arrive at the Portland Office of the attorneys for the Plaintiffs on February 1, 2027.

On February 15, 2027, the Plaintiffs and Defendants will file with the Court and other party their objections to any Exhibits listed by the opposing party.

On March 1, 2027, the Plaintiffs and Defendants will file with the Court and other party their response to the objections made by the opposing party.

On March 15, 2027, all Exhibits not objected to will be delivered to the Court on a thumb drive, marked as "Agreed Exhibits." Paper copies will not be made or delivered



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

to the Court until so ordered by the Court.

On March 15, 2027, all Exhibits objected to will be delivered to the Court on a thumb drive, marked as "Objection Exhibits." Paper copies will not be made or delivered to the Court until so ordered by the Court.

Thereafter, the Court will rule on the objections, after which the Plaintiffs will submit their final Exhibit list to the Court with the actual Exhibits on a thumb drive and the Defendants will submit their final Exhibit list to the Court with the actual Exhibits on a thumb drive within 7 days after the ruling by the Court.

**4. Jury Instructions.**

On January 18, 2027, the Plaintiffs will submit to the Defendants their proposed Jury Instructions.

On February 1, 2027, the Defendants will submit to the Plaintiffs their objections to the proposed Plaintiffs' Jury Instructions, together with any new proposed Jury Instructions or modifications of the Plaintiffs' proposed Jury Instructions.

On February 8, 2027, the Plaintiffs will submit to the Defendants their objections to the Defendants' proposed Jury Instructions.

On February 15, 2027, the attorneys for the Plaintiffs and Defendants will confer in person or by Zoom, and determine which instructions can be agreed upon and which instructions cannot be agreed upon.

On March 1, 2027, the Plaintiffs will submit to the Court the agreed upon Jury Instructions marked as "Agreed upon Jury Instructions."

As to the not agreed upon Jury Instructions, on March 1, 2027, the Plaintiffs will submit to the Court the instructions they propose, the reason justifying the instruction, and the objection to the instruction made by the Defendants. And, on March 1, 2027, the Defendants will submit to the Court the instructions they propose, the reason justifying the instruction, and the objection to the instruction made by the Plaintiffs.

Thereafter, the Court will make a ruling on the objections and submit to the Parties the final jury instructions to be given to the jury.

**5. Other Matters.**

Once the Court sets a trial date and a date for the pretrial conference in this matter, the parties request that the Court issue a trial management order covering other



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

issues, requirements, and deadlines for other trial documents the Court requires to be filed prior to the pretrial conference.

DATED: October 23, 2026

| | |
|---|---|
| MALONEY LAUERSDORF REINER PC<br><br>By /s/ Andrew C. Lauersdorf<br>Janis C. Puracal, OSB #132288<br>E-Mail: jcp@mlrlegalteam.com<br>Andrew C. Lauersdorf, OSB #980739<br>E-Mail: acl@mlrlegalteam.com<br><br>Attorneys for Plaintiffs | LOEVY & LOEVY<br><br>By /s/ David B. Owens<br>David B. Owens, *pro hac vice*<br>E-Mail: david@loevy.com<br><br>Attorneys for Plaintiffs |
| LAW OFFICE OF ROBERT FRANZ JR.<br><br>By s/Robert E. Franz Jr.<br>Robert E. Franz Jr., OSB #730915<br>E-Mail: rfranz@franzlaw.comcastbiz.net<br>Sarah R. Henderson, OSB #153474<br>E-Mail:<br>shenderson@franzlaw.comcastbiz.net<br><br>Attorneys for Defendants Kris Karcher, Kip Oswald, Eric Schwenninger, Craig Zanni, and Coos County | |



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, the foregoing JOINT STATUS REPORT was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

Robert E. Franz, Jr.
Sarah R. Henderson
Law Office of Robert E. Franz, Jr.
PO Box 62
Springfield, OR 97477
rfranz@franzlaw.comcastbiz.net
shenderson@franzlaw.comcastbiz.net
*Attorneys for Defendants*
*Coos County, Craig Zanni, Eric Schwenninger,*
*Kris Karcher, and Kip Oswald*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC

By /s/ Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB #980739
E-Mail: acl@mlrlegalteam.com

Attorneys for Plaintiffs



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417